# IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
### URBANA DIVISION

| | |
|---|---|
| **MARY MADISON,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | )  Case No. 15-cv-2290-CSB-EIL |
| v. | ) |
| | ) |
| **KENCO LOGISTIC SERVICES, et. al.,** | ) |
| | ) |
| **Defendants.** | ) |

### PARTIAL MOTION TO DISMISS PLAINTIFF'S COMPLAINT

Defendants, KENCO LOGISTIC SERVICES and KELVIN WALSH, by and through their counsel and pursuant to Federal Rule of Civil Procedure 12(b)(6), respectfully move this Honorable Court to dismiss *with prejudice* portions of Plaintiff's Complaint for the reasons set forth in this Motion as well as their Memorandum of Law in support of the Motion. In support of this Motion, Defendants state:

1.  Defendants move to dismiss Plaintiff's claims of age discrimination because it is outside the scope of Plaintiff's initial EEOC charge and not reasonably connected to any of the facts contained in the underlying charge attached to Plaintiff's lawsuit.[1] This charge alleged sex discrimination, race discrimination and retaliation but did not allege age discrimination.[2]

2.  Defendants move to dismiss Plaintiff's claim of conspiracy. This claim is barred by the intra-corporate conspiracy doctrine as well as preempted by the Illinois Human Rights Act.

3.  Defendants also move to dismiss Plaintiff's claim of "Aiding and Abetting"

---

[1] Plaintiff's *pro se* Complaint does not contain separate counts, so Defendants do not reference any specific counts in this Motion to Dismiss.

[2] Plaintiff's claims of sex discrimination, race discrimination and retaliation are not addressed in this Motion to Dismiss. Defendants intend to file an answer to those claims after a ruling on the motion to dismiss, given that the complaint is not separated into separate counts.

because this claim does not exist, and in any event, it would be preempted by the Human Rights Act.

4.     Defendants move to dismiss Plaintiff's claim of "intentional and willful interference" because it is preempted by the Illinois Human Rights Act, and additionally, Plaintiff has not pled elements in order to state a cognizable legal cause of action.

5.     Defendants move to dismiss the individual Defendant Kelvin Walsh from this lawsuit, because Title VII does not allow for claims against individuals.  Further, Plaintiff did not include Walsh as a respondent in her original charge of discrimination, so he cannot be added to this lawsuit.

WHEREFORE, for all the reasons stated herein, as well as in Defendants' Memorandum of Law in support of this Motion, Defendants respectfully request that this Honorable Court grant Defendants' Motion to Dismiss Plaintiff's Complaint pursuant to Fed. R. Civ. Pro. 12(b)(6) and enter an order dismissing Plaintiff's claims of age discrimination, conspiracy, intentional and willful interference, and aiding and abetting with prejudice, and dismissing the individual defendant Kelvin Walsh with prejudice and granting such other relief as this Court deems just and proper.

DATED:  April 1, 2016                              Respectfully submitted,

By: /s/ *Jody Wilner Moran*

Jody Wilner Moran
Julia P. Argentieri
JACKSON LEWIS P.C.
150 North Michigan Ave, Suite 2500
Chicago, IL 60601
Telephone: 312-787-4949
Facsimile: 312-787-4995
Email: moranj@jacksonlewis.com
       julia.argentieri@jacksonlewis.com

## CETIFICATE OF SERVICE

I, Jody W. Moran, an attorney, hereby certify that on April 1, 2016, I electronically filed a copy of the foregoing **DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT** with the Clerk of the Court using the CM/ECF system. I further certify that a copy of the foregoing was served via Federal Express Mail, to the following non-ECF participant:

> Mary Madison (*pro se*)
> 9758 South Charles
> Chicago, IL 60643

and a filed copy of the foregoing will be served via CM/ECF system, which will send a notice of electronic filing to the following parties:

> Thomas R. Davies
> Harry Harmon
> Kimberly J. Overbaugh
> Harmon & Davies, P.C.
> 2306 Columbia Avenue
> Lancaster, PA 17603
> tdavies@h-dlaw.com
> rharmon@h-dlaw.com
> koverbaugh@h-dlaw.com

> By: /s/ Jody W. Moran
> One of the Attorneys for the Defendant