# IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
### URBANA DIVISION

| | |
|---|---|
| **MARY MADISON,** | ) |
| | ) |
| Plaintiff, | ) |
| | )  Case No. 15-cv-2290-CSB-EIL |
| v. | ) |
| | ) |
| **KENCO LOGISTIC SERVICES, et. al.,** | ) |
| | ) |
| **Defendants.** | ) |

### JOINT REPORT OF RULE 26(f) PLANNING MEETING AND PROPOSED DISCOVERY PLAN

Defendants Kenco Logistic Services, LLC and Kelvin Walsh being represented by Jody Wilner Moran and Julia P. Argentieri of Jackson Lewis, P.C., and Defendant Mars, Inc. being represented by Kimberley Overbaugh and Thomas Davies of Harmon & Davies, P.C., and Plaintiff proceeding *pro se,* jointly report to the Court as follows: Counsel for Defendants conferred via telephone on April 7, 2016 and subsequently communicated via e-mail for the purpose of formulating a proposed discovery calendar for consideration by the Court. Counsel for Defendants have sent a proposed draft of the report to *pro se* Plaintiff, Mary Madison, and she responded via e-mail on April 9, 2016 and requested that all dates be pushed back by 45 days. In accordance with Plaintiff's request, the following are dates upon which all parties have agreed:

1. Parties will exchange initial disclosures pursuant to FED. R. CIV. P. 26(a)(1) by **June 30, 2016.**

2. The deadline for amendment of pleadings is **September 1, 2016.**

3. The deadline for joining additional parties is **September 1, 2016.**

4. All fact discovery shall be completed by **December 2, 2016.**

5. Plaintiff shall disclose experts and provide expert reports by **January 6, 2017 (if applicable)**[1]**.**

6. Plaintiff shall make any such experts available for deposition by **February 13, 2017.**

7. Defendants shall disclose experts and provide expert reports by **February 28, 2017.**

8. Defendants shall make any such experts available for deposition by **April 14, 2017.**

9. Discovery shall be modified as follows:

(Use this space to add additional discovery limitations or deadlines.)

10. All discovery, including deposition of experts, is to be completed by **April 21, 2017.**

11. The deadline for filing case dispositive motions shall be **June 16, 2017.**

Dated: April 18, 2016

BY: /s/ Mary Madison
    Mary Madison

Mary Madison (*pro se*)
9758 South Charles
Chicago, IL 60643

BY: /s/ Jody Wilner Moran
Kenco Logistic Services, Inc. and Kelvin Walsh

Jody Wilner Moran
On behalf of Kenco Logistic Services
Jackson Lewis P.C.
150 N. Michigan Ave., Suite 2500
Chicago, IL  60601
(312) 787-4949
moranj@jacksonlewis.com

BY: /s/ Thomas Davies
    Mars, Inc.

Thomas Davies

On behalf of Mars, Inc.
Harmon & Davies, P.C.
2306 Columbia Ave.
Lancaster, PA 17603
(717)291-2236
t-davies@h-dlaw.com

---

[1] Expert discovery is not anticipated by either party at this time.

**CERTIFICATE OF SERVICE**

I, Jody Wilner Moran, an attorney, hereby certify that on April 18, 2016, I electronically filed a copy of the foregoing **JOINT REPORT ON RULE 26(f) PLANNING MEETING AND PROPOSED DISCOVERY PLAN** with the Clerk of the Court using the CM/ECF system, and caused it to be mailed via U.S. Mail, postage pre-paid, and served upon:

>Mary Madison (*pro se*)
>9758 South Charles
>Chicago, IL 60643

>By: /s/ Jody Wilner Moran
>One of the Attorneys for the Defendant