E-FILED
Tuesday, 23 August, 2016 03:34:35 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION



MARY MADISON

    Plaintiff,

v.                      Case No. 15-cv-02290-CSB-EIL

MARS, INC.          Magistrate Honorable Judge Eric I. Long

    Defendants.

---

## MOTION FOR ENTRY OF DEFAULT JUDGMENT

---

Plaintiff, Mary Madison, requests that entry of judgment by default be entered against defendant, MARS, Inc. pursuant to Federal Rule of Civil Procedure 55(b). In support of this request plaintiff(s) relies upon the record in this case and the affidavit submitted herein.

Dated this 18th day of, August 2016.

_____
Mary Madison
9758 South Charles
Chicago, IL 60643

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

MARY MADISON

        Plaintiff,

       v.                           Case No. 15-cv-02290-CSB-EIL

MARS, INC.                       Magistrate Honorable Judge Eric I. Long

        Defendant.

## AFFIDAVIT IN SUPPORT OF
## MOTION FOR ENTRY OF DEFAULT JUDGMENT

I, Mary Madison, being duly sworn, state as follows:

1. I am the plaintiff in the above-entitled action and I am familiar with the file, records and pleadings in this matter.

2. The summons and complaint were served upon the defendant on or about March 1, 2016.

3. An answer to the complaint was due on or about March 22, 2016. A dispositive motion was filed on or about March 31, 2016. An order was entered May 3, 2016. No response was served within the time allowed by law nor have the defendant sought additional time within which to respond.

4. The default of defendant(s) was entered on August 18, 2016.

5. As required by the Service members Civil Relief Act of 2003, I have confirmed that the defendant(s) is (are) not currently in active military service.

6. To my best information and belief, defendant(s) is (are) not an infant or incompetent person.

7. The claim of the plaintiff(s) is for:

WHEREFORE, Plaintiff MARY MADISON prays for judgment as follows:

A. A declaratory judgment that Defendant MARS, violated Madison's right to be free from discrimination in the workplace pursuant to Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§2000e et seq.; the Civil Rights Act of 1866, as amended by the Civil Rights Act of 1991, 42 U.S.C. §1981; 42 U.S.C. §1981A.

B. The entry of an injunction ordering Defendant MARS, INC. to make MADISON whole with full back pay, benefits and front pay.

C. An award to MADISON for compensatory damages in an amount to be shown for past and future economic and non-economic losses, including extreme emotional distress and mental anguish, impairment of the quality of life; and consequential loses;

D. An award to MADISON for exemplary and/or punitive damages in excess of 2M or at the discretion of the judge;

E. An award to MADISON of reasonable attorneys' fees and costs, including but not limited to expert witness fees, as provide in Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C.§2000e-5(k), 42 U.S.C. §1981A, 42 U.S.C.§1988 and as provided under state law;

F. An award of interests on any awards at the highest rate allowed by law;

G. Be given a Positive Hire Status;

H. Be given Positive Job References;

I. Have her Applicable Taxes Paid, such as but not limited to: State, Federal, FICA, etc...;

J. Be given Any Benefits (Insurance), 401K, Bonuses, etc... commensurate with the forward pay;

K. Reformation of employee relations;

L. Consent Decree to higher minorities, including, but not limited to: women and African Americans, in upper-level management and C-Suite positions;

M. Investment in underserved and underprivileged inner city communities;

    A. After school programs
    B. Community Centers
    C. Fine Arts
    D. Community Kitchens

N. Diversity and sensitivity training for all employees;

O. A letter of apology and;

P. Such other and further relief as this Court deems just and appropriate.

Sworn to and subscribed before me this __18__ day of _August_, 2016.

Mary Madison

Notary Public _[signature]_   My Commission Expires 11/14/17

"OFFICIAL SEAL"
TINA TOLIVER
Notary Public, State of Illinois
My Commission Expires 11/14/2017

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

MARY MADISON

        Plaintiff,

v.

MARS, INC.

        Defendants.

Case No. 15-cv-02290-CSB-EIL

Magistrate Honorable Judge Eric I. Long

## ENTRY OF DEFAULT

Plaintiff, Mary Madison, request that the clerk of court enter default against defendant(s), MARS, Inc. pursuant to Federal Rule of Civil Procedure 55(b). It appearing from the record that defendant(s) have failed to appear, plead or otherwise defend, the default of defendant(s) (name) is hereby entered pursuant to Federal Rule of Civil Procedure 55(b).

Dated this 18th day of August, 2016.

_____

Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

MARY MADISON

        Plaintiff,

v.

MARS, INC.

        Defendants.

Case No. 15-cv-02290-CSB-EIL

Magistrate Honorable Judge Eric I. Long

## CERTIFICATE OF SERVICE

The undersigned, Mary Madison, hereby certifies that on this 18[h] day of August, 2016, he caused a copy of the foregoing a copy of the Motion for Entry of Default, Affidavit in Support of Motion for Entry of Default and proposed Entry of Default to be placed in a postage-paid envelope addressed to the defendant(s), at the address(es) stated below, which is (are) the last known address(es) of said defendant(s), and deposited said envelope(s) in the United States mail.

Addressee:

Kimberly J. Overbaugh
Thomas R. Davies
Harmon & Davies, P.C.
2306 Columbia Ave
Lancaster, PA 17603

                              Mary Madison