IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| MARY MADISON, | ) |
| | ) |
| PLAINTIFF, | ) Case No.:  15-cv-02290-CSB-EIL |
| | ) |
| v. | ) |
| | ) |
| KENCO LOGISTIC SERVICES, LLC, | ) |
| et. al., | ) |
| | ) |
| DEFENDANTS. | ) |

**DEFENDANT MARS INCORPORATED'S
RESPONSE TO PLAINTIFF'S MOTION TO AMEND COMPLAINT**

Defendant, Mars, Incorporated, ("Defendant" or "Mars"), by and through its counsel, responds to Plaintiff's Motion for Leave to Amend Complaint, as follows:

1.  On September 1, 2016, Plaintiff's deadline to amend pleadings passed based on this Court's previously entered order.  (ECF #27)

2.  On September 6, 2016, five (5) days after the deadline, Plaintiff filed a document, which she titled for filing purposes as a Motion for Leave to File an Amended Complaint.  (ECF #36)

3.  While Plaintiff designated her filing as a Motion for Leave to File an Amended Complaint (ECF #36), there was no motion attached.  Rather, the only document filed by Plaintiff is what appears to be the Amended Complaint.  (ECF #36)

4.  Plaintiff's actions are inconsistent with Local Rule 7.1(F) governing documents requiring leave of court.  Local Rule 7.1(F) provides that the party seeking leave attach the proposed document as an exhibit to a motion to file.    If the motion is granted, the Clerk will file the attached document electronically.  Local Rule 7.1(F).

5. Plaintiff did not contact counsel for Mars to request consent to the delayed filing. Since Plaintiff does not have the right to file amended pleadings after the established deadline, absent counsel's consent or this Court's permission, Defendant Mars is treating the filing as a pending motion for leave and requests that Plaintiff's motion be denied.

6. In addition to having failed to follow the appropriate process for requesting leave, Plaintiff has failed to provide any explanation for her delay in filing the amendment or why the amended Complaint is even necessary.

WHEREFORE, Defendant, Mars, Incorporated, respectfully requests that the Court deny Plaintiff's Motion for Leave to Amend Plaintiff's Complaint, and grant any additional relief deemed just and appropriate. Alternatively, should this Court decide to permit Plaintiff's filing of the Amended Complaint, Defendant asks that the Court set a reasonable period for it to respond.

Dated: September 15, 2016                   Respectfully submitted,

S/ *Kimberly J. Overbaugh*
Kimberly J. Overbaugh, Esq. PA #85610
Thomas R. Davies, Esq. PA #35260
Harry R. Harmon, Esq. PA #25342
HARMON & DAVIES, P.C.
2306 Columbia Ave.
Lancaster, PA 17603
Tel. (717) 291-2236
Fax (717) 291-2236

Attorneys for Defendant,
Mars, Incorporated


## **CERTIFICATE OF SERVICE**

The undersigned, one of the attorneys of record herein in this matter, certify that on September 15, 2016, the aforementioned Defendant Mars, Incorporated's Response to Plaintiff's Motion for Leave to file Amended Complaint was filed using the CM/ECF system, and certifies that a copy of same was served to Plaintiff at the below address via first-class regular mail:

>Mary Madison
>9758 South Charles
>Chicago, IL  60643

>S/ *Kimberly J. Overbaugh*
>Kimberly J. Overbaugh, Esq.
>Thomas R. Davies, Esq.
>Harry R. Harmon, Esq.
>HARMON & DAVIES, P.C.
>2306 Columbia Ave.
>Lancaster, PA 17603
>Tel. (717) 291-2236
>Fax (717) 291-2236