IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

MARY MADISON )
 )
 )
 )
            PLAINTIFF, )
 )
VS. ) CASE No. 15-cv-02290-CSB-EIL
 )
KENCO LOGISTIC SERVICES, LLC, et al. )
 )
            DEFENDANTS. )

## OPPOSITION TO DEFENDANT MARS' MOTION OF PLAINTIFF'S UNTIMELY FILING OF AMENDED COMPLAINT

**NOW COMES** Plaintiff, ("Plaintiff"), Mary Madison, pro se, who moves this Court to deny Defendant's Motion to Untimely Filing of Amended Motion filed on about September 15, 2016 and for her good cause shown in support of her motion Plaintiff states the following; THAT:

1. Plaintiff filed this matter to preserve her rights following the issuance of Right to Sue letter from the Equal Employment Opportunity Commission on December 7, 2015.

2. Plaintiff believes DEFENDANT MARS INCORPORATED is liable just as DEFENDANTS KENCO LOGISTIC SERVICES, LLC and Kelvin Walsh are.

3. Plaintiff timely filed her amended complaint by depositing same in the U.S. Mail on September 1, 2016.

4. Plaintiff's certified mailing number, of September 1, 2016, was 7015-0640-0001-8922-3897 Exhibit A

5. Plaintiff elected to use this accepted method of filing by the court, as Plaintiff was ill and could not journey to the Clerk's Office in Urbana, IL.

6. This motion is made in good faith and is not intended to unduly delay these proceedings, be deceptive to the court, or receive unjustly any form of compensation and the relief requested, if not granted, would greatly prejudice Plaintiff.

WHEREFORE, Plaintiff, Mary Madison, prays that Defendant's Motion be denied.

Respectfully submitted,

MARY MADISON
9758 South Charles
Chicago, Il 60643
773.297.9569

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading has been served on all counsel of record through a Notice of Electronic Filing generated by the Court's CM/ECF system on this, the 19th day of September, 2016.

>
> Pro Se
> MARY MADISON
> 9758 South Charles
> Chicago, Il 60643
> 773.297.9569