IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| MARY MADISON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 15-cv-2290-CSB-EIL |
| v. | ) |
| | ) |
| KENCO LOGISTIC SERVICES, et. al., | ) |
| | ) |
| Defendants. | ) |

**DEFENDANT'S MOTION TO COMPEL RESPONSES TO INTERROGATORY 1, AND REQUESTS FOR PRODUCTION 2, 18-22, 31 AND 36**

Defendant, KENCO LOGISTIC SERVICES, LLC ("Kenco"), by and through counsel and pursuant to Federal Rules of Civil Procedure 26 and 37 respectfully submits the following Motion to Compel complete discovery responses from Plaintiff, and moves this Honorable Court to compel complete responses to Interrogatory 1 and Requests for Production 2, 18-22, 31 and 36:

1. In September, 2016 Plaintiff provided discovery responses and document production to Defendant.

2. Plaintiff produced a number of documents, but failed to provide written responses to the Requests for Production and failed to produce a number of essential documents.

3. Since then, Defendant has engaged in numerous additional efforts over the last several months to cooperate and resolve these issues with Plaintiff without the need for court involvement.

4. On November 7, 2016 Defendant mailed and emailed a Rule 37 letter to Plaintiff in order to address a number of deficiencies related to Plaintiff's discovery responses. Subsequently, the parties held an informal discovery status conference with Magistrate Long in order to discuss outstanding concerns. While Plaintiff provided supplemental discovery responses thereafter, Plaintiff has still failed to respond completely to the discovery requests.

1

5.      Defendant incorporates all arguments and facts in its Memorandum in Support of this Motion as though set forth herein.

6.      For all of these reasons, Defendant respectfully requests this Court to issue an order compelling Plaintiff to comply with all outstanding discovery obligations, including answering Interrogatory 1 and Requests for Production 2, 18-22, 31 and 36.  In addition, Defendant requests an order awarding its fees associated with preparing this motion or such other sanction as this Court deems just and appropriate.

WHEREFORE, Kenco requests that this Honorable Court grant its Motion to Compel as well as award fees or other reasonable discovery sanctions, and grant such other relief as this Court deems just and proper.

DATED:  January 4, 2017                    Respectfully submitted,

**KENCO LOGISTICS SERVICES, LLC**

By:  /s/Jody Wilner Moran
     One of its Attorneys

Jody Wilner Moran
Julia P. Argentieri
Jackson Lewis P.C.
150 North Michigan Avenue
Suite 2500
Chicago, Illinois 60601
Telephone:    (312) 787-4949
Facsimile:    (312)787-4995

## CERTIFICATE OF SERVICE

The undersigned attorney, hereby certify that on January 4, 2017, I electronically filed a copy of the foregoing ***Defendant's Motion to Compel*** with the Clerk of the Court using the CM/ECF system. I further certify that a copy of the foregoing was served via U.S. Mail, to the following non-ECF participant:

>Mary Madison (*pro se*)
>9758 S. Charles
>Chicago, IL 60603

and a filed copy of the foregoing will be served via CM/ECF system, which will send a notice of electronic filing to the following parties:

>Thomas R. Davies
>Harry Harmon
>Kimberly J. Overbaugh
>Harmon & Davies, P.C.
>2306 Columbia Avenue
>Lancaster, PA 17603
>tdavies@h-dlaw.com
>rharmon@h-dlaw.com
>koverbaugh@h-dlaw.com

>By: /s/ Jody Wilner Moran
>One of the Attorneys for the Defendant