# EXHIBIT A

## Argentieri, Julia P. (Chicago)

| | |
|---|---|
| **From:** | Argentieri, Julia P. (Chicago) |
| **Sent:** | Monday, April 11, 2016 4:51 PM |
| **To:** | Mary Madison (mdj123197@aol.com) |
| **Cc:** | Moran, Jody Wilner (Chicago) |
| **Subject:** | Mary Madison v. Kenco et al |
| **Attachments:** | Preservance Ltr to M. Madison. 041116.pdf |

Ms. Madison-
Please see the attached letter on the above matter.

Regards,

Julie Argentieri

Julia P. Argentieri
Attorney at Law
Jackson Lewis P.C.
150 N. Michigan Avenue, Suite 2500
Chicago, IL 60601

312.803.2533 | Direct
312.787.4949 | Main
312.787.4995 | Fax

julia.argentieri@jacksonlewis.com<mailto:julia.argentieri@jacksonlewis.com>
https://protect-us.mimecast.com/s/rxd4BxTD3OxYcJ<https://protect-us.mimecast.com/s/ZpkWBph07GWXCL>

Representing management exclusively in workplace law and related litigation.

1



Representing Management Exclusively in Workplace Law and Related Litigation

Jackson Lewis P.C.
150 North Michigan Avenue
Suite 2500
Chicago, Illinois 60601
Tel 312 787-4949
Fax 312 787-4995
www.jacksonlewis.com

| | | | |
|---|---|---|---|
| ALBANY, NY | GREENVILLE, SC | MONMOUTH COUNTY, NJ | RALEIGH, NC |
| ALBUQUERQUE, NM | HARTFORD, CT | MORRISTOWN, NJ | RAPID CITY, SD |
| ATLANTA, GA | HONOLULU, HI* | NEW ORLEANS, LA | RICHMOND, VA |
| AUSTIN, TX | HOUSTON, TX | NEW YORK, NY | SACRAMENTO, CA |
| BALTIMORE, MD | INDIANAPOLIS, IN | NORFOLK, VA | SALT LAKE CITY, UT |
| BIRMINGHAM, AL | JACKSONVILLE, FL | OMAHA, NE | SAN DIEGO, CA |
| BOSTON, MA | KANSAS CITY REGION | ORANGE COUNTY, CA | SAN FRANCISCO, CA |
| CHICAGO, IL | LAS VEGAS, NV | ORLANDO, FL | SAN JUAN, PR |
| CINCINNATI, OH | LONG ISLAND, NY | PHILADELPHIA, PA | SEATTLE, WA |
| CLEVELAND, OH | LOS ANGELES, CA | PHOENIX, AZ | ST. LOUIS, MO |
| DALLAS, TX | MADISON, WI | PITTSBURGH, PA | STAMFORD, CT |
| DAYTON, OH | MEMPHIS, TN | PORTLAND, OR | TAMPA, FL |
| DENVER, CO | MIAMI, FL | PORTSMOUTH, NH | WASHINGTON, DC REGION |
| DETROIT, MI | MILWAUKEE, WI | PROVIDENCE, RI | WHITE PLAINS, NY |
| GRAND RAPIDS, MI | MINNEAPOLIS, MN | | |

*through an affiliation with Jackson Lewis P.C., a Law Corporation

MY DIRECT DIAL IS: 312-803-2522
MY EMAIL ADDRESS IS: MORANJ@JACKSONLEWIS.COM

April 11, 2016

**VIA ELECTRONIC AND U.S. MAIL**
Mary Madison
9758 S. Charles
Chicago, IL 606043
Email: mdj123197@aol.com

Re: Mary Madison v. Kenco Logistic Services, LLC et al
Case No. 15-cv-2290-CSB-EIL

Dear Ms. Madison:

I am writing concerning your obligations with respect to preservation of evidence on the above matter. Specifically, it is your obligation under Fed. R. Civ. Pro. 37(e) to preserve all documents and information in any format that may be potentially relevant to this litigation.

In addition to paper documents, this includes all electronically stored information of any kind, including: emails, text messages, word processing files, pictures, databases, data files, and archives files, regardless of whether the information is contained on servers, laptop and desktop computers, back-up tapes, home and personal computers, disks, CDs, zip drives, and handheld devices including but not limited to: cellular phones and/or "smart" phones, iPads, Blackberry devices, or any other form of personal electronic device. It also includes all posts, messages or other communications through any form via social media, including but not limited to: Facebook, Twitter, Linkedin, or Snapchat.

Any communications you have had with anyone discussing: your belief that you were discriminated against by Kenco, your potential claims against Kenco or this litigation must be preserved in its entirety. This includes all communications with other former Kenco employees, including but not limited to: Vernon Henry, Morris Tyson, Nathan Doss, Mardy Ringo, Edith McCurry, Leonard Szplett or any other current or former employee of Kenco. Please interpret this obligation to preserve as broadly as possible; if in doubt, the information must be preserved and maintained.


Attorneys at Law

Mary Madison
April 11, 2016
Page 2

    Consequences for failure to preserve pertinent information under Fed. R. Civ. Pro. 37(e) are severe and the Court has discretion to dismiss a lawsuit if the necessary information was not preserved. We wish to stress the seriousness of this obligation to preserve all evidence so that both sides can be as cooperative as possible in exchanging relevant information and avoiding the need for any future discovery disputes.

    If you have any questions regarding your obligations as outlined in this letter, please contact me immediately.

Very truly yours,

JACKSON LEWIS P.C.

Jody Wilner Moran

JWM/jpa