**E-FILED**
Wednesday, 04 January, 2017 05:04:52 PM
Clerk, U.S. District Court, ILCD

# EXHIBIT D



Representing Management Exclusively in Workplace Law and Related Litigation

Jackson Lewis P.C.
150 North Michigan Avenue
Suite 2600
Chicago, Illinois 60601
Tel 312 787-4949
Fax 312 787-4995
www.jacksonlewis.com

| | | | |
|---|---|---|---|
| ALBANY, NY | GREENVILLE, SC | MONMOUTH COUNTY, NJ | RALEIGH, NC |
| ALBUQUERQUE, NM | HARTFORD, CT | MORRISTOWN, NJ | RAPID CITY, SD |
| ATLANTA, GA | HONOLULU, HI* | NEW ORLEANS, LA | RICHMOND, VA |
| AUSTIN, TX | HOUSTON, TX | NEW YORK, NY | SACRAMENTO, CA |
| BALTIMORE, MD | INDIANAPOLIS, IN | NORFOLK, VA | SALT LAKE CITY, UT |
| BIRMINGHAM, AL | JACKSONVILLE, FL | OMAHA, NE | SAN DIEGO, CA |
| BOSTON, MA | KANSAS CITY REGION | ORANGE COUNTY, CA | SAN FRANCISCO, CA |
| CHICAGO, IL | LAS VEGAS, NV | ORLANDO, FL | SAN JUAN, PR |
| CINCINNATI, OH | LONG ISLAND, NY | PHILADELPHIA, PA | SEATTLE, WA |
| CLEVELAND, OH | LOS ANGELES, CA | PHOENIX, AZ | ST. LOUIS, MO |
| DALLAS, TX | MADISON, WI | PITTSBURGH, PA | STAMFORD, CT |
| DAYTON, OH | MEMPHIS, TN | PORTLAND, OR | TAMPA, FL |
| DENVER, CO | MIAMI, FL | PORTSMOUTH, NH | WASHINGTON, DC REGION |
| DETROIT, MI | MILWAUKEE, WI | PROVIDENCE, RI | WHITE PLAINS, NY |
| GRAND RAPIDS, MI | MINNEAPOLIS, MN | | |

MY DIRECT DIAL IS: 312-803-2533
MY EMAIL ADDRESS IS: JULIA.ARGENTIERI@JACKSONLEWIS.COM

*through an affiliation with Jackson Lewis P.C., a Law Corporation

November 7, 2016

**VIA ELECTRONIC AND U.S. MAIL**
Mary Madison
9758 S. Charles
Chicago, IL 60643
Email: mdj123197@aol.com

                Re:    *Mary Madison v. Kenco Logistic Services, LLC et. al.*
                      Case No. 15-cv-2290

Dear Ms. Madison:

      We have received your answers to Defendant's First Set of Interrogatories, Requests for Production and Requests to Admit, as well as document production, all of which you returned to our office several weeks ago. In accordance with Fed. R. Civ. Pro. 37(a) as well as Local Rules, we are writing to call your attention to a number of deficiencies in Plaintiff's discovery responses. In short, we are concerned about your complete refusal to answer a number of the interrogatories and requests for production that seek very basic information about this litigation.

Below is a summary of our concerns with your discovery answers:

**Answers to Interrogatories**
- **Interrogatories No. 1, 4** – You have provided no responsive information in answer to these interrogatories and simply objected or stated N/A. We believe that other litigation you have been involved in, such as bankruptcies, or claims against other employers, as well as other crimes you may have been convicted of, is relevant to this litigation and proportional to the needs of this case. Please let us know if you will reconsider providing answers to Interrogatories 1 and 4.

- **Interrogatory No. 3** - Your response fails to include the amount of any income you may have received.

# jackson|lewis
Attorneys at Law

- **Interrogatory No. 5** - You have identified a number of names of witnesses, but you failed to object to, or answer, the second half of the interrogatory which requests a summary of the subjects of their knowledge. Please provide this information.

- **Interrogatory No. 11-** Please identify the substance of your conversations with all individuals identified, as requested.

- **Interrogatory No. 12** - Please provide a complete answer that includes all sub-parts of the interrogatory including the dates of treatment and reasons for treatment. Please also provide the location/address of the records, as requested and any information related to diagnosis. We are entitled to know whether this treatment could be potentially relevant to this case prior to sending a subpoena.

- The interrogatories do not have a verification page. In accordance with Fed. Rule Civ. Pro. 33(b)(5) please provide a signature page to confirm that you are verifying the truth and accuracy of all information contained in your interrogatory answers.

## Responses to Requests for Production

- **While you have produced a number of documents, you have provided no responses and no objections to any of the Requests for Production. Fed. R. Civ. Pro. 34(b)(2)(A)-(B) states that a party must respond, in writing, to Requests for Production.** In accordance with Rule 34(b)(2)(B), you are required to either "state that inspection and related activities will be permitted as required or state with specificity the grounds for objecting to the request, including the reasons." If you believe you have produced documents that are responsive to these requests, then please provide a response after each request and indicate which documents you have produced that are relevant to the request, or if you do not have any responsive documents, please indicate that. If you are objecting to responding to these requests, please state on what basis you are objecting.

- Please return a signed copy of the Medical Authorization form we previously provided to you, since you have identified medical treatment that you are alleging is related to this litigation. We are enclosing another copy of this authorization form here.

We would appreciate having an opportunity to discuss this matter with you via telephone in order to determine whether we can cooperate and resolve these issues without the need for court involvement. Please feel free to give me a call upon your review of this letter.

We are requesting complete, supplemented responses to interrogatories and requests for production within ten (10) days. If we do not hear from you on or before November 17, 2016, we will assume that you are unwilling to try to cooperate to resolve this issues.

Please also note that in the event that we are required to file a Motion to Compel, we will also be seeking our reasonable costs and attorney's fees associated with such work.



Regards,

**JACKSON LEWIS P.C.**

Julia P. Argenticri

jpa/

CC: Tom Davies and Kimberly Overbaugh, Counsel for Mars (via email)

4851-5491-4875, v. 1