IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| MARY MADISON, | ) |
| | ) |
| Plaintiff, | ) |
| | )   Case No. 15-cv-2290-CSB-EIL |
| v. | ) |
| | ) |
| KENCO LOGISTIC SERVICES, et. al., | ) |
| | ) |
| Defendants. | ) |

### DEFENDANT KELVIN WALSH'S MOTION FOR LEAVE TO FILE HIS ANSWER AND AFFIRMATIVE DEFENSES, *INSTANTER*

Defendant Kelvin Walsh, by and through his undersigned attorneys, hereby requests leave to file his answer and affirmative defenses to Plaintiff's Complaint, *instanter*, for the reasons set forth below:

1. On December 8, 2015, Plaintiff filed an employment discrimination complaint against Kenco Logistic Services, Kelvin Walsh and Mars, Inc.

2. On March 7, 2016, Jackson Lewis P.C. filed its appearance on behalf of Kelvin Walsh (Docket No. 15).

3. On April 1, 2016, Defendants Kenco and Walsh filed a partial motion to dismiss Plaintiff's Complaint (Docket No. 23).

4. On May 3, 2016, the Court granted, in part, Defendants' Motion to Dismiss (Docket No. 31).

5. On May 17, 2016, Defendant Kenco filed its answer to Plaintiff's complaint (Docket No. 32). In the effort to promptly respond to the extremely voluminous nature of this complaint, which contains over 100 paragraphs, Defendants did not file a separate answer on

behalf of Kelvin Walsh. However, Walsh provided all relevant information necessary for this answer, including many paragraphs of information that were specifically directed at Walsh.

6. Additionally, Walsh has been appearing through counsel, Jackson Lewis P.C. at all telephone court status hearings and actively participating in the litigation, and his answers were incorporated on behalf of Defendant Kenco, his former employer.

7. On September 6, 2016, Plaintiff filed a motion for leave to amend her complaint which no longer included Kelvin Walsh in the caption (Docket No. 36). However it is Defendants' understanding that this was an inadvertent error, and not an intent to remove Walsh as a defendant, and that the operative complaint continues to consist of the remaining claims in Plaintiff's original complaint (Docket No. 1), following the court's ruling on the partial motion to dismiss (Docket No. 31).

8. Defendant Kelvin Walsh therefore seeks leave to file his answer and defenses to Plaintiff's complaint *instanter*. A copy of the answer which will be filed upon approval is attached as Exhibit A.

9. Pursuant to Fed. R. Civ. Pro. 15(a)(2), leave should be given freely to submit this answer, because justice requires that Walsh not be harmed by this technical oversight which has had caused no harm or delay to the progress of the litigation.

10. When a defendant is tardy in filing its answer, but has otherwise vigorously defended a case, including attending all status conferences, participating in discovery, and briefing all pending motions, the technical failure to file an answer will not have prejudiced the plaintiff. *See, Wolf Lake Terminals, Inc. v. Mut. Marine Ins. Co.*, 433 F. Supp. 2d 933, 942 (N.D. Ind. 2005).

11.     Defendant does not pursue this motion for improper purposes, including harassment or delay, and the requested extension does not prejudice Plaintiff as the case has been, and continues to, move forward through discovery during this time period.

12.     Furthermore, Defendant already provided all information known to Kenco and Walsh in its original answer (Docket No. 32) so Plaintiff will not be receiving any new information through Walsh's answer. Defendant Walsh seeks only to correct this technical oversight and be incorporated into Defendant Kenco's answer.

WHEREFORE, based on the foregoing, Defendant Kelvin Walsh respectfully requests leave to file its answer and affirmative defenses to Plaintiff's complaint *instanter*, and for such other and further relief the court deems just and proper.

DATED:  February 8, 2017              Respectfully submitted,

                                            **KELVIN WALSH**

                                            By:  /s/ Jody Wilner Moran
                                                One of its Attorneys

Jody Wilner Moran
Julia P. Argentieri
Jackson Lewis P.C.
150 North Michigan Avenue
Suite 2500
Chicago, Illinois 60601
Telephone:    (312) 787-4949
Facsimile:      (312)787-4995

## CERTIFICATE OF SERVICE

    The undersigned attorney, hereby certify that on February 8, 2017, I electronically filed a copy of the foregoing *Defendant Kelvin Walsh's Motion for Leave to File His Answer and Affirmative Defenses Instanter* with the Clerk of the Court using the CM/ECF system. I further certify that a copy of the foregoing was served via U.S. Mail, to the following non-ECF participant:

        Mary Madison (*pro se*)
        9758 S. Charles
        Chicago, IL 60603

and a filed copy of the foregoing will be served via CM/ECF system, which will send a notice of electronic filing to the following parties:

        Thomas R. Davies
        Harry Harmon
        Kimberly J. Overbaugh
        Harmon & Davies, P.C.
        2306 Columbia Avenue
        Lancaster, PA 17603
        tdavies@h-dlaw.com
        rharmon@h-dlaw.com
        koverbaugh@h-dlaw.com

        By: /s/ Jody Wilner Moran
            One of the Attorneys for the Defendant