IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

MARY MADISON,

    Plaintiff,

Case No. 15-ev-2290-CSB-EIL

V.

KENCO LOGISTIC SERVICES, et. al.,

    Defendants.

FILED
FEB 21 2017
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA ILLINOIS

## PLAINTIFF'S REQUEST FOR AN EXTENSION OF TIME TO RESPOND TO THE COURT'S ORDER TO COMPEL

**NOW COMES** Plaintiff, MARY MADISON ("Plaintiff') pro se, and requests an extension of time to respond to The Court's Order To Compel and for her good cause shown in support of her response Plaintiff states the following; THAT

1. Plaintiff was just apprised on a phone conference, with the Court and the Defendants, on Tuesday, February 14, 2017, that an order had been entered by the Court on February 8, 2017 to compel by February 22, 2017.

2. Judge Long inquired if Plaintiff had received such an order.

3. Plaintiff to date has not received any communication with the regard to the order to compel from the court.

4. Judge Long indicated that if additional time was necessary to comply request the additional time.

5. Plaintiff is requesting additional time to comply.

6. Plaintiff has also requested that the Clerk's Office reissue the order on February 8, 2017.

7. In addition, Plaintiff has also requested from the Clerk's Office any other correspondence that may have been issued from the Court since December 20, 2016, as Plaintiff has not received any other communications since that time from the Court.

8. Plaintiff has also requested Plaintiff's taxes by 4506 T from the IRS, as Plaintiff realizes that this is a discoverable item and is necessary to the advancement of this matter before the Court.

9. Plaintiff will expeditiously comply with the Court's order upon receipt of such.

This motion is made in good faith and is not intended to unduly delay these proceedings and the relief requested would not cause any prejudice to Defendant, but if denied would greatly prejudice Plaintiff.

**WHEREFORE,** Plaintiff requests that this Honorable Court grant her motion for an extension of time.

Respectfully submitted,
**MARY MADISON**

By: _____

Pro Se
MARY MADISON
9758 South Charles
Chicago, Il 60643
773.297.9569

# CERTIFICATE OF SERVICE

Please take notice that on February 17, 2017 I, Mary Madison, hereby, certify that I did file a MOTION For an Extension of Time with the Central District of Illinois Urbana Division in the foregoing matter of Case No. 15-cv-02290-CSB-EIL and have served the persons identified on the docket's service list via Notice of Electronic Filing generated by the Court's CM/ECF system.

By: _____

Pro Se

MARY MADISON

9758 South Charles

Chicago, Il 60643

773.297.9569