**E-FILED**
Wednesday, 01 March, 2017  03:21:13 PM
Clerk, U.S. District Court, ILCD

FILED

MAR 0 1 2017

CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

MARY MADISON,

       Plaintiff,

                              Case No. 15-ev-2290-CSB-EIL

V.

KENCO LOGISTIC SERVICES, et. al.,

       Defendants.

## PLAINTIFF'S REQUEST TO COMPLY LATE TO JUDGES ORDER REGARDING EXPERT WITNESS(ES)

**NOW COMES** Plaintiff, MARY MADISON ("Plaintiff') pro se, and requests an extension of time to respond to comply to Judges orders regarding Expert Witness(es) and for her good cause shown in support of her response Plaintiff states the following; THAT

1.  As a result of Plaintiff being apprised on a phone conference, with the Court and the Defendants, on Tuesday, February 14, 2017, that an order had been entered by the Court on February 8, 2017 and in an effort to be comply, Plaintiff contacted the Clerk's Office as referenced in her February 17, 2017 motion for an extension of time to comply.

2.  Plaintiff requested that the Clerk's Office reissue the order on February 8, 2017.

3.  In addition, Plaintiff also requested from the Clerk's Office any other correspondence that may have been issued from the Court since December 20, 2016, as Plaintiff has not received any other communications since that time from the Court.

4. Teresa in the Clerk's Office graciously agreed on February 17, 2017, to send Plaintiff the February 8, 2017 order and any additional entries from December 20, 2016.

5. After receiving the correspondence, Plaintiff learned an order had been entered allowing Plaintiff to submit Expert Witness(es) information on or before February 17, 2017.

6. Plaintiff was unable to comply with that order, as Plaintiff did not know that the order existed until after the fact, during the week of February 22, 2017, when Plaintiff received the information.

7. Plaintiff is asking to still be allowed to submit this information regarding the Expert Witness(es) and direction from the court on how to proceed with such.

8. Plaintiff has the information readily available and it would not be a delay in tendering the information.

9. Plaintiff was out of town from February 7 until February 12, 2017. See Attached Exhibit 1.

10. Plaintiff did not receive all of Plaintiff's mail from the post office, from when the mail was placed on vacation hold.

11. Plaintiff eventually received all of Plaintiff's mail eventually on February 28, 2017; including the correspondence from the court with beginning dates of February 3, 2017 through February 14, 2017.

12. Plaintiff apologizes for the inconveniences and the additional time that is being expended for these series of mishaps.

This motion is made in good faith and is not intended to unduly delay these proceedings and the relief requested would not cause any prejudice to Defendant, but if denied would greatly prejudice Plaintiff.

**WHEREFORE,** Plaintiff requests that this Honorable Court grant her motion to comply late to the Judge's order regarding Expert Witness(es).

Respectfully submitted,
**MARY MADISON**

By: _____

Pro Se

MARY MADISON

9758 South Charles

Chicago, Il 60643

773.297.9569

## CERTIFICATE OF SERVICE

Please take notice that on March 1, 2017 I, Mary Madison, hereby, certify that I did file a MOTION to Comply Late to Judges Order Regarding Expert Witness(es) with the Central District of Illinois Urbana Division in the foregoing matter of Case No. 15-cv-02290-CSB-EIL and have served the persons identified on the docket's service list via Notice of Electronic Filing generated by the Court's CM/ECF system.

By: _____

Pro Se

MARY MADISON

9758 South Charles

Chicago, Il 60643

773.297.9569