IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| **MARY MADISON,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) Case No. 15-cv-2290-CSB-EIL |
| v. | ) |
| | ) |
| **KENCO LOGISTIC SERVICES, et. al.,** | ) |
| | ) |
| **Defendants.** | ) |

### DEFENDANTS' MOTION FOR ENTRY OF A PROTECTIVE ORDER

Defendants, Kenco Logistics Services, LLC and Kelvin Walsh by and through their undersigned attorneys, file the instant Motion for Entry of a Protective Order, and state as follows:

1. The parties have served discovery in this matter, which will require the disclosure of various confidential information, including but not limited to information relating to employment records, employment policies and business information related to third-party vendors.

2. Defendants have agreed to the proposed Protective Order, attached to this Motion as **Exhibit A**, which protects the confidentiality of parties and non-parties in an efficient and appropriate manner, and is consistent with the Central District Local Rules as well as the Northern District of Illinois' model protective order. Defendant Mars has also reviewed this proposed Protective Order and is in agreement.

3. Plaintiff responded in an email on March 14 that she reviewed the order and "has no questions or comments" but has not clearly indicated that she agrees to entry of the proposed Protective Order.

4. A copy of the attached Protective Order has also been sent to the Court via electronic mail.

**WHEREFORE**, Defendants Kenco Logistics Services, LLC and Kelvin Walsh, respectfully request that this Court grant an order entering the attached protective order.

Dated: April 6, 2017

Respectfully submitted,

**KENCO LOGISTIC SERVICES, LLC**

By:/    /s/ Jody Wilner Moran
       One of its Attorneys

Jody Wilner Moran
Julia Pearce Argentieri
**Jackson Lewis P.C.**
150 North Michigan Ave., Suite 2500
Chicago, Illinois  60601
Telephone: (312) 787-4949
moranj@jacksonlewis.com
julia.argentieri@jacksonlewis.com

**CERTIFICATE OF SERVICE**

    I, Jody Wilner Moran, an attorney, hereby certify that on April 6, 2017, I electronically filed a copy of the foregoing **Defendants' Motion for Entry of a Protective Order** with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record. A copy was also sent via U.S. mail to:

        Mary Madison (*pro se*)
        9758 South Charles
        Chicago, IL 60643

        By: /s/ *Jody Wilner Moran*
            One of the Attorneys for Defendant