IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| **MARY MADISON,** | ) |
| | ) |
|       **Plaintiff,** | ) |
| | ) Case No. 15-cv-2290-CSB-EIL |
|   v. | ) |
| | ) |
| **KENCO LOGISTIC SERVICES, et. al.,** | ) |
| | ) |
|       **Defendants.** | ) |

## DEFENDANTS' MOTION TO COMPEL PLAINTIFF'S DEPOSITION PURSUANT TO FED. R. CIV. PRO. 37

Defendants, Kenco Logistic Services, LLC and Kelvin Walsh move to compel Plaintiff to appear for deposition for the reasons set forth below:

*Pro se* Plaintiff Mary Madison is refusing to communicate regarding the scheduling of her deposition. She has instructed the parties to contact her exclusively through an attorney named Jordan Hoffman who is not representing her in this litigation, but is handling a pending appeal with the Department of Labor.[1] The parties have traded numerous phone calls and emails with Mr. Hoffman since the April 4 court hearing and Mr. Hoffman now informed us that Plaintiff will not provide us with dates she is available. Accordingly, Defendants are unable to schedule Plaintiff's deposition and request that the Court compel Madison to sit for a deposition at a mutually convenient time for the parties.

Defendants request that the Court compel *pro se* Plaintiff Mary Madison to schedule and sit for a deposition so that the litigation can move forward and discovery can be completed.

---

[1] Defendants have suggested that this deposition could be completed once for both matters (the federal lawsuit and the Department of Labor appeal) for the sake of efficiency and cost savings; however, Defendants are not opposed to deposing Ms. Madison separately for each matter if that will somehow impact her willingness to comply with the Federal Rules in litigation and sit for a deposition in this lawsuit.

1

Discovery is currently scheduled to close on April 21, 2017 (Docket No. 30.) On April 4, 2017 the Parties attending a telephonic status hearing. During the hearing, Counsel for Kenco and Walsh advised the Court that Plaintiff's deposition had not yet been completed, due to discovery delays which had resulted in the need for a motion to compel, which was granted on February 8, 2017 and additional documents were not received until March 10, 2017 (Docket No. 46.) The Court specifically instructed the Parties to agree upon a deposition date for Plaintiff, and contact Chambers with the agreed upon date as soon as possible, so that any modifications to the current scheduling order could occur.

Madison has refused to discuss her availability for a deposition in the federal lawsuit, despite the fact that she is *pro se* and has directed all communications about her deposition to Jordan Hoffman. This is inappropriate. Mr. Hoffman has not filed an appearance in this lawsuit.

Since April 4, Counsel for Kenco and Walsh have communicated with Plaintiff's attorney Jordan Hoffman who is representing her in her Department of Labor complaint regarding those proceedings. A copy of those communications are attached as *Exhibit A*. On April 6, 2017 Hoffman sent an email stating: "At this time, we will be unable to offer any dates for Ms. Madison to sit for a deposition; as we will be filing an objection to the order entered on March 29, 2017 from the DOL." *See Exhibit B*, Hoffman Email.[2] Subsequently, on April 10, 2017 Hoffman filed an objection to the Department of Labor's scheduling order. *See,* Exhibit C, Hoffman's Objection.

Pursuant to Fed. R. Civ. Pro. 30(a), a party may depose any person, including a party, without leave of the court. Additionally, Fed. R. Civ. Pro. 37 authorizes sanctions, including dismissal of the case for failing to produce a party for deposition. *See* Fed. R. Civ Pro.

---

[2] Given that Madison has refused to communicate about her deposition scheduling, Defendants' communications with Jordan Hoffman satisfy our obligation under Local Rule 37.2 to attempt to confer about this issue prior to filing a motion.

37(b)(2)(A)(i). Given that Plaintiff has caused significant delays requiring a motion to compel, and has now refused to schedule her deposition in this litigation, for reasons that are unclear and do not appear to be appropriate or in good faith, Defendants request that this Court compel Madison to sit for her deposition at the earliest possible mutually agreeable date, so that Defendants can complete discovery and prepare any potential dispositive motion. Defendants also request that the Court grant their attorney's fees for being put in the position of having to file this motion.

WHEREFORE, Defendants Kenco Logistic Services, LLC and Kelvin Walsh request that this Court compel Plaintiff to appear for her deposition, re-set the current scheduling deadlines to any appropriate dates thereafter, and grant Defendants their reasonable fees and costs associated with the need for filing this motion, or such other sanction for refusal to cooperate in discovery as the Court deems appropriate under Fed. R. Civ. Pro. 37.

DATED:  April 13, 2017                     Respectfully submitted,

**KENCO LOGISTICS SERVICES, LLC AND KELVIN WALSH**

By:  /s/Jody Wilner Moran
        One of their Attorneys

Jody Wilner Moran
Julia P. Argentieri
Jackson Lewis P.C.
150 North Michigan Avenue
Suite 2500
Chicago, Illinois 60601
Telephone:    (312) 787-4949
Facsimile:    (312)787-4995
MoranJ@jacksonlewis.com
Julia.Argentieri@jacksonlewis.com

3

**CERTIFICATE OF SERVICE**

The undersigned attorney, hereby certify that on April 13, 2017, I electronically filed a copy of the foregoing ***Defendants' Motion to Compel Plaintiff's Deposition*** with the Clerk of the Court using the CM/ECF system. I further certify that a copy of the foregoing was served via U.S. Mail, to the following non-ECF participant:

>Mary Madison (*pro se*)
>9758 S. Charles
>Chicago, IL 60603

and a filed copy of the foregoing will be served via CM/ECF system, which will send a notice of electronic filing to the following parties:

>Thomas R. Davies
>Harry Harmon
>Kimberly J. Overbaugh
>Harmon & Davies, P.C.
>2306 Columbia Avenue
>Lancaster, PA 17603
>tdavies@h-dlaw.com
>rharmon@h-dlaw.com
>koverbaugh@h-dlaw.com

>By: /s/ Jody Wilner Moran
>One of the Attorneys for the Defendant

p