**Watkins, Brittany (Chicago)**

| | |
|---|---|
| **From:** | Argentieri, Julia P. (Chicago) |
| **Sent:** | Wednesday, April 05, 2017 7:06 PM |
| **To:** | jthoffmanlaw@gmail.com |
| **Cc:** | Moran, Jody Wilner (Chicago) |
| **Subject:** | RE: Madison v. Kenco |

Hi Mr. Hoffman-
I'm just following up on this email below- We would appreciate receiving several options for deposition dates as soon as possible for Mary Madison so that we can secure a date. Depending on when she is available, this may require additional adjustments to the DOL or federal court discovery schedules, and I have an out-of-town client who will be traveling in, so I would like to finalize a date as soon as possible.

Thanks very much.

Regards,
Julie


**Julia P. Argentieri**
Attorney at Law
**Jackson Lewis P.C.**
150 North Michigan Avenue
Suite 2500
Chicago, IL 60601
Direct: (312) 803-2533 | Main: (312) 787-4949

Julia.Argentieri@jacksonlewis.com  |  www.jacksonlewis.com
**Jackson Lewis P.C. is included in the 2016 rankings of the AmLaw 100 and Global 100 law firms.**

**From:** Argentieri, Julia P. (Chicago)
**Sent:** Tuesday, April 04, 2017 11:40 AM
**To:** jthoffmanlaw@gmail.com
**Cc:** Moran, Jody Wilner (Chicago) <MoranJ@jacksonlewis.com>
**Subject:** Madison v. Kenco

Mr. Hoffman-
In follow up to my voicemail, can you please call me as soon as possible to discuss a date for your client's deposition which would cover the DOL appeal and the federal lawsuit?
Your client and I are required to contact the court once her deposition has been scheduled so that the court can determine how this impacts the litigation schedule, so I would appreciate if we can resolve this today or tomorrow.

Thank you.

Regards,
Julie

**Julia P. Argentieri**
Attorney at Law
**Jackson Lewis P.C.**
150 North Michigan Avenue
Suite 2500
Chicago, IL 60601
Direct: (312) 803-2533 | Main: (312) 787-4949

Julia.Argentieri@jacksonlewis.com  |  www.jacksonlewis.com

*Jackson Lewis P.C. is included in the 2016 rankings of the AmLaw 100 and Global 100 law firms.*

2