**Watkins, Brittany (Chicago)**

| | |
|---|---|
| **From:** | Jordan Hoffman <jthoffmanlaw@gmail.com> |
| **Sent:** | Thursday, April 06, 2017 8:36 PM |
| **To:** | Argentieri, Julia P. (Chicago) |
| **Cc:** | Moran, Jody Wilner (Chicago) |
| **Subject:** | Re: Madison v. Kenco |

Ms. Argentieri:

At this time, we will be unable to offer any dates for Ms. Madison to sit for a deposition; as we will be filing an objection to the order entered on March 29, 2017 from the DOL.

Thanks

The Law Office of
Jordan T. Hoffman, P.C.
2711 East New York Ave., Suite 205
Aurora, IL 60502
888.958.4529
jthoffmanlaw@gmail.com

*"Balancing the Scales of Justice"*

www.attyjthoffman.com

- CONFIDENTIALITY NOTICE: The information contained in this communication is confidential, may be attorney-client privileged or attorney work product, may constitute inside information or internal deliberative staff communication, and is intended only for the use of the addressee. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify the sender immediately by return e-mail and destroy this communication and all copies thereof, including all attachments. Receipt by an unintended recipient does not waive attorney-client privilege, attorney work product privilege, or any other exemption from disclosure.

On Wed, Apr 5, 2017 at 8:24 PM, Jordan Hoffman <jthoffmanlaw@gmail.com> wrote:
> Ms.Argentieri
>
> I have been out of the office.  I will contact you on tomorrow.
>
>
> Thanks
>
>
> The Law Office of
> Jordan T. Hoffman, P.C.
> 11528 South Halsted
> Chicago, Illinois 60628
> 773.995.7900 Ext 102
> 773.995.7921 Fax
> jthoffmanlaw@gmail.com

*"Balancing the Scales of Justice"*

www.attyjthoffman.com

- CONFIDENTIALITY NOTICE: The information contained in this communication is confidential, may be attorney-client privileged or attorney work product, may constitute inside information or internal deliberative staff communication, and is intended only for the use of the addressee. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify the sender immediately by return e-mail and destroy this communication and all copies thereof, including all attachments. Receipt by an unintended recipient does not waive attorney-client privilege, attorney work product privilege, or any other exemption from disclosure.

On Tue, Apr 4, 2017 at 11:39 AM, Argentieri, Julia P. (Chicago) <Julia.Argentieri@jacksonlewis.com> wrote:

> Mr. Hoffman-
>
> In follow up to my voicemail, can you please call me as soon as possible to discuss a date for your client's deposition which would cover the DOL appeal and the federal lawsuit?
>
> Your client and I are required to contact the court once her deposition has been scheduled so that the court can determine how this impacts the litigation schedule, so I would appreciate if we can resolve this today or tomorrow.
>
> Thank you.
>
> Regards,
>
> Julie
>
> **Julia P. Argentieri**
> Attorney at Law
> **Jackson Lewis P.C.**
> 150 North Michigan Avenue
> Suite 2500
> Chicago, IL 60601
> Direct: (312) 803-2533 | Main: (312) 787-4949
> Julia.Argentieri@jacksonlewis.com  |  www.jacksonlewis.com
> ***Jackson Lewis P.C. is included in the 2016 rankings of the AmLaw 100 and Global 100 law firms.***
>
> Confidentiality Note: This e-mail, and any attachment to it, contains privileged and confidential information intended only for the use of the individual(s) or entity named on the e-mail. If the reader of this e-mail is not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that reading it is strictly prohibited. If you have received this e-mail in error, please immediately return it to the sender and delete it from your system. Thank you.