UNITED STATES

DEPARTMENT OF LABOR


| | | |
|---|---|---|
| MARY MADISON, | ) | |
| | ) | |
| Complainant, | ) | Case No. 2016-FDA-4 |
| v. | ) | |
| | ) | |
| | ) | |
| KENCO LOGISTICS | ) | |
| | ) | |
| Respondent | ) | |


## **OBJECTION**


**NOW COMES** the complainant, **MARY MADISON** (hereinafter "MADISON") by her

Attorney, Jordan T. Hoffman and for her Objection to the Order Entered herein on March 29,

2017, she states as follows: **THAT**:


1.  On February 24, 2017, Respondent's counsel filed a motion to extend scheduling order.
    See Exhibit 1

2.  Madison's counsel was not served in accordance with 29 CFR Part 18 and as a result
    was unaware that this issue was before this tribunal.

3.  Specifically, respondent emailed "Madison's" counsel.

4.  The email address was incorrect.

5.  Counsel did not agree in writing to service by email.

6.  Neither Madison or Madison's counsel provided respondent or respondent's counsel with Madison's counsel's email address.

7.  The Service list for the matter before the Department of Labor only reflects Madison's counsel's mailing address.

8.  Respondent's allegations in paragraphs 3, 4, 6 and 7 are false and misleading.

9.  Specifically, in regards to paragraph 3, Madison's counsel indicated for the record on the June 2, 2016 conference call with Judge Sellers and respondent that neither Madison nor Madison's counsel felt that this case was inextricably linked to the pending federal litigation.

10. Madison's counsel did not agree with respondent's sentiments that the discovery deadlines should dovetail with one another.

11. Neither Madison nor Madison's counsel believed this would be mutually beneficial to set the matters on a similar discovery schedule.

12. Madison sought an expeditious hearing date.

13. Specifically, in regards to paragraph 4, at the time of this filing, all discovery delays had been resolved by order of the court on February 8, 2017, sixteen (16) days prior to this filing.  See Exhibit 2

14. Since February 8, 2017, there has been no other court activity relative to discovery disputes between Madison and respondent.

15. Consequently, this was a patently false statement made to this tribunal.

16. Specifically, in regards to paragraph 6, based upon the aforementioned reasons Kenco did not have good cause to modify the existing scheduling order.

17. This request has not reduced costs for Madison, as Madison has to incur additional costs borne out of this request, as a direct result of respondent having obtained an ex-parte ruling on its motion to extend scheduling order.

18. Despite respondent's assertion that Madison's deposition could not be scheduled because of discovery disputes, respondent scheduled a deposition that encompassed the District Court case and the matter here before this tribunal for May 18, 2017.

19. Moreover, with regard to the proposed deposition respondent's counsel sent a Fedex to Madison with an Amended Notice of Plaintiff's Deposition[1] on March 31, 2017 that was delivered to Madison on April 3, 2017.  See Exhibit  3

20. Respondent's counsel did not confer with neither Madison nor Madison's counsel before setting the date.  See Exhibit 4

21. Respondent's counsel did not serve Madison's counsel with a Notice of Deposition, with regards to the matter pending here at the Department of Labor.

22. Respondent's counsel contacted Madison directly concerning the proposed deposition after the order of March 29, 2017.

23. According to Madison, respondent's counsel was admonished on a status call by the Magistrate Judge in the federal litigation on April 4, 2017 to not confer with Madison regarding the pending case at the Department of Labor.

24. Respondent's counsel contacted Madison's counsel on February 7, 2017, asking if she thought Madison would want to change the date.

---

[1] The initial deposition in the District Court case was scheduled for September 13, 2016.  Therefore, Respondent had had more than six (6) months to have Madison sit for a deposition before the close of discovery in this matter.

25. It was immediately indicated to respondent's counsel that Madison was out of town, but from what counsel understood Madison was firm on the date.

26. Respondent's counsel during the course of that conversation never discussed proposing a motion to extend the scheduling order.

27. Respondent was advised that Madison was firm on the set date.

28. Madison's counsel never spoke with respondent about any of the reciprocal mutualities listed in the February 24, 2017 motion.

29. Respondent never sent a proposed motion to Madison's counsel for review.

**Wherefore,** for all of the aforementioned stated reasons, Complainant Madison requests that order entered on March 29, 2017 be vacated and that:

a. discovery be closed in accordance with the original order of December 13, 2016 and;

b. that an expeditious hearing date be set in the pending matter before the Department of Labor and;

c. any such other relief, as this tribunal deems warranted in the circumstances.

