# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
# URBANA DIVISION

| | |
|---|---|
| MARY MADISON, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No. 15-CV-2290 |
| ) | |
| KENCO LOGISTIC SERVICES, LLC, ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

A Report and Recommendation (#56) was filed by the Magistrate Judge in the above cause on April 27, 2017. More than fourteen (14) days have elapsed since the filing of the Recommendation and no objections have been made. See 28 U.S.C. § 636(b)(1). The Recommendation of the Magistrate Judge is, therefore, accepted by the court. See Video Views, Inc. v. Studio 21, Ltd, 797 F.2d 538 (7th Cir. 1986).

IT IS THEREFORE ORDERED THAT:

(1) The Report and Recommendation (#56) is accepted by this court.

(2) Plaintiff is hereby sanctioned $400, payment due on or before June 1, 2017, to be paid to Defendants Kenco Logistics Service and Kevin Walsh by sending a check or money order to Defendants' counsel of record.

(3) This case is referred to the Magistrate Judge for further proceedings.

ENTERED this 15th day of May, 2017.

s/ COLIN S. BRUCE
U.S. DISTRICT JUDGE