E-FILED
Monday, 15 May, 2017 01:38:13 PM
Clerk, U.S. District Court, ILCD

## PLAINTIFF'S EXHIBITS IN SUPPORT OF MOTION TO COMPEL

**Exhibit A:    ISO 22000 QMS Documentation**

**Exhibit B:    Defendants Exhibit of Quality Engineer job posting**

**Exhibit C:    QMS Documentation Policy- CP.BP.4.2.1.001**

**Exhibit D:    Control of Documents-ISOBP4.2.3.001**

**Exhibit E:    Continual Improvement Policy ISO.QE.8.5.1.001**

**Exhibit F:    Mars letter of Compliance to ISO 22000 and other statutory and industry requirements**

**Exhibit G:    Control of Records Policy- ISO. QE.4.2.4.001**

**Exhibit H:    Objection to Discovery**

**Exhibit I:    Defendants April 6, 2017 Discovery Responses**

**Exhibit J:    Defendant's April 13, 2017 Discovery Responses**

**Exhibit K:    Request to Reconsider**

**EXHIBIT A**

**INTERNATIONAL STANDARD**                                      **ISO 22000:2005(E)**

# Food safety management systems — Requirements for any organization in the food chain

## 1 Scope

This International Standard specifies requirements for a food safety management system where an organization in the food chain needs to demonstrate its ability to control food safety hazards in order to ensure that food is safe at the time of human consumption.

It is applicable to all organizations, regardless of size, which are involved in any aspect of the food chain and want to implement systems that consistently provide safe products. The means of meeting any requirements of this International Standard can be accomplished through the use of internal and/or external resources.

This International Standard specifies requirements to enable an organization

a) to plan, implement, operate, maintain and update a food safety management system aimed at providing products that, according to their intended use, are safe for the consumer,

b) to demonstrate compliance with applicable statutory and regulatory food safety requirements,

c) to evaluate and assess customer requirements and demonstrate conformity with those mutually agreed customer requirements that relate to food safety, in order to enhance customer satisfaction,

d) to effectively communicate food safety issues to their suppliers, customers and relevant interested parties in the food chain,

e) to ensure that the organization conforms to its stated food safety policy,

f) to demonstrate such conformity to relevant interested parties, and

g) to seek certification or registration of its food safety management system by an external organization, or make a self-assessment or self-declaration of conformity to this International Standard.

All requirements of this International Standard are generic and are intended to be applicable to all organizations in the food chain regardless of size and complexity. This includes organizations directly or indirectly involved in one or more steps of the food chain. Organizations that are directly involved include, but are not limited to, feed producers, harvesters, farmers, producers of ingredients, food manufacturers, retailers, food services, catering services, organizations providing cleaning and sanitation services, transportation, storage and distribution services. Other organizations that are indirectly involved include, but are not limited to, suppliers of equipment, cleaning and sanitizing agents, packaging material, and other food contact materials.

This International Standard allows an organization, such as a small and/or less developed organization (e.g. a small farm, a small packer-distributor, a small retail or food service outlet), to implement an externally developed combination of control measures.

NOTE   Guidance on the application of this International Standard is given in ISO/TS 22004.

## 2 Normative references

The following referenced documents are indispensable for the application of this document. For dated references, only the edition cited applies. For undated references, the latest edition of the referenced document (including any amendments) applies.

ISO 9000:2000, *Quality management systems — Fundamentals and vocabulary*

Licensed to Jordan Hoffman (jlhoffmanlaw@gmail.com)
ISO Store Order: OP-307422 / Downloaded: 2017-04-07
Single user licence only, copying and networking prohibited

© ISO 2005 – All rights reserved
                                                                                    1

ISO 22000:2005(E)

# 3  Terms and definitions

For the purposes of this document, the terms and definitions given in ISO 9000 and the following apply.

For the convenience of the users of this *International Standard*, some of the definitions in ISO 9000 are quoted with added notes that are applicable only to this special application.

NOTE   Terms are not defined where they retain their normal dictionary definition. Where bold type is used in a definition, this indicates a cross-reference to another term defined in this clause, and the number reference for the term is given in parentheses.

### 3.1
### food safety
concept that food will not cause harm to the consumer when it is prepared and/or eaten according to its intended use

NOTE 1   Adapted from Reference [11].

NOTE 2   Food safety is related to the occurrence of **food safety hazards** (3.3) and does not include other human health aspects related to, for example, malnutrition.

### 3.2
### food chain
sequence of the stages and operations involved in the production, processing, distribution, storage and handling of a food and its ingredients, from primary production to consumption

NOTE 1   This includes the production of feed for food-producing animals and for animals intended for food production.

NOTE 2   The food chain also includes the production of materials intended to come into contact with food or raw materials.

### 3.3
### food safety hazard
biological, chemical or physical agent in food, or condition of food, with the potential to cause an adverse health effect

NOTE 1   Adapted from Reference [11].

NOTE 2   The term "hazard" is not to be confused with the term "risk" which, in the context of food safety, means a function of the probability of an adverse health effect (e.g. becoming diseased) and the severity of that effect (death, hospitalization, absence from work, etc.) when exposed to a specified hazard. Risk is defined in ISO/IEC Guide 51 as the combination of the probability of occurrence of harm and the severity of that harm.

NOTE 3   Food safety hazards include allergens.

NOTE 4   In the context of feed and feed ingredients, relevant food safety hazards are those that may be present in and/or on feed and feed ingredients and that may subsequently be transferred to food through animal consumption of feed and may thus have the potential to cause an adverse human health effect. In the context of operations other than those directly handling feed and food (e.g. producers of packaging materials, cleaning agents, etc.), relevant food safety hazards are those hazards that can be directly or indirectly transferred to food because of the intended use of the provided products and/or services and thus can have the potential to cause an adverse human health effect.

### 3.4
### food safety policy
overall intentions and direction of an organization related to **food safety** (3.1) as formally expressed by top management

### 3.5
### end product
product that will undergo no further processing or transformation by the organization

NOTE   A product that undergoes further processing or transformation by another organization is an end product in the context of the first organization and a raw material or an ingredient in the context of the second organization.

Licensed to Jordan Hoffman (jhoffmanlaw@gmail.com)
ISO Store Order: OP-267832 / Downloaded: 2017-04-07
Single user licence only, copying and networking prohibited

                                                                 © ISO 2005 – All rights reserved

**3.6**
**flow diagram**
schematic and systematic presentation of the sequence and interactions of steps

**3.7**
**control measure**
⟨food safety⟩ action or activity that can be used to prevent or eliminate a **food safety hazard** (3.3) or reduce it to an acceptable level

NOTE   Adapted from Reference [11].

**3.8**
**PRP**
**prerequisite programme**
⟨food safety⟩ basic conditions and activities that are necessary to maintain a hygienic environment throughout the **food chain** (3.2) suitable for the production, handling and provision of safe **end products** (3.5) and safe food for human consumption

NOTE   The PRPs needed depend on the segment of the food chain in which the organization operates and the type of organization (see Annex C). Examples of equivalent terms are: Good Agricultural Practice (GAP), Good Veterinarian Practice (GVP), Good Manufacturing Practice (GMP), Good Hygienic Practice (GHP), Good Production Practice (GPP), Good Distribution Practice (GDP) and Good Trading Practice (GTP).

**3.9**
**operational PRP**
**operational prerequisite programme**
**PRP** (3.8) identified by the hazard analysis as essential in order to control the likelihood of introducing **food safety hazards** (3.3) to and/or the contamination or proliferation of food safety hazards in the product(s) or in the processing environment

**3.10**
**CCP**
**critical control point**
⟨food safety⟩ step at which control can be applied and is essential to prevent or eliminate a **food safety hazard** (3.3) or reduce it to an acceptable level

NOTE   Adapted from Reference [11].

**3.11**
**critical limit**
criterion which separates acceptability from unacceptability

NOTE 1   Adapted from Reference [11].

NOTE 2   Critical limits are established to determine whether a **CCP** (3.10) remains in control. If a critical limit is exceeded or violated, the products affected are deemed to be potentially unsafe.

**3.12**
**monitoring**
conducting a planned sequence of observations or measurements to assess whether **control measures** (3.7) are operating as intended

**3.13**
**correction**
action to eliminate a detected nonconformity

[ISO 9000:2000, definition 3.6.6]

NOTE 1   For the purposes of this International Standard, a correction relates to the handling of potentially unsafe products, and can therefore be made in conjunction with a **corrective action** (3.14).

Licensed to Jordan Hoffman (jhoffmanlaw@gmail.com)
ISO Store Order: OP-2076227 Downloaded: 2017-04-01
Single user licence only, copying and networking prohibited

© ISO 2005 – All rights reserved

ISO 22000:2005(E)

NOTE 2  A correction may be, for example, reprocessing, further processing, and/or elimination of the adverse consequences of the nonconformity (such as disposal for other use or specific labelling).

### 3.14
### corrective action
action to eliminate the cause of a detected nonconformity or other undesirable situation

NOTE 1  There can be more than one cause for a nonconformity.

[ISO 9000:2000, definition 3.6.5]

NOTE 2  Corrective action includes cause analysis and is taken to prevent recurrence.

### 3.15
### validation
⟨food safety⟩ obtaining evidence that the **control measures** (3.7) managed by the HACCP plan and by the **operational PRPs** (3.9) are capable of being effective

NOTE  This definition is based on Reference [11] and is more suitable for the field of **food safety** (3.1) than the definition given in ISO 9000.

### 3.16
### verification
confirmation, through the provision of objective evidence, that specified requirements have been fulfilled

[ISO 9000:2000, definition 3.8.4]

### 3.17
### updating
immediate and/or planned activity to ensure application of the most recent information

## 4   Food safety management system

### 4.1   General requirements

The organization shall establish, document, implement and maintain an effective food safety management system and update it when necessary in accordance with the requirements of this International Standard.

The organization shall define the scope of the food safety management system. The scope shall specify the products or product categories, processes and production sites that are addressed by the food safety management system.

The organization shall

a) ensure that food safety hazards that may be reasonably expected to occur in relation to products within the scope of the system are identified, evaluated and controlled in such a manner that the products of the organization do not, directly or indirectly, harm the consumer,

b) communicate appropriate information throughout the food chain regarding safety issues related to its products,

c) communicate information concerning development, implementation and updating of the food safety management system throughout the organization, to the extent necessary to ensure the food safety required by this International Standard, and

d) evaluate periodically, and update when necessary, the food safety management system to ensure that the system reflects the organization's activities and incorporates the most recent information on the food safety hazards subject to control.

Licensed to jordan held-an (jbhoffmannavy@gmail.com)
ISO Store Order OP-207632 / Downloaded: 2017-04-07
Single user licence only, copying and networking prohibited

© ISO 2005 – All rights reserved

Where an organization chooses to outsource any process that may affect end product conformity, the organization shall ensure control over such processes. Control of such outsourced processes shall be identified and documented within the food safety management system.

## 4.2  Documentation requirements

### 4.2.1  General

The food safety management system documentation shall include

a)  documented statements of a food safety policy and related objectives (see 5.2),

b)  documented procedures and records required by this International Standard, and

c)  documents needed by the organization to ensure the effective development, implementation and updating of the food safety management system.

### 4.2.2  Control of documents

Documents required by the food safety management system shall be controlled. Records are a special type of document and shall be controlled according to the requirements given in 4.2.3.

The controls shall ensure that all proposed changes are reviewed prior to implementation to determine their effects on food safety and their impact on the food safety management system.

A documented procedure shall be established to define the controls needed

a)  to approve documents for adequacy prior to issue,

b)  to review and update documents as necessary, and re-approve documents,

c)  to ensure that changes and the current revision status of documents are identified,

d)  to ensure that relevant versions of applicable documents are available at points of use,

e)  to ensure that documents remain legible and readily identifiable,

f)  to ensure that relevant documents of external origin are identified and their distribution controlled, and

g)  to prevent the unintended use of obsolete documents, and to ensure that they are suitably identified as such if they are retained for any purpose.

### 4.2.3  Control of records

Records shall be established and maintained to provide evidence of conformity to requirements and evidence of the effective operation of the food safety management system. Records shall remain legible, readily identifiable and retrievable. A documented procedure shall be established to define the controls needed for the identification, storage, protection, retrieval, retention time and disposition of records.

## 5  Management responsibility

## 5.1  Management commitment

Top management shall provide evidence of its commitment to the development and implementation of the food safety management system and to continually improving its effectiveness by

a)  showing food safety is supported by the business objectives of the organization,

b)  communicating to the organization the importance of meeting the requirements of this International Standard, any statutory and regulatory requirements, as well as customer requirements relating to food safety,

Licensed to Jordan Hoffman (jhoffmanlaw@gmail.com)
ISO Store Order: OP-207822 / Downloaded: 2017-04-07
Single user licence only, copying and networking prohibited

© ISO 2005 – All rights reserved                                                                                  **5**

ISO 22000:2005(E)

c)  establishing the food safety policy,

d)  conducting management reviews, and

e)  ensuring the availability of resources.

## 5.2   Food safety policy

Top management shall define, document and communicate its food safety policy.

Top management shall ensure that the food safety policy

a)  is appropriate to the role of the organization in the food chain,

b)  conforms with both statutory and regulatory requirements and with mutually agreed food safety requirements of customers,

c)  is communicated, implemented and maintained at all levels of the organization,

d)  is reviewed for continued suitability (see 5.8),

e)  adequately addresses communication (see 5.6), and

f)  is supported by measurable objectives.

## 5.3   Food safety management system planning

Top management shall ensure that

a)  planning of the food safety management system is carried out to meet requirements given in 4.1 as well as the objectives of the organization that support food safety, and

b)  the integrity of the food safety management system is maintained when changes to the food safety management system are planned and implemented.

## 5.4   Responsibility and authority

Top management shall ensure that responsibilities and authorities are defined and communicated within the organization to ensure the effective operation and maintenance of the food safety management system.

All personnel shall have responsibility to report problems with the food safety management system to identified person(s). Designated personnel shall have defined responsibility and authority to initiate and record actions.

## 5.5   Food safety team leader

Top management shall appoint a food safety team leader who, irrespective of other responsibilities, shall have the responsibility and authority

a)  to manage a food safety team (see 7.3.2) and organize its work,

b)  to ensure relevant training and education of the food safety team members (see 6.2.1),

c)  to ensure that the food safety management system is established, implemented, maintained and updated, and

d)  to report to the organization's top management on the effectiveness and suitability of the food safety management system.

NOTE   The responsibility of the food safety team leader may include liaison with external parties on matters relating to the food safety management system.

Licensed to susan nofiman jnsofimamson@gmail.com
ISO Store Order: OP-207623 / Downloaded: 2017-04-07
Single user licence only, copying and networking prohibited

© ISO 2005 – All rights reserved

## 5.6 Communication

### 5.6.1 External communication

To ensure that sufficient information on issues concerning food safety is available throughout the food chain, the organization shall establish, implement and maintain effective arrangements for communicating with

a) suppliers and contractors,

b) *customers or consumers, in particular in relation to product information (including instructions regarding intended use, specific storage requirements and, as appropriate, shelf life), enquiries, contracts or order-handling including amendments, and customer feedback including customer complaints,*

c) statutory and regulatory authorities, and

d) other organizations that have an impact on, or will be affected by, the effectiveness or updating of the food safety management system.

Such communication shall provide information on food safety aspects of the organization's products that may be relevant to other organizations in the food chain. This applies especially to known food safety hazards that need to be controlled by other organizations in the food chain. Records of communications shall be maintained.

Food safety requirements from statutory and regulatory authorities and customers shall be available.

Designated personnel shall have defined responsibility and authority to communicate externally any information concerning food safety. Information obtained through external communication shall be included as input to system updating (see 8.5.2) and management review (see 5.8.2).

### 5.6.2 Internal communication

The organization shall establish, implement and maintain effective arrangements for communicating with personnel on issues having an impact on food safety.

In order to maintain the effectiveness of the food safety management system, the organization shall ensure that the food safety team is informed in a timely manner of changes, including but not limited to the following:

a) products or new products;

b) raw materials, ingredients and services;

c) production systems and equipment;

d) production premises, location of equipment, surrounding environment;

e) cleaning and sanitation programmes;

f) packaging, storage and distribution systems;

g) personnel qualification levels and/or allocation of responsibilities and authorizations;

h) statutory and regulatory requirements;

i) knowledge regarding food safety hazards and control measures;

j) customer, sector and other requirements that the organization observes;

k) relevant enquiries from external interested parties;

l) complaints indicating food safety hazards associated with the product;

m) other conditions that have an impact on food safety.

The food safety team shall ensure that this information is included in the updating of the food safety management system (see 8.5.2). Top management shall ensure that relevant information is included as input to the management review (see 5.8.2).

Licensed to Jordan Hoffman (jihoffmanlaw@gmail.com)
ISO Store Order: OP-207827 Downloaded: 2017-04-07
Single user licence only, copying and networking prohibited

ISO 22000:2005(E)

## 5.7  Emergency preparedness and response

Top management shall establish, implement and maintain procedures to manage potential emergency situations and accidents that can impact food safety and which are relevant to the role of the organization in the food chain.

## 5.8  Management review

### 5.8.1  General

Top management shall review the organization's food safety management system at planned intervals to ensure its continuing suitability, adequacy and effectiveness. This review shall include assessing opportunities for improvement and the need for change to the food safety management system, including the food safety policy. Records of management reviews shall be maintained (see 4.2.3).

### 5.8.2  Review input

The input to management review shall include, but is not limited to, information on

a)  follow-up actions from previous management reviews,

b)  analysis of results of verification activities (see 8.4.3),

c)  changing circumstances that can affect food safety (see 5.6.2),

d)  emergency situations, accidents (see 5.7) and withdrawals (see 7.10.4),

e)  reviewing results of system-updating activities (see 8.5.2),

f)  review of communication activities, including customer feed-back (see 5.6.1), and

g)  external audits or inspections.

NOTE   The term "withdrawal" includes recall.

The data shall be presented in a manner that enables top management to relate the information to stated objectives of the food safety management system.

### 5.8.3  Review output

The output from the management review shall include decisions and actions related to

a)  assurance of food safety (see 4.1),

b)  improvement of the effectiveness of the food safety management system (see 8.5),

c)  resource needs (see 6.1), and

d)  revisions of the organization's food safety policy and related objectives (see 5.2).

## 6  Resource management

## 6.1  Provision of resources

The organization shall provide adequate resources for the establishment, implementation, maintenance and updating of the food safety management system.

Licensed to jordan hoffman (jjhoffman.law@gmail.com)
ISO Store Order: OP-203622 / Downloaded: 2011-04-01
Single user licence only, copying and networking prohibited.

    © ISO 2005 – All rights reserved

## 6.2  Human resources

### 6.2.1  General

The food safety team and the other personnel carrying out activities having an impact on food safety shall be competent and shall have appropriate education, training, skills and experience.

Where the assistance of external experts is required for the development, implementation, operation or assessment of the food safety management system, records of agreement or contracts defining the responsibility and authority of external experts shall be available.

### 6.2.2  Competence, awareness and training

The organization shall

a)  identify the necessary competencies for personnel whose activities have an impact on food safety,

b)  provide training or take other action to ensure personnel have the necessary competencies,

c)  ensure that personnel responsible for monitoring, corrections and corrective actions of the food safety management system are trained,

d)  evaluate the implementation and the effectiveness of a), b) and c),

e)  ensure that the personnel are aware of the relevance and importance of their individual activities in contributing to food safety,

f)  ensure that the requirement for effective communication (see 5.6) is understood by all personnel whose activities have an impact on food safety, and

g)  maintain appropriate records of training and actions described in b) and c).

## 6.3  Infrastructure

The organization shall provide the resources for the establishment and maintenance of the infrastructure needed to implement the requirements of this International Standard.

## 6.4  Work environment

The organization shall provide the resources for the establishment, management and maintenance of the work environment needed to implement the requirements of this International Standard.

# 7  Planning and realization of safe products

## 7.1  General

The organization shall plan and develop the processes needed for the realization of safe products.

The organization shall implement, operate and ensure the effectiveness of the planned activities and any changes to those activities. This includes PRP(s) as well as operational PRP(s) and/or the HACCP plan.

Licensed to Jordan hoffman (jhoffmanlaw@gmail.com)
ISO Store Order: OP-2078227 Downloaded: 2017-04-07
Single user licence only, copying and networking prohibited

**ISO 22000:2005(E)**

## 7.2   Prerequisite programmes (PRPs)

**7.2.1**   The organization shall establish, implement and maintain PRP(s) to assist in controlling

a)   the likelihood of introducing food safety hazards to the product through the work environment,

b)   biological, chemical and physical contamination of the product(s), including cross contamination between products, and

c)   food safety hazard levels in the product and product processing environment.

**7.2.2**   The PRP(s) shall

a)   be appropriate to the organizational needs with regard to food safety,

b)   be appropriate to the size and type of the operation and the nature of the products being manufactured and/or handled,

c)   be implemented across the entire production system, either as programmes applicable in general or as programmes applicable to a particular product or operational line, and

d)   be approved by the food safety team.

The organization shall identify statutory and regulatory requirements related to the above.

**7.2.3**   When selecting and/or establishing PRP(s), the organization shall consider and utilize appropriate information [e.g. statutory and regulatory requirements, customer requirements, recognized guidelines, Codex Alimentarius Commission (Codex) principles and codes of practices, national, international or sector standards].

NOTE   Annex C gives a list of relevant Codex publications.

The organization shall consider the following when establishing these programmes:

a)   construction and lay-out of buildings and associated utilities;

b)   lay-out of premises, including workspace and employee facilities;

c)   supplies of air, water, energy and other utilities;

d)   supporting services, including waste and sewage disposal;

e)   the suitability of equipment and its accessibility for cleaning, maintenance and preventative maintenance;

f)   management of purchased materials (e.g. raw materials, ingredients, chemicals and packaging), supplies (e.g. water, air, steam and ice), disposals (e.g. waste and sewage) and handling of products (e.g. storage and transportation);

g)   measures for the prevention of cross contamination;

h)   cleaning and sanitizing;

i)   pest control;

j)   personnel hygiene;

k)   other aspects as appropriate.

Verification of PRP(s) shall be planned (see 7.8) and PRP(s) shall be modified as necessary (see 7.7). Records of verifications and modifications shall be maintained.

Documents should specify how activities included in the PRP(s) are managed.

Licensed to jordan hoffman (hhoffman04@gmail.com)
ISO Store Order: OP-207822 / Downloaded: 2017-04-07
Single user licence only, copying and networking prohibited.

**10**

© ISO 2005 – All rights reserved

## 7.3   Preliminary steps to enable hazard analysis

### 7.3.1   General

All relevant information needed to conduct the hazard analysis shall be collected, maintained, updated and documented. Records shall be maintained.

### 7.3.2   Food safety team

A food safety team shall be appointed.

The food safety team shall have a combination of multi-disciplinary knowledge and experience in developing and implementing the food safety management system. This includes, but need not be limited to, the organization's products, processes, equipment and food safety hazards within the scope of the food safety management system.

Records shall be maintained that demonstrate that the food safety team has the required knowledge and experience (see 6.2.2).

### 7.3.3   Product characteristics

#### 7.3.3.1   Raw materials, ingredients and product-contact materials

All raw materials, ingredients and product-contact materials shall be described in documents to the extent needed to conduct the hazard analysis (see 7.4), including the following, as appropriate:

a)   biological, chemical and physical characteristics;

b)   composition of formulated ingredients, including additives and processing aids;

c)   origin;

d)   method of production;

e)   packaging and delivery methods;

f)   storage conditions and shelf life;

g)   preparation and/or handling before use or processing;

h)   food safety-related acceptance criteria or specifications of purchased materials and ingredients appropriate to their intended uses.

The organization shall identify statutory and regulatory food safety requirements related to the above.

The descriptions shall be kept up-to-date including, when required, in accordance with 7.7.

#### 7.3.3.2   Characteristics of end products

The characteristics of end products shall be described in documents to the extent needed to conduct the hazard analysis (see 7.4), including information on the following, as appropriate:

a)   product name or similar identification;

b)   composition;

c)   biological, chemical and physical characteristics relevant for food safety;

d)   intended shelf life and storage conditions;

e)   packaging;

Licensed to Jordan Hoffman, jhoffman94@gmail.com)
ISO Store Order OP-20-1023 / Downloaded 2017-04-07
Single user licence only, copying and networking prohibited

© ISO 2005 – All rights reserved

**ISO 22000:2005(E)**

f)   labelling relating to food safety and/or instructions for handling, preparation and usage;

g)   method(s) of distribution.

The organization shall identify statutory and regulatory food safety requirements related to the above.

The descriptions shall be kept up-to-date including, when required, in accordance with 7.7.

### 7.3.4   Intended use

The intended use, the reasonably expected handling of the end product, and any unintended but reasonably expected mishandling and misuse of the end product shall be considered and shall be described in documents to the extent needed to conduct the hazard analysis (see 7.4).

Groups of users and, where appropriate, groups of consumers shall be identified for each product, and consumer groups known to be especially vulnerable to specific food safety hazards shall be considered.

The descriptions shall be kept up-to-date including, when required, in accordance with 7.7.

### 7.3.5   Flow diagrams, process steps and control measures

### 7.3.5.1   Flow diagrams

Flow diagrams shall be prepared for the products or process categories covered by the food safety management system. Flow diagrams shall provide a basis for evaluating the possible occurrence, increase or introduction of food safety hazards.

Flow diagrams shall be clear, accurate and sufficiently detailed. Flow diagrams shall, as appropriate, include the following:

a)   the sequence and interaction of all steps in the operation;

b)   any outsourced processes and subcontracted work;

c)   where raw materials, ingredients and intermediate products enter the flow;

d)   where reworking and recycling take place;

e)   where end products, intermediate products, by-products and waste are released or removed.

In accordance with 7.8, the food safety team shall verify the accuracy of the flow diagrams by on-site checking. Verified flow diagrams shall be maintained as records.

### 7.3.5.2   Description of process steps and control measures

The existing control measures, process parameters and/or the rigorousness with which they are applied, or procedures that may influence food safety, shall be described to the extent needed to conduct the hazard analysis (see 7.4).

External requirements (e.g. from regulatory authorities or customers) that may impact the choice and the rigorousness of the control measures shall also be described.

The descriptions shall be updated in accordance with 7.7.

Licensed to jordan neffman jjneffmanlaw@gmail.com
ISP Store Order: OP-207522 / Downloaded: 2011-04-01
Single user licence only, copying and networking prohibited

   © ISO 2005 – All rights reserved

## 7.4  Hazard analysis

### 7.4.1  General

The food safety team shall conduct a hazard analysis to determine which hazards need to be controlled, the degree of control required to ensure food safety, and which combination of control measures is required.

### 7.4.2  Hazard identification and determination of acceptable levels

**7.4.2.1**  All food safety hazards that are reasonably expected to occur in relation to the type of product, type of process and actual processing facilities shall be identified and recorded. The identification shall be based on

a)  the preliminary information and data collected according to 7.3,

b)  experience,

c)  external information including, to the extent possible, epidemiological and other historical data, and

d)  information from the food chain on food safety hazards that may be of relevance for the safety of the end products, intermediate products and the food at consumption.

The step(s) (from raw materials, processing and distribution) at which each food safety hazard may be introduced shall be indicated.

**7.4.2.2**  When identifying the hazards, consideration shall be given to

a)  the steps preceding and following the specified operation,

b)  the process equipment, utilities/services and surroundings, and

c)  the preceding and following links in the food chain.

**7.4.2.3**  For each of the food safety hazards identified, the acceptable level of the food safety hazard in the end product shall be determined whenever possible. The determined level shall take into account established statutory and regulatory requirements, customer food safety requirements, the intended use by the customer and other relevant data. The justification for, and the result of, the determination shall be recorded.

### 7.4.3  Hazard assessment

A hazard assessment shall be conducted to determine, for each food safety hazard identified (see 7.4.2), whether its elimination or reduction to acceptable levels is essential to the production of a safe food, and whether its control is needed to enable the defined acceptable levels to be met.

Each food safety hazard shall be evaluated according to the possible severity of adverse health effects and the likelihood of their occurrence. The methodology used shall be described, and the results of the food safety hazard assessment shall be recorded.

### 7.4.4  Selection and assessment of control measures

Based on the hazard assessment of 7.4.3, an appropriate combination of control measures shall be selected which is capable of preventing, eliminating or reducing these food safety hazards to defined acceptable levels.

In this selection, each of the control measures as described in 7.3.5.2 shall be reviewed with respect to its effectiveness against the identified food safety hazards.

The control measures selected shall be categorized as to whether they need to be managed through operational PRP(s) or by the HACCP plan.

Licensed to jordan roffman (jhoffmanlaw@gmail.com)
ISO Store Order: OP-207822 / Downloaded: 2017-04-07
Single user licence only, copying and networking prohibited

ISO 22000:2005(E)

The selection and categorization shall be carried out using a logical approach that includes assessments with regard to the following:

a)  its effect on identified food safety hazards relative to the strictness applied;

b)  its feasibility for monitoring (e.g. ability to be monitored in a timely manner to enable immediate corrections);

c)  its place within the system relative to other control measures;

d)  the likelihood of failure in the functioning of a control measure or significant processing variability;

e)  the severity of the consequence(s) in the case of failure in its functioning;

f)  whether the control measure is specifically established and applied to eliminate or significantly reduce the level of hazard(s);

g)  synergistic effects (i.e. interaction that occurs between two or more measures resulting in their combined effect being higher than the sum of their individual effects).

Control measures categorized as belonging to the HACCP plan shall be implemented in accordance with 7.6. Other control measures shall be implemented as operational PRPs according to 7.5.

The methodology and parameters used for this categorization shall be described in documents, and the results of the assessment shall be recorded.

## 7.5  Establishing the operational prerequisite programmes (PRPs)

The operational PRPs shall be documented and shall include the following information for each programme:

a)  food safety hazard(s) to be controlled by the programme (see 7.4.4);

b)  control measure(s) (see 7.4.4);

c)  monitoring procedures that demonstrate that the operational PRPs are implemented;

d)  corrections and corrective actions to be taken if monitoring shows that the operational PRPs are not in control (see 7.10.1 and 7.10.2, respectively);

e)  responsibilities and authorities;

f)  record(s) of monitoring.

## 7.6  Establishing the HACCP plan

### 7.6.1  HACCP plan

The HACCP plan shall be documented and shall include the following information for each identified critical control point (CCP):

a)  food safety hazard(s) to be controlled at the CCP (see 7.4.4);

b)  control measure(s) (see 7.4.4)

c)  critical limit(s) (see 7.6.3);

d)  monitoring procedure(s) (see 7.6.4);

e)  corrections and corrective action(s) to be taken if critical limits are exceeded (see 7.6.5);

f)  responsibilities and authorities;

g)  record(s) of monitoring.

### 7.6.2  Identification of critical control points (CCPs)

For each hazard that is to be controlled by the HACCP plan, CCP(s) shall be identified for the control measures identified (see 7.4.4).

Licensed to johsan hoffman (jsgoffmanlaw@gmail.com)
ISO Store Order: OP-207822 / Downloaded: 2017-04-01
Single user licence only, copying and networking prohibited

                                                                      © ISO 2005 – All rights reserved

ISO 22000:2005(E)

### 7.6.3 Determination of critical limits for critical control points

Critical limits shall be determined for the monitoring established for each CCP.

Critical limits shall be established to ensure that the identified acceptable level of the food safety hazard in the end product (see 7.4.2) is not exceeded.

Critical limits shall be measurable.

The rationale for the chosen critical limits shall be documented.

Critical limits based on subjective data (such as visual inspection of product, process, handling, etc.) shall be supported by instructions or specifications and/or education and training.

### 7.6.4 System for the monitoring of critical control points

A monitoring system shall be established for each CCP to demonstrate that the CCP is in control. The system shall include all scheduled measurements or observations relative to the critical limit(s).

The monitoring system shall consist of relevant procedures, instructions and records that cover the following:

a)  measurements or observations that provide results within an adequate time frame;

b)  monitoring devices used;

c)  applicable calibration methods (see 8.3);

d)  monitoring frequency;

e)  responsibility and authority related to monitoring and evaluation of monitoring results;

f)  record requirements and methods.

The monitoring methods and frequency shall be capable of determining when the critical limits have been exceeded in time for the product to be isolated before it is used or consumed.

### 7.6.5 Actions when monitoring results exceed critical limits

Planned corrections and corrective actions to be taken when critical limits are exceeded shall be specified in the HACCP plan. The actions shall ensure that the cause of nonconformity is identified, that the parameter(s) controlled at the CCP is (are) brought back under control, and that recurrence is prevented (see 7.10.2).

Documented procedures shall be established and maintained for the appropriate handling of potentially unsafe products to ensure that they are not released until they have been evaluated (see 7.10.3).

### 7.7 Updating of preliminary information and documents specifying the PRPs and the HACCP plan

Following the establishment of operational PRP(s) (see 7.5) and/or the HACCP plan (see 7.6), the organization shall update the following information, if necessary:

a)  product characteristics (see 7.3.3);

b)  intended use (see 7.3.4);

c)  flow diagrams (see 7.3.5.1);

d)  process steps (see 7.3.5.2);

e)  control measures (see 7.3.5.2).

If necessary, the HACCP plan (see 7.6.1) and the procedures and instructions specifying the PRP(s) (see 7.2) shall be amended.

Licensed to Jordan Hofimer Jhofimeriaw@gmail.com
ISO Store Order: OP-26/821 / Downloaded: 2017-04-07
Single user licence only, copying and networking prohibited.

ISO 22000:2005(E)

## 7.8  Verification planning

Verification planning shall define the purpose, methods, frequencies and responsibilities for the verification activities. The verification activities shall confirm that

a)  the PRP(s) are implemented (see 7.2),

b)  input to the hazard analysis (see 7.3) is continually updated,

c)  the operational PRP(s) (see 7.5) and the elements within the HACCP plan (see 7.6.1) are implemented and effective,

d)  hazard levels are within identified acceptable levels (see 7.4.2), and

e)  other procedures required by the organization are implemented and effective.

The output of this planning shall be in a form suitable for the organization's method of operations.

Verification results shall be recorded and shall be communicated to the food safety team. Verification results shall be provided to enable the analysis of the results of the verification activities (see 8.4.3).

If system verification is based on testing of end product samples, and where such test samples show nonconformity with the acceptable level of the food safety hazard (see 7.4.2), the affected lots of product shall be handled as potentially unsafe in accordance with 7.10.3.

## 7.9  Traceability system

The organization shall establish and apply a traceability system that enables the identification of product lots and their relation to batches of raw materials, processing and delivery records.

The traceability system shall be able to identify incoming material from the immediate suppliers and the initial distribution route of the end product.

Traceability records shall be maintained for a defined period for system assessment to enable the handling of potentially unsafe products and in the event of product withdrawal. Records shall be in accordance with statutory and regulatory requirements and customer requirements and may, for example, be based on the end product lot identification.

## 7.10  Control of nonconformity

### 7.10.1  Corrections

The organization shall ensure that when critical limits for CCP(s) are exceeded (see 7.6.5), or there is a loss of control of operational PRP(s), the products affected are identified and controlled with regard to their use and release.

A documented procedure shall be established and maintained defining

a)  the identification and assessment of affected end products to determine their proper handling (see 7.10.3), and

b)  a review of the corrections carried out.

Products manufactured under conditions where critical limits have been exceeded are potentially unsafe products and shall be handled in accordance with 7.10.3. Products manufactured under conditions where operational PRP(s) have not been conformed with shall be evaluated with respect to the cause(s) of the nonconformity and to the consequences thereof in terms of food safety and shall, where necessary, be handled in accordance with 7.10.3. The evaluation shall be recorded.

Licensed to Lester Hoffman (jlhoffmaster@gmail.com)
ISO Store Order: OP-201822 / Downloaded: 2017-01-31
Single user licence only, copying and networking prohibited.

© ISO 2005 – All rights reserved

All corrections shall be approved by the responsible person(s), and shall be recorded together with information on the nature of the nonconformity, its cause(s) and consequence(s), including information needed for traceability purposes related to the nonconforming lots.

## 7.10.2 Corrective actions

Data derived from the monitoring of operational PRPs and CCPs shall be evaluated by designated person(s) with sufficient knowledge (see 6.2) and authority (see 5.4) to initiate corrective actions.

Corrective actions shall be initiated when critical limits are exceeded (see 7.6.5) or when there is a lack of conformity with operational PRP(s).

The organization shall establish and maintain documented procedures that specify appropriate actions to identify and eliminate the cause of detected nonconformities, to prevent recurrence, and to bring the process or system back into control after nonconformity is encountered. These actions include

a)  reviewing nonconformities (including customer complaints),

b)  reviewing trends in monitoring results that may indicate development towards loss of control,

c)  determining the cause(s) of nonconformities,

d)  evaluating the need for action to ensure that nonconformities do not recur,

e)  determining and implementing the actions needed,

f)  recording the results of corrective actions taken, and

g)  reviewing corrective actions taken to ensure that they are effective.

Corrective actions shall be recorded.

## 7.10.3 Handling of potentially unsafe products

### 7.10.3.1 General

The organization shall handle nonconforming products by taking action(s) to prevent the nonconforming product from entering the food chain unless it is possible to ensure that

a)  the food safety hazard(s) of concern has(ve) been reduced to the defined acceptable levels,

b)  the food safety hazard(s) of concern will be reduced to identified acceptable levels (see 7.4.2) prior to entering into the food chain, or

c)  the product still meets the defined acceptable level(s) of the food safety hazard(s) of concern despite the nonconformity.

All lots of product that may have been affected by a nonconforming situation shall be held under control of the organization until they have been evaluated.

If products that have left the control of the organization are subsequently determined to be unsafe, the organization shall notify relevant interested parties and initiate a withdrawal (see 7.10.4).

NOTE   The term "withdrawal" includes recall.

The controls and related responses and authorization for dealing with potentially unsafe products shall be documented.

Licensed to Jordan Hoffman (jhoffmanlaw@gmail.com)
ISO Store Order: OP-307822 / Downloaded: 2017-04-07
Single user licence only, copying and networking prohibited

© ISO 2005 – All rights reserved

**ISO 22000:2005(E)**

### 7.10.3.2 Evaluation for release

Each lot of product affected by the nonconformity shall only be released as safe when any of the following conditions apply:

a) evidence other than the monitoring system demonstrates that the control measures have been effective;

b) evidence shows that the combined effect of the control measures for that particular product complies with the performance intended (i.e. identified acceptable levels as identified in accordance with 7.4.2);

c) the results of sampling, analysis and/or other verification activities demonstrate that the affected lot of product complies with the identified acceptable levels for the food safety hazard(s) concerned.

### 7.10.3.3 Disposition of nonconforming products

Following evaluation, if the lot of product is not acceptable for release it shall be handled by one of the following activities:

a) reprocessing or further processing within or outside the organization to ensure that the food safety hazard is eliminated or reduced to acceptable levels;

b) destruction and/or disposal as waste.

### 7.10.4 Withdrawals

To enable and facilitate the complete and timely withdrawal of lots of end products which have been identified as unsafe

a) top management shall appoint personnel having the authority to initiate a withdrawal and personnel responsible for executing the withdrawal, and

b) the organization shall establish and maintain a documented procedure for

1) notification to relevant interested parties (e.g. statutory and regulatory authorities, customers and/or consumers),

2) handling of withdrawn products as well as affected lots of the products still in stock, and

3) the sequence of actions to be taken.

Withdrawn products shall be secured or held under supervision until they are destroyed, used for purposes other than originally intended, determined to be safe for the same (or other) intended use, or reprocessed in a manner to ensure they become safe.

The cause, extent and result of a withdrawal shall be recorded and reported to top management as input to the management review (see 5.8.2).

The organization shall verify and record the effectiveness of the withdrawal programme through the use of appropriate techniques (e.g. mock withdrawal or practice withdrawal).

## 8 Validation, verification and improvement of the food safety management system

### 8.1 General

The food safety team shall plan and implement the processes needed to validate control measures and/or control measure combinations, and to verify and improve the food safety management system.

Licensed to jordan hoffman jdhoffmaniew@gmail.com)
ISO Store Order: OP-20/5822 / Downloaded: 2017-04-57
Single user license only, copying and networking prohibited.

© ISO 2005 – All rights reserved

## 8.2   Validation of control measure combinations

Prior to implementation of control measures to be included in operational PRP(s) and the HACCP plan and after any change therein (see 8.5.2), the organization shall validate (see 3.15) that

a) the selected control measures are capable of achieving the intended control of the food safety hazard(s) for which they are designated, and

b) the control measures are effective and capable of, in combination, ensuring control of the identified food safety hazard(s) to obtain end products that meet the defined acceptable levels.

If the result of the validation shows that one or both of the above elements cannot be confirmed, the control measure and/or combinations thereof shall be modified and re-assessed (see 7.4.4).

Modifications may include changes in control measures (i.e. process parameters, rigorousness and/or their combination) and/or change(s) in the raw materials, manufacturing technologies, end product characteristics, methods of distribution and/or intended use of the end product.

## 8.3   Control of monitoring and measuring

The organization shall provide evidence that the specified monitoring and measuring methods and equipment are adequate to ensure the performance of the monitoring and measuring procedures.

Where necessary to ensure valid results, the measuring equipment and methods used

a) shall be calibrated or verified at specified intervals, or prior to use, against measurement standards traceable to international or national measurement standards; where no such standards exist, the basis used for calibration or verification shall be recorded,

b) shall be adjusted or re-adjusted as necessary,

c) shall be identified to enable the calibration status to be determined,

d) shall be safeguarded from adjustments that would invalidate the measurement results, and

e) shall be protected from damage and deterioration.

Records of the results of calibration and verification shall be maintained.

In addition, the organization shall assess the validity of the previous measurement results when the equipment or process is found not to conform to requirements. If the measuring equipment is nonconforming, the organization shall take action appropriate for the equipment and any product affected. Records of such assessment and resulting actions shall be maintained.

When used in the monitoring and measurement of specified requirements, the ability of computer software to satisfy the intended application shall be confirmed. This shall be undertaken prior to initial use and shall be reconfirmed as necessary.

## 8.4   Food safety management system verification

### 8.4.1   Internal audit

The organization shall conduct internal audits at planned intervals to determine whether the food safety management system

a) conforms to the planned arrangements, to the food safety management system requirements established by the organization, and to the requirements of this International Standard, and

b) is effectively implemented and updated.

An audit programme shall be planned, taking into consideration the importance of the processes and areas to be audited, as well as any updating actions resulting from previous audits (see 8.5.2 and 5.8.2). The audit

Licensed to jordan hoffman (bhoffmanlaw@gmail.com)
ISO Store Order: OP-207622 / Downloaded: 2017-04-07
Single user licence only, copying and networking prohibited.

19

**ISO 22000:2005(E)**

criteria, scope, frequency and methods shall be defined. Selection of auditors and the conduct of audits shall ensure the objectivity and impartiality of the audit process. Auditors shall not audit their own work.

The responsibilities and requirements for planning and conducting audits, and for reporting results and maintaining records, shall be defined in a documented procedure.

The management responsible for the area being audited shall ensure that actions are taken without undue delay to eliminate detected nonconformities and their causes. Follow-up activities shall include the verification of the actions taken and the reporting of the verification results.

### 8.4.2 Evaluation of individual verification results

The food safety team shall systematically evaluate the individual results of planned verification (see 7.8).

If verification does not demonstrate conformity with the planned arrangements, the organization shall take action to achieve the required conformity. Such action shall include, but is not limited to, review of

a) existing procedures and communication channels (see 5.6 and 7.7),

b) the conclusions of the hazard analysis (see 7.4), the established operational PRP(s) (see 7.5) and the HACCP plan (see 7.6.1),

c) the PRP(s) (see 7.2), and

d) the effectiveness of human resource management and of training activities (see 6.2).

### 8.4.3 Analysis of results of verification activities

The food safety team shall analyse the results of verification activities, including the results of the internal audits (see 8.4.1) and external audits. The analysis shall be carried out in order

a) to confirm that the overall performance of the system meets the planned arrangements and the food safety management system requirements established by the organization,

b) to identify the need for updating or improving the food safety management system,

c) to identify trends which indicate a higher incidence of potentially unsafe products,

d) to establish information for planning of the internal audit programme concerning the status and importance of areas to be audited, and

e) to provide evidence that any corrections and corrective actions that have been taken are effective.

The results of the analysis and the resulting activities shall be recorded and shall be reported, in an appropriate manner, to top management as input to the management review (see 5.8.2). It shall also be used as an input for updating the food safety management system (see 8.5.2).

## 8.5 Improvement

### 8.5.1 Continual improvement

Top management shall ensure that the organization continually improves the effectiveness of the food safety management system through the use of communication (see 5.6), management review (see 5.8), internal audit (see 8.4.1), evaluation of individual verification results (see 8.4.2), analysis of results of verification activities (see 8.4.3), validation of control measure combinations (see 8.2), corrective actions (see 7.10.2) and food safety management system updating (see 8.5.2).

NOTE  ISO 9001 addresses continual improvement of the effectiveness of quality management systems. ISO 9004 provides guidance on continual improvement of the effectiveness and efficiency of quality management systems beyond what is addressed in ISO 9001.

Licensed to Jordan Holman (jholman@gmail.com)
ISO Store Order: OP-207811 / Downloaded: 2017-04-07
Single user licence only, copying and networking prohibited.

© ISO 2005 – All rights reserved

### 8.5.2   Updating the food safety management system

Top management shall ensure that the food safety management system is continually updated.

In order to achieve this, the food safety team shall evaluate the food safety management system at planned intervals. The team shall then consider whether it is necessary to review the hazard analysis (see 7.4), the established operational PRP(s) (see 7.5) and the HACCP plan (see 7.6.1).

The evaluation and updating activities shall be based on

a)   input from communication, external as well as internal, as stated in 5.6,

b)   input from other information concerning the suitability, adequacy and effectiveness of the food safety management system,

c)   output from the analysis of results of verification activities (see 8.4.3), and

d)   output from management review (see 5.8.3).

System updating activities shall be recorded and reported, in an appropriate manner, as input to the management review (see 5.8.2).

Licensed to Jordan Hoffman (jhoffmanlaw@gmail.com)
ISO Store Order: OP-297522 / Downloaded: 2017-04-07
Single user licence only, copying and networking prohibited

© ISO 2005 – All rights reserved

ISO 22000:2005(E)

# Annex A
## (informative)

# Cross references between ISO 22000:2005 and ISO 9001:2000

**Table A.1 — Cross references between clauses of ISO 22000:2005 and clauses of ISO 9001:2000**

| ISO 22000:2005 | | ISO 9001:2000 | | |
|---|---|---|---|---|
| **Introduction** | | | 0 | **Introduction** |
| | | | 01 | General |
| | | | 02 | Process approach |
| | | | 03 | Relationship with ISO 9004 |
| | | | 04 | Compatibility with other management systems |
| **Scope** | 1 | | 1 | **Scope** |
| | | | 1.1 | General |
| | | | 1.2 | Application |
| **Normative references** | 2 | | 2 | **Normative reference** |
| **Terms and definitions** | 3 | | 3 | **Terms and definitions** |
| **Food safety management system** | 4 | | 4 | **Quality management system** |
| General requirements | 4.1 | | 4.1 | General requirements |
| Documentation requirements | 4.2 | | 4.2 | Documentation requirements |
| General | 4.2.1 | | 4.2.1 | General |
| Control of documents | 4.2.2 | | 4.2.3 | Control of documents |
| Control of records | 4.2.3 | | 4.2.4 | Control of records |
| **Management responsibility** | 5 | | 5 | **Management responsibility** |
| Management commitment | 5.1 | | 5.1 | Management commitment |
| Food safety policy | 5.2 | | 5.3 | Quality policy |
| Food safety management system planning | 5.3 | | 5.4.2 | Quality management system planning |
| Responsibility and authority | 5.4 | | 5.5.1 | Responsibility and authority |
| Food safety team leader | 5.5 | | 5.5.2 | Management representative |
| Communication | 5.6 | | 5.5 | Responsibility, authority and communication |
| External communication | 5.6.1 | | 7.2.1 | Determination of requirements related to the product |
| | | | 7.2.3 | Customer communication |
| Internal communication | 5.6.2 | | 5.5.3 | Internal communication |
| | | | 7.3.7 | Control of design and development changes |
| Emergency preparedness and response | 5.7 | | 5.2 | Customer focus |
| | | | 8.5.3 | Preventive action |
| Management review | 5.8 | | 5.6 | Management review |
| General | 5.8.1 | | 5.6.1 | General |
| Review input | 5.8.2 | | 5.6.2 | Review input |
| Review output | 5.8.3 | | 5.6.3 | Review output |

Licensed to Jordan Hoffman jline/firanda @ gmail.com,
ISO Store Order: OP-261622 / Downloaded: 2011-04-01
Single user licence only, copying and networking prohibited.

© ISO 2005 – All rights reserved

**Table A.1 — Cross references between clauses of ISO 22000:2005 and
clauses of ISO 9001:2000** (*continued*)

| ISO 22000:2005 | | | ISO 9001:2000 |
|---|---|---|---|
| **Resource management** | **6** | **6** | **Resource management** |
| Provision of resources | 6.1 | 6.1 | Provision of resources |
| Human resources | 6.2 | 6.2 | Human resources |
| General | 6.2.1 | 6.2.1 | General |
| Competence, awareness and training | 6.2.2 | 6.2.2 | Competence, awareness and training |
| Infrastructure | 6.3 | 6.3 | Infrastructure |
| Work environment | 6.4 | 6.4 | Work environment |
| **Planning and realization of safe products** | **7** | **7** | **Product realization** |
| General | 7.1 | 7.1 | Planning of product realization |
| Prerequisite programmes (PRPs) | 7.2 | 6.3 | Infrastructure |
| | 7.2.1 | 6.4 | Work environment |
| | 7.2.2 | 7.5.1 | Control of production and service provision |
| | 7.2.3 | 8.5.3 | Preventive action |
| | | 7.5.5 | Preservation of product |
| Preliminary steps to enable hazard analysis | 7.3 | 7.3 | Design and development |
| General | 7.3.1 | | |
| Food safety team | 7.3.2 | | |
| Product characteristics | 7.3.3 | 7.4.2 | Purchasing requirements |
| Intended use | 7.3.4 | 7.2.1 | Determination of requirements related to the product |
| Flow diagrams, process steps and control measures | 7.3.5 | 7.2.1 | Determination of requirements related to the product |
| Hazard analysis | 7.4 | 7.3.1 | Design and development planning |
| General | 7.4.1 | | |
| Hazard identification and determination of acceptable levels | 7.4.2 | | |
| Hazard assessment | 7.4.3 | | |
| Selection and assessment of control measures | 7.4.4 | | |
| Establishing the operational prerequisite programmes (PRPs) | 7.5 | 7.3.2 | Design and development inputs |
| Establishing the HACCP plan | 7.6 | 7.3.3 | Design and development outputs |
| HACCP plan | 7.6.1 | 7.5.1 | Control of production and service provision |
| Identification of critical control points (CCPs) | 7.6.2 | | |
| Determination of critical limits for critical control points | 7.6.3 | | |
| System for the monitoring of critical control points | 7.6.4 | 8.2.3 | Monitoring and measurement of processes |
| Actions when monitoring results exceed critical limits | 7.6.5 | 8.3 | Control of nonconforming product |
| Updating of preliminary information and documents specifying the PRPs and the HACCP plan | 7.7 | 4.2.3 | Control of documents |
| Verification planning | 7.8 | 7.3.5 | Design and development verification |
| Traceability system | 7.9 | 7.5.3 | Identification and traceability |

Licensed to Jordan Hoffman (jghoffmanlaw@gmail.com)
ISO Store Order: OP-307522 / Downloaded: 2017-04-07
Single user license only, copying and networking prohibited.

ISO 22000:2005(E)

**Table A.1 — Cross references between clauses of ISO 22000:2005 and clauses of ISO 9001:2000** (*continued*)

| ISO 22000:2005 | | ISO 9001:2000 | |
|---|---|---|---|
| Control of nonconformity | 7.10 | 8.3 | Control of nonconforming product |
| Corrections | 7.10.1 | 8.3 | Control of nonconforming product |
| Corrective actions | 7.10.2 | 8.5.2 | Corrective action |
| Handling of potentially unsafe products | 7.10.3 | 8.3 | Control of nonconforming product |
| Withdrawals | 7.10.4 | 8.3 | Control of nonconforming product |
| **Validation, verification and improvement of the food safety management system** | **8** | **8** | **Measurement, analysis and improvement** |
| General | 8.1 | 8.1 | General |
| Validation of control measure combinations | 8.2 | 8.4 | Analysis of data |
| | | 7.3.6 | Design and development validation |
| | | 7.5.2 | Validation of processes for production and service provision |
| Control of monitoring and measuring | 8.3 | 7.6 | Control of monitoring and measuring devices |
| Food safety management system verification | 8.4 | 8.2 | Monitoring and measurement |
| Internal audit | 8.4.1 | 8.2.2 | Internal audit |
| Evaluation of individual verification results | 8.4.2 | 7.3.4 | Design and development review |
| | | 8.2.3 | Monitoring and measurement of processes |
| Analysis of results of verification activities | 8.4.3 | 8.4 | Analysis of data |
| Improvement | 8.5 | 8.5 | Improvement |
| Continual improvement | 8.5.1 | 8.5.1 | Continual improvement |
| Updating the food safety management system | 8.5.2 | 7.3.4 | Design and development review |

**Table A.2 — Cross references between clauses of ISO 9001:2000 and clauses of ISO 22000:2005**

| ISO 9001:2000 | | ISO 22000:2005 | |
|---|---|---|---|
| **Introduction** | | | **Introduction** |
| General | 0.1 | | |
| Process approach | 0.2 | | |
| Relationship with ISO 9004 | 0.3 | | |
| Compatibility with other management systems | 0.4 | | |
| **Scope** | **1** | **1** | **Scope** |
| General | 1.1 | | |
| Application | 1.2 | | |
| **Normative reference** | **2** | **2** | **Normative references** |
| **Terms and definitions** | **3** | **3** | **Terms and definitions** |
| **Quality management system** | **4** | **4** | **Food safety management system** |
| General requirements | 4.1 | 4.1 | General requirements |
| Documentation requirements | 4.2 | 4.2 | Documentation requirements |
| General | 4.2.1 | 4.2.1 | General |
| Quality manual | 4.2.2 | | |
| Control of documents | 4.2.3 | 4.2.2 | Control of documents |
| | | 7.7 | Updating of preliminary information and documents specifying the PRPs and the HACCP plan |
| Control of records | 4.2.4 | 4.2.3 | Control of records |

Licensed to jordan-colman [jdm7marley@gmail.ne]
ISO Store Order: OP-207622 - Downloaded: 2017-04-07
Single user license only, copying and networking prohibited.

 © ISO 2005 – All rights reserved

ISO 22000:2005(E)

**Table A.2 — Cross references between clauses of ISO 9001:2000 and clauses of ISO 22000:2005** (continued)

| ISO 9001:2000 | | | ISO 22000:2005 |
|---|---|---|---|
| **Management responsibility** | **5** | **5** | **Management responsibility** |
| Management commitment | 5.1 | 5.1 | Management commitment |
| Customer focus | 5.2 | 5.7 | Emergency preparedness and response |
| Quality policy | 5.3 | 5.2 | Food safety policy |
| Planning | 5.4 | | |
| Quality objectives | 5.4.1 | | |
| Quality management planning | 5.4.2 | 5.3 | Food safety management system planning |
| | | 8.5.2 | Updating the food safety management system |
| Responsibility, authority and communication | 5.5 | 5.6 | Communication |
| Responsibility and authority | 5.5.1 | 5.4 | Responsibility and authority |
| Management representative | 5.5.2 | 5.5 | Food safety team leader |
| Internal communication | 5.5.3 | 5.6.2 | Internal communication |
| Management review | 5.6 | 5.8 | Management review |
| General | 5.6.1 | 5.8.1 | General |
| Review input | 5.6.2 | 5.8.2 | Review input |
| Review output | 5.6.3 | 5.8.3 | Review output |
| **Resource management** | **6** | **6** | **Resource management** |
| Provision of resources | 6.1 | 6.1 | Provision of resources |
| Human resources | 6.2 | 6.2 | Human resources |
| General | 6.2.1 | 6.2.1 | General |
| Competence, awareness and training | 6.2.2 | 6.2.2 | Competence, awareness and training |
| Infrastructure | 6.3 | 6.3 | Infrastructure |
| | | 7.2 | Prerequisite programmes (PRPs) |
| Work environment | 6.4 | 6.4 | Work environment |
| | | 7.2 | Prerequisite programmes (PRPs) |
| **Product realization** | **7** | **7** | **Planning and realization of safe products** |
| Planning of product realization | 7.1 | 7.1 | General |
| Customer-related processes | 7.2 | | |
| Determination of requirements related to the product | 7.2.1 | 7.3.4 | Intended use |
| | | 7.3.5 | Flow diagrams, process steps and control measures |
| | | 5.6.1 | External communication |
| Review of requirements related to the product | 7.2.2 | | |
| Customer communication | 7.2.3 | 5.6.1 | External communication |
| Design and development | 7.3 | 7.3 | Preliminary steps to enable hazard analysis |
| Design and development planning | 7.3.1 | 7.4 | Hazard analysis |
| Design and development inputs | 7.3.2 | 7.5 | Establishing the operational prerequisite programmes (PRPs) |
| Design and development outputs | 7.3.3 | 7.6 | Establishing the HACCP plan |
| Design and development review | 7.3.4 | 8.4.2 | Evaluation of individual verification results |
| | | 8.5.2 | Updating the food safety management system |
| Design and development verification | 7.3.5 | 7.8 | Verification planning |
| Design and development validation | 7.3.6 | 8.2 | Validation of control measure combinations |
| Control of design and development changes | 7.3.7 | 5.6.2 | Internal communication |

Licensed to jorgen hoffman (jjhoffmeniavé gmail.cor
ISO Store Order: OP-207892 / Downloaded: 2817-01-15
Single user licence only, copying and networking prohibited.

© ISO 2005 – All rights reserved

ISO 22000:2005(E)

**Table A.2 — Cross references between clauses of ISO 9001:2000 and clauses of ISO 22000:2005** (continued)

| ISO 9001:2000 | | ISO 22000:2005 | |
|---|---|---|---|
| Purchasing | 7.4 | | |
| Purchasing process | 7.4.1 | | |
| Purchasing information | 7.4.2 | 7.3.3 | Product characteristics |
| Verification of purchased product | 7.4.3 | | |
| Production and service provision | 7.5 | | |
| Control of production and service provision | 7.5.1 | 7.2 | Prerequisite programmes (PRPs) |
| | | 7.6.1 | HACCP plan |
| Validation of production and service provision | 7.5.2 | 8.2 | Validation of control measure combinations |
| Identification and traceability | 7.5.3 | 7.9 | Traceability system |
| Customer property | 7.5.4 | | |
| Preservation of product | 7.5.5 | 7.2 | Prerequisite programmes (PRPs) |
| Control of monitoring and measuring devices | 7.6 | 8.3 | Control of monitoring and measuring |
| **Measurement, analysis and improvement** | **8** | **8** | **Validation, verification and improvement of the food safety management system** |
| General | 8.1 | 8.1 | General |
| Monitoring and measurement | 8.2 | 8.4 | Food safety management system verification |
| Customer satisfaction | 8.2.1 | | |
| Internal audit | 8.2.2 | 8.4.1 | Internal audit |
| Monitoring and measurement of processes | 8.2.3 | 7.6.4 | System for the monitoring of critical control points |
| | | 8.4.2 | Evaluation of individual verification results |
| Monitoring and measurement of product | 8.2.4 | | |
| Control of nonconforming product | 8.3 | 7.6.5 | Actions when monitoring results exceed critical limits |
| | | 7.10 | Control of nonconformity |
| Analysis of data | 8.4 | 8.2 | Validation of control measure combinations |
| | | 8.4.3 | Analysis of results of verification activities |
| Improvement | 8.5 | 8.5 | Improvement |
| Continual improvement | 8.5.1 | 8.5.1 | Continual improvement |
| Corrective action | 8.5.2 | 7.10.2 | Corrective actions |
| Preventive action | 8.5.3 | 5.7 | Emergency preparedness and response |
| | | 7.2 | Prerequisite programmes (PRPs) |

Licensed to joran bonner jbnofbnanas@gmer.com)
ISO Store Order: OP-207672 / Downloaded: 2017-04-07
Single user licence only, copying and networking prohibited

 © ISO 2005 – All rights reserved

# Annex B
## (informative)

## Cross references between HACCP and ISO 22000:2005

**Table B.1 — Cross references between the HACCP principles and application steps and clauses of ISO 22000:2005**

| HACCP Principles | HACCP application steps[a] | | ISO 22000:2005 | |
|---|---|---|---|---|
| | Assemble HACCP team | Step 1 | 7.3.2 | Food safety team |
| | Describe product | Step 2 | 7.3.3 | Product characteristics |
| | | | 7.3.5.2 | Description of process steps and control measures |
| | Identify intended use | Step 3 | 7.3.4 | Intended use |
| | Construct flow diagram | Step 4 | 7.3.5.1 | Flow diagrams |
| | On-site confirmation of flow diagram | Step 5 | | |
| **Principle 1** Conduct a hazard analysis. | List all potential hazards | Step 6 | 7.4 | Hazard analysis |
| | Conduct a hazard analysis | | 7.4.2 | Hazard identification and determination of acceptable levels |
| | Consider control measures | | 7.4.3 | Hazard assessment |
| | | | 7.4.4 | Selection and assessment of control measures |
| **Principle 2** Determine the critical control points (CCPs). | Determine CCPs | Step 7 | 7.6.2 | Identification of critical control points (CCPs) |
| **Principle 3** Establish critical limit(s). | Establish critical limits for each CCP | Step 8 | 7.6.3 | Determination of critical limits for critical control points |
| **Principle 4** Establish a system to monitor control of the CCP. | Establish a monitoring system for each CCP | Step 9 | 7.6.4 | System for the monitoring of critical control points |
| **Principle 5** Establish the corrective action to be taken when monitoring indicates that a particular CCP is not under control. | Establish corrective actions | Step 10 | 7.6.5 | Actions when monitoring results exceed critical limits |
| **Principle 6** Establish procedures for verification to confirm that the HACCP system is working effectively. | Establish verification procedures | Step 11 | 7.8 | Verification planning |
| **Principle 7** Establish documentation concerning all procedures and records appropriate to these principles and their application. | Establish documentation and record keeping | Step 12 | 4.2 | Documentation requirements |
| | | | 7.7 | Updating of preliminary information and documents specifying the PRPs and the HACCP plan |
| [a]   Published in Reference [11]. | | | | |

Licensed to Norman Hofman (nhofman-law@gmail.com)
ISO Store Order OP-275227 Downloaded 2017-04-07
Single user licence only, copying and networking prohibited

© ISO 2005 – All rights reserved

ISO 22000:2005(E)

# Annex C
## (informative)

# Codex references providing examples of control measures, including prerequisite programmes and guidance for their selection and use

## C.1   Codes and Guidelines[1]

### C.1.1   General

CAC/RCP 1-1969 (Rev.4-2003), Recommended International Code of Practice — General Principles of Food Hygiene; incorporates Hazard Analysis and Critical Control Point (HACCP) system and guidelines for its application

Guidelines for the Validation of Food Hygiene Control Measures[2]

Principles for the Application of Traceability/Product Tracing with respect to Food Inspection and Certification[2]

Commodity Specific Codes and Guidelines

### C.1.2   Feed

CAC/RCP 45-1997, Code of Practice for the Reduction of Aflatoxin $B_1$ in Raw Materials and Supplemental Feeding stuffs for Milk Producing Animals

CAC/RCP 54-2004, Code of Practice for Good Animal Feeding

### C.1.3   Foods for special intended uses

CAC/RCP 21-1979, Code of Hygienic Practice for Foods For Infants and Children[3]

CAC/GL 08-1991, Guidelines on Formulated Supplementary Foods for Older Infants and Young Children

### C.1.4   Specifically processed foods

CAC/RCP 8-1976 (Rev. 2-1983), Code of Hygienic Practice for the Processing and Handling of Quick Frozen Foods

CAC/RCP 23-1979 (Rev. 2-1993), Recommended International Code of Hygienic Practice for Low and Acidified LowAcid Canned Foods

CAC/RCP 46-1999, Code of Hygienic Practice for Refrigerated Packaged Foods with Extended Shelf Life

---

1) These documents, as well as updates thereof, can be downloaded from the web-page of *Codex Alimentarius:* http://www.codexalimentarius.net.

2) Under development.

3) Under revision.

Licensed to jordan helston (melhorstw@gmail.com)
ISO Store Order: OP-207627 / Downloaded: 2017-54-0
Single user licence only, copying and networking prohibited.

© ISO 2005 – All rights reserved

### C.1.5   Ingredients for foods

CAC/RCP 42-1995, Code of Hygienic Practice for Spices and Dried Aromatic Plants

### C.1.6   Fruits and vegetables

CAC/RCP 22-1979, Code of Hygienic Practice for Groundnuts (Peanuts)

CAC/RCP 2-1969, Code of Hygienic Practice for Canned Fruit and Vegetable Products

CAC/RCP 3-1969, Code of Hygienic Practice for Dried Fruit

CAC/RCP 4-1971, Code of Hygienic Practice for Desiccated Coconut

CAC/RCP 5-1971, Code of Hygienic Practice for Dehydrated Fruits and Vegetables, including Edible Fungi

CAC/RCP 6-1972, Code of Hygienic Practice for Tree Nuts

CAC/RCP 53-2003, Code of Hygienic Practice For Fresh Fruits and Vegetables

### C.1.7   Meat and meat products

CAC/RCP 41-1993, Code for Ante-mortem and Post-mortem Inspection of Slaughter Animals and for Ante-mortem and Post-mortem Judgement of Slaughter Animals and Meat

CAC/RCP 32-1983, Code of Practice for the Production, Storage and Composition of Mechanically Separated Meat and Poultry for Further Processing

CAC/RCP 29-1983, Rev. 1 (1993), Code of Hygienic Practice for Game

CAC/RCP 30-1983, Code of Hygienic Practice for the Processing of Frog Legs

CAC/RCP 11-1976, Rev. 1 (1993), Code of Hygienic Practice for Fresh Meat

CAC/RCP 13-1976, Rev. 1 (1985), Code of Hygienic Practice for Processed Meat and Poultry Products

CAC/RCP 14-1976, Code of Hygienic Practice for Poultry Processing

CAC/GL 52-2003, General Principles of Meat Hygiene

Code of Hygienic Practice for Meat[2]

### C.1.8   Milk and milk products

CAC/RCP 57-2004, Code of Hygienic Practice for Milk and Milk Products

Revision of the Guidelines for the Establishment of a Regulatory Programme for the Control of Veterinary Drug Residues in Foods Prevention and Control of Drug Residues in Milk and Milk Products (including milk and milk products)[2]

### C.1.9   Egg and egg products

CAC/RCP 15-1976, Code of Hygienic Practice for Egg Products (amended 1978, 1985)

Revision of the Code of Hygienic Practice for Egg Products[2]

Licensed to Jordan Hoffman /bsoftware@gmail.com
ISO Store Order: OP-207522 / Downloaded: 2017-04-07
Single user licence only, copying and networking prohibited.

ISO 22000:2005(E)

### C.1.10   Fish and fishery products

CAC/RCP 37-1989, Code of Practice for Cephalopods

CAC/RCP 35-1985, Code of Practice for Frozen Battered and/or Breaded Fishery products

CAC/RCP 28-1983, Code of Practice for Crabs

CAC/RCP 24-1979, Code of Practice for Lobsters

CAC/RCP 25-1979, Code of Practice for Smoked Fish

CAC/RCP 26-1979, Code of Practice for Salted Fish

CAC/RCP 17-1978, Code of Practice for Shrimps or Prawns

CAC/RCP 18-1978, Code of Hygienic Practice for Molluscan Shellfish

CAC/RCP 52-2003, Code of Practice for Fish and Fishery Products

Code of Practice for Fish and Fishery Products (aquaculture)[2)]

### C.1.11   Waters

CAC/RCP 33-1985, Code of Hygienic Practice for the Collection, Processing and Marketing of Natural Mineral Waters

CAC/RCP 48-2001, Code of Hygienic Practice for Bottled/Packaged Drinking Waters (Other than Natural Mineral Waters)

### C.1.12   Transportation

CAC/RCP 47-2001, Code of Hygienic Practice for the Transport of Food in Bulk and Semi-packed Food

CAC/RCP 36-1987 (Rev. 1-1999), Code of Practice for the Storage and Transport of Edible Oils and Fats in Bulk

CAC/RCP 44-1995, Code of Practice for Packaging and Transport of Tropical Fresh Fruit and Vegetables

### C.1.13   Retail

CAC/RCP 43-1997 (Rev. 1-2001), Code of Hygienic Practice for the Preparation and Sale of Street Foods (Regional Code — Latin America and the Caribbean)

CAC/RCP 39-1993, Code of Hygienic Practice for Precooked and Cooked Foods in Mass Catering

CAC/GL 22-1997 (Rev. 1-1999), Guidelines for the Design of Control Measures for Street-Vended Foods in Africa

## C.2   Food safety hazard specific codes and guidelines[1)]

CAC/RCP 38-1993, Code of Practice for Control of the Use of Veterinary Drugs

CAC/RCP 50-2003, Code of Practice for the Prevention of Patulin Contamination in Apple Juice and Apple Juice Ingredients in Other Beverages

CAC/RCP 51-2003, Code of Practice for the Prevention of Mycotoxin Contamination in Cereals, including Annexes on Ochratoxin A, Zearalenone, Fumonisin and Tricothecenes

Licensed to jorian hofman (jdhofman@hotmail.com)
ISO Store Order: OP-327622 / Downloaded: 2011-04-03
Single user licence only, copying and networking prohibited.

   © ISO 2005 – All rights reserved

CAC/RCP 55-2004, Code of Practice for the Prevention and Reduction of Aflatoxin Contamination in Peanuts

CAC/RCP 56-2004, Code of Practice for the Prevention and Reduction of Lead Contamination in Foods

Guidelines for the Control of *Listeria monocytogenes* in Foods[2]

Code of Practice for the Prevention and Reduction of Inorganic Tin Contamination in Canned Foods[2]

Code of Practice to Minimize and Contain Antimicrobial Resistance[2]

Code of Practice for the Prevention and Reduction of Aflatoxin Contamination in Treenuts[2]

## C.3  Control measure-specific codes and guidelines[1]

CAC/RCP 19-1979 (Rev. 1-1983), Code of Practice for the Operation of Irradiation Facilities Used for the Treatment of Foods

CAC/RCP 40-1993, Code of Hygienic Practice for Aseptically Processed and Packaged Low-acid Foods

CAC/RCP 49-2001, Code of Practice for Source Directed Measures to Reduce Contamination of Food with Chemicals

CAC/GL 13-1991, Guidelines for the Preservation of Raw Milk by Use of the Lactoperoxidase System

CAC/STAN 106-1983 (Rev. 1-2003), General Standard for Irradiated Foods

Licensed to jordan hofman (jthofmanlaw@gmail.com)
ISO Store Order: OP-307822 / Downloaded: 2017-04-07
Single user licence only, copying and networking prohibited

© ISO 2005 – All rights reserved

ISO 22000:2005(E)

# Bibliography

[1]    ISO 9001:2000, *Quality management systems — Requirements*

[2]    ISO 9004:2000, *Quality management systems — Guidelines for performance improvements*

[3]    ISO 10012:2003, *Measurement management systems — Requirements for measurement processes and measuring equipment*

[4]    ISO 14159:2002, *Safety of machinery — Hygiene requirements for the design of machinery*

[5]    ISO 15161:2001, *Guidelines on the application of ISO 9001:2000 for the food and drink industry*

[6]    ISO 19011:2002, *Guidelines for quality and/or environmental management systems auditing*

[7]    ISO/TS 22004:—[4], *Food safety management systems — Guidance on the application of ISO 22000:2005*

[8]    ISO 22005:—[5], *Traceability in the feed and food chain — General principles and guidance for system design and development*

[9]    ISO/IEC Guide 51:1999, *Safety aspects — Guidelines for their inclusion in standards*

[10]    ISO/IEC Guide 62:1996, *General requirements for bodies operating assessment and certification/registration of quality systems*

[11]    *Codex Alimentarius Food Hygiene Basic Texts*. Food and Agricultural Organization of the United Nations, World Health Organization, Rome, 2001

[12]    Reference websites: http://www.iso.org; http://www.codexalimentarius.net

---

4)  To be published.

5)  To be published.

Licensed to jordan hoffman (jhoffman1av@gmail.com)
ISO Store Order: OP-201622 / Downloaded: 2017-04-07
Single user licence only, copying and networking prohibited.

                                    © ISO 2005 – All rights reserved

Licensed to jordan hoffman (jhoffman@wplsmail.com)
ISO Store Order: OP-207522 / Downloaded: 2017-04-17
Single user licence only, copying and networking prohibited.

**ISO 22000:2005(E)**

**ICS 67.020**

Price based on 32 pages

Licensed to Jonsen Hoffman (jhoffmanlaw@gmail.com)
ISO Store Order: OP-207S22 / Downloaded: 2017-04-07
Single user licence only, copying and networking prohibited

© ISO 2005 – All rights reserved

I.S. EN ISO 9001:2008

# INTERNATIONAL STANDARD

# ISO 9001

Fourth edition
2008-11-15

## Quality management systems — Requirements

*Systèmes de management de la qualité — Exigences*

Reference number
ISO 9001:2008(E)

© ISO 2008

Copyrighted material licensed to SAI Global Inc, for licensee's use only. A00597287
Single user license only, copying prohibited. 01 Dec 08

I.S. EN ISO 9001:2008

**ISO 9001:2008(E)**

**PDF disclaimer**

This PDF file may contain embedded typefaces. In accordance with Adobe's licensing policy, this file may be printed or viewed but shall not be edited unless the typefaces which are embedded are licensed to and installed on the computer performing the editing. In downloading this file, parties accept therein the responsibility of not infringing Adobe's licensing policy. The ISO Central Secretariat accepts no liability in this area.

Adobe is a trademark of Adobe Systems Incorporated.

Details of the software products used to create this PDF file can be found in the General Info relative to the file; the PDF-creation parameters were optimized for printing. Every care has been taken to ensure that the file is suitable for use by ISO member bodies. In the unlikely event that a problem relating to it is found, please inform the Central Secretariat at the address given below.



**COPYRIGHT PROTECTED DOCUMENT**

© ISO 2008

All rights reserved. Unless otherwise specified, no part of this publication may be reproduced or utilized in any form or by any means, electronic or mechanical, including photocopying and microfilm, without permission in writing from either ISO at the address below or ISO's member body in the country of the requester.

ISO copyright office
Case postale 56 • CH-1211 Geneva 20
Tel.  + 41 22 749 01 11
Fax  + 41 22 749 09 47
E-mail  copyright@iso.org
Web  www.iso.org

Published in Switzerland

© ISO 2008 – All rights reserved
Copyrighted material licensed to SAI Global Inc, for licensee's use only. A00597287
Single user license only, copying prohibited. 01 Dec 08

I.S. EN ISO 9001:2008

ISO 9001:2008(E)

# Contents

Page

1    Scope .................................................................................................................................... 1
1.1    General ........................................................................................................................... 1
1.2    Application ...................................................................................................................... 1
2    Normative references ........................................................................................................... 1
3    Terms and definitions .......................................................................................................... 1
4    Quality management system ............................................................................................... 2
4.1    General requirements ................................................................................................... 2
4.2    Documentation requirements ...................................................................................... 2
5    Management responsibility ................................................................................................. 3
5.1    Management commitment ............................................................................................ 3
5.2    Customer focus .............................................................................................................. 4
5.3    Quality policy ................................................................................................................. 4
5.4    Planning ......................................................................................................................... 4
5.5    Responsibility, authority and communication ........................................................... 4
5.6    Management review ....................................................................................................... 5
6    Resource management ......................................................................................................... 6
6.1    Provision of resources .................................................................................................. 6
6.2    Human resources ........................................................................................................... 6
6.3    Infrastructure ................................................................................................................. 6
6.4    Work environment ......................................................................................................... 6
7    Product realization ............................................................................................................... 7
7.1    Planning of product realization ................................................................................... 7
7.2    Customer-related processes ......................................................................................... 7
7.3    Design and development ............................................................................................... 8
7.4    Purchasing ...................................................................................................................... 9
7.5    Production and service provision ................................................................................ 10
7.6    Control of monitoring and measuring equipment ..................................................... 11
8    Measurement, analysis and improvement ......................................................................... 12
8.1    General ........................................................................................................................... 12
8.2    Monitoring and measurement ..................................................................................... 12
8.3    Control of nonconforming product ............................................................................. 13
8.4    Analysis of data ............................................................................................................. 13
8.5    Improvement ................................................................................................................. 14
Annex A (informative)  Correspondence between ISO 9001:2008 and ISO 14001:2004 ...................... 15
Annex B (informative)  Changes between ISO 9001:2000 and ISO 9001:2008 ................................... 20
Bibliography .................................................................................................................................. 26

© ISO 2008 – All rights reserved
Copyrighted material licensed to SAI Global Inc, for licensee's use only. A00597287
Single user license only, copying prohibited. 01 Dec 08

I.S. EN ISO 9001:2008

**ISO 9001:2008(E)**

## Foreword

ISO (the International Organization for Standardization) is a worldwide federation of national standards bodies (ISO member bodies). The work of preparing International Standards is normally carried out through ISO technical committees. Each member body interested in a subject for which a technical committee has been established has the right to be represented on that committee. International organizations, governmental and non-governmental, in liaison with ISO, also take part in the work. ISO collaborates closely with the International Electrotechnical Commission (IEC) on all matters of electrotechnical standardization.

International Standards are drafted in accordance with the rules given in the ISO/IEC Directives, Part 2.

The main task of technical committees is to prepare International Standards. Draft International Standards adopted by the technical committees are circulated to the member bodies for voting. Publication as an International Standard requires approval by at least 75 % of the member bodies casting a vote.

Attention is drawn to the possibility that some of the elements of this document may be the subject of patent rights. ISO shall not be held responsible for identifying any or all such patent rights.

ISO 9001 was prepared by Technical Committee ISO/TC 176, *Quality management and quality assurance*, Subcommittee SC 2, *Quality systems*.

This fourth edition cancels and replaces the third edition (ISO 9001:2000), which has been amended to clarify points in the text and to enhance compatibility with ISO 14001:2004.

Details of the changes between the third edition and this fourth edition are given in Annex B.

© ISO 2008 – All rights reserved
Copyrighted material licensed to SAI Global Inc, for licensee's use only. A00597297
Single user license only, copying prohibited. 01 Dec 08

I.S. EN ISO 9001:2008

**ISO 9001:2008(E)**

# Introduction

## 0.1  General

The adoption of a quality management system should be a strategic decision of an organization. The design and implementation of an organization's quality management system is influenced by

a)  its organizational environment, changes in that environment, and the risks associated with that environment,

b)  its varying needs,

c)  its particular objectives,

d)  the products it provides,

e)  the processes it employs,

f)  its size and organizational structure.

It is not the intent of this International Standard to imply uniformity in the structure of quality management systems or uniformity of documentation.

The quality management system requirements specified in this International Standard are complementary to requirements for products. Information marked "NOTE" is for guidance in understanding or clarifying the associated requirement.

This International Standard can be used by internal and external parties, including certification bodies, to assess the organization's ability to meet customer, statutory and regulatory requirements applicable to the product, and the organization's own requirements.

The quality management principles stated in ISO 9000 and ISO 9004 have been taken into consideration during the development of this International Standard.

## 0.2  Process approach

This International Standard promotes the adoption of a process approach when developing, implementing and improving the effectiveness of a quality management system, to enhance customer satisfaction by meeting customer requirements.

For an organization to function effectively, it has to determine and manage numerous linked activities. An activity or set of activities using resources, and managed in order to enable the transformation of inputs into outputs, can be considered as a process. Often the output from one process directly forms the input to the next.

The application of a system of processes within an organization, together with the identification and interactions of these processes, and their management to produce the desired outcome, can be referred to as the "process approach".

An advantage of the process approach is the ongoing control that it provides over the linkage between the individual processes within the system of processes, as well as over their combination and interaction.

When used within a quality management system, such an approach emphasizes the importance of

a)  understanding and meeting requirements,

b)  the need to consider processes in terms of added value,

© ISO 2008 – All rights reserved
Copyrighted material licensed to SAI Global Inc, for licensee's use only. A00597287
Single user license only, copying prohibited. 01 Dec 08

v

I.S. EN ISO 9001:2008

**ISO 9001:2008(E)**

c)  obtaining results of process performance and effectiveness, and

d)  continual improvement of processes based on objective measurement.

The model of a process-based quality management system shown in Figure 1 illustrates the process linkages presented in Clauses 4 to 8. This illustration shows that customers play a significant role in defining requirements as inputs. Monitoring of customer satisfaction requires the evaluation of information relating to customer perception as to whether the organization has met the customer requirements. The model shown in Figure 1 covers all the requirements of this International Standard, but does not show processes at a detailed level.

NOTE   In addition, the methodology known as "Plan-Do-Check-Act" (PDCA) can be applied to all processes. PDCA can be briefly described as follows.

Plan: establish the objectives and processes necessary to deliver results in accordance with customer requirements and the organization's policies.

Do: implement the processes.

Check: monitor and measure processes and product against policies, objectives and requirements for the product and report the results.

Act: take actions to continually improve process performance.



**Figure 1 — Model of a process-based quality management system**

vi

© ISO 2008 – All rights reserved
Copyrighted material licensed to SAI Global Inc, for licensee's use only. A00597287
Single user license only, copying prohibited. 01 Dec 08

I.S. EN ISO 9001:2008

**ISO 9001:2008(E)**

## 0.3   Relationship with ISO 9004

ISO 9001 and ISO 9004 are quality management system standards which have been designed to complement each other, but can also be used independently.

ISO 9001 specifies requirements for a quality management system that can be used for internal application by organizations, or for certification, or for contractual purposes. It focuses on the effectiveness of the quality management system in meeting customer requirements.

At the time of publication of this International Standard, ISO 9004 is under revision. The revised edition of ISO 9004 will provide guidance to management for achieving sustained success for any organization in a complex, demanding, and ever changing, environment. ISO 9004 provides a wider focus on quality management than ISO 9001; it addresses the needs and expectations of all interested parties and their satisfaction, by the systematic and continual improvement of the organization's performance. However, it is not intended for certification, regulatory or contractual use.

## 0.4   Compatibility with other management systems

During the development of this International Standard, due consideration was given to the provisions of ISO 14001:2004 to enhance the compatibility of the two standards for the benefit of the user community. Annex A shows the correspondence between ISO 9001:2008 and ISO 14001:2004.

This International Standard does not include requirements specific to other management systems, such as those particular to environmental management, occupational health and safety management, financial management or risk management. However, this International Standard enables an organization to align or integrate its own quality management system with related management system requirements. It is possible for an organization to adapt its existing management system(s) in order to establish a quality management system that complies with the requirements of this International Standard.

© ISO 2008 – All rights reserved
Copyrighted material licensed to SAI Global Inc, for licensee's use only, A00597287
Single user license only, copying prohibited. 01 Dec 08

I.S. EN ISO 9001:2008

*This page is intentionally left BLANK.*

Copyrighted material licensed to SAI Global Inc, for licensee's use only. A00597287
Single user license only, copying prohibited. 01 Dec 08

I.S. EN ISO 9001:2008

**INTERNATIONAL STANDARD**                         **ISO 9001:2008(E)**

# Quality management systems — Requirements

## 1  Scope

### 1.1  General

This International Standard specifies requirements for a quality management system where an organization

a) needs to demonstrate its ability to consistently provide product that meets customer and applicable statutory and regulatory requirements, and

b) aims to enhance customer satisfaction through the effective application of the system, including processes for continual improvement of the system and the assurance of conformity to customer and applicable statutory and regulatory requirements.

NOTE 1  In this International Standard, the term "product" only applies to

a)  product intended for, or required by, a customer,

b)  any intended output resulting from the product realization processes.

NOTE 2  Statutory and regulatory requirements can be expressed as legal requirements.

### 1.2  Application

All requirements of this International Standard are generic and are intended to be applicable to all organizations, regardless of type, size and product provided.

Where any requirement(s) of this International Standard cannot be applied due to the nature of an organization and its product, this can be considered for exclusion.

Where exclusions are made, claims of conformity to this International Standard are not acceptable unless these exclusions are limited to requirements within Clause 7, and such exclusions do not affect the organization's ability, or responsibility, to provide product that meets customer and applicable statutory and regulatory requirements.

## 2  Normative references

The following referenced documents are indispensable for the application of this document. For dated references, only the edition cited applies. For undated references, the latest edition of the referenced document (including any amendments) applies.

ISO 9000:2005, *Quality management systems — Fundamentals and vocabulary*

## 3  Terms and definitions

For the purposes of this document, the terms and definitions given in ISO 9000 apply.

Throughout the text of this International Standard, wherever the term "product" occurs, it can also mean "service".

© ISO 2008 – All rights reserved
Copyrighted material licensed to SAI Global Inc, for licensee's use only. A00597287
Single user license only, copying prohibited. 01 Dec 08

**ISO 9001:2008(E)**

I.S. EN ISO 9001:2008

# 4   Quality management system

## 4.1   General requirements

The organization shall establish, document, implement and maintain a quality management system and continually improve its effectiveness in accordance with the requirements of this International Standard.

The organization shall

a)  determine the processes needed for the quality management system and their application throughout the organization (see 1.2),

b)  determine the sequence and interaction of these processes,

c)  determine criteria and methods needed to ensure that both the operation and control of these processes are effective,

d)  ensure the availability of resources and information necessary to support the operation and monitoring of these processes,

e)  monitor, measure where applicable, and analyse these processes, and

f)  implement actions necessary to achieve planned results and continual improvement of these processes.

These processes shall be managed by the organization in accordance with the requirements of this International Standard.

Where an organization chooses to outsource any process that affects product conformity to requirements, the organization shall ensure control over such processes. The type and extent of control to be applied to these outsourced processes shall be defined within the quality management system.

NOTE 1   Processes needed for the quality management system referred to above include processes for management activities, provision of resources, product realization, measurement, analysis and improvement.

NOTE 2   An "outsourced process" is a process that the organization needs for its quality management system and which the organization chooses to have performed by an external party.

NOTE 3   Ensuring control over outsourced processes does not absolve the organization of the responsibility of conformity to all customer, statutory and regulatory requirements. The type and extent of control to be applied to the outsourced process can be influenced by factors such as

a)  the potential impact of the outsourced process on the organization's capability to provide product that conforms to requirements,

b)  the degree to which the control for the process is shared,

c)  the capability of achieving the necessary control through the application of 7.4.

## 4.2   Documentation requirements

### 4.2.1   General

The quality management system documentation shall include

a)  documented statements of a quality policy and quality objectives,

b)  a quality manual,

c)  documented procedures and records required by this International Standard, and

d)  documents, including records, determined by the organization to be necessary to ensure the effective planning, operation and control of its processes.

2

© ISO 2008 – All rights reserved

Copyrighted material licensed to SAI Global Inc, for licensee's use only. A00597287
Single user license only, copying prohibited. 01 Dec 08

I.S. EN ISO 9001:2008

**ISO 9001:2008(E)**

NOTE 1   Where the term "documented procedure" appears within this International Standard, this means that the procedure is established, documented, implemented and maintained. A single document may address the requirements for one or more procedures. A requirement for a documented procedure may be covered by more than one document.

NOTE 2   The extent of the quality management system documentation can differ from one organization to another due to

a)   the size of organization and type of activities,

b)   the complexity of processes and their interactions, and

c)   the competence of personnel.

NOTE 3   The documentation can be in any form or type of medium.

### 4.2.2  Quality manual

The organization shall establish and maintain a quality manual that includes

a)   the scope of the quality management system, including details of and justification for any exclusions (see 1.2),

b)   the documented procedures established for the quality management system, or reference to them, and

c)   a description of the interaction between the processes of the quality management system.

### 4.2.3  Control of documents

Documents required by the quality management system shall be controlled. Records are a special type of document and shall be controlled according to the requirements given in 4.2.4.

A documented procedure shall be established to define the controls needed

a)   to approve documents for adequacy prior to issue,

b)   to review and update as necessary and re-approve documents,

c)   to ensure that changes and the current revision status of documents are identified,

d)   to ensure that relevant versions of applicable documents are available at points of use,

e)   to ensure that documents remain legible and readily identifiable,

f)   to ensure that documents of external origin determined by the organization to be necessary for the planning and operation of the quality management system are identified and their distribution controlled, and

g)   to prevent the unintended use of obsolete documents, and to apply suitable identification to them if they are retained for any purpose.

### 4.2.4  Control of records

Records established to provide evidence of conformity to requirements and of the effective operation of the quality management system shall be controlled.

The organization shall establish a documented procedure to define the controls needed for the identification, storage, protection, retrieval, retention and disposition of records.

Records shall remain legible, readily identifiable and retrievable.

## 5   Management responsibility

### 5.1   Management commitment

Top management shall provide evidence of its commitment to the development and implementation of the quality management system and continually improving its effectiveness by

© ISO 2008 – All rights reserved

Copyrighted material licensed to SAI Global Inc, for licensee's use only. A00597287
Single user license only, copying prohibited. 01 Dec 08

3

I.S. EN ISO 9001:2008

**ISO 9001:2008(E)**

a)  communicating to the organization the importance of meeting customer as well as statutory and regulatory requirements,

b)  establishing the quality policy,

c)  ensuring that quality objectives are established,

d)  conducting management reviews, and

e)  ensuring the availability of resources.

## 5.2  Customer focus

Top management shall ensure that customer requirements are determined and are met with the aim of enhancing customer satisfaction (see 7.2.1 and 8.2.1).

## 5.3  Quality policy

Top management shall ensure that the quality policy

a)  is appropriate to the purpose of the organization,

b)  includes a commitment to comply with requirements and continually improve the effectiveness of the quality management system,

c)  provides a framework for establishing and reviewing quality objectives,

d)  is communicated and understood within the organization, and

e)  is reviewed for continuing suitability.

## 5.4  Planning

### 5.4.1  Quality objectives

Top management shall ensure that quality objectives, including those needed to meet requirements for product [see 7.1 a)], are established at relevant functions and levels within the organization. The quality objectives shall be measurable and consistent with the quality policy.

### 5.4.2  Quality management system planning

Top management shall ensure that

a)  the planning of the quality management system is carried out in order to meet the requirements given in 4.1, as well as the quality objectives, and

b)  the integrity of the quality management system is maintained when changes to the quality management system are planned and implemented.

## 5.5  Responsibility, authority and communication

### 5.5.1  Responsibility and authority

Top management shall ensure that responsibilities and authorities are defined and communicated within the organization.

© ISO 2008 – All rights reserved
Copyrighted material licensed to SAI Global Inc, for licensee's use only. A00597287
Single user license only, copying prohibited. 01 Dec 08

I.S. EN ISO 9001:2008

**ISO 9001:2008(E)**

### 5.5.2  Management representative

Top management shall appoint a member of the organization's management who, irrespective of other responsibilities, shall have responsibility and authority that includes

a)  ensuring that processes needed for the quality management system are established, implemented and maintained,

b)  reporting to top management on the performance of the quality management system and any need for improvement, and

c)  ensuring the promotion of awareness of customer requirements throughout the organization.

NOTE  The responsibility of a management representative can include liaison with external parties on matters relating to the quality management system.

### 5.5.3  Internal communication

Top management shall ensure that appropriate communication processes are established within the organization and that communication takes place regarding the effectiveness of the quality management system.

## 5.6  Management review

### 5.6.1  General

Top management shall review the organization's quality management system, at planned intervals, to ensure its continuing suitability, adequacy and effectiveness. This review shall include assessing opportunities for improvement and the need for changes to the quality management system, including the quality policy and quality objectives.

Records from management reviews shall be maintained (see 4.2.4).

### 5.6.2  Review input

The input to management review shall include information on

a)  results of audits,

b)  customer feedback,

c)  process performance and product conformity,

d)  status of preventive and corrective actions,

e)  follow-up actions from previous management reviews,

f)  changes that could affect the quality management system, and

g)  recommendations for improvement.

### 5.6.3  Review output

The output from the management review shall include any decisions and actions related to

a)  improvement of the effectiveness of the quality management system and its processes,

b)  improvement of product related to customer requirements, and

c)  resource needs.

© ISO 2008 – All rights reserved
Copyrighted material licensed to SAI Global Inc. for licensee's use only. A00597287
Single user license only, copying prohibited. 01 Dec 08

I.S. EN ISO 9001:2008

ISO 9001:2008(E)

# 6  Resource management

## 6.1  Provision of resources

The organization shall determine and provide the resources needed

a)   to implement and maintain the quality management system and continually improve its effectiveness, and

b)   to enhance customer satisfaction by meeting customer requirements.

## 6.2  Human resources

### 6.2.1  General

Personnel performing work affecting conformity to product requirements shall be competent on the basis of appropriate education, training, skills and experience.

NOTE   Conformity to product requirements can be affected directly or indirectly by personnel performing any task within the quality management system.

### 6.2.2  Competence, training and awareness

The organization shall

a)   determine the necessary competence for personnel performing work affecting conformity to product requirements,

b)   where applicable, provide training or take other actions to achieve the necessary competence,

c)   evaluate the effectiveness of the actions taken,

d)   ensure that its personnel are aware of the relevance and importance of their activities and how they contribute to the achievement of the quality objectives, and

e)   maintain appropriate records of education, training, skills and experience (see 4.2.4).

## 6.3  Infrastructure

The organization shall determine, provide and maintain the infrastructure needed to achieve conformity to product requirements. Infrastructure includes, as applicable,

a)   buildings, workspace and associated utilities,

b)   process equipment (both hardware and software), and

c)   supporting services (such as transport, communication or information systems).

## 6.4  Work environment

The organization shall determine and manage the work environment needed to achieve conformity to product requirements.

NOTE   The term "work environment" relates to those conditions under which work is performed including physical, environmental and other factors (such as noise, temperature, humidity, lighting or weather).

6

© ISO 2008 – All rights reserved

Copyrighted material licensed to SAI Global Inc, for licensee's use only. A00597287
Single user license only, copying prohibited. 01 Dec 08

I.S. EN ISO 9001:2008

ISO 9001:2008(E)

# 7   Product realization

## 7.1   Planning of product realization

The organization shall plan and develop the processes needed for product realization. Planning of product realization shall be consistent with the requirements of the other processes of the quality management system (see 4.1).

In planning product realization, the organization shall determine the following, as appropriate:

a)   quality objectives and requirements for the product;

b)   the need to establish processes and documents, and to provide resources specific to the product;

c)   required verification, validation, monitoring, measurement, inspection and test activities specific to the product and the criteria for product acceptance;

d)   records needed to provide evidence that the realization processes and resulting product meet requirements (see 4.2.4).

The output of this planning shall be in a form suitable for the organization's method of operations.

NOTE 1   A document specifying the processes of the quality management system (including the product realization processes) and the resources to be applied to a specific product, project or contract can be referred to as a quality plan.

NOTE 2   The organization may also apply the requirements given in 7.3 to the development of product realization processes.

## 7.2   Customer-related processes

### 7.2.1   Determination of requirements related to the product

The organization shall determine

a)   requirements specified by the customer, including the requirements for delivery and post-delivery activities,

b)   requirements not stated by the customer but necessary for specified or intended use, where known,

c)   statutory and regulatory requirements applicable to the product, and

d)   any additional requirements considered necessary by the organization.

NOTE   Post-delivery activities include, for example, actions under warranty provisions, contractual obligations such as maintenance services, and supplementary services such as recycling or final disposal.

### 7.2.2   Review of requirements related to the product

The organization shall review the requirements related to the product. This review shall be conducted prior to the organization's commitment to supply a product to the customer (e.g. submission of tenders, acceptance of contracts or orders, acceptance of changes to contracts or orders) and shall ensure that

a)   product requirements are defined,

b)   contract or order requirements differing from those previously expressed are resolved, and

c)   the organization has the ability to meet the defined requirements.

Records of the results of the review and actions arising from the review shall be maintained (see 4.2.4).

Where the customer provides no documented statement of requirement, the customer requirements shall be confirmed by the organization before acceptance.

© ISO 2008 – All rights reserved
Copyrighted material licensed to SAI Global Inc, for licensee's use only. A00597287
Single user license only, copying prohibited. 01 Dec 08

I.S. EN ISO 9001:2008

**ISO 9001:2008(E)**

Where product requirements are changed, the organization shall ensure that relevant documents are amended and that relevant personnel are made aware of the changed requirements.

NOTE   In some situations, such as internet sales, a formal review is impractical for each order. Instead the review can cover relevant product information such as catalogues or advertising material.

### 7.2.3   Customer communication

The organization shall determine and implement effective arrangements for communicating with customers in relation to

a)   product information,

b)   enquiries, contracts or order handling, including amendments, and

c)   customer feedback, including customer complaints.

### 7.3   Design and development

#### 7.3.1   Design and development planning

The organization shall plan and control the design and development of product.

During the design and development planning, the organization shall determine

a)   the design and development stages,

b)   the review, verification and validation that are appropriate to each design and development stage, and

c)   the responsibilities and authorities for design and development.

The organization shall manage the interfaces between different groups involved in design and development to ensure effective communication and clear assignment of responsibility.

Planning output shall be updated, as appropriate, as the design and development progresses.

NOTE   Design and development review, verification and validation have distinct purposes. They can be conducted and recorded separately or in any combination, as suitable for the product and the organization.

#### 7.3.2   Design and development inputs

Inputs relating to product requirements shall be determined and records maintained (see 4.2.4). These inputs shall include

a)   functional and performance requirements,

b)   applicable statutory and regulatory requirements,

c)   where applicable, information derived from previous similar designs, and

d)   other requirements essential for design and development.

The inputs shall be reviewed for adequacy. Requirements shall be complete, unambiguous and not in conflict with each other.

#### 7.3.3   Design and development outputs

The outputs of design and development shall be in a form suitable for verification against the design and development input and shall be approved prior to release.

**8**

© ISO 2008 – All rights reserved

Copyrighted material licensed to SAI Global Inc. for licensee's use only. A00597287
Single user license only, copying prohibited. 01 Dec 08

I.S. EN ISO 9001:2008

**ISO 9001:2008(E)**

Design and development outputs shall

a)  meet the input requirements for design and development,

b)  provide appropriate information for purchasing, production and service provision,

c)  contain or reference product acceptance criteria, and

d)  specify the characteristics of the product that are essential for its safe and proper use.

NOTE  Information for production and service provision can include details for the preservation of product.

### 7.3.4  Design and development review

At suitable stages, systematic reviews of design and development shall be performed in accordance with planned arrangements (see 7.3.1)

a)  to evaluate the ability of the results of design and development to meet requirements, and

b)  to identify any problems and propose necessary actions.

Participants in such reviews shall include representatives of functions concerned with the design and development stage(s) being reviewed. Records of the results of the reviews and any necessary actions shall be maintained (see 4.2.4).

### 7.3.5  Design and development verification

Verification shall be performed in accordance with planned arrangements (see 7.3.1) to ensure that the design and development outputs have met the design and development input requirements. Records of the results of the verification and any necessary actions shall be maintained (see 4.2.4).

### 7.3.6  Design and development validation

Design and development validation shall be performed in accordance with planned arrangements (see 7.3.1) to ensure that the resulting product is capable of meeting the requirements for the specified application or intended use, where known. Wherever practicable, validation shall be completed prior to the delivery or implementation of the product. Records of the results of validation and any necessary actions shall be maintained (see 4.2.4).

### 7.3.7  Control of design and development changes

Design and development changes shall be identified and records maintained. The changes shall be reviewed, verified and validated, as appropriate, and approved before implementation. The review of design and development changes shall include evaluation of the effect of the changes on constituent parts and product already delivered. Records of the results of the review of changes and any necessary actions shall be maintained (see 4.2.4).

## 7.4  Purchasing

### 7.4.1  Purchasing process

The organization shall ensure that purchased product conforms to specified purchase requirements. The type and extent of control applied to the supplier and the purchased product shall be dependent upon the effect of the purchased product on subsequent product realization or the final product.

© ISO 2008 – All rights reserved
Copyrighted material licensed to SAI Global Inc, for licensee's only. A00597287
Single user license only, copying prohibited. 01 Dec 08

I.S. EN ISO 9001:2008

**ISO 9001:2008(E)**

The organization shall evaluate and select suppliers based on their ability to supply product in accordance with the organization's requirements. Criteria for selection, evaluation and re-evaluation shall be established. Records of the results of evaluations and any necessary actions arising from the evaluation shall be maintained (see 4.2.4).

### 7.4.2  Purchasing information

Purchasing information shall describe the product to be purchased, including, where appropriate,

a)   requirements for approval of product, procedures, processes and equipment,

b)   requirements for qualification of personnel, and

c)   quality management system requirements.

The organization shall ensure the adequacy of specified purchase requirements prior to their communication to the supplier.

### 7.4.3  Verification of purchased product

The organization shall establish and implement the inspection or other activities necessary for ensuring that purchased product meets specified purchase requirements.

Where the organization or its customer intends to perform verification at the supplier's premises, the organization shall state the intended verification arrangements and method of product release in the purchasing information.

## 7.5  Production and service provision

### 7.5.1  Control of production and service provision

The organization shall plan and carry out production and service provision under controlled conditions. Controlled conditions shall include, as applicable,

a)   the availability of information that describes the characteristics of the product,

b)   the availability of work instructions, as necessary,

c)   the use of suitable equipment,

d)   the availability and use of monitoring and measuring equipment,

e)   the implementation of monitoring and measurement, and

f)   the implementation of product release, delivery and post-delivery activities.

### 7.5.2  Validation of processes for production and service provision

The organization shall validate any processes for production and service provision where the resulting output cannot be verified by subsequent monitoring or measurement and, as a consequence, deficiencies become apparent only after the product is in use or the service has been delivered.

Validation shall demonstrate the ability of these processes to achieve planned results.

The organization shall establish arrangements for these processes including, as applicable,

a)   defined criteria for review and approval of the processes,

b)   approval of equipment and qualification of personnel,

c)   use of specific methods and procedures,

© ISO 2008 – All rights reserved
Copyrighted material licensed to SAI Global Inc, for licensee's use only. A00597267
Single user license only, copying prohibited. 01 Dec 08

d)  requirements for records (see 4.2.4), and

e)  revalidation.

### 7.5.3  Identification and traceability

Where appropriate, the organization shall identify the product by suitable means throughout product realization.

The organization shall identify the product status with respect to monitoring and measurement requirements throughout product realization.

Where traceability is a requirement, the organization shall control the unique identification of the product and maintain records (see 4.2.4).

NOTE  In some industry sectors, configuration management is a means by which identification and traceability are maintained.

### 7.5.4  Customer property

The organization shall exercise care with customer property while it is under the organization's control or being used by the organization. The organization shall identify, verify, protect and safeguard customer property provided for use or incorporation into the product. If any customer property is lost, damaged or otherwise found to be unsuitable for use, the organization shall report this to the customer and maintain records (see 4.2.4).

NOTE  Customer property can include intellectual property and personal data.

### 7.5.5  Preservation of product

The organization shall preserve the product during internal processing and delivery to the intended destination in order to maintain conformity to requirements. As applicable, preservation shall include identification, handling, packaging, storage and protection. Preservation shall also apply to the constituent parts of a product.

## 7.6  Control of monitoring and measuring equipment

The organization shall determine the monitoring and measurement to be undertaken and the monitoring and measuring equipment needed to provide evidence of conformity of product to determined requirements.

The organization shall establish processes to ensure that monitoring and measurement can be carried out and are carried out in a manner that is consistent with the monitoring and measurement requirements.

Where necessary to ensure valid results, measuring equipment shall

a)  be calibrated or verified, or both, at specified intervals, or prior to use, against measurement standards traceable to international or national measurement standards; where no such standards exist, the basis used for calibration or verification shall be recorded (see 4.2.4);

b)  be adjusted or re-adjusted as necessary;

c)  have identification in order to determine its calibration status;

d)  be safeguarded from adjustments that would invalidate the measurement result;

e)  be protected from damage and deterioration during handling, maintenance and storage.

In addition, the organization shall assess and record the validity of the previous measuring results when the equipment is found not to conform to requirements. The organization shall take appropriate action on the equipment and any product affected.

Records of the results of calibration and verification shall be maintained (see 4.2.4).

© ISO 2008 – All rights reserved
Copyrighted material licensed to SAI Global Inc, for licensee's use only. A00597287
Single user license only, copying prohibited. 01 Dec 08

I.S. EN ISO 9001:2008

**ISO 9001:2008(E)**

When used in the monitoring and measurement of specified requirements, the ability of computer software to satisfy the intended application shall be confirmed. This shall be undertaken prior to initial use and reconfirmed as necessary.

NOTE  Confirmation of the ability of computer software to satisfy the intended application would typically include its verification and configuration management to maintain its suitability for use.

# 8  Measurement, analysis and improvement

## 8.1  General

The organization shall plan and implement the monitoring, measurement, analysis and improvement processes needed

a)  to demonstrate conformity to product requirements,

b)  to ensure conformity of the quality management system, and

c)  to continually improve the effectiveness of the quality management system.

This shall include determination of applicable methods, including statistical techniques, and the extent of their use.

## 8.2  Monitoring and measurement

### 8.2.1  Customer satisfaction

As one of the measurements of the performance of the quality management system, the organization shall monitor information relating to customer perception as to whether the organization has met customer requirements. The methods for obtaining and using this information shall be determined.

NOTE  Monitoring customer perception can include obtaining input from sources such as customer satisfaction surveys, customer data on delivered product quality, user opinion surveys, lost business analysis, compliments, warranty claims and dealer reports.

### 8.2.2  Internal audit

The organization shall conduct internal audits at planned intervals to determine whether the quality management system

a)  conforms to the planned arrangements (see 7.1), to the requirements of this International Standard and to the quality management system requirements established by the organization, and

b)  is effectively implemented and maintained.

An audit programme shall be planned, taking into consideration the status and importance of the processes and areas to be audited, as well as the results of previous audits. The audit criteria, scope, frequency and methods shall be defined. The selection of auditors and conduct of audits shall ensure objectivity and impartiality of the audit process. Auditors shall not audit their own work.

A documented procedure shall be established to define the responsibilities and requirements for planning and conducting audits, establishing records and reporting results.

Records of the audits and their results shall be maintained (see 4.2.4).

The management responsible for the area being audited shall ensure that any necessary corrections and corrective actions are taken without undue delay to eliminate detected nonconformities and their causes.

© ISO 2008 – All rights reserved

Copyrighted material licensed to SAI Global Inc, for licensee's use only. A00597287
Single user license only, copying prohibited. 01 Dec 08

I.S. EN ISO 9001:2008

**ISO 9001:2008(E)**

Follow-up activities shall include the verification of the actions taken and the reporting of verification results (see 8.5.2).

NOTE   See ISO 19011 for guidance.

### 8.2.3   Monitoring and measurement of processes

The organization shall apply suitable methods for monitoring and, where applicable, measurement of the quality management system processes. These methods shall demonstrate the ability of the processes to achieve planned results. When planned results are not achieved, correction and corrective action shall be taken, as appropriate.

NOTE   When determining suitable methods, it is advisable that the organization consider the type and extent of monitoring or measurement appropriate to each of its processes in relation to their impact on the conformity to product requirements and on the effectiveness of the quality management system.

### 8.2.4   Monitoring and measurement of product

The organization shall monitor and measure the characteristics of the product to verify that product requirements have been met. This shall be carried out at appropriate stages of the product realization process in accordance with the planned arrangements (see 7.1). Evidence of conformity with the acceptance criteria shall be maintained.

Records shall indicate the person(s) authorizing release of product for delivery to the customer (see 4.2.4).

The release of product and delivery of service to the customer shall not proceed until the planned arrangements (see 7.1) have been satisfactorily completed, unless otherwise approved by a relevant authority and, where applicable, by the customer.

### 8.3   Control of nonconforming product

The organization shall ensure that product which does not conform to product requirements is identified and controlled to prevent its unintended use or delivery. A documented procedure shall be established to define the controls and related responsibilities and authorities for dealing with nonconforming product.

Where applicable, the organization shall deal with nonconforming product by one or more of the following ways:

a)  by taking action to eliminate the detected nonconformity;

b)  by authorizing its use, release or acceptance under concession by a relevant authority and, where applicable, by the customer;

c)  by taking action to preclude its original intended use or application;

d)  by taking action appropriate to the effects, or potential effects, of the nonconformity when nonconforming product is detected after delivery or use has started.

When nonconforming product is corrected it shall be subject to re-verification to demonstrate conformity to the requirements.

Records of the nature of nonconformities and any subsequent actions taken, including concessions obtained, shall be maintained (see 4.2.4).

### 8.4   Analysis of data

The organization shall determine, collect and analyse appropriate data to demonstrate the suitability and effectiveness of the quality management system and to evaluate where continual improvement of the effectiveness of the quality management system can be made. This shall include data generated as a result of monitoring and measurement and from other relevant sources.

© ISO 2008 – All rights reserved
Copyrighted material licensed to SAI Global Inc, for licensee's use only. A00597287
Single user license only, copying prohibited. 01 Dec 08

ISO 9001:2008(E)

I.S. EN ISO 9001:2008

The analysis of data shall provide information relating to

a)  customer satisfaction (see 8.2.1),

b)  conformity to product requirements (see 8.2.4),

c)  characteristics and trends of processes and products, including opportunities for preventive action (see 8.2.3 and 8.2.4), and

d)  suppliers (see 7.4).

## 8.5  Improvement

### 8.5.1  Continual improvement

The organization shall continually improve the effectiveness of the quality management system through the use of the quality policy, quality objectives, audit results, analysis of data, corrective and preventive actions and management review.

### 8.5.2  Corrective action

The organization shall take action to eliminate the causes of nonconformities in order to prevent recurrence. Corrective actions shall be appropriate to the effects of the nonconformities encountered.

A documented procedure shall be established to define requirements for

a)  reviewing nonconformities (including customer complaints),

b)  determining the causes of nonconformities,

c)  evaluating the need for action to ensure that nonconformities do not recur,

d)  determining and implementing action needed,

e)  records of the results of action taken (see 4.2.4), and

f)  reviewing the effectiveness of the corrective action taken.

### 8.5.3  Preventive action

The organization shall determine action to eliminate the causes of potential nonconformities in order to prevent their occurrence. Preventive actions shall be appropriate to the effects of the potential problems.

A documented procedure shall be established to define requirements for

a)  determining potential nonconformities and their causes,

b)  evaluating the need for action to prevent occurrence of nonconformities,

c)  determining and implementing action needed,

d)  records of results of action taken (see 4.2.4), and

e)  reviewing the effectiveness of the preventive action taken.

14

© ISO 2008 – All rights reserved

Copyrighted material licensed to SAI Global Inc, for licensee's use only. A00597287
Single user license only, copying prohibited. 01 Dec 08

I.S. EN ISO 9001:2008

ISO 9001:2008(E)

## Annex A
(informative)

## Correspondence between ISO 9001:2008 and ISO 14001:2004

Table A.1 — Correspondence between ISO 9001:2008 and ISO 14001:2004

| ISO 9001:2008 | | ISO 14001:2004 | |
|---|---|---|---|
| Introduction (title only) | | | Introduction |
| General | 0.1 | | |
| Process approach | 0.2 | | |
| Relationship with ISO 9004 | 0.3 | | |
| Compatibility with other management systems | 0.4 | | |
| Scope (title only) | 1 | 1 | Scope |
| General | 1.1 | | |
| Application | 1.2 | | |
| Normative references | 2 | 2 | Normative references |
| Terms and definitions | 3 | 3 | Terms and definitions |
| Quality management system (title only) | 4 | 4 | Environmental management system requirements (title only) |
| General requirements | 4.1 | 4.1 | General requirements |
| Documentation requirements (title only) | 4.2 | | |
| General | 4.2.1 | 4.4.4 | Documentation |
| Quality manual | 4.2.2 | | |
| Control of documents | 4.2.3 | 4.4.5 | Control of documents |
| Control of records | 4.2.4 | 4.5.4 | Control of records |
| Management responsibility (title only) | 5 | | |
| Management commitment | 5.1 | 4.2 | Environmental policy |
| | | 4.4.1 | Resources, roles, responsibility and authority |
| Customer focus | 5.2 | 4.3.1 | Environmental aspects |
| | | 4.3.2 | Legal and other requirements |
| | | 4.6 | Management review |
| Quality policy | 5.3 | 4.2 | Environmental policy |
| Planning (title only) | 5.4 | 4.3 | Planning (title only) |
| Quality objectives | 5.4.1 | 4.3.3 | Objectives, targets and programme(s) |
| Quality management system planning | 5.4.2 | 4.3.3 | Objectives, targets and programme(s) |
| Responsibility, authority and communication (title only) | 5.5 | | |
| Responsibility and authority | 5.5.1 | 4.1 | General requirements |
| | | 4.4.1 | Resources, roles, responsibility and authority |
| Management representative | 5.5.2 | 4.4.1 | Resources, roles, responsibility and authority |
| Internal communication | 5.5.3 | 4.4.3 | Communication |
| Management review (title only) | 5.6 | 4.6 | Management review |
| General | 5.6.1 | 4.6 | Management review |
| Review input | 5.6.2 | 4.6 | Management review |
| Review output | 5.6.3 | 4.6 | Management review |

© ISO 2008 – All rights reserved
Copyrighted material licensed to SAI Global Inc, for licensee's use only. A00597287
Single user license only, copying prohibited. 01 Dec 08

I.S. EN ISO 9001:2008

**ISO 9001:2008(E)**

Table A.1 — Correspondence between ISO 9001:2008 and ISO 14001:2004 (continued)

| ISO 9001:2008 | | ISO 14001:2004 | |
|---|---|---|---|
| Resource management (title only) | 6 | | |
| Provision of resources | 6.1 | 4.4.1 | Resources, roles, responsibility and authority |
| Human resources (title only) | 6.2 | | |
| General | 6.2.1 | 4.4.2 | Competence, training and awareness |
| Competence, training and awareness | 6.2.2 | 4.4.2 | Competence, training and awareness |
| Infrastructure | 6.3 | 4.4.1 | Resources, roles, responsibility and authority |
| Work environment | 6.4 | | |
| Product realization (title only) | 7 | 4.4 | Implementation and operation (title only) |
| Planning of product realization | 7.1 | 4.4.6 | Operational control |
| Customer-related processes (title only) | 7.2 | | |
| Determination of requirements related to the product | 7.2.1 | 4.3.1 | Environmental aspects |
| | | 4.3.2 | Legal and other requirements |
| | | 4.4.6 | Operational control |
| Review of requirements related to the product | 7.2.2 | 4.3.1 | Environmental aspects |
| | | 4.4.6 | Operational control |
| Customer communication | 7.2.3 | 4.4.3 | Communication |
| Design and development (title only) | 7.3 | | |
| Design and development planning | 7.3.1 | 4.4.6 | Operational control |
| Design and development inputs | 7.3.2 | 4.4.6 | Operational control |
| Design and development outputs | 7.3.3 | 4.4.6 | Operational control |
| Design and development review | 7.3.4 | 4.4.6 | Operational control |
| Design and development verification | 7.3.5 | 4.4.6 | Operational control |
| Design and development validation | 7.3.6 | 4.4.6 | Operational control |
| Control of design and development changes | 7.3.7 | 4.4.6 | Operational control |
| Purchasing (title only) | 7.4 | | |
| Purchasing process | 7.4.1 | 4.4.6 | Operational control |
| Purchasing information | 7.4.2 | 4.4.6 | Operational control |
| Verification of purchased product | 7.4.3 | 4.4.6 | Operational control |
| Production and service provision (title only) | 7.5 | | |
| Control of production and service provision | 7.5.1 | 4.4.6 | Operational control |
| Validation of processes for production and service provision | 7.5.2 | 4.4.6 | Operational control |
| Identification and traceability | 7.5.3 | | |
| Customer property | 7.5.4 | | |
| Preservation of product | 7.5.5 | 4.4.6 | Operational control |
| Control of monitoring and measuring equipment | 7.6 | 4.5.1 | Monitoring and measurement |
| Measurement, analysis and improvement (title only) | 8 | 4.5 | Checking (title only) |
| General | 8.1 | 4.5.1 | Monitoring and measurement |
| Monitoring and measurement (title only) | 8.2 | | |
| Customer satisfaction | 8.2.1 | | |
| Internal audit | 8.2.2 | 4.5.5 | Internal audit |
| Monitoring and measurement of processes | 8.2.3 | 4.5.1 | Monitoring and measurement |
| | | 4.5.2 | Evaluation of compliance |

16

Copyrighted material licensed to SAI Global Inc, for licensee's use only. A0059728?
Single user license only, copying prohibited. 01 Dec 08

© ISO 2008 – All rights reserved

I.S. EN ISO 9001:2008

ISO 9001:2008(E)

**Table A.1 — Correspondence between ISO 9001:2008 and ISO 14001:2004** *(continued)*

| ISO 9001:2008 | | ISO 14001:2004 | |
|---|---|---|---|
| Monitoring and measurement of product | 8.2.4 | 4.5.1 | Monitoring and measurement |
| | | 4.5.2 | Evaluation of compliance |
| Control of nonconforming product | 8.3 | 4.4.7 | Emergency preparedness and response |
| | | 4.5.3 | Nonconformity, corrective action and preventive action |
| Analysis of data | 8.4 | 4.5.1 | Monitoring and measurement |
| Improvement (title only) | 8.5 | | |
| Continual improvement | 8.5.1 | 4.2 | Environmental policy |
| | | 4.3.3 | Objectives, targets and programme(s) |
| | | 4.6 | Management review |
| Corrective action | 8.5.2 | 4.5.3 | Nonconformity, corrective action and preventive action |
| Preventive action | 8.5.3 | 4.5.3 | Nonconformity, corrective action and preventive action |

© ISO 2008 – All rights reserved

Copyrighted material licensed to SAI Global Inc, for licensee's use only. A00597287
Single user license only, copying prohibited. 01 Dec 08

**17**

I.S. EN ISO 9001:2008

**ISO 9001:2008(E)**

**Table A.2 — Correspondence between ISO 14001:2004 and ISO 9001:2008**

| ISO 14001:2004 | | | ISO 9001:2008 |
|---|---|---|---|
| Introduction | | | Introduction (title only) |
| | | 0.1 | General |
| | | 0.2 | Process approach |
| | | 0.3 | Relationship with ISO 9004 |
| | | 0.4 | Compatibility with other management systems |
| Scope | 1 | 1 | Scope (title only) |
| | | 1.1 | General |
| | | 1.2 | Application |
| Normative references | 2 | 2 | Normative references |
| Terms and definitions | 3 | 3 | Terms and definitions |
| Environmental management system requirements (title only) | 4 | 4 | Quality management system (title only) |
| General requirements | 4.1 | 4.1 | General requirements |
| | | 5.5 | Responsibility, authority and communication (title only) |
| | | 5.5.1 | Responsibility and authority |
| Environmental policy | 4.2 | 5.1 | Management commitment |
| | | 5.3 | Quality policy |
| | | 8.5.1 | Continual improvement |
| Planning (title only) | 4.3 | 5.4 | Planning (title only) |
| Environmental aspects | 4.3.1 | 5.2 | Customer focus |
| | | 7.2.1 | Determination of requirements related to the product |
| | | 7.2.2 | Review of requirements related to the product |
| Legal and other requirements | 4.3.2 | 5.2 | Customer focus |
| | | 7.2.1 | Determination of requirements related to the product |
| Objectives, targets and programme(s) | 4.3.3 | 5.4.1 | Quality objectives |
| | | 5.4.2 | Quality management system planning |
| | | 8.5.1 | Continual improvement |
| Implementation and operation (title only) | 4.4 | 7 | Product realization (title only) |
| Resources, roles, responsibility and authority | 4.4.1 | 5.1 | Management commitment |
| | | 5.5.1 | Responsibility and authority |
| | | 5.5.2 | Management representative |
| | | 6.1 | Provision of resources |
| | | 6.3 | Infrastructure |
| Competence, training and awareness | 4.4.2 | 6.2.1 | (Human resources) General |
| | | 6.2.2 | Competence, training and awareness |
| Communication | 4.4.3 | 5.5.3 | Internal communication |
| | | 7.2.3 | Customer communication |
| Documentation | 4.4.4 | 4.2.1 | (Documentation requirements) General |
| Control of documents | 4.4.5 | 4.2.3 | Control of documents |

Copyrighted material licensed to SAI Global Inc. for licensee's use only. A00597287
Single user license only, copying prohibited. 01 Dec 08
© ISO 2008 – All rights reserved

I.S. EN ISO 9001:2008

ISO 9001:2008(E)

**Table A.2 — Correspondence between ISO 14001:2004 and ISO 9001:2008** (*continued*)

| ISO 14001:2004 | | | ISO 9001:2008 | |
|---|---|---|---|---|
| Operational control | 4.4.6 | 7.1 | Planning of product realization | |
| | | 7.2 | Customer-related processes (title only) | |
| | | 7.2.1 | Determination of requirements related to the product | |
| | | 7.2.2 | Review of requirements related to the product | |
| | | 7.3.1 | Design and development planning | |
| | | 7.3.2 | Design and development inputs | |
| | | 7.3.3 | Design and development outputs | |
| | | 7.3.4 | Design and development review | |
| | | 7.3.5 | Design and development verification | |
| | | 7.3.6 | Design and development validation | |
| | | 7.3.7 | Control of design and development changes | |
| | | 7.4.1 | Purchasing process | |
| | | 7.4.2 | Purchasing information | |
| | | 7.4.3 | Verification of purchased product | |
| | | 7.5 | Production and service provision (title only) | |
| | | 7.5.1 | Control of production and service provision | |
| | | 7.5.2 | Validation of processes for production and service provision | |
| | | 7.5.5 | Preservation of product | |
| Emergency preparedness and response | 4.4.7 | 8.3 | Control of nonconforming product | |
| Checking (title only) | 4.5 | 8 | Measurement, analysis and improvement (title only) | |
| Monitoring and measurement | 4.5.1 | 7.6 | Control of monitoring and measuring equipment | |
| | | 8.1 | (Measurement, analysis and improvement) General | |
| | | 8.2.3 | Monitoring and measurement of processes | |
| | | 8.2.4 | Monitoring and measurement of product | |
| | | 8.4 | Analysis of data | |
| Evaluation of compliance | 4.5.2 | 8.2.3 | Monitoring and measurement of processes | |
| | | 8.2.4 | Monitoring and measurement of product | |
| Nonconformity, corrective action and preventive action | 4.5.3 | 8.3 | Control of nonconforming product | |
| | | 8.4 | Analysis of data | |
| | | 8.5.2 | Corrective action | |
| | | 8.5.3 | Preventive action | |
| Control of records | 4.5.4 | 4.2.4 | Control of records | |
| Internal audit | 4.5.5 | 8.2.2 | Internal audit | |
| Management review | 4.6 | 5.1 | Management commitment | |
| | | 5.6 | Management review (title only) | |
| | | 5.6.1 | General | |
| | | 5.6.2 | Review input | |
| | | 5.6.3 | Review output | |
| | | 8.5.1 | Continual improvement | |

© ISO 2008 – All rights reserved
Copyrighted material licensed to SAI Global Inc, for licensee's use only. A00597287
Single user license only, copying prohibited. 01 Dec 08

I.S. EN ISO 9001:2008

ISO 9001:2008(E)

# Annex B
## (informative)

# Changes between ISO 9001:2000 and ISO 9001:2008

Table B.1 — Changes between ISO 9001:2000 and ISO 9001:2008

| ISO 9001:2000 Clause No. | Paragraph/ Figure/ Table/ Note | Addition (A) or Deletion (D) | Amended text |
|---|---|---|---|
| Foreword | Para 2 | D + A | International Standards are drafted in accordance with the rules given in the ISO/IEC Directives, Part 3 Part 2. |
| Foreword | Para 3, Sentence 1 | A | The main task of technical committees is to prepare International Standards. |
| Foreword | Para 4, Sentence 1 | D + A | Attention is drawn to the possibility that some of the elements of this International Standard document may be the subject of patent rights. |
| Foreword | Para 5 | D | International Standard ISO 9001 was prepared by Technical Committee ISO/TC 176, *Quality management and quality assurance*, Subcommittee SC 2, *Quality systems*. |
| Foreword | Para 6 | D | This third edition of ISO 9001 cancels and replaces the second edition (ISO 9001:1994) together with ISO 9002:1994 and ISO 9003:1994. It constitutes a technical revision of those documents. Those organizations which have used ISO 9002:1994 and ISO 9003:1994 in the past may use this International Standard by excluding certain requirements in accordance with 1.2. |
| | | A | This fourth edition cancels and replaces the third edition (ISO 9001:2000), which has been amended to clarify points in the text and to enhance compatibility with ISO 14001:2004. |
| Foreword | Para 7 | D | The title of ISO 9001 has been revised in this edition and no longer includes the term "Quality assurance". This reflects the fact that the quality management system requirements specified in this edition of ISO 9001, in addition to quality assurance of product, also aim to enhance customer satisfaction. |
| Foreword | Para 8 | D | Annexes A and B of this International Standard are for information only. |
| Foreword | New para 7 | A | Details of the changes between the third edition and this fourth edition are given in Annex B. |
| 0.1 | Para 1, Sentence 2 | D | The design and implementation of an organization's quality management system is influenced by varying needs, particular objectives, the products provided, the processes employed and the size and structure of the organization. |
| | | A | The design and implementation of an organization's quality management system is influenced by<br>a)  its organizational environment, change in that environment, and the risks associated with that environment;<br>b)  its varying needs;<br>c)  its particular objectives;<br>d)  the products it provides;<br>e)  the processes it employs;<br>f)  its size and organizational structure. |
| | Sentence 3 | Now a new para | It is not the intent of this International Standard to imply uniformity in the structure of quality management systems or uniformity of documentation. |
| 0.1 | Para 4 | A | This International Standard can be used by internal and external parties, including certification bodies, to assess the organization's ability to meet customer, statutory and regulatory requirements applicable to the product, and the organization's own requirements. |
| 0.2 | Para 2 | D + A | For an organization to function effectively, it has to identify determine and manage numerous linked activities. An activity or set of activities using resources, and managed in order to enable the transformation of inputs into outputs, can be considered as a process. |

© ISO 2008 – All rights reserved
Copyrighted material licensed to SAI Global Inc. for licensee's use only. A00597297
Single user license only, copying prohibited. 01 Dec 08

I.S. EN ISO 9001:2008

**ISO 9001:2008(E)**

Table B.1 — Changes between ISO 9001:2000 and ISO 9001:2008 *(continued)*

| ISO 9001:2000 Clause No. | Paragraph/ Figure/ Table/ Note | Addition (A) or Deletion (D) | Amended text |
|---|---|---|---|
| 0.2 | Para 3 | A | The application of a system of processes within an organization, together with the identification and interactions of these processes, and their management to produce the desired outcome, can be referred to as the "process approach". |
| 0.3 | Para 1 | D + A | The present editions of ISO 9001 and ISO 9004 have been developed as a consistent pair of are quality management system standards which have been designed to complement each other, but can also be used independently. Although the two International Standards have different scopes, they have similar structures in order to assist their application as a consistent pair. |
| 0.3 | Para 3 | D + A | ISO 9004 gives a guidance on a wider range of objectives of a quality management system than does ISO 9001, particularly for the continual improvement of an organization's overall performance and efficiency, as well as its effectiveness. ISO 9004 is recommended as a guide for organizations whose top management wishes to move beyond the requirements of ISO 9001, in pursuit of continual improvement of performance. However, it is not intended for certification or for contractual purposes.<br><br>At the time of publication of this International Standard, ISO 9004 is under revision. The revised edition of ISO 9004 will provide guidance to management for achieving sustained success for any organization in a complex, demanding, and ever changing, environment. ISO 9004 provides a wider focus on quality management than ISO 9001; it addresses the needs and expectations of all interested parties and their satisfaction, by the systematic and continual improvement of the organization's performance. However, it is not intended for certification, regulatory or contractual use. |
| 0.4 | Para 1 | D + A | This International Standard has been aligned with ISO 14001:1996 in order to enhance the compatibility of the two standards for the benefit of the user community.<br><br>During the development of this International Standard, due consideration was given to the provisions of ISO 14001:2004 to enhance the compatibility of the two standards for the benefit of the user community. Annex A shows the correspondence between ISO 9001:2008 and ISO 14001:2004. |
| 1.1 | Bullet a) | A | a)   needs to demonstrate its ability to consistently provide product that meets customer and applicable statutory and regulatory requirements, and |
|  | Bullet b) | A | b)   aims to enhance customer satisfaction through the effective application of the system, including processes for continual improvement of the system and the assurance of conformity to customer and applicable statutory and regulatory requirements. |
|  | Note | D | NOTE In this International Standard, the term "product" applies only to the product intended for, or required by, a customer. |
|  |  | A | NOTE 1    In this International Standard, the term "product" only applies to<br><br>a)    a product intended for, or required by, a customer,<br><br>b)    any intended output resulting from the product realization processes. |
|  | New Note 2 | A | NOTE 2   Statutory and regulatory requirements can be expressed as legal requirements. |
| 1.2 | Para 3 | A | Where exclusions are made, claims of conformity to this International Standard are not acceptable unless these exclusions are limited to requirements within Clause 7, and such exclusions do not affect the organization's ability, or responsibility, to provide product that meets customer and applicable statutory and regulatory requirements. |
| 2 | Para 1 | D + A | The following normative document contains provisions which, through reference in this text, constitute provisions of this International Standard. For dated references, subsequent amendments to, or revisions of, any of these publications do not apply. However, parties to agreements based on this International Standard are encouraged to investigate the possibility of applying the most recent edition of the normative document indicated below. For undated references, the latest edition of the normative document referred to applies. Members of ISO and IEC maintain registers of currently valid International Standards. |
|  |  | A | The following referenced documents are indispensable for the application of this document. For dated references, only the edition cited applies. For undated references, the latest edition of the referenced document (including any amendments) applies. |
|  |  | D + A | ISO 9000:2000 2005, *Quality management systems — Fundamentals and vocabulary* |

© ISO 2008 – All rights reserved<br>Copyrighted material licensed to SAI Global Inc, for licensee's use only. A00597287<br>Single user license only, copying prohibited. 01 Dec 08

I.S. EN ISO 9001:2008

**ISO 9001:2008(E)**

Table B.1 — Changes between ISO 9001:2000 and ISO 9001:2008 *(continued)*

| ISO 9001:2000 Clause No. | Paragraph/ Figure/ Table/ Note | Addition (A) or Deletion (D) | Amended text |
|---|---|---|---|
| 3 | Para 1 | D + A | For the purposes of this document ~~International Standard~~, the terms and definitions given in ISO 9000 apply. |
| 3 | Paras 2, 3 | D | ~~The following terms, used in this edition of ISO 9001 to describe the supply chain, have been changed to reflect the vocabulary currently used:~~ ~~supplier → organization → customer~~ ~~The term "organization" replaces the term "supplier" used in ISO 9001:1994, and refers to the unit to which this International Standard applies. Also, the term "supplier" now replaces the term "subcontractor".~~ |
| 4.1 | Bullet a) | D + A | a) ~~identify~~ determine the processes needed for the quality management system and their application throughout the organization (see 1.2), |
| 4.1 | Bullet e) | A | e) monitor, measure where applicable, and analyse these processes, and |
| 4.1 | Para 4 | D + A | Where an organization chooses to outsource any process that affects product conformity with to requirements, the organization shall ensure control over such processes. The type and extent of control to be applied to these outsourced processes shall be defined within the quality management system. |
| 4.1 | Note 1 | D + A | NOTE 1 Processes needed for the quality management system referred to above should include processes for management activities, provision of resources, product realization, and measurement, analysis and improvement. |
| 4.1 | New Notes 2 & 3 | A | NOTE 2 An "outsourced process" is a process that the organization needs for its quality management system and which the organization chooses to have performed by an external party. NOTE 3 Ensuring control over outsourced processes does not absolve the organization of the responsibility of conformity to all customer, statutory and regulatory requirements. The type and extent of control to be applied to the outsourced process can be influenced by factors such as a) the potential impact of the outsourced process on the organization's capability to provide product that conforms to requirements, b) the degree to which the control for the process is shared, c) the capability of achieving the necessary control through the application of 7.4. |
| 4.2.1 | Bullet c) | A | c) documented procedures and records required by this International Standard, and |
| 4.2.1 | Bullet d) | A + D | d) documents, including records, needed determined by the organization to be necessary to ensure the effective planning, operation and control of its processes. and |
| 4.2.1 | Bullet e) | D | ~~e) records required by this International Standard (see 4.2.4).~~ |
| 4.2.1 | Note 1 | A | NOTE 1 Where the term "documented procedure" appears within this International Standard, this means that the procedure is established, documented, implemented and maintained. A single document may address the requirements for one or more procedures. A requirement for a documented procedure may be covered by more than one document. |
| 4.2.3 | Bullet f) | A | f) to ensure that documents of external origin determined by the organization to be necessary for the planning and operation of the quality management system are identified and their distribution controlled, and |
| 4.2.4 | Para 1 | D + A | Records shall be established and maintained to provide evidence of conformity to requirements and of the effective operation of the quality management system shall be controlled. Records shall remain legible, readily identifiable and retrievable. The organization shall establish a documented procedure shall be established to define the controls needed for the identification, storage, protection, retrieval, retention time and disposition of records. Records shall remain legible, readily identifiable and retrievable. |
| 5.5.2 | Para 1 | A | Top management shall appoint a member of the organization's management who, irrespective of other responsibilities, shall have responsibility and authority that includes |
| 6.2.1 | Para 1 | A + D | Personnel performing work affecting conformity to product quality requirements shall be competent on the basis of appropriate education, training, skills and experience. |
| | New Note | A | NOTE Conformity to product requirements can be affected directly or indirectly by personnel performing any task within the quality management system. |

© ISO 2008 – All rights reserved
Copyrighted material licensed to SAI Global Inc, for licensee's use only. A00597287
Single user license only, copying prohibited. 01 Dec 08

I.S. EN ISO 9001:2008

ISO 9001:2008(E)

**Table B.1 — Changes between ISO 9001:2000 and ISO 9001:2008** (continued)

| ISO 9001:2000 Clause No. | Paragraph/ Figure/ Table/ Note | Addition (A) or Deletion (D) | Amended text |
|---|---|---|---|
| 6.2.2 | Clause title | A + D | Competence, training and awareness and training |
| 6.2.2 | Bullets a) & b) | A + D | a)  determine the necessary competence for personnel performing work affecting conformity to product quality requirements.<br>b)  where applicable, provide training or take other actions to satisfy these needs achieve the necessary competence. |
| 6.3 | Bullet c) | A | c)  supporting services (such as transport, communication or information systems). |
| 6.4 | New Note | A | NOTE  The term "work environment" relates to those conditions under which work is performed including physical, environmental and other factors (such as noise, temperature, humidity, lighting or weather). |
| 7.1 | Bullet b) | A + D | b)  the need to establish processes and documents, and to provide resources specific to the product; |
| 7.1 | Bullet c) | A | c)  required verification, validation, monitoring, measurement, inspection and test activities specific to the product and the criteria for product acceptance; |
| 7.2.1 | Bullet c) | D + A | c)  statutory and regulatory requirements related applicable to the product, and |
|  | Bullet d), | D + A | d)  any additional requirements determined considered necessary by the organization. |
|  | New Note | A | NOTE  Post-delivery activities include, for example, actions under warranty provisions, contractual obligations such as maintenance services, and supplementary services such as recycling or final disposal. |
| 7.3.1 | New Note | A | NOTE  Design and development review, verification and validation have distinct purposes. They can be conducted and recorded separately or in any combination, as suitable for the product and the organization. |
| 7.3.2 | Para 2 | D + A | These The inputs shall be reviewed for adequacy. Requirements shall be complete, unambiguous and not in conflict with each other. |
| 7.3.3 | Para 1 | D + A | The outputs of design and development shall be provided in a form that enables in a form suitable for verification against the design and development input and shall be approved prior to release. |
| 7.3.3 | Bullet b) | D | b)  provide appropriate information for purchasing, production and for service provision, |
| 7.3.3 | New Note | A | NOTE  Information for production and service provision can include details for the preservation of product. |
| 7.3.7 | Paras 1 & 2 | No text change. Paras now merged | Design and development changes shall be identified and records maintained. The changes shall be reviewed, verified and validated, as appropriate, and approved before implementation. The review of design and development changes shall include evaluation of the effect of the changes on constituent parts and product already delivered. Records of the results of the review of changes and any necessary actions shall be maintained (see 4.2.4). |
| 7.5.1 | Bullet d) | D + A | d)  the availability and use of monitoring and measuring devices equipment, |
| 7.5.1 | Bullet f) | A | f)  the implementation of product release, delivery and post-delivery activities. |
| 7.5.2 | Para 1 | D + A | The organization shall validate any processes for production and service provision where the resulting output cannot be verified by subsequent monitoring or measurement This includes any processes where and, as a consequence, deficiencies become apparent only after the product is in use or the service has been delivered. |
| 7.5.3 | Para 2 | A | The organization shall identify the product status with respect to monitoring and measurement requirements throughout product realization. |
| 7.5.3 | Para 3 | D + A | Where traceability is a requirement, the organization shall control and record the unique identification of the product and maintain records (see 4.2.4). |
| 7.5.4 | Para 1, Sentence 3 | D + A | If any customer property is lost, damaged or otherwise found to be unsuitable for use, this shall be reported to the customer and records maintained the organization shall report this to the customer and maintain records (see 4.2.4). |
|  | Note | A | NOTE  Customer property can include intellectual property and personal data. |

© ISO 2008 – All rights reserved<br>Copyrighted material licensed to SAI Global Inc, for licensee's use only. A00597287<br>Single user license only, copying prohibited. 01 Dec 08

I.S. EN ISO 9001:2008

**ISO 9001:2008(E)**

Table B.1 — Changes between ISO 9001:2000 and ISO 9001:2008 *(continued)*

| ISO 9001:2000 Clause No. | Paragraph/ Figure/ Table/ Note | Addition (A) or Deletion (D) | Amended text |
|---|---|---|---|
| 7.5.5 | Para 1 | D + A | The organization shall preserve the ~~conformity of~~ product during internal processing and delivery to the intended destination in order to maintain conformity to requirements. ~~This~~ As applicable, preservation shall include identification, handling, packaging, storage and protection. Preservation shall also apply to the constituent parts of a product. |
| 7.6 | Title | D + A | Control of monitoring and measuring ~~devices~~ equipment |
| 7.6 | Para 1 | D + A | The organization shall determine the monitoring and measurement to be undertaken and the monitoring and measuring ~~devices~~ equipment needed to provide evidence of conformity of product to determined requirements ~~(see 7.2.1)~~. |
| 7.6 | Bullet a) | A | a)  be calibrated or verified, or both, at specified intervals, or prior to use, against measurement standards traceable to international or national measurement standards; where no such standards exist, the basis used for calibration or verification shall be recorded (see 4.2.4); |
| 7.6 | Bullet c) | D + A | ~~c) be identified to enable the calibration status to be determined;~~ c)  have identification in order to determine its calibration status; |
| 7.6 | Para 4, Sentence 3 | Now new para 5, without change. | Records of the results of calibration and verification shall be maintained (see 4.2.4). |
| 7.6 | Note | D + A | ~~NOTE  See ISO 10012-1 and ISO 10012-2 for guidance~~ NOTE  Confirmation of the ability of computer software to satisfy the intended application would typically include its verification and configuration management to maintain its suitability for use. |
| 8.1 | Bullet a) | D + A | a)  to demonstrate conformity ~~of the product~~ to product requirements. |
| 8.2.1 | New Note | A | NOTE  Monitoring customer perception can include obtaining input from sources such as customer satisfaction surveys, customer data on delivered product quality, user opinion surveys, lost business analysis, compliments, warranty claims and dealer reports. |
| 8.2.2 | Para 2 Sentence 3 | A | The selection of auditors and conduct of audits shall ensure objectivity and impartiality of the audit process. |
| 8.2.2 | New Para 3 | A | A documented procedure shall be established to define the responsibilities and requirements for planning and conducting audits, establishing records and reporting results. |
| 8.2.2 | Para 3 | Now para 4 D + A | ~~The responsibilities and requirements for planning and conducting audits, and for reporting results and maintaining records (see 4.2.4) shall be defined in a documented procedure.~~ Records of the audits and their results shall be maintained (see 4.2.4). |
| 8.2.2 | Para 4 Sentence 1 | Now para 5 A | The management responsible for the area being audited shall ensure that any necessary corrections and corrective actions are taken without undue delay to eliminate detected nonconformities and their causes. |
| 8.2.2 | Note | D + A | NOTE  ~~See ISO 10011-1, ISO 10011-1 and ISO 10011-3.~~ See ISO 19011 for guidance. |
| 8.2.3 | Para 1 Sentence 3 | D | When planned results are not achieved, correction and corrective action shall be taken, as appropriate, ~~to ensure conformity of the product~~. |
| 8.2.3 | New Note | A | NOTE  When determining suitable methods, it is advisable that the organization consider the type and extent of monitoring or measurement appropriate to each of its processes in relation to their impact on the conformity to product requirements and on the effectiveness of the quality management system. |
| 8.2.4 | Para 1 | A | The organization shall monitor and measure the characteristics of the product to verify that product requirements have been met. This shall be carried out at appropriate stages of the product realization process in accordance with the planned arrangements (see 7.1). Evidence of conformity with the acceptance criteria shall be maintained. |
| | Para 2 | D + A | ~~Evidence of conformity with the acceptance criteria shall be maintained.~~ Records shall indicate the person(s) authorizing release of product for delivery to the customer (see 4.2.4). |
| | Para 3 | D + A | ~~Product release and service delivery~~ The release of product and delivery of service to the customer shall not proceed until the planned arrangements (see 7.1) have been satisfactorily completed, unless otherwise approved by a relevant authority and, where applicable, by the customer. |

© ISO 2008 – All rights reserved
Copyrighted material licensed to SAI Global Inc, for licensee's use only. A00597287
Single user license only, copying prohibited. 01 Dec 08

I.S. EN ISO 9001:2008

ISO 9001:2008(E)

**Table B.1 — Changes between ISO 9001:2000 and ISO 9001:2008** *(continued)*

| ISO 9001:2000 Clause No. | Paragraph/ Figure/ Table/ Note | Addition (A) or Deletion (D) | Amended text |
|---|---|---|---|
| 8.3 | Para 1, Sentence 2 | D + A | ~~The controls and related responsibilities and authorities for dealing with nonconforming product shall be defined in a documented procedure.~~<br><br>A documented procedure shall be established to define the controls and related responsibilities and authorities for dealing with nonconforming product. |
| 8.3 | Para 2 | A | <u>Where applicable,</u> the organization shall deal with nonconforming product by one or more of the following ways: |
| 8.3 | New bullet d) | A | d) by taking action appropriate to the effects, or potential effects, of the nonconformity when nonconforming product is detected after delivery or use has started. |
| | Para 3 | Moved to be Para 4 | ~~Records of the nature of nonconformities and any subsequent actions taken, including concessions obtained, shall be maintained (see 4.2.4)~~ |
| | Para 4 | Moved to be Para 3 | When nonconforming product is corrected it shall be subject to re-verification to demonstrate conformity to the requirements.<br>Records of the nature of nonconformities and any subsequent actions taken, including concessions obtained, shall be maintained (see 4.2.4). |
| | Para 5 | Now new bullet d) | ~~When nonconforming product is detected after delivery or use has started, the organization shall take action appropriate to the effects, or potential effects, of the nonconformity.~~ |
| 8.4 | Bullet b) | D + A | b) conformity to product requirements ~~(see 7.2.1)~~ <u>(see 8.2.4)</u>, |
| | Bullet c) | A | c) characteristics and trends of processes and products, including opportunities for preventive action <u>(see 8.2.3 and 8.2.4)</u>, and |
| | Bullet d) | A | d) suppliers <u>(see 7.4)</u>. |
| 8.5.2 | Para 1 | D + A | The organization shall take action to eliminate the ~~cause~~ <u>causes</u> of nonconformities in order to prevent recurrence. |
| 8.5.2 | Bullet f) | A | f) reviewing <u>the effectiveness of</u> the corrective action taken. |
| 8.5.3 | Bullet e) | A | e) reviewing <u>the effectiveness of</u> the preventive action taken. |
| Annex A | All | D + A | *Updated to reflect ISO 9001:2008 versus ISO 14001:2004* |
| Annex B | All | D + A | *Updated to reflect ISO 9001:2008 versus ISO 9001:2000* |
| Bibliography | New and amended references | D + A | *Updated to reflect new standards (including ISO 9004, currently under revision), new editions of standards, or withdrawn standards.* |

© ISO 2008 – All rights reserved
Copyrighted material licensed to SAI Global Inc. for licensee's use only. A00597287
Single user license only, copying prohibited. 01 Dec 08

I.S. EN ISO 9001:2008

**ISO 9001:2008(E)**

# Bibliography

[1]   ISO 9004:—[1], *Managing for the sustained success of an organization — A quality management approach*

[2]   ISO 10001:2007, *Quality management — Customer satisfaction — Guidelines for codes of conduct for organizations*

[3]   ISO 10002:2004, *Quality management — Customer satisfaction — Guidelines for complaints handling in organizations*

[4]   ISO 10003:2007, *Quality management — Customer satisfaction — Guidelines for dispute resolution external to organizations*

[5]   ISO 10005:2005, *Quality management systems — Guidelines for quality plans*

[6]   ISO 10006:2003, *Quality management systems — Guidelines for quality management in projects*

[7]   ISO 10007:2003, *Quality management systems — Guidelines for configuration management*

[8]   ISO 10012:2003, *Measurement management systems — Requirements for measurement processes and measuring equipment*

[9]   ISO/TR 10013:2001, *Guidelines for quality management system documentation*

[10]  ISO 10014:2006, *Quality management — Guidelines for realizing financial and economic benefits*

[11]  ISO 10015:1999, *Quality management — Guidelines for training*

[12]  ISO/TR 10017:2003, *Guidance on statistical techniques for ISO 9001:2000*

[13]  ISO 10019:2005, *Guidelines for the selection of quality management system consultants and use of their services*

[14]  ISO 14001:2004, *Environmental management systems — Requirements with guidance for use*

[15]  ISO 19011:2002, *Guidelines for quality and/or environmental management systems auditing*

[16]  IEC 60300-1:2003, *Dependability management — Part 1: Dependability management systems*

[17]  IEC 61160:2006, *Design review*

[18]  ISO/IEC 90003:2004, *Software engineering — Guidelines for the application of ISO 9001:2000 to computer software*

[19]  *Quality management principles* [2], ISO, 2001

[20]  *ISO 9000 — Selection and use* [2], ISO, 2008

[21]  *ISO 9001 for Small Businesses — What to do; Advice from ISO/TC 176* [3], ISO, 2002

————————
1)   To be published. (Revision of ISO 9004:2000)

2)   Available from website: http://www.iso.org.

3)   To be updated and aligned with ISO 9001:2008.

Copyrighted material licensed to SAI Global Inc. for licensee's use only. A00597287
Single user license only, copying prohibited. 01 Dec 08

© ISO 2008 – All rights reserved

I.S. EN ISO 9001:2008

**ISO 9001:2008(E)**

[22]  *ISO Management Systems* [4]

[23]  Reference web sites:

http://www.iso.org

http://www.tc176.org

http://www.iso.org/tc176/sc2

http://www.iso.org/tc176/ISO9001AuditingPracticesGroup

---

4)  A bimonthly publication which provides comprehensive coverage of international developments relating to ISO's management system standards, including news of their implementation by diverse organizations around the world. Available from ISO Central Secretariat (sales@iso.org).

**ISO 9001:2008(E)**

I.S. EN ISO 9001:2008

**ICS  03.120.10**

Price based on 27 pages

© ISO 2008 – All rights reserved

Copyrighted material licensed to SAI Global Inc, for licensee's use only. A00597287
Single user license only, copying prohibited. 01 Dec 08

# EXHIBIT B

Exhibit V

| | | Mars Manteno | | |
|---|---|---|---|---|
| **KENCO** | Document No.<br>JD-5.5.1003 | Title:<br>**Quality Engineer** | | Effective Date:<br>[EFF DATE HERE] |
| | Reports To: General Manager<br>dotted line to corporate | Approved By:<br>**General Manager** | | Page 1 of 4 |

Approval Signature: _[signature]_

Approved Date: 7/26/13

## Summary

The Quality Engineer works with Keno(s) Site and Senior Management. KMS Best Practices and Customer Quality to develop, implement and maintain best practices for meeting FDA regulatory requirements, key quality system processes, quality engineering methodologies, systems, and practices to meet the operating system's continuous improvement strategies. These functions support customer, regulatory, and Kenco requirements to meet Kenco quality and operational requirements. The Quality Engineer will be responsible for coaching and training, utilization of quality processes, application of Lean and Six Sigma tools. These skills are foundational to develop strong working relationships with partners in the organization to foster a quality culture.

## Essential Duties and Responsibilities

- Provides oversight in the interpretation, implementation and sustainment of FDA Food GMPs for warehousing; provides guidance and continual support in the implementation and sustainment for Food Defense and Safety requirements, as well as, achieve external and internal customer objectives to current ISO 9001:2008 Standards
- Schedules, trains and facilitates internal audits in accordance with the ISO 19011 Standard.
- Implements and drives Kenco Operating System initiatives such as Kenco Quality Management System-KQMS,
- Provides quality engineering and compliance support for process development and improvement initiatives to reinforce the goal of Operational Excellence in a 3PL environment.
- Assists in planning, developing, and maintaining partnership with the KMS Best Practices group in regards to quality system implementation, maintenance and improvement for new and current operations including the expanding scope of the organization.
- Executes a variety of deliverables, which include improvement projects, corrective and preventive action implementation, monitoring effectiveness of the quality system and submitting data for management reviews.
- Conducts training, elevate understanding and measure effectiveness for foundational quality management processes *and* quality engineering disciplines from entry positions to management level positions.
- Provides change management guidance, assist with process and equipment validation including but not limited to, development, training, documentation and reporting.
- Investigates and responds to customer complaints with activities including analyzing causes of complaints, participating in the recommendation of corrective actions, tracking the resolution process and effectiveness of the response(s).
- Generates and assesses quality metrics for dissemination of trends that affect service quality and customer reviews through the use of statistics and quality engineering tools.
- Creates charters, presentations, technical, and entitlement reports for management, cross-functional teams, customers and professional groups.
- Communicate and influence all levels of the organization by embodying and



| | Mars Manteno | | |
|---|---|---|---|
| Document No.<br>JD-5.5.1003 | Title:<br>**Quality Engineer** | | Effective Date:<br>[EFF DATE HERE] |
| Reports To: General Manager | Approved By:<br>**General Manager** | | Page 2 of 4 |

exhibiting team spirit at all times.
- Exceptional interpersonal skills are required to resolve issues and conflicts both internally and with external customers and supply chain partners as necessary.
- Takes ownership *and* personal responsibility to achieve results.
- Ability to respond effectively and quickly to internal and external customer needs and issues.

## Qualifications

To perform the job successfully, an individual must be able to perform each essential duty satisfactorily. The requirements listed are representative of the knowledge, skill, and/or ability required. Reasonable accommodations may be made to enable individuals with disabilities to perform the essential functions.

- Demonstrated project management skills and the ability to work as part of cross-functional teams in a variety of settings.
- A team player that is passionate about the business and has a strong desire to continuously improve performance and service.
- Ability to think strategically and effectively plan, execute, and resolve quality and risk conflicts.
- Ability to respond effectively and quickly to internal and external customer needs and issues
- Demonstrated working knowledge and application of ISO, TS, AS, ASTM or other industry standard.

## Education and/or Experience

- BA/BS Degree in a technical or engineering discipline.
- Minimum of two to five years of experience with proven execution in FDA GMP regulatory requirements. Food Safety and Defense programs. USDA National Organics programs, quality system management and a quality engineering lead role.
- Excellent writing and presentation skills.
- Effective interpersonal communication skills to transfer knowledge regarding analytical processes and statistical results.
- Effective PC skills.
- Demonstrated ability to facilitate discussions.
- Demonstrated ability to correctly interpret technical information.
- Demonstrated ability to understand plant processes, regulatory requirements, and procedures affecting operations.
- ASQ Certification COE, CQM/QE, CQA, CQIA, CSSGB, Lean Certification (SME/AME/Shingo Prize/ASQ Partnership or ISO Lead Auditor preferred.



| Mars Manteno | | |
|---|---|---|
| Document No.<br>JD-5.5.1003 | Title:<br>Quality Engineer | Effective Date:<br>[EFF DATE HERE] |
| Reports To: General Manager | Approved By:<br>General Manager | Page 3 of 4 |

## Communication Skills

Ability to communicate effectively concepts required for daily business activities to meet planned results. Ability to read and interpret documents such as safety rules, operating and maintenance instructions, and procedure manuals. Ability to use computers to write emails, routine reports and other correspondence that may be seen by upper management and customer representatives. Ability to speak effectively before groups of customers or employees of the organization. Ability to form strong customer relationships and maintain a high level of customer trust.

## Additional Skills

- Experienced in training complex programs to all levels of personnel.
- Demonstrated ability to establish and maintain effective communications among and with various departments, facilities, customers, vendors, and regulatory agencies. Ability to influence by persuasion and not just by positional authority is a requirement, as is the ability to be flexible and supportive to other departments in effectively achieving quality goals for the company.
- Demonstrated ability to effectively communicate the needs for Regulatory Affairs to customers and senior management is a requirement.
- Demonstrated ability and willingness to contribute both as an individual and in a team.
- Analytical thinking, excellent problem solving skills, concern for impact and ability to explain complicated issues to different levels in the organization.
- Excellent verbal and written communication skills a must.
- Ability to write, read, and interpret documents such as safety rules, operating and maintenance instructions, and procedure manuals.
- Provides on-going education in systematic, data-driven business to all employee levels.
- Well-organized, able to establish goals and objectives, drive organization to achieve objectives by setting clear priorities.
- Effective interface with internal departments. as well as with groups from the outside that provide services relating to regulated product support operations, warehousing and distribution, and associated quality systems.
- Anticipates customer and/or supplier needs and provides responsive solutions.

## Physical Demands

The physical demands described are representative of those that must be met by an employee to successfully perform the essential functions of this job. Reasonable accommodations may be made to enable individuals with disabilities to perform the essential functions.



| | Mars Manteno | | |
|---|---|---|---|
| Document No. JD-5.5.1003 | Title: Quality Engineer | | Effective Date: [EFF DATE HERE] |
| Reports To: General Manager | Approved By: General Manager | | Page 4 of 4 |

While performing the duties of this job, the employee is regularly required to sit; use hands to handle or feel; and reach with hands and arms. The employee frequently is required to walk, talk and hear. The employee must occasionally lift and/or move up to 50 pounds. Specific vision abilities required by this job include close vision, distance vision and ability to adjust focus.

## Work Environment

The work environment characteristics described are representative of those an employee encounters while performing the essential functions of this job. Reasonable accommodations may be made to enable individuals with disabilities to perform the essential functions.

While performing the duties of this job, the employee is occasionally exposed to warehouse environment, which includes, but not limited to: customer driven climatic conditions, fumes, dust, etc...

The noise level in the work environment is usually moderate to loud.

The statements above are intended to describe the general nature and level of work being performed by people assigned to this job. Other duties may be assigned as needed.

# EXHIBIT C



| Document Number: **CP-BP-4.2.1.001** | Title: **QMS DOCUMENTATION** | | | |
|---|---|---|---|---|
| Original Date: **06/07/06** | Revision Date: **07/12/12** | Revision #: **1** | Effective Date: **08/01/12** | **1 of 4** |

Author: **Quality Assurance and Regulatory Affairs Director, Best Practices/Date**

*[signature]* 07/16/12

Approval: **QC, Best Practices/Date**

*[signature]* 07/16/12

Approval: **VP, Best Practices/Date**

*[signature]* 07/16/12

## 1.0 PURPOSE / SCOPE

The purpose of this document is to define the documentation requirements and implementation of the Quality Management System (QMS).

This document applies to all divisions, sites, departments, and functions.

## 2.0 ROLES AND RESPONSIBILITIES

**Kenco Management Services (KMS) – Quality Assurance, Best Practices –** responsible for the maintenance of this procedure.

**Site Quality Coordinator –** ensures this procedure is properly implemented at the site.

**Author Group Quality Coordinator –** processes exceptions from sites for documents written by their respective group.

**Site Management –** ensures that this procedure is enforced at the site.

**All Associates –** are responsible to understand the structure and process of a Quality Management System.

## 3.0 POLICY

All Kenco sites are required to maintain compliance to the Kenco Quality Management System (KQMS) and its documentation requirements. All sites must use this procedure as the minimum standard for:

- Documenting a Quality Policy
- Documenting Quality Objectives
- Controlling the addition, changes, and removal of controlled documents within their QMS
- Development of quality plans, appendices, and other documents filed in the Quality Manual

*Proprietary Information - Kenco*



| Document Number: **CP-BP-4.2.1.001** | Title: **QMS DOCUMENTATION** | | | |
|---|---|---|---|---|
| Original Date: **06/07/06** | Revision Date: **07/12/12** | Revision #: **1** | Effective Date: **08/01/12** | **2 of 4** |

- Development of documents, including records necessary to ensure the effective planning, operation, and control of processes

## 4.0 PROCEDURE

**4.1**  A Quality Policy must be developed and documented appropriate to the organization, include commitments to both meeting requirements and improvement and provide a framework for review of the Quality Objectives. The Quality Policy must be communicated and personnel must demonstrate understanding and their role in carrying out the policy. The Quality Policy must be reviewed for continued suitability.

**4.2**  Quality Objectives must support and align with the Quality Policy. Methods to measure this support are alignment of performance of everyday work to the objectives. The Quality Objectives must be established at the relevant group, site, department, and shift responsibility level.

**4.3**  **Document Types**

**4.3.1**  Best Practices (BP), Control Procedures (CP), and Policies (POL) are created and maintained by any approved group and distributed to sites through kencoconnection.com.

**4.3.2**  Rivermill Procedures (RMP) are created and maintained by any approved group and apply to Kenco Rivermill activities.

**4.3.3**  Quality Plans (QPs), Standard Operating Procedures (SOP), Work Instructions (WI), Standard Work (SW), Job Descriptions (JD), and Forms can be written and issued by personnel at departments and sites in accordance with department and site policies that control this process and/or *ISO-BP-4.2.3.001 Control of Documents*.

**4.4**  **Creating BPs, CPs, QPs, SOPs, WIs, SW, and Forms**

**4.4.1**  Development of new documents is determined by management, quality, and subject matter experts. Once the content is confirmed, a template from kencoconnection/quality is used to create the document. Review of the document will include personnel indicated in the Roles and Responsibilities section of the document. Participants in the development of forms will reference the associated document's Roles and Responsibilities. Flowcharts should be created prior to the documentation of a process.

**4.4.2**  Final document approval is executed by management and quality with a signature and date. The author signs as the subject matter creator but not as approval.

**4.5**  **Adding and Removing Documents to the Control Procedure Manual or Site Quality Manual**



| Document Number:<br>**CP-BP-4.2.1.001** | Title:<br>**QMS DOCUMENTATION** | | | |
|---|---|---|---|---|
| Original Date:<br>**06/07/06** | Revision Date:<br>**07/12/12** | Revision #:<br>**1** | Effective Date:<br>**08/01/12** | **3 of 4** |

**4.5.1** Documents must be added to manuals on their effective date. New and revised processes "Go Live" on the effective date with personnel trained and signed off by the trainer (reference *CP-QE-6.2.2.001 Job Training and Certification Program*). Training is completed after documents are approved with appropriate signatures and dates but prior to or on the effective date. Update the appropriate master list.

> **Note: Process changes may be implemented immediately if a safety or risk hazard must be mitigated. The specific failure for the safety or risk hazard must be documented in the corrective action document.**

**4.5.2** Previous versions of CPs are removed from the manual and destroyed. The originals are maintained by Best Practices and filed with the corresponding DCN. A new Appendix F (on kencoconnection.com) must be printed and placed in the CP manual.

**4.5.3** Previous versions of a site document are removed and filed with the corresponding DCN. Update "*Appendix A*" (reference *ISO-BP-4.2.3.001 Control of Documents*) in the SQM and update any controlled copies.

## 4.6    BPs and CPs Releases and Exceptions

**4.6.1** New and revised BPs, CPs, and related forms releases are scheduled on the 15th of each month by Best Practices on the kencoconnection "New Releases and Revisions page". **Note: Releases may occur other than the 15th of each month as "Special Releases".**

**4.6.2** Review the document with necessary personnel, management, quality and appropriate advocate or site subject matter expert.

**4.6.3** Determine if an exception is needed. Exceptions are granted for valid business reasons only. Exceptions must be approved by the Author Group that wrote the document. If the Site Manager and Quality Coordinator determine that an exception is needed, submit a *CP-QE-4.2.1.001-2 Exception Form*, stating the business case (justification) and the section of the document in question, to the listed email address on the form: KQMS.Exceptions@kencogroup.com .

**4.6.4** Once the exception is received by the Author Group QC, it is documented on the exception form and within 45 business days the exception must be closed out.

**4.6.5** If the exception is approved, the Author Group QC will scan and forward a signed copy of the exception form for the site to file, and the Site QC will indicate the exception on the site's "*Appendix D*".

**4.6.6** If the site does not receive an exception, the Author Group will inform the site of the reason for the rejection.

**4.6.7** Sites must develop a document to meet the requirements for a Best Practice. Best Practices are not filed at the site level.



| Document Number: | Title: | | | |
|---|---|---|---|---|
| **CP-BP-4.2.1.001** | **QMS DOCUMENTATION** | | | |
| Original Date:<br>**06/07/06** | Revision Date:<br>**07/12/12** | Revision #:<br>**1** | Effective Date:<br>**08/01/12** | **4 of 4** |

**4.7   SOPs, WIs, SW, and Forms Releases**

**4.7.1**   Departments and sites schedule releases of their documents.  Appropriate time for training after approval of a document but prior to effective date must be considered as a part of document development.  Effective documents will be filed in the Site Quality Manual as described in *ISO-BP-4.2.3.001 Control of Documents*.

## 5.0 REFERENCES

*ISO-BP-4.2.3.001 Control of Documents*
*CP-BP-4.2.3.001-2 Exception Form*
*CP-QE-6.2.2.001 Job Training and Certification Program*

## 6.0 REVISION TABLE

| Revision # | Revision Date | Description |
|---|---|---|
| 0 | 06/07/06 | Document created. |
| 1 | 07/12/12 | Complete revision. |

*Proprietary Information - Kenco*

# EXHIBIT D



| Document Number: | Title: | | | |
|---|---|---|---|---|
| **ISO-BP-4.2.3.001** | **CONTROL OF DOCUMENTS** | | | |
| Original Date: | Revision Date: | Revision #: | Effective Date: | 1 of 8 |
| **04/07/06** | **07/16/12** | **1** | **08/01/12** | |

**Author:** **Quality Assurance and Regulatory Affairs Director, Best Practices/Date**

*[signature]* 07/17/12

**Approval:** **QC, Best Practices/Date**

*[signature]* 07/17/12

**Approval:** **VP, Best Practices/Date**

*[signature]* 07/17/12

## 1.0 PURPOSE / SCOPE

The purpose of this document is to identify actions and responsibilities for ensuring the control of all quality documents pertaining to Kenco's Quality Management System (KQMS).

This document applies to all Kenco functions and operations and encompasses all internal and external documents used to manage, perform, or verify work including those included at the top tier level as Policies (POLs), Control Procedures (CPs), Best Practices (BPs), ISO Control Procedures (ISOs), Rivermill Procedures (RMPs), and at the site level in Quality Plans (QPs), Standard Operating Procedures (SOPs, Work Instructions (WIs), Standard Work (SW), and Forms.

## 2.0 ROLES AND RESPONSIBILITIES

**Kenco Management Services (KMS) – Best Practices** – has overall responsibility for the document control system, including the issuance and maintenance of this procedure. KMS-Best Practices controls and maintains all electronic information systems and the distribution, as well as, both hard copy and electronic copies of Policies (POL), ISO Control Procedures (ISO), Control Procedures (CP), Best Practices (BP), and Rivermill Procedures (RMP). All proposed changes and other suggestions for improvement of these procedures can be submitted online via the kencoconnection.com page.

**Site Quality Coordinator** – controls and maintains all electronic information systems and the distribution of related information, as well as, both hard copy and electronic copies of the Site Quality Manual, all SOPs, Job Descriptions (JD), and all forms ( and formats) used to create quality records.

**Designated Approval Authorities** – responsible to approve, reapprove and ensure adequacy of documents prior to release.

**Site Managers** – ensure conformance to this procedure at their site.

**All Associates** – are responsible to understand the structure and process of the Control of Documents Control Procedure.



| Document Number: ISO-BP-4.2.3.001 | Title: CONTROL OF DOCUMENTS | | | |
|---|---|---|---|---|
| Original Date: 04/07/06 | Revision Date: 07/16/12 | Revision #: 1 | Effective Date: 08/01/12 | 2 of 8 |

## 3.0 POLICY

**3.1** The primary objective of the document control process is to ensure that documents are available to achieve the desired results. Document control is a critical factor in achieving standardization and measurement to achieve customer satisfaction, process effectiveness and improvement. The document control process provides adequate control for all documents and media, including hard copy, firmware, and software control.

**3.2** KMS-Best Practices controls, maintains, and distributes Quality Management system (QMS) documentation via kencoconnection for POLs, ISOs, CPs, BPs, and RMPs.

**3.3** POL, ISO, CP, BP, and RMP documents are approved for adequacy prior to release for use by a cross-functional panel called the Quality Review Board (QRB). Records of signed approvals are maintained by KMS-Best Practices.

**3.4** The sites control, maintain, and distribute all customer-provided and site generated documents such as quality plans, related inspection/test procedures, specifications, etc., including all QPs, SOPs, WIs, SW, JDs, Forms, or other documents as defined by the customer or site needs.

**3.5** Site documents are approved for adequacy by the Site Manager and Quality Coordinator (QC) prior to release, and personnel are trained after approval but before the documents are effective.

**3.6** Approved Author Groups will review top tier documents annually, and the documents are reviewed for policy and accuracy, availability and legibility. All document updates and changes are approved prior to re-issue.

**3.7** Site leadership will review site documents annually, and the documents are reviewed for process accuracy, availability and legibility. All document updates and changes are approved prior to re-issue.

**3.8** External documents are identified on Appendix B and their distribution controlled.

**3.9** Records are a special type of document and are controlled in accordance with provisions contained in this procedure and *ISO-QE-4.2.4.001 Control of Records*.

**3.10** Obsolete documents are processed and maintained as described in Section 4.7 of this procedure.

## 4.0 PROCEDURE

**4.1** Documents will be identified with a unique identification number including the date of issue, which indicates the revision, appearing on all pages of the document.

**4.2** **Identification of Top Tier Procedures**



| Document Number: ISO-BP-4.2.3.001 | Title: CONTROL OF DOCUMENTS | | | |
|---|---|---|---|---|
| Original Date: 04/07/06 | Revision Date: 07/16/12 | Revision #: 1 | Effective Date: 08/01/12 | 3 of 8 |

4.2.1  Documents including POLs, BPs, CPs, ISOs, and RMPs will be identified with a unique identification number including a 2-digit code which indicates the approved author group which created the document.

4.2.2  The document number will be numbered as:  **[Document Type] – [Author Group Code] – [ISO Clause].[Sequential Number].**  For example:  The **third Control Procedure** written by **Human Resources** discussing **Training (Clause 6.2.2 in ISO)** would be:  **CP-HR-6.2.2.003**.

**Note:**  Forms add a dash then a number to the document number which relates to them.  The training form for the above procedure would be **CP-HR-6.2.2.003-1.**

4.2.3  The **Document Type** would be **POL** for Policies, **ISO** for ISO Procedure, **CP** for Control Procedure, **BP** for Best Practices or **RMP** for Rivermill Procedure.

4.2.4  The **Author Group Code** from the list below will follow the document type:

| Approved Author Groups | Code |
|---|---|
| Best Practices | BP |
| Executive Management | EM |
| Finance | FN |
| Human Resources | HR |
| Internal Communications | IC |
| Insurance | IN |
| Information Technology | IT |
| Logistics Engineering | LE |
| Legal | LG |
| Operations | OP |
| Procurement | PO |
| Quality Engineering | QE |
| Risk Management | RM |
| Sales/Marketing | SA |
| Training | TR |

4.2.5  The **Appropriate ISO Clause** will follow the **Author Group Code**.  Consult the "Cracking the Case of ISO 9001:2008 for Service" book by Cianfrani and West.

4.2.6  To find the next Sequential Document Number for a given ISO Clause, the QC must view the complete document list for their Author Group.

4.2.7  **ISO Procedures (ISO)** – ISO Procedures are procedures developed by KMS-Best Practices Department that directly controls the KQMS.  These ISO procedures are identified as ISO-BP-##.  An example can be found in the header of this document.



| Document Number: | Title: | | | |
|---|---|---|---|---|
| **ISO-BP-4.2.3.001** | **CONTROL OF DOCUMENTS** | | | |
| Original Date:<br>**04/07/06** | Revision Date:<br>**07/16/12** | Revision #:<br>**1** | Effective Date:<br>**08/01/12** | **4 of 8** |

**4.2.8  Rivermill Procedures (RMP)** – Rivermill Procedures are documents developed by approved author groups that only apply to the Rivermill office. These procedures will be identified as RMP-(Author Group Code)-##.

**4.2.9  Best Practices (BP)** – Best Practices are documented practices that provide guidance to sites in the development of SOPs. The sites must address the content of these documents in their procedures, however, the BPs themselves are not retained by the sites. All Best Practices are identified as BP-(Author Group Code)-##.

**4.2.10  Control Procedures (CP)** – Control Procedures are directives. These procedures will be identified as CP-(Author Group Code)-##.

**4.2.11  Policies (POL)** – Policies are documents developed by approved author groups describing general principles and identified as POL-(Author Group Code)-##.

## 4.3  Numbering Identification of Site Documents

**4.3.1**  The document number will be numbered as: **[Document Type]-[ISO Clause].[Sequential Number]**. For example: The third **SOP** written discussing **Training (Clause 6.2.2. in ISO)** would be: **SOP-6.2.2.003**.

Note: Forms add a dash then a number to the SOP number which relates to them. The training form for the above procedure would be **SOP-6.2.2.003**-1.

**4.3.2**  The Document Type would be SOP for Standard Operating Procedure or JD for Job Description, WI for Work Instruction, SW for Standard Work, etc.

**4.3.3**  The appropriate ISO Clause follows the Document Type: Consult the "Cracking the Case of ISO 9001:2008 for Service" book by Cianfrani and West.

**4.3.4**  To find the next Sequential Document Number for a given ISO Clause. The QC must view the complete document list for their site.

**4.3.5  Standard Operating Procedures (SOP)** – SOPs will be identified as SOP ## with the number of the SOP corresponding to the associated Site Quality Plan (SQP) clause. For example: "SOP-6.2.2.001 indicates the SOP corresponds to Clause 6.2.2 of the site's SQP and is procedure 001.

**4.3.6  Job Descriptions (JD)** – JDs will be identified as JD-5.5.1.## with the number of the JD corresponding to the associated SQP 5.5.1 Clause (Responsibility and Authority). For example, "JD-5.5.1.001" indicate the first JD in the system.



| Document Number:<br>**ISO-BP-4.2.3.001** | Title:<br>**CONTROL OF DOCUMENTS** | | | |
|---|---|---|---|---|
| Original Date:<br>**04/07/06** | Revision Date:<br>**07/16/12** | Revision #:<br>**1** | Effective Date:<br>**08/01/12** | **5 of 8** |

4.3.7    All forms applicable to a document will be identified as **[Document Type]-[ISO Clause].[Sequential Number]-[Form Number]**. **Effective Date** in the footer at the bottom of the form. For example: **SOP-7.5.1.001-2 Effective 04/01/08**. This example is the second form attached to **SOP-7.5.1.001** and was **last revised on 04/01/08**. The identification number, effective date of issue or revision date will be shown on all pages of documents.

**4.4    Document Approval –** The first page of each document will identify:

4.4.1    The Author as the Subject Matter Expert that is responsible for developing the document or changes.

4.4.2    The QC as the reviewer/approver responsible for its periodic review for compliance with KQMS requirements, consistency with established policy and objectives, update and maintenance.

4.4.3    The relevant approval authority (i.e. VPs or Directors are assigned approval authority for top tier documents, Site Manager is assigned overall responsibility in the QP for managing the process and authorizing release of site documents).

**4.5    Master Lists –** At a minimum, the following master lists will be established and maintained. These lists must contain a date identifying when the list was last updated:

4.5.1    A master list of Site KQMS Documents (SOPs, JDs, WIs, and SW) is maintained as Appendix "A" of the QP.

4.5.2    A master list of all external documents, customer procedures and manuals are maintained in Appendix "B" of the QP.

4.5.3    A master list of quality plans, specifications, and related inspection/test procedures are maintained in Appendix "C" of the QP.

4.5.4    A master list of exceptions to top tier documents is maintained in Appendix "D" of the QP. Exceptions are obtained per instructions in *CP-BP-4.2.1.001 QMS Documentation*.

4.5.5    A master list of site distribution of manuals is maintained in Appendix "E" of the QP.

4.5.6    A master list of Control Procedures is maintained by KMS-Best Practices and the sites print this as Appendix "F" of their QP.

4.5.7    A master list of records is recorded in the Index of Quality Records. Reference *ISO-QE-4.2.4.001 Control of Records*.

**4.6    Document Issue and Retrieval**

*Proprietary Information - Kenco*



| Document Number:<br>**ISO-BP-4.2.3.001** | Title:<br>**CONTROL OF DOCUMENTS** | | | |
|---|---|---|---|---|
| Original Date:<br>**04/07/06** | Revision Date:<br>**07/16/12** | Revision #:<br>**1** | Effective Date:<br>**08/01/12** | **6 of 8** |

**4.6.1** Hard copy master signed originals of all controlled documents will be identified with original signature and dates of the relevant approval authority. Controlled copies will be clearly identified with a red ink stamp identifying the document as a "CONTROLLED COPY". A controlled copy stamp signifies the QC guarantees that the controlled copy is identical to the master signed copy.

**Note:** Controlled copy stamps may only be applied to documents which the QC is in possession of master signed copies (in indelible ink). Verification of accuracy of controlled copies cannot be guaranteed without physical comparison to the master site copy.

**4.6.2** Uncontrolled copies may be made, but the recipient of these documents must be advised that they are for information only and cannot be guarantee of their accuracy once copied.

**4.6.3** Sites that must maintain compliance of documentation for regulatory agencies, [i.e. Food and Drug Administration (FDA)] will be provided current controlled copies of ISOs and CP-QE/BPs from Best Practices. Best Practices and site's QCs will complete *ISO-BP-4.2.3.001-3 Controlled Copy Distribution Form* as controlled copies are distributed, obsolete, and destroyed.

## 4.7 Document Changes

**4.7.1** KMS-Best Practices uses a *Document Change Notice (DCN) ISO-BP-4.2.3.001-1* to request and document any changes to the POL, BP, CP, RMP or forms.

**4.7.2** Sites use a DCN to request and document any changes to QPs, SOPs, WIs, SW, JDs, or forms.

**4.7.3** The following steps describe how to use DCNs in the internal document change control process:

**4.7.3.1** The personnel requesting a document change completes the applicable part of the DCN and forwards the DCN to the QC.

**4.7.3.2** The QC will review the recommended change to the document and submit to the relevant approval authority with related comments concerning any policy or procedural issues. The QC will keep a log of the DCN to track the progression of the document change process. See *DCN System Control Log (ISO-BP-4.2.3.001-2)*.

**4.7.3.3** The QC will keep their DCN Log up-to-date in their Quality folder on the Kenco network drive, or if no access is available they will send a copy of the DCN Log to KMS-Best Practices on the first Tuesday of every month.

**4.7.3.4** The relevant approval authority will utilize SMEs to determine if the change is required, effectiveness of the change, safety issues and possible related processes that may be affective by the change. Once the SME has completed the determination and adjusted the content of the document back to the approval authority for final review.



| Document Number: ISO-BP-4.2.3.001 | Title: CONTROL OF DOCUMENTS | | | |
|---|---|---|---|---|
| Original Date: 04/07/06 | Revision Date: 07/16/12 | Revision #: 1 | Effective Date: 08/01/12 | 7 of 8 |

4.7.3.5 If the relevant approval authority decides to implement the proposed change, they will approve the DCN and return it along with any related comments and recommendations to the QC for preparation of a final "ready for signature" copy of the revised document.

4.7.4 Upon receiving the approval authority signature, the QC will:

4.7.4.1 Change the appropriate portion of the document. The revised document must be reissued in its entirety.

4.7.4.2 Update the Revision Date, Revision #, and Effective Date in the header of the document.

4.7.4.3 Submit the "ready for signature" copy of the document to the author for signature as the SME of the process.

4.7.4.4 Submit the "ready for signature" copy of the document to the relevant approval authority for signature. The approval authority will verify the accuracy and legibility of the document before approving. The QC must also approve the document.

4.7.4.5 Reissue the document in its entirety. The revised documents may be accompanied by a memo summarizing the nature of the change or providing instructions regarding disposition of obsolete documents or pages.

4.7.4.6 Retrieve the obsolete controlled document(s).

4.7.4.7 Archive the obsolete master (signed) controlled document and file with the DCN (destroy the obsolete controlled copies).

4.7.4.8 Update the applicable master list.

4.7.4.9 Coordinate with the designated trainer to ensure the timely provision of needed training if deemed necessary, (i.e. the change impacts the policy or procedure). Simple grammatical or typographical changes (administrative changes) do not require training.

4.7.5 If the relevant approval authority decides not to implement the proposed change, they will reject the DCN and contact the originator with an explanation.

- If the originator chooses to dispute the rejection, they can submit the DCN and any related comments to the QC for mediation. If the QC rejects the DCN, the rejection will be communicated to the relevant approval authority and originating associate. If the QC determines that the proposed change (or a modified version of the initial proposed change) merits further review, they will initiate a new DCN and forward it to the relevant approval authority with related comments and recommendations.



| Document Number: **ISO-BP-4.2.3.001** | Title: **CONTROL OF DOCUMENTS** | | | |
|---|---|---|---|---|
| Original Date: **04/07/06** | Revision Date: **07/16/12** | Revision #: **1** | Effective Date: **08/01/12** | **8 of 8** |

## 5.0 REFERENCES

*CP-BP-4.2.1.001 QMS Documentation*
*ISO-BP-4.2.3.001-1 DCN Change Notice Form*
*ISO-BP-4.2.3.001-2 DCN System Control Log*
*ISO-BP-4.2.3.001-3 Controlled Copy Distribution List*
*ISO-QE-4.2.4.001 Control of Records*

## 6.0 REVISION TABLE

| Revision # | Revision Date | Description |
|---|---|---|
| 0 | 04/07/06 | Document created. |
| 1 | 07/16/12 | Complete revision. |

*Proprietary Information - Kenco*

# EXHIBIT E

# Exhibit E Jerry Ciriello Lean Six Sigma

Sunday, February 05, 2017        5:53 PM

MILLION DOLLAR ADVOCATES - The TopTrial Laywers in America, Since 1993. | Ad ▷

☰ ▾   Search for people, jobs, companies, and more…      🔍   Advanced

Home      Profile      My Network      Learning      Jobs      Interests                                    Business Services      Try Premium for free

Ad

# Jerry Ciriello

**Sr Continuous Improvement Engineer at Kenco Group, Inc.**
Rochester, New York Area | Consumer Goods

| | | |
|---|---|---|
| Current | Kenco Group, Inc., Collamer-Jones Karate | |
| Previous | Kenco Group, An Executive Advantage, LLC, Eastman Kodak | |
| Education | University of Arizona | |

[ Send Jerry InMail ]

**439** connections

https://www.linkedin.com/in/jerry-ciriello-83b6062



**KENCO**

explore jobs at Kenco Group
that match your skills

[ See jobs ]

---

Background

   Summary

Continue to help organizations achieve their potential with Lean/Six Sigma tools or other tools as required to achieve their improvement needs. I am open to many position types and willing to work either as a regular employee, consultant, or on contract.

Specialties: Leading, consulting and training in all facets of Lean Manufacturing, in both Manufacturing and non manufacturing environments.
Six Sigma tools and techniques

   Experience

**Sr Continuous Improvement Engineer**
Kenco Group, Inc.
October 2010 – Present (6 years 5 months)


**KENCO**

Lead Lean Deployments at Distribution Centers for numerous cusotmer

▾ 1 recommendation

    **Jason Geib, MBA, CSSBB**
    Co-Founder & Co-Owner

Jerry has provided ElectroLux with an extension of the training, drive, and experience that the environment needed to create additional leadership focus and accountability  His years of experience in generating, leading and assisting associates on… View

**Martial Arts Instructor**
Collamer-Jones Karate
May 2005 – Present (11 years 10 months)

Certified instructor in tsshin-ryu Karate, Kali, and Jeet Kun Do styles

**Continuous Improvement**
Kenco Group
2011 – 2015 (4 years)


**KENCO**

**Continuous Improvement**
Kenco Group
2011 – 2015 (4 years)


**KENCO**

**Continuous Improvement**
Kenco Group
2011 – 2015 (4 years)

**KENCO**

**People Also Viewed**

 **Jared Hammond**
Corporate Manager, Continuous Improvement at Kenco

 **Meeks Teresa**
Continuous Improvement Leader at Kenco Group

 **Tim Lewis**
Senior Continuous Improvement Engineer at Kenco Group, Inc.

 **Joel Holt**
Corporate Director of Engineering at Kenco Management Services, LLC

**Christin Spurlin**
Continuous Improvement Engineer, Lean Six Sigma Green Belt

 **Donovan Moo**
General Manager at Kenco Logistics Services

**Lanny Salim**
Senior Continuous Improvement Engineer at Kenco Group

 **Daniel Norris**
Engineering Manager at Kenco Group

 **Anita Hoffman**
Talent Acquisition Specialist at Kenco Group

 **Greg Boring**
Vice President at Kenco Group, Inc. | Supply Chain Solution Design & Execution

**Courses related to Jerry's skills**

 **Prime Studio Product Design**
Viewers: 5,039

**Six Sigma Fundamentals**
Viewers: 37,318

People also viewed ×
Jared Hammond Corporate Manager, Continuous Imp

›

Jerry Ciriello | LinkedIn

### Lean Manufacturing/ Six Sigma Consultant & Trainer
An Executive Advantage, LLC

Search for people, jobs, companies, and more...

Home    Profile    My Network    Learning    Jobs    Interests

August 2007 – October 2010 (3 years 3 months)

Work includes all areas within the Value Stream, starting with order entry, related support groups, into manufacturing and shipping, and ending with payment receipt.
Projects have included Value stream mapping, Kan Ban and Pull Systems, 5S, TPM, changeover reductions, kaizen, layout design, line balancing, work redesign, quality improvements, Leadership Coaching, office work redesign, goal setting, DOE and project leadership in many small and mid size organizations.
Improvements have included savings in quality, safety, productivity and inventory

Rapid Fire Coach - Multiple Non Profit Organizations, 2005 - Present
Coached current and future state mapping and improvement teams
Eliminated duplicated systems and activities, installed supermarket, improved ordering forms, and surveyed their customers to improve customer service and Tracked improvement progress

### Value Stream Leader
Eastman Kodak
January 2002 – April 2009 (7 years 4 months)

Rochester Imaging Chemicals - 2002 - April, 2009
Value Stream Leader for Rochester Silver/Solvent Department with $ 400 million in internal sales.
Leading them in their Value Steam Improvement Plans.
Led or assisted in projects resulting in more than $10 million in inventory reductions. Working in both the manufacturing and staff operations.
Project Leader to develop small-scale dry chemical packaging process using 3P Methodologies. Enabled our customers to save $5 million, while reducing our lead-time from 2 weeks to 1 day.
Working with internal and external customers, implemented milk runs eliminating the need for an external warehouse, while reducing handlings by 50%
Implemented production control system, including pull systems and heijunka scheduling, reducing inventory by $600 thousand
Taught multiple Lean manufacturing classes to over 300 students

### Industrial Engineer
Rochester Color Paper Flow
January 1998 – January 2002 (4 years 1 month)

Lead and/or supported numerous Lean Manufacturing initiatives improving material and information flows throughout all of Rochester Color Paper. Initiatives included:
Paper Support Lean Manufacturing Leader
Setup reduction project leader reducing changeover times by 30%
Sensitized Paper Rolls sub team leader reducing inventory by $6 million
Standard work development, saving $ 150 thousand in machine downtimes, and increasing percent good rolls by 75%
Value Stream Mapping consultant to over 20 separate product flows. Areas included Manufacturing, Development, and Staff product flows
Kaizen Facilitation & Consulting in over 20 kaizens

### Industrial Engineer
Color Films Sensitize Coating
January 1996 – January 1998 (2 years 1 month)

Project leader for implementation of Kan Ban process for wide roll movement linking 4 departments in 2 Buildings. Reducing inventory by $3 million.
Leader for ECP Color Film Direct Ship from Sensitizing to International Plants. Reducing inventory by $2 million.
Co-Leader of Worldwide Conveyance Process Club, with members in eight plants

### Industrial Engineer, Color Films Product Development
Eastman Kodak
January 1992 – January 1995 (3 years 1 month)

Project analysis support for four multi million dollar development programs. Each being completed on schedule, at or under budget.

### Industrial Engineer
Philips ECG
January 1983 – January 1985 (2 years 1 month)

responsible for facilities design and operations standards

### Industrial Engineer responsible for operations
Lapp Insulator



Supply Chain Management Fundamentals
Viewers: 57,333
Business Services    Try Premium for free
View more courses ▸

**How You're Connected**

You


Bette Lawrence-Water

Bette can introduce you to someone who knows Jerry ▸



Jerry Ciriello

**People Similar to Jerry**



Chase Costett  3rd
Senior Continuous Improvement Engineer at...
Connect

People also viewed    ✕
  Jared Hammond Corporate
Manager, Continuous Imp.
›

January 1981 – January 1982 (1 year 1 month)

**Toolmaker's Helper**
Petz & Rabold Tool
January 1977 – January 1978 (1 year 1 month)

### Certifications

**Six Sigma Black Belt**
Eastman Kodak Company
Starting November 2000

**Six Sigma Black Belt**
KENCO Corporation
Starting May 2013

**Lean Bronze Certification**
SME, License 15880789
Starting February 2016

### Skills

Top Skills

| 47 | Lean Manufacturing |
| 37 | Six Sigma |
| 26 | Kaizen |
| 26 | Process Improvement |
| 24 | Continuous Improvement |
| 21 | Value Stream Mapping |
| 15 | 5S |
| 13 | Manufacturing |
| 11 | TPM |
| 10 | Black Belt |

Jerry also knows about...

| 10 | Logistics | 8 | Industrial Engineering | 7 | Kanban | 7 | Toyota Production System |
| 7 | Operational Excellence | 5 | Root Cause Analysis | 5 | Cross-functional Team... |
| 4 | SMED | 4 | JIT | 4 | Design of Experiments | | Warehousing |
| 3 | Supply Chain | 2 | Lean Tools | 2 | Business Process... |
| 2 | Warehouse Management | | See 1+ |

### Education

**University of Arizona**
BS IE, Industrial Engineering

People also viewed                    ×
Jared Hammond Corporate
Manager, Continuous Imp.

Jerry Ciriello | LinkedIn                                    Page 4 of 5



1977 – 1981

Home   Profile   My Network   Learning   Jobs   Interests        Business Services   Try Premium for free
**Greece Athena**

### Organizations

**ASQ**
Starting November 2013

### Recommendations

Received (1) ▾        Given (1)

**Sr Continuous Improvement Engineer**
Kenco Group, Inc.

> Jason Geib, MBA, CSSBB
> Co-Founder & Co-Owner
>
> 66 Jerry has provided Electrolux with an extension of the training, drive, and experience that
> the environment needed to create additional leadership focus and accountability. His years
> of experience in generating, leading and assisting associates on Kaizen Events, day-to-day
> corrective actions, and project completion has allowed the Lean Team to become more
> aggressive in... more
>
> February 19, 2012, Jason was Jerry's client

### Groups

   

**Warehousing Educat...**   **Rochester Lean Six...**   **Kodak Alumni**   **Systems and Industri...**
11,823 members          353 members              8,730 members     753 members
Join                    Join                     Join              Join

   

**Careers in Lean, Six...**   **Greater Rochester Q...**   **Rochester Professio...**   **Kaizen (Continuous I...**
18,134 members          37 members               400 members       14,753 members
Join                    Join                     Join              Join

### Following

 

**Kenco Group**            **University of Arizona**
Logistics and Supply      Higher Education
Chain                     Follow
Follow



People also viewed        ✕
**Jared Hammond** Corporate
Manager, Continuous Imp

https://www.linkedin.com/in/jerry-ciriello-83b6062                        2/5/2017



**Schools**

Home    Profile    My Network    Learning    Jobs    Interests                    Business Services    Try Premium for free

**University of Arizona**
Tucson, Arizona Area
Follow

Help Center · About · Careers · Advertising · Talent Solutions · Sales Solutions · Small Business · Mobile · Language    Upgrade Your Account

LinkedIn Corporation © 2017 · User Agreement · Privacy Policy · Ad Choices · Community Guidelines · Cookie Policy · Copyright Policy · Send Feedback



People also viewed        ✕
**Jared Hammond** Corporate
Manager, Continuous Imp.

# EXHIBIT F



# LRQA Assurance Statement

Relating to Mars Incorporated's selected environmental metrics reported in the Principles in Action Summary for the calendar year 2013

This Assurance Statement has been prepared for Mars Incorporated (Mars) in accordance with our contract but is intended for the readers of this Report.

## Terms of Engagement

Lloyd's Register Quality Assurance, Inc. (LRQA) was commissioned by Mars to provide independent assurance on its seven selected environmental metrics reported in the Principles in Action (PiA) Summary for the calendar year 2013 to a limited level of assurance using LRQA's verification approach.

Our assurance engagement covered Mars' operations worldwide, with the exception of data from Logistics, Warehouses and Co-Processors, and specifically evaluated the reliability of the selected environmental metrics:
- Fossil Energy
- Renewable Energy
- Water Use
- Waste to Landfill
- Packaging Materials
- Raw Materials
- Production Tonnes

Note: This Assurance Statement may be used to support the AA1000AS assurance engagement undertaken by Corporate Citizenship

LRQA's responsibility is only to Mars. LRQA disclaims any liability or responsibility to others as explained in the end footnote. Mars' responsibility is for collecting, aggregating, analysing and presenting all the data and information within the PiA and for maintaining effective internal controls over the systems from which the PiA is derived. Ultimately, the Report has been approved by, and remains the responsibility of Mars.

## LRQA's Opinion

Based on LRQA's approach nothing has come to our attention that would cause us to believe that Mars has not disclosed reliable performance data, as no errors or omissions were detected within the seven selected environmental metrics reported in the PiA.

The opinion expressed is formed on the basis of a limited level of assurance and at the materiality of the professional judgement of the Verifier.

## LRQA's Approach

LRQA's assurance engagement was carried out in accordance with our verification approach; which is based on current best practice and uses the principles of AA1000AS (2008) and processes defined in ISAE3000. The following tasks though were undertaken as part of the evidence gathering process for this assurance engagement:
- Reviewing Mars' data collection and management processes with a central (corporate) resource who is located in Cleveland, Tennessee
- Evaluating Mars' data assumptions, calculation methods and data checking processes
- Confirming effective implementation of the data collection processes by visiting nine selected sites representative of four of Mars' six Global Business Segments:
  - Mars Chocolate
  - Mars Food
  - Mars Petcare
  - Wrigley



The sites visited were located in Australia, Canada, France, Spain, Thailand, United Kingdom and United States.
- Interviewing key personnel responsible for data collection, aggregation and data entry
- Interviewing the central data manager responsible for overall data collection, aggregation and checking
- Verifying a sample of the performance data back to its original source to check reliability of data entry into Mars reporting processes.

## Observations

Further observations and findings, made during the assurance engagement, are:
- Processes were in place to ensure that sites contributing to these seven selected environmental metrics understood Mars corporate reporting obligations
- Mars should continue working on LRQA's previous recommendations to:
  - Strengthen the internal communication processes for the Mars Data Manuals
  - Use direct transfer of environmental data from the source where possible to reduce the risk of manual data entry errors
  - Develop calibration requirements for meters used to measure environmental data

The above is an excerpt from the findings reported back to the management of Mars. They do not affect our opinion.

## LRQA's competence and independence

LRQA ensures the selection of appropriately qualified individuals based on their qualifications, training and experience. The outcome of all verification and certification assessments is then internally reviewed by senior management to ensure that the approach applied is rigorous and transparent. LRQA is Mars a certification body for 2nd Party Assessments Quality and Food Safety, Safety and Environmental, and Market Units and Mars 3rd Party Assessments for ISO 9001, ISO 14001, FSSC and ISO 22000.

The certification assessments are the only work undertaken by LRQA for Mars and as such do not compromise our independence or impartiality.

Signed                                                    Dated: May 15, 2014

Andrea M. Bockrath
LRQA Lead Verifier
On behalf of Lloyd's Register Quality Assurance, Inc.

LRQA Reference: UQA4001571

Lloyd's Register Group Limited, its affiliates and subsidiaries, including Lloyd's Register Quality Assurance Limited (LRQA), and their respective officers, employees or agents are, individually and collectively, referred to in this clause as 'Lloyd's Register'. Lloyd's Register assumes no responsibility and shall not be liable to any person for any loss, damage or expense caused by reliance on the information or advice in this document or howsoever provided, unless that person has signed a contract with the relevant Lloyd's Register entity for the provision of this information or advice and in that case any responsibility or liability is exclusively on the terms and conditions set out in that contract.

The English version of this Assurance Statement is the only valid version. Lloyd's Register Group Limited assumes no responsibility for versions translated into other languages.

# EXHIBIT G



**KENCO**
ESTABLISHED 1950

| Document Number: **ISO-QE-4.2.4.001** | Title: **Control of Records** | Effective Date: **03/01/10** |
|---|---|---|
| Procedure Owner: **Manager, Kenco Management Services – Quality Engineering** | | |
| Created Date: **04/07/06** | | Page 1 of 5 |

| Approval: **QC, Kenco Management Services – Quality Engineering** | Approval: **Director, Kenco Management Services – Quality Engineering** |
|---|---|

## 1.0 PURPOSE/SCOPE

The primary objective of the record control system defined in this procedure is to standardize the identification, use, and maintenance (storage) of all records that provide evidence of conformity to requirements and the effective operation of our *Kenco Quality Management System* (KQMS).

This document identifies and sets minimum record-keeping requirements for Kenco facilities. Record control also plays a critical role in providing data used to monitor, measure and analyze customer satisfaction, process effectiveness and operational efficiency.

This procedure applies to all Kenco functions and operations and encompasses all records used to demonstrate conformance to regulatory and quality system requirements including those specified in Control Procedures and Standard Operating Procedures.

## 2.0 ROLES AND RESPONSIBILITIES

**Kenco Management Services (KMS) - Quality Engineering** - has overall responsibility for the record control system, including the issuance and maintenance of this procedure and minimum record-keeping requirements.   All proposed changes and other suggestions for improvement of this procedure can be submitted online via the "kencoconnection.com" Quality Page.

**Site Quality Coordinator** - controls and monitors recordkeeping systems at the site in accordance with this procedure.  This includes *Index of Quality Records*, a comprehensive list of all hard copy and electronic records kept at the site which are necessary to demonstrate conformance to requirements.

**Site Managers**- responsible to ensure records are kept in accordance with this procedure

**Identified Record Holders –** Those listed as Record Holders on the site Index of Quality Records must read and understand this policy; are responsible to follow the general record keeping guidelines set forth in this policy and the more specific requirements listed in the site's *Index of Quality Records*.

## 3.0 POLICY/PROCEDURES

**Process Summary**

The Site Quality Coordinator controls and maintains all Kenco forms and record formats used to create quality records in accordance with provisions contained in **ISO-QE-4.2.3.001 Control of Documents.**  All employees are responsible for creating legible and accurate records using the forms or other record formats prescribed by the controlling document governing the process they are performing, such as a Control Procedure or Standard Operating Procedure.

Record holders are responsible for complying with established record storage, retention, and disposition instructions identified in the site *Index of Quality Records*.



**KENCO**
ESTABLISHED 1950

| Document Number: **ISO-QE-4.2.4.001** | Title: **Control of Records** | Effective Date: **03/01/10** |
|---|---|---|
| Procedure Owner: **Manager, Kenco Management Services – Quality Engineering** | | |
| Created Date: **04/07/06** | | Page 2 of 5 |

## 3.1 Identification

Records are identifiable to the product, person, or event to which they pertain. Records are grouped to facilitate their retrieval.

### 3.1.1 General Record Completion Rules:

- All entries must be made in ink and must be legible.
- Documents and forms used to create records should be completed fully, entering all required information. If a given item does not apply, enter "N/A" in the space provided.
- Documents requiring a signature should be signed with the first and last name of the person authorized to sign the form. If necessary, the first initial and complete last name may be used. All signatures should be dated.
- All Kenco Sites that meet the requirements of the Food and Drug Administration (FDA) must have handwritten dates with all handwritten signatures.

### 3.1.2 General record error-correction rules:

- Errors or corrections are to be made by drawing a single line through the error. Write the correct information next to the error.
- The individual making the correction must initial and date the change.
- The use of opaque correction fluid ("white out") or similar methods obscuring the changed area are prohibited.

## 3.2 Identification of Key Records

### 3.2.1 Key records are defined at multiple levels and will differ among Kenco sites because of differences in the scope of work at the site. Some of the sources that affect record-keeping are:

- **Regulatory requirements:** (OSHA, DOT, EEOC, FDA, DEA) Examples include personnel files, driver qualification files, safety training files, pest control records.
- **Kenco Quality Management System and ISO 9001:2000 requirements:** Examples include Document Change Notices (DCN), Management Review Outputs, Material Deficiency Reports (MDR), Corrective Preventive Action Request (CPAR)
- **Control Procedures:** Examples include Employee Qualification and Training records, Safety Training Metrics
- **Site SOPs and processes:** Examples include Bill of Lading, Purchase Orders, Equipment inspections, EIP observations, etc.
- **Customer Requirements:** Examples include Proof of Delivery, Purchasing Documents (for Pass-Through)

### 3.2.2 The Quality Coordinator must ensure that records that are required from these sources are entered into the master list of record-keeping, the site *Index of Quality Records*. The Quality Coordinator, with input from all responsible managers, is responsible for keeping the site *Index of Quality Records* current.

## 3.3 Storage requirements

- Records are normally stored by the same department that initially established the record.
- Records are stored in a dry and clean environment.
- Cabinets containing records are clearly labelled to display their contents. Also a numbering system should be developed for the files.
- Confidential records may be stored in labelled and locked file locations (file cabinets, file rooms) however; records and other quality documents may not be stored in private desk drawers or other obscure locations that are not generally known.
- Records are retained by record holders in either their active location or their final storage locations as identified in the site *Index of Quality Records*.
- Records must be filed, stored, and retained such that they are readily retrievable.



| Document Number: ISO-QE-4.2.4.001 | Title: Control of Records | Effective Date: 03/01/10 |
|---|---|---|
| Procedure Owner: **Manager, Kenco Management Services – Quality Engineering** | | |
| Created Date: **04/07/06** | | Page 3 of 5 |

## 3.4    Document Retention

- Recent records are kept active (filed) in a clearly marked storage location and then put into long term storage until expiration of the retention period.
- All records are retained for a minimum of seven years, unless otherwise prescribed by the document governing the process or product to which they relate.
- The Site Manager is responsible for records in long term storage.
- Product verification records are available to the customer or the customer's representative for evaluation upon request for the life of the record.

## 3.5    Disposal

- Records retained beyond their specified retention period must be clearly marked "historical or obsolete records" and placed in the archive location.
- Records not retained must be destroyed (i.e. shredded or deleted) as soon as practical after the retention period has lapsed.

## 3.6    Creation of the Index of Quality Records

**3.6.1** Quality Coordinator downloads the ***ISO-QE-4.2.4.001-1 Index of Quality Records*** form.
*Note: The first five entries of the form are completed as examples.*

**3.6.2** The Quality Coordinator will complete the site *Index of Quality Records* by:

- a. Typing in the name of the Site and removing the document control number and date from the bottom. Change the "Last Updated" field to the current date.
- b. Identifying all records actually being kept, and who(by title) is responsible
- c. Reviewing regulatory requirements with appropriate management (Check for Gaps in actual)
- d. Reviewing Control Procedures and Site SOPs for other record requirements (Check for Gaps in actual)
- e. Organizing record location structure  (it is advised that sites letter each file cabinet and number the drawers, for example they can denote "File E3- Shipping Office"" and "File C1 Supervisors Office" as a clear indication of record location.
- f. Completing all columns of the form. Notice that the form is broken into the following columns:

  - **Record Name-** Enter the name of the collection of forms that are attached and filed together (an example could be "Outbound Paperwork" which consists of outbound manifest, pick list, seal paperwork stapled together).
  - **Form Number-** Use this column to list any Form numbers that make up a record (or enter "free format" if there is no form, such as minutes from a meeting, etc.). Remember that a collection of multiple forms could make up a record**.**
  - **Record Holder-** Enter the person (by job title) who is responsible for the filing and upkeep of that record.
  - **Controlling Document-** Enter the Document or Cause for the record to be kept.   (An example "SOP-7.5.1.009" would signify that the "Outbound Paperwork" record is filed as a result of that SOP.)
  - **Active Location-**Enter the current location in which newly created records are placed. This could be "*File D4 – front office*".
  - **Archive Location-** Enter the long term storage location for aging records.  Typically, locations may store these in a rack location or records retention area.

  - **Retention Time-** Enter how long a record is to be kept. Records must be kept long enough to ensure compliance over time.  The standard retention length should be



| Document Number: **ISO-QE-4.2.4.001** | Title: **Control of Records** | Effective Date: **03/01/10** |
|---|---|---|
| Procedure Owner: **Manager, Kenco Management Services – Quality Engineering** | | |
| Created Date: **04/07/06** | | Page 4 of 5 |

seven years, unless otherwise denoted in the controlling document.

**3.6.3** The site *Index of Quality Records* is kept up to date by the Quality Coordinator for the site and master copy is contained in the Site Quality Manual as a master list located behind the Site Quality Plan. Post controlled copies of the Index of Quality Records in record storage locations.

**3.6.4** Each Record Holder identified on the *Index of Quality Records* must receive documented training on this procedure, their specific recordkeeping responsibilities, and the location and use of the site *Index of Quality Records*.

**3.7    Assessment of Recordkeeping Effectiveness**

The Quality Coordinator assesses the effectiveness/efficiency of the record control system through self assessment and/or as a result of internal audits conducted per *ISO-QE-8.2.2.001 Internal Audit*, and initiates appropriate corrective/preventive actions per *ISO-QE-8.5.1.001 Continual Improvement*.

## 4.0 REPORTS/METRICS

*ISO-QE-4.2.4.001-1 Index of Quality Records Form*
*ISO-QE-8.2.2.001 Internal Audit*
*ISO-QE-8.5.1.001 Continual Improvement*



**KENCO**
ESTABLISHED 1950

| Document Number: **ISO-QE-4.2.4.001** | Title: **Control of Records** | Effective Date: **03/01/10** |
|---|---|---|
| Procedure Owner: **Manager, Kenco Management Services – Quality Engineering** | | |
| Created Date: **04/07/06** | | **Page 5 of 5** |

**Please ensure that all associates at your site listed in Roles and Responsibilities (Section 2.0) sign and date this log indicating they have read and understand the current content of this procedure.**

| PRINT NAME | SIGNATURE | DATE |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Trainer:_____Signature:_____Date:_____

Trainer:_____Signature:_____Date:_____

**A training file is to be kept at each site containing copies of all training records for Control Procedures. These training logs are completed and retained for all newly released and revised procedures. All current employees must be trained prior to the effective date as procedure changes occur. Affected new employees will sign off on the logs within 60 days of hire. These records are to be filed by procedure, and are maintained by the Quality Coordinator.**

**Note:  You may print additional copies of this page for additional space to record training.**

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | **SITE NAME** | | | |
| | | | Index of Quality Records | | | |
| | | **Last Updated:** | DATE | | | |
| **Record Name** | **Form Number** | **Record Holder** | **Controlling Document** | **Active Location** | **Archive Location** | **Retention Time** |
| Document change notification | Form ISO-QE-4.2.3.001-1 | Quality Coordinator | ISO-QE-4.2.3.001 | DCN Binder / Quality Coordinator Office | DCN File C4 / Front Office | 7 years |
| Quarterly Customer Review Document and Action Items | Free Format | General Manager | SOP-5.2.001 | File D3 / Front Office | File D3 / Front Office | 7 years |
| Management review output | Free Format | Quality Coordinator | Site Quality Plan Clause 5.6 | File D3 / Front Office | File D3 / Front Office | 7 years |
| Employee qualification & training | JD-5.5.1.001-1 through 15 | Shift Supervisors | CP-QE-6.2.2.001 | File D3 / Front Office | Rack 201 / Record retention area | 7 years |
| Safety training and metrics | CP-RM-6.2.2.102-1 | Safety Advocate | CP-RM-6.2.2.102 | Safety Binder / Front Office | File D3 / Front Office | 7 years |
| Driver Qualification Files | | | | | | |
| Personnel Files | | | | | | Per Procedure |
| Legal, Safety and Environmental records | | | | | | |
| Equipment Inspections | | | | | | |
| Building Inspections | | | | | | |
| Pest Control Records | | | | | | |
| Results of product quality planning | | | | | | |
| Results of product requirement reviews | | | | | | |
| Actions from product reqmt reviews | | | | | | |
| Purchase Orders | | | | | | |
| Actions from supplier evaluations | | | | | | |
| Purchase documents | | | | | | |
| Inbound Bill of Lading | | | | | | |
| Outbound Shipping Documents | | | | | | |
| Product identification | | | | | | |
| Calibration & verification results | | | | | | |
| Customer satisfaction and complaints | | | | | | |
| Programmatic audit results | ISO-QE-8.2.2.001-2 | | ISO-QE-8.2.2.001 | | | 7 years |
| Person authorizing release of product | Free Format | | | | | |
| Product nonconformity and actions | ISO-QE-8.3.001-1 | | ISO-QE-8.3.001 | | | 7 years |
| Results of Corrective/Preventive Action | ISO-QE-8.5.1.001-1 | | ISO-QE-8.5.1.001 | | | 7 years |
| Business Improvement Plan | | | | | | |
| EIP Observations and monthly activity Reports | | | | | | |
| Inventory Adjustment records | | | | | | |
| Cycle Count Records | | | | | | |

Kenco Form ISO-QE- 4.2.4.001-1 Rev 06/01/08

# EXHIBIT H

**From:** Mary <mdj123197@aol.com>
**To:** Argentieri, Julia P. (Chicago) (Chicago) <Julia.Argentieri@jacksonlewis.com>
**Cc:** Kimberly Overbaugh <KOverbaugh@h-dlaw.com>; Tom Davies <TDavies@h-dlaw.com>; Moran, Jody Wilner (Chicago) (Chicago) <MoranJ@jacksonlewis.com>; Watkins, Brittany (Chicago) (Chicago) <Brittany.Watkins@Jacksonlewis.com>
**Bcc:** Mary <mdj123197@aol.com>
**Subject:** Re: Madison v. Kenco
**Date:** Mon, Apr 3, 2017 11:50 pm

Good day,

I will apologize about your perception that the request is harassive and voluminous.

With that being said, my discovery was timely served. It meet the criteria for discovery. I am entitled to discovery from all defendants and just because you provided me with thousands of pages of documents that were capriciously and randomly placed in a box does not mean that it meets my established needs.

Furthermore, what you provided is only what was provided by myself and your client to the IDHR and EEOC; in which, I am in possession of and have tendered to you as well.

In addition, it is your ethical and fiduciary duty to tender discovery that is intended to be used at trial for the defense of your clients Kenco and Walsh. In the apps made manner and standards you required and that you held me too.

Moreover, per your request I catalogued and categorized each and every document that was sent to you and correlated it to your requests.

The documentation requested is a mere fraction of the information that was tendered to you. Therefore, in my opinion the request is not harassive, unreasonable, burdensome, or voluminous. As you should know or should know, your client has an extensive company policy list of well over 300 policies, excluding there subparts. Not to mention emails, correspondence and the like that are associated with this matter.

Furthermore, as indicated to you relevant documents were omitted and excluded from my personnel file that was tendered to the IDHR, EEOC and myself. With that being said, I am left with no other choice, but to exercise the rights afforded to me.

From your statement and your actions, should my takeaway be that this is the information that you intend to use at trial or is this part of some alternate judicial scheme that was not outlined as the course of action by the court. Please advise.

Moreover, it seems odd that after the discovery is well over due, this presence of mind emerges that the discovery is harassive and voluminous.

Since you cited regulations and authority relative to my discovery request, please identify and specify exactly how you derived at this presence of mind and relegate it to the proper and governing regulation and authority.

Thanks

sent from my iPad

On Apr 3, 2017, at 6:21 PM, "Argentieri, Julia P. (Chicago)" <Julia.Argentieri@jacksonlewis.com>
wrote:

> Ms. Madison-
> Please see the attached letter and let us know if you'd like to set up a time to discuss the
> discovery issues identified.
>
> Regards,
> Julie Argentieri
>
> Julia P. Argentieri
> Attorney at Law
> **Jackson Lewis P.C.**
> 150 North Michigan Avenue
> Suite 2500
> Chicago, IL 60601
> Direct: (312) 803-2533 | Main: (312) 787-4949
> Julia.Argentieri@jacksonlewis.com  |  www.jacksonlewis.com
> *Jackson Lewis P.C. is included in the 2016 rankings of the AmLaw 100 and Global 100 law
> firms.*
>
>
>
> Confidentiality Note: This e-mail, and any attachment to it, contains privileged and confidential information intended only for the
> use of the individual(s) or entity named on the e-mail. If the reader of this e-mail is not the intended recipient, or the employee or
> agent responsible for delivering it to the intended recipient, you are hereby notified that reading it is strictly prohibited. If you have
> received this e-mail in error, please immediately return it to the sender and delete it from your system. Thank you.

<Discovery Letter to Madison 040317.pdf>

# EXHIBIT I

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

MARY MADISON,                          )
                                       )
      Plaintiff,                       )
                                       )          Case No. 15-cv-2290-CSB-EIL
                                       )
    v.                                 )
                                       )
KENCO LOGISTIC SERVICES, et. al.,      )
                                       )
      Defendants.                      )

## DEFENDANT KENCO'S RESPONSES TO PLAINTIFF'S FIRST SET OF INTERROGATORIES

Pursuant to Rules 26 and 33 of the Federal Rules of Civil Procedure ("Fed R. Civ. P."), Defendant Kenco Logistics Services, LLC ("Defendant"/ "Kenco"), hereby responds and objects to Plaintiff's First Set of Interrogatories ("Interrogatories") as set forth below:

## GENERAL ANSWERS AND OBJECTIONS

Kenco incorporates the following answers and objections into each and every Interrogatory answer set forth below:

1.    In answering the following Interrogatories, Kenco will ascribe to terms the normal definitions given them under the normal rules of English vocabulary, usage, grammar, and syntax.

2.    Kenco objects to Plaintiff's Interrogatories to the extent they purport to impose obligations on Kenco that are broader than required by the Federal Rules of Civil Procedure.

3.    Kenco objects to Plaintiff's Interrogatories to the extent they are overly broad, unduly burdensome, and not proportional to Plaintiff's claims.

4.      Kenco objects to each Interrogatory to the extent it purports to require it to disclose information protected by the attorney-client privilege, the work product doctrine, or any other applicable privilege, or to the extent it unreasonably invades the privacy of non-parties to this action.

5.      Where, in response to a particular Interrogatory, Kenco identifies specific documents that are responsive, Kenco does not thereby represent or warrant that other documents may not also be responsive to the Interrogatory.

6.      Kenco objects to definition "C" because it is vague and ambiguous as to why "you/your" would refer to Plaintiff Mary Madison.

7.      Kenco's investigation of this matter is ongoing.  Kenco therefore reserves the right to supplement its responses to each and every interrogatory (or part of an interrogatory).

## <u>INTERROGATORIES</u>

1.      For all entities involved and herein defined, identify by name, address, position, title, and responsibility the person answering the below interrogatories and what part each person contributed to the answer.

**<u>RESPONSE:</u> Defendant objects to Interrogatory No. 1 to the extent that it seeks information that is privileged and because it is vague and ambiguous as to "for all entities involved and herein defined." Without waiving objections, answers were prepared by Counsel for Defendant with assistance from Jay Elliot, Vice President of Legal at Kenco, and reviewed/verified by Defendant.**

2.    For all entities involved and herein defined, identify in detail, state and provide the protocol, procedure, or policy that relates to corporate misconduct and how this policy, procedure or protocol was applied when Madison reported allegations of workplace hazards and violations, public safety hazards and violations, document falsification, and corporate fraud/embezzlement.

**RESPONSE: Defendant objects to Interrogatory No. 2 because it is overly broad, vague and ambiguous. Without waiving objections, Madison's job duties are listed on her job description, bates labeled Kenco 001731-001733. Her job duties included providing oversight for the warehouse's compliance with food and safety requirements. Madison received various standard policies from Kenco to use and expand upon in her role as a quality engineer. Kenco is not aware of Madison making any reports of workplace hazards and violations, public safety hazards and violations, document falsification, and corporate fraud/embezzlement.**

3.    For all entities involved and herein defined, identify in detail, state and provide the policies, procedures, protocols, and forms that correlate to the competencies listed, as well as, how these specific competencies were chosen that were listed on the Performance Improvement Plan (PIP) given to Mary Madison and in detail identify how each competency listed on the PIP given to Mary Madison related to the job duties and responsibilities of Madison, as a Quality Engineer, as well as, how each one cited was not met by Madison.

**RESPONSE: Defendant objects to Interrogatory No. 3 because it is overly broad, vague and ambiguous. Without waiving objections, Madison's Performance Improvement Plan was previously produced and is bates labeled Kenco 000021-000024. The competencies involved in her performance improvement plan are listed in detail on the documents, and can be compared to the job duties listed on her job description, bates labeled Kenco 001731-001733.**

4.    For all entities involved and herein defined, specifically in detail, state, identify and provide the specific policy, protocol, or procedure that correlates to the Performance Improvement Plan (PIP) given to Mary Madison, during the relative time, as well as, Defendant's

correlating Appendix F or A cataloguing the policy, protocol, or procedure according to Defendant's policies of QMS Documentation Policy - CPBP4.2.1.001, Document Control Policy-ISOBP4.2.3.001 and Document Change Notice form and log.

**RESPONSE: Defendant objects to Interrogatory No. 4 because it is overly broad, vague and ambiguous. Without waiving objections, Kenco's Policy CP-HR-6.2.2009 governed performance management of Exempt Employees, including Madison, while she was employed. A copy of this policy is bates labeled Kenco 001865-001869 and will be produced upon entry of a protective order.**

5.    For all entities involved and herein defined, specifically identify why the Performance Improvement Plan (PIP) did not conform to Defendant Kenco's Document Control Policy- ISOBP4.2.3.001, QMS Documentation Policy -CPBP4.2.1.001, Document Change Notice form and log- ISOBP4.2.3.00112 and Job Training and Certification Policy CP.QE.6.2.2.001.

**RESPONSE: Defendant objects to Interrogatory No. 5 because it is vague, ambiguous and argumentative. Without waiving objections, Madison's Performance Improvement Plan conformed to Kenco's practices and was not a violation of any policy.**

6.    For all entities involved and herein defined, specifically delineate why Defendant represented to the various regulatory agencies, including the IDHR and EEOC, that Madison's Project Plan and Business Continuity Plan were inferior, inept and/or wasted or dissipated business resources and specifically identify why these issues were not addressed in Madison's PIP.

**RESPONSE: Defendant objects to Interrogatory No. 6 because it is vague and ambiguous. Without waiving objections, the Business Continuity Plan is one of many examples of the performance problems exhibited which were identified in Madison's Performance Improvement Plan, including failing to communicate effectively, poor project management, interpersonal skills and insufficient communication with her**

chain of command. See Kenco 00021-Kenco 000024 for Madison's Performance Improvement Plan as well as Kenco 001746-Kenco 001846 for documents related to the Business Continuity Plan which will be produced upon entry of a protective order.

7.    For all entities involved and herein defined, specifically identify in detail the rules, regulations, protocols, procedures, and policies that Madison was to use as a standard or basis to implement the Quality Management System and bring conformity to the Mars Manteno Facility that Madison was hired to do.

**RESPONSE:** Defendant objects to Interrogatory No. 7 because it is overly broad, vague and ambiguous. Without waiving objections, implementation of the Quality Management System, including identifying improvements for new and current operations was one of Madison's basic job duties, as identified on her job description, Kenco 001731-001733. Madison received copies of existing Kenco policies but was expected not only to use them but to improve them, in her role as a Quality Engineer.

8.    For all entities involved and herein defined, specifically identify in detail what Defendant's Quality Management System was comprised of, why the system was in place, who was responsible for it on a corporate and site level, how it related to the operation and organization of Defendant Kenco and Mars, as well as, how it conformed to FDA compliance and regulations.

**RESPONSE:** Defendant objects to Interrogatory No. 8 because it is overly broad, vague and ambiguous. Without waiving objections, see Madison's job description, Kenco 001731-001733.

9.    For all entities involved and herein defined, specifically identify in detail the corporate and site level policies, procedures, protocols and forms, as well as, the various FDA Mandates and other CFR that were applicable to Madison executing the essential duties and functions of her position as the Quality Engineer.

**RESPONSE:** Defendant objects to Interrogatory No. 9 because it is overly broad, vague, and ambiguous. Without waiving objections, see answer to Interrogatory No. 8.

10.    For all entities involved and herein defined, specifically identify and state in detail why Madison's signed job description of July 2013, letter dated July 23, 2013, in response to Madison's PIP, and other correspondence were not included in Madison's personnel file that Defendant produced by email in February 2017, as well as, why Defendant did not keep Madison's personnel file in accordance with Defendant's Document Retention Personnel Files policy -BP.HR. 4.2.4.002, as well as, State and Federal Record Retention Policies.

**RESPONSE:** Defendant objects to Interrogatory No. 10 because it is overly broad, vague, ambiguous, and seeks information that is not relevant to a party's claims or defenses. Without waiving objections, Kenco retained Madison's personnel records in accordance with its policies. Madison's signed Performance Improvement Plan response is included in her personnel file. See Kenco 000024-000040. The job description in Madison's personnel file does not have a spot for a signature, see Kenco 001731-001733. Kenco 000020 is a signed document where Madison accepted the position of Quality Engineer.

11.    For all entities involved and herein defined, specifically identify and state in detail why Defendant Kenco indicated to the IDHR and EEOC under oath that Leonard Szplett had firsthand knowledge relative to Madison, but has not failed to list him as a witness for Defendant in this ongoing matter.

**RESPONSE:** Defendant objects to Interrogatory No. 11 because it is overly broad, vague and argumentative. Without waiving objections, Kenco has complied with its obligations under Fed. R. Civ. Pro. 26(a) and identified all individuals that Kenco intends to rely upon to support its claims or defenses.

12.    For all entities involved and herein defined, specifically identify, state and provide in detail why Defendant Kenco and its outside legal counsel, Karen Smith, interview Edith McCurry with regards to her firsthand knowledge relative to Madison's allegations, but failed to list her as a witness to the IDHR and EEOC as a witness, but instead listed Tammi Fowler.

**RESPONSE:** **Defendant objects to Interrogatory No. 12 because it is vague and argumentative. Without waiving objections, Kenco has complied with its obligations under Fed. R. Civ. Pro. 26(a) as well any obligations to identify witnesses to the EEOC and IDHR, and identified all individuals that Kenco intends to rely upon to support its claims or defenses.**

13.    For all entities involved and herein defined, specifically identify, state and provide the goals, objectives, competencies and timelines provided to Madison to perform and execute as the Quality Engineer, as well as, who provided these goals, objectives, competencies and timelines to Madison and how they were provided to Madison.

**RESPONSE:** **Defendant objects to Interrogatory No. 13 because it is overly broad, and vague. Without waiving objections, Madison's job goals were communicated to her at the time of her hire in her job description. Goals were reinforced and discussed with Madison frequently in email communications, meetings or via telephone. Madison's Performance Improvement Plan further identified her job objectives, and the areas in which she was not meeting her objectives. In addition, Kenco hired an outside consultant named Tracie Clifford to assist Madison with understanding and completing her job objectives.**

14.    For all entities involved and herein defined, specifically identify, state and provide the goals, objectives, competencies, warranties, covenants and timelines imposed upon Defendant Kenco from Defendant Mars, as it related to the Mars Manteno facilities compliance to annual Mars audit, quality and federal compliance.

**RESPONSE:** Defendant objects to Interrogatory No. 14 because it is overly broad, and vague. Without waiving objections, Madison's job goals were communicated to her by Kenco, not Mars, at the time of her hire and throughout her employment. See Kenco's answer to Interrogatory No. 13.

15.    For all entities involved and herein defined, identify and state in specific detail the overall rationale, infrastructure and reason for the Defendants (Kenco and Mars) quality management systems, individually and collectively, and how they interfaced, govern the employees, directly correlated to the terms and conditions of employee's employment and the operation of the facility.

**RESPONSE:** Defendant objects to Interrogatory No. 15 because it is vague, ambiguous, overly broad and seeks information that is not relevant to any party's claims or defenses. Without waiving objections, Mars did not govern the terms and conditions of employment for Kenco employees.

16.    For all entities involved and herein defined, identify, state in detail and provide the how the policies, procedures, protocols and forms are communicated to employees, who communicates them to the employees and the verification process to ensure that the policies, procedures, protocols were communicated to the employees.

**RESPONSE:** Defendant objects to Interrogatory No. 16 because it is vague, ambiguous, overly broad and seeks information that is not relevant to any party's claims or defenses. Without waiving objections, Kenco employees receive information about key policies at the time of hire, during orientation, as well as through periodic handouts, trainings, or other communications. Additionally, employees have access to Kenco's intranet where policies are maintained.

17.    Identify and state why every functional and operational aspect of the Mars Manteno facility and other Kenco managed facilities have quality management systems that include, but are not limited to: appendices, job descriptions, policies, procedures, protocols,

forms, and standard work associated with every aspect of the facility to address every function and operation within the facility.

**RESPONSE:** Defendant objects to Interrogatory No. 17 because it is vague, ambiguous, overly broad and unintelligible.

18.    Defendant stated under oath, in writing, to the IDHR and EEOC, that McCurry stated to Defendant's counsel that Plaintiff instructed McCurry not to do anything about what Plaintiff had reported. If Defendant's statement is true, explain in detail why Defendant refused to allow McCurry to authenticate her statement to the IDHR *and* EEOC during the investigation by listing McCurry as a witness for Defendant as it had the other non-black employees who were listed as witness with relevant knowledge.

**RESPONSE:** Defendant objects to Interrogatory No. 18 because it is argumentative, vague and ambiguous. Without waiving objections, McCurry did not inform Defendant's counsel that Madison complained about discrimination or harassment at any time. Kenco identified and supplied appropriate information to the IDHR and EEOC.

Dated: April 6, 2017

Respectfully submitted,
KENCO LOGISTIC SERVICES, LLC

By:_____
One of its Attorneys

Jody Wilner Moran
Julia Pearce Argentieri
Jackson Lewis P.C.
150 North Michigan Ave., Suite 2500
Chicago, Illinois  60601
Telephone: (312) 787-4949
moranj@jacksonlewis.com
julia.argentieri@jacksonlewis.com

## VERIFICATION

I, Jay Elliott, do hereby affirm under the penalty of perjury that the foregoing Defendant's answers and objections to Plaintiff's First Set of Interrogatories are true and correct to the best of my knowledge and belief.

Dated: 4/6/17

Jay Elliott
VP of Legal, Kenco

**CERTIFICATE OF SERVICE**

I, Julia P. Argentieri, the undersigned certifies that on April 6, 2017, I caused to be served true and correct copy of the foregoing **RESPONSES TO PLAINTIFF'S FIRST SET OF INTERROGATORIES** by causing a copy to be placed in the U.S. Mail, first-class postage prepaid, addressed as follows:

Mary Madison
9758 South Charles
Chicago, Illinois 60643

By: _____
One of the Attorneys for Defendant

IN THE UNITED STAPES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

MARY MADISON,                          )
                                       )
            Plaintiff,                 )
                                       )    Case No. 15-cv-2290-CSB-EIL
        v.                             )
                                       )
KENCO LOGISTIC SERVICES, et. al.,      )
                                       )
            Defendants.                )

## DEFENDANT'S RESPONSES AND OBJECTIONS TO PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO KENCO

Defendant Kenco Logistic Services, LLC ("Kenco"), by its attorneys, Jackson Lewis P.C., for its responses to Plaintiff's Requests for Production, states as follows:

Pursuant to Rules 26 and 34 of the Federal Rules of Civil Procedure ("Fed R. Civ. P."), Defendant Kenco Logistics Services, LLC ("Defendant"/ "Kenco"), hereby responds and objects to Plaintiff's Requests for Production of Documents as set forth below.

## GENERAL RESPONSES AND OBJECTIONS

Kenco incorporates the following response and objections into each and every REQUEST set forth below:

1.    In answering the following requests, Kenco will ascribe to terms the normal definitions given them under the normal rules of English vocabulary, usage, grammar, and syntax.

2.    Kenco objects to Plaintiff's requests to the extent they purport to impose obligations on Kenco that are broader than required by the Federal Rules of Civil Procedure or applicable local rules.

3.      Kenco objects to Plaintiff's requests to the extent they are overly broad, unduly burdensome, and not reasonably calculated to lead to the discovery of admissible evidence.

4.      Kenco objects to each request to the extent it purports to require it to disclose documents and information protected by the attorney-client privilege, the work product doctrine, or any other applicable privilege, or to the extent it unreasonably invades the privacy of non-parties to this action.

5.      Where, in response to a particular request, Kenco identifies specific documents that are responsive, Kenco does not thereby represent or warrant that other documents may not also be responsive to the request, or that the documents identified in response to the request are only responsive to the request referenced.

6.      Kenco's investigation of this matter is ongoing.  Kenco therefore reserves the right to supplement its responses to each and every Request for Production (or any portion thereof).

## DOCUMENT REQUESTS

1.      All diaries, journals, logs, or other recordings of events in Defendant's operations from May, 2013 to the present.

**RESPONSE:  Defendant objects to this request because it is overly broad and vague. Without waiving objections, none.**

2.      All documents relating to each and every civil and criminal proceeding, administrative proceeding (including but not limited to OSHA, FDA, and any other governing Regulatory agency), bankruptcy proceeding, and civil suit in which Defendant has been involved.

**RESPONSE: Defendant objects to this request because it is overly broad and not proportional to the needs of this litigation.**

3.      All written or recorded statements of witnesses regarding any of Plaintiff's claims against Defendant.

**RESPONSE: None.**

4.    Any and all commendations, performance management assessments, disciplinary actions, incentives and the like bestowed upon Plaintiff from defendant's records kept as a matter of ordinary business, as well as, in compliance with Defendant's certification and industry standards from May, 2013 to the present.

**RESPONSE: See Madison's personnel file, previously produced and bates labeled Kenco 000001-000040, including her Performance Improvement Plan bates labeled Kenco 000024-000040.**

5.    All documents relating to Plaintiff's job performance with Defendant.

**RESPONSE: See Kenco 00001-00001864, including Plaintiff's personnel file, job description, other documents and communications related to Plaintiff's job performance, and documents received in response to FOIA request from the EEOC related to Madison.**

6.    All documents relating to any action by Defendant took that you contend and legitimizes that there was a lawful employment action taken against Plaintiff.

**RESPONSE:  See Kenco 000001-000040, Madison's personnel file as well as Kenco 001734-001864, performance documents related to Madison.**

7.    All documents relating to Defendant providing and giving training to Plaintiff, including but not limited to: to who provided the training, as well as, the disposition of each training.

**RESPONSE: See Plaintiff's personnel file as well as other performance documents, bates labeled as Kenco 000001-000040 and Kenco 001734-001864.**

8.    Defendant's affirmative action plan

**RESPONSE: Defendant objects to this Request because it is overly broad and seeks information that is irrelevant.**

9.    All documents relating to any action by Defendant deemed necessary to facilitate any employment decision, whether favorable or unfavorable, that was amassed directly or indirectly to any incident, company and public policy infraction and or investigation(s), whether favorable or unfavorable.

**RESPONSE: Defendant objects to this Request because is vague and ambiguous.**

10.    All documents relating to any action by Defendant deemed necessary to facilitate any employment decision, whether favorable or unfavorable, that was amassed directly or indirectly to an incident, company and public policy infraction or investigation(s) Defendant contends that justified and supported a non-pretexted legitimate lawful reason to have placed Plaintiff on a Performance Improvement Plan, as well as, extending to Plaintiff inequitable terms and conditions of employment.

**RESPONSE:** **Defendant objects to this Request because is vague and ambiguous. Without waiving objections, see Madison's Performance Improvement Plan, bates labeled Kenco 000024-000040.**

11.    All documents relating to any action by Defendant deemed necessary to facilitate any employment decision, whether favorable or unfavorable, that was amassed directly or indirectly to an incident, company and public policy infraction or investigation(s) Defendant contends that justified and supported a non-pretexted legitimate lawful reason to have imposed upon Plaintiff inequitable terms and conditions of employment.

**RESPONSE:** **Defendant objects to this Request because it is overly broad and vague. Without waiving objections, see all documents produced by Defendant.**

12.    All documents relating to any action by Defendant deemed necessary to facilitate any employment decision, whether favorable or unfavorable, that was amassed directly or indirectly to an incident, company and public policy infraction or investigation(s) Defendant contends that justified and supported a non-pretexted legitimate lawful reason to have terminated Plaintiff.

**RESPONSE:** **Defendant objects to this Request because it is overly broad and vague. Without waiving objections, see all documents produced by Defendant.**

13.    All documents relating to your Defense that the Performance Improvement Plan (PIP) Plaintiff received was proper.

**RESPONSE:** **See Madison's Performance Improvement Plan, bates labeled Kenco 000024-000040.**

14.    All documents relating to your Defense that the Performance Improvement Plan (PIP) followed Defendant's policies, procedures, protocols, and forms.

**RESPONSE:** **See Madison's Performance Improvement Plan, bates labeled Kenco 000024-000040.**

15.    All documents relating to your Defense that the Performance Improvement Plan (PIP) followed Defendant's Quality Management System Documentation Policy-CP.BP.4.2.1.001 and Defendant's Control of Documents Policy- ISOBP4.2.3.001.

**RESPONSE:** **Madison's Performance Improvement Plan, bates labeled Kenco 000024-000040.**

16.    All documents relating to Plaintiffs allegations that Plaintiff did not complain to Human Resources about not being treated fairly.

**RESPONSE:** **Defendant objects to this Request because it is overly broad and vague. Without waiving objections, no such documents exist because Plaintiff did not make such a complaint.**

17.    All documents relating to Plaintiffs allegations that Plaintiff did complain to Human Resources about not being treated fairly.

**RESPONSE: Defendant objects to this Request because it is overly broad and vague. Without waiving objections, no such documents exist because Plaintiff did not make such a complaint.**

18.    All documents relating to Plaintiffs allegations that Plaintiff did complain to Corporate about being asked to engage in corporate misconduct.

**RESPONSE: Defendant objects to this Request because it is overly broad and vague. Without waiving objections, no such documents exist because Plaintiff did not make such a complaint.**

19.    All documents related to Plaintiff's allegation that Plaintiff was retaliated against by Defendant.

**RESPONSE: See Madison's personnel file and performance documents bates labeled Kenco 000001-000040 and Kenco 001734-001864 for documents reflecting that Madison's PIP and termination were non-retaliatory.**

20.    All documents related to Plaintiff's allegation that Plaintiff was not retaliated against by Defendant, but sanctioned, or progressively disciplined, or performance managed in a lawful non pretexted and non-discriminant manner according to Defendants company policies, procedures, and protocols listed in Defendant's Appendix F during the relative time.

**RESPONSE: See Madison's personnel file and performance documents bates labeled Kenco 000001-000040 and Kenco 001734-001864 for documents reflecting that Madison's PIP and termination were non-retaliatory.**

21.    Names, contact information, title, position, job function, and geographical location of all persons involved, as well as, the role played by each person in the adverse employment decision affecting Plaintiff, including, but not limited to the protocol, procedure, and policies, relating to the Plaintiff's employment abeyance, return to modified and non-modified work denial, who recommended the adverse employment decision, the metric, matrix, rational or company and public policy used in the recommendation.

**RESPONSE:  Defendant objects to this request because it does not seek documents as required by Fed. R. Civ. Pro. 34.**

22.    All documents provided by you or your agents to any expert witness, psychologist, psychiatrist, and/or physician you and your agents have consulted or retained in connection with this action.

**RESPONSE: Defendant objects to this request because it is vague and ambiguous. Without waiving objections, none.**

23.    All documents received from any expert witness, psychologist, psychiatrist, and/or physician you and your agents have consulted or retained in connection with this action.

**RESPONSE:  None.**

24.    All documents relating to any other employee of Defendants who you contend was/is similarly situated to Plaintiff, that was not a member of Plaintiffs protected classes *(i.e.,* was non-black, or female) and was treated more favorably than Plaintiff

**RESPONSE: None.**

25.    All documents relating to any other employee of Defendants who you contend was/is similarly situated to Plaintiff, that was not a member of Plaintiff's protected classes *(i.e.,* was non-black, or female) and was not treated more favorably than Plaintiff.

**RESPONSE: None.**

26.    All documents relating or in support of your defense against the allegations that Plaintiff was not racially harassed by being subjugated to unequal terms and conditions of employment.

**RESPONSE: See all documents produced by Defendant.**

27.    All documents relating or in support of your defense against the allegations that Plaintiff was not racially harassed by being subjugated to harsher discipline and scrutiny than non-blacks, specifically other non-black mangers or other similarly situated persons at the Mars Manteno Facility.

**RESPONSE: See all documents produced by Defendant.**

28.    All documents relating to any other employee of Defendants who you contend was/is similarly situated to Plaintiff, who did not engage in any protected activity, and was treated more favorably than Plaintiff.

**RESPONSE: None.**

29.    All documents relating to any other employee of Defendants who you contend was/is similarly situated to Plaintiff, who did engage in any protected activity, and was treated more favorably than Plaintiff

**RESPONSE: None.**

30.    All documents relating to whether Defendant's stated reasons for terminating Plaintiff was not a pretext for discrimination or retaliation.

**RESPONSE: See all documents produced by Defendant.**

31.    All documents relating to whether Defendant's stated reasons for taking any action against Plaintiff that Defendant believe was a lawful employment action was not a pretext for discrimination or retaliation.

**RESPONSE: See all documents produced by Defendant.**

32.    All documents from Plaintiff or on Plaintiff's behalf to defendant in support of being racially harassed including reports made from co-workers, to HR, management and the like.

**RESPONSE:  None.**

33.    All documents relating or in support of your defense against the allegations that Plaintiff was not retaliated against by being subjugated to harsher discipline and scrutiny than non-blacks, or non-black managers, or other similarly situated persons at the Mars Manteno Facility.

**RESPONSE: See all documents produced by Defendant.**

34.    All documents relating to your defense that Defendant did not engage in willful discrimination or retaliation.

**RESPONSE: See all documents produced by Defendant.**

35.    All documents from you relating to Plaintiff's allegations about misconduct, disparate and disparaging treatment made to management, including but not limited to Kelvin Walsh, former General Manager of the Mars Manteno facility, Edith McCurry former HR Administrator of the Mars Manteno facility, Leonard Szplett former HR/Accounting and Office Manager of the Mars Manteno Facility, Corporate, Kevin Moses, and the like.

**RESPONSE:  None.**

36.    All documents from you relating to or in support of your defense against the allegation that Plaintiff was not placed on a Performance Improvement Plan in retaliation for complaining about disparate treatment, workplace, public safety and compliance issues and hazards.

**RESPONSE: See all documents produced by Defendant.**

37.    All policies, procedures, and protocols from Defendant relating to or in support of Defendant's defense against the allegation that Plaintiff was not retaliated against.

**RESPONSE: See all documents produced by Defendant.**

38.    All policies, procedures, and protocols from Defendant relating to or in support of Defendant's defense against the allegation that Plaintiff was not discriminated against.

**RESPONSE: See all documents produced by Defendant.**

39.    All policies, procedures, and protocols from Defendant relating to or in support of Defendant's defense against the allegation that Plaintiff was not discriminated against because of Plaintiff's race.

**RESPONSE: See all documents produced by Defendant.**

40.    All policies, procedures, and protocols from Defendant relating to or in support of Defendant's defense against the allegation that Plaintiff was not discriminated against because of Plaintiff's gender.

**RESPONSE: See all documents produced by Defendant.**

41.    All documents that support that Defendant's upper management, beginning at Plaintiff's management level, is racially proportioned to blacks and non-blacks.

**RESPONSE:  Defendant objects to this Request because it is vague as Plaintiff was not a manager, and seeks information not relevant to any party's claims or defenses and not proportional to the needs of this litigation.**

42.    All documents that support that Defendant's upper management, beginning at Plaintiff's management level, is proportioned in gender to males and females.

**RESPONSE: Defendant objects to this Request because it is vague as Plaintiff was not a manager, and seeks information not relevant to any party's claims or defenses and not proportional to the needs of this litigation.**

43.    All documents from you relating to or in support of your defense against the allegation that Defendant did follow company or public policy as it performance management policies, equal terms and conditions of employment, investigation and incident reporting policies, procedures, and protocols.

**RESPONSE: Defendant objects to this Request because it is vague and overly broad.**

44.    All covenants, agreements, contracts, work instructions and the like between Kenco Logistics and MARS, Inc., including but not limited to:

  a.  SOW Requirements

  b.  WERC Best Practices Assessment Documents

  c.  Management agreement between Kenco and MARS, Inc.

  d.  MARS, Inc. Warehouse and distribution manual used in the governance of the Mars Manteno facility

  e.  Mars Manteno operating structure and budget

  f.  Mars and Kenco Termination agreement of 2015

**RESPONSE: Defendant objects to this Request because it is vague and overly broad and seeks information not relevant to any party's claims or defenses and not proportional to the needs of this litigation.**

45.    All reporting structures and reporting mechanisms of Kenco Logistics to MARS, Inc. including, but not limited to: organizational charts, as well as, the timeline, the name, contact information and position of persons listed within that scheme.

**RESPONSE: Defendant objects to this Request because it is vague and overly broad and seeks information not relevant to any party's claims or defenses and not proportional to the needs of this litigation.**

46.    The names and types of any and all company certifications, endorsements and/or affiliations, such as, but not limited to ISO Certification.

**RESPONSE: Defendant objects to this Request because it is vague and overly broad and seeks information not relevant to any party's claims or defenses and not proportional to the needs of this litigation. .**

47.    The name, address and telephone of Defendant's ISO 9001 registrar.

**RESPONSE: Defendant objects to this Request because it does not seek documents as required by Fed. R. Civ. Pro. 34 and seeks information not relevant to any party's claims or defenses and not proportional to the needs of this litigation.**

48.    Any and all company policy, procedures, form and the like listed on Appendix F from April 2013 to August 2013, including but not limited to each revision, as well as, the other corresponding Appendices, A, B, C, D, & E, including but not limited to each revision, as it relates to Corporate and Mars Manteno site changes that are properly executed according to company policy.

**RESPONSE: Defendant objects to this Request because it is vague and overly broad and seeks information not relevant to any party's claims or defenses and not proportional to the needs of this litigation.**

49.    All documents relating to Defendant's defense against the allegation that Defendant did not follow company and public policy as it relates to intentional, wanton, willful and woeful discrimination or retaliation.

**RESPONSE: See all documents produced by Defendant.**

50.    All documents Defendant has relating to Plaintiff not being entitled to any claim for damages based on emotional distress.

**RESPONSE: See all documents produced by Defendant.**

51.    All documents relating to Defendant's defense against the allegation that Defendant did not administer harsher discipline and scrutiny to African-Americans and others who opposed disparate and disparaging treatment and impact, including, but not limited to Opportunity for Improvement, Performance Management, Performance Improvement Plans, employment abeyance, suspension, termination and the like.

**RESPONSE: See all documents produced by Defendant.**

52.    Any and all Exception forms *CP-QE-4.2.1.001-2* executed from May of 2013 until September 2103, as well as, the supporting business cases, as it relates to Corporate and Mars Manteno site changes that are properly executed according to company policy.

    a.   Exception forms generated at the Mars Manteno facility from April 2013 through September 2013.

    b.   Approved exception forms generated at the Mars Manteno facility April 2013 through September 2013.

    c.   Business cases associated with the approved exception forms generated at the Mars Manteno facility April 2013 through September 2013.

    d.   Associated logs to policy *CP-QE-4.2. 1.001*

**RESPONSE: Defendant objects to this Request because it is vague and overly broad and seeks information not relevant to any party's claims or defenses and not proportional to the needs of this litigation.**

53.    Any and all Controlled copy distribution forms executed from May of 2013 to September 2013, as it relates to the Mars Manteno Facility that are properly executed according to company policy.

**RESPONSE: Defendant objects to this Request because it is vague and overly broad and seeks information not relevant to any party's claims or defenses and not proportional to the needs of this litigation.**

54.    Any and all incident reports and forms taken, completed and/or effectuated from May of 2013 to September 2013, as it relates to the Mars Manteno Facility.

**RESPONSE: Defendant objects to this Request because it is vague and overly broad and seeks information not relevant to any party's claims or defenses and not proportional to the needs of this litigation.**

55.    The log(s) of all incident reports and forms taken, completed and/or effectuated from December 2013 to September 2013, as it relates to the Mars Manteno Facility.

**RESPONSE: Defendant objects to this Request because it is vague and overly broad and seeks information not relevant to any party's claims or defenses and not proportional to the needs of this litigation.**

56.    My and all complaints filed by other MARS Manteno employees regarding disparate and disparaging treatment and impact.]

**RESPONSE: Defendant objects to this Request because it is vague, overly broad and seeks information that is not relevant to any party's claims or defenses and not proportional to the needs of this litigation.**

57.    Any and all exit interviews for Mars Manteno employees.

**RESPONSE: Defendant objects to this Request because it is overly broad and seeks information that is not relevant to any party's claims or defenses and not proportional to the needs of this litigation.**

58.    A list of all previous Mars Manteno employees, including name, contact information, title, and the like.

**RESPONSE: Defendant objects to this Request because it does not seek documents as required by Fed. R. Civ. Pro. 34.**

59.    All documents relating to or in support of your defense that Defendant was compliant with Title VII.

**RESPONSE: See all documents produced by Defendant.**

60.    All documents relating to or in support of your defense that Defendant was compliant with 42 U.S.C. 1981 and 1985.

**RESPONSE: See all documents produced by Defendant.**

61.    All documents relating to or in support of your defense that Defendant or Defendant's agents did not in any way conspire against Plaintiff's protected rights.

**RESPONSE: See all documents produced by Defendant.**

62.    All documents relating to Defendant's defense that Plaintiff has not suffered or will not continue to suffer a loss of earnings.

**RESPONSE: See all documents produced by Defendant.**

63.    All documents relating to Defendant's defense that Plaintiff is not entitled to general and compensatory damages in this action.

**RESPONSE: See all documents produced by Defendant.**

64.    All documents relating to Defendant's defense that Plaintiff is not entitled to punitive or exemplary damages in this action.

**RESPONSE: See all documents produced by Defendant.**

65.    All documents relating to Defendant's defense that Plaintiff has not suffered any monetary damages as a result of Defendant's conduct.

**RESPONSE: See all documents produced by Defendant.**

66.    All documents relating to Defendant's defense that Plaintiff has not suffered any non-monetary damages as a result of Defendant's conduct.

**RESPONSE: See all documents produced by Defendant.**

67.    All documents that were identified in or are responsive to Plaintiffs First Set of Interrogatories to Plaintiff

**RESPONSE: None, outside of what has already been produced.**

68.    All documents that were reviewed in preparation of Defendant's responses to Defendant's First Set of Interrogatories to Plaintiff.

**RESPONSE: See all documents produced by Kenco.**

69.    All documents that Defendant believes tend to substantiate Defendant's Defense.

**RESPONSE: See all documents produced by Kenco.**

70.    Any and all written or recorded statements of witnesses regarding any of Plaintiffs claims against Defendant, including, but not limited to those that either support or refute Plaintiff's allegations.

**RESPONSE: None.**

71.    Any and all comparable persons, including temporary and permanent employees, subjected to being denied the opportunity to exercise their protected rights, as well as, the enforcement of company policy after any violation of public and company policy, but not limited to the: date, time, name contact information, title, position, policy effectuated to facility this decision, the decision makers, and the exception form and business case, if applicable, as well as, the terms and conditions imposed.

**RESPONSE: Defendant objects to this request because it does not seek documents as required by Fed. R. Civ. Pro. 34.**

72.    Any and all comparable persons or employees of the Mars Manteno Facility, including temporary and permanent employees, subjected to adverse employment decisions, being punished, sanctioned, reprimanded, terminated for the exercising any of their protected rights in any capacity, as well as, the enforcement of company policy after any violation of public and/or company policy, including but not limited to the: date, time, name contact information, title, position, policy effectuated to facility this decision, the decision makers, and the exception form and business case, if applicable, as well as, the terms and conditions imposed.

**RESPONSE: Defendant objects to this request because it does not seek documents as required by Fed. R. Civ. Pro. 34.**

73.    Any and all company policies related to termination.

**RESPONSE: Defendant objects to this Request because it is overly broad, vague and not proportional to the needs of the litigation. Without waiving objections, policy CP-HR-6.2.2.009, performance management for exempt employees is bates labeled Kenco 001865-Kenco 001869.**

74.    Any and all company policies related to performance management of any kind.

**RESPONSE: Defendant objects to this Request because it is overly broad, vague and not proportional to the needs of the litigation. Without waiving objections, policy CP-HR-6.2.2.009, performance management for exempt employees is bates labeled Kenco 001865-Kenco 001869.**

75.    Any and all company policies related to training.

**RESPONSE: Defendant objects to this Request because it is overly broad, vague and seeks information not relevant to any party's claims or defenses and not proportional to the needs of this litigation.**

76.    Any and all company policies related to Defendant's Quality Management System.

**RESPONSE: Defendant objects to this Request because it is overly broad, vague and seeks information not relevant to any party's claims or defenses and not proportional to the needs of this litigation.**

77.    Any and all organizational charts, including, but not limited to names and titles of persons listed by position, timeline and geographical location.

    a.  Corporate
    b.  Mars Manteno site
    c.  MARS, Inc. North America including distribution Network

**RESPONSE: Defendant objects to this Request because it is vague and incomprehensible and seeks information not relevant to any party's claims or defenses and not proportional to the needs of this litigation.**

78.    The Index of Quality Records as it relates to Appendix A, B, C, D, E, & F, according to company policy and ISO 9001:2008 standards.

**RESPONSE: Defendant objects to this Request because it is overly broad, vague and seeks information that is not relevant to any party's claims or defenses and not proportional to the needs of the litigation.**

79.    The Master list of all controlled documents from Appendix A, B, C, D, E, & F, according to company policy and 150 9001:2008 standards.

**RESPONSE: Defendant objects to this Request because it is overly broad, vague and seeks information that is not relevant to any party's claims or defenses and not proportional to the needs of the litigation.**

80.    The policy relating to the Distribution of Controlled documents according to company policy and ISO 9001:2008 standards.

**RESPONSE:** Defendant objects to this Request because it is overly broad, vague and seeks information that is not relevant to any party's claims or defenses and not proportional to the needs of the litigation.

81.    The various Retention times for all Records kept according to ISO 9001:2008 standards and company policy; including but not limited to: policies, procedures, protocols and the like inclusive of titles and document numbers.

**RESPONSE:** Defendant objects to this Request because it is overly broad, vague and seeks information that is not relevant to any party's claims or defenses and not proportional to the needs of the litigation.

82.    The archive location of all records kept in compliance to Appendix A, B, C, D, E, & F according to ISO 9001:2008 standards and company policy.

**RESPONSE:** Defendant objects to this request because it does not seek documents as required by Fed. R. Civ. Pro. 34 and seeks information that is not relevant to any party's claims or defenses.

83.    All Kenco connection updates from 2013 through September 2013; including but not limited to the catalogued and documented changes.

**RESPONSE:** Defendant objects to this Request because it is overly broad, vague and seeks information that is not relevant to any party's claims or defenses and not proportional to the needs of the litigation.

84.    The required and company mandated signature verification logs correlated to the policies, protocols and procedures Madison was informed and trained on relevant to all related and imposed policies, procedures, and protocols instituted and the Mars Manteno facility, as well as, other Top Tier documents.

**RESPONSE:** Defendant objects to this Request because it is overly broad, vague and seeks information that is not relevant to any party's claims or defenses and not proportional to the needs of the litigation.

85.    The policy that relates to the Best Practice Audit assessment of the Mars Manteno Facility from April 2013 through September 2013.

**RESPONSE:** Defendant objects to this Request because it is overly broad, vague and seeks information that is not relevant to any party's claims or defenses and not proportional to the needs of the litigation.

86.    Any and all the Audit Findings, root cause and corrective actions for Audits of the Mars Manteno Facility.

**RESPONSE:** Defendant objects to this Request because it is overly broad, vague and seeks information that is not relevant to any party's claims or defenses and not proportional to the needs of the litigation.

87.   Roles and responsibilities of each employee of the MARS, Inc. Manteno facility, as it relates to company policy and in accordance with the ISO 9001:2008 standards.

**RESPONSE: Defendant objects to this request because it does not seek documents as required by Fed. R. Civ. Pro. 34 and seeks information that is not relevant to any party's claims or defenses.**

88.   All documents that Defendant believes tend to commemorate, memorialize, reiterate, support, reinforce, or the use of any adjective thereof the allegations asserted in the Complaint.

**RESPONSE: None.**

89.   Any and all persons comparable or not who were given the exception or the opportunity to not be subject to company and public policy, whether temporary or full time employees including, but not limited to the: date, time, name contact information, title, position, policy effectuated to facility this decision, the decision makers, and the exception form and business case, if applicable, as well as, the terms and conditions imposed.

**RESPONSE: Defendant objects to this request because it does not seek documents as required by Fed. R. Civ. Pro. 34.**

90.   Any and all persons comparable or not subjected, relative to not being afforded the opportunity to have an investigation conducted per company policy, that included the alleged participant, take place before an adverse employment decision was effectuated while being either a temporary or full time tenured or non-tenured employee including, but not limited to: date, time, name, gender, contact information, the decision makers, and the exception form and business case, if applicable, and the terms and conditions imposed.

**RESPONSE: Defendant objects to this request because it does not seek documents as required by Fed. R. Civ. Pro. 34.**

91.   Any and all comparable persons subjected to the adverse employment decisions of suspension, for committing egregious violations or any violation of company and/or public policy, including but not limited to life threatening actions while being a full time tenured or non-tenured employee including, but not limited to the: date, time, name, race, gender, contact information, title, position, policy effectuated to facility this decision, the decision makers, and the exception form and business case, if applicable and the terms and conditions imposed.

**RESPONSE: Defendant objects to this request because it does not seek documents as required by Fed. R. Civ. Pro. 34.**

92.   Any and all comparable persons subjected to any adverse employment decision of disciplinary actions, for committing egregious violations or any violation of company and/or public policy, including but not limited to life threatening actions while being a full time tenured or non-tenured employee including, but not limited to the: date,

time, name, race, gender, contact information, title, position, policy effectuated to facility this decision, the decision makers, and the exception form and business case, if applicable and the terms and conditions imposed.

**RESPONSE:** **Defendant objects to this request because it does not seek documents as required by Fed. R. Civ. Pro. 34.**

93.    Any and all comparable persons who were subjected to deviation of company policy, as it relates to discipline and the escalation thereof while being a temporary or full time tenured or non-tenured employee including, but not limited to the: date, time, name, race, gender, contact information, title, position, policy effectuated to facility this decision, the decision makers, and the exception form and business case, if applicable and the terms and conditions imposed.

**RESPONSE:** **Defendant objects to this request because it does not seek documents as required by Fed. R. Civ. Pro. 34.**

94.    Any and all other persons having filed informal and formal complaints against Kenco Logistics, MARS, Inc. and/or a combination there of, with any governing agency internally or externally, as well as, the circumstance or bias of each complaint.

**RESPONSE:** **Defendant objects to this request because it does not seek documents as required by Fed. R. Civ. Pro. 34.**

95.    The policy and the form that directly relates to exception and or deviations from the policy, procedure, protocol and the like according to company policy from including but not limited to: any updates in their entirety.

**RESPONSE:** **Defendant objects to this Request because it is overly broad, vague and seeks information that is not relevant to any party's claims or defenses and not proportional to the needs of the litigation.**

96.    The policy related to human resource/employment law curriculum and training policy.

**RESPONSE:** **Defendant objects to this Request because it is vague and seeks information that is not relevant to any party's claims or defenses and not proportional to the needs of the litigation.**

97.    A copy of Mars Manteno Special Statement of Understanding and any associated policy and documents related to this SSOU.

**RESPONSE:** **Defendant objects to this Request because it is overly broad, vague and seeks information that is not relevant to any party's claims or defenses and not proportional to the needs of the litigation.**

98.    Employment policies, such as but not limited: general employment, harassment, work place violence, performance management, ethics, Opportunity for Improvement, and the like.

**RESPONSE:** Defendant objects to this Request because it is overly broad, vague and seeks information that is not relevant to any party's claims or defenses and not proportional to the needs of the litigation.

99.    The name of the responsible person for record keeping during the relevant times specific to each appendix, at site and corporate level, as well as, their contact information; including, but not limited to telephone number, email and address.

**RESPONSE:** Defendant objects to this request because it does not seek documents as required by Fed. R. Civ. Pro. 34 and seeks information that is not relevant to any party's claims or defenses.

100.    The name of the Quality Engineer /Coordinator who replaced Plaintiff.

**RESPONSE:** Defendant objects to this request because it does not seek documents as required by Fed. R. Civ. Pro. 34 and seeks information that is not relevant to any party's claims or defenses.

101.    Kenco Corporate Responsibility report, including but not limited to: 2010 and any new releases relevant to the years 2013 to 2015.

**RESPONSE:** Defendant objects to this Request because it is overly broad, vague and seeks information that is not relevant to any party's claims or defenses and not proportional to the needs of the litigation.

102.    Copies of the employee New Hire book relative to 2013.

**RESPONSE:** Defendant objects to this Request because it is overly broad, and seeks information that is not relevant to any party's claims or defenses and not proportional to the needs of the litigation.

103.    Personnel manuals of any sort corporate or site level.

**RESPONSE:** Defendant objects to this Request because it is overly broad, vague and seeks information that is not relevant to any party's claims or defenses and not proportional to the needs of the litigation.

104.    Documentation to the geographical location and/or proximity to Mars Manteno of the witnesses proffered by Defendant during the relative times.

**RESPONSE:** Defendant objects to this request because it is vague, overly broad and seeks information that is not relevant to any party's claims or defenses and not proportional to the needs of the litigation.

105.    All documents Defendant may offer into evidence or use at trial in this case.

**RESPONSE:** See all documents produced by Defendant.

106.  To the extent not already encompassed within any of the foregoing document requests, all documents that Defendant has provided to third parties that refer or relate to Plaintiffs employment with Defendant, or that otherwise refer or relate to Defendant's defense against Plaintiffs allegations against Defendant.

**RESPONSE: See all documents produced by Kenco.**

107.  To the extent not already encompassed within any of the foregoing document requests, all documents that Defendants has received from third parties that refer or relate to Plaintiffs employment with Defendant, or that otherwise refer or relate to her allegations against Defendant.

**RESPONSE: See documents produced by IDHR and EEOC in response to FOIA, Kenco 000041-001724.**

108.  Any and all documents relating to any communications, including electronic, any digitized, internet or online communication, posting, response to posting, update, response to update, comment, response to comment, e-mail, instant message, text messages, voice mail message, Kenco and Mars Computer Servers, Kenco Connection, MARS, Inc. and any of its agents, emails, word processing files, pictures, databases, data files, and archives files, regardless of whether the information is contained on servers, laptop and desktop computers, back-up tapes, home and personal computers, disks, CDs, zip drives, and handheld devices including but not limited to: cellular phones and/or "smart" phones, iPads, Blackberry devices, or any other form of personal electronic device. It also includes all posts, messages or other communications through any form via social media, including but not limited to: Facebook, Twitter message or tweet, LinkedIn, or Snapchat between Defendant, its agents, and any person, including but not limited to MARS, Inc., its agents, its employees, Kenco Logistics, The Kenco Group, Karen Smith, Tammi Fowler, Matthew Chick, Edith McCurry, Leonard Spzlett, Kelvin Walsh, Mike Manzello, Robert Coffey, Michelle Hisey, Paula Hise, Kevin Moses, Trace Clifford, Jason Pendleton, Laveppia Brown, The Illinois Department of Human Rights, EEOC, current or former coworkers, colleagues, acquaintances, and strangers, that relate to Defendant, Plaintiffs employment with Defendant, or in defense or in support against the allegations of Plaintiff's claims against Defendant.

  a.  As well as, other subjects that include, but are not limited to: alleged work place infractions, incidents, inadequacies, ineptness, infractions, misconduct, performance management, policies, procedures, protocols; including but not limited to: Opportunity for Improvement (OFI), disciplinary actions including but not limited to progressive disciplinary steps-verbal, first (1st), second (2nd), Final (P) and termination steps either concert, combination or independently to the aforementioned persons.

  b.  In addition, any emails regarding investigation of any work place infractions by any of the aforementioned persons or other persons involved in said investigations relative to any portion of the investigation frocause analysis to the final disposition to the corrective and preventive actions, as well as, emails from Madison or on the behalf of Madison to any of the aforementioned

persons or entities either concert, combination or independently to the aforementioned persons.

c.  Any request for leave of absences of any kind, any correspondence by any agent on behalf of Madison, and/or any complainants or suggestions, implicitly or explicitly, to the various instances of subjugation of disparate and disparaging treatment and impact towards Madison made in either concert, combination or independently to the aforementioned persons.

d.  In addition, any emails, mailings, written correspondence of any kind, facsimiles, logs, quality management systems required documentation, incident reports, corrective and preventative action reports, root cause analysis, OSHA and safety log, Quality Engineer or Coordinator monthly report and the like regarding investigation of any work place infractions by any of the aforementioned persons or other persons involved in said investigations relative to any portion of the investigation from the root cause analysis to the final disposition to the corrective and preventive actions, as well as, emails from Madison or on the behalf of Madison to any of the aforementioned persons or entities.

e.  In addition, any emails, mailings, written correspondence of any kind, facsimiles, logs, quality management systems required documentation, incident reports, corrective and preventative action reports, root cause analysis, OSHA and safety log, Quality Coordinator monthly report and the like regarding drug and diabetic testing relating to Madison or issued by Madison.

**RESPONSE:** Defendant objects to this request because it is overly broad, vague and seeks information that is not relevant to any party's claims or defenses and not proportional to the needs of the litigation.

109.  Information forwarded to regulatory agencies regarding Madison complaints

IDHR
1.  Position Statements
2.  Verified Response
3.  Exhibits
4.  All other correspondence regarding complaints including but not limited to eeo report, disciplinary comparables, and the like
5.  Emails

EEOC
1.  Position Statements
2.  Verified Response
3.  Exhibits

4.    All other correspondence regarding complaints including but not limited to eeo report, disciplinary comparables, and the like

5.    Emails

**RESPONSE:** See Kenco 000079-001724, EEOC and IDHR FOIA response documents.

110.    Names, addresses, and pertinent information of witnesses relevant to defendant. All documents containing or referencing the profit and loss of Defendant, as well as, the name of Defendant's insurance carrier(s) for Defendant's general liability insurance, umbrella and its directors and officers liability policies.

**RESPONSE: Defendant objects to this request because it does not seek documents as required by Fed. R. Civ. Pro. 34.**

111.    Any proffering's to any agency or person relating to the allegations waged by Madison against Kenco-Mars.

**RESPONSE: Defendant objects to this Request because it is vague and ambiguous.**

112.    Comparable disciplinary measures and actions instituted on non-African Americans or those who did not oppose such disparate and disparaging treatment and impact upon Madison and others.

**RESPONSE: Defendant objects to this Request because it is vague, overly broad and seeks information that is not relevant to any party's claims or defenses and not proportional to the needs of this litigation.**

113.    The specific policy that was used as a weighted measure or metric to rank competencies, offenses, infractions, and violations of company policy against one another, as well as, the policy that also determined the use of the performance improvement plan for Madison.

**RESPONSE: Defendant objects to this Request because it is vague and ambiguous.**

114.    All documents that support that Defendant did not obstruct the administration of justice when Defendant's outside legal counsel made blatant mistruths and misleading statements to the IDHR and EEOC with regard to Edith McCurry.

**RESPONSE: Defendant objects to this Request because it is argumentative seeks information that is not relevant to any party's claims or defenses.**

115.    All documents that support that Defendant did not obstruct the administration of justice when Defendant's outside legal counsel made blatant mistruths and misleading statements to the IDHR and EEOC with regard to alleged performance issues of Madison, including, but not limited to Madison's Project Plan and Business Continuity Plan.

**RESPONSE: Defendant objects to this Request because it is argumentative and seeks information that is not relevant to any party's claims or defenses.**

116.    All documents that support that Defendant did not conspire against to commit fraud the administration of justice when Defendant's outside legal counsel made blatant mistruths and misleading statements to the IDHR and EEOC with regard to Edith McCurry.

**RESPONSE: Defendant objects to this Request because it is argumentative and seeks information that is not relevant to any party's claims or defenses.**

117.    All Documents that support that Defendant did not conspire to commit fraud against the administration of justice when Defendant's outside legal counsel made blatant mistruths and misleading statements to the IDHR and EEOC with regard to alleged performance issues of Madison, including but not limited to Madison's Project Plan and Business Continuity Plain that were not cited or contained in Madison's PIP.

**RESPONSE: Defendant objects to this Request because it is argumentative.**

118.    All documents that support that Defendant did not perjure itself when Defendant's outside legal counsel made blatant mistruths and misleading statements to the IDHR and EEOC with regard to Edith McCurry.

**RESPONSE: Defendant objects to this Request because it is argumentative.**

119.    All documents that support that Defendant did not perjure its self when Defendant's outside legal counsel made blatant mistruths and misleading statements to the IDHR and EEOC with regard to the alleged performance issues of Madison, including, but not limited to Madison's Project Plan and Business Continuity Plan that were not cited or contained in Madison's PIP.

**RESPONSE: Defendant objects to this Request because it is argumentative.**

120.    All documents that support that Defendant did not conspire to obstruct the administration of justice when Defendant's Tammi Fowler appeared as a witness postulating herself as viable material witness, with firsthand knowledge, to the IDHR and EEOC during the exhaustive Administrative process.

**RESPONSE: Defendant objects to this Request because it is argumentative.**

121.    All documents that support that Defendant did not attempt to commit fraud upon the court when Defendant's outside legal counsel intentionally and willfully made blatant mistruths and misleading statements made to the IDHR and EEOC under oath.

**RESPONSE: Defendant objects to this Request because it is argumentative.**

122.    All documents that support that Defendant did not attempt to commit fraud upon the court when Defendant's outside legal counsel intentionally and willfully materially altered statements from Edith McCurry as it relates to reporting of disparate and disparaging treatment and impact from Madison to McCurry.

**RESPONSE:** Defendant objects to this Request because it is argumentative.

123.    All documents that support that Defendant did not attempt to commit fraud upon the court when Defendant's outside legal counsel intentionally and willfully intentionally omitted Edith McCurry as material witness for Defendant relating to reporting of disparate and disparaging treatment and impact from Madison to McCurry.

**RESPONSE:** Defendant objects to this Request because it is argumentative.

124.    All documents that support that Defendant did not attempt to commit fraud upon the court when Defendant's outside legal counsel intentionally and willfully intentionally mischaracterized Edith McCurry as a mere clerk that was unable to receive any reports of disparate and disparaging treatment and impact on Defendants behalf from Madison.

**RESPONSE:** Defendant objects to this Request because it is argumentative.

125.    All documents that support that Defendant did not tamper or destroy with evidence in the obstruction of the administration of justice when Defendant supplied fraudulent documents to the IDHR and EEOC during the exhaustive Administrative process.

**RESPONSE:** Defendant objects to this Request because it is argumentative.

126.    All documents that support that Defendant did not violate the protected rights of Plaintiff.

**RESPONSE:** Defendant objects to this Request because it is argumentative.

127.    postulated Defendant's in house attorney to be viable material witness to the IDHR and EEOC during the exhaustive Administrative process.

**RESPONSE:** Defendant objects to this Request because it is vague, incomprehensible and argumentative.

128.    All documents and communications gathered and sent by Karen Smith on behalf of Defendant, as it relates to Plaintiffs allegations.

**RESPONSE:** Defendant objects to this Request on the grounds that it seeks documents protected by the attorney-client privilege or work product doctrine.

129.    All documents you or your agents have submitted to any federal, state or local government agency relating to any of the allegations in the Complaint.

**RESPONSE: See Kenco 000079-001724, EEOC and IDHR FOIA response documents.**

130.    All documents you contend constitute or contain admissions against interest by Defendant.

**RESPONSE: None.**

131.    All documents you contend constitute or contain admissions against interest by Plaintiff.

**RESPONSE: None.**

132.    All pages of any social media site (e.g., Facebook, MySpace, Linkedin, a blog, etc.) to which you have subscribed and/or maintained from May, 2013 to the present and in which you discuss anything related to Plaintiffs employment with Defendant, or Plaintiff's claims against Defendant or Defendant's Defense against Plaintiff s allegations against Defendant.

**RESPONSE: None.**

133.    All documents relating to any communications, including electronic, internet or online communication, posting, response to posting, update, response to update, comment, response to comment, e-mail, instant message, text message, voice mail message, twitter message or tweet, between you and any person, including but not limited to your friends, family, neighbors, current or former co-workers, colleagues, acquaintances, and strangers, that relate to Defendant, your employment with Defendant, or your claims against Defendant.

**RESPONSE: Defendant objects to this request because it is overly broad and not proportional to the needs of the litigation.**

134.    All other documents (not otherwise produced) identified in, or to be identified in, Plaintiffs disclosures to Defendant under Rule 26(a)(1) of the Federal Rules of Civil Procedure.

**RESPONSE: See all documents produced by Kenco.**

Dated: April 6, 2017

Respectfully submitted,
KENCO LOGISTIC SERVICES, LLC

By: _____
One of its Attorneys

Jody Wilner Moran
Julia Pearce Argentieri
Jackson Lewis P.C.
150 North Michigan Ave., Suite 2500
Chicago, Illinois 60601
Telephone: (312) 787-4949
moranj@jacksonlewis.com
julia.argentieri@jacksonlewis.com

## CERTIFICATE OF SERVICE

I, Julia P. Argentieri, the undersigned certifies that on April 6, 2017, I caused

to be served true and correct copy of the foregoing **RESPONSE TO PLAINTIFF'S**

**FIRST REQUEST FOR PRODUCTION OF DOCUMENTS** by causing a copy to

be placed in the U.S. Mail, first-class postage prepaid, addressed as follows:

Mary Madison
9758 South Charles
Chicago, Illinois 60643

By: _____
One of the Attorneys for Defendant

# EXHIBIT J

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

MARY MADISON,                          )
                                       )
Plaintiff,                             )
                                       )        Case No. 15-cv-2290-CSB-EIL
v.                                     )
                                       )
KENCO LOGISTIC SERVICES, et. al.,      )
                                       )
Defendants.                            )

### DEFENDANT KELVIN WALSH'S ANSWERS AND OBJECTIONS TO PLAINTIFF'S FIRST SET OF INTERROGATORIES

Defendant Kevin Walsh ("Walsh"), by his attorneys, Jackson Lewis P.C., for his answers to Plaintiff's First Set of Interrogatories, states as follows:

### GENERAL ANSWERS AND OBJECTIONS

Walsh incorporates the following answers and objections into each and every Interrogatory answer set forth below:

1.    In answering the following Interrogatories, Walsh will ascribe to terms the normal definitions given them under the normal rules of English vocabulary, usage, grammar, and syntax.

2.    Walsh objects to Plaintiff's Interrogatories to the extent they purport to impose obligations on Walsh that are broader than required by the Federal Rules of Civil Procedure.

3.    Walsh objects to Plaintiff's Interrogatories to the extent they are overly broad, unduly burdensome, and not proportional to Plaintiff's claims.

4.    Walsh objects to each Interrogatory to the extent it purports to require it to disclose information protected by the attorney-client privilege, the work product doctrine, or any other applicable privilege, or to the extent it unreasonably invades the privacy of non-parties to this action.

5.    Where, in response to a particular Interrogatory, Walsh identifies specific documents that are responsive, Walsh does not thereby represent or warrant that other documents may not also be responsive to the Interrogatory.

6.    Walsh's investigation of this matter is ongoing. Walsh therefore reserves the right to supplement its responses to each and every interrogatory (or part of an interrogatory).

## INTERROGATORIES

1.    For all entities involved and herein defined, identify by name, address, position, title, and responsibility the person answering the below interrogatories and what part each person contributed to the answer.

**RESPONSE:** Defendant objects to Interrogatory No. 1 to the extent that it seeks information that is privileged and because it is vague and ambiguous as to "for all entities involved and herein defined." Without waiving objections, answers were prepared by Counsel for Defendant with assistance from Kelvin Walsh, Kenco's former General Manager and were reviewed/verified by Walsh.

2.    Describe in detail your highest level of education completed to date of May 2013 to August of 2013; in addition to: any requisite knowledge relative to quality management and its systems, ISO 9001, Six Sigma, and FDA regulations, as well as, when, where and how you obtained the knowledge the certifying body, along with the specific application of such knowledge.

**RESPONSE:** Defendant objects to Interrogatory No. 2 because it is overly broad, vague and ambiguous. Without waiving objections, Walsh has a high school diploma as well as some college coursework completed. Walsh also worked as a General Manager for Tyson Foods prior to being hired by Kenco and, in that role, gained knowledge of quality management.

3.    Since you stated that Plaintiff was too valuable to loose [sic]; describe in detail when, how and what steps, measures or actions were taken to ensure Plaintiff was successful and remained an employee. This could include, but not be limited to outlining and or providing goals (SMART goals), objectives, expectations, providing resources, resource material, counseling, mentoring, plans of actions and the like.

**RESPONSE:** Defendant objects to Interrogatory No. 3 because it is overly broad, vague and argumentative. Without waiving objections, Kenco provided Plaintiff with a job description which included objectives at the time of her hiring, and later provided Madison with a Performance Improvement Plan (PIP) to outline specific performance problems and provide guidance for how to improve. Kenco also hired an outside consultant, Tracie Clifford, to provide additional quality engineering support and resources to Madison.

4.    Describe in detail how Plaintiff's Project and Business Continuity Plan were deficient according to Defendants standards, as well as, industry standards of project management relative to the Project Plan and the Department of Homeland Security and FEMA relative to the Business Continuity Plan.

**RESPONSE:** Defendant objects to Interrogatory No. 4 because it is overly broad, vague and ambiguous. Without waiving objections, Walsh does not recall the specific details of Madison's Business Continuity Plan and the reasons it was unsatisfactory, but refers Madison to those documents themselves which have been produced by Kenco. See Kenco 1737-1837 for Kenco documents related to Madison's Business Continuity Plan.

5.    Describe in detail why you referred to Plaintiff, as a "crazy black bitch" to the HR Manager Leonard Szplett, after you terminated Plaintiff.

**RESPONSE:** Walsh never made the statement alleged in Interrogatory No. 5.

6.      Describe in detail why it took weeks even months, to review the work Plaintiff submitted to Defendant, if it was reviewed at all.

**RESPONSE:** Defendant objects to Interrogatory No. 6 because it is overly broad, vague, and argumentative. Without waiving objections, Walsh does not recall when each assignment was submitted by Madison to Walsh, and when it was reviewed, but states that her work was reviewed and discussed with her throughout her employment. Madison received feedback throughout her employment, including in a Performance Improvement Plan, as well as regular email and verbal communications. See documents produced by Kenco, including but not limited to Kenco 1734-1864 for email communications related to Madison's work performance.

7.      It was stated that Plaintiff often referred to lengthy governmental regulations, specifically cite, state and describe in detail the regulations that Plaintiff should have cited instead of the lengthy governmental regulations and the authority to which these alternative regulations are correlated too and their ability to bring compliance to company and federal mandates.

**RESPONSE:**    Defendant objects to Interrogatory No. 7 because it is vague, and incomprehensible.

8.      Describe in detail: why you refused a meeting with Plaintiff because of allegedly having meetings with Mars all day long and turned around and accepted the same meeting request with a non-black just minutes later, as well as, why most times you would cancel scheduled and mandatory meetings with Plaintiff.

**RESPONSE:** Defendant objects to Interrogatory No. 8 because it is argumentative, vague, and incomprehensible.

9.      Describe in detail and state why you did not give Plaintiff an action plan to remediate Plaintiff's PIP, as well as, Plaintiff not being given feedback or at least one follow up meeting to the PIP.

**RESPONSE:** Defendant objects to Interrogatory No. 9 because it is argumentative, vague, and seeks information that is not relevant to any party's claims or defenses or proportional to the needs of the litigation. Without waiving objections, Walsh refers Madison to Kenco 24-40, her Performance Improvement Plan, which identifies the plan of action for her recommended improvement.

10.     Describe in detail and state why you instructed Plaintiff to provide additional remediation material for ServiceMaster and not provide Plaintiff with any resources and materials to remedy Plaintiff's alleged deficiencies that had never been mentioned prior to the PIP.

**RESPONSE:** Defendant objects to Interrogatory No. 10 because it is overly broad, argumentative, incomprehensible and vague. Without waiving objections, Walsh worked with Madison to identify and appropriately resolve issues related to ServiceMaster, in addition to other deficiencies noted in Madison's Performance Improvement Plan. See Kenco 24-40 for a copy of Madison's Performance Improvement Plan.

11.     Describe in detail and state why you chastised, berated, bullied and intimidated Plaintiff in public in a room of non-black and males, with regard to Plaintiff's requiring the outside vendor to comply with company and public policy as it relates to safety.

**RESPONSE:** Defendant objects to Interrogatory No. 11 because it is overly broad, argumentative, incomprehensible and vague. Without waiving objections, Walsh did not chastise, berate, bully or intimidate Madison.

12.     Describe in detail and state why you felt that Service Masters "pencil whipping"

essentially forging legal documents was acceptable and not a violation of company and public policy.

**RESPONSE:** Defendant objects to Interrogatory No. 12 because it is overly broad, vague, argumentative, and incomprehensible.

13.     Describe in detail and state specifically how was it that you came to admit that you had been in possession of the information that Plaintiff had sought to perform essential functions of Plaintiff's job since 2012.

**RESPONSE:** Defendant objects to Interrogatory No. 13 because it is overly broad, vague, argumentative, and incomprehensible.

14.     Describe in detail and specifically state why you intentionally, willfully, maliciously and deliberately withheld information from Plaintiff that Plaintiff requested since Plaintiff's first day of work and intentionally interfered with Plaintiff's business relationships with Kenco and Mars.

**RESPONSE:** Defendant objects to Interrogatory No. 14 because it is overly broad, vague, argumentative, and incomprehensible. Without waiving objections, Walsh never maliciously withheld information from Madison.

15.     Describe in detail your actions and reasoning for not placing Service Master on a ten (10) day remediation plan, as your boss, Paula Hise VP of Operations had instructed to be done and instead placing Plaintiff on a PIP.

**RESPONSE:** Defendant objects to Interrogatory No. 15 because it is overly broad, vague, argumentative, and incomprehensible. Without waiving objections, Walsh took appropriate steps, which were supported by Hise and Kenco, to identify and remedy any Service Master issues.

16.    Describe in detail why it was not a function of Plaintiff's job function to oversee

the cleanliness and sanitation of the facility, as well as, bring compliance in those and other areas

of workplace and public safety hazards and violations.

**RESPONSE:** Defendant objects to Interrogatory No. 16 because it is vague, argumentative, and incomprehensible. Without waiving objections, overseeing compliance and sanitation of the Kenco facility was part of Madison's job functions. See Madison's job description bates labeled Kenco 1731-33.


17.    Describe in specifics and detail the alternative ideas and/or ways of doing

things, that were never mentioned in detail, that you stated in Plaintiff's PIP that Plaintiff

should have been receptive too and how these alternative ideas and/or ways of doing

things complied with the various regulatory requirements, as well as, company and public

policy; in addition to, what authority and/or standard were these alternative ideas and/or

ways of doing things based upon, as well as, why they were better suited for the tasks at

hand.

**RESPONSE:** Defendant objects to Interrogatory No. 17 because it is overly broad, vague, argumentative, and incomprehensible. Without waiving objections, see Madison's PIP, bates labeled Kenco 24-40 for feedback provided to Madison.


18.    Describe in detail and specifically state why Defendant, Walsh, despite ongoing

employee complaints, thought that it was lawful and sanitary to spread human feces over

the warehouse, or allow cross-contamination in the warehouse, exposing employees to

various bacterial, viral and parasitic infections, including but not limited to: dysentery,

E.coli, Salmonella, Shingella, Rotavirus, norovirus, or Hepatitis.

**RESPONSE:** Defendant objects to Interrogatory No. 18 because it is overly broad, vague, argumentative, and not relevant to the claims and defenses in this lawsuit. Without

waiving objections, Walsh did not think that it was lawful and sanitary to spread human feces over the warehouse, or allow cross-contamination in the warehouse, exposing employees to various bacterial, viral and parasitic infections, including but not limited to: dysentery, E.coli, Salmonella, Shingella, Rotavirus, norovirus, or Hepatitis.

Dated: April 13, 2017

KELVIN WALSH

By: _____

One of His Attorneys

Jody Wilner Moran
Julia P. Argentieri
Jackson Lewis P.C.
150 N. Michigan Avenue, Suite 2500
Chicago, Illinois 60601
Phone: (312) 787-4949
Fax: (312) 787-4995
moranj@jacksonlewis.com
julia.argentieri@jacksonlewis.com

## VERIFICATION

I, Kelvin Walsh, do hereby affirm under the penalty of perjury that the foregoing Defendant's answers and objections to Plaintiff's First Set of Interrogatories are true and correct to the best of my knowledge and belief.

Dated: 4/12/17

_____
Kelvin Walsh

## CERTIFICATE OF SERVICE

I, Julia P. Argentieri, the undersigned certifies that on April 13, 2017, I caused to be served true and correct copy of the foregoing **ANSWERS AND OBJECTIONS TO PLAINTIFF'S FIRST SET OF INTERROGATORIES TO BE PROPOUNDED UPON DEFENDANT WALSH** by causing a copy to be placed in the U.S. Mail, first-class postage prepaid, addressed as follows:

Mary Madison
9758 South Charles
Chicago, Illinois 60643

Julia P. Argentieri

# EXHIBIT K

**From:** mdj123197 <mdj123197@aol.com>
**To:** julia.argentieri <julia.argentieri@jacksonlewis.com>; moranj <moranj@jacksonlewis.com>; brittany.watkins
    <brittany.watkins@jacksonlewis.com>; tdavies <tdavies@h-dlaw.com>; koverbaugh
    <koverbaugh@h-dlaw.com>; MDJ123197 <MDJ123197@aol.com>
**Bcc:** jthoffmanlaw <jthoffmanlaw@gmail.com>
**Subject:** Fwd: Expert Report
**Date:** Fri, Apr 14, 2017 9:57 pm

Good Day,

Here is the expert report as promised by 4.14.17.  It is being emailed at your request, please confirm receipt of this document.

Also, I am requesting that you reconsider answering the discovery requests that were made to.

Please advise.

If you should have any questions, please feel free to contact me.

📄 **Report and Exhibit A-Q 4.14.17.pdf**