IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| MARY MADISON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 15-cv-2290-CSB-EIL |
| v. | ) |
| | ) |
| KENCO LOGISTIC SERVICES, et. al., | ) |
| | ) |
| Defendants. | ) |

## DEFENDANTS' MOTION TO SET A TELEPHONIC STATUS HEARING

Defendants, Kenco Logistics Services, LLC and Kelvin Walsh by and through their undersigned attorneys, file the instant Motion to Request a telephonic status hearing on or after May 30, 2017, and state as follows:

1. In accordance with recent orders entered in this litigation (Doc. 55), Defendants have re-noticed Plaintiff's deposition for May 24, 2017.

2. As discussed during the prior status hearing with the Court on April 4, 2017, the Parties will require an extension of the current scheduling order in order to complete fact discovery, expert discovery and dispositive motions.

3. Defendants therefore request that the Court schedule a telephonic status hearing on or after May 30, 2017 in order to discuss the status of discovery in the litigation and any modifications to the current scheduling order that may be necessary.

WHEREFORE, Defendants Kenco Logistics Services, LLC and Kelvin Walsh, respectfully request that this Court grant their Motion and schedule a telephonic status hearing on or after May 30, 2017 in order to discuss the status of Plaintiff's deposition as well as future

1

deadlines in the litigation including the completion of fact discovery, expert discovery, and dispositive motions.

Dated: May 15, 2017

Respectfully submitted,

**KENCO LOGISTIC SERVICES, LLC**

By:   /s/ Jody Wilner Moran
         One of its Attorneys

Jody Wilner Moran
Julia Pearce Argentieri
**Jackson Lewis P.C.**
150 North Michigan Ave., Suite 2500
Chicago, Illinois  60601
Telephone: (312) 787-4949
moranj@jacksonlewis.com
julia.argentieri@jacksonlewis.com

**CERTIFICATE OF SERVICE**

I, Jody Wilner Moran, an attorney, hereby certify that on May 15, 2017, I electronically filed a copy of the foregoing **Defendants' Motion for a Telephonic Status Hearing** with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record. A copy was also sent via Certified Mail Return Receipt Requested and regular U.S. mail to:

>Mary Madison (*pro se*)
>9758 South Charles
>Chicago, IL 60643

>By: /s/ *Jody Wilner Moran*
>One of the Attorneys for Defendant