IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| MARY MADISON | ) |
| | ) |
| PLAINTIFF, | ) |
| | ) |
| VS. | ) CASE No. 15-cv-02290-CSB-EIL |
| | ) |
| KENCO LOGISTIC SERVICES, LLC, et al. | ) |
| | ) |
| DEFENDANTS. | ) |

FILED
JUN - 5 2017
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, ILLINOIS

## MOTION TO COMPEL WRITTEN DISCOVERY FROM DEFENDANT KENCO AND WALSH

Pursuant to Federal Rules of Civil Procedure, specifically Rule 37, Plaintiff, Mary Madison (hereinafter "Plaintiff"), hereby begs the courts pardon for inadvertently omitting Plaintiff's request for answers to Plaintiff's written discovery in her May 13, 2017 motion; likewise, Plaintiff moves the Court for an order compelling Defendant, Kenco (hereinafter "Defendant") to answer Plaintiff's written discovery that Defendant is wilfully and intentionally withholding from Plaintiff.

Defendant has a duty to disclose and refuses to do such. Defendant has made boilerplate objections that were not particularized and are not rooted or grounded in fact or law to support the position taken.

Plaintiff, only as a matter of framework for discussion and rationale reasserts and references her motion of May 13, 2017, as a tool of supplementation for her omitted request, as Plaintiff realizes that an order has been given with respect Plaintiff's original motion to compel.

Plaintiff believes that the attached interrogatories met the standards under the rules of procedure and are pointed, specific and narrow in scope with respect to what Plaintiff is asking. Therefore, Defendants assertions of being overbroad and vague are simply not true; furthermore, Plaintiff believes that Defendant answering these queries will shed light on the matter, unearth the truth and bring accountability an expediency in this matter.

Defendant was asked to reconsider their answers as referenced in Plaintiff's May 13, 2017 **Exhibit K.** Defendant did not even have the courtesy to respond and did not amend their initial responses to Plaintiff's discovery request.

Plaintiff believes that these answers also correlate to the items that the Court has ordered Defendant to produce; again these requested materials and answers will close the gaps, narrow down the vast ambiguity and chameleon like style of Defendant and Defendant's counsel.

Furthermore, Plaintiff believes that these items are an intricate part to this case and are discoverable, as they directly relate to the incidents that occurred, as well as, the terms and conditions that governed Plaintiff's and others employment at the Mars Manteno facility and are directly proportional to the needs of this case and can be reasonably calculated to lead to admissible evidence at trial.

Attached as Exhibit A and B are the Defendants written responses.

3

**WHEREFORE,** Plaintiff respectfully requests and prays that this honorable court grant her Motion to Compel Written Discovery and order Defendant to immediately answer the requested written discovery and production of documents.

Respectfully submitted,
**MARY MADISON**

By: _____
Pro Se
MARY MADISON
9758 S. Charles
Chicago, IL 60643
773.297.9569

4

CERTIFICATE OF SERVICE

Please take notice that on June 3, 2017, I, Mary Madison, hereby, certify that I did file an MOTION TO COMPEL WRITTEN DISCOVERY FROM DEFENDANT KENCO AND WALSH with the Central District of Illinois Urbana Division in the foregoing matter of Case No. 15-cv-02290-CSB-EIL and have served the persons identified on the docket's service list via Notice of Electronic Filing generated by the Court's CM/ECF system.

Pro Se
MARY MADISON
9758 S. Charles
Chicago, IL 60643
773.297.9569

| | |
|---|---|
| Kimberly J. Overbaugh | Jody Wilner Moran |
| Thomas R. Davies | Julia P. Argentieri |
| Harmon & Davies, P.C. | Jackson Lewis P.C. |
| 2306 Columbia Ave | 150 North Michigan Ave., Suite 2500 |
| Lancaster, PA 17603 | Chicago, IL 60601 |

1