Dated: April 6, 2017                    Respectfully Submitted,
                                        MARY MADISON

                                        By: /s/ Jordan Hoffman

                                        2711 E. New York Ave., Suite 205
                                        Aurora, IL 60502
                                        (888) 958-4529

**EXHIBIT 1**

UNITED STATES
DEPARTMENT OF LABOR

| | |
|---|---|
| In the Matter of: ) | |
| ) | |
| MARY MADISON, ) | Case No. 2016-FDA-4 |
| ) | |
| Complainant, ) | |
| ) | |
| v. ) | |
| ) | |
| KENCO LOGISTICS ) | |
| ) | |
| Respondent. ) | |

## MOTION TO EXTEND SCHEDULING ORDER

Respondent Kenco Logistics Services, LLC hereby requests to extend and re-set the current dispositive motion deadline, discovery deadline, and hearing dates in the above referenced matter by at least sixty days, for the reasons set forth below:

1.      On December 13, 2016 an order was entered setting this matter for hearing on May 4, 2017 and May 5, 2017.

2.      Dispositive motions are due 45 workdays prior to the hearing, or March 2, 2017.

3.      The parties agreed to the current schedule based on the fact that there is a parallel case pending in federal court in the Central District of Illinois with substantially similar facts, *Mary Madison v. Kenco Logistics Services, LLC* (Case Number 15-cv-02290), and in order to avoid potentially duplicative discovery in the two cases, it was believed to be mutually beneficial to set the matters on a similar discovery schedule.

4.      Discovery has been delayed in the federal litigation and Kenco is awaiting resolution of discovery disputes with Madison in order to move forward with setting a deposition.

1

5.    For the reasons set forth above, Kenco requests that the current dispositive motion deadline be extended until a date at least sixty (60) days from now, so that Kenco can complete Madison's deposition once for both matters, and prepare any potential dispositive motion thereafter.

6.    Kenco has good cause to request this modification to the current dispositive motion deadline and any subsequent deadlines, in accordance with 29 C.F.R §1987.107, because it will reduce costs and fees to both sides by avoiding scheduling two separate depositions of Mary Madison on overlapping claims.

7.    Kenco has discussed this request with Counsel for Complainant prior to preparing this motion but has not received a response as to whether this motion can be presented as "agreed."

For all the reasons stated above, Respondent Kenco requests that the Department of Labor extend the current dispositive motion, discovery and hearing dates in this case by at least sixty days in the interests of judicial economy and to avoid duplicative discovery in the related federal litigation.

DATED: February 24, 2017          Respectfully submitted,

KENCO LOGISTICS SERVICES, LLC

By: /s/ Jody Wilner Moran
          One of its Attorneys

Jody Wilner Moran
Julia P. Argentieri
Jackson Lewis P.C.
150 North Michigan Avenue
Suite 2500
Chicago, Illinois 60601
Telephone:    (312) 787-4949
Facsimile:    (312)787-4995

2

## CERTIFICATE OF SERVICE

The undersigned attorney, hereby certifies that on February 24, 2017, I submitted a copy

of the foregoing *Motion to Extend Scheduling Order* via fax and email to:

> U.S. Department of Labor, Office of Administrative Law Judges
> Attention: April Cook, Paralegal Specialist to Judge Sellers
> 36 E. 7th Street, Suite 2525
> Cincinnati, Ohio 45202
> FAX: (513)684-6106
> Email: cook.april@dol.gov

A copy was also sent via electronic mail to:

> Jordan Hoffman, esq., Counsel for Complainant
> jhoffmanlaw@gmail.com

> By: /s/ Jody Wilner Moran
> One of the Attorneys for the Defendant

# EXHIBIT 2

**2:15-cv-02290-CSB-EIL** Madison v. Kenco Logistic Services LLC et al
Colin Stirling Bruce, presiding
Eric I. Long, referral
**Date filed:** 12/08/2015
**Date of last filing:** 03/02/2017

# History

| Doc. No. | Dates | Description |
|---|---|---|
| 1 | *Filed & Entered:* 12/08/2015 | Complaint |
| 2 | *Filed & Entered:* 12/08/2015<br>*Terminated:* 01/04/2016 | Motion for Leave to Proceed in forma pauperis |
| 3 | *Filed & Entered:* 12/11/2015 | Order |
| 4 | *Filed & Entered:* 12/31/2015 | Remark |
| 5 | *Filed & Entered:* 01/04/2016 | Order on Motion for Leave to Proceed in forma pauperis |
| 6 | *Filed & Entered:* 01/04/2016 | Summons Issued |
| 7 | *Filed & Entered:* 01/26/2016 | Notice of Appearance of Attorney |
| 8 | *Filed & Entered:* 01/28/2016 | Summons Returned Executed (21 days to answer) |
| 9 | *Filed & Entered:* 02/01/2016<br>*Terminated:* 02/03/2016 | Motion for Extension of Time to File Answer |
|  | *Filed & Entered:* 02/03/2016 | Order on Motion for Extension of Time to Answer |
| 10 | *Filed & Entered:* 02/03/2016 | Order |
| 11 | *Filed & Entered:* 02/04/2016 | Notice of Appearance of Attorney |
| 12 | *Filed & Entered:* 03/07/2016 | Notice of Appearance of Attorney |
| 13 | *Filed & Entered:* 03/07/2016 | Notice of Appearance of Attorney |
| 14 | *Filed & Entered:* 03/07/2016 | Notice of Appearance of Attorney |
| 15 | *Filed & Entered:* 03/07/2016 | Notice of Appearance of Attorney |
| 16 | *Filed & Entered:* 03/07/2016 | Notice of Appearance of Attorney |
| 17 | *Filed & Entered:* 03/21/2016 | Notice (Other) |
| 18 | *Filed & Entered:* 03/21/2016<br>*Terminated:* 05/03/2016 | Motion to Dismiss for Failure to State a Claim |
| 19 | *Filed & Entered:* 03/21/2016 | Memorandum in Support of Motion |
| 20 | *Filed & Entered:* 03/21/2016 | Notice (Other) |
| 21 | *Filed & Entered:* 03/24/2016 | Summons Returned Executed (21 days to answer) |
| 22 | *Filed & Entered:* 04/01/2016 | Notice (Other) |
| 23 | *Filed & Entered:* 04/01/2016<br>*Terminated:* 05/03/2016 | Motion to Dismiss |
| 24 | *Filed & Entered:* 04/01/2016 | Memorandum in Support of Motion |
| 25 | *Filed & Entered:* 04/01/2016 | Notice (Other) |

| | | |
|---|---|---|
| | *Filed & Entered:* 04/04/2016 | Order on Motion for Extension of Time to File Response/Reply |
| 26 | *Filed & Entered:* 04/04/2016<br>*Terminated:* 04/04/2016 | Motion for Extension of Time to File Response/Reply |
| 27 | *Filed & Entered:* 04/18/2016 | Report of Rule 26(f) Planning Meeting |
| 28 | *Filed:* 04/18/2016<br>*Entered:* 04/19/2016 | Response to Motion |
| 29 | *Filed:* 04/18/2016<br>*Entered:* 04/19/2016 | Response to Motion |
| | *Filed & Entered:* 04/19/2016 | Setting Rule 16 Scheduling Conference |
| | *Filed & Entered:* 04/26/2016 | Set/Reset Hearings |
| 30 | *Filed & Entered:* 04/26/2016 | Scheduling Conference |
| 31 | *Filed & Entered:* 05/03/2016 | Order on Motion to Dismiss for Failure to State a Claim |
| 32 | *Filed & Entered:* 05/17/2016 | Answer to Complaint |
| | *Filed & Entered:* 07/21/2016 | Status Conference - Referral Judge |
| 33 | *Filed & Entered:* 08/23/2016<br>*Terminated:* 08/29/2016 | Motion for Default Judgment |
| 34 | *Filed & Entered:* 08/26/2016 | Response to Motion |
| | *Filed & Entered:* 08/29/2016 | Order on Motion for Default Judgment |
| | *Filed & Entered:* 08/31/2016 | Set/Reset Deadlines |
| 35 | *Filed & Entered:* 09/02/2016 | Answer to Complaint |
| 36 | *Filed & Entered:* 09/06/2016<br>*Terminated:* 09/19/2016 | Motion for Leave to File |
| 37 | *Filed & Entered:* 09/15/2016 | Response to Motion |
| | *Filed & Entered:* 09/19/2016 | Order on Motion for Leave to File |
| 38 | *Filed & Entered:* 09/19/2016 | Reply to Response to Motion |
| 39 | *Filed & Entered:* 09/19/2016<br>*Terminated:* 09/20/2016 | Motion to Strike |
| 40 | *Filed & Entered:* 09/19/2016 | Response to Motion |
| | *Filed & Entered:* 09/20/2016 | Order on Motion to Strike |
| 41 | *Filed & Entered:* 09/26/2016<br>*Terminated:* 09/28/2016 | Motion for Leave to File |
| | *Filed & Entered:* 09/28/2016 | Order on Motion for Leave to File |
| | *Filed & Entered:* 11/18/2016 | Order |
| | *Filed & Entered:* 11/21/2016 | Order |
| | *Filed & Entered:* 11/28/2016 | Status Conference |
| | *Filed & Entered:* 12/20/2016 | Status Conference - Referral Judge |
| 42 | *Filed & Entered:* 01/04/2017<br>*Terminated:* 02/08/2017 | Motion to Compel |
| 43 | *Filed & Entered:* 01/04/2017 | Memorandum in Support of Motion |
| 44 | *Filed & Entered:* 01/06/2017 | Motion for Extension of Time to File |

| | Terminated: | 02/03/2017 | | |
|---|---|---|---|---|
| 45 | Filed & Entered: | 01/20/2017 | | Response to Motion |
| | Filed & Entered: | 02/03/2017 | | Order on Motion for Extension of Time to File |
| 46 | Filed & Entered: | 02/08/2017 | | Order on Motion to Compel |
| 47 | Filed & Entered:<br>Terminated: | 02/08/2017<br>02/09/2017 | | Motion for Leave to File |
| | Filed & Entered: | 02/09/2017 | | Order on Motion for Leave to File |
| 48 | Filed & Entered: | 02/09/2017 | | Answer to Complaint |
| | Filed & Entered: | 02/14/2017 | | Status Conference - Referral Judge |
| 49 | Filed & Entered:<br>Terminated: | 02/21/2017<br>02/22/2017 | | Motion for Extension of Time to File Response/Reply |
| | Filed & Entered: | 02/22/2017 | | Order on Motion for Extension of Time to File Response/Reply |
| 50 | Filed & Entered:<br>Terminated: | 03/01/2017<br>03/02/2017 | | Motion for Extension of Time to File |
| | Filed & Entered: | 03/02/2017 | | Order on Motion for Extension of Time to File |

| PACER Service Center | | |
|---|---|---|
| Transaction Receipt | | |
| 04/03/2017 18:55:17 | | |
| PACER Login: | jt2450:3474088:0 | Client Code: |
| Description: | History/Documents | Search Criteria: | 2:15-cv-02290-CSB-EIL |
| Billable Pages: | 2 | Cost: | 0.20 |

EXHIBIT 3

# jackson|lewis
### Attorneys at Law

Representing Management Exclusively in Workplace Law and Related Litigation

Jackson Lewis P.C.
150 North Michigan Avenue
Suite 2500
Chicago, Illinois 60601
Tel 312 787-4949
Fax 312 787-4995
www.jacksonlewis.com

| | | | |
|---|---|---|---|
| ALBANY, NY | GREENVILLE, SC | MONMOUTH COUNTY, NJ | RALEIGH, NC |
| ALBUQUERQUE, NM | HARTFORD, CT | MORRISTOWN, NJ | RAPID CITY, SD |
| ATLANTA, GA | HONOLULU, HI* | NEW ORLEANS, LA | RICHMOND, VA |
| AUSTIN, TX | HOUSTON, TX | NEW YORK, NY | SACRAMENTO, CA |
| BALTIMORE, MD | INDIANAPOLIS, IN | NORFOLK, VA | SALT LAKE CITY, UT |
| BIRMINGHAM, AL | JACKSONVILLE, FL | OMAHA, NE | SAN DIEGO, CA |
| BOSTON, MA | KANSAS CITY REGION | ORANGE COUNTY, CA | SAN FRANCISCO, CA |
| CHICAGO, IL | LAS VEGAS, NV | ORLANDO, FL | SAN JUAN, PR |
| CINCINNATI, OH | LONG ISLAND, NY | PHILADELPHIA, PA | SEATTLE, WA |
| CLEVELAND, OH | LOS ANGELES, CA | PHOENIX, AZ | ST. LOUIS, MO |
| DALLAS, TX | MADISON, WI | PITTSBURGH, PA | TAMPA, FL |
| DAYTON, OH | MEMPHIS, TN | PORTLAND, OR | WASHINGTON, DC REGION |
| DENVER, CO | MIAMI, FL | PORTSMOUTH, NH | WHITE PLAINS, NY |
| DETROIT, MI | MILWAUKEE, WI | PROVIDENCE, RI | |
| GRAND RAPIDS, MI | MINNEAPOLIS, MN | | |

MY DIRECT DIAL IS: 312-803-2533
MY EMAIL ADDRESS IS: JULIA.ARGENTIERI@JACKSONLEWIS.COM

*through an affiliation with Jackson Lewis P.C., a Law Corporation

March 31, 2017

**VIA E-MAIL AND FED EX**
Mary Madison
9758 South Charles
Chicago, IL 60643
Email: mdj123197@aol.com

Re:  *Madison v. Kenco et. al.*, Case No.
15-cv-2290, Case No. 2016-FDA-4

Dear Ms. Madison:

Enclosed please find a copy of an Amended Notice of Plaintiff's Deposition. Per the enclosed notice, Defendant Kenco intends to take your deposition in the above-referenced matters. In addition to your pending federal lawsuit, this deposition will also cover claims at issue in your pending appeal with the Department of Labor.

Thank you.

Regards,

**JACKSON LEWIS P.C.**

Julia P. Argentieri

Cc:  Jordan T. Hoffman, Esq. (with enclosure)
Thomas R. Davies (with enclosure)
Harry Harmon (with enclosure)
Kimberly J. Overbaugh (with enclosure)

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

MARY MADISON,                          )
                                       )
        Plaintiff,                     )
                                       )    Case No. 15-cv-2290-CSB-EIL
        v.                             )
                                       )
KENCO LOGISTIC SERVICES, et. al.,      )
                                       )
        Defendants.                    )

### AMENDED NOTICE OF PLAINTIFF'S DEPOSITION

Pursuant to Rule 30 of the Federal Rules of Civil Procedure, Defendant, Kenco Logistic Services ("Kenco") hereby directs Plaintiff Mary Madison to appear for a videotaped deposition before an officer authorized by law to administer oaths on May 18, 2017 at 9:30 a.m.[1] at the offices of Jackson Lewis P.C., 150 North Michigan Avenue, Suite 2500, Chicago, Illinois 60601. Ms. Madison is directed to produce at the commencement of her deposition: (1) all documents she reviewed in preparation for the deposition and (2) all documents responsive to Defendant's First Request for Production of Documents not previously produced to Defendant.

Dated: March 31, 2017

                          KENCO LOGISTIC SERVICES, LLC

                          By: _____
                              One of the Attorneys for Defendant.

Jody Wilner Moran
Julia P. Argentieri
**Jackson Lewis P.C.**
150 N. Michigan Avenue, Suite 2500
Chicago, IL 60601
Telephone: (312) 787-4949
Facsimile: (312) 787-4995
moranj@jacksonlewis.com
julia.argentieri@jacksonlewis.com

---

[1] A court reporter from Veritext Legal Solutions will be recording Plaintiff's deposition using sound and visual recording devices. The Veritext court reporter will also make written transcripts of the proceedings available.

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that on March 31, 2017, she caused a true and correct copy of the foregoing **Amended Notice of Plaintiff's Deposition** by e-mailing a copy of same to the e-mail addresses below and also by causing a copy to be placed in the U.S. Mail, first-class postage prepaid, addressed as follows:

Mary Madison (*pro se*)
9758 South Charles
Chicago, IL 60643
Mdj123197@aol.com

Thomas R. Davies
Harry Harmon
Kimberly J. Overbaugh
Harmon & Davies, P.C.
2306 Columbia Avenue
Lancaster, PA 17603
tdavies@h-dlaw.com
rharmon@h-dlaw.com
koverbaugh@h-dlaw.com

Julia P. Argentieri

4841-1823-7766, v. 1



# EXHIBIT 4

 **Gmail**

Jordan Hoffman <jthoffmanlaw@gmail.com>

## Re: Madison v. Kenco

**Mary** <mdj123197@aol.com>                                                              Mon, Apr 3, 2017 at 10:25 PM
To: "Argentieri, Julia P. (Chicago)" <Julia.Argentieri@jacksonlewis.com>
Cc: "jhoffmanlaw@gmail.com" <jhoffmanlaw@gmail.com>, Tom Davies <TDavies@h-dlaw.com>, Kimberly
Overbaugh <KOverbaugh@h-dlaw.com>, "Moran, Jody Wilner (Chicago)" <MoranJ@jacksonlewis.com>

Good day,

I am in receipt of your documentation regarding the deposition that you set for May 18, 2017. As you
know, the discovery that was issued to you is overdue and you have not reached out to me in regards to
the outstanding discovery. Please do so.

As you know, Attorney Hoffman is my legal counsel in the foregoing matter at the Department of Labor.
Pointedly, setting a date for a deposition without communicating or conferring with him was inappropriate.
Pointedly, you should have conferred with Attorney Hoffman with regards to setting a deposition that
involves a matter that he is litigating. Moreover, as a courtesy you should have conferred with me as well
to ensure that time was convenient for me as well; as it is my understanding that this collaborative
process.

Since you have taken the liberty to arrange a deposition that synergizes another matter that legal counsel
is retained, I will allow him to schedule the deposition.

Furthermore, it was my understanding that the DOL is on May 4-5, 2017.

Also, the discovery for the matter is district court ends soon as well.

The date you have chosen I will be out of town at a graduation during that week.

Please refrain from contacting regarding the DOL matter, as that is not proper.

In addition, that is not Attorney Hoffman's email address. His email address is JTHoffmanlaw@gmail.com.
You left the t out.

Thank you for your cooperation.

sent from my iPad

On Mar 31, 2017, at 5:10 PM, "Argentieri, Julia P. (Chicago)" <Julia.Argentieri@jacksonlewis.com> wrote:

> Ms. Madison and Mr. Hoffman-
>
> Please see attached.
>
>
> Regards,
>
> Julie
>
>
> **Julia P. Argentieri**

Attorney at Law

**Jackson Lewis P.C.**

150 North Michigan Avenue
Suite 2500
Chicago, IL 60601

Direct: (312) 803-2533 | Main: (312) 787-4949

Julia.Argentieri@jacksonlewis.com  |  www.jacksonlewis.com

*Jackson Lewis P.C. is included in the 2016 rankings of the AmLaw 100 and Global 100 law firms.*

Confidentiality Note: This e-mail, and any attachment to it, contains privileged and confidential information intended only for the use of the individual(s) or entity named on the e-mail. If the reader of this e-mail is not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that reading it is strictly prohibited. If you have received this e-mail in error, please immediately return it to the sender and delete it from your system. Thank you.

<Madison Re-Notice of Deposition 033117.pdf>

CERTIFICATE OF SERVICE

I, Jordan T. Hoffman, hereby certify that a copy of the foregoing document was sent to the following this 7th day of April, 2017:

**By: Email and Regular Mail**
U.S. Department of Labor, Office of Administrative Law Judges
Attention: April Cook, Paralegal Specialist to Judge Sellers
36 E. 7th Street, Suite 2525
Cincinnati, Ohio 45202
Email: cook.april@dol.gov

**By: Regular Mail**

Director
Directorate of Whistleblower Protection Programs
U S Department of Labor, OSHA
Room N 4618 FPB
200 CONSTITUTION AVE NW
WASHINGTON DC 20210
            *(Hard Copy - Regular Mail)*

Free State Reporting Inc
1378 Cape St. Clair Road
ANNAPOLIS MD 21409
            *(Hard Copy - Regular Mail)*

Counsel for Whistleblower Programs
Division of Fair Labor Standards
Office of the Solicitor
U.S. Department of Labor
200 Constitution Ave, NW, Room N-2716
WASHINGTON DC 20210
            *(Hard Copy - Regular Mail)*

Chicago Regional Solicitor
Regional Solicitor
U. S. Department of Labor
Room 844
230 South Dearborn Street
CHICAGO IL 60604
            *(Hard Copy - Regular Mail)*

Mary Madison
9758 S. Charles
CHICAGO IL 60643
            *(Hard Copy - Regular Mail)*

Scott Simmons, Esq.
Miller & Martin PLLC
832 Georgia Ave., Suite 1000
CHATTANOOGA TN 37402
            *(Hard Copy - Regular Mail)*

SERVICE SHEET continued Page: 2

Tim Crouse
Reg. Supervisory Investigator
USDOL, OSHA, Room 3244
230 South Dearborn Street
CHICAGO IL 60604
     *(Hard Copy - Regular Mail)*

Julia P Argentieri, Esq.
Jody Wilner Moran, Esq.
Jackson Lewis, P.C.
150 N. Michigan Ave., Suite 2500
CHICAGO IL 60601
     *(Hard Copy - Regular Mail)*

By: /s/ Jordan Hoffman

2711 E. New York Ave., Suite 205
Aurora, IL 60502
(888) 958-4529