I, James W. Kolka, declare as follows:

1. My name is James W. Kolka, Ph.D., J.D. I am over eighteen (18) years of age and am fully competent to make this Declaration. I have personal knowledge of the facts stated in this Declaration, and those facts are true and correct.

2. I earned my J.D. from the University of Wisconsin-Madison Law School with a background in product liability and environmental law. I am an active Emeritus Member of the State Bar of Wisconsin, my Member No. is 1009295. Following Law School and becoming a member of the Bar, I attended the University of Kansas and earned a Ph.D. in Political Science and International Affairs from the University of Kansas.

3. I first began to work with the ISO 9000 series of standards while serving as Visiting Scholar of International Studies at Georgia Institute of Technology (Georgia Tech) in Atlanta, GA in 1990. Dr. Donald Grace, the Director of the Georgia Tech Research Institute (GTRI) asked me to help develop funding for special research initiatives. One of those initiatives was the creation of the Center for International Standards & Quality (CISQ) at Georgia Tech. This included Quality Management Standards (ISO 9000) as well as International Standards such as European Norms (EN) and Japanese Industrial Standards (JIS). At that time I was introduced to ISO 9000 by Dr. Harry Wadsworth, a faculty member at Georgia Tech and a member of the original international committee that drafted the First version of the ISO 9000 Series of Standards of Standards, ISO 9001:1987.

4. I have taught and continue to teach courses on ISO 9000 for different universities and consulting firms, most recently a lead auditor course for Excel Partnership Inc. (an SAI Global Company of Sydney Australia). I have taught ISO 9001 workshops at Georgia Tech, Clemson University, the University of Wisconsin-Madison and a Masters Degree Program in Quality Management at Loyola University in New Orleans as well as numerous public venue training sessions. I also conduct GAP Analyses for companies to identify where they stand in regard to the current version of ISO 9001 (ISO 9001:2000, ISO 90001:2008 and now ISO 9001:2015) as well as train and help them conduct internal audits and supplier audits.

5. For the past twenty-seven (27) years I have worked with companies preparing to satisfy the European Union's CE marking requirements for the Machinery Safety, Medical Devices, Pressure Equipment and related 28 EU Directives as well as ISO 9001 & ISO 13485 when quality management standards also are required. In addition I work with medical device companies required to comply with FDA's Quality Management Regulation (QSR) in order to manufacture and sell medical devices in the US. I have developed a comprehensive loss prevention program that incorporates elements of both ISO 9001 Quality Management Systems and ISO 14000 Environmental Management Systems, as well as sector specific quality management systems for automobiles (QS 9000 & ISO/TS 16949), aircraft (AS

9000), maritime (IS 9002/ISM Code), telecommunications (TS 9000) and finance (FS 9000) to reduce company liability exposure in the US and EU markets.

6.   I work as an international legal consultant, and specialize in several areas, including conducting litigation evaluations in the US and EU (including product risk analyses/risk evaluations) for manufacturers. I also conduct forensic legal evaluations of company Quality Management Systems such as ISO 9001. I am compensated with at an hourly rate of $375.00 for preparation of this report and all other related work.  I have conducted more than 450 seminars and workshops for North American, European, Asian and Latin American companies and universities and have written more than 300 articles and five (5) books on topics including ISO 9001, including "ISO 9001…A Legal Perspective" co-published by INFORM and ASQ Press in 1998. (More recently I published a series of blogs on these topics, including ISO 9001 on *jameskolka.typepad.com*.)  Attached hereto as **Exhibit A** is a copy of my current Bio and a List of Publications and Presentations from 1993 to date and a pre-publication copy of a copy of a book chapter, *"ISO 9000 and Legal Liability"* in *"Managing for Product Liability Avoidance, 3rd Edition, CCH Incorporated, Chicago, 2004.*

7.   In the Summer of 2006 I worked with attorneys from Susman Godfrey Houston & Dallas representing an Austin TX marine testing mineral & petroleum company deposing the CEO & senior officers of a British Marine Machinery Company in Birmingham UK  on their ISO 9001: 2000 Quality Management System concerning a contract dispute.

In April 2008 I was deposed in a contract dispute lawsuit in the Law Office of Defendant's Attorney in Towson, MD. Defendant also was represented by a Los Angeles, CA Law Firm. The focus of the lawsuit centered on ISO 9001: 2000. Plaintiff's Attorney, also from a Los Angeles Law Firm conducted the deposition.

In January 2011 I worked with a Detroit MI Law Firm in an employee injury lawsuit with an American New York Machinery Manufacturer that built a Vertical Lathe in their Taiwan Plant and placed a legally required CE Mark (European Conformity) on the machines and sold the machines in the EU & US. The lathes did not meet the safety requirements of the EU Machinery Directive and their ISO 9001: 2008 QMS. One worker was killed by a projectile that went through a 1/2 inch thickness plastic shield in Wales UK and another worker was injured in Detroit, MI requiring 24/7 medical care for the rest of his life (the legally required thickness was 1inch). I worked extensively with the Detroit, MI Law Firm preparing them for their deposition administered in the UK. The machinery company representative admitted that they failed to follow EU requirements in constructing the lathes.

I have also been involved in several national and international law matters involving ISO over the decades.

8.   I am very familiar with the contents, scope and requirements of ISO 9001, the process with which a company must comply to obtain and maintain certification

under ISO 9001 and the documents that an ISO 9001 certified company must develop and maintain in order to retain such certification. In December 2002, I conducted a Training Course for FDA (CDRH) Division Directors comparing the European Union's new application of ISO 9001: 2000 Quality Management System to the EU Medical Devices Directive and FDA's application of its new Quality System Regulation (QSR) 21 CFR Part 820 for Medical Devices at the FDA Center for Devices Radiological Health (CDRH) at FDA Headquarters in Rockville, MD. Both FDA & the EU have worked well coordinating their regulatory efforts. Attached hereto as **Exhibit B** is a copy of ISO 9001: 2008

9.  The creation of ISO 9001:1987 was followed by ISO 9001:1994. ISO 9001:2000 followed by ISO 9001:2008 were a departure from the first two ISO 9001 Quality Management Standards placing greater emphasis on the role of **Management Responsibility**. The greater emphasis on management responsibility also was underscored by FDA in its Quality System Regulation 21 CFR Part 820 published in the Federal Register. The QSR was first published in the Federal Register on October 7, 1996 and went into effect the following year.

10. The **ISO 9001: 2008 Quality Management System** focus on Top Management emphasizes that management understands the nature and responsibility of their business. In organizations responsible for public health and the safety of their products, management must make health and safety their primary responsibility. In addition, it tethers transparency and accountability; as each policy, procedure, protocol and document (form) are meticulously documented in an accurate and reproducible fashion. 1st, 2nd and 3rd party audits[1] ensure compliance to the mandates and laws; that essentially whatever standard, policy, procedure, protocol and document (form) an entity alleges that is being used during the course of its operation it must exactly adhere to that standard, policy, procedure, protocol and document (form) each and every time. Failure to do so would be considered a non-conformity and all non-conformities are to be documented and logged as such. The ultimate purpose of this system is to line balance and standardize all of the processes of the operation to reduce defects and delays through uniformity and compliance. More specifically, each document is dated, authored, signed, catalogued, numbered, controlled and appendicized amongst other attributes. All Documents and records are controlled by a designated individual and retained, according to the standard operating procedures of ISO, in accordance with compliance to the Federal Food Drug and Cosmetic Act herein interchangeably referred to as "**FFDCA, FDCA, or FD&C**" and FSMA the Food Safety and Modernization Act.

---

[1] Audits- As defined in *ISO 19011:2011—Guidelines for auditing management systems,* an audit is a "systematic, independent and documented process for obtaining audit evidence [records, statements of fact or other information which are relevant and verifiable] and evaluating it objectively to determine the extent to which the audit criteria [set of policies, procedures or requirements] are fulfilled." Audits also are a tool or a means of notice of deficiencies or compliance to an auditee.

11. *5 Management responsibility*[2]
*Top management* **shall** *provide evidence of its commitment to the development and implementation of the quality management system and continually improving its effectiveness by:*
*a) communicating to the organization the importance of meeting customer as well as statutory and regulatory requirements,*
*b) establishing the quality policy,*
*c) ensuring that quality objectives are established,*
*d) conducting management reviews,*
*e) ensuring the availability of resources.*

Section 5.1 of the ISO 9001:2008 standard requires a written, well defined quality policy that is communicated and understood within an organization.

Section 5.2 also sets out some of the requirements for quality policies. This requirement clearly stated top management must fulfill both requirements related to ISO clause 7.2.1 "Determination of requirements related to the product" and ISO clause 8.2.1 "customer satisfaction

### 5.2 Customer focus

*Top management* **shall** *ensure that customer requirements are determined and are met with the aim of enhancing customer satisfaction (see ISO clause 7.2.1 and 8.2.1).*

### 5.3 Quality policy

In the quality management system, a quality policy is a document developed by management to express the directive of the top management with respect to quality. Quality policy management is a strategic item.[3]

*Top management* **shall** *ensure that the quality policy*
*a) is appropriate  to the purpose of the organization,*
*b) includes a commitment to comply with requirements and continually improve the effectiveness of the quality management system,*

---

[2]  *5 Management responsibility* is a Section of ISO 9001:2008

[3] The quality policy is a written commitment from top management to all stakeholders relative to the standard of care to be exercised with regards to compliance to industry and food safety legislation. The quality policy is not a self-imposed policy or standard of care, but a requisite to compliance to food safety legislation.  Therefore, the quality policy, the entire quality management system and the food safety management system establish the prerequisites and requisites for compliance to food safety legislation.  Another requisite of the system is that the system is validated, verified and continually improved.  The system unequivocally, affirms that the written standards and maximums are adhered to as cited, as well as, documenting and logging any deviations from the written standards for continual improvement.

4

*c) provides a framework for establishing and reviewing quality objectives,*
*d) is communicated and understood within the organization.*
*e) is reviewed for continuing suitability.*
*>Following Quality Policy are clauses assigning management responsibility for*
**5.4 Planning**
**5.4.1 Quality objectives**
**5.4.2 Quality management system planning**
**5.5 Responsibility and authority**
**5.5.2 Management representative**
**5.5.3 Internal communication**
*>Finally Management responsibility concludes with*
**5.6 Management review**
**5.6.1 General**

*Top management **shall** review the organization's quality management system at planned intervals to ensure its continuing suitability, adequacy and effectiveness. This review **shall** include assessing opportunities for improvement and the need for changes to the quality management system,*

*Records from management reviews shall be maintained (see ISO clause 4.2.4)*

**5.6.2 Review input**

*The input to management review **shall** include information on*

*a.) results of audits,*

*b.) customer feedback,*

*c.) process performance and product conformity,*

*d.) status of preventive and corrective actions,*

*e.) follow-up actions from previous management reviews,*

*f.) changes that could affect the quality management system, and*

*g.) recommendations for improvement.*

**5.6.3 Review output**

*The output from the management review **shall** include any decisions and actions related to*

*a.) improvement of the effectiveness of the quality management system and its processes*

12. The new emphasis on the role and responsibility of Top Management also is emphasized in FDA's Medical Device **"Guide To Inspections of Quality Systems" better known as "Quality System Inspection Technique" (QSIT) published in August 1999.**

Attached hereto as **Exhibit C** is a copy of FDA's Code of Federal Regulation Title 21 CFR Part 820 Quality System Regulation and a copy of FDA's "Guide To Inspection of Quality Systems "Quality System Inspection Technique" (QSIT) published in August 1999.

**Management Controls Subsytem**
*Management Controls*
*Inspectional Objectives*

*1. Verify that a quality policy, management review and quality audit procedures, quality plan, and quality system procedures and instructions have been defined and documented.*
*2. Verify that a quality policy and objectives have been implemented.*
*3. Review the firm's established organizational structure to confirm that it includes provisions for responsibilities, authorities and necessary resources.*
*4. Confirm that a management representative has been appointed. Evaluate the purview of the management representative.*
*5. Verify that management reviews, including a review of the suitability and effectiveness of the quality system, are being conducted.*
*6. Verify that quality audits, including re-audits of deficient matters of the quality system are being conducted.*
*At the conclusion of the inspection…*
*7. Evaluate whether management with executive responsibility ensures that an adequate and effective quality system has been established and maintained.*

13. The other key inspection elements of a QSIT inspection are the critical subsystems. In addition to a Management Controls these subsystems are *Design Controls, Corrective and Preventive Actions (CAPA) and Production and Process Controls (P&PC).*

14. QSIT provides a guide for FDA auditors when they visit a Medical Device Manufacturer. Management is visited at the beginning and end of each FDA visit and is considered to be the key to safe and effective device manufacturing. Any manufacturer with a grain of wisdom would use QSIT to conduct internal audits to spot problems and make corrections before being visited by FDA auditors.

15. The food safety is dovetailed to the current drug and medical device standards and safety schemes, as it is all relative to some form of human consumption.

16. Personnel problems first should appear in ISO 9001: 2008 Corrective and Preventive Actions and are to be identified as nonconformities to be resolved in an orderly meaningful manner. Employee concerns should be addressed and resolved following an internal audit and if problems persist they should appear in *5.6 Management Review*.

Among the items for consideration could be *6.1 Provision of Resources, 6.2 Human resources, 6.2.2 Competence, training and awareness, 6.3 Infrastructure and 6.4 Work Environment.* Typically, because Human Resources (capital) is a key performing index to success in any business; this area is well developed in terms of infrastructure as it relates to employer/employee expectations, job requirements, company and regulatory compliance, coupled with a management scheme to govern performance.

According to the FD&C it is a prerequisite for a person to be qualified to perform activities under 21 CFR Chapter I Subchapter B part 121. Consequently, this person would be a subject matter expert relative to food safety and compliance. Since Food Safety and Sanitation are critical issues getting angry with workers and imposing adverse employment decisions because they identify problems is neither a competent or useful response. It also punishes workers who deserve adequate training and consideration given to their input and concerns. This is a violation of the Food Safety Modernization Act whistleblower provision that was legislated to protect employees from this very thing.

17.  Allowing personnel issues devolve into employee concerns about discrimination and employee apprehension that complaints will be resolved by "killing the messenger" instead of trying to address food and safety in a facility preparing food for public consumption is both pathetic and should be illegal. I like Richard Branson's Quote*, "Clients do not come first, employees come first. If you take care of your employees, they will take care of your clients."*

18.  I have reviewed Defendant Responses to Plaintiff's Request for Production of Documents and Interrogatories. The Interrogatories and Request for Production are not vague and ambiguous, but are very specific to the operation and compliance of Defendant to the mandated codes and legislation of food safety. In general I find their responses to be cryptic, non-responsive, evasive and dismissive. Basically, a "we should not have to be bothered with these details attitude." It is the type of response I would pursue as a 3rd party auditor to see what might be hidden and why is it being hidden? When I train employees on how to conduct 3rd Party Audits and Internal Audits, it is the type of response I suggest they pursue to see if anyone is hiding something and why. This is particularly important when health and safety issues are a critical concern and the consequences could create public health risks as well as risks to the health of employees exposed to unsanitary and hazardous working conditions.

I also reviewed the warehouse audit that was performed by complainant, as a GAP analysis for compliance, the food defense plan, the Memorandum of Understanding with regards to sanitation and other emails regarding noncompliance found in Defendant's Bate Stamped documents provided to Complainant.

19.   I did not see evidence of product or production nonconformities and product or production corrective and preventive action stipulated for product or production nonconformities. In a manufacturing operation of this size it isn't possible nonconformities did not exist. I also didn't see checklists for stipulated internal audits and

7

the recommended steps to address nonconformities as well as a timeline for closing out nonconformities.

I also did not see evidence that the Performance Improvement Plan ("PIP") given to complainant was approved to be issued to Complainant because it did not adhere to defendant's documentation policy or the ISO standards, which is a requisite to compliance to FSMA. It had no identifying statements associating the document with the company nor was it styled in a fashion that resembled any of the Defendants other documents that have been reviewed or stipulated as compliant to the standards. Also the PIP was subjective in nature and contained no quantitative or qualitative aspects, such as poor quality of work or missed deadlines. In addition, upon information and belief and in my opinion Defendant Walsh was not a qualified person as defined by FSMA to make an assessment of any application of the applicable law or the work product of Complainant.

I also did not see evidence of any investigations relative to safety and hazard violations that complainant notified defendant of. This would include but not be limited to: the spread of human fecal[4] matter throughout the warehouse, pest infestation(s)[5], sanitation document falsification[6], fire drill, ammonia alarm (spill/ventilation), leaking dock doors and other instances.

I also did not see evidence of logs or investigations for incidents reported by complainant to defendant such as but not limited to: complainant being asked to not fully implement the standards for compliance, billing for services not rendered, overbilling, discriminant treatment, unlawful termination and other instances.

Also in reviewing Defendant's Bate Stamped copy of complainant's personnel file, hereto attached as **Exhibit D,** I did not see evidence that Defendant followed its own

---

[4] The spread of human fecal matter is an imminent hazard to the public health, as human fecal matter is a source of the spread of Bacterial, Viral or Pathogenic disease; such as but not limited to: dysentery, E. Coli, Hepatitis, and other blood borne diseases. Failure to remediate the spread of disease is an intentional adulteration of food and is a violation of 21 U.S. Code § 342, as well as, in violation of 21 CFR Chapter I: Subchapter A General Part 2 Subpart A, Subchapter B Part 121 Subpart A & E, Subchapter A part 1 Subpart O, Subchapter B Part 117 Subpart A & B amongst a number of other regulations and laws. The Codex Alimentarius also have guidelines on the application of General Principles of Food Hygiene to the Control of Foodborne Parasites. CAC/GL 88-2016

[5] Pest spread disease and adulterate food. For example, according to the CDC Worldwide, rats and mice spread over 35 diseases. These diseases can be spread to humans directly, through handling of rodents, through contact with rodent feces, urine, or saliva, or through rodent bites. Diseases carried by rodents can also be spread to humans indirectly, through ticks, mites or fleas that have fed on an infected rodent. These diseases include: *Hantavirus Pulmonary Syndrome, Leptospirosis, Rat-bite Fever, Salmonellosis*, *Plague, Colorado Tick Fever and Cutaneous Leishmaniasis*. In addition, Bats harbor more viruses than rodents and are capable of spreading disease over a wider geographic area owing to their ability to fly and their migration and roosting patterns.

[6] "The FDA has instituted Judicial Enforcement of criminal prosecution for falsifying records, lying to FDA, knowingly putting customers at risk, or in other appropriate cases or instances. "~ FDA Operational Strategy for Implementing the FDA Food Safety and Modernization Act May 2014.

Document Retention Personnel Files Policy-BP-HR-4.2.4.002 that ties into the record keeping requirements of the state and federal law, as well as, the ISO standards of FD&C and FSMA.  Specifically, complainant's response to the Performance Improvement Plan indicated there was additional documentation submitted that is not found in complainant's personnel file.

20.   ISO (the International Organization for Standardization) is a worldwide federation of national standards bodies (ISO member bodies). The work of preparing International Standards is normally carried out through ISO technical committees.  For the purpose of this discussion ISO 22000 was prepared by Technical Committee ISO/TC 34, Food products.

Attached hereto as **Exhibit E** is a copy of an article, "*Understanding the "Other" Clauses of ISO 22000" By F. Stier and John G. Surak, PH.D." published in Process Control, June/July 2013. Dr. Surak and* I both spoke on the *ISO 9000 Standards* at a Conference sponsored by Clemson University in July 1993. I have great respect for his knowledge on ISO 22000.

The aim of this International Standard is to harmonize on a global level the requirements for food safety management for businesses within the food chain. It is particularly intended for application by organizations that seek a more focused, coherent and integrated food safety management system than is normally required by law. It requires an organization to meet any applicable food safety related statutory and regulatory requirements through its food safety management system.

ISO 22000 is composed of several other building blocks including:

1.  Hazard Analysis and Critical Control Points (HACCP) as defined in the Codex Food Hygiene document;

2.  Prerequisite programs that define the basic conditions to maintain an hygienic environment;

3.  The components that are needed to have an effective management system;

4.  The final building block is based on ISO 9001:2000 and ISO 9001:2008 "Quality management systems – Requirements."

The ISO 22000 was issued in 2005 and the scheme is relegated for food safety; attached hereto as **Exhibit F** is a copy of the ISO 22000 standard.  This is a scientific risk based auditable approach to food safety.  This food safety matrix is derived from the international standards developed by the Codex Alimentarius Commission that is governed by The WHO (The World Health Organization) and FAO (Food and Agriculture Organization of the United Nations).   The Codex Alimentarius is the international standard for food safety and the benchmark for food safety standards. [7]

---

[7] 21 CFR Chapter I Subchapter B Part 130 Subpart A

There are a number of other governmental agencies in the United States that regulate food safety; they include but are not limited to: FSIS-Food Safety Inspection Services and the CDC-Center for Disease Control.

The FDA models its food safety standards in accordance with the Codex Alimentarius.  In addition to that the FDA has long adopted the ISO-International Organization of Standardization as their scheme for standardization and compliance. For example, the FDA modeled the quality management system, 21 CFR 820, after the ISO scheme with regards to human devices as mentioned earlier in paragraph 11.

Seamlessly, the FDA continued to administer the same standardization scheme to the governance of food for human and animal consumption.   The term *used for human consumption*[8] means either:

(i) Ingested orally or

(ii) Applied by any means such that it enters the human body.

(4) The term *intended for use for human consumption* means any of the following:

(i) Designed by the manufacturer for human consumption;

(ii) Marketed for human consumption; or

(iii) Distributed, exported, or imported, with the intent that it be used for human consumption.

The **Food Safety Modernization Act** (**FSMA**) was signed into law by President Barack Obama on January 4, 2011, which was the nation's first major overhaul of our food safety practices since 1938. The FSMA has given the Food and Drug Administration (FDA) new authorities to regulate the way foods are grown, harvested and processed; essentially farm to fork governing every aspect of the food supply chain extrapolating interchangeably from the owner, operator, or agent in charge of such facility.

The FDA mandated in 21 CFR Chapter I Subchapter M that the appropriate International Standards of Organization be used for compliance of all certifying bodies relative to Any Organization in the Food Chain"    With respect to this discussion we will be focused on the "Quality Management Systems" requirements of FSSC 22000 (Food Safety Certification System 22000).  FSSC 22000 is ISO 22000 plus ISO 22002-1:2009

The certifying bodies under 21 CFR Chapter I Subchapter M ensure that all organizations along the food supply chain are compliant to the federal mandates and meet the Global Food Safety Initiatives benchmarks.

---

[8] The definition of Human Consumption with respect to food is the same definition relative to drugs.

The quality management system requires that a comprehensive written documented plan be implemented; this should include but not be limited to: quality plan, corporate and any relevant site policies and organizational charts, independent quality unit QA Manager/Sanitarian, responsibilities/authorities, documented signed and up-to-date SOP (Standard Operating Procedures)/WI (Work Instructions), Job descriptions, Human Resources, designated food safety responsibilities, as well as, a documented facility self-inspection/audit procedure, supplier program, incoming and outgoing trailer/material inspection program. In addition to a written and documented sanitation/cleaning program, preventative maintenance, comprehensive product recall, training program and the facility amongst other requirements.

The quality management system follows a cataloguing scheme where each policy, procedure, protocol and form is controlled and has a document number (relative to the issuing department), title, date, effective date, revision information, author and approval information amongst other identifying markers.     These documents are correlated to one another, as well as, being comprehensively indexed in an appendix.

Each policy, procedure, protocol and associated form are vetted and verified for accuracy before approval and implementation.  Each policy, procedure, protocol and form always has an associated chain of command to govern them through its life cycle.

According to the standard updates to the policies, procedures, protocols and forms are made based upon a qualifying event, such as but not limited to: changes in materials, methods, procedures, regulations and the like.  Updates typically occur on a routinely scheduled basis, unless some special circumstance prevails.

With regards to the quality management system there are to be no deviations within the system.   Deviations from the documented Standard Operating procedures, protocols or policies would be deemed as a non-conformity.  All non-conformities are documented in accordance to the standards of Continual Improvement; Continual Improvement (CI) is facilitated with the help of other tools such as Lean[9] and Six

---

[9] Henry Ford defined the lean concept in one sentence: "We will not put into our establishment anything that is useless."

Lean manufacturing is a system of techniques and activities for running a manufacturing or service operation. The techniques and activities differ according to the application at hand but they have the same underlying principle: the elimination of all non-value-adding activities and waste from the business.

Lean enterprise extends this concept through the entire value stream or supply chain: The leanest factory cannot achieve its full potential if it has to work with non-lean suppliers and subcontractors.

Excerpted from William A. Levinson and Raymond A. Rerick, *Lean Enterprise: A Synergistic Approach to Minimizing Waste,* ASQ Quality Press, 2002, pages xiii-xiv, 38.

Sigma[10] or Lean Six Sigma[11], an analysis of this non-conformity or defect is performed. This is called a root cause analysis. The root cause analysis is a precursor to the preventative and corrective actions taken to ensure that this non-conformity or defect does not occur again. Intentional deviations from procedures, protocols or policies typically require an exception before this deviation can occur. According to Defendant's QMS Documentation Policy (CP.BP. 4.2.1001) hereto attached as **Exhibit G** the exception request is accompanied with a written business case outlining the reasons and or rationale for the requested deviation. This written request is reviewed by another party who could be the author of the policy, procedure or protocol or a manager of such for written approval. All non-conformities whether foreseeable or unforeseeable are all documented in their respective logs.

Consequently, the standardization of any system under the International Organization of Standardization offers transparency, traceability, accountability, uniformity, and equality. The essence of this scheme is that you must exactly do what you say you are doing. Therefore, the deviation from any policy, procedure, protocol and or form in any way goes against the very essence of standardization.

---

[10] Six Sigma is a method that provides organizations tools to improve the capability of their business processes. This increase in performance and decrease in process variation lead to defect reduction and improvement in profits, employee morale, and quality of products or services. Six Sigma quality is a term generally used to indicate a process is well controlled (within process limits ±3s from the center line in a control chart, and requirements/tolerance limits ±6s from the center line).

**Philosophy—** The philosophical perspective views all work as processes that can be defined, measured, analyzed, improved and controlled. Processes require inputs (x) and produce outputs (y). If you control the inputs, you will control the outputs. This is generally expressed as y = f(x).

**Set of tools—** The Six Sigma expert uses qualitative and quantitative techniques to drive process improvement. A few such tools include statistical process control (SPC), control charts, failure mode and effects analysis, and process mapping. Six Sigma professionals do not totally agree as to exactly which tools constitute the set.

**Methodology—** This view of Six Sigma recognizes the underlying and rigorous approach known as DMAIC (define, measure, analyze, improve and control). DMAIC defines the steps a Six Sigma practitioner is expected to follow, starting with identifying the problem and ending with the implementation of long-adopted and recognized.

**Metrics —** In simple terms, Six Sigma quality performance means 3.4 defects per million opportunities (accounting for a 1.5-sigma shift in the mean).- *ASQ-American Society of Quality*

[11] Lean Six Sigma is a fact-based, data-driven philosophy of improvement that values defect prevention over defect detection. It drives customer satisfaction and bottom-line results by reducing variation, waste, and cycle time, while promoting the use of work standardization and flow, thereby creating a competitive advantage. It applies anywhere variation and waste exist, and every employee should be involved. *ASQ-American Society of Quality*

The implementation of this system must be management driven and requires cross-functional buy-in to be successful as indicated in on page 5 Section 5 of **Exhibit F**-ISO 22000.

The FDA goes on to say in its Operational Strategy for Implementing the FDA Food Safety Modernization Act in the article Protecting Public Health by Strategic Implementation of Prevention-Oriented Food Safety Standards dated May14, 2014:

> Congress enacted FSMA in response to dramatic changes over the last 25 years in the global food system and in our understanding of foodborne illness and its consequences, including the realization that preventable foodborne illness is both a significant public health problem and a threat to the economic well-being of the food system. These food system changes and the new FSMA mandates require transformative change in how FDA does its work.

> The central external force driving change is the dramatic expansion in the global scale and complexity of the food system. Hundreds of thousands of growers and processors worldwide are producing food for the U.S. market, using increasingly diverse and complicated processes, managing complex and extended supply chains, and making millions of decisions every day that affect food safety. The burgeoning scale and complexity of the food system make it impossible for FDA on its own, employing our historic approaches, to provide the elevated assurances of food safety envisioned by FSMA and needed to maintain a high level of consumer confidence in the safety of the food supply.

> Accompanying this change is the now widely shared understanding that the foundation for reducing the risk of preventable foodborne illness in today's global food system—and providing consumers the assurances of food safety they seek—is action by the food industry. Specifically, food safety depends primarily on the food industry, with top-level management commitment and working in a continuous improvement mode, to: (1) implement science- and risk-based preventive measures at all appropriate points across the farm-to-table spectrum, and (2) manage their operations and supply chains in a manner that provides documented assurances that appropriate preventive measures are being implemented as a matter of routine practice every day. <u>FSMA is grounded in this understanding of how food safety can be protected in today's global food system.</u>

> While FSMA reinforces industry's primary role and responsibility for food safety, it also builds on and strengthens FDA's oversight role in providing technical expertise, setting and fostering compliance with food safety standards, and responding to and learning from problems when they do occur. In fact, more so than ever before, FDA is called upon by FSMA to play a central leadership and operational role in the future global food

13

safety system. Meeting this challenge—and successfully implementing FSMA's new prevention-oriented, systems approach to food safety— necessitates a new strategy for how FDA performs its food safety role and meets its new responsibilities.

For the purpose of this discussion here are the following facts:

a. FDA governs food and drugs for Human and Animal Consumption.
    i. Governs those who manufacturer, pack or hold food for human and animal consumption
b. FDA governs the supply chain from farm to fork.
c. FDA requires record keeping.[12]
d. FDA requires the sanitary manufacturing, handling, storage, transportation and distribution of food.
e. FDA requires a Hazard Analysis and Risk Based Preventive Controls.[13]
f. FDA requires a Supply Chain Program.[14]
g. FDA ensures responsible stewardship of the environment.[15]
h. FDA has requisites for FDA regulated buildings and facilities.[16]
i. FDA has requisites for Current Good Manufacturing Practice in Manufacturing, Packing and Holding Human Food.[17]
j. FDA has a requisite for Production and Process Controls.[18]
k. FDA has a requisite for Emergency Plans.[19]
l. Compliance to FDA mandates is through an International Organization Standard; specifically ISO 22000 and the prerequisites of ISO 22002-1:2009.
m. Mars, Inc. is a food manufacturer and subject to the mandates of the FDA.
n. As a manufacturer Mars, Inc. is certified to the ISO & FSSC 22000 scheme.

---

[12] 21 CFR Chapter I: Subchapter B Part 117 Subpart F and Part 121 Subpart D; Subchapter A Part 1 Subpart J

[13] 21 CFR Chapter I Subchapter B Part 117 Subpart C

[14] 21 CFR Chapter I Subchapter B Part 117 Subpart G

[15] 21 CFR Chapter I Subchapter A Part 25 Subpart A

[16] 21 CFR Chapter I Subchapter B Part 110 Subpart B

[17] 21 CFR Chapter I Subchapter B Part 110 Subpart A

[18] 21 CFR Chapter I Subchapter B Part 110 Subpart E

[19] An emergency plan is a contingency plan in the event an business impairment.  This is equivalent to a Business Continuity Plan (BCP).

14

o.  Mars Manteno facility is required to have a Food Defense Plan.[20]

p.  Mars, Inc. is certified by Lloyd's Register Quality Assurance.

q.  Mars, Inc. is mandated to provisions of 21 CFR relative to Food for Human Consumption.

r.  Any facilities of Mars, Inc. managed by Mars, Inc. or its agents of or product managed by agents of Mars, Inc. are subject to the applicable provisions of 21 CFR.

s.  Mars, Inc. Quality & Food Safety Standards for Transportation and Storage of Mars NA Semi-Finished Wrapped and Wrapped Goods Manual outlines compliance to 21 CFR.

t.  Mars, Inc. manager Kenco Logistics Services Quality Management System is based on International Organization of Standards 9001:2008 standards.

As mentioned earlier, ISO 22000 integrates the principles of the Hazard Analysis and Critical Control Point (HACCP) system and applicable steps developed by the Codex Alimentarius Commission. Essentially ISO 22000 combines the HACCP plan with prerequisite programmes (PRPs); for audit compliance to the standard is a mandatory requirement. Hazard analysis is a proactive tool and key to an effective food safety management system, as it identifies and undergirds an effective strategy to be utilized in ensuring hazard control through the synergy of PRP(s), operational PRP(s) and the HACCP plan.  This analysis identifies all hazards that could reasonably be expected to occur in the food chain that may include but may not be limited to: hazards associated with the process and facilities used, other internal or external factors, as well as, the measures to be used in controlling a particular hazard, in addition, to the person, entity or organization responsible for controlling the hazard.  Moreover, the ISO 22000 and PRP(s) are to work in tandem to support public health and safety from a food perspective on a global level.

For example, according to section 7 Planning and realization of safe products of the ISO 22000 Standard beginning on page 9 of **Exhibit F** and more specifically subsection 2.3 on page 10 indicates that:

"When selecting and/or establishing PRP(s), the organization shall consider and utilize appropriate information [e.g. statutory and regulatory requirements, customer requirements, recognized guidelines, Codex Alimentarius Commission (Codex) principles and codes of practices, national, international or sector standards]."

Sanitation is one of the listed prerequisites of ISO 22000, a requisite (SSOP) under the Food Drug and Cosmetic Act and a requisite of 9 CFR part 416.   A written sanitation/cleaning program is required for compliance and is inextricably tied into

---

[20] 21 CFR Chapter I Subchapter B Part 121 Subpart C

the Hazard Analysis and Risk Based Preventive Controls and other ISO 22000 building blocks. Failure to adhere to this maximum violates a number of additional public policies, such as but not limited to 21 U.S.C. § 342, as well as, Defendant Mars' compliance to its own policies relative to quality/sanitation and mandated under FSMA, FFDCA , and other applicable statues. Pest control, cross-contamination prevention, food safety and the facility amongst others are also listed prerequisites of ISO 22000 the compliance mechanism to 21 CFR along with also being prerequisites of Defendant Mars quality management system outlined in its ***QUALITY & FOOD SAFETY STANDARDS FOR TRANSPORT & STORAGE OF MARS NA SEMI-FINISHED WRAPPED AND FINISHED GOODS.*** Food safety and security are also requisites of FSMA and the 2002 Bioterrorism Act.

Specifically, with respect to the PIP (Performance Improvement Plan) that was issued to Complainant, the PIP failed to meet the guidelines of the Defendants own QMS Documentation Policy CP.BP. 4.2.1001 and Control of Documents ISO.BP. 4.23.001, hereto attached as **Exhibit H** and according to ISO standards, as well as, it was not listed in Defendant's appendices, including Appendix F, hereto attached as **Exhibit I**. Moreover, there should have been an accompanying policy to support this PIP; there is no evidence of such policy during the relevant time period.

Deviations (non-conformities) from any company policy, procedure, or protocol, including this one, are to be documented and logged, as well as, subject to an exception review if warranted as cited in Defendant's QMS Documentation Policy CP.BP. 4.2.1001. Furthermore, Defendant had a Performance Management Policy CP.HR. 6.2.2.009 that would have been applicable to complainant. Therefore, in my opinion the PIP as issued was not a legitimate company document and did not conform to the mandated International Organization of Standards 9001:2008 standards of Kenco nor Mars, Inc. Specifically, in my opinion the issuance of this PIP was a contrived and intentional deviation from Defendant's normal practices and can be construed as a retaliatory pretext to complainant's adverse employment actions and decisions. Moreover, in a standardized environment one cannot legitimately support a known non-conformity, as it is contrary to the organizational schemes and methods.

Essentially, Defendant Kenco in tandem along with Defendant Mars had policies, procedures, and protocols relative to documentation, control of documents, index of documents, as well as, the other ISO 9001:2008 and ISO 22000 Standard of requisites and prerequisites for the lawful operation of the Mars Manteno Facility. Therefore, the adherence of the policies, procedures and protocols as presented during a documented relative time is inextricably linked to the compliance of the Federal Mandates of 21 CFR, FSMA, the 2002 Bioterrorism Act, the Codex Alimentarius and other Federal and International prevailing laws.

According to Mars, Inc. website Defendant Mars, Inc. is in compliance with FSSC and ISO 22000 according to the Lloyd's Register Quality Assurance statement hereto attached as **Exhibit J.** Lloyd's Register Quality Assurance is the certifying body outlined in 21 CFR Chapter I Subchapter A Part 1 General Enforcement Regulations

16

Subpart M. Therefore, this same compliance scheme would be superimposed upon any of Defendant Mars agents, including Defendants Kenco and Walsh; ultimately mandating them to be compliant by virtue of an agency relationship.[21]  Provisions for imposition and agency with regard to compliance are found in the FD&C.  Mars, Inc. also states on their website that they have a supplier code of conduct hereto attached as **Exhibit K**, which also holds agents accountable for compliance.

Based upon Mars' compliance to ISO and FSSC 22000 it can be said that Mars had regular, if not daily, governance and interaction with the facility managed by Defendant Kenco, as Defendant Kenco was not certified to the necessary standards to be compliant with 21 CFR, FD&C and FSMA.  Hereto attached as **Exhibit L** is Defendant Mars' **QUALITY & FOOD SAFETY STANDARDS FOR TRANSPORT & STORAGE OF MARS NA SEMI-FINISHED WRAPPED AND FINISHED GOODS** that outlines compliance standards.  In addition, as mentioned earlier the same governing management scheme outlined in ¶8 and ¶9 would have been applicable to the relationship between Defendant Mars and Defendant Kenco.

In keeping with compliance Mars, Inc. would have had to audit the Mars Manteno warehouse for compliance to the standards.  Audit records reflect conformance and non-conformance to the standard; corrective actions are applied in the case of non-conformities; records are kept in a specific place and retained for a specified amount of time in keeping with the record keeping practices of the FD&C, FSMA and other applicable laws.

Specifically, with respect to Defendant Walsh's admission hereto attached as **Exhibit M** that Walsh had the information complainant sought to execute complainant's job can be corroborated by virtue of the ISO and FSSC 22000 standards of compliance and the relative time of the audit being in January of 2012.   Therefore, in my opinion Defendant Walsh intentionally withheld the information from complainant; ultimately interfering with complainant's work and business relationships.

Furthermore, it is correct in stating that after reviewing a number of Defendant Kenco's policies relative to: Safety & Health Philosophy CP-RM-6.4.100, General Employment Policies POL-HR-6.2.001, Anti-Harassment Policy POL-HR-6.2.004, Workplace Violence POL-HR-6.2.003, Prohibited Conduct POL-HR-6.2.002, Fire Prevention Plan CP-RM-6.4.104, Bloodborne Pathogen Exposure Control Plan CP-RM-6.4.106 and the Central Safety/Security File Policy CP-RM-4.2.4.100, hereto attached as a **Group Exhibit N** were not evidenced as being executed according to scheme and basis of ISO standardization and compliance requirements of FSMA.

21. The materials considered for this study are referenced in Exhibits O-Q

22.  In 1906 Doubleday, Jabber & Company Published Upton Sinclair's "The Jungle" describing health and safety violations and unsanitary practices in the American

---

[21] 21 CFR Chapter I Subchapter A Part 1 Subpart H

meatpacking industry in Chicago in the early 20th Century. The public concern and outcry led to reforms including the creation of "The Meat Inspection Act." 110 years later we are looking at the need to strengthen United States Food Safety Management Systems to improve health and safety conditions for employees in the food industry so they are able to provide food products that are safe for consumers and public consumption. This lawsuit speaks directly to meeting this critical need in our society today!

I, James W. Kolka, declare under penalty of perjury that the foregoing is true and correct.

Executed on April 14, 2017

**James W. Kolka PhD, JD/Attorney-at-Law**
**International Legal Consultant**

2193 Spear Point Drive
North Metro Atlanta
Marietta GA 30062
tel. 770-977-4049

E. jameskolka@gmail.com

www.jameskolka.typepad.com
www.linkedin.com/pub/james-kolka/10/202/37a

18

# EXHIBIT LIST

Exhibit A        Current Bio and List of Publications

Exhibit B        ISO 9001:2008

Exhibit C        FDA's Code of Federal Regulation Title 21 CFR Part 820 Quality System
                 Regulation and a copy of FDA's "Guide To Inspection of Quality Systems
                 "Quality System Inspection Technique" (QSIT) published in August 1999.

Exhibit D        Defendant's Bate Stamped copy of complainant's personnel file

Exhibit E        "*Understanding the "Other" Clauses of ISO 22000*"

Exhibit F        ISO 22000 standard.

Exhibit G        Defendant's QMS Documentation Policy (CP.BP. 4.2.1001) Defendant's
                 Bate Stamped Documents 001387-001391

Exhibit H        Defendant's Control of Documents Policy ISO.BP. 4.23.001

Exhibit I        Appendix F- Defendant's Bate Stamped Documents 000146-000148 &
                 001357-001386

Exhibit J        Lloyd's Register Quality Assurance Statement

Exhibit K        Mars Supplier Code of Conduct

Exhibit L        Mars Warehouse Quality Manual

Exhibit M        Walsh Admission Bate Stamped Documents 000483-000486

Exhibit N        Group Exhibit of Defendant's various Policies

Exhibit O        Defendants FOIA Requested documents tendered to Complainant 000001-
                 001733

Exhibit P        Kenco Corporate Responsibility Report 2010

Exhibit Q     Table of Consulted Documents in preparation of Report

# EXHIBIT A

# James W. Kolka PhD/JD Attorney-at-Law
# International Legal Consultant
# Curriculum Vitae

**Education**

- BS University of Wisconsin – Eau Claire, Major (Political Science) Minors (Chemistry/Economics)
- JD University of Wisconsin – Madison Law School, Admitted to State Bar of Wisconsin
- PhD University of Kansas Political Science and International Affairs

**Work Experience**

- University of Wisconsin – Green Bay Assistant Professor/Associate Professor Executive Asst. to the Vice Chancellor, Green Bay, WI 1969-1974

- University of Wisconsin System Administration, Madison, WI Professor/Senior Budget Planner/Senior Academic Planner, Developer & Director University of Wisconsin Adult Extended Degree Programs on Five Campuses 1974-1980

- Drake University, Des Moines, IA Professor/Vice President for Academic Affairs 1980-1983

- Kennesaw State University, Marietta, GA Professor/Vice President for Academic Affairs 1983-1987

- Visiting Professor of International Studies, Georgia Institute of Technology, Atlanta, GA 1987-1989

- Research Grants Development Administrator, Georgia Tech Research Institute, Atlanta, GA 1989-1991

- International Legal Consultant, President Kolka & Associates, Marietta, GA 1991-2013/Senior Consultant Excel Partnership, Sandy Hook, CT/London, UK 1994-2006/Senior Consultant SAI Global, Cleveland OH/Sidney, AU 2006/2009) for ISO 9001, ISO 13485, ISO 14001, FDA-s Quality System Regulation CE Marking for Machinery and CE Marking for Medical Devices Directives

- Attorney/Legal Expert for Law Firms involved in Law Suits in the US & UK involving ISO 9001, FDA's QSR & CE Marking for the Machinery Directive 2000-2013 Little Rock AK, Austin & Houston TX, Baltimore MA & Los Angeles CA, Detroit, MI, Chicago, IL, Portland, OR, London UK

**Training**

- Led team of faculty & students at the University of Kansas & University of Costa Rica & to develop written Spanish language materials (including training materials) to support Baccalaureate Degree Programs in Public Administration 1967-1968

- Developed curricula and interdisciplinary training materials for new Baccalaureate Degree programs, in collaboration with faculty colleagues at UW Green Bay 1969-1974

- Presented a Paper on Interdisciplinary Education to Seminar on Interdisciplinary Teaching and Research at Vigo Galicia & the Universidad Santiago Compostela sponsored by the Ministry of Education in Spain preparing for Higher Education in the year 2000.

- Supervised & wrote materials training faculty on five campuses in the University of Wisconsin System to assess prior learning, place degree programs in a competency based format and develop materials to complete a Baccalaureate Degree 1974-1980

- Governing Board Member on the American Council on Education, Commission on Education Credit and Credentials which oversees National Educational Training Programs 1978-1981

- Developed and delivered Public & On-site Training Programs on CE Marking for complying with the EU Machinery Directive and Related Directives (EMC, Low Voltage, Explosive Atmospheres ATEX, Pressure Vessels) including, EU Medical Devices Directives and related Quality Management Systems (ISO 9001, ISO 13485) 1991- 2011: Georgia Tech Atlanta GA, Houston, TX, San Francisco CA, Danbury CT, Orlando FL, Loyola Marymount University CA, Ventura CA, Newport Beach CA, Edison NJ, Minneapolis MN, University of Wisconsin Madison, WI New Orleans LA, Newport Beach CA, Boston MA, Waltham MA, Chicago Il, Seattle WA, Cincinnati OH, San Antonio TX, Mystic CT, Miami FL, Indianapolis IN 1991-2013

- Developed and delivered training courses for FDA's Quality System Regulation (QSR) for Excel Partnership & SAI Global in the US, UK & Australia

- Developed and delivered Staff Training Programs on CE Marking for the Machinery Directive, related Directives and the Medical Devices Directives for the California Manufacturing Technology Centers (CMTC) Los Angeles, Ontario, Ventura, Fresno

- Developed and delivered Public & On-site Training Programs on CE Marking for complying with the EU Machinery Directive and Related Directives, CE Marking for the Medical Devices Directive and Related Quality Management Systems for Excel Partnership, Inc. and SAI Global 1994-2014

- Developed and delivered Public & On-site Training Programs on ISO 9001, ISO 13485, ISO 14001, CE Marking Machinery & Related Directives (Low Voltage, EMC, Pressure Vessels, Explosive Atmospheres ATEX) and Product Liability Exposure 1991-2013, CE Marking Medical Devices
- Developed and delivered Public & On-site Training Programs on Preventive Law, Product Liability Audits, Product Safety Audits to reduce Product Liability Exposure 1991-2013

- Developed and delivered Public & On-site Training Programs on Product Liability Exposure and Loss Control for Medical Device Insurance Companies 1994-2013

  Developed and delivered Public and On-site Training Programs for Corporate Counsel, Defense Counsel and Trial Attorneys concerning Medical Device Manufacturers and Product Liability Exposure 1994-2017

James W. Kolka

## Selected Papers and Publications

James W. Kolka, *"CE Marking and Products Liability Avoidance",* in <u>Managing for Products Liability</u>
   <u>Avoidance, 3rd Edition</u>*",* CCH Incorporated, Chicago, 2004

James W. Kolka, *"The ISO 9000 Quality management Standards",* in <u>Managing for Products Liability</u>
   <u>Avoidance</u>, 3rd Edition, CCH Incorporated, Chicago, 2004

James W. Kolka, *Assessment and Training in the Medical Device Industry: What Does it Take to*
   *It Take to Manufacture in a Regulated Sector?"*, in <u>The Informed Outlook</u>, Vol. 9, No. 1
   January 2004

James W. Kolka, *"Bringing in Eastern European Manufacturers and Distributors into The European Fold:*
   *The CE Mark and EU Technical Standards",* <u>Entry Strategies: Product Adaptation and Innovation</u>
   <u>In the New Eastern European Markets, The European Center of the University System of</u>
   <u>Georgia and The Georgia Tech Center for International Business, Education and research</u>,
   Atlanta, Georgia, November 2003

James W. Kolka, *"There are Benefits to Having Financial Processes in Your QMS: Applying ISO 9001/4*
   *to Financial Operations"*, in <u>The Informed Outlook,</u> Vol. 8, No. 6, June 2003

James W. Kolka and Timothy J. Budacki, *"It is Always The Documents",* <u>MEDMARC Internet Newsletter</u>,
   June 2003

James W. Kolka, *"ISO 9001:2000 and Legal Liability"*, in <u>The ISO 9000 Handbook 4th Edition</u>,
   McGraw-Hill, Inc., New York, 2003

James W. Kolka, *"European Union and Conformity Assessment Requirements"*, in <u>The ISO 9000</u>
   <u>Handbook 4th Edition</u>, McGraw-Hill, Inc., New York, 2003

James W. Kolka, *CE Mark Training for the EU Medical Devices Directives*, <u>FDA Center for Devices and</u>
   <u>Radiological Health (CDRH) Division Directors</u>, Rockville, Maryland, December 2002

James W. Kolka, *"Potential Risks Associated with Product Realization: NFFS Addresses Fitness*
   *Memo for Use as Liability Exposure",* in <u>The Informed Outlook</u>, Vol. 7, No. 6, June 2002

James W. Kolka and Timothy J. Budacki, *"ISO 9001:2000 and the Legal Implications of Document*
   *Control: The Importance of Maintaining Effective Documentation"*, in <u>The Informed Outlook</u>, Vol.    7,
   No. 4, April 2002

James W. Kolka, *"ISO 9001 and 9004: A Framework for Disaster Preparedness",* in Quality Progress,
   Volume 35, Issue 2, February 2002

James W. Kolka, *"Liability & ISO 9001:2000:The Role a QMS Plays in Legal Liability, Part II*", TUV
   Rheinland World News, November/ December 2001

1

James W. Kolka, "*Liability & ISO 9001:2000:The Role a QMS Plays in Legal Liability, Part I*", TUV Rheinland World News, September/October 2001

James W. Kolka, "*Meeting International Standards*", University of Georgia Small Business Development Center Export Georgia 2001, Atlanta, Georgia, September 2001

James W. Kolka, "*Turn Your QMS Into a Risk Management Platform–ISO 9001:2000/Risk Management: A Preventive Law Approach*" in The Informed Outlook, Vol. 6, No. 9, September 2001.

James W. Kolka, "*Harmonizing Technical Standards for CE marking and the European Union*", The EU: A Target of Investment: An Executive Workshop-European Union Center of the University System of Georgia, Atlanta, Georgia, June 2001

James W. Kolka, "*Litigation and ISO 9000",* 55th Annual Quality Congress (AQC), Charlotte, North Carolina, May 2001.

James W. Kolka, " *ISO 9001: 2000, A Liability Perspective on Its Impact: What Role Will a QMS Play in Legal Liability?"* in The Informed Outlook, Vol. 6, No. 3, March 2001.

James W. Kolka, "*ISO 9000-Litigation and Legal Liability: A 2001 Update",* ASQ's 8th Annual ISO 9000 Conference, Reno, Nevada, March 2001.

James W. Kolka, "*Addressing the Product Recall",* Institute for International Research Conference-Product Liability Management, Atlanta, Georgia, February 2001.

James W. Kolka, Participant, "*QMS-Guidelines for Process Improvements in Healthcare Organizations",* ISO International Technical Agreement Workshop for Drafting a New Healthcare Guideline for Use with ISO 9001:2000, Detroit, Michigan, January 2001.

James W. Kolka, "*ISO 9001 and Product Liability: Friend or Foe?"* MEDMARC Teleforum, Fairfax, Virginia, December, 2000.

James W. Kolka, "*Present and Future Litigation Involving ISO 9001- Based QMS: The Impact of QMS on Legal Liability",* in The Informed Outlook, Vol. 5, No. 9, September, 2000.

James W. Kolka, "*ISO 9000: 2000 Update", and "Legal Issues of ISO 9000 and ISO 14,000",* Biomedical Focus '00: 14th Annual Conference & Exposition, St. Paul, Minnesota, July, 2000.

James W. Kolka, "*The Impact of Legal Liability on ISO 9001-Production: Your QMS Can Prevent Liability in Production Processes",* The Informed Outlook, Vol. 5, No. 5, June, 2000.

James W. Kolka, "*Requirements/Standards for International Warnings and Labels",* Authoring Preventive Product Safety Documents: The Medmarc Series, Boston, Massachusetts, May, 2000.

James W. Kolka, "*FDA's Good Manufacturing Practices and Legal Liability",* in Medmarc: Contemporary Insights on Loss Prevention and Product Safety: The Cutting Edge Newspaper, Vol. 10, No. 1, April, 2000.

James W. Kolka, "*The Impact of Legal Liability on ISO 9001 Pre-Production and Product Safety: Are Design and Development Done to Prevent Liability?"* in The Informed Outlook, Vol. 5, No. 3, March, 2000.

James W. Kolka, "*ISO 9001 and Legal Liability*", ASQ 7th Annual ISO 9000 Conference, Dallas Texas, March, 2000.

James W. Kolka, "*FDA's Good Manufacturing Practices and Legal Liability: Quality System Regulation Impact on QMS's* " in The Informed Outlook Vol. 5, No. 1, January, 2000.

James W. Kolka, *"FDA/EU Approaches to Medical Device Packaging & Labeling,"* Center for Business Intelligence—Pharmaceutical & Medical Device Packaging: Regulatory, Design and Development Solutions for Pharmaceutical and Medical Device Companies, Washington, D.C., December, 1999.

James W. Kolka, *"The Impact of Legal Liability on ISO 9001—Post Production: How Will You Respond to Increased Legal Scrutiny?"* in The Informed Outlook, Vol. 4, No. 11, November, 1999.

James W. Kolka, *"Quality Management Professionals and Liability Exposures,"* in MEDMARC: Contemporary Insights on Loss Prevention and Product Safety: The Cutting Edge Newsletter, Vol. 11, No. 3, November, 1999.

James W. Kolka and Eric Fettman, Testing for the QSR CFR 820, Excel Interactive Training CD Rom for the Medical Device Industry, Excel Partnership, Inc., Sandy Hook, CT., 1999.

James W. Kolka, *"CE Marking: How To Meet The Machinery Directive,"* in Quality, Vol. 38, October, 1999.

James W. Kolka, *"Examining the Future of ISO 9001 and Legal Liability: Using Today's Headlines and Events,"* in The Informed Outlook, Vol. 4, No. 9, September, 1999.

James W. Kolka, *"ISO 9001 and Health Care: Easier, Faster and Better Than Other Accreditation Programs,"* in Quality Progress, Vol. 32., No. 8, August, 1999.

James W. Kolka, *"FDA and EU Medical Device Packaging, Shipping and Labeling,"* Georgia Biomedical Partnership Series, Atlanta, Georgia, August, 1999.

James W. Kolka, *"ISO 9000 and the Law,"* in Compliance Engineering (European and American Editions), Vol. XVI, No. 5, July/August, 1999.

James W. Kolka, *"ISO 14001 and Global Medical Device Manufacturing: Legal Issues Affecting Implementation and Registration,"* and *"Using ISO 14001 to Comply with OSHA/EPA Regulations,"* Biomedical Focus, 13th Annual Conference and Exposition, St. Paul, Minnesota, July, 1999.

James W. Kolka, *"Be Prepared for Legal Liabilities with you QMS—Legal Issues and ISO 9001: Past, Present and Future,"* in The Informed Outlook, Vol. 4, No. 7, June, 1999.

James W. Kolka, *"New EU Directive Has Trade Implications—Effective June 30: EU Packaging and Packaging Waste Directive—Part 2,"* in The Informed Outlook, Vol. 4, No. 6, June, 1999.

James W. Kolka, *"Medical Device Regulatory Issues, Risk Management and Liability Issues,"* Georgia Biomedical Partnership Series, Atlanta, Georgia, May, 1999.

James W. Kolka, *"New EU Directive Has Trade Implications—Effective June 30: EU Packaging and Packaging Waste Directive—Part 1,"* in The Informed Outlook, Vol. 4, No. 5, May, 1999.

Ron Belmont, Carrie Hartill and James W. Kolka, *"From FDA Quality System Regulation to CE Marking,"* Medical Device & Diagnostic Industry, Vol. 21, No. 5, May, 1999.

James W. Kolka, *"EU's New Packaging and Packaging Waste Requirements,"* Atlanta Packaging Forum, Atlanta, Georgia, March, 1999.

James W. Kolka, *"ISO 9001: A Structure for More Effective Operations—Diverse Healthcare Industry Increases Scrutiny of ISO 9001,"* in The Informed Outlook, Vol. 4, No. 2, February, 1999.

James W. Kolka, *"Healthcare Industry: Quality Management Principles Help Reduce Liability Risk—Liability Exposure in the Healthcare Industry,"* in The Informed Outlook, Vol. 4, No. 1, January 1999.

James W. Kolka, *"Using Quality Management Principles to Reduce Liability Exposure in Healthcare Practice,"* ISO 9000: Building the Framework for Quality Healthcare Management—Co Sponsored by the College of Business and Economics, University of Kentucky and the Healthcare Division of the American Society for Quality, Lexington, Kentucky, December, 1998.

James W. Kolka, *"Going Beyond ISO 9000: US and EU Medical Device Regulations,"* in The Informed Outlook, Vol. 3., No. 19, November, 1998.

James W. Kolka, *"Comparative Analysis of US & EU Approaches In-Depth,"* IBC's 2nd Annual Conference on Medical Labeling, Palm Beach Gardens, Florida, October, 1998.

James W. Kolka, *"In Vitro Diagnostic Medical Devices Directive: The EU Reaches A Common Position on the IVD-Part 2,"* in The Informed Outlook, Vol. 3, No. 18, October, 1998.

James W. Kolka, *"Going Beyond ISO 9000: The Impact of US and EU Medical Device Regulation on Product Liability Exposure,"* What Wins and Loses Product Liability Lawsuits: The MEDMARC Series, Newport Beach, California, October, 1998.

James W. Kolka, *"The In Vitro Diagnostic Medical Devices Directive: The EU Reaches A Common Position On the IVD – Part 1,"* in The Informed Outlook, Vol. 3, No. 17, September, 1998.

James W. Kolka, *"ISO 9000 and Products Liability,"* in MEDMARC: Contemporary Insights on Loss Prevention and Product Safety: The Cutting Edge Newspaper, Vol. 8, Fall, 1998.

James W. Kolka, *"Using Quality Management Principles to Reduce Liability Exposure in Healthcare Practice,"* 10th Annual Conference: Quest for Quality and Productivity in Health Services—Co-sponsored by the Society for Health Systems of the Institute of Industrial Engineers and the Healthcare Division of the American Society for Quality, Memphis, Tennessee, September, 1998.

James W. Kolka, *"International Issues Regarding Packaging and Labeling: An Overview,"* DuPont Tyvek© Medical Packaging Technology Forum, Richmond, Virginia, September, 1998.

James W. Kolka, *"Clearing the Paper Trail: In A Lawsuit, Make Certain Your ISO Documentation Will Help Your Case, Not Hinder It,"* in Export Today, Vol. 14, No. 7, July, 1998.

Ron Belmont, Carrie Hartill and James W. Kolka, *"CE Mark Now Required Effective June 14: Understanding the New EU Medical Device Directives, CE Mark, FDA Quality System Regulation & the EU/US Mutual Recognition Agreement,"* in Biomedical Market Newsletter, Vol. 8, No. 6, June, 1998.

James W. Kolka, *"The Reality of QMS Expectations in Business: The Importance of Risk Analysis in Design Control,"* in The Informed Outlook, Vol. 3, No. 12, June, 1998.

Ron Belmont, Carrie Hartill and James W. Kolka, *"EU Medical Device Directives, FDA Quality System Regulation and the EU/US Mutual Recognition Agreement,"* Excel Partnership, Inc., June, 1998.

James W. Kolka, *"FDA Begins Enforcement of Design Control Section: With Medical Devices, Design is the Law…and More,"* in The In formed Outlook, Vol. 3, No. 11, June, 1998.

James W. Kolka, *"As FDA Requirements Take Full Effect, MRA Issues Remain,"* in The Informed Outlook, Vol. 3, No. 10, May, 1998.

James W. Kolka, *"International Issues Regarding Packaging and Labeling,"* and *"EU's Product Liability Directive and Japan's Product Liability Law As They Affect Medical Devices,"* Cambridge Communications Group, Inc. – Medical Packaging and Labeling: Strategies and Standards for the Global Marketplace, Phoenix, Arizona, April, 1998.

James W. Kolka, *"CE Marking For Machinery And Product Liability,"* in The Informed Outlook, Vol. 3, No. 7, April, 1998.

James W. Kolka, ISO 9000: A Legal Perspective, ASQ Quality Press, Milwaukee, Wisconsin and INFORM Press, Montclair, Virginia, 1998.

James W. Kolka, *"ISO 14000 and Its Impact Upon American Business: Emerging Legal Issues With EMS Implementation and Registration,"* in The Informed Outlook, Vol. 3, No. 6, March, 1998.

James W. Kolka, *"ISO 9000 and Legal Issues to be Considered,"* Part 2 of 2. The Informed Outlook, Vol. 3, No. 5, March, 1998.

James W. Kolka, *"CE Marking for Machinery and Product Liability: European Union and the United States,"* NPES—The Association for Suppliers of Printing and Publishing Technologies: Continuing CE Mark Education-1998, Orlando, Florida, February, 1998.

James W. Kolka, *"ISO 9000 and Legal Issues to be Considered,"* Part 1 of 2, The Informed Outlook, Vol. 3, No. 4, February, 1998.

James W. Kolka, *"ISO 14000 and Its Impact Upon American Business: Some Emerging Issues,"* ISO 14000 Environmental Management Systems Seminar—JETRO—Japan External Trade Organization and the Georgia Tech Center for Business, Education and Research, Atlanta, Georgia, February, 1998.

James W. Kolka, *"Using a Quality Management Structure to Reduce Liability Exposure,"* Excel Extra: The Newsletter of Excel Partnership, Inc., Vol. 14, Winter, 1998.

James W. Kolka, *"The EU-US MRA: A Closer Look,"* Part 4 of 4, in The Informed Outlook, Vol. 3, No. 3, February, 1998.

James W. Kolka, *"International Issues Regarding Packaging and Labeling,"* in The Validation Consultant, Vol., 5, No. 2, February, 1998.

James W. Kolka, *"The EU-US MRA: A Closer Look,"* Part 3 of 4, in The Informed Outlook, Vol. 3, No. 2, January, 1998.

James W. Kolka, *"The EU-US MRA: A Closer Look,"* Part 2 of 4, The Informed Outlook, Vol. 2, No. 24, December, 1997.

James W. Kolka, *"The EU-US MRA: A Closer Look,"* Part 1 of 4, The Informed Outlook, Vol. 2, No. 23, December, 1997.

James W. Kolka, *"Using ISO 9000 as an Effective Management System,"* Insurance Industry Conference, 1997: The Emerging Landscape of the Insurance Industry—Connecticut Society of Certified Public Accountants Continuing Education Series, East Windsor, Connecticut, November, 1997.

James W. Kolka, *"Legal Implications of EU Packaging and Labeling Requirements,"* and *"International Issues Regarding Packaging and Labeling,"* Medical Packaging & Labeling: Strategies and Standards for the

International Marketplace--International Business Communications Seminar, Philadelphia, Pennsylvania, October, 1997.

James W. Kolka, *"European Certification: Trend Setters for Global Safety Standards--European Union Approach to Product Standards,"* Global Certification & Quality Standards In The 21st Century--World Trade Club of Indiana, Indianapolis, Indiana, October, 1997.

James W. Kolka, *"New GMP's for the Medical Device Industry,"* and *"Design Control for the Medical Device Industry,"* Excel Partnership, Inc., UK Seminars, London, England, September, 1997.

James W. Kolka, *"What Can You Expect When FDA Visits During Transition? - Part 3"* in The Informed Outlook, Vol. 2, No. 15, August, 1997.

James W. Kolka, *"Developing ISO 14001 Environmental Management Systems: Multiple Liability Exposures Must Be Given Serious Attention,"* in Connecticut's Environment: Business, Technology & The Environment, Vol. 3, No. 8, August, 1997.

James W. Kolka, *"ISO 14000--Integrated Environmental Management,"* Biomedical Focus '97: 11th Annual Conference & Exposition, Minneapolis, Minnesota, July, 1997.

James W. Kolka, *"US and EU Sign Mutual Recognition Agreement,"* and *"What Can You Expect When FDA Visits During Transition? - Part 2,"* in The Informed Outlook, Vol. 2, No. 14, July, 1997.

James W. Kolka, *"What Can You Expect When FDA Visits During Transition? - Part 1,"* in The Informed Outlook, Vol. 1, No. 13, July, 1997.

James W. Kolka, *"New GMP's for the Medical Device Industry,"* and *"Design Control for the Medical Device Industry,"* Excel Partnership, Inc., UK Seminars, Manchester, England, June, 1997.

James W. Kolka, *"CE Marking and Technical Standards: The Integration of Product Safety and Process Quality,"* ASQC's 51st Annual Quality Congress--Quality: A Vision and a View--The Next 50 Years, Orlando, Florida, May, 1997.

James W. Kolka, New GMP's For The Medical Device Industry, Excel Training Workbook, Excel Partnership, Inc., Sandy Hook, Connecticut, 1997.

James W. Kolka, CE Marking for the European Union (EU) Machinery Directive, Excel Training Workbook, Excel Partnership, Inc., Sandy Hook, Connecticut, 1997.

James W. Kolka, *"Three Months and Counting: Are You Compliant with FDA's 'Quality System Regulation'?"* in The Informed Outlook, Vol. 2, No. 4, March, 1997.

James W. Kolka, CE Marking for the EU Medical Device Directive, Excel Training Workbook, Excel Partnership, Inc., Sandy Hook, Connecticut, 1997.

James W. Kolka, *The EU Machinery Directive: Approaching Two Years of Experience,"* in Compliance Engineering, Vol. XIV, No. 1, January - February, 1997.

James W. Kolka, *"With Medical Devices Directives, Is Three the Charm?"* in The Informed Outlook, Vol. 2, No. 3, February 1997.

James W. Kolka, *"Internationalization of Standards,"* The Japanese Standards System: Briefing Seminar for Executives - JETRO: Japan External Trade Organization and the Georgia Tech Center for International Business, Education and Research, Atlanta, Georgia, January, 1997.

James W. Kolka, *"For U.S. Business, CE Marking Is A Reality For Trade Benefits,"* in The Informed Outlook, Vol. 2, No. 1, January, 1997.

James W. Kolka, *"CE Marking in the U.S.: An Overview,"* The CE Mark: Your Key to Obtaining Unrestricted Trade Throughout the European Union: American Society for Quality Control Seminar, Washington, D. C., December, 1996.

James W. Kolka, *"CE Marking Medical Devices for Entry into the European Union,"* 1996 MEDTRADE Show, Atlanta, Georgia, November, 1996.

James W. Kolka, *"A Look at the Preamble to Quality System Regulation: Global Harmonization and FDA's Revised GMP's,"* in The Informed Outlook, Vol. 1, No. 10, November, 1996.

James W. Kolka, *"European Union and Conformity Assessment Requirements,"* in The ISO 9000 Handbook, third edition, Robert W. Peach, ed., Irwin Professional Publishing, Chicago, Illinois.

James W. Kolka, *"The EU's Medical Devices Directive--Part 4,"* in The Informed Outlook, Vol. 1, No. 11, October, 1996.

James W. Kolka, *"The EU's Medical Devices Directive--Part 3,"* in The Informed Outlook, Vol. 1, No. 10, October, 1996.

James W. Kolka, *"ISO 9000 Certification and Product Liability: Are They Compatible?"* Identifying and Controlling Adverse Events: When Good Things Happen to Bad Companies: MEDMARC Symposium, Waltham, Massachusetts, September, 1996.

James W. Kolka, *"An In-depth Look: The EU's Medical Devices Directive--Part 2,"* in The Informed Outlook, Vol. 1, No. 9, September, 1996.

James W. Kolka, *"Small Businesses Concerned About EU Directive Compliance: SME Position Paper on Standards, Certification and Regulation,"* in The Informed Outlook, Vol. 1, No. 8, September, 1996.

James W. Kolka, *"The EU's Medical Devices Directive--Part 1,"* in The Informed Outlook, Vol. 1, No. 7, August, 1996.

James W. Kolka, *"Section 770, " "ISO 9000 and Products Liability Avoidance,"* in Managing for Products Liability Avoidance, second edition, CCH Editorial Staff Publication, Chicago, Illinois, CCH Incorporated, 1996.

James W. Kolka and Gregory G. Scott, *"Section 720, " "CE Marking and Products Liability Avoidance,"* in Managing for Products Liability Avoidance, second edition, CCH Editorial Staff Publication, Chicago, Illinois, CCH Incorporated, 1996.

James W. Kolka, *"The EU's Active Implantable Medical Devices Directive,"* in Informed Outlook, Vol. 1, No. 5, July, 1996.

James W. Kolka, *"ISO 9000: The Outlook for the Medical Device Industry,"* in The Informed Outlook, Vol. 1, No. 3, June, 1996.

James W. Kolka, *"US TAG To TC 207 Report: Legal Issues Forum Discusses ISO 1400's Legal Implications,"* in The Informed Outlook, Vol. 1, No. 2, June, 1996.

James W. Kolka, *"EU Directive on Batteries and Accumulators Containing Certain Dangerous Substances 91/157/EEC As Adapted for Technical Progress 93/86/EEC;" "EU Directive on Hazardous Waste 91/689/EEC Annexed by Council 94/904/EC;" "Establish a List of Hazardous Wastes, Council Regulation (EEC) No. 339/93 of 8 February 1993 on Checks for Conformity with the Rules on Product Safety in the*

*Case of Products Imported From Third Countries;" "Council Directive on Introduction of Measures to Encourage Improvements in the Safety and Health of Workers at Work 89/391/EEC;" "Council Directive Concerning the Minimum Safety and Health Requirements for (Obligation of Employers) 89/655/EEC As Amended by 95/63/EC;* and *"Proposed EU Directive on Marine Equipment 95/C 218/06,"* Center for International Standards and Quality (CISQ), Economic Development Institute, Georgia Institute of Technology, Atlanta, Georgia, June, 1996.

James W. Kolka, *"Update: The Here and Now of European Device Requirements,"* Risk Reduction and the Global Challenge: MEDMARC Product Liability Series, Newport Beach, California, June, 1996.

James W. Kolka, *"Environmental Legislation and Regulation: Educational Module--ISO 14001 Training Course,"* Det Norske Veritas Industry, Inc., Loss Control Management, Atlanta, Georgia, June, 1996.

James W. Kolka, *"ISO 14000 and Trade-Related Issues: The Impact of EU Environmental and New Approach Safety Directives,"* International Implementation of ISO 14000: Legal Issues Forum of U.S. Technical Advisory Group (TAG) for TC 207 (ISO 14000 Technical Committee), Atlanta, Georgia, May, 1996.

James W. Kolka, *"EU Directive Concerning Equipment and Protective Systems Intended for Use in Potentially Explosive Atmospheres 94/9/EC;" "EU Directive on Satellite Earth Station Equipment 93/97/EEC Supplementing the EU Directive on Telecommunications Terminal Equipment (TTE) 91/263/EEC As Amended by 93/68/EEC;" "EU Directive Relating to Recreational Craft 94/24/EC;" "EU Directive on Non-Automatic Weighing Instruments 90/384/EEC As Amended by 93/68/EEC;" and "EU Directive Relating to Lifts 95/16/EC;"* Center for International Standards and Quality (CISQ) Economic Development Institute, Georgia Institute of Technology, Atlanta, Georgia, May, 1996.

James W. Kolka, *"Introduction to the Machinery Directive,"* Georgia Tech & Georgia Power Technology Applications Workshop, Atlanta, Georgia, April, 1996.

James W. Kolka, *"ISO 9000 Quality Assurance and Product Liability,"* It's a Whole New Ballgame: Emerging Developments in Product Liability Law, American Law Firm Association, 1996 International Client Seminar, Amelia Island, Florida, March, 1996.

James W. Kolka, *"EU Machinery Directive,"* Qualified Specialists, Inc., Seminar, Houston, Texas, March, 1996.

James W. Kolka, *"CE Marking;" "Policing the CE Mark;" "EU Electromagnetic Compatibility Directive 89/336/EEC As Amended By 92/31/EEC & 93/68/EEC;" "European Union Machinery Directive 89/392/EEC As Amended By 91/368/EEC, 93/44/EEC and 93/68/EEC;"* and *"European Union Low Voltage Directive 72/23/EEC As Amended By 93/68/EEC,"* Center for International Standards and Quality (CISQ)-- Economic Development Institute, Georgia Institute of Technology, Atlanta, Georgia, March, 1996.

James W. Kolka, *"The Technical File;" "European Union Modular Approach to Certification and Testing;" "EU Directive On Construction Products 89/106/EEC As Amended By 93/68/EEC;" "EU Toy Safety Directive 88/378/EEC As Amended By 93/68/EEC,"* and *"EU Directive on Telecommunications Terminal Equipment 91/263/EEC As Amended By 93/68/EEC,"* Center for International Standards and Quality (CISQ)--Economic Development Institute, Georgia Institute of Technology, Atlanta, Georgia, March, 1996.

James W. Kolka, *"EU Active Implantable Medical Devices Directive 90/385/EEC As Amended By 93/42/EEC and 93/68/EEC;" "EU Medical Devices Directive 93/42/EEC;" "Proposed EU In Vitro Diagnostic Medical Devices Directive 95/C 172/02;" "EU Directive on Personal Protective Equipment 89/686/EEC As Amended By 93/68/EEC and 93/95/EEC;"* and *"EU Directive on Packaging and Packaging Waste 94/62/EC,"* Center for International Standards and Quality (CISQ)--Economic Development Institute, Georgia Institute of Technology, Atlanta, Georgia, March, 1996.

James W. Kolka, *"EU Product Liability Directive (Directive Concerning Liability for Defective Products 85/374/EEC);" "EU Directive on General Product Safety 92/59/EEC;" "EU Directive on Efficiency*

*Requirements For New Hot-Water Boilers Fired With Liquid or Gaseous Fuels 92/42/EEC As Amended By 93/68/EEC;" "EU Directive on Appliances Burning Gaseous Fuels 90/396/EEC As Amended By 93/68/EEC;" "EU Directive on Simple Pressure Vessels 87/404/EEC As Amended By 90/488/EEC and 93/68/EEC,"* Center for International Standards and Quality (CISQ)--Economic Development Institute, Georgia Institute of Technology, Atlanta, Georgia, March, 1996.

James W. Kolka, *"Gain CE Marking for Medical Devices to Enter European Markets,"* Technology Assessment & Reimbursement Planning for Devices and Diagnostics--Institute for International Research, Baltimore, Maryland, February, 1996.

James W. Kolka, *"EU Machinery Directive: Staff Training on European Standards and CE Marking,"* Cymer Laser Technologies, Inc., San Diego, California, February, 1996.

James W. Kolka, *"New ISO 14000 Management System Standards: Legal and Liability Issues,"* MEDMARC Contemporary Insights on Loss Prevention and Product Safety: The Cutting Edge Newsletter, Vol. 30, Winter-January, 1996.

James W. Kolka and Gary D. Christiansen, *"QM 710 Quality Management in Regulated and Non-Regulated Industries,"* Master's of Quality Management Program--College of Business Administration, Loyola University, New Orleans, Louisiana, January, 1996.

James W. Kolka, *"EU Machinery Directive: Staff Briefing on the Technical File and Liability Issues in the U.S. and EU,"* Cymer Laser Technologies, Inc., San Diego, California, 1995.

James W. Kolka, *"European Machinery Directive,"* Interactive Video Conference--Georgia Economic Development Institute, Atlanta, Georgia, December, 1995.

James W. Kolka, *"The EU In-Vitro Diagnostic Medical Devices Directive Finally Reaches Proposal Status: Part III,"* in The Complete European Trade Digest, Vol. IV, Issue 4- ME, November, 1995.

James W. Kolka, *"Legal and Liability Issues Facing the Areas of Safety, Quality and the Environment,"* DET NORSKE VERITAS Conference: Integrating Safety Quality & Environment, Houston, Texas, November, 1995.

James W. Kolka, *EU Machinery Directive: prEN Safety of Machinery--Risk Assessment and Product Liability: Part II,"* in The Complete European Trade Digest, Vol. IV., Issue 3-MA, October, 1995.

James W. Kolka, *"The EU In-Vitro Diagnostic Medical Devices Directive Finally Reaches Proposal Status: Part II,"* in The Complete European Trade Digest, Vol. IV., Issue 3-ME, October, 1995.

James W. Kolka, *"ISO DIS 14000 and Liability Exposure--A Symbiotic Relationship: Part I,"* in The Complete European Trade Digest, Vol. IV., Issue 3-AD, October, 1995.

James W. Kolka, *"ISO 9000 as a Defense in Product Liability Lawsuits,"* in ISO 9000 NEWS: The International Journal of the ISO 9000 FORUM--Geneva, Switzerland, Vol. 4, No. 5, September/October, 1995.

James W. Kolka, *"ISO Certification and Product Liability: Friend or Foe?"* MEDMARC Symposium: Identifying and Controlling Adverse Events: When Bad Things Happen to Good Companies, San Francisco, California, September, 1995.

James W. Kolka, *"The EU Product Safety Directive: Its Role in the European Union Single Internal Market,"* in The Complete European Trade Digest, Vol. IV., Issue 2-MA, September, 1995.

James W. Kolka, *"A Review of the Global Harmonization Document: Guidance on Quality Systems for the Design and Manufacture of Medical Devices--Part III"* and *"The EU in Vitro Diagnostic Medical Device Directive*

*Finally Reaches Proposal Status: Part I.,* in The Complete European Trade Digest, Vol. IV., Issue 2-ME, September, 1995.

James W. Kolka, *"ISO 9000 Quality Management Certification and Product Liability: Friend or Foe?"* and *"The EU Product Safety Directive: Its Role in the European Singe Internal Market,"* in The Complete European Trade Digest, Vol. IV., Issue 2-AD, September, 1995.

James W. Kolka, *"EU Machinery Directive Product Compliance Workshop,"* ABC Group Companies/Supreme Tooling Group, STAT-A-MATRIX, Toronto, Ontario, August, 1995.

James W. Kolka, *"EU Machinery Directive: pr EN1050 Safety of Machinery--Risk Assessment and Product Liability,"* in The Complete European Trade Digest, Vol. IV., Issue 1-MA, August, 1995.

James W. Kolka, *"U.S. Product Liability Implications of EU New Approach Safety Directives and Related EN Safety Standards: Part II,"* in The Complete European Trade Digest, Vol. IV., Issue 1-AD, August, 1995.

James W. Kolka, *"A Review of the Global Harmonization Document: Guidance on Quality Systems for the Design and Manufacture of Medical Devices--Part II,"* in The Complete European Trade Digest, Vol. IV., Issue 1-ME, August, 1995.

James W. Kolka, *"EU Machinery Directive Executive Briefing and Workshop,"* Wagstaff, Inc., Spokane, Washington, July, 1995.

James W. Kolka, *"EU Machinery Directive, Executive Briefing and Product Compliance Workshop,"* Schlumberger Technologies Automated Test Equipment Division, STAT-A-MATRIX, Columbus, Ohio, June, 1995.

James W. Kolka, *"EU Standards, New Approach Directives, Machinery Safety, Product Liability & Product Safety,"* Compliance with European Union Product Regulations--Obtaining the CE Mark, College of Engineering, University of Wisconsin-Madison, Madison, Wisconsin, June, 1995.

James W. Kolka, *"ISO 9000 and the Role of Standards, EU, U.S. and Japanese Compared,"* The Japanese Standards System, Briefing Seminar for Executives: Japan External Trade Organization, (JETRO), Atlanta, Georgia, June, 1995.

James W. Kolka, *"EU Medical Devices Directives and Their Implementation,"* ASQC's 49th Annual Quality Congress and Exposition: Solving Quality Issues for the Food & Drug Industries--Food, Drug & Cosmetics Division, Cincinnati, Ohio, May, 1995.

James W. Kolka, *"Product Liability, Product Safety and ISO 9000,"* Northwest ISO 9000 Conference: International Standards Initiative, Seattle, Washington, April, 1995.

James W. Kolka, *"EU Directives for Medical Devices,"* Qualified Specialists, Inc. Seminar, Houston, Texas, April, 1995.

James W. Kolka, *"U.S. Product Liability Implications of EU New Approach Safety Directives and Related EN Safety Standards: Part I"; "A Review of the Global Harmonization Document: Guidance on Quality Systems for the Design and Manufacture of Medical Devices: Part I"; and "The EU Directive on Packaging and Packaging Waste Receives Final Approval by the EU Parliament and EU Council,"* in The Complete European Trade Digest, Vol. III., No. 3, March, 1995.

James W. Kolka and Bruce McIntosh, The European Union Machinery Directive: Compliance Manual for Trade, Atlanta, Georgia, SIMCOM, Inc., 1995.

James W. Kolka, *"ISO 9000, TQM, Malcolm Baldrige Criteria, European Union New Approach Directives and Product Liability,"* USF&G Loss Control Seminar: Focus on Quality, Chicago, Illinois, March, 1995.

James W. Kolka, *"European Union Medical Device Directives,"* STAT•A•MATRIX Institute Seminar, Minneapolis, Minnesota, March, 1995.

James W. Kolka, *"EU Directives: Product Safety & Liability,"* Georgia Tech & Georgia Power Technology Applications Center Workshop, Atlanta, Georgia, February, 1995.

James W. Kolka, *"Guidelines on an EU Medical Devices Vigilance System: Part III;" "Presentation and Product Liability: Part V-Machinery;" and "EU Machinery Directive and the Technical File," in* The Complete European Trade Digest, Vol. III., No. 2, February, 1995.

James W. Kolka, *"EU Standards, New Approach Directives, Machinery Safety, Product Liability & Product Safety,"* Compliance with New European Union Product Regulations--Obtaining the CE Mark, College of Engineering, University of Wisconsin-Madison, Madison, Wisconsin, February, 1995.

James W. Kolka, *"EU Directives for Medical Devices," and "EU Machinery Directive,"* Qualified Specialists, Inc. Seminars, Houston, Texas, February, 1995.

James W. Kolka, *"Guidelines on an EU Medical Devices Vigilance System: Part III;" "Presentation & Product Liability: Part IV;" and "Questions & Answers: CE Marking," in* The Complete European Trade Digest, Vol. III., No. 1, January, 1995.

James W. Kolka, *"European Union Update on the Latest Medical Device Quality Systems Requirements,"* Shotwell & Carr, Inc. Medical Device Seminars: The Latest Developments in the USA and Europe, Dallas, Texas, January, 1995.

James W. Kolka, *"Guidelines on an EU Medical Devices Vigilance System: Part I," and "Presentation and Product Liability: Part III-Machinery," in* The Complete European Trade Digest, Vol. II, No. 12, December, 1994.

James W. Kolka, *"European Community Medical Devices,"* STAT•A•MATRIX Institute Seminar, Edison, New Jersey, November, 1994.

James W. Kolka, *"Machinery Safety Directive," and "Directives for Medical Devices,"* Qualified Specialists, Inc. Seminars, Houston, Texas, November, 1994.

James W. Kolka, *"European Harmonization--Status of Medical Devices," and "Other EC Standards for Medical Devices,"* ASQC Biomedical Division--ISO 9000, CE Mark and the New Medical Device GMP, Dallas, Texas, November, 1994.

James W. Kolka, *"Risk Assessment of Medical Devices: A New Draft Standard: Part II," and "Presentation and Product Liability: Part II--Machinery," in* The Complete European Trade Digest, Vol. II., No. 11, November, 1994.

James W. Kolka, *"Sorting Out Component Part Manufacturing Liability,"* MEDMARC Symposium: Strategies 1994: Reducing Product Liability and Regulatory Risks, Newport Beach, California, October, 1994.

James W. Kolka, *"EU Product Liability and Product Safety Directives."* in Preventive Law Reporter, Vol. 13, No. 3, October, 1994.

James W. Kolka, *"ISO 9000 and Medical Device Regulation in the European Union,"* in Food, Drug, Cosmetic and Medical Device Law Digest, Vol. 11, No. 3, October, 1994.

James W. Kolka, *"Presentation and Product Liability: Part I--Non Regulated Products & Machinery," and "Risk Assessment of Medical Devices: A New Draft Standard: Part I," in* The Complete European Trade Digest, Vol. II., No. 10, October, 1994.

James W. Kolka, *"Materials, Component Parts and the EU Product Liability Directive: Part II,"* in The European Report on Industry, Quality and Standards, Vol. II, No. 9, September, 1994.

James W. Kolka, *"European Community Medical Devices Directives,"* STAT•A•MATRIX Institute Seminar, Minneapolis, Minnesota, August, 1994.

James W. Kolka, *"Materials, Component Parts and the EU Product Liability Directive: Part I,"* and *"New Answers to the European Union Non-medical New Approach Directives and their Direct Impact on the Medical Device Industry,"* in The European Marketing Guide: Economic, Environmental, Legal and Social Strategies, Vol. II., No. 8, August, 1994.

James W. Kolka, *"What Is Our Liability As A Consultant,"* and *The CE Mark, EU Product Liability, Product Safety, Machinery Safety and Medical Devices Directives,"* STAT•A•MATRIX Consultant Training Session, Edison, New Jersey, July, 1994.

James W. Kolka, *"Post Sale Obligations, Post Sale Surveillance, Product Monitoring and the EU Product Liability Directive: Part II,"* in The European Marketing Guide: Economic, Environmental & Social Strategies, Vol. II, No. 7, July, 1994.

James W. Kolka, *"The prEN 724 Guidance Document and the General Medical Devices Directive: Part IV,"* in the European Report on Industry Quality and Standards, Vol. II, No. 7, July, 1994.

James W. Kolka, *"EU Standards, New Approach Directives, Product Liability and Product Safety,"* Compliance with New European Community (EC) Product Regulations--Obtaining the CE Mark, College of Engineering, University of Wisconsin-Madison, Madison, Wisconsin, June, 1994.

James W. Kolka, *"Post Sale Surveillance, Product Monitoring and the EU Product Liability Directive: Part I,""* and *"The Transition from EU Member State Regulations to the New EU Packaging and Packaging Waste Directive,"* in The European Marketing Guide: Economic, Environmental & Social Strategies, Vol. II., No. 6, June, 1994.

James W. Kolka, *"The prEN Guidance Document and the General Medical Devices Directive: Part III.,"* in The European Report on Industry, Quality and Standards, Vol. II., No. 6, June, 1994.

James W. Kolka, *"EU Directives, Product Safety and Liability,"* Center for International Standards and Quality--Seminar, Georgia Institute of Technology, Atlanta, Georgia, May, 1994.

James W. Kolka, *"European Community Medical Devices Directives,"* STAT•A•MATRIX Institute Seminar, Edison, New Jersey, Mary, 1994.

James W. Kolka, *"The prEN 724 Guidance Document and the General Medical Devices Directive: Part II,"* in The European Report on Industry, Quality and Standards, Vol. II., No. 5, May, 1994.

James W. Kolka, *"Making a Working Commitment to Loss Prevention: The Global Approach,"* What Wins and Loses Product Liability Lawsuits--The MEDMARC Series, Boston, Massachusetts, April, 1994.

James W. Kolka, *"Warnings and Instructions and the EU Product Liability Directive: Part I,"* in the European Marketing Guide: Economic, Environmental, Legal and Social Strategies, Vol. II., No. 3, April, 1994.

James W. Kolka, *"The prEN 724 Guidance Document and the General Medical Devices Document: Part I,"* in The European Report on Industry, Quality and Standards, Vol. II., No. 4, April, 1994..

James W. Kolka, *"Product Design, Product Software and Product Liability,"* and *"EU Reaches A Common Position on Packaging and Packaging Waste Directive,"* in <u>The European Marketing Guide: Economic, Environmental & Social Strategies</u>, Vol. II., No. 3, March, 1994.

James W. Kolka, *"EN 46000 and the EU Medical Devices,"* in <u>The European Report on Industry, Quality and Standards</u>, Vol. II., No. 3, March, 1994.

James W. Kolka, *"ISO 9000 and The Global Trade Environment,"* <u>ISO 9000 Conference</u>, International Business Magazine and KPMG Peat Marwick, Montvale, New Jersey, March, 1994.

James W. Kolka, *"The Impact of Liability & Safety in the Application of ISO 9000,"* <u>PITCON 94, The Pittsburgh Conference</u>, McCormick Place, Chicago, Illinois, March, 1994.

James W. Kolka, *"Product Design and Product Liability--You Can't Have One Without the Other,"* and *"German Environmental Legislation--The Leader of the Pack,"* in <u>The European Marketing Guide: Economic, Environmental, Legal & Social Strategies</u>, Vol. II., No. 2, February, 1994.

James W. Kolka, *"Global Harmonization of Medical Devices,"* in <u>The European Report on Industry, Quality and Standards</u>, Vol. II., No. 2, February, 1994.

James W. Kolka, Chapter 15, *"European Community Conformity Assessment,"* in <u>The ISO 9000 Handbook</u>, 2nd edition, Robert Peach, ed., Fairfax, Virginia, CEEM Information Services, 1994.

James W. Kolka and Gregory G. Scott, Chapter 12, *"The Legal Limitations of ISO 9000 Registration and EC Product Liability and Product Safety,"* in <u>The ISO 9000 Handbook</u>, 2nd edition, Robert Peach, ed., Fairfax, Virginia, CEEM Information Services, 1994.

James W. Kolka, *"EC Modular Approach to Conformity Assessment,"* and *"EC General Medical Devices Directive"* in <u>The EC Report on Industry, Quality and Standards</u>, Vol. II., No. 1, January, 1994.

James W. Kolka, *"Product Liability Directive, Records Management and Documentation or Put Your Data Where Your Mouth Is,"* in <u>The EC Marketing Guide: Economic, Environmental, Legal and Social Strategies</u>, Vol. II., No. 1, January, 1994.

James W. Kolka, *"EC Directives, Product Liability & Product Safety,"* <u>Compliance with New European Community (EC) Product Regulation--Obtaining the CE Mark</u>, College of Engineering, University of Wisconsin-Madison, Madison, Wisconsin, January, 1994.

James W. Kolka, *"U.S. Takes Its Quality Cue from Across the Atlantic,"* in <u>The American Metal Market</u>, December, 1993.

James W. Kolka, *"European Community Plans Implementation of Three Medical Devices Directives"* in <u>InfoEXCHANGE--A Newsletter of the Medical Manufacturers Information Council</u>, Vol. 1., No. 3, November, 1993.

James W. Kolka, *"Product Liability & How to Stay Out of Trouble," "Conformity Assessment: What It Is and What Are the Trade Implications for U.S. Exports,"* and "The Executive Technical Advisory Board Case Study," in <u>The EC Marketing Guide: Economic, Environmental, Legal & Social Strategies</u>, November, 1993.

James W. Kolka, *"ISO 9000 & EC Medical Devices"* in <u>The EC Report on Industry, Quality and Standards</u>, November, 1993.

James W. Kolka, *"Impact of ISO 9000 on Safety and Liability Issues,"* <u>1st Annual International Conference on ISO 9000</u>, Lake Buena Vista, Florida, November, 1993.

James W. Kolka, *"EC Product Services, Safety & Standards,"* Chinese Enterprise Managers & Leaders Training Program for the SHENZHEN SPECIAL ECONOMIC ZONE--China/U.S. Professional Exchange Program, Georgia Institute of Technology, Atlanta, Georgia, October, 1993.

James W. Kolka, *"Product Liability in the EC,"* Medical Device Regulation: Europe & North America--International Business Communications, New Orleans, Louisiana, October, 1993.

James W. Kolka, *"EC Product Liability & Safety and the EC Medical Devices Directives--Preparing for Export"* and *"A Global Approach to Liability & Safety: Some new Common Denominators for a Liability Management Strategy--A Comprehensive Workshop,"* Global Medical Device Regulation--Institute for International Research, Chicago, Illinois, September, 1993.

James W. Kolka, *"EC Product Liability and Environmental Concerns,"* Global Telecommunications Certification--BHS International, Minneapolis, Minnesota, September, 1993.

James W. Kolka, *"Environmental Liability, Product Liability & Product Safety in the EC,"* and *"UK British Standard BS 7750 Environmental Management Systems,"* EC Green Laws Conference--BHS International, Manhattan Beach, California, September, 1993.

James W. Kolka, *"The Need for Preventive Law: Product Liability, EC Directives & ISO 9000,"* ISO 9000 Standards for Quality Management/Center for International Standards and Quality, Georgia Institute of Technology, Atlanta, Georgia, August, 1993.

James W. Kolka, *"EC Directives, Product Liability & Product Safety,"* Center for International Standards & Quality, Staff Training Seminar (videotaped), Georgia Institute of Technology, Atlanta, Georgia, July 1993.

James W. Kolka, *"Product Liability and Legal Issues with ISO 9000,"* The ISO 9000 Standards: Opening the Door to World Markets, College of Commerce and Industry, Clemson University, Charlotte, North Carolina, July, 1993.

James W. Kolka, *"EC Directives & Standards,"* Stat-A-Matrix Consultant Training Session, Edison, New Jersey, July, 1993.

James W. Kolka, *"EC Directives, Product Liability  & Product Safety,"* Internationalization of U.S. Product Liability Practices/EC Directives, College of Engineering, University of Wisconsin-Madison, Madison, Wisconsin, June, 1993.

James W. Kolka, *"Europeans Agree on Requirements for Medical Devices,"* in Quality Systems Update, Vol. III., No. 6, June, 1993.

James W. Kolka, *"What is ISO 9000 and Why Should You Care?--Global Environmental Management Systems,"* in Environmental Spectrum: Georgia Tech Research Institute, Vol. 9, No. 1, June, 1993.

James W. Kolka, "The Effect of ISO 9000 Standards on Product Liability," ISO 9000 Standards for Quality Management/Center for International Standards and Quality (Video Conference), Georgia Institute of Technology, Atlanta, Georgia, April, 1993.

James W. Kolka, *"U.S. Government Lags in Spurring Domestic ISO 9000 Growth: EC Registration Explodes,"* in Quality Systems Update, Vol. III., No. 4, April, 1993.

James W. Kolka, *"EC Product Liability and Safety Directives Seminar, "* Center for Energy and Environmental Management, Alexandria, Virginia, April, 1993.

James W. Kolka, *"U.S. Exports and European Standards,"* in The Industrial Advisor: Georgia Institute of Technology, Atlanta, Georgia, April, 1993.

James W. Kolka, *"EC Environmental Legislation Moves Toward Integration,"* in <u>Quality Systems Update</u>, Vol. III., No. 3, March, 1993.

James W. Kolka, *"What is Conformity Assessment?"* and *"CASE Addresses U.S., EC Standards Differences"* in <u>Conformity Assessment Update</u>, Vol. I., No. 1, February, 1993.

James W. Kolka, *"European Directives and the Automotive Industry,"* <u>ISO 9000 in the Automotive Industry: SAE International</u>, Dearborn, Michigan, January, 1993.

James W. Kolka, David Link, and Gregory G. Scott, <u>EC Medical Devices Directives: Certification, Quality Assurance, and Liability</u>, Fairfax, Virginia, CEEM Information Services, 1992.

James W. Kolka, Chapter 8, *"The European Community: Directives, Standards and Product Certification"* in <u>ISO 9000 Handbook</u>, Robert Peach, ed., Fairfax, Virginia, CEEM Information Services, 1992.

James W. Kolka and Gregory G. Scott, *"Chapter 10, "The Legal Limitations of ISO 9000 Registration and EC Product Liability and Product Safety,"* in <u>ISO 9000 Handbook</u>, Robert Peach, ed., Fairfax, Virginia, CEEM Information Services, 1992.

James W. Kolka, "*EC Product Liability & Safety Laws,*" <u>World Trade Club Atlanta, Atlanta District Export Council & Southern Center for International Studies Seminar on ISO 9000</u>, Atlanta, Georgia, November, 1992.

James W. Kolka, "*ISO 9000 and Product Liability: EC and U.S.*," <u>The ISO 9000 Standards for Quality Management: International Registration of Quality Systems/Center for International Standards and Quality</u>, Georgia Institute of Technology, Atlanta, Georgia, October, 1992.

James W. Kolka, "*Maastricht Treaty Troubles: What It Means for U.S. Business and Worldwide Standardization,*" in <u>Quality Systems Update</u>, Vol. II., No. 9, October, 1992.

James W. Kolka and Gregory G. Scott, <u>EC Product Liability and Product Safety Directives</u>, Fairfax, Virginia, CEEM Information Services, 1992.

James W. Kolka, *"Product Liability in the World Marketplace,"* <u>17th Annual Meeting, National Electrical Manufacturers Association, Diagnostic Imaging and Therapy Systems Division</u>, Tucson, Arizona, September, 1992.

James W. Kolka and Gregory G. Scott, *"Product Safety Directive Finalized,"* in <u>Quality Systems Update</u>, Vol. II., No. 9, September, 1992.

James W. Kolka, *"ISO 9000/Product Liability Interface--Here and Abroad,"* <u>Kaiser Aluminum & Chemical Corporation, ISO 9000/Product Liability Workshop</u>, Dallas, Texas, September, 1992.

James W. Kolka, *"Denmark's Reticence to Approve Maastricht Treaty Does Not Affect Technical Standards Integration,"* in <u>Quality Systems Update</u>, Vol. II., No. 8, August, 1992.

James W. Kolka and R.T. Weightman, *"Introduction to ISO 9000 and EC '92 Directives and Certification,"* <u>SAE International</u>, Warrendale, Pennsylvania, August 1992.

James W. Kolka, *"Product Certification & Product Liability in Europe 1992,"* <u>American Petroleum Institute, Annual Quality Symposium</u>, Tulsa, Oklahoma, June 1992.

**EXHIBIT B**

I.S. EN ISO 9001:2008

# INTERNATIONAL STANDARD

**ISO 9001**

Fourth edition
2008-11-15

## Quality management systems — Requirements

*Systèmes de management de la qualité — Exigences*

Reference number
ISO 9001:2008(E)

© ISO 2008

Copyrighted material licensed to SAI Global Inc. for licensee's use only. A00597287
Single user license only, copying prohibited. 01 Dec 08

**ISO 9001:2008(E)**

I.S. EN ISO 9001:2008

---

**PDF disclaimer**

This PDF file may contain embedded typefaces. In accordance with Adobe's licensing policy, this file may be printed or viewed but shall not be edited unless the typefaces which are embedded are licensed to and installed on the computer performing the editing. In downloading this file, parties accept therein the responsibility of not infringing Adobe's licensing policy. The ISO Central Secretariat accepts no liability in this area.

Adobe is a trademark of Adobe Systems Incorporated.

Details of the software products used to create this PDF file can be found in the General Info relative to the file; the PDF-creation parameters were optimized for printing. Every care has been taken to ensure that the file is suitable for use by ISO member bodies. In the unlikely event that a problem relating to it is found, please inform the Central Secretariat at the address given below.

---

 **COPYRIGHT PROTECTED DOCUMENT**

© ISO 2008

All rights reserved. Unless otherwise specified, no part of this publication may be reproduced or utilized in any form or by any means, electronic or mechanical, including photocopying and microfilm, without permission in writing from either ISO at the address below or ISO's member body in the country of the requester.

ISO copyright office
Case postale 56 • CH-1211 Geneva 20
Tel.  + 41 22 749 01 11
Fax  + 41 22 749 09 47
E-mail  copyright@iso.org
Web  www.iso.org

Published in Switzerland

© ISO 2008 – All rights reserved
Copyrighted material licensed to SAI Global Inc, for licensee's use only. A00597267
Single user license only, copying prohibited. 01 Dec 08

I.S. EN ISO 9001:2008

**ISO 9001:2008(E)**

## Contents

Page

| | | |
|---|---|---|
| 1 | Scope | 1 |
| 1.1 | General | 1 |
| 1.2 | Application | 1 |
| 2 | Normative references | 1 |
| 3 | Terms and definitions | 1 |
| 4 | Quality management system | 2 |
| 4.1 | General requirements | 2 |
| 4.2 | Documentation requirements | 2 |
| 5 | Management responsibility | 3 |
| 5.1 | Management commitment | 3 |
| 5.2 | Customer focus | 4 |
| 5.3 | Quality policy | 4 |
| 5.4 | Planning | 4 |
| 5.5 | Responsibility, authority and communication | 4 |
| 5.6 | Management review | 5 |
| 6 | Resource management | 6 |
| 6.1 | Provision of resources | 6 |
| 6.2 | Human resources | 6 |
| 6.3 | Infrastructure | 6 |
| 6.4 | Work environment | 6 |
| 7 | Product realization | 7 |
| 7.1 | Planning of product realization | 7 |
| 7.2 | Customer-related processes | 7 |
| 7.3 | Design and development | 8 |
| 7.4 | Purchasing | 9 |
| 7.5 | Production and service provision | 10 |
| 7.6 | Control of monitoring and measuring equipment | 11 |
| 8 | Measurement, analysis and improvement | 12 |
| 8.1 | General | 12 |
| 8.2 | Monitoring and measurement | 12 |
| 8.3 | Control of nonconforming product | 13 |
| 8.4 | Analysis of data | 13 |
| 8.5 | Improvement | 14 |
| Annex A (informative) Correspondence between ISO 9001:2008 and ISO 14001:2004 | | 15 |
| Annex B (informative) Changes between ISO 9001:2000 and ISO 9001:2008 | | 20 |
| Bibliography | | 26 |

© ISO 2008 – All rights reserved
Copyrighted material licensed to SAI Global Inc, for licensee's use only. A00597287
Single user license only, copying prohibited. 01 Dec 08

I.S. EN ISO 9001:2008

**ISO 9001:2008(E)**

## Foreword

ISO (the International Organization for Standardization) is a worldwide federation of national standards bodies (ISO member bodies). The work of preparing International Standards is normally carried out through ISO technical committees. Each member body interested in a subject for which a technical committee has been established has the right to be represented on that committee. International organizations, governmental and non-governmental, in liaison with ISO, also take part in the work. ISO collaborates closely with the International Electrotechnical Commission (IEC) on all matters of electrotechnical standardization.

International Standards are drafted in accordance with the rules given in the ISO/IEC Directives, Part 2.

The main task of technical committees is to prepare International Standards. Draft International Standards adopted by the technical committees are circulated to the member bodies for voting. Publication as an International Standard requires approval by at least 75 % of the member bodies casting a vote.

Attention is drawn to the possibility that some of the elements of this document may be the subject of patent rights. ISO shall not be held responsible for identifying any or all such patent rights.

ISO 9001 was prepared by Technical Committee ISO/TC 176, *Quality management and quality assurance*, Subcommittee SC 2, *Quality systems*.

This fourth edition cancels and replaces the third edition (ISO 9001:2000), which has been amended to clarify points in the text and to enhance compatibility with ISO 14001:2004.

Details of the changes between the third edition and this fourth edition are given in Annex B.

© ISO 2008 – All rights reserved
Copyrighted material licensed to SAI Global Inc, for licensee's use only. A00697287
Single user license only, copying prohibited. 01 Dec 08

I.S. EN ISO 9001:2008

**ISO 9001:2008(E)**

## Introduction

### 0.1 General

The adoption of a quality management system should be a strategic decision of an organization. The design and implementation of an organization's quality management system is influenced by

a) its organizational environment, changes in that environment, and the risks associated with that environment,

b) its varying needs,

c) its particular objectives,

d) the products it provides,

e) the processes it employs,

f) its size and organizational structure.

It is not the intent of this International Standard to imply uniformity in the structure of quality management systems or uniformity of documentation.

The quality management system requirements specified in this International Standard are complementary to requirements for products. Information marked "NOTE" is for guidance in understanding or clarifying the associated requirement.

This International Standard can be used by internal and external parties, including certification bodies, to assess the organization's ability to meet customer, statutory and regulatory requirements applicable to the product, and the organization's own requirements.

The quality management principles stated in ISO 9000 and ISO 9004 have been taken into consideration during the development of this International Standard.

### 0.2 Process approach

This International Standard promotes the adoption of a process approach when developing, implementing and improving the effectiveness of a quality management system, to enhance customer satisfaction by meeting customer requirements.

For an organization to function effectively, it has to determine and manage numerous linked activities. An activity or set of activities using resources, and managed in order to enable the transformation of inputs into outputs, can be considered as a process. Often the output from one process directly forms the input to the next.

The application of a system of processes within an organization, together with the identification and interactions of these processes, and their management to produce the desired outcome, can be referred to as the "process approach".

An advantage of the process approach is the ongoing control that it provides over the linkage between the individual processes within the system of processes, as well as over their combination and interaction.

When used within a quality management system, such an approach emphasizes the importance of

a) understanding and meeting requirements,

b) the need to consider processes in terms of added value.

© ISO 2008 – All rights reserved
Copyrighted material licensed to SAI Global Inc, for licensee's use only. A00597287
Single user license only, copying prohibited. 01 Dec 08

v

**ISO 9001:2008(E)**                           I.S. EN ISO 9001:2008

c)   obtaining results of process performance and effectiveness, and

d)   continual improvement of processes based on objective measurement.

The model of a process-based quality management system shown in Figure 1 illustrates the process linkages presented in Clauses 4 to 8. This illustration shows that customers play a significant role in defining requirements as inputs. Monitoring of customer satisfaction requires the evaluation of information relating to customer perception as to whether the organization has met the customer requirements. The model shown in Figure 1 covers all the requirements of this International Standard, but does not show processes at a detailed level.

NOTE   In addition, the methodology known as "Plan-Do-Check-Act" (PDCA) can be applied to all processes. PDCA can be briefly described as follows.

Plan: establish the objectives and processes necessary to deliver results in accordance with customer requirements and the organization's policies.

Do: implement the processes.

Check: monitor and measure processes and product against policies, objectives and requirements for the product and report the results.

Act: take actions to continually improve process performance.



Key

———▶   Value-adding activities

– – – ▶   Information flow

**Figure 1 — Model of a process-based quality management system**

vi

© ISO 2008 – All rights reserved
Copyrighted material licensed to SAI Global Inc, for licensee's use only. A00597287
Single user license only, copying prohibited. 01 Dec 08

I.S. EN ISO 9001:2008

**ISO 9001:2008(E)**

### 0.3 Relationship with ISO 9004

ISO 9001 and ISO 9004 are quality management system standards which have been designed to complement each other, but can also be used independently.

ISO 9001 specifies requirements for a quality management system that can be used for internal application by organizations, or for certification, or for contractual purposes. It focuses on the effectiveness of the quality management system in meeting customer requirements.

At the time of publication of this International Standard, ISO 9004 is under revision. The revised edition of ISO 9004 will provide guidance to management for achieving sustained success for any organization in a complex, demanding, and ever changing, environment. ISO 9004 provides a wider focus on quality management than ISO 9001; it addresses the needs and expectations of all interested parties and their satisfaction, by the systematic and continual improvement of the organization's performance. However, it is not intended for certification, regulatory or contractual use.

### 0.4 Compatibility with other management systems

During the development of this International Standard, due consideration was given to the provisions of ISO 14001:2004 to enhance the compatibility of the two standards for the benefit of the user community. Annex A shows the correspondence between ISO 9001:2008 and ISO 14001:2004.

This International Standard does not include requirements specific to other management systems, such as those particular to environmental management, occupational health and safety management, financial management or risk management. However, this International Standard enables an organization to align or integrate its own quality management system with related management system requirements. It is possible for an organization to adapt its existing management system(s) in order to establish a quality management system that complies with the requirements of this International Standard.

© ISO 2008 – All rights reserved
Copyrighted material licensed to SAI Global Inc, for licensee's use only. A00597287
Single user license only, copying prohibited. 01 Dec 08

I.S. EN ISO 9001:2008

This page is intentionally left BLANK.

Copyrighted material licensed to SAI Global Inc. for licensee's use only. A00597287
Single user license only, copying prohibited. 01 Dec 08

I.S. EN ISO 9001:2008

**INTERNATIONAL STANDARD**                                                    ISO 9001:2008(E)

# Quality management systems — Requirements

## 1 Scope

### 1.1 General

This International Standard specifies requirements for a quality management system where an organization

a) needs to demonstrate its ability to consistently provide product that meets customer and applicable statutory and regulatory requirements, and

b) aims to enhance customer satisfaction through the effective application of the system, including processes for continual improvement of the system and the assurance of conformity to customer and applicable statutory and regulatory requirements.

NOTE 1   In this International Standard, the term "product" only applies to

a)   product intended for, or required by, a customer,

b)   any intended output resulting from the product realization processes.

NOTE 2   Statutory and regulatory requirements can be expressed as legal requirements.

### 1.2 Application

All requirements of this International Standard are generic and are intended to be applicable to all organizations, regardless of type, size and product provided.

Where any requirement(s) of this International Standard cannot be applied due to the nature of an organization and its product, this can be considered for exclusion.

Where exclusions are made, claims of conformity to this International Standard are not acceptable unless these exclusions are limited to requirements within Clause 7, and such exclusions do not affect the organization's ability, or responsibility, to provide product that meets customer and applicable statutory and regulatory requirements.

## 2 Normative references

The following referenced documents are indispensable for the application of this document. For dated references, only the edition cited applies. For undated references, the latest edition of the referenced document (including any amendments) applies.

ISO 9000:2005, *Quality management systems — Fundamentals and vocabulary*

## 3 Terms and definitions

For the purposes of this document, the terms and definitions given in ISO 9000 apply.

Throughout the text of this International Standard, wherever the term "product" occurs, it can also mean "service".

© ISO 2008 – All rights reserved
Copyrighted material licensed to SAI Global Inc, for licensee's use only. A00597287
Single user license only, copying prohibited. 01 Dec 08

1

I.S. EN ISO 9001:2008

ISO 9001:2008(E)

# 4  Quality management system

## 4.1  General requirements

The organization shall establish, document, implement and maintain a quality management system and continually improve its effectiveness in accordance with the requirements of this International Standard.

The organization shall

a) determine the processes needed for the quality management system and their application throughout the organization (see 1.2),

b) determine the sequence and interaction of these processes,

c) determine criteria and methods needed to ensure that both the operation and control of these processes are effective,

d) ensure the availability of resources and information necessary to support the operation and monitoring of these processes,

e) monitor, measure where applicable, and analyse these processes, and

f) implement actions necessary to achieve planned results and continual improvement of these processes.

These processes shall be managed by the organization in accordance with the requirements of this International Standard.

Where an organization chooses to outsource any process that affects product conformity to requirements, the organization shall ensure control over such processes. The type and extent of control to be applied to these outsourced processes shall be defined within the quality management system.

NOTE 1  Processes needed for the quality management system referred to above include processes for management activities, provision of resources, product realization, measurement, analysis and improvement.

NOTE 2  An "outsourced process" is a process that the organization needs for its quality management system and which the organization chooses to have performed by an external party.

NOTE 3  Ensuring control over outsourced processes does not absolve the organization of the responsibility of conformity to all customer, statutory and regulatory requirements. The type and extent of control to be applied to the outsourced process can be influenced by factors such as

a) the potential impact of the outsourced process on the organization's capability to provide product that conforms to requirements,

b) the degree to which the control for the process is shared,

c) the capability of achieving the necessary control through the application of 7.4.

## 4.2  Documentation requirements

### 4.2.1  General

The quality management system documentation shall include

a) documented statements of a quality policy and quality objectives,

b) a quality manual,

c) documented procedures and records required by this International Standard, and

d) documents, including records, determined by the organization to be necessary to ensure the effective planning, operation and control of its processes.

© ISO 2008 – All rights reserved
Copyrighted material licensed to SAI Global Inc. for licensee's use only. A00597267
Single user license only, copying prohibited. 01 Dec 08

I.S. EN ISO 9001:2008

ISO 9001:2008(E)

NOTE 1  Where the term "documented procedure" appears within this International Standard, this means that the procedure is established, documented, implemented and maintained. A single document may address the requirements for one or more procedures. A requirement for a documented procedure may be covered by more than one document.

NOTE 2  The extent of the quality management system documentation can differ from one organization to another due to

a) the size of organization and type of activities,

b) the complexity of processes and their interactions, and

c) the competence of personnel.

NOTE 3  The documentation can be in any form or type of medium.

#### 4.2.2  Quality manual

The organization shall establish and maintain a quality manual that includes

a) the scope of the quality management system, including details of and justification for any exclusions (see 1.2),

b) the documented procedures established for the quality management system, or reference to them, and

c) a description of the interaction between the processes of the quality management system.

#### 4.2.3  Control of documents

Documents required by the quality management system shall be controlled. Records are a special type of document and shall be controlled according to the requirements given in 4.2.4.

A documented procedure shall be established to define the controls needed

a) to approve documents for adequacy prior to issue,

b) to review and update as necessary and re-approve documents,

c) to ensure that changes and the current revision status of documents are identified,

d) to ensure that relevant versions of applicable documents are available at points of use,

e) to ensure that documents remain legible and readily identifiable,

f) to ensure that documents of external origin determined by the organization to be necessary for the planning and operation of the quality management system are identified and their distribution controlled, and

g) to prevent the unintended use of obsolete documents, and to apply suitable identification to them if they are retained for any purpose.

#### 4.2.4  Control of records

Records established to provide evidence of conformity to requirements and of the effective operation of the quality management system shall be controlled.

The organization shall establish a documented procedure to define the controls needed for the identification, storage, protection, retrieval, retention and disposition of records.

Records shall remain legible, readily identifiable and retrievable.

## 5  Management responsibility

### 5.1  Management commitment

Top management shall provide evidence of its commitment to the development and implementation of the quality management system and continually improving its effectiveness by

© ISO 2008 – All rights reserved
Copyrighted material licensed to SAI Global Inc, for licensee's use only. A00597287
Single user license only, copying prohibited. 01 Dec 08

I.S. EN ISO 9001:2008

**ISO 9001:2008(E)**

a) communicating to the organization the importance of meeting customer as well as statutory and regulatory requirements,

b) establishing the quality policy,

c) ensuring that quality objectives are established,

d) conducting management reviews, and

e) ensuring the availability of resources.

## 5.2 Customer focus

Top management shall ensure that customer requirements are determined and are met with the aim of enhancing customer satisfaction (see 7.2.1 and 8.2.1).

## 5.3 Quality policy

Top management shall ensure that the quality policy

a) is appropriate to the purpose of the organization,

b) includes a commitment to comply with requirements and continually improve the effectiveness of the quality management system,

c) provides a framework for establishing and reviewing quality objectives,

d) is communicated and understood within the organization, and

e) is reviewed for continuing suitability.

## 5.4 Planning

### 5.4.1 Quality objectives

Top management shall ensure that quality objectives, including those needed to meet requirements for product [see 7.1 a)], are established at relevant functions and levels within the organization. The quality objectives shall be measurable and consistent with the quality policy.

### 5.4.2 Quality management system planning

Top management shall ensure that

a) the planning of the quality management system is carried out in order to meet the requirements given in 4.1, as well as the quality objectives, and

b) the integrity of the quality management system is maintained when changes to the quality management system are planned and implemented.

## 5.5 Responsibility, authority and communication

### 5.5.1 Responsibility and authority

Top management shall ensure that responsibilities and authorities are defined and communicated within the organization.

Copyrighted material licensed to SAI Global Inc. for licensee's use only. A0059728?
Single user license only, copying prohibited. 01 Dec 08
© ISO 2008 – All rights reserved

I.S. EN ISO 9001:2008

**ISO 9001:2008(E)**

#### 5.5.2 Management representative

Top management shall appoint a member of the organization's management who, irrespective of other responsibilities, shall have responsibility and authority that includes

a) ensuring that processes needed for the quality management system are established, implemented and maintained,

b) reporting to top management on the performance of the quality management system and any need for improvement, and

c) ensuring the promotion of awareness of customer requirements throughout the organization.

NOTE The responsibility of a management representative can include liaison with external parties on matters relating to the quality management system.

#### 5.5.3 Internal communication

Top management shall ensure that appropriate communication processes are established within the organization and that communication takes place regarding the effectiveness of the quality management system.

### 5.6 Management review

#### 5.6.1 General

Top management shall review the organization's quality management system, at planned intervals, to ensure its continuing suitability, adequacy and effectiveness. This review shall include assessing opportunities for improvement and the need for changes to the quality management system, including the quality policy and quality objectives.

Records from management reviews shall be maintained (see 4.2.4).

#### 5.6.2 Review input

The input to management review shall include information on

a) results of audits,

b) customer feedback,

c) process performance and product conformity,

d) status of preventive and corrective actions,

e) follow-up actions from previous management reviews,

f) changes that could affect the quality management system, and

g) recommendations for improvement.

#### 5.6.3 Review output

The output from the management review shall include any decisions and actions related to

a) improvement of the effectiveness of the quality management system and its processes,

b) improvement of product related to customer requirements, and

c) resource needs.

© ISO 2008 – All rights reserved
Copyrighted material licensed to SAI Global Inc, for licensee's use only. A00597287
Single user license only, copying prohibited. 01 Dec 08

I.S. EN ISO 9001:2008

**ISO 9001:2008(E)**

# 6  Resource management

## 6.1  Provision of resources

The organization shall determine and provide the resources needed

a)  to implement and maintain the quality management system and continually improve its effectiveness, and

b)  to enhance customer satisfaction by meeting customer requirements.

## 6.2  Human resources

### 6.2.1  General

Personnel performing work affecting conformity to product requirements shall be competent on the basis of appropriate education, training, skills and experience.

NOTE   Conformity to product requirements can be affected directly or indirectly by personnel performing any task within the quality management system.

### 6.2.2  Competence, training and awareness

The organization shall

a)  determine the necessary competence for personnel performing work affecting conformity to product requirements,

b)  where applicable, provide training or take other actions to achieve the necessary competence,

c)  evaluate the effectiveness of the actions taken,

d)  ensure that its personnel are aware of the relevance and importance of their activities and how they contribute to the achievement of the quality objectives, and

e)  maintain appropriate records of education, training, skills and experience (see 4.2.4).

## 6.3  Infrastructure

The organization shall determine, provide and maintain the infrastructure needed to achieve conformity to product requirements. Infrastructure includes, as applicable,

a)  buildings, workspace and associated utilities,

b)  process equipment (both hardware and software), and

c)  supporting services (such as transport, communication or information systems).

## 6.4  Work environment

The organization shall determine and manage the work environment needed to achieve conformity to product requirements.

NOTE   The term "work environment" relates to those conditions under which work is performed including physical, environmental and other factors (such as noise, temperature, humidity, lighting or weather).

**6**

© ISO 2008 – All rights reserved
Copyrighted material licensed to SAI Global Inc. for licensee's use only. A00597287
Single user license only, copying prohibited. 01 Dec 08

I.S. EN ISO 9001:2008

ISO 9001:2008(E)

# 7  Product realization

## 7.1  Planning of product realization

The organization shall plan and develop the processes needed for product realization. Planning of product realization shall be consistent with the requirements of the other processes of the quality management system (see 4.1).

In planning product realization, the organization shall determine the following, as appropriate:

a)  quality objectives and requirements for the product;

b)  the need to establish processes and documents, and to provide resources specific to the product;

c)  required verification, validation, monitoring, measurement, inspection and test activities specific to the product and the criteria for product acceptance;

d)  records needed to provide evidence that the realization processes and resulting product meet requirements (see 4.2.4).

The output of this planning shall be in a form suitable for the organization's method of operations.

NOTE 1  A document specifying the processes of the quality management system (including the product realization processes) and the resources to be applied to a specific product, project or contract can be referred to as a quality plan.

NOTE 2  The organization may also apply the requirements given in 7.3 to the development of product realization processes.

## 7.2  Customer-related processes

### 7.2.1  Determination of requirements related to the product

The organization shall determine

a)  requirements specified by the customer, including the requirements for delivery and post-delivery activities,

b)  requirements not stated by the customer but necessary for specified or intended use, where known,

c)  statutory and regulatory requirements applicable to the product, and

d)  any additional requirements considered necessary by the organization.

NOTE  Post-delivery activities include, for example, actions under warranty provisions, contractual obligations such as maintenance services, and supplementary services such as recycling or final disposal.

### 7.2.2  Review of requirements related to the product

The organization shall review the requirements related to the product. This review shall be conducted prior to the organization's commitment to supply a product to the customer (e.g. submission of tenders, acceptance of contracts or orders, acceptance of changes to contracts or orders) and shall ensure that

a)  product requirements are defined,

b)  contract or order requirements differing from those previously expressed are resolved, and

c)  the organization has the ability to meet the defined requirements.

Records of the results of the review and actions arising from the review shall be maintained (see 4.2.4).

Where the customer provides no documented statement of requirement, the customer requirements shall be confirmed by the organization before acceptance.

© ISO 2008 – All rights reserved
Copyrighted material licensed to SAI Global Inc, for licensee's use only. A00597287
Single user license only, copying prohibited. 01 Dec 08

I.S. EN ISO 9001:2008

**ISO 9001:2008(E)**

Where product requirements are changed, the organization shall ensure that relevant documents are amended and that relevant personnel are made aware of the changed requirements.

NOTE In some situations, such as internet sales, a formal review is impractical for each order. Instead the review can cover relevant product information such as catalogues or advertising material.

### 7.2.3 Customer communication

The organization shall determine and implement effective arrangements for communicating with customers in relation to

a) product information,

b) enquiries, contracts or order handling, including amendments, and

c) customer feedback, including customer complaints.

## 7.3 Design and development

### 7.3.1 Design and development planning

The organization shall plan and control the design and development of product.

During the design and development planning, the organization shall determine

a) the design and development stages,

b) the review, verification and validation that are appropriate to each design and development stage, and

c) the responsibilities and authorities for design and development.

The organization shall manage the interfaces between different groups involved in design and development to ensure effective communication and clear assignment of responsibility.

Planning output shall be updated, as appropriate, as the design and development progresses.

NOTE Design and development review, verification and validation have distinct purposes. They can be conducted and recorded separately or in any combination, as suitable for the product and the organization.

### 7.3.2 Design and development inputs

Inputs relating to product requirements shall be determined and records maintained (see 4.2.4). These inputs shall include

a) functional and performance requirements,

b) applicable statutory and regulatory requirements,

c) where applicable, information derived from previous similar designs, and

d) other requirements essential for design and development.

The inputs shall be reviewed for adequacy. Requirements shall be complete, unambiguous and not in conflict with each other.

### 7.3.3 Design and development outputs

The outputs of design and development shall be in a form suitable for verification against the design and development input and shall be approved prior to release.

Copyrighted material licensed to SAI Global Inc, for licensee's use only. A00597287
Single user license only, copying prohibited. 01 Dec 08
© ISO 2008 – All rights reserved

I.S. EN ISO 9001:2008

**ISO 9001:2008(E)**

Design and development outputs shall

a) meet the input requirements for design and development,

b) provide appropriate information for purchasing, production and service provision,

c) contain or reference product acceptance criteria, and

d) specify the characteristics of the product that are essential for its safe and proper use.

NOTE Information for production and service provision can include details for the preservation of product.

### 7.3.4 Design and development review

At suitable stages, systematic reviews of design and development shall be performed in accordance with planned arrangements (see 7.3.1)

a) to evaluate the ability of the results of design and development to meet requirements, and

b) to identify any problems and propose necessary actions.

Participants in such reviews shall include representatives of functions concerned with the design and development stage(s) being reviewed. Records of the results of the reviews and any necessary actions shall be maintained (see 4.2.4).

### 7.3.5 Design and development verification

Verification shall be performed in accordance with planned arrangements (see 7.3.1) to ensure that the design and development outputs have met the design and development input requirements. Records of the results of the verification and any necessary actions shall be maintained (see 4.2.4).

### 7.3.6 Design and development validation

Design and development validation shall be performed in accordance with planned arrangements (see 7.3.1) to ensure that the resulting product is capable of meeting the requirements for the specified application or intended use, where known. Wherever practicable, validation shall be completed prior to the delivery or implementation of the product. Records of the results of validation and any necessary actions shall be maintained (see 4.2.4).

### 7.3.7 Control of design and development changes

Design and development changes shall be identified and records maintained. The changes shall be reviewed, verified and validated, as appropriate, and approved before implementation. The review of design and development changes shall include evaluation of the effect of the changes on constituent parts and product already delivered. Records of the results of the review of changes and any necessary actions shall be maintained (see 4.2.4).

## 7.4 Purchasing

### 7.4.1 Purchasing process

The organization shall ensure that purchased product conforms to specified purchase requirements. The type and extent of control applied to the supplier and the purchased product shall be dependent upon the effect of the purchased product on subsequent product realization or the final product.

© ISO 2008 – All rights reserved
Copyrighted material licensed to SAI Global Inc, for licensee's use only. A00597287
Single user license only, copying prohibited. 01 Dec 08

9

I.S. EN ISO 9001:2008

ISO 9001:2008(E)

The organization shall evaluate and select suppliers based on their ability to supply product in accordance with the organization's requirements. Criteria for selection, evaluation and re-evaluation shall be established. Records of the results of evaluations and any necessary actions arising from the evaluation shall be maintained (see 4.2.4).

### 7.4.2 Purchasing information

Purchasing information shall describe the product to be purchased, including, where appropriate,

a) requirements for approval of product, procedures, processes and equipment,

b) requirements for qualification of personnel, and

c) quality management system requirements.

The organization shall ensure the adequacy of specified purchase requirements prior to their communication to the supplier.

### 7.4.3 Verification of purchased product

The organization shall establish and implement the inspection or other activities necessary for ensuring that purchased product meets specified purchase requirements.

Where the organization or its customer intends to perform verification at the supplier's premises, the organization shall state the intended verification arrangements and method of product release in the purchasing information.

## 7.5 Production and service provision

### 7.5.1 Control of production and service provision

The organization shall plan and carry out production and service provision under controlled conditions. Controlled conditions shall include, as applicable,

a) the availability of information that describes the characteristics of the product,

b) the availability of work instructions, as necessary,

c) the use of suitable equipment,

d) the availability and use of monitoring and measuring equipment,

e) the implementation of monitoring and measurement, and

f) the implementation of product release, delivery and post-delivery activities.

### 7.5.2 Validation of processes for production and service provision

The organization shall validate any processes for production and service provision where the resulting output cannot be verified by subsequent monitoring or measurement and, as a consequence, deficiencies become apparent only after the product is in use or the service has been delivered.

Validation shall demonstrate the ability of these processes to achieve planned results.

The organization shall establish arrangements for these processes including, as applicable,

a) defined criteria for review and approval of the processes,

b) approval of equipment and qualification of personnel,

c) use of specific methods and procedures,

Copyrighted material licensed to SAI Global Inc, for licensee's use only. A0059728? © ISO 2008 – All rights reserved
Single user license only, copying prohibited. 01 Dec 08

d) requirements for records (see 4.2.4), and

e) revalidation.

### 7.5.3 Identification and traceability

Where appropriate, the organization shall identify the product by suitable means throughout product realization.

The organization shall identify the product status with respect to monitoring and measurement requirements throughout product realization.

Where traceability is a requirement, the organization shall control the unique identification of the product and maintain records (see 4.2.4).

NOTE In some industry sectors, configuration management is a means by which identification and traceability are maintained.

### 7.5.4 Customer property

The organization shall exercise care with customer property while it is under the organization's control or being used by the organization. The organization shall identify, verify, protect and safeguard customer property provided for use or incorporation into the product. If any customer property is lost, damaged or otherwise found to be unsuitable for use, the organization shall report this to the customer and maintain records (see 4.2.4).

NOTE Customer property can include intellectual property and personal data.

### 7.5.5 Preservation of product

The organization shall preserve the product during internal processing and delivery to the intended destination in order to maintain conformity to requirements. As applicable, preservation shall include identification, handling, packaging, storage and protection. Preservation shall also apply to the constituent parts of a product.

## 7.6 Control of monitoring and measuring equipment

The organization shall determine the monitoring and measurement to be undertaken and the monitoring and measuring equipment needed to provide evidence of conformity of product to determined requirements.

The organization shall establish processes to ensure that monitoring and measurement can be carried out and are carried out in a manner that is consistent with the monitoring and measurement requirements.

Where necessary to ensure valid results, measuring equipment shall

a) be calibrated or verified, or both, at specified intervals, or prior to use, against measurement standards traceable to international or national measurement standards; where no such standards exist, the basis used for calibration or verification shall be recorded (see 4.2.4);

b) be adjusted or re-adjusted as necessary;

c) have identification in order to determine its calibration status;

d) be safeguarded from adjustments that would invalidate the measurement result;

e) be protected from damage and deterioration during handling, maintenance and storage.

In addition, the organization shall assess and record the validity of the previous measuring results when the equipment is found not to conform to requirements. The organization shall take appropriate action on the equipment and any product affected.

Records of the results of calibration and verification shall be maintained (see 4.2.4).

© ISO 2008 – All rights reserved
Copyrighted material licensed to SAI Global Inc, for licensee's use only. A00597287
Single user license only, copying prohibited. 01 Dec 08

11

I.S. EN ISO 9001:2008

**ISO 9001:2008(E)**

When used in the monitoring and measurement of specified requirements, the ability of computer software to satisfy the intended application shall be confirmed. This shall be undertaken prior to initial use and reconfirmed as necessary.

NOTE Confirmation of the ability of computer software to satisfy the intended application would typically include its verification and configuration management to maintain its suitability for use.

# 8  Measurement, analysis and improvement

## 8.1  General

The organization shall plan and implement the monitoring, measurement, analysis and improvement processes needed

a)  to demonstrate conformity to product requirements,

b)  to ensure conformity of the quality management system, and

c)  to continually improve the effectiveness of the quality management system.

This shall include determination of applicable methods, including statistical techniques, and the extent of their use.

## 8.2  Monitoring and measurement

### 8.2.1  Customer satisfaction

As one of the measurements of the performance of the quality management system, the organization shall monitor information relating to customer perception as to whether the organization has met customer requirements. The methods for obtaining and using this information shall be determined.

NOTE Monitoring customer perception can include obtaining input from sources such as customer satisfaction surveys, customer data on delivered product quality, user opinion surveys, lost business analysis, compliments, warranty claims and dealer reports.

### 8.2.2  Internal audit

The organization shall conduct internal audits at planned intervals to determine whether the quality management system

a)  conforms to the planned arrangements (see 7.1), to the requirements of this International Standard and to the quality management system requirements established by the organization, and

b)  is effectively implemented and maintained.

An audit programme shall be planned, taking into consideration the status and importance of the processes and areas to be audited, as well as the results of previous audits. The audit criteria, scope, frequency and methods shall be defined. The selection of auditors and conduct of audits shall ensure objectivity and impartiality of the audit process. Auditors shall not audit their own work.

A documented procedure shall be established to define the responsibilities and requirements for planning and conducting audits, establishing records and reporting results.

Records of the audits and their results shall be maintained (see 4.2.4).

The management responsible for the area being audited shall ensure that any necessary corrections and corrective actions are taken without undue delay to eliminate detected nonconformities and their causes.

**12**

© ISO 2008 – All rights reserved
Copyrighted material licensed to SAI Global Inc, for licensee's use only: A00597287
Single user license only, copying prohibited. 01 Dec 08

2:15-cv-02290-CSB-EIL # 62-1 Filed: 06/13/17 Page 61 of 230

I.S. EN ISO 9001:2008

ISO 9001:2008(E)

Follow-up activities shall include the verification of the actions taken and the reporting of verification results (see 8.5.2).

NOTE See ISO 19011 for guidance.

### 8.2.3 Monitoring and measurement of processes

The organization shall apply suitable methods for monitoring and, where applicable, measurement of the quality management system processes. These methods shall demonstrate the ability of the processes to achieve planned results. When planned results are not achieved, correction and corrective action shall be taken, as appropriate.

NOTE When determining suitable methods, it is advisable that the organization consider the type and extent of monitoring or measurement appropriate to each of its processes in relation to their impact on the conformity to product requirements and on the effectiveness of the quality management system.

### 8.2.4 Monitoring and measurement of product

The organization shall monitor and measure the characteristics of the product to verify that product requirements have been met. This shall be carried out at appropriate stages of the product realization process in accordance with the planned arrangements (see 7.1). Evidence of conformity with the acceptance criteria shall be maintained.

Records shall indicate the person(s) authorizing release of product for delivery to the customer (see 4.2.4).

The release of product and delivery of service to the customer shall not proceed until the planned arrangements (see 7.1) have been satisfactorily completed, unless otherwise approved by a relevant authority and, where applicable, by the customer.

### 8.3 Control of nonconforming product

The organization shall ensure that product which does not conform to product requirements is identified and controlled to prevent its unintended use or delivery. A documented procedure shall be established to define the controls and related responsibilities and authorities for dealing with nonconforming product.

Where applicable, the organization shall deal with nonconforming product by one or more of the following ways:

a) by taking action to eliminate the detected nonconformity;

b) by authorizing its use, release or acceptance under concession by a relevant authority and, where applicable, by the customer;

c) by taking action to preclude its original intended use or application;

d) by taking action appropriate to the effects, or potential effects, of the nonconformity when nonconforming product is detected after delivery or use has started.

When nonconforming product is corrected it shall be subject to re-verification to demonstrate conformity to the requirements.

Records of the nature of nonconformities and any subsequent actions taken, including concessions obtained, shall be maintained (see 4.2.4).

### 8.4 Analysis of data

The organization shall determine, collect and analyse appropriate data to demonstrate the suitability and effectiveness of the quality management system and to evaluate where continual improvement of the effectiveness of the quality management system can be made. This shall include data generated as a result of monitoring and measurement and from other relevant sources.

© ISO 2008 – All rights reserved
Copyrighted material licensed to SAI Global Inc, for licensee's use only. A00597287
Single user license only, copying prohibited. 01 Dec 08

13

I.S. EN ISO 9001:2008

ISO 9001:2008(E)

The analysis of data shall provide information relating to

a) customer satisfaction (see 8.2.1),

b) conformity to product requirements (see 8.2.4),

c) characteristics and trends of processes and products, including opportunities for preventive action (see 8.2.3 and 8.2.4), and

d) suppliers (see 7.4).

## 8.5 Improvement

### 8.5.1 Continual improvement

The organization shall continually improve the effectiveness of the quality management system through the use of the quality policy, quality objectives, audit results, analysis of data, corrective and preventive actions and management review.

### 8.5.2 Corrective action

The organization shall take action to eliminate the causes of nonconformities in order to prevent recurrence. Corrective actions shall be appropriate to the effects of the nonconformities encountered.

A documented procedure shall be established to define requirements for

a) reviewing nonconformities (including customer complaints),

b) determining the causes of nonconformities,

c) evaluating the need for action to ensure that nonconformities do not recur,

d) determining and implementing action needed,

e) records of the results of action taken (see 4.2.4), and

f) reviewing the effectiveness of the corrective action taken.

### 8.5.3 Preventive action

The organization shall determine action to eliminate the causes of potential nonconformities in order to prevent their occurrence. Preventive actions shall be appropriate to the effects of the potential problems.

A documented procedure shall be established to define requirements for

a) determining potential nonconformities and their causes,

b) evaluating the need for action to prevent occurrence of nonconformities,

c) determining and implementing action needed,

d) records of results of action taken (see 4.2.4), and

e) reviewing the effectiveness of the preventive action taken.

14

© ISO 2008 – All rights reserved
Copyrighted material licensed to SAI Global Inc, for licensee's use only. A00597287
Single user license only, copying prohibited. 01 Dec 08

I.S. EN ISO 9001:2008

**ISO 9001:2008(E)**

## Annex A
(informative)

## Correspondence between ISO 9001:2008 and ISO 14001:2004

Table A.1 — Correspondence between ISO 9001:2008 and ISO 14001:2004

| ISO 9001:2008 | | | ISO 14001:2004 |
|---|---|---|---|
| Introduction (title only) | | | Introduction |
| General | 0.1 | | |
| Process approach | 0.2 | | |
| Relationship with ISO 9004 | 0.3 | | |
| Compatibility with other management systems | 0.4 | | |
| Scope (title only) | 1 | 1 | Scope |
| General | 1.1 | | |
| Application | 1.2 | | |
| Normative references | 2 | 2 | Normative references |
| Terms and definitions | 3 | 3 | Terms and definitions |
| Quality management system (title only) | 4 | 4 | Environmental management system requirements (title only) |
| General requirements | 4.1 | 4.1 | General requirements |
| Documentation requirements (title only) | 4.2 | | |
| General | 4.2.1 | 4.4.4 | Documentation |
| Quality manual | 4.2.2 | | |
| Control of documents | 4.2.3 | 4.4.5 | Control of documents |
| Control of records | 4.2.4 | 4.5.4 | Control of records |
| Management responsibility (title only) | 5 | | |
| Management commitment | 5.1 | 4.2 | Environmental policy |
| | | 4.4.1 | Resources, roles, responsibility and authority |
| Customer focus | 5.2 | 4.3.1 | Environmental aspects |
| | | 4.3.2 | Legal and other requirements |
| | | 4.6 | Management review |
| Quality policy | 5.3 | 4.2 | Environmental policy |
| Planning (title only) | 5.4 | 4.3 | Planning (title only) |
| Quality objectives | 5.4.1 | 4.3.3 | Objectives, targets and programme(s) |
| Quality management system planning | 5.4.2 | 4.3.3 | Objectives, targets and programme(s) |
| Responsibility, authority and communication (title only) | 5.5 | | |
| Responsibility and authority | 5.5.1 | 4.1 | General requirements |
| | | 4.4.1 | Resources, roles, responsibility and authority |
| Management representative | 5.5.2 | 4.4.1 | Resources, roles, responsibility and authority |
| Internal communication | 5.5.3 | 4.4.3 | Communication |
| Management review (title only) | 5.6 | 4.6 | Management review |
| General | 5.6.1 | 4.6 | Management review |
| Review input | 5.6.2 | 4.6 | Management review |
| Review output | 5.6.3 | 4.6 | Management review |

© ISO 2008 – All rights reserved
Copyrighted material licensed to SAI Global Inc. for licensee's use only. A00597287
Single user license only, copying prohibited. 01 Dec 08

ISO 9001:2008(E)

I.S. EN ISO 9001:2008

Table A.1 — Correspondence between ISO 9001:2008 and ISO 14001:2004 (continued)

| ISO 9001:2008 | | | ISO 14001:2004 |
|---|---|---|---|
| Resource management (title only) | 6 | | |
| Provision of resources | 6.1 | 4.4.1 | Resources, roles, responsibility and authority |
| Human resources (title only) | 6.2 | | |
| General | 6.2.1 | 4.4.2 | Competence, training and awareness |
| Competence, training and awareness | 6.2.2 | 4.4.2 | Competence, training and awareness |
| Infrastructure | 6.3 | 4.4.1 | Resources, roles, responsibility and authority |
| Work environment | 6.4 | | |
| Product realization (title only) | 7 | 4.4 | Implementation and operation (title only) |
| Planning of product realization | 7.1 | 4.4.6 | Operational control |
| Customer-related processes (title only) | 7.2 | | |
| Determination of requirements related to the product | 7.2.1 | 4.3.1 | Environmental aspects |
| | | 4.3.2 | Legal and other requirements |
| | | 4.4.6 | Operational control |
| Review of requirements related to the product | 7.2.2 | 4.3.1 | Environmental aspects |
| | | 4.4.6 | Operational control |
| Customer communication | 7.2.3 | 4.4.3 | Communication |
| Design and development (title only) | 7.3 | | |
| Design and development planning | 7.3.1 | 4.4.6 | Operational control |
| Design and development inputs | 7.3.2 | 4.4.6 | Operational control |
| Design and development outputs | 7.3.3 | 4.4.6 | Operational control |
| Design and development review | 7.3.4 | 4.4.6 | Operational control |
| Design and development verification | 7.3.5 | 4.4.6 | Operational control |
| Design and development validation | 7.3.6 | 4.4.6 | Operational control |
| Control of design and development changes | 7.3.7 | 4.4.6 | Operational control |
| Purchasing (title only) | 7.4 | | |
| Purchasing process | 7.4.1 | 4.4.6 | Operational control |
| Purchasing information | 7.4.2 | 4.4.6 | Operational control |
| Verification of purchased product | 7.4.3 | 4.4.6 | Operational control |
| Production and service provision (title only) | 7.5 | | |
| Control of production and service provision | 7.5.1 | 4.4.6 | Operational control |
| Validation of processes for production and service provision | 7.5.2 | 4.4.6 | Operational control |
| Identification and traceability | 7.5.3 | | |
| Customer property | 7.5.4 | | |
| Preservation of product | 7.5.5 | 4.4.6 | Operational control |
| Control of monitoring and measuring equipment | 7.6 | 4.5.1 | Monitoring and measurement |
| Measurement, analysis and improvement (title only) | 8 | 4.5 | Checking (title only) |
| General | 8.1 | 4.5.1 | Monitoring and measurement |
| Monitoring and measurement (title only) | 8.2 | | |
| Customer satisfaction | 8.2.1 | | |
| Internal audit | 8.2.2 | 4.5.5 | Internal audit |
| Monitoring and measurement of processes | 8.2.3 | 4.5.1 | Monitoring and measurement |
| | | 4.5.2 | Evaluation of compliance |

© ISO 2008 – All rights reserved
Copyrighted material licensed to SAI Global Inc, for licensee's use only. A00597287
Single user license only, copying prohibited. 01 Dec 08

I.S. EN ISO 9001:2008

**ISO 9001:2008(E)**

Table A.1 — Correspondence between ISO 9001:2008 and ISO 14001:2004 (*continued*)

| ISO 9001:2008 | | ISO 14001:2004 | |
|---|---|---|---|
| Monitoring and measurement of product | 8.2.4 | 4.5.1 | Monitoring and measurement |
| | | 4.5.2 | Evaluation of compliance |
| Control of nonconforming product | 8.3 | 4.4.7 | Emergency preparedness and response |
| | | 4.5.3 | Nonconformity, corrective action and preventive action |
| Analysis of data | 8.4 | 4.5.1 | Monitoring and measurement |
| Improvement (title only) | 8.5 | | |
| Continual improvement | 8.5.1 | 4.2 | Environmental policy |
| | | 4.3.3 | Objectives, targets and programme(s) |
| | | 4.6 | Management review |
| Corrective action | 8.5.2 | 4.5.3 | Nonconformity, corrective action and preventive action |
| Preventive action | 8.5.3 | 4.5.3 | Nonconformity, corrective action and preventive action |

© ISO 2008 – All rights reserved
Copyrighted material licensed to SAI Global Inc. for licensee's use only. A00597287
Single user license only, copying prohibited. 01 Dec 08

ISO 9001:2008(E)

I.S. EN ISO 9001:2008

Table A.2 — Correspondence between ISO 14001:2004 and ISO 9001:2008

| ISO 14001:2004 | | | ISO 9001:2008 |
|---|---|---|---|
| Introduction | | | Introduction (title only) |
| | | 0.1 | General |
| | | 0.2 | Process approach |
| | | 0.3 | Relationship with ISO 9004 |
| | | 0.4 | Compatibility with other management systems |
| Scope | 1 | 1 | Scope (title only) |
| | | 1.1 | General |
| | | 1.2 | Application |
| Normative references | 2 | 2 | Normative references |
| Terms and definitions | 3 | 3 | Terms and definitions |
| Environmental management system requirements (title only) | 4 | 4 | Quality management system (title only) |
| General requirements | 4.1 | 4.1 | General requirements |
| | | 5.5 | Responsibility, authority and communication (title only) |
| | | 5.5.1 | Responsibility and authority |
| Environmental policy | 4.2 | 5.1 | Management commitment |
| | | 5.3 | Quality policy |
| | | 8.5.1 | Continual improvement |
| Planning (title only) | 4.3 | 5.4 | Planning (title only) |
| Environmental aspects | 4.3.1 | 5.2 | Customer focus |
| | | 7.2.1 | Determination of requirements related to the product |
| | | 7.2.2 | Review of requirements related to the product |
| Legal and other requirements | 4.3.2 | 5.2 | Customer focus |
| | | 7.2.1 | Determination of requirements related to the product |
| Objectives, targets and programme(s) | 4.3.3 | 5.4.1 | Quality objectives |
| | | 5.4.2 | Quality management system planning |
| | | 8.5.1 | Continual improvement |
| Implementation and operation (title only) | 4.4 | 7 | Product realization (title only) |
| Resources, roles, responsibility and authority | 4.4.1 | 5.1 | Management commitment |
| | | 5.5.1 | Responsibility and authority |
| | | 5.5.2 | Management representative |
| | | 6.1 | Provision of resources |
| | | 6.3 | Infrastructure |
| Competence, training and awareness | 4.4.2 | 6.2.1 | (Human resources) General |
| | | 6.2.2 | Competence, training and awareness |
| Communication | 4.4.3 | 5.5.3 | Internal communication |
| | | 7.2.3 | Customer communication |
| Documentation | 4.4.4 | 4.2.1 | (Documentation requirements) General |
| Control of documents | 4.4.5 | 4.2.3 | Control of documents |

© ISO 2008 – All rights reserved
Copyrighted material licensed to SAI Global Inc, for licensee's use only. A0059729?
Single user license only, copying prohibited. 01 Dec 08

I.S. EN ISO 9001:2008

**ISO 9001:2008(E)**

Table A.2 — Correspondence between ISO 14001:2004 and ISO 9001:2008 (*continued*)

| ISO 14001:2004 | | ISO 9001:2008 | |
|---|---|---|---|
| Operational control | 4.4.6 | 7.1 | Planning of product realization |
| | | 7.2 | Customer-related processes (title only) |
| | | 7.2.1 | Determination of requirements related to the product |
| | | 7.2.2 | Review of requirements related to the product |
| | | 7.3.1 | Design and development planning |
| | | 7.3.2 | Design and development inputs |
| | | 7.3.3 | Design and development outputs |
| | | 7.3.4 | Design and development review |
| | | 7.3.5 | Design and development verification |
| | | 7.3.6 | Design and development validation |
| | | 7.3.7 | Control of design and development changes |
| | | 7.4.1 | Purchasing process |
| | | 7.4.2 | Purchasing information |
| | | 7.4.3 | Verification of purchased product |
| | | 7.5 | Production and service provision (title only) |
| | | 7.5.1 | Control of production and service provision |
| | | 7.5.2 | Validation of processes for production and service provision |
| | | 7.5.5 | Preservation of product |
| Emergency preparedness and response | 4.4.7 | 8.3 | Control of nonconforming product |
| Checking (title only) | 4.5 | 8 | Measurement, analysis and improvement (title only) |
| Monitoring and measurement | 4.5.1 | 7.6 | Control of monitoring and measuring equipment |
| | | 8.1 | (Measurement, analysis and improvement) General |
| | | 8.2.3 | Monitoring and measurement of processes |
| | | 8.2.4 | Monitoring and measurement of product |
| | | 8.4 | Analysis of data |
| Evaluation of compliance | 4.5.2 | 8.2.3 | Monitoring and measurement of processes |
| | | 8.2.4 | Monitoring and measurement of product |
| Nonconformity, corrective action and preventive action | 4.5.3 | 8.3 | Control of nonconforming product |
| | | 8.4 | Analysis of data |
| | | 8.5.2 | Corrective action |
| | | 8.5.3 | Preventive action |
| Control of records | 4.5.4 | 4.2.4 | Control of records |
| Internal audit | 4.5.5 | 8.2.2 | Internal audit |
| Management review | 4.6 | 5.1 | Management commitment |
| | | 5.6 | Management review (title only) |
| | | 5.6.1 | General |
| | | 5.6.2 | Review input |
| | | 5.6.3 | Review output |
| | | 8.5.1 | Continual improvement |

© ISO 2008 – All rights reserved
Copyrighted material licensed to SAI Global Inc. for licensee's use only. A00597287
Single user license only, copying prohibited. 01 Dec 08

I.S. EN ISO 9001:2008

**ISO 9001:2008(E)**

## Annex B
(informative)

## Changes between ISO 9001:2000 and ISO 9001:2008

Table B.1 — Changes between ISO 9001:2000 and ISO 9001:2008

| ISO 9001:2000 Clause No. | Paragraph/ Figure/ Table/ Note | Addition (A) or Deletion (D) | Amended text |
|---|---|---|---|
| Foreword | Para 2 | D + A | International Standards are drafted in accordance with the rules given in the ISO/IEC Directives, Part 3 Part 2. |
| Foreword | Para 3, Sentence 1 | A | The main task of technical committees is to prepare International Standards. |
| Foreword | Para 4, Sentence 1 | D + A | Attention is drawn to the possibility that some of the elements of this International Standard document may be the subject of patent rights. |
| Foreword | Para 5 | D | International Standard ISO 9001 was prepared by Technical Committee ISO/TC 176, *Quality management and quality assurance*, Subcommittee SC 2, *Quality systems*. |
| Foreword | Para 6 | D | This third edition of ISO 9001 cancels and replaces the second edition (ISO 9001:1994) together with ISO 9002:1994 and ISO 9003:1994. It constitutes a technical revision of these documents. Those organizations which have used ISO 9002:1994 and ISO 9003:1994 in the past may use this International Standard by excluding certain requirements in accordance with 1.2. |
| | | A | This fourth edition cancels and replaces the third edition (ISO 9001:2000), which has been amended to clarify points in the text and to enhance compatibility with ISO 14001:2004. |
| Foreword | Para 7 | D | The title of ISO 9001 has been revised in this edition and no longer includes the term "Quality assurance". This reflects the fact that the quality management system requirements specified in this edition of ISO 9001, in addition to quality assurance of product, also aim to enhance customer satisfaction. |
| Foreword | Para 8 | D | Annexes A and B of this International Standard are for information only. |
| Foreword | New para 7 | A | Details of the changes between the third edition and this fourth edition are given in Annex B. |
| 0.1 | Para 1, Sentence 2 | D | The design and implementation of an organization's quality management system is influenced by varying needs, particular objectives, the products provided, the processes employed and the size and structure of the organization. |
| | | A | The design and implementation of an organization's quality management system is influenced by<br>a) its organizational environment, change in that environment, and the risks associated with that environment;<br>b) its varying needs;<br>c) its particular objectives;<br>d) the products it provides;<br>e) the processes it employs;<br>f) its size and organizational structure. |
| | Sentence 3 | Now a new para | It is not the intent of this International Standard to imply uniformity in the structure of quality management systems or uniformity of documentation. |
| 0.1 | Para 4 | A | This International Standard can be used by internal and external parties, including certification bodies, to assess the organization's ability to meet customer, statutory and regulatory requirements applicable to the product, and the organization's own requirements. |
| 0.2 | Para 2 | D + A | For an organization to function effectively, it has to identify determine and manage numerous linked activities. An activity or set of activities using resources, and managed in order to enable the transformation of inputs into outputs, can be considered as a process. |

© ISO 2008 – All rights reserved
Copyrighted material licensed to SAI Global Inc, for licensee's use only. A0059728?
Single user license only, copying prohibited. 01 Dec 08

I.S. EN ISO 9001:2008

**ISO 9001:2008(E)**

Table B.1 — Changes between ISO 9001:2000 and ISO 9001:2008 (*continued*)

| ISO 9001:2000 Clause No. | Paragraph/ Figure/ Table/ Note | Addition (A) or Deletion (D) | Amended text |
|---|---|---|---|
| 0.2 | Para 3 | A | The application of a system of processes within an organization, together with the identification and interactions of these processes, and their management to produce the desired outcome, can be referred to as the "process approach". |
| 0.3 | Para 1 | D + A | The present editions of ISO 9001 and ISO 9004 have been developed as a consistent pair of are quality management system standards which have been designed to complement each other, but can also be used independently. Although the two International Standards have different scopes, they have similar structures in order to assist their application as a consistent pair. |
| 0.3 | Para 3 | D + A | ISO 9004 gives a guidance on a wider range of objectives of a quality management system than does ISO 9001, particularly for the continual improvement of an organization's overall performance and efficiency, as well as its effectiveness. ISO 9004 is recommended as a guide for organizations whose top management wishes to move beyond the requirements of ISO 9001, in pursuit of continual improvement of performance. However, it is not intended for certification or for contractual purposes.

At the time of publication of this International Standard, ISO 9004 is under revision. The revised edition of ISO 9004 will provide guidance to management for achieving sustained success for any organization in a complex, demanding, and ever changing, environment. ISO 9004 provides a wider focus on quality management than ISO 9001: it addresses the needs and expectations of all interested parties and their satisfaction, by the systematic and continual improvement of the organization's performance. However, it is not intended for certification, regulatory or contractual use. |
| 0.4 | Para 1 | D + A | This International Standard has been aligned with ISO 14001:1996 in order to enhance the compatibility of the two standards for the benefit of the user community.

During the development of this International Standard, due consideration was given to the provisions of ISO 14001:2004 to enhance the compatibility of the two standards for the benefit of the user community. Annex A shows the correspondence between ISO 9001:2008 and ISO 14001:2004. |
| 1.1 | Bullet a) | A | a)  needs to demonstrate its ability to consistently provide product that meets customer and applicable statutory and regulatory requirements, and |
|  | Bullet b) | A | b)  aims to enhance customer satisfaction through the effective application of the system, including processes for continual improvement of the system and the assurance of conformity to customer and applicable statutory and regulatory requirements. |
|  | Note | D | NOTE In this International Standard, the term "product" applies only to the product intended for, or required by, a customer. |
|  |  | A | NOTE 1   In this International Standard, the term "product" only applies to

a)  a product intended for, or required by, a customer,

b)  any intended output resulting from the product realization processes. |
|  | New Note 2 | A | NOTE 2   Statutory and regulatory requirements can be expressed as legal requirements. |
| 1.2 | Para 3 | A | Where exclusions are made, claims of conformity to this International Standard are not acceptable unless these exclusions are limited to requirements within Clause 7, and such exclusions do not affect the organization's ability, or responsibility, to provide product that meets customer and applicable statutory and regulatory requirements. |
| 2 | Para 1 | D + A | The following normative document contains provisions which, through reference in this text, constitute provisions of this International Standard. For dated references, subsequent amendments to, or revisions of, any of these publications do not apply. However, parties to agreements based on this International Standard are encouraged to investigate the possibility of applying the most recent edition of the normative document indicated below. For undated references, the latest edition of the normative document referred to applies. Members of ISO and IEC maintain registers of currently valid International Standards. |
|  |  | A | The following referenced documents are indispensable for the application of this document. For dated references, only the edition cited applies. For undated references, the latest edition of the referenced document (including any amendments) applies. |
|  |  | D + A | ISO 9000:20002005, *Quality management systems — Fundamentals and vocabulary* |

© ISO 2008 – All rights reserved
Copyrighted material licensed to SAI Global Inc. for licensee's use only. A00597287
Single user license only, copying prohibited. 01 Dec 08

I.S. EN ISO 9001:2008

**ISO 9001:2008(E)**

Table B.1 — Changes between ISO 9001:2000 and ISO 9001:2008 (*continued*)

| ISO 9001:2000 Clause No. | Paragraph/ Figure/ Table/ Note | Addition (A) or Deletion (D) | Amended text |
|---|---|---|---|
| 3 | Para 1 | D + A | For the purposes of this ~~document~~ International Standard, the terms and definitions given in ISO 9000 apply. |
| 3 | Paras 2, 3 | D | ~~The following terms, used in this edition of ISO 9001 to describe the supply chain, have been changed to reflect the vocabulary currently used:~~<br>~~supplier → organization → customer~~<br>~~The term "organization" replaces the term "supplier" used in ISO 9001:1994, and refers to the unit to which this International Standard applies. Also, the term "supplier" now replaces the term "subcontractor".~~ |
| 4.1 | Bullet a) | D + A | a) ~~identify~~ determine the processes needed for the quality management system and their application throughout the organization (see 1.2), |
| 4.1 | Bullet e) | A | e) monitor, measure where applicable, and analyse these processes, and |
| 4.1 | Para 4 | D + A | Where an organization chooses to outsource any process that affects product conformity with to requirements, the organization shall ensure control over such processes. The type and extent of control to be applied to these outsourced processes shall be defined within the quality management system. |
| 4.1 | Note 1 | D + A | NOTE 1 Processes needed for the quality management system referred to above should include processes for management activities, provision of resources, product realization, ~~and~~ measurement, analysis and improvement. |
| 4.1 | New Notes 2 & 3 | A | NOTE 2 An "outsourced process" is a process that the organization needs for its quality management system and which the organization chooses to have performed by an external party.<br><br>NOTE 3 Ensuring control over outsourced processes does not absolve the organization of the responsibility of conformity to all customer, statutory and regulatory requirements. The type and extent of control to be applied to the outsourced process can be influenced by factors such as<br>a) the potential impact of the outsourced process on the organization's capability to provide product that conforms to requirements,<br>b) the degree to which the control for the process is shared,<br>c) the capability of achieving the necessary control through the application of 7.4. |
| 4.2.1 | Bullet c) | A | c) documented procedures and records required by this International Standard, and |
| 4.2.1 | Bullet d) | A + D | d) documents, including records, needed determined by the organization to be necessary to ensure the effective planning, operation and control of its processes, and |
| 4.2.1 | Bullet e) | D | ~~e) records required by this International Standard (see 4.2.4).~~ |
| 4.2.1 | Note 1 | A | NOTE 1 Where the term "documented procedure" appears within this International Standard, this means that the procedure is established, documented, implemented and maintained. A single document may address the requirements for one or more procedures. A requirement for a documented procedure may be covered by more than one document. |
| 4.2.3 | Bullet f) | A | f) to ensure that documents of external origin determined by the organization to be necessary for the planning and operation of the quality management system are identified and their distribution controlled, and |
| 4.2.4 | Para 1 | D + A | Records ~~shall be established and maintained~~ to provide evidence of conformity to requirements and of the effective operation of the quality management system shall be controlled. ~~Records~~ shall remain legible, readily identifiable and retrievable.<br>The organization shall establish a documented procedure ~~shall be established~~ to define the controls needed for the identification, storage, protection, retrieval, retention ~~time~~ and disposition of records.<br>Records shall remain legible, readily identifiable and retrievable. |
| 5.5.2 | Para 1 | A | Top management shall appoint a member of the organization's management who, irrespective of other responsibilities, shall have responsibility and authority that includes |
| 6.2.1 | Para 1 | A + D | Personnel performing work affecting conformity to product quality requirements shall be competent on the basis of appropriate education, training, skills and experience. |
| | New Note | A | NOTE Conformity to product requirements can be affected directly or indirectly by personnel performing any task within the quality management system. |

© ISO 2008 – All rights reserved<br>Copyrighted material licensed to SAI Global Inc, for licensee's use only. A00597287<br>Single user license only, copying prohibited. 01 Dec 08

I.S. EN ISO 9001:2008

**ISO 9001:2008(E)**

Table B.1 — Changes between ISO 9001:2000 and ISO 9001:2008 (*continued*)

| ISO 9001:2000 Clause No. | Paragraph/ Figure/ Table/ Note | Addition (A) or ~~Deletion~~ (D) | Amended text |
|---|---|---|---|
| 6.2.2 | Clause title | A + D | Competence, training and awareness and training |
| 6.2.2 | Bullets a) & b) | A + D | a) determine the necessary competence for personnel performing work affecting conformity to product quality requirements, <br> b) where applicable, provide training or take other actions to satisfy these needs achieve the necessary competence, |
| 6.3 | Bullet c) | A | c) supporting services (such as transport, communication or information systems). |
| 6.4 | New Note | A | NOTE The term "work environment" relates to those conditions under which work is performed including physical, environmental and other factors (such as noise, temperature, humidity, lighting or weather). |
| 7.1 | Bullet b) | A + D | b) the need to establish processes and documents, and to provide resources specific to the product; |
| 7.1 | Bullet c) | A | c) required verification, validation, monitoring, measurement, inspection and test activities specific to the product and the criteria for product acceptance; |
| 7.2.1 | Bullet c) | D + A | c) statutory and regulatory requirements related applicable to the product, and |
|  | Bullet d), | D + A | d) any additional requirements determined considered necessary by the organization. |
|  | New Note | A | NOTE Post-delivery activities include, for example, actions under warranty provisions, contractual obligations such as maintenance services, and supplementary services such as recycling or final disposal. |
| 7.3.1 | New Note | A | NOTE Design and development review, verification and validation have distinct purposes. They can be conducted and recorded separately or in any combination, as suitable for the product and the organization. |
| 7.3.2 | Para 2 | D + A | These The inputs shall be reviewed for adequacy. Requirements shall be complete, unambiguous and not in conflict with each other. |
| 7.3.3 | Para 1 | D + A | The outputs of design and development shall be provided in a form that enables in a form suitable for verification against the design and development input and shall be approved prior to release. |
| 7.3.3 | Bullet b) | D | b) provide appropriate information for purchasing, production and for service provision, |
| 7.3.3 | New Note | A | NOTE Information for production and service provision can include details for the preservation of product. |
| 7.3.7 | Paras 1 & 2 | No text change. Paras now merged | Design and development changes shall be identified and records maintained. The changes shall be reviewed, verified and validated, as appropriate, and approved before implementation. The review of design and development changes shall include evaluation of the effect of the changes on constituent parts and product already delivered. Records of the results of the review of changes and any necessary actions shall be maintained (see 4.2.4). |
| 7.5.1 | Bullet d) | D + A | d) the availability and use of monitoring and measuring devices equipment, |
| 7.5.1 | Bullet f) | A | f) the implementation of product release, delivery and post-delivery activities. |
| 7.5.2 | Para 1 | D + A | The organization shall validate any processes for production and service provision where the resulting output cannot be verified by subsequent monitoring or measurement This includes any processes where and, as a consequence, deficiencies become apparent only after the product is in use or the service has been delivered. |
| 7.5.3 | Para 2 | A | The organization shall identify the product status with respect to monitoring and measurement requirements throughout product realization. |
| 7.5.3 | Para 3 | D + A | Where traceability is a requirement, the organization shall control and record the unique identification of the product and maintain records (see 4.2.4). |
| 7.5.4 | Para 1, Sentence 3 | D + A | If any customer property is lost, damaged or otherwise found to be unsuitable for use, this shall be reported to the customer and records maintained the organization shall report this to the customer and maintain records (see 4.2.4). |
|  | Note | A | NOTE Customer property can include intellectual property and personal data. |

© ISO 2008 – All rights reserved <br> Copyrighted material licensed to SAI Global Inc. for licensee's use only. A00597287 <br> Single user license only, copying prohibited. 01 Dec 08

23

**ISO 9001:2008(E)**

I.S. EN ISO 9001:2008

Table B.1 — Changes between ISO 9001:2000 and ISO 9001:2008 (*continued*)

| ISO 9001:2000 Clause No. | Paragraph/ Figure/ Table/ Note | Addition (A) or Deletion (D) | Amended text |
|---|---|---|---|
| 7.5.5 | Para 1 | D + A | The organization shall preserve the ~~conformity of~~ product during internal processing and delivery to the intended destination in order to maintain conformity to requirements. This As applicable, preservation shall include identification, handling, packaging, storage and protection. Preservation shall also apply to the constituent parts of a product. |
| 7.6 | Title | D + A | Control of monitoring and measuring devices, equipment |
| 7.6 | Para 1 | D + A | The organization shall determine the monitoring and measurement to be undertaken and the monitoring and measuring ~~devices~~ equipment needed to provide evidence of conformity of product to determined requirements (see 7.2.1). |
| 7.6 | Bullet a) | A | a) be calibrated or verified, or both, at specified intervals, or prior to use, against measurement standards traceable to international or national measurement standards; where no such standards exist, the basis used for calibration or verification shall be recorded (see 4.2.4); |
| 7.6 | Bullet c) | D + A | ~~c) be identified to enable the calibration status to be determined;~~ c) have identification in order to determine its calibration status; |
| 7.6 | Para 4, Sentence 3 | Now new para 5, without change. | Records of the results of calibration and verification shall be maintained (see 4.2.4). |
| 7.6 | Note | D + A | NOTE ~~See ISO 10012-1 and ISO 10012-2 for guidance~~ NOTE Confirmation of the ability of computer software to satisfy the intended application would typically include its verification and configuration management to maintain its suitability for use. |
| 8.1 | Bullet a) | D + A | a) to demonstrate conformity ~~of the product~~ to product requirements. |
| 8.2.1 | New Note | A | NOTE Monitoring customer perception can include obtaining input from sources such as customer satisfaction surveys, customer data on delivered product quality, user opinion surveys, lost business analysis, compliments, warranty claims and dealer reports. |
| 8.2.2 | Para 2 Sentence 3 | A | The selection of auditors and conduct of audits shall ensure objectivity and impartiality of the audit process. |
| 8.2.2 | New Para 3 | A | A documented procedure shall be established to define the responsibilities and requirements for planning and conducting audits, establishing records and reporting results. |
| 8.2.2 | Para 3 | Now para 4 D + A | ~~The responsibilities and requirements for planning and conducting audits, and for reporting results~~ and maintaining records (see 4.2.4) shall be defined in a documented procedure. Records of the audits and their results shall be maintained (see 4.2.4). |
| 8.2.2 | Para 4 Sentence 1 | Now para 5 A | The management responsible for the area being audited shall ensure that any necessary corrections and corrective actions are taken without undue delay to eliminate detected nonconformities and their causes. |
| 8.2.2 | Note | D + A | NOTE ~~See ISO 10011-1, ISO 10011-1 and ISO 10011-3.~~ See ISO 19011 for guidance. |
| 8.2.3 | Para 1 Sentence 3 | D | When planned results are not achieved, correction and corrective action shall be taken, as appropriate, to ensure conformity of the product. |
| 8.2.3 | New Note | A | NOTE When determining suitable methods, it is advisable that the organization consider the type and extent of monitoring or measurement appropriate to each of its processes in relation to their impact on the conformity to product requirements and on the effectiveness of the quality management system. |
| 8.2.4 | Para 1 | A | The organization shall monitor and measure the characteristics of the product to verify that product requirements have been met. This shall be carried out at appropriate stages of the product realization process in accordance with the planned arrangements (see 7.1). Evidence of conformity with the acceptance criteria shall be maintained. |
| | Para 2 | D + A | ~~Evidence of conformity with the acceptance criteria shall be maintained.~~ Records shall indicate the person(s) authorizing ~~release~~ of product for delivery to the customer (see 4.2.4). |
| | Para 3 | D + A | Product release and service delivery The release of product and delivery of service to the customer shall not proceed until the planned arrangements (see 7.1) have been satisfactorily completed, unless otherwise approved by a relevant authority and, where applicable, by the customer. |

© ISO 2008 – All rights reserved
Copyrighted material licensed to SAI Global Inc. for licensee's use only. A00597287
Single user license only, copying prohibited. 01 Dec 08

I.S. EN ISO 9001:2008

ISO 9001:2008(E)

Table B.1 — Changes between ISO 9001:2000 and ISO 9001:2008 (*continued*)

| ISO 9001:2000 Clause No. | Paragraph/ Figure/ Table/ Note | Addition (A) or Deletion (D) | Amended text |
|---|---|---|---|
| 8.3 | Para 1, Sentence 2 | D + A | The controls and related responsibilities and authorities for dealing with nonconforming product shall be defined in a documented procedure.<br><br>A documented procedure shall be established to define the controls and related responsibilities and authorities for dealing with nonconforming product. |
| 8.3 | Para 2 | A | Where applicable, the organization shall deal with nonconforming product by one or more of the following ways: |
| 8.3 | New bullet d) | A | d) by taking action appropriate to the effects, or potential effects, of the nonconformity when nonconforming product is detected after delivery or use has started. |
| | Para 3 | Moved to be Para 4 | Records of the nature of nonconformities and any subsequent actions taken, including concessions obtained, shall be maintained (see 4.2.4) |
| | Para 4 | Moved to be Para 3 | When nonconforming product is corrected it shall be subject to re-verification to demonstrate conformity to the requirements.<br>Records of the nature of nonconformities and any subsequent actions taken, including concessions obtained, shall be maintained (see 4.2.4). |
| | Para 5 | Now new bullet d) | When nonconforming product is detected after delivery or use has started, the organization shall take action appropriate to the effects, or potential effects, of the nonconformity. |
| 8.4 | Bullet b) | D + A | b) conformity to product requirements (see 7.2.1) (see 8.2.4), |
| | Bullet c) | A | c) characteristics and trends of processes and products, including opportunities for preventive action (see 8.2.3 and 8.2.4), and |
| | Bullet d) | A | d) suppliers (see 7.4). |
| 8.5.2 | Para 1 | D + A | The organization shall take action to eliminate the cause causes of nonconformities in order to prevent recurrence. |
| 8.5.2 | Bullet f) | A | f) reviewing the effectiveness of the corrective action taken. |
| 8.5.3 | Bullet e) | A | e) reviewing the effectiveness of the preventive action taken. |
| Annex A | All | D + A | Updated to reflect ISO 9001:2008 versus ISO 14001:2004 |
| Annex B | All | D + A | Updated to reflect ISO 9001:2008 versus ISO 9001:2000 |
| Bibliography | New and amended references | D + A | Updated to reflect new standards (including ISO 9004, currently under revision), new editions of standards, or withdrawn standards. |

© ISO 2008 – All rights reserved
Copyrighted material licensed to SAI Global Inc. for licensee's use only. A00597287
Single user license only, copying prohibited. 01 Dec 08

ISO 9001:2008(E)

I.S. EN ISO 9001:2008

## Bibliography

[1]   ISO 9004:—[1], *Managing for the sustained success of an organization — A quality management approach*

[2]   ISO 10001:2007, *Quality management — Customer satisfaction — Guidelines for codes of conduct for organizations*

[3]   ISO 10002:2004, *Quality management — Customer satisfaction — Guidelines for complaints handling in organizations*

[4]   ISO 10003:2007, *Quality management — Customer satisfaction — Guidelines for dispute resolution external to organizations*

[5]   ISO 10005:2005, *Quality management systems — Guidelines for quality plans*

[6]   ISO 10006:2003, *Quality management systems — Guidelines for quality management in projects*

[7]   ISO 10007:2003, *Quality management systems — Guidelines for configuration management*

[8]   ISO 10012:2003, *Measurement management systems — Requirements for measurement processes and measuring equipment*

[9]   ISO/TR 10013:2001, *Guidelines for quality management system documentation*

[10]  ISO 10014:2006, *Quality management — Guidelines for realizing financial and economic benefits*

[11]  ISO 10015:1999, *Quality management — Guidelines for training*

[12]  ISO/TR 10017:2003, *Guidance on statistical techniques for ISO 9001:2000*

[13]  ISO 10019:2005, *Guidelines for the selection of quality management system consultants and use of their services*

[14]  ISO 14001:2004, *Environmental management systems — Requirements with guidance for use*

[15]  ISO 19011:2002, *Guidelines for quality and/or environmental management systems auditing*

[16]  IEC 60300-1:2003, *Dependability management — Part 1: Dependability management systems*

[17]  IEC 61160:2006, *Design review*

[18]  ISO/IEC 90003:2004, *Software engineering — Guidelines for the application of ISO 9001:2000 to computer software*

[19]  *Quality management principles* [2], ISO, 2001

[20]  *ISO 9000 — Selection and use* [2], ISO, 2008

[21]  *ISO 9001 for Small Businesses — What to do: Advice from ISO/TC 176* [3], ISO, 2002

---

1)  To be published. (Revision of ISO 9004:2000)

2)  Available from website: http://www.iso.org.

3)  To be updated and aligned with ISO 9001:2008.

© ISO 2008 – All rights reserved
Copyrighted material licensed to SAI Global Inc, for licensee's use only. AU0597287
Single user license only, copying prohibited. 01 Dec 08

I.S. EN ISO 9001:2008

**ISO 9001:2008(E)**

[22] *ISO Management Systems* [4)]

[23] Reference web sites:

http://www.iso.org

http://www.tc176.org

http://www.iso.org/tc176/sc2

http://www.iso.org/tc176/ISO9001AuditingPracticesGroup

---

[4) ] A bimonthly publication which provides comprehensive coverage of international developments relating to ISO's management system standards, including news of their implementation by diverse organizations around the world. Available from ISO Central Secretariat (sales@iso.org).

ISO 9001:2008(E)

I.S. EN ISO 9001:2008

ICS  03.120.10

Price based on 27 pages

© ISO 2008 – All rights reserved

Copyrighted material licensed to SAI Global Inc. for licensee's use only. A00597287
Single user license only, copying prohibited. 01 Dec 08

# EXHIBIT C

FOOD AND DRUG
ADMINISTRATION

# GUIDE TO INSPECTIONS OF
# QUALITY SYSTEMS



**August 1999**



2



**Guide to Inspections of**

**Quality Systems**

This document was developed by the Quality System Inspections Reengineering Team Members

<u>Office of Regulatory Affairs</u>

Rob Ruff

Georgia Layloff

Denise Dion

Norm Wong

<u>Center for Devices and Radiological Health</u>

Tim Wells – Team Leader

Chris Nelson

Cory Tylka

<u>Advisors</u>

Chet Reynolds

Kim Trautman

Allen Wynn

Designed and Produced by Malaka C. Desroches

# **Foreword**

**This document provides guidance to the FDA field staff on a new inspectional process that may be used to assess a medical device manufacturer's compliance with the Quality System Regulation and related regulations. The new inspectional process is known as the "Quality System Inspection Technique" or "QSIT". Field investigators may conduct an efficient and effective comprehensive inspection using this guidance material which will help them focus on key elements of a firm's quality system.**

Note: This manual is reference material for investigators and other FDA personnel. The document does not bind FDA and does not confer any rights, privileges, benefits or immunities for or on any person(s).

# Table of Contents

*Performing Subsystem Inspections.* . . . . . . . . . . . . . . **7**

*Pre-announced Inspections.* . . . . . . . . . . . . . . . . . . . .**13**

*Getting Started.* . . . . . . . . . . . . . . . . . . . . . . . . . . . .**15**

*Management Controls.* . . . . . . . . . . . . . . . . . . . . . . .**17**
    Inspectional Objectives        18
    Decision Flow Chart        19
    Narrative        20

*Design Controls.* . . . . . . . . . . . . . . . . . . . . . . . . . . .**31**
    Inspectional Objectives        32
    Decision Flow Chart        33
    Narrative        34

*Corrective and Preventive Actions (CAPA).* . . . . . . .**47**
    Inspectional Objectives        48
    Decision Flow Chart        49
    Narrative        50
    Medical Device Reporting        61
      Inspectional Objectives        62
      Decision Flow Chart        63
      Narrative        64
    Corrections & Removals        67
      Inspectional Objectives        68
      Decision Flow Chart        69
      Narrative        70
    Medical Device Tracking        73
      Inspectional Objectives        74
      Decision Flow Chart        75
      Narrative        76

*Production and Process Controls (P&PC).* . . . . . . . . **79**
    Inspectional Objectives        80
    Decision Flow Chart        81
    Narrative        82
    Sterilization Process Controls        91
      Inspectional Objectives        92
      Decision Flow Chart        93
      Narrative        94

*Sampling Plans.* . . . . . . . . . . . . . . . . . . . . . . . . . . . **103**
    Instructions        104
    Tables (Backpage)        107

**This reference is intended to be used in conjunction with the:**

❒ Compliance Program Guidance Manual for Inspection of Medical Device Manufacturers (CP 7382.845).

❒ Investigations Operations Manual (IOM).

❒ Code of Federal Regulations, Title 21 (21 CFR) Part 820 Quality System Regulation; Part 803 Medical Device Reporting; Part 806 Medical Device Corrections and Removals; Part 821 Medical Device Tracking.

❒ Compliance Policy Guides (CPG) for devices (Sub Chapter 300).

❒ Guideline on General Principles of Process Validation, FDA, May 1987.

**Other references include:**

❒ The Federal Food, Drug, and Cosmetic Act; The Safe Medical Devices Act (SMDA) of 1990 and the Medical Device Amendments of 1992.

❒ Medical Device Quality Systems Manual:  A Small Entity Compliance Guide.

❒ The FDA Worldwide Quality System Requirements Guidebook for Medical Devices.

❒ Other device specific guidance documents prepared by CDRH for the medical device industry.

❒ FDA Recognized Standards.

These additional guidances are posted to the CDRH Internet World Wide Web Home Page at http://www.fda.gov/cdrh. See IOM Chapter 10, References, for additional information.



**Performing Subsystem**

**Inspections**

The Guide to Inspections of Quality Systems provides instructions for conducting medical device quality system/GMP inspections.  It is to be used in conjunction with the compliance program entitled Inspections of Medical Device Manufacturers (7382.845).  The guide was prepared by the Food and Drug Administration (FDA) Office of Regulatory Affairs (ORA), and the Center for Devices and Radiological Health (CDRH).  It provides guidance for inspecting medical device manufacturers against the Quality System Regulation (21 CFR Part 820) and related regulations.

This process for performing subsystem inspections is based on a "top-down" approach to inspecting.  The subsystem approach is designed to provide you with the key objectives that can help determine a firm's state of compliance.  The process was designed to account for the time constraints placed on field investigators when performing device quality system inspections.  If you can focus your effort on key elements of a firm's quality system, you can efficiently and effectively evaluate that quality system.

7

When you begin an inspection by looking at one or more instances of quality problems, such as nonconforming device reports, and work your way back through the firm's quality system, you are doing a "bottom-up" inspection. This method has been helpful in zeroing in on specific problems, and evaluating the firm's actions relating to those problems. However, with the "top-down" approach, we are looking at the firm's "systems" for addressing quality before we actually look at specific quality problems. In the "top-down" approach, we "touch bottom" in each of the subsystems by sampling records, rather than working our way from records review backwards towards procedures.

The "top-down" approach begins each subsystem review with an evaluation of whether the firm has addressed the basic requirements in that subsystem by defining and documenting appropriate procedures. This is followed by an analysis of whether the firm has implemented the requirements of that subsystem.

The illustration provided inside the front cover of this book shows the seven subsystems, along with related satellite programs. Based on discussions between the device industry and the agency, we have chosen four major subsystems that are the basic foundation of a firm's quality system. Those four major subsystems are Management Control; Corrective and Preventive Actions (CAPA) (with satellites Medical Device Reporting, Corrections and Removals, and Medical Device Tracking); Design Controls; and Production and Process Controls (P&PC) (with satellite Sterilization Process Controls). We have provided a

8

suggested technique for inspecting each of these four sub-systems.  In addition, following the chapter of the related subsystem we have provided suggested techniques for inspecting the satellite programs.

The satellite programs were included in the QSIT Inspection due to their correlation in the inspection process with the related subsystem.  For instance, the CAPA subsystem is the logical "jumping-off" point to begin inspecting for Medical Device Reporting, Corrections and Removals, and Medical Device Tracking programs which relate to a firm's postmarket activities.  In the case of the CAPA subsystem, if you are covering the satellite programs in your inspection, approximately half a day should be added to your subsystem inspection timeframe.

Rather than check every aspect of the firm's quality system, the subsystem approach focuses you on those elements that are most important in meeting the requirements of the quality system regulation and which are key quality indicators.  Between 6-15 inspectional objectives are provided for the review of each subsystem.  The review includes both a (broad) review of whether the firm has procedures in place, and appears to meet the requirements, and a closer (detailed) review of some records to verify that the requirements have been implemented in actual production, design and daily quality assurance situations.

One similarity between "top-down" and "bottom-up" inspectional approaches is record review.  Both approaches involve review of raw data, or individual records.  In the "top-down" approach, however, we are asking you to use

9

a sampling approach to the record review. With the "top-down" approach, you will sample records in many of the subsystems to verify whether or not the firm is in compliance. In other words, you are doing the raw data review as you did in the past, but in a more controlled manner. We have provided sampling tables to assist you in determining how many records you need to review, and what confidence you can have in the potential prevalence of the observed conditions.

One new feature in the "top-down" inspection technique is the use of _inspectional objectives_ and _flow diagrams_ to guide you during the inspection. We have provided inspectional objectives and flow diagrams that are useful in inspecting the four major subsystems. The flow diagrams provide a quick overview of how the inspection of each subsystem should occur.

In addition to the inspectional objectives and flow diagrams, we have provided a _narrative_ description describing how to perform the inspection of each subsystem. The narrative description includes a discussion on how to achieve each inspectional objective and reflects the questions contained within the flow diagrams. You are not bound to follow each and every sentence in the narrative. Rather, you should inspect the subsystem with the narrative guidance in mind.

The Quality System Regulation (21 CFR 820.3(k)) defines "Establish" as "define, document (in writing or electronically), and implement". The Quality System Inspection Technique uses the "establish" approach in conduct-

10

ing the inspection.  For each subsystem, you will first determine if the firm has defined and documented the requirements (CAPA, Design, etc.) by looking at procedures and policies, and then you will bore down into records, using the sampling tables, where appropriate, looking at raw data to determine if the firm is meeting their own procedures and policies, and if their program for executing the requirement is adequate.

The duration of inspection is related to the depth of the inspection.  Keep in mind that the subsystem approach provides you with the key inspectional objectives that can help determine a firm's state of compliance.  At the same time, the guidance was designed to accomplish a complete review of all four subsystems in approximately one week. While the length of your inspections will vary, using key inspectional objectives will help assure that you look at the most important elements of the firm's quality system during the inspection.

Most device firms are inspected more than once.  By probing different subsystems, different devices or different processes each time, FDA will eventually have covered most of the firm's quality system.  You are not expected to cover everything in the firm and in the narrative each time.  You are expected to evaluate the firm's quality system, but also to do it in an efficient and focused manner.  Thus, you should limit the depth of coverage when necessary to meet the time frame suggested. As a general rule of thumb, one day should be sufficient to cover each subsystem when using the "top-down" approach described within this document. In practice, you may find that the inspection of a certain

11

subsystem may take half a day, while another may take one and a half days.  This situation would still reflect an overall one day per subsystem time frame.

By directing your attention to the major areas in a firm's quality system, you should be better able to determine if the firm's quality system is in control.  Using the subsystem approach, you may find less opportunity to cite minor deviations from the quality system regulation than in the past. However, you will be citing more serious (systemic) deviations from the regulation.

12



# PREANNOUNCED INSPECTIONS

The ORA Medical Device Industry Initiatives program encompasses preannounced medical device inspections, FDA 483 Annotation and Postinspectional Notification.

The instructions for _Preannouncement_ (including the criteria to be used in determining when preannouncement is appropriate), _FDA 483 Annotation_ and _Post-inspection Notification_ were provided in an April 3, 1996, Federal Register Notice (Volume 61, Number 65). Refer to the Investigations Operations Manual (IOM) for further information.

When contacting the firm for the preannounced QSIT Inspection, the investigator should ask for a copy of the firm's Quality Policy and high level Quality System Procedures (including Management Review Procedures), Quality Manual, Quality Plan or equivalent documents to preview prior to the inspection. _The firm is not required to supply these documents._ The investigator should tell the firm that the preview of these procedural documents would facilitate the inspection. The documents would be returned at the time of the inspection. If you find deficiencies in these documents, you should request copies of the original documents after you initiate the inspection.

13

14

# GETTING STARTED



 It is essential that the firm establishes and maintains a quality system that is appropriate for the specific medical device being manufactured and meets the requirements of the Quality System Regulation. The Management Representative has the responsibility to ensure that the requirements of the Quality System Regulation have been effectively established and maintained. Prior to your review of any subsystem, interview the Management Representative (or designee). The objective of this interview is to obtain an overall view of the subsystem as well as a feel for management's knowledge and understanding of the subsystem. An important linkage for this activity is Management Controls (820.20 Management Responsibility).

15

16





# Management Controls

### Inspectional Objectives

1. Verify that a quality policy, management review and quality audit procedures, quality plan, and quality system procedures and instructions have been defined and documented.

2. Verify that a quality policy and objectives have been implemented.

3. Review the firm's established organizational structure to confirm that it includes provisions for responsibilities, authorities and necessary resources.

4. Confirm that a management representative has been appointed. Evaluate the purview of the management representative.

5. Verify that management reviews, including a review of the suitability and effectiveness of the quality system, are being conducted.

6. Verify that quality audits, including re-audits of deficient matters, of the quality system are being conducted.

At the conclusion of the inspection....

7. Evaluate whether management with executive responsibility ensures that an adequate and effective quality system has been established and maintained.

18

Verify that a quality policy, management review and quality audit procedures, quality plan, and quality system procedures and instructions have been defined and documented.

820.20(a), (c), (d), (e), 820.22                (1)

Have the quality policy and objectives been implemented?

820.20(a)                                       (2)

Has an organizational structure been established ?

820.20(b)                                       (3a)

Does the established organizational structure include provisions for:

      a. responsibility and authority?
      b. resources?

820.20 (b)(1) and (2)                           (3b)

Has a  management representative been appointed?

820.20 (b)(3)                                   (4a)

Does s/he have established authority over and responsibility for...

    a.    ensuring the quality system requirements are effectively established and maintained?
    b.    reporting on the performance of the quality system to management with executive responsibility?

820.20(b)(3)(i) and (ii)                        (4b)

Do established management review procedures ensure that management with executive responsibility reviews suitability and effectiveness at defined intervals and with sufficient frequency?

820.20(c)                                       (5)

Do established quality audit procedures ensure that quality audits, including reaudits of deficient matters, are conducted?

820.22                                          (6)

Suspend inspection of Management Controls. Go to inspection of Design Controls.

Return to Management Controls Subsystem after completing inspection of other subsystems.

Based on the inspectional findings of this and other subsystems, evaluate whether management with executive responsibility ensures that an adequate and effective quality system has been established at the firm.

820.20                                          (7)

Evaluate subsystem for adequacy based on findings.

Proceed to final Discussion with Management.

# MANAGEMENT
# CONTROLS
# DECISION
# FLOW CHART

19



# Management Controls

### Narrative



**Purpose/Importance**

The purpose of the management control subsystem is to provide adequate resources for device design, manufacturing, quality assurance, distribution, installation, and servicing activities; assure the quality system is functioning properly; monitor the quality system; and make necessary adjustments. A quality system that has been implemented effectively and is monitored to identify and address problems is more likely to produce devices that function as intended.

A primary purpose of the inspection is to determine whether management with executive responsibility ensures that an adequate and effective quality system has been established (defined, documented and implemented) at the firm. Because of this, each inspection should begin and end with an evaluation of this subsystem.

 **1.  Verify that a quality policy, management review and quality audit procedures, quality plan, and quality system procedures and instructions have been defined and documented.**

Prior to the start of the inspection, preferably at the time you make the preannouncement of the inspection (if preannounced), you should ask the firm to send you their overall (or top level) quality system policies, objectives, and procedures. This should include their management review procedures, quality policy, and quality plan. If not received prior to the start of the inspection, you will need to review these documents at the start of your inspection.

## Quality Policy and Objectives

The firm must have a written quality policy. The definition of quality policy is provided in the Quality System Regulation. It means the overall intentions and directions of an organization with respect to quality. The firm is responsible for establishing a clear quality policy with achievable objectives then translating the objectives into actual methods and procedures. Management with executive responsibility (i.e. has the authority to establish and make changes to the company quality policy) must assure the policy and objectives are understood and implemented at all levels of their organization. The policy does not need to be extensive. Personnel are not required to be able to recite the policy but they should be familiar with it and know where to obtain it.

## Management Review and Quality Audit Procedures

Management reviews and quality audits are a foundation of a good quality system. Assure that the manufacturer has written procedures for conducting management reviews and quality audits and there are defined intervals for when they should occur. The firm's quality audits should examine the quality system activities to demonstrate that the procedures are appropriate to achieve quality system objectives, and the procedures have been implemented. A successful implementation of the firm's procedures should result in the firm achieving its quality policy and associated objectives. Whether the quality policy and objectives are "good" may become evident as the other subsystems are reviewed during the inspection.

21

## Quality Plans



The firm must have a written quality plan that defines the quality practices, resources and activities relevant to the devices that are being designed and manufactured at that facility. The manufacturer needs to have written procedures that describe how they intend to meet their quality requirements.

For firms that manufacture devices as well as other products, there must be a quality plan that is specifically relevant to devices. Much of what is required to be part of the plan may be found in the firm's quality system documentation, such as, the Quality Manual, Device Master Record(s), production procedures, etc. Therefore, the plan itself may be a roadmap of the firm's quality system. The plan in this case would need to include reference to applicable quality system documents and how those documents apply to the device(s) that is the subject of the plan.

Quality plans may be specific to one device or be generic to all devices manufactured at the firm. Quality plans can also be specific to processes or overall systems.

## Quality System Procedures and Instructions

All manufacturers of medical devices are required to establish and implement a quality system tailored to the device manufactured. Each manufacturer must prepare and implement all activities, including, but not necessarily limited to the applicable requirements of the Quality System Regulation, that are necessary to assure the finished device, the design process, the manufacturing process, and all related activities conform to approved specifications.

The term "quality system" as specified in the Quality System Regulation encompasses all activities previously referred to as "quality assurance" which were necessary to

assure the finished device meets its predetermined design specifications. This includes assuring manufacturing processes are controlled and adequate for their intended use, documentation is controlled and maintained, equipment is calibrated, inspected, tested, etc. Some manufacturers may use the terms "quality control" or "GMP Control" or "quality assurance" instead of quality system. It doesn't matter what term is used as long as the quality system concept is understood and implemented.

Written quality system procedures and instructions are required. Any FDA 483 observation regarding Quality System procedures must be specific and point out the controls that are missing or believed inadequate.

 **2.  Verify that a quality policy and objectives have been implemented.**

One way to determine whether personnel are familiar with the quality policy is to ask employees directly.  This should not be done when the employee is engaged in the actual performance of his/her duties, but could be done when he/she is at break or when he/she has finished a task and before he/she begins his/her next task.

You can also look to see how management has made the policy available.  For example: Is it in their Quality Manual or another part of their written procedures? Is it posted at points throughout the building?  It doesn't matter how they made the policy known, only that personnel know that there is a policy and where they can read the policy for themselves.

A review of employee training records to show they have been trained in the firm's quality policy and objectives can also be done.  In particular, this should be done for those employees involved in key operations.

23

 

**3. Review the firm's established organizational structure to confirm that it includes provisions for responsibilities, authorities and necessary resources.**

The firm's organizational structure must be adequate to ensure devices are designed and manufactured in accordance with the Quality System Regulation. The organizational structure should ensure the technical, administrative, and human factors functions affecting the quality of a device are controlled. These functions may involve hardware, software, processed materials or services. All such control should be towards the reduction, elimination, or ideally, the prevention of quality nonconformities.

To determine what the firm's organizational structure is, start by asking the authority and responsibility questions that are the start of every FDA inspection. Review the firm's organizational charts.

The firm's procedures should describe the functional areas or people responsible for performing certain tasks governed by their quality system. They should also include provisions for resources and designating a management representative.

Determine whether personnel involved in managing, performing or assessing work affecting quality have the necessary independence and authority to perform those tasks. Organizational freedom or independence does not necessarily require a stand-alone group. However, the responsibility, authority and independence should be sufficient to attain the firm's stated quality objectives.

Adequate resources must be available for the quality system to assure the firm's stated quality objectives can be achieved. Resources include money, supplies, personnel, etc. One approach to confirm that adequate resources are available is to ask the management representative how resources are obtained and allocated.

 **4. Confirm that a management representative has been appointed. Evaluate the purview of the management representative.**

The firm must appoint a management representative who is responsible for ensuring the quality system is effectively established and maintained, and who will report on its performance to management with executive responsibility for review. _The appointment must be documented._

To determine whether there is in fact a documented management representative, review the firm's organizational chart(s) or their Quality Manual.

Determine whether the appointed management representative actually has the purported responsibility and authority granted to him/her by the firm's procedures or organizational structure. Ways of reaching this determination include: Whether he/she has sign-off authority for changes to documents, processes, or product designs; whether the people conducting quality audits report or provide him/her with their results; and noting how he/she interacts with corrective and preventive actions, relative design control issues, complaints, MDRs, in-process or finished product failures, etc. In other words, his /her responsibility and authority should be apparent through the review of the other subsystems.

Verify that the management representative is reporting back to the management with executive responsibility on the performance of the quality system. These reports should either be the subject of the management reviews or at least provide the framework for those reviews.



**NOTE:** The agency's policy relative to the review of quality audit results is stated in CPG 7151.02 (CPG Manual subchapter 130.300). This policy prohibits FDA access to a firm's audit results. Under the Quality System Regulation, this prohibition extends to reviews of supplier audit reports and management reviews. However, the procedures and documents that show conformance with 21 CFR 820.50, Purchasing Controls, and 21 CFR 820.20(3)(c), Management Reviews, and 21 CFR 920.22 Quality Audit, are subject to FDA inspection.

 

**5.  Verify that management reviews, including a review of the suitability and effectiveness of the quality system, are being conducted.**

Management reviews must measure the firm's quality system against the Quality System Regulation and the firm's own stated quality objectives as defined in their quality policy. Management reviews must be documented. There must be written procedures for conducting management reviews. These procedures can be inspected and the firm must certify in writing, if requested, that the firm has complied with this Quality System Regulation requirement.

Review the firm's management review schedule to confirm management reviews are being conducted with sufficient frequency. Management reviews should be frequent enough to keep them informed of ongoing quality issues and problems. During your review of the CAPA subsystem, if you find that there are quality issues that do not seem to be known to executive-level management, then the reviews may not be occurring with sufficient frequency.

The dates and results of management reviews must be documented to show dates conducted and whether management with executive responsibility attended the reviews. It is not permissible as explained above for an FDA Investigator to review the firm's actual management review documentation. However, the firm should be able to show you how the reviews are to be documented. Management review procedures or instructions should include a requirement that the results of the reviews be documented and dated.

 **6. Verify that quality audits, including re-audits of deficient matters, of the quality system are being conducted.**

Review the firm's quality audit schedules to assure quality audits are being conducted with sufficient frequency. It is recommended that the time between quality audits not exceed a 12-month period. More frequent audits may be recommended if the firm has a serious Quality System Regulation problem.

Quality audits should consist of a formal, planned check of all elements in the quality system. They are **NOT** product audits. Quality audits must be conducted using adequate detailed written procedures by appropriately trained individuals. If conducted properly, a quality audit can detect system defects and, through isolation of unsatisfactory trends and correction of factors that cause defective products, prevent the production of unsafe or nonconforming devices. _Without an effective quality audit function the quality system is incomplete and there is no assurance the manufacturer is consistently in a state-of-control._

Evidence of inadequate auditing may exist without gaining access to the written quality audit reports. This evidence may be obtained by relating the audit program to deficiencies observed in other subsystems. If significant quality system problems have existed both before and after the firm's last self-audit, then you should critically review the written audit procedures. The audit procedures should cover each quality system, and should be specific enough to enable the person conducting the audit to perform an adequate audit. The auditors must be adequately trained. If it is necessary and possible to interview an auditor, ask how the audits are performed; what documents are examined; how long audits take; etc.

27



Audits should be conducted by individuals not having direct responsibility for matters being audited. One person and other very small firms must generally establish independence, even if it means hiring outside auditors, because the failure to have an independent auditor could result in an ineffective audit. *If there are significant FDA 483 observations, and independent audits are being performed, but deficiencies are apparently not being identified by the auditor, then an FDA 483 should contain an observation indicating a lack of adequate audits.*

Determine whether corrective action by upper management is being taken. Auditors may be asked if they observed any of the ongoing Quality System Regulation deficiencies during their prior audits (ongoing Quality System Regulation deficiencies may also be identified by reviewing prior FDA 483's). If the answer is yes, check the written audit schedule, if available, to determine if a follow up audit is scheduled for the deficient areas. Check the written audit procedure for instructions for review of audits by upper management . For example, do the procedures require quality audit results to be included in the management reviews? Verify that the procedures contain provisions for the re-audit of deficient areas if necessary. A failure to implement follow-up corrective actions, including re-audits of deficient matters may be listed as a Quality System Regulation deficiency on the FDA 483.



**NOTE:** Re-audits of deficient matters are not always required, but where one is indicated, it must be conducted. The reaudit report should verify the recommended corrective action(s) was implemented and effective.

**7. Evaluate whether management with executive responsibility ensures that an adequate and effective quality system has been established and maintained.**

At this point in QSIT, you stop your review of the management system. You continue your inspection by evaluating the other subsystems. While you evaluate the other subsystems, keep thinking about what you are finding and whether it indicates that management is appropriately carrying out responsibilities for providing adequate resources and overseeing the quality system to detect problems and address them.

From your review of the other subsystems, you have a better idea on whether the management representative has the appropriate authority and responsibility, whether the organizational structure is adequate, whether the quality audits and management reviews are sufficient, whether the quality policy has really been implemented, and whether the training being provided is sufficient.

You need to take the time after reviewing the other subsystems, to evaluate the inspectional findings of the management and other subsystems. You need to determine whether the management representative and management with executive responsibility are ensuring the adequacy and effectiveness of the quality system and whether that system has been fully implemented at this firm.

If you found major nonconformances (as defined in the Compliance Program, Part V) in your review of the management or other subsystems that indicate management with executive responsibility is not ensuring the establishment and maintenance of an adequate quality system, you may cite this deficiency on your FDA 483. This cite should not

29



be used routinely, but should be used in those situations where major portions of a quality system have not been established and maintained or whenever there is a total lack of a quality system.

When you have made that determination and have completed your FDA 483, or decided no FDA 483 is needed, you may proceed to your final discussion with Management, or the official closeout meeting with the firm.

30



Design Controls Subsystem

# Design Controls

## Inspectional Objectives

1.  Select a single design project.

**Note: If the project selected involves a device that contains software, consider reviewing the software's validation while proceeding through the assessment of the firm's design control system.**

2.  For the design project selected, verify that design control procedures that address the requirements of Section 820.30 of the regulation have been defined and documented.
3.  Review the design plan for the selected project to understand the layout of the design and development activities including assigned responsibilities and interfaces.

**Note: Evaluate the firm's conduct of risk analysis while proceeding through the assessment of the firm's Design Control system.**

4.  Confirm that design inputs were established.
5.  Verify that the design outputs that are essential for the proper functioning of the device were identified.
6.  Confirm that acceptance criteria were established prior to the performance of verification and validation activities.
7.  Determine if design verification confirmed that design outputs met the design input requirements.
8.  Confirm that design validation data show that the approved design met the predetermined user needs and intended uses.
9.  Confirm that the completed design validation did not leave any unresolved discrepancies.
10. If the device contains software, confirm that the software was validated.
11. Confirm that risk analysis was performed.
12. Determine if design validation was accomplished using initial production devices or their equivalents.
13. Confirm that changes were controlled including validation or where appropriate verification.
14. Determine if design reviews were conducted.
15. Determine if the design was correctly transferred.

32



Select a single design project
(1)

For the design project selected, have design control procedures that address the requirements of the regulation been defined and documented?
820.30(a), 820.30(c)-(j)   (2)

Review the design plan for the selected project, and initiate assessment of the firm's conduct of risk analysis.
820.30(b)   (3)

Were design inputs established?
820.30(c)   (4)

Were design outputs that are essential to the proper functioning of the device identified?
820.30(d)   (5)

Were acceptance criteria established prior to performance of verification and validation activities?
820.30(f), 820.30(g)   (6)

Did verification confirm that outputs met inputs?
820.30(f)   (7)

Did the design validation data show that the approved design met the predetermined user needs and intended uses?
820.30(g)   (8)

Are there unresolved discrepancies left from the design validation?
820.30(g)   (9)

If the device contains software, was the software for the device validated?
820.30(g)   (10)

Was risk analysis performed?
820.30(g)   (11)

Was design validation accomplished using initial production devices or their equivalents?
820.30(g)   (12)

Were design changes controlled including validated or where appropriate verified?
820.30(i), 820.70(b)   (13)

Were design reviews conducted?
820.30(e)   (14)

Was the design correctly transferred?
820.30(h)   (15)

Evaluate subsystem for adequacy based on findings.

Continue Inspection of Other Subsystems

# DESIGN CONTROLS DECISION FLOW CHART

33

# Design Controls

## Narrative



**Purpose/Importance**

The purpose of the design control subsystem is to control the design process to assure that devices meet user needs, intended uses, and specified requirements. Attention to design and development planning, identifying design inputs, developing design outputs, verifying that design outputs meet design inputs, validating the design, controlling design changes, reviewing design results, transferring the design to production, and compiling a design history file help assure that resulting designs will meet user needs, intended uses and requirements.

 **1.    Select a single design project.**

**Note: If the project selected involves a device that contains software, consider reviewing the software's validation while proceeding through the assessment of the firm's design control system.**

The design control requirements of Section 820.30 of the regulation apply to the design of Class II and III medical devices, and a select group of Class I devices. The regulation is very flexible in the area of design controls. The type of design control system and the precise details of implementation are left for each firm to decide based on the complexity and risks associated with their devices.

If design control requirements are applicable to the operations of the firm, _select a design project._ Unless the inspection assignment directs the inspection of a particular design project, select a project that provides the best challenge to the firm's design control system. This project will be used to evaluate the process, the methods, and the procedures that the firm has established to implement the requirements for design controls.

_Do not inspect a device under design control requirements to determine whether the design was appropriate or safe and effective. This is precluded under Section 520(f)(1)(A) of the Act. However, if based on information obtained during an evaluation of the firm's design controls, it appears that the device is unsafe or ineffective, then report those findings in the EIR._

The requirement for software validation is included in Section 820.30(g) Design Validation. However, if the project selected involves a device that contains software, consider reviewing the software's validation while proceeding through the assessment of the firm's design control system.

If the firm has not completed a design project, has no ongoing or planned design projects, and has not made a design change, proceed to the narrative discussion under Objective 2 and limit your review of design controls to those instructions.

 **2. For the design project selected, verify that design control procedures that address the requirements of Section 820.30 of the regulation have been defined and documented.**

Firms, including small firms and those who design simple devices, who are subject to Section 820.30 of the regulation, are required to define, and document, either in writing or electronically, procedures which address the requirements of the regulation. These procedures serve to set the structure for the firm's design control system.

However, if the firm has not completed any design projects, has no ongoing or planned design projects, and has not made a design change, it is only required to maintain a defined and documented design change procedure.

Review the firm's design control procedures and verify that they address the specific requirements of the regulation. As examples, determine if the design input procedures include a mechanism for addressing incomplete, ambiguous, or conflicting requirements; the design output procedures ensure that those design outputs that are essential for the proper functioning of the device are identified; and the design review procedure ensures that each design review includes an individual(s) who does not have direct responsibility for the design stage being reviewed.

In order to determine if the firm's design control procedures have been implemented, use the selected design project to exercise the firm's procedures and accomplish the following objectives.

36

 **3. Review the design plan for the selected project to understand the layout of the design and development activities including assigned responsibilities and interfaces.**

**Note: Evaluate the firm's conduct of risk analysis while proceeding through the assessment of the firm's Design Control system.**

The firm's development of concepts and the conduct of feasibility studies are not subject to the design control requirements of the regulation. However, once the firm decides that a design will be developed, a design plan must be established. A firm will determine when it will begin to apply design controls. However, design controls must be applied no later than the time the firm approves its first set of inputs.

Utilize the firm's design plan as a road map for the selected design project. Plans include major design tasks, project milestones, or key decision points. It is not necessary for plans to show starting or completion dates for activities covered by the plan. Plans may vary depending on the complexity of the project and the degree of risk associated with the device. Plans may take the form of a simple flow chart for less complex projects or may be expressed as Program Evaluation and Review Technique (PERT) or Gantt charts for larger projects. However, plans must define responsibility for implementation of the design and development activities and identify and describe interfaces with different groups or activities.

While the requirement for the conduct of risk analysis appears in Section 820.30(g) Design Validation, a firm should not wait until they are performing design validation to begin risk analysis. Risk analysis should be addressed in the design plan and risk should be considered throughout the design process. Risk analysis must be completed in design validation.



When conducting risk analysis, firms are expected to iden-
tify possible hazards associated with the design in both
normal and fault conditions. The risks associated with those
hazards, including those resulting from user error, should
then be calculated in both normal and fault conditions. If
any risk is deemed unacceptable, it should be reduced to
acceptable levels by the appropriate means, for example
by redesign or warnings. An important part of risk analysis
is ensuring that changes made to eliminate or minimize
hazards do not introduce new hazards.

Common tools used by firms to conduct risk analyses in-
clude Fault Tree Analysis (FTA), and Failure Modes and
Effects Analysis (FMEA).

 **4.   Confirm that design inputs were established.**

Inputs are the requirements of a device. They must be docu-
mented. Review the sources used to develop inputs. De-
termine that relevant aspects were covered. Examples of
relevant aspects include: intended use, performance char-
acteristics, risk, biocompatibility, compatibility with the en-
vironment of intended use including electromagnetic com-
patibility, human factors, voluntary standards, and sterility.

 **5.   Verify that the design outputs that are essential for
the proper functioning of the device were identi-
fied.**

Design outputs are the work products or deliverables of a
design stage. Examples include, diagrams, drawings, speci-
fications and procedures. The outputs from one stage may
become inputs to the next stage. The total finished design
output consists of the device, its packaging and labeling,
and the device master record. Important linkages to con-
sider are Sections 820.80 Receiving, in-process, and fin-
ished device acceptance, 820.120 Device labeling, and
820.130 Device packaging.

Design projects can produce a large volume of records. Not all of the records generated during the project are design outputs and as such do not need to be retained in the design history file. Only approved outputs need to be retained.

Outputs must be comprehensive enough to characterize the device design to allow for verification and validation. Also, design outputs which are essential for the proper functioning of the device must be identified. Typically a risk analysis tool such as FTA or FMEA is used to determine essential outputs. For the selected project, verify that essential outputs have been identified. In addition, review the firm's process for determining how the essential outputs were identified and determine if it was done in accordance with  their design output procedures. Important linkages to consider are Sections 820.50 Purchasing controls, and 820.100 Corrective and preventive action.

 **6.  Confirm that acceptance criteria were established prior to the performance of verification and validation activities.**

Verification and validation activities should be predictive rather then empiric. Acceptance criteria must be stated up front. Review the documentation associated with a sample of verification activities and a sample of validation activities as determined using the Sampling Tables. If possible, select activities that are associated with outputs identified as essential to the proper functioning of the device. Confirm that acceptance criteria were established prior to performance of the verification or validation activity.



**7.    Determine if design verification confirmed that design outputs met the design input requirements.**



Design verification activities are performed to provide objective evidence that design output meets the design input requirements. Verification activities include tests, inspections, analyses, measurements, or demonstrations. Activities should be explicit and thorough in their execution. It is the firm's responsibility to select and apply appropriate verification techniques. Complex designs can require more and different types of verification activities than simple designs. Any approach selected by the firm, as long as it establishes conformance of the output to the input, is an acceptable means of verifying the design with respect to that requirement.

Review the documentation of the verification activities associated with a sample of inputs and outputs as determined using the Sampling Tables. If possible, select activities that are associated with outputs identified as essential to the proper functioning of the device.  Confirm that design outputs met design input requirements.



**8.    Confirm that design validation data show that the approved design met the predetermined user needs and intended uses.**

Design validation is performed to provide objective evidence that device specifications (outputs) conform with user needs and intended use(s). Design validation must be completed before commercial distribution of the device.

Design validation involves the performance of clinical evaluations and includes testing under actual or simulated use conditions. Clinical evaluations can include clinical investigations or clinical trials, but they may only involve other activities. These may include evaluations in clinical or non-

40

clinical settings, provision of historical evidence that similar designs are clinically safe, or a review of scientific literature. Validation activities must address the needs of all relevant parties (i.e. patient, health care worker, etc.) and be performed for each intended use. Validation activities should address the design outputs of labeling and packaging. These outputs may have human factor implications, and may adversely affect the device and its use.

If possible, review the evaluations (clinical or other activities) performed to assist in validating the device design.

 **9.  Confirm that the completed design validation did not leave any unresolved discrepancies.**

Design validation may detect discrepancies between the device specifications (outputs) and the needs of the user or intended use(s) of the device. All discrepancies must be addressed and resolved by the firm. This can be accomplished through a change in design output or a change in user need or intended use.

 **10. If the device contains software, confirm that the software was validated.**

As previously noted, design validation includes the requirement for software validation. If the selected device is software controlled its software must be validated.

 **11. Confirm that risk analysis was performed.**

As previously noted, risk analysis must be completed in design validation.

41

 **12. Determine if design validation was accomplished using initial production devices or their equivalents.**

 Initial production units, lots, or batches, or their equivalents are to be used in design validation. Confirm that such production devices or their equivalents were used by reviewing the design validation documentation. If production devices were not used, the firm must demonstrate equivalency to production devices. When the so called "equivalent" devices are used in design validation the manufacturer must document in detail how the device was manufactured, and how the manufacturing is similar and possibly different from initial production. Where there are differences, the manufacturer must justify why design validation results are valid for production units, lots or batches. The regulation is flexible and it does allow for the use of equivalent devices, but the burden is on the manufacturer to document that the units were indeed equivalent.

Process validation may be conducted concurrently with design validation. Production devices used in design validation may have been manufactured in a production run during process validation.

**13. Confirm that changes were controlled including validation or where appropriate verification.**

Change control is not a new requirement. The 1978 GMP regulation Section 820.100(a)(2) required approval of changes made to specifications after final design transfer (post-production changes). The Quality System regulation clarified and relocated the requirement into Section 820.30(i). It expanded the requirement to include changes made during the design process (pre-production changes).

The documentation and control of design changes begin when the initial design inputs are approved and continues

42

for the life of the product. Examples of the application of change control include: changes made to approved inputs or outputs such as to correct design deficiencies identified in the verification and validation activities; labeling changes; changes which enhance the device's capabilities or the capabilities of the process; and changes resulting from customer complaints.

Product development is inherently an evolutionary process. While change is a healthy and necessary part of product development, quality can be ensured only if change is controlled and documented in the development process, as well as in the production process.

The degree of design change control is dependent on the significance of the change and the risk presented by the device. Manufacturers may use their routine post-production change control procedure for pre-production design changes. However, most post-production change control procedures may be too restrictive and stifle the development process. Firms may use a separate and less stringent change control procedure for pre-production design changes.

Post-production design changes require the firm to loop back into the design controls of Section 820.30 of the regulation. This does not mean that post-production changes have to go back to the R&D Department for processing. This track is dependent on what the firm specifies in their change procedure. It is acceptable for the manufacturing department to process the entire design change and to implement the controls of Section 820.30.

The design change control section is linked to and is redundant with Section 820.70(b) Production and process changes of the regulation.

43

All design changes must be verified. Design changes must also be validated unless the performance of only verification can be justified and documented by the firm. Where a design change cannot be verified by subsequent inspection and test, it must be validated. For example, a change in the intended use of the device will require validation. However, if a firm was making a design change in the material used in the device, then verification through analysis may only be required. The burden is on the firm to justify and document why verification only is appropriate in lieu of validation.

Review a pre-production and a post-production design change.

 **14. Determine if design reviews were conducted.**

Formal design reviews are planned and typically conducted at the end of each design stage or phase, or after completion of project milestones. The number of reviews is dependent on the complexity of the design. A single review may be appropriate at the conclusion of the design project for a simple design or a minor change to an existing product. Multiple reviews are typically conducted for projects involving subsystems or complex designs.

Design reviews should provide feedback to designers on existing or emerging problems, assess the progress of the design, and confirm the design is ready to move to the next phase of development. Reviews should focus on the ability to produce the design and whether the design meets the input requirements.

The design review process should account for risk analysis and change control where relevant.

44

Full convened meetings with an agenda, minutes, etc. need not take place for all design reviews. Meetings may not be necessary for reviews involving simple designs or minor changes. In these cases desk reviews and sign-offs by the various organizational components including an individual not having direct responsibility for the design stage being reviewed may be appropriate. However, such reviews must still be documented and covered by defined and documented procedures.

Review the records of one design review and confirm that the review included an individual without direct responsibility for the design stage being reviewed. Also, confirm that outstanding action items are being resolved or have been resolved.

 **15.  Determine if the design was correctly transferred.**

The transfer process must be a part of the design plan. It is not uncommon for the design to be transferred in phases. Production specifications typically consist of written documents such as assembly drawings, inspection and test specifications, and manufacturing instructions. However, they can also consist of electronic records, training materials such as video tapes or pictures, and manufacturing jigs and molds.

Review how the design was transferred into production specifications. Review the device master record. Sample the significant elements of the device master record using the Sampling Tables and compare these with the approved design outputs. These elements may be chosen based on the firm's previously identified essential requirements and risk analysis.

45



# Corrective and Preventive Actions (CAPA)

## Inspectional Objectives

1. Verify that CAPA system procedure(s) that address the requirements of the quality system regulation have been defined and documented.

2. Determine if appropriate sources of product and quality problems have been identified. Confirm that data from these sources are analyzed to identify existing product and quality problems that may require corrective action.

3. Determine if sources of product and quality information that may show unfavorable trends have been identified. Confirm that data from these sources are analyzed to identify potential product and quality problems that may require preventive action.

4. Challenge the quality data information system. Verify that the data received by the CAPA system are complete, accurate and timely.

5. Verify that appropriate statistical methods are employed (where necessary) to detect recurring quality problems. Determine if results of analyses are compared across different data sources to identify and develop the extent of product and quality problems.

6. Determine if failure investigation procedures are followed. Determine if the degree to which a quality problem or nonconforming product is investigated is commensurate with the significance and risk of the nonconformity. Determine if failure investigations are conducted to determine root cause (where possible). Verify that there is control for preventing distribution of nonconforming product.

7. Determine if appropriate actions have been taken for significant product and quality problems identified from data sources.

8. Determine if corrective and preventive actions were effective and verified or validated prior to implementation. Confirm that corrective and preventive actions do not adversely affect the finished device.

9. Verify that corrective and preventive actions for product and quality problems were implemented and documented.

10. Determine if information regarding nonconforming product and quality problems and corrective and preventive actions has been properly disseminated, including dissemination for management review.





**CORRECTIVE**
**AND**
**PREVENTIVE ACTIONS**
**(CAPA)**
**DECISION FLOW CHART**

49

# Corrective and Preventive Actions (CAPA)

## Narrative



**Purpose/Importance**

The purpose of the corrective and preventive action subsystem is to collect information, analyze information, identify and investigate product and quality problems, and take appropriate and effective corrective and/or preventive action to prevent their recurrence. Verifying or validating corrective and preventive actions, communicating corrective and preventive action activities to responsible people, providing relevant information for management review, and documenting these activities are essential in dealing effectively with product and quality problems, preventing their recurrence, and preventing or minimizing device failures.

One of the most important quality system elements is the corrective and preventive action subsystem.

**1. Verify that CAPA system procedure(s) that address the requirements of the quality system regulation have been defined and documented.**

Review the firm's corrective and preventive action procedure. If necessary, have management provide definitions and interpretation of words or terms such as "nonconforming product", "quality audit", "correction", "prevention", "timely", and others. It is important to gain a working knowledge of the firm's corrective and preventive action procedure before beginning the evaluation of this subsystem.



**NOTE:** Corrective action taken to address an existing product or quality problem should include action to:

- Correct the existing product nonconformity or quality problems and;
- Prevent the recurrence of the problem.

50

The CAPA procedure should include procedures for how the firm will meet the requirements for all elements of the CAPA subsystem. All procedures should have been implemented.

Once you have gained a knowledge of the firm's corrective and preventive action procedure, begin with determining if the firm has a system for the identification and input of quality data into the CAPA subsystem. Such data includes information regarding product and quality problems (and potential problems) that may require corrective and/or preventive action.

 **2. Determine if appropriate sources of product and quality problems have been identified. Confirm that data from these sources are analyzed to identify existing product and quality problems that may require corrective action.**

The firm should have methods and procedures to input product or quality problems into the CAPA subsystem. Product and quality problems should be analyzed to identify product and quality problems that may require corrective action.

The firm should routinely analyze quality data regarding product and quality problems. This analysis should include data and information from all acceptance activities, complaints, service, and returned product records. Determine

 **NOTE:** In accordance with Agency policy (CPG 7151.02), do not request records regarding the results of internal quality audits, management reviews, third party audits (including ISO audits), or supplier audits. However, you will be reviewing raw data that is used by the firm when conducting their quality audits, management reviews, etc. Trending information and results of analyses are generally part of evaluations under the corrective and preventive action requirements. This information is utilized in internal audits and management reviews. Information or data utilized in internal audits and management reviews are considered raw data and should be available for routine review.

if the firm is capturing and analyzing data from acceptance activities relating to component, in-process and finished device testing.   Information obtained subsequent to distribution, which includes complaints, service activities and returned products, as well as information relating to concessions (quality and nonconforming products), quality records, and other sources of quality data should also be captured and analyzed.  Examples of other sources of quality data include quality audits, installation reports, lawsuits, etc.

 **3. Determine if sources of product and quality information that may show unfavorable trends have been identified. Confirm that data from these sources are analyzed to identify potential product and quality problems that may require preventive action.**

Determine if the firm is identifying product and quality problems that may require a preventive action.  This can be accomplished by reviewing historical records such as trending data, corrective actions, acceptance activities (component history records, process control records, finished device testing, etc.) and other quality system records for unfavorable trends.  Review if preventive actions have been taken regarding unfavorable trends recognized from the analysis of product and quality information.  Product and quality improvements and use of appropriate statistical process control techniques are evidence of compliance with the preventive action requirement.

Determine if the firm is capturing and analyzing data regarding in-conformance product.  Examples include capturing and analyzing component test results to detect shifts in test results that may indicate changes in vendor processes, component design or acceptance procedures. Identification of these indicators may necessitate a vendor investigation as a preventive action.  Monitoring in-process

52

and finished device test results may reveal additional indicators of potential quality problems. For devices where stability is an issue, test results of reserve samples are continually monitored. These monitoring activities may trigger process changes, additional training activities and other changes required to maintain the process within its tolerances and limits.

Determine if the firm is using statistical control techniques for process controls where statistical techniques are applicable. An example would be "Statistical Process Control" (SPC). SPC is utilized to monitor a process and initiate process correction when a process is drifting toward a specification limit. Typically, SPC activities are encountered with large volume production processes such as plastic molding and extrusion. Any continuing product improvements (in the absence of identified product problems such as nonconforming product) are also positive indicators of preventive actions.  Important linkages for this activity include 820.70 Production and Process Controls and 820.250 Statistical Techniques.

 **4. Challenge the quality data information system. Verify that the data received by the CAPA system are complete, accurate and timely.**

Select one or two quality data sources. Using the sampling tables, review records from the chosen data sources to determine if the data were entered into the CAPA system. In addition, determine whether the data are complete, accurate and entered into the CAPA system in a timely manner.

 Important linkages for this activity include 820.80 Acceptance Activities, 820.90 Nonconforming Product, 820.170 Installation, 820.198 Complaint Files and 820.200 Servicing.

53

**5. Verify that appropriate statistical methods are employed (where necessary) to detect recurring quality problems. Determine if results of analyses are compared across different data sources to identify and develop the extent of product and quality problems.**



The analysis of product and quality problems should include appropriate statistical and non-statistical techniques. Statistical techniques include Pareto analysis, spreadsheets, and pie charts. Non-statistical techniques include quality review boards, quality review committees and other methods.

The analysis of product and quality problems should also include the comparison of problems and trends across different data sources to establish a global, and not an isolated view, of a problem. For example, problems noted in service records should be compared with similar problem trends noted in complaints and acceptance activity information.

The full extent of a problem must be captured before the probability of occurrence, risk analysis and the proper course of corrective or preventive action can be determined.

**6. Determine if failure investigation procedures are followed. Determine if the degree to which a quality problem or nonconforming product is investigated is commensurate with the significance and risk of the nonconformity. Determine if failure investigations are conducted to determine root cause (where possible). Verify that there is control for preventing distribution of nonconforming product.**

Review the firm's CAPA procedures for conducting failure investigations. Determine if the procedures include provi-

54

sions for identifying the failure modes, determining the significance of the failure modes (using tools such as risk analysis), the rationale for determining if a failure analysis should be conducted as part of the investigation, and the depth of the failure analysis.

Discuss with the firm their rationale for determining if a corrective or preventive action is necessary for an identified trend regarding product or quality problems.   The decision process may be linked to the results of a risk analysis and essential device outputs.

Using the sampling tables, select failure investigation records regarding more than one failure mode (if possible) and determine if the firm is following their failure investigation procedures.

Confirm that all of the failure modes from your selected sample of failure investigations have been captured within data summaries such as reports, pie charts, spreadsheets, Pareto charts, etc.

Determine whether the depth of the investigation (where possible) is sufficient (root cause) to determine the corrective action necessary to correct the problem.   Select one significant failure investigation that resulted in a corrective action and determine if the root cause had been identified so that verification or validation of the corrective action could be accomplished.

Using the sampling tables, review a number of incomplete failure investigations for potential unresolved product nonconformances and potential distribution of nonconforming product. Unresolved problems that could be of significant risk to the patient or user may require product recall if the problem cannot be resolved.

55



Using the sampling tables, review records regarding non-conforming product where the firm concluded corrective or preventive action was not necessary. As noted above, verify that the firm is not continuing to distribute nonconforming product.   This may be an important deficiency based on the class of, and the risk associated with, the product.   Important linkages for these activities include 820.20 Management Responsibility, 820.25 Training, 820.30 Design Controls, 820.90 Nonconforming Product and possibly 820.250 Statistical Techniques.



Using the sampling tables, review nonconforming product and quality concessions.  Review controls for preventing distribution of nonconforming products.  Product and quality concessions should be reviewed to verify that the concessions have been made appropriate to product risk, within the requirements of the quality system and not solely to fulfill marketing needs.  Important linkages regarding these activities include 820.20 Management Responsibility and 820.90 Nonconforming Product.

**7. Determine if appropriate actions have been taken for significant product and quality problems identified from data sources.**

Where appropriate, this may include recall actions, changes in acceptance activities for components, in-process and finished devices, etc.

Using the sampling tables, select and review significant corrective actions and determine if the change or changes could have extended beyond the action taken.  A significant action would be a product or process change to correct a reliability problem or to bring the product into conformance with product specifications. Discuss with the firm their rationale for not extending the action to include additional actions such as changes in component supplier, train-

56

ing, changes to acceptance activities, field action or other applicable actions. Investigators should discuss and evaluate these issues but be careful not to say anything that could be construed as requesting a product recall.

 8. **Determine if corrective and preventive actions were effective and verified or validated prior to implementation. Confirm that corrective and preventive actions do not adversely affect the finished device.**

Using the selected sample of significant corrective and preventive actions, determine the effectiveness of these corrective or preventive actions. This can be accomplished by reviewing product and quality problem trend results. Determine if there are any similar product or quality problems after the implementation of the corrective or preventive actions. Determine if the firm has verified or validated the corrective or preventive actions to ensure that such actions are effective and do not adversely affect the finished device.

Corrective actions must be verified and (if applicable) validated. Corrective actions must include the application of design controls if appropriate.

 Good engineering principles should include: establishing a verification or validation protocol; verification of product output against documented product requirements and specifications; ensuring test instruments are maintained and calibrated; and that test results are maintained, available and readable. Important linkages regarding this CAPA element include 820.30 Design Control and 820.70(b) Production and Process Control.

**9. Verify that corrective and preventive actions for product and quality problems were implemented and documented.**

Using the sampling tables, select and review records of the most recent corrective or preventive actions (this sample may consist of or include records from the previously selected sample of significant corrective actions). To determine if corrective and preventive actions for product and quality problems and changes have been documented and implemented it may be necessary to view actual processes, equipment, facilities or documentation.



**10. Determine if information regarding nonconforming product and quality problems and corrective and preventive actions has been properly disseminated, including dissemination for management review.**

Determine that the relevant information regarding quality problems, as well as corrective and preventive actions, has been submitted for management review. This can be accomplished by determining which records in a recent CAPA event were submitted for management review. Review the raw data submitted for management review and not the actual results of a management review.

Review the CAPA (and other procedures if necessary) and confirm that there is a mechanism to disseminate relevant CAPA information to those individuals directly responsible for assuring product quality and the prevention of quality problems.

Review information related to product and quality problems that has been disseminated to those individuals directly responsible for assuring product quality and the prevention of quality problems. Using the sample of records from Objective 9 above, confirm that information related to product

58

and quality problems is disseminated to individuals directly responsible for assuring product quality and the prevention of quality problems.

 An important linkage to this CAPA element is 820.20 Management Responsibility.



61

# Medical Device
# Reporting

Inspectional Objectives

1. Verify that the firm has MDR procedures that address the requirements in 21 CFR Part 803.17.

2. Verify that the firm has established and maintains MDR event files that comply with 21 CFR Part 803.18.

3. Confirm that the appropriate MDR information is being identified, reviewed, reported, documented and filed.

4. Confirm that the firm follows their procedures and they are effective in identifying MDR reportable deaths, serious injuries and malfunctions.



**MEDICAL DEVICE REPORTING DECISION FLOW CHART**

63

# Medical Device Reporting

## Narrative

### Purpose/Importance

The Medical Device Reporting (MDR) Regulation requires medical device manu-facturers, device user facilities and importers to establish a system that ensures the prompt identification, timely investigation, reporting, documentation, and filing of device-related death, serious injury, and malfunction information.

The events described in Medical Device Reports (MDR's) may require the FDA to initiate corrective actions to protect the public health. Therefore, compliance with Medical Device Reporting must be verified to ensure that CDRH's Surveillance Program receives both timely and accurate information.

 **1.  Verify that the firm has MDR procedures that ad-dress the requirements in 21 CFR Part 803.17.**

Review and confirm that the firm's ***written*** MDR procedures address:

A.  ***Internal systems*** that provide for the timely and effec-tive identification, communication, and evaluation of events that may be subject to medical device report-ing.

64

B. **A standard review process/procedure** for determining when an event meets the criteria for MDR reporting and ensuring the timely transmission of complete device reports to FDA.

C. **Documentation and recordkeeping** regarding: information evaluated to determine if an event is reportable; all MDR reports and other information submitted to the FDA; and systems that ensure access to information that facilitates timely follow-up and inspection by FDA.

 **2. Verify that the firm has established and maintains MDR event files that comply with 21 CFR Part 803.18**

Using the sampling tables, select a number of MDR event files. Review and verify that the MDR event files (hard copy or electronic) are prominently identified and easy to access. MDR files may be maintained as part of the 820.198 complaint file **IF** the two aforementioned criteria are met.

Confirm that the MDR event files contain: information from any source that describes a device-related death, serious injury or malfunction; the firm's evaluation of this information including decisions to submit or not to submit an MDR report; and copies or references to supporting documentation (e.g., failure analysis, lab reports, etc.).

Decisions not to submit an MDR report for a device-related death, serious injury or malfunction must be documented in the MDR file.

When applicable, the files will also contain copies of MDR death, serious injury, malfunction and five-day reports submitted on FDA form 3500A, Supplemental Reports (3500A), Baseline Reports (3417) and MDR-related correspondence.

65

 **3. Confirm that the appropriate MDR information is being identified, reviewed, reported, documented and filed.**

Using the sampling tables, select a number of MDR reports that were submitted to the FDA.

Compare the firm's written procedures to the way it identified, processed, evaluated, reported and filed the reports. Note any discrepancies between the firm's practice/written procedures and any failure to follow or obtain information required by the regulation and form 3500A (e.g., timely reporting, complete investigation, consistency, etc.)

 **4. Confirm that the firm follows their procedures and they are effective in identifying MDR reportable deaths, serious injuries and malfunctions.**

Using the sampling tables, select a number of unreported complaints and records from one additional source of quality data (service reports, repair reports, returned goods files, etc.).

Review these records and confirm that they do not contain information relating to MDR reportable events (device-related deaths, serious injuries or malfunctions).

If unreported events are identified, determine the firm's rationale for not submitting MDR reports. If the firm has failed to identify these events, or does not provide an adequate rationale for not submitting an MDR report (an adequate rationale may be that the firm's investigation determined that it was in fact another manufacturer's device involved in the event), then this may be a significant MDR related observation.



# Reports of
# Corrections and Removals

### Inspectional Objectives

1.  Determine if corrections or removals of a device were initiated by the manufacturer.

2.  Confirm that the firm's management has implemented the reporting requirements of 21 CFR Part 806.

3.  Verify that the firm has established and continues to maintain a file for all non-reportable corrections and removals per 21 CFR Part 806.20. Also verify that the firm is complying with the other file-related requirements of 21 CFR Part 806.

68



**REPORTS OF
CORRECTIONS AND REMOVALS
DECISION FLOW CHART**

# Reports of
# Corrections and Removals

## Purpose/Importance

The Corrections and Removals (CAR) Regulation requires medical device manufacturers and importers to promptly notify FDA of any correction or removal initiated to reduce a risk to health.  This early notification improves FDA's ability to quickly evaluate risks and, when appropriate, initiate corrective actions to protect the public health.



## Narrative

1. **Determine if corrections or removals of a device were initiated by the manufacturer.**

If the firm has not initiated any corrections or removals, no inspection under Reports of Corrections and Removals is necessary, proceed to the inspection of Medical Device Tracking.  However, state in the EIR that Reports of Corrections and Removals were considered for inspection.

If the firm has initiated any corrections or removals, proceed to Objective 2.

70

 **2. Confirm that the firm's management has implemented the reporting requirements of 21 CFR Part 806.**

Using the sampling tables, select a number of files relating to corrections or removals that have been reported to the FDA.

Review the files and verify that the firm: (1) is submitting written correction and removal reports to the appropriate FDA District Office within 10 days of initiating the actions; and (2) has provided all the information required in the written report per 806.10.

Using the sampling tables, select a number of corrective action files in general (e.g., CAPA files). Review the files. If you identify any apparent Class I or Class II recalls that have not been reported to the appropriate FDA District Office, discuss the discrepancy with the firm. It may be necessary to list unresolved discrepancies on your FDA 483. All observations must be consistent with current FDA policies and procedures.

 **3. Verify that the firm has established and continues to maintain a file for all non-reportable corrections and removals per 21 CFR Part 806.20. Also verify that the firm is complying with the other file-related requirements of 21 CFR Part 806.**

Using the sampling tables, select a number of files relating to non-reportable corrections or removals (806.20 files).



> **NOTE:** Part 806 does not require firms to establish and maintain files for corrections and removals reported to the FDA. However, documentation of corrective actions is required by the Quality System Regulation (21 CFR 820.100, Corrective and Preventive Action and 21 CFR 820.198, Complaint Files).

71

Review the 806.20 files and verify that the records contain all the information required in 806.20. This review must include confirmation that the files <u>are retained</u> for the appropriate period of time (2 years beyond the expected life of the device).

Confirm that these files also do not contain evidence of unreported (apparent) Class I or Class II recalls. Determine whether the files contain evidence of unreported (apparent) Class III voluntary recalls under 21 CFR Part 7. Also, verify that the firm is complying with the other file-related requirements of 21 CFR Part 806.

Confirm any claims for exemption from 806 as a result of a submission under either the MDR regulation or Radiological Health requirements. If you need assistance, contact the District Recall Coordinator.

If the device has been sold to another firm, verify that the 806.20 files have been transferred to the new manufacturer or importer.

If compliance with the above requirements cannot be confirmed, discuss the discrepancy with the firm. It may be necessary to list unresolved discrepancies on your FDA 483. All observations must be consistent with current FDA policies and procedures.

---

 **<u>NOTE:</u>** If the device has been sold to a firm that is not in your District, forward an assignment request to the appropriate District Office requesting confirmation that the 806.20 files have been transferred to the new manufacturer or importer.



# Medical Device Tracking

## Inspectional Objectives

1. Determine if the firm manufactures or imports a tracked device.

2. Verify that the firm has established a written standard operating procedure (SOP) for tracking that complies with the requirements in 21 CFR Part 821.25(c).

3. Verify that the firm's quality assurance program includes audits of its tracking system within the appropriate time-frames specified in 21 CFR Part 821.25(c)(3).



## MEDICAL DEVICE TRACKING DECISION FLOW CHART

# Medical Device Tracking

## Narrative

**Purpose/Importance**

The purpose of the Medical Device Tracking Regulation is to ensure that manufacturers and importers of certain medical devices can expeditiously locate and remove these devices from the market and/or notify patients of significant device problems.

1. **Determine if the firm manufactures or imports a tracked device.**

   Ask the Management Representative (or designee) whether the firm manufactures or imports any device subject to the Medical Device Tracking Regulation (21 CFR Part 821). If the firm **does not** manufacture or import a device subject to the tracking regulation, you can terminate your tracking inspection.

   If the firm **does** manufacture or import a device subject to the tracking regulation, verify via discussions with the Management Representative (or designee) or the review of es-

76

tablished procedures, that the firm is aware of its tracking obligations.

Verify that the firm is aware of its obligation to: (1) notify FDA if it goes out of business and provide copies of its tracking records to its FDA District Office; (2) transfer tracking records to a firm purchasing its tracked device(s); and (3) continue tracking a device the firm stops manufacturing or importing if the firm remains in business.

If the firm's tracked device was purchased from another firm, confirm (where applicable) that the firm has obtained and maintains the prior manufacturer's tracking records or equivalent information.

 **2.  Verify that the firm has established a written standard operating procedure (SOP) for tracking that complies with the requirements in 21 CFR Part 821.25(c).**

Review the firm's written tracking SOP(s) and confirm (if possible) that they address the firm's capability to: (1) identify the location and other required data, for tracked devices *undistributed to a patient within three working days* after a request by FDA, and (2) identify the location and other required data for tracked devices *distributed to a patient*, *within 10 working days* after receipt of a request from FDA.

If applicable, select one or two files containing tracking information requested by the FDA and confirm that the appropriate information required by 821.25(a)(1) – 821.25(a)(3) was provided within the appropriate time-frame(s).

Confirm that the written tracking SOP(s) address the remaining 821.25(a), 821.25(b), and 821.25(c) requirements for the collection, maintenance and auditing of tracking data.

 **3. Verify that the firm's quality assurance program includes audits of its tracking system within the appropriate time-frames specified in 21 CFR Part 821.25(c)(3).**

Confirm that the audit procedure addresses both the functioning of the tracking system and the accuracy and completeness of the data within the system.

Confirm that the firm has conducted audits of its tracking system at the appropriate time intervals (no less than every six months for the first three years of tracking and annually thereafter).

 **NOTE:** The agency's policy relative to the review of quality audit results is stated in CPG 7151.02 (CPG Manual Sub Chapter 130.300). This policy prohibits FDA access to a firm's quality audit results. However, the audit procedures and documents that demonstrate that the audits have been conducted at the appropriate time intervals are subject to FDA inspection.



# Production and Process Controls

## Inspectional Objectives

1.  Select a process for review based on:

    a.  CAPA indicators of process problems;
    b.  Use of the process for manufacturing higher risk devices;
    c.  Degree of risk of the process to cause device failures;
    d.  The firm's lack of familiarity and experience with the process;
    e.  Use of the process in manufacturing multiple devices;
    f.  Variety in process technologies and Profile classes;
    g.  Processes not covered during previous inspections;
    h.  Any other appropriate criterion as dictated by the assignment

**Note: If the process chosen is sterilization, evaluate the process according to the "Sterilization Process Controls" chapter of this handbook.**

2.  Review the specific procedure(s) for the manufacturing process selected and the methods for controlling and monitoring the process. Verify that the process is controlled and monitored.

**Note: Control and monitoring procedures may include in-process and or finished device acceptance activities as well as environmental and contamination control measures.**

3.  If review of the Device History Records (including process control and monitoring records, etc.) reveals that the process is outside the firm's tolerance for operating parameters and/or rejects or that product nonconformances exist:

    a.  Determine whether any nonconformances were handled appropriately;
    b.  Review the equipment adjustment, calibration and maintenance; and
    c.  Evaluate the validation study in full to determine whether the process has been adequately validated.

4.  If the results of the process reviewed cannot be fully verified, confirm that the process was validated by reviewing the validation study.

5.  If the process is software controlled, confirm that the software was validated.

6.  Verify that personnel have been appropriately qualified to implement validated processes or appropriately trained to implement processes which yield results that can be fully verified.

80



Select a process for review.

(1a)

Was sterilization the process selected?

(1b)

Evaluate the sterilization process according to the "Sterilization Process Controls" chapter of this handbook.

— Yes

Is the process controlled and monitored?

820.50, 820.70(a),(c),(e),(f),(g),(h), 820.72, 820.75(b), 820.80 (2)

No

Is the process operating within specified limits? Establish using DHRs or other appropriate records

820.70(a),(c),(e),(h), 820.75(b) (3a)

— No —

1. Were nonconformances handled appropriately?
   820.90, 820.100
2. Has equipment been adjusted, calibrated, and maintained?
   820.70(g)(3), 820.72(a), 820.70(g)(1)
3. Has the process been adequately validated?
   820.75

(3b)

Yes

If the results of the selected process can not be fully verified, was the process validated?

820.75(a),(c) (4)

If the process is software controlled, is the software validated?

820.70(i) (5)

Are personnel appropriately qualified or trained to implement processes?

820.20(b)(2), 820.25, 820.70, 820.70(d), 820.75(b)(1) (6)

Evaluate subsystem for adequacy based on findings.

**Return to Management Controls Objective #7**

**PRODUCTION**

**AND**

**PROCESS CONTROLS**

**(P&PC)**

**DECISION FLOW CHART**

81

# Production and Process Controls

<u>Narrative</u>

**Purpose/Importance**

The purpose of the production and process control subsystem is to manufacture products that meet specifications. Developing processes that are adequate to produce devices that meet specifications, validating (or fully verifying the results of) those processes, and monitoring and controlling the processes are all steps that help assure the result will be devices that meet specifications.



1. Select a process for review based on:

   a. CAPA indicators of process problems;
   b. Use of the process for manufacturing higher risk devices;
   c. Degree of risk of the process to cause device failures;
   d. The firm's lack of familiarity and experience with the process;
   e. Use of the process in manufacturing multiple devices;
   f. Variety in process technologies and profile classes;
   g. Processes not covered during previous inspections;
   h. Any other appropriate criterion as dictated by the assignment

**Note: If the process chosen is Sterilization, evaluate the process according to the "Sterilization Process Controls" chapter of this handbook.**

In order to meet the Production and Process Control requirements of the Quality System Regulation, the firm must understand when deviations from device specifications could occur as a result of the manufacturing process or environment.



Discuss with the Management Representative (or designee) the firm's system for determining whether deviations from device specifications could occur as a result of the manufacturing process or environment. The firm may accomplish this requirement via Product and Process Risk Analyses. Important linkages for these activities include 820.20 Management Responsibility and 820.30 Design Controls.



Select for evaluation a manufacturing process where deviations from device specifications could occur as a result of the process or its environment. The selection of the manufacturing process for evaluation should be based upon one or more of the criteria listed above. Important linkages to consider at this point include 820.30 (g) Design Validation (risk analysis) and 820.100 Corrective and Preventive Action.

**2. Review the specific procedure(s) for the manufacturing process selected and the methods for controlling and monitoring the process. Verify that the process is controlled and monitored.**

**Note: Control and monitoring procedures may include in-process and or finished device acceptance activities as well as environmental and contamination control measures.**

All processes that may cause a deviation to a device's specification and all validated processes must be monitored and controlled in accordance with established procedures. Just because a process is validated, does not mean verification activities utilized to monitor and control the process are unnecessary. Examples of some verification activities associated with validated processes include review of process parameters, dimensional inspections, package performance tests, sterility and EO residual testing.

For the process chosen, confirm that the established Process (and where applicable Environmental and Contamination) Control, Monitoring and Product Acceptance Procedures maintained by the shop floor are the most current approved revision contained within the Device Master Record (DMR). Most firms maintain a "Master List" of the most currently approved documents. This list can be verified against the DMR and brought to the shop floor to compare with the currently available documents.

Verify that the building is of suitable design and contains sufficient space to perform necessary operations.

Verify that the control and monitoring activities demonstrate that the process is currently operating in accordance with the DMR. This should be done on the shop floor by reviewing work instructions, product acceptance criteria and results, control charts, etc.

While on the shop floor, make note of one significant piece of process equipment and one significant piece of inspection, measuring or test equipment (preferably from a finished device acceptance activity). Prior to concluding the

 **NOTE:** Control and monitoring procedures may include in-process and/or finished device acceptance activities as well as environmental and contamination control measures.

84

inspection, confirm that applicable maintenance activities (preventive maintenance, cleaning, adjustment etc.) are performed as scheduled for the chosen piece of processing equipment. Also confirm that the piece of inspection, measuring or test equipment was controlled and calibrated.

Once you've reviewed the process control and monitoring activities on the shop floor, use the sampling tables and select for review a number of Device History Records (DHR's including monitoring and control records, etc.) from recent production runs. If the process is run over more than one shift, your review should include DHR's from all shifts. Verify that the product was manufactured in accordance with the Device Master Record.

This verification must include a review of the purchasing controls and receiving acceptance activities regarding at least one component or raw material (preferably determined essential for the proper functioning of the device).

In addition, this verification must include a review of in-process and final finished device acceptance activities and results as well as environmental and contamination control records (if applicable). Verify that sampling plans for process and environmental control and monitoring activities are based upon a valid statistical rationale.

If your review of the device history records reveals no anomalies proceed to Objective 4.

If evidence that the process or environment are not controlled and monitored (no control and monitoring activities, not operating within most currently approved parameters or reject limits, etc.) is observed, this may be a major production and process control deficiency. Important linkages  to consider at this point include Documents, Records & Change Controls, (820.40 Document Controls, 820.180

85

Records, 820.181 Device Master Record, 820.184 Device History Record,), Facilities and Equipment Controls (820.72 Inspection, Measuring, and Test Equipment), Material Controls (820.50 Purchasing Controls, 820.60 Identification, 820.65 Traceability, 820.80 Receiving, In-process, and Finished device acceptance, 820.86 Acceptance Status, 820.130 Packaging, 820.140 Handling, 820.150 Storage, 820.160  Distribution) and 820.250 Statistical Techniques.

 **3.** **If review of the Device History Records (including process control and monitoring records, etc.) reveals that the process is outside the firm's tolerance for operating parameters and/or rejects or that product nonconformances exist:**

**a.** **Determine whether any nonconformances were handled appropriately;**
**b.** **Review the equipment adjustment, calibration and maintenance; and**
**c.** **Evaluate the validation study in full to determine whether the process has been adequately validated.**

If process or product nonconformance(s) are identified based upon these activities, determine whether the nonconformance(s) were recognized by the firm, handled appropriately and fed into its CAPA system.  Review (if appropriate) the firm's nonconforming product control, review and disposition activities and any CAPA's indicated.  If the firm's Quality System failed to recognize the process or

---

**NOTE:**

1. If the firm engages in a number of manufacturing processes, Investigators should avoid repeatedly selecting the same process every time the firm is inspected.

2. If Device Labeling is the process chosen, include in your inspection coverage of the requirements of "820.120 Device Labeling".

86

product nonconformance(s) or take appropriate CAPA, this may be a major CAPA deficiency.

Review the firm's equipment adjustment, maintenance and calibration records for the process and (if appropriate) comprehensively evaluate the Validation Study as described in the "Note" contained within the narrative discussion of Objective 4. These activities may provide further insight into the cause of the nonconformance. If the firm has recognized and implemented appropriate CAPA's regarding the observed nonconformance(s), then the quality system was effective. Proceed to Objective 5. Important linkages to consider at this point include Corrective and Preventive Action, Material Controls (820.90 Nonconforming product), and Facilities and Equipment Controls (820.72 Control of inspection, measuring and test equipment). 

 **4.   If the results of the process reviewed cannot be fully verified, confirm that the process was validated by reviewing the validation study.**

If the results of the process *can* be fully verified, proceed to Objective 5.

If the chosen process requires process validation, review the established Process Validation Procedure(s). The regulation does not require a general Process Validation Procedure. Therefore, separate procedures may be established for each individual Process Validation Study. Remember, the definition of "Product" contained within the regulation includes components, in-process devices and finished devices. Verify via a review of the Process Validation Study Summary (if available) and Approval, that objective evidence has demonstrated that the process will consistently generate a product or result meeting its predetermined specifications. With respect to process validation, an ex-

87

ample of a "result" is a Sterility Assurance Level (SAL). If a Validation Study Summary and Approval is not available, a review of objective evidence within the validation study will be necessary.



**NOTE:** If there are indications (via review of DHR's, the Process Validation Study Summary and Approval, the assignment, CAPA system, etc.) of unresolved, potential problems with a validated process, in addition to a review of process monitoring and control activities, a comprehensive validation study review should be conducted. This review should include determining whether: 1. The instruments used to generate the objective evidence were properly calibrated and maintained prior to the validation study; 2. Predetermined product specifications were established; 3. Test sample sampling plans were based upon a statistically valid rationale; 4. Objective evidence demonstrates predetermined product specifications were met consistently; 5. Process tolerance limits were challenged; 6. Process equipment was properly installed, adjusted and maintained; 7. Process monitoring instruments are properly calibrated and maintained; 8. Changes to the validated process were appropriately challenged; and, 9. Process operators are appropriately qualified.

If the objective evidence demonstrates that the process is not capable of consistently producing a product or result meeting its predetermined specifications, this is a major process validation deficiency. Important linkages to consider at this point include Management Responsibility (including 820.25 Personnel), Design Controls (820.30(h) Design Transfer), Corrective and Preventive Action, and Facilities and Equipment Controls (820.72 Inspection, Measuring and Test Equipment) and 820.250 Statistical Techniques.

 **5.  If the process is software controlled, confirm that the software was validated.**

If the process chosen is _NOT_ controlled with software, proceed to Objective 6.

 If the process chosen is automated with software, review the software requirements document, software validation protocol, software validation activities, software change controls and software validation results to confirm that the software will meet user needs and its intended use.  If multiple software driven systems are used in the process, challenge one based upon significance.  An important linkage to consider at this point is Material Controls (820.50 Purchasing Controls).  For example, for software developed elsewhere, confirm that appropriate software and quality requirements were established and provided to the vendor and that purchasing data (and validation results) support that the requirements were met.

 **6.  Verify that personnel have been appropriately qualified to implement validated processes or appropriately trained to implement processes which yield results that can be fully verified.**

Using the sampling tables, select a number of training and qualification records for process operators and employees conducting Q.C. activities related to the chosen process. Where a process is operated over more than one shift, training records from all shifts should be included within your review.  Confirm that the employees are aware of the device defects that may occur as a result of improper performance of their assigned responsibilities.  Confirm that employees conducting Q.C. inspections and tests are aware of the defects and errors that may be encountered while performing their assigned responsibilities.  An important linkage to consider at this point is Management Responsibility (820.25 Personnel).

89



**Production and Process Controls Subsystem**

**Sterilization Process Controls**

## Sterilization Process Controls

<u>Inspectional Objectives</u>

1. Confirm that the sterilization process was validated by reviewing the validation study.

2. Review the specific procedure(s) for the sterilization process selected and the methods for controlling and monitoring the process. Verify that the process is controlled and monitored.

3. If review of the Device History Records (including process control and monitoring records, acceptance activity records, etc.) reveals that the sterilization process is outside the firm's tolerance for operating or performance parameters:

   a. Determine whether the nonconformances were handled appropriately; and
   b. Review the equipment adjustment, calibration and maintenance

4. If the sterilization process is software controlled, confirm that the software was validated.

5. Verify that personnel have been appropriately qualified and trained to implement the sterilization process.

92



Was the sterilization process validated?

820.75(a),(c)    (1)

Is the sterilization process controlled and monitored?

820.50, 820.70(a),(c),(e),(f),(g),(h), 820.72, 820.75(b), 820.80    (2)

1. Were nonconformances handled appropriately? 820.90, 820.100

2. Has equipment been adjusted, calibrated, and maintained? 820.70(g)(3), 820.72(a), 820.70(g)(1)    (3b)

Is the sterilization process operating within specified limits?  Establish using DHRs or other appropriate records

820.75(b)    (3a)

If the sterilization process is software controlled, is the software validated?

820.70(i)    (4)

Are personnel appropriately qualified and trained to implement the sterilization process?

820.25, 820.70(d), 820.75(b)    (5)

Evaluate subsystem for adequacy based on findings.

Continue Inspection of Management Controls

**STERILIZATION PROCESS CONTROLS DECISION FLOW CHART**

93

# Sterilization Process Controls

### Narrative

**Purpose/Importance**

The purpose of the production and process control subsystem (including sterilization process controls) is to manufacture products that meet specifications. Developing processes that are adequate to produce devices that meet specifications, validating (or fully verifying the results of) those processes, and monitoring and controlling the processes are all steps that help assure the result will be devices that meet specifications. For sterilization processes, the primary device specification is the desired Sterility Assurance Level (SAL). Other specifications may include sterilant residues and endotoxin levels.



If you are inspecting a contract sterilizer, Inspectional Objectives 2 through 5, described below, are applicable and must be performed. Inspectional Objective 1 regarding validation is applicable only in so far as the contract sterilizer has assumed any responsibility for validation of the process, as indicated in the written agreement between the device manufacturer and the contract sterilizer.

**1.  Confirm that the sterilization process was validated by reviewing the validation study.**

Validation studies (according to established procedures) are required for sterilization processes.

94

The review of the sterilization process validation study may be limited to a review of the Validation Study Summary (if available) and Approval if the complete validation study was assessed during the previous inspection and there have been no significant changes in the process, product or package that may impact sterilization effectiveness.

When conducting a complete sterilization process validation study assessment, the items included in the narrative note under Objective 4 of the Production and Process Controls chapter of this Handbook apply. A complete sterilization process validation study assessment must include a review of the established validation procedures and verification (via a review of objective evidence) that: 1. Based upon the bioburden of the product, the defined sterilization process parameters will consistently be effective in obtaining a predetermined Sterility Assurance Level (SAL); and 2. The defined process parameters will not adversely affect product and package performance.

Objective evidence that the sterilization process parameters will consistently be effective in obtaining a predetermined Sterility Assurance Level (SAL) includes records documenting: 1. The determination of product bioburden; 2. The establishment of process parameters and tolerances; 3. The definition of acceptance criteria for a successful validation study; 4. The process challenge studies (e.g. half cycle runs for Ethylene Oxide, verification dose experiments for radia-



**NOTE:** Many firms sterilize their products according to the guidance provided within consensus standards (e.g. AAMI/ANSI/ISO standards). These standards are specific to various types of sterilization processes. FDA recognizes many of these standards. This means FDA finds them acceptable. A list of recognized sterilization standards appears at FDA's Center for Devices and Radiological Health (CDRH's) web site located at:

**www.fda.gov/cdrh/modact/recstand.html**

Firms may elect to comply with these standards. However, compliance to the standards is voluntary. When a firm claims to comply with one of the recognized standards, the requirements of the standard must be met. If a firm does not claim to comply with a recognized standard, it must provide a scientific rationale supporting the method used for validating and processing its sterilization loads.

tion, or media fills for aseptic processing); and 5. The results of process control and monitoring and acceptance activities (control charts, Biological Indicators, Dosimeters, etc.) used to demonstrate that predetermined acceptance criteria had been met.

Objective evidence that process parameters will not adversely affect product and package performance include records documenting performance testing of the product and packaging following the sterilization process or multiple sterilization processes (if applicable).

Determine whether periodic assessments (e.g. revalidations, sterility dose audits, etc.) of the adequacy of the sterilization process are conducted. Review the records of one periodic assessment of the adequacy of the sterilization process.

 **NOTE:** Many device manufacturers use contract sterilizers for sterilization of their devices. These manufacturers retain the responsibility for the sterility of the finished devices even though sterilization processing is not performed at their own facilities. Therefore, your inspection of a manufacturer that uses the services of a contract sterilizer must verify that the manufacturer has assumed that responsibility. Inspectional Objectives 1 through 3 are applicable in this situation because the manufacturer must be able to provide to you the documentation regarding sterilization validation and processing of its devices regardless of the location of these activities. Although the manufacturer may not have detailed records regarding Objectives 4 and 5 for the contractor's software and personnel, he must have assured the adequacy of these activities by the contractor, through activities such as an audit of the contractor, visits to the contractor, or review of documentation from the contractor. Objective 5 regarding qualifications of the manufacturer's own Q.C. personnel should be covered during your inspection of the manufacturer.

96

 **2. Review the specific procedure(s) for the steriliza-tion process selected and the methods for control-ling and monitoring the process. Verify that the process is controlled and monitored.**

The sterilization process must be validated. However, this does not mean that verification activities utilized to monitor and control the process are unnecessary.

If performed at this location, confirm that the sterilization process, associated environmental and contamination controls, and monitoring and acceptance procedures maintained by the shop floor are the most current approved revision contained within the Device Master Record (DMR). Most firms maintain a "Master List" of the currently approved documents. This list can be verified against the DMR and brought to the shop floor to compare with the currently available documents.

Verify that the building is of suitable design and contains sufficient space to perform necessary operations.

Verify that the control and monitoring activities demonstrate that the process is currently operating in accordance with the DMR. Sterilization parameters which may need to be monitored and controlled include: time, temperature, pressure, load configuration, and humidity. Several of these parameters may require monitoring and control prior to, during and after sterilization processing (e.g. preconditioning, conditioning and aeration in Ethylene Oxide processing). Verification activities used to monitor and control the sterilization process may include: bioburden testing, Biological Indicator (BI) testing, Chemical Indicator (CI) testing, process control record review, sterilant residue testing, and endotoxin testing.

97

Additionally, packaging integrity verification activities must be reviewed for every inspection during which sterilization is covered. This review of the control and monitoring activities should be done on the shop floor by reviewing work instructions, product acceptance procedures, control charts, etc.

While on the shop floor, make note of one piece of significant sterilization process equipment and one significant piece of inspection, measuring or test equipment (preferably from a finished device acceptance activity). Prior to concluding the inspection, confirm that the applicable maintenance activities (preventive maintenance, cleaning and adjustment, etc.) are performed as scheduled for the chosen piece of sterilization process equipment. Also, confirm that the piece of inspection, measuring, and test equipment was controlled and calibrated.

After you have reviewed the process control and monitoring activities on the shop floor, use the sampling tables and select for review a number of Device History Records (DHRs, including monitoring and control records, acceptance testing records, etc.) from recent production runs. If the process is run over more than one shift, your review should include DHRs from all shifts. Verify that the product was sterilized in accordance with the DMR. Your review of the selected records should include all applicable verification activities (see above) including records of process parameter monitoring, and in-process and final device acceptance activities and results.

Your evaluation must also include a review of the firm's purchasing controls and receiving acceptance activities regarding at least one component, material or service. Examples include: the sterilant, sterilization indicators, and services provided by contract sterilizers or contract laboratories. In addition, review environmental and contamina-

98

tion control records (e.g. bioburden sampling, testing and results). Verify that the sampling plans for process and environmental control and monitoring activities are based upon a valid statistical rationale.

If your review of the Device History Records reveals no anomalies, proceed to Objective 4.

 If evidence that the process or environment are not controlled and monitored (no control and monitoring activities, not operating within most currently approved parameters, etc.) is observed, this may be a major production and process control deficiency.  Important linkages to consider at this point include: Documents, Records and Change Controls (820.180 Records, 820.181 Device Master Record, 820.184 Device History Record, 820.40 Document Controls); Facilities and Equipment Controls (820.72 Inspection, Measuring, and test Equipment); Material Controls (820.50 Purchasing Controls, 820.80 Receiving, In-process, and finished device acceptance, 820.140 Handling, 820.150 Storage, and 820.160 Distribution, and 820.250 Statistical Techniques, 820.60 Identification, 820.65 Traceability, 820.86 Acceptance Status); 820.130 Packaging; and 820.250 Statistical Techniques.

3.  **If review of the Device History Records (including process control and monitoring records, acceptance activity records, etc.) reveals that the sterilization process is outside the firm's tolerance for operating or performance parameters:**

   a.  **Determine whether the nonconformances were handled appropriately; and**
   b.  **Review the equipment adjustment, calibration and maintenance**

If process or product nonconformance(s) are identified

99

based upon these activities, determine whether the nonconformance(s) were recognized by the firm, handled appropriately and fed into its CAPA system.

Review (if appropriate) the firm's nonconforming product control, review and disposition activities and any CAPA's indicated. If the CAPA included a retest, review the firm's rationale for invalidating the original test results. If the CAPA included resterilization, confirm that the effects of the resterilization process on the product and package are understood. For example, did a validation study provide objective evidence that resterilization was acceptable?

If the firm's Quality System failed to recognize the process or product nonconformance(s) or take appropriate CAPA, this may be a major CAPA deficiency. Review the firm's equipment adjustment, maintenance and calibration records for the process. These activities may provide further insight into the cause of the nonconformances.

Examples of nonconformances and sterilization process failures the investigator may encounter include: Test Failures (e.g. Positive Biological Indicators, high EO residues, high bioburdens, out of specification endotoxin results); Parametric Failures (process failures such as unspecified dwell times, low pressure, low EO gas weights, loss of humidity, etc.); and Packaging Failures. Packaging Failures may be an indication of a sterilization process parameter problem (vacuum) or a packaging process problem (validation, sealer set up, etc.).

 Important linkages to consider at this point include Corrective and Preventive Actions, Material Controls (820.90 Nonconforming product), and Facilities and Equipment Controls (820.72 Control of inspection, measuring, and test equipment).

100

 **4.   If the sterilization process is software controlled, confirm that the software was validated.**

If the sterilization process chosen is _NOT_ controlled with software, proceed to Objective 5.

 If the sterilization process is automated with software, review the software requirements document, software validation protocol, software validation activities, software change controls and software validation results to confirm that the software will meet user needs and its intended use. If multiple software driven systems are used in the sterilization process, challenge one based upon significance. An important linkage to consider at this point is Material Controls (820.50 Purchasing Controls). For example, for software developed elsewhere, confirm that appropriate software and quality requirements were established and provided to the vendor and that purchasing data (and validation results) support that the requirements were met.

 **5.   Verify that personnel have been appropriately qualified and trained to implement the sterilization process.**

Using the sampling tables, select a number of training and qualification records for process operators and employees conducting Q.C. activities related to the sterilization process. Where a process is operated over more than one shift, training records from all shifts should be included within your review. Confirm that all employees are aware of the device defects that may occur as a result of improper performance of their assigned responsibilities. Confirm that employees conducting Q.C. inspections and tests are aware of the defects and errors that may be encountered while

101

 performing their assigned responsibilities. An important link-age to consider at this point is Management Responsibility (820.25 Personnel).

 **NOTE:** Information that must be reported with the Establishment Inspection Report (EIR) includes: 1. The identification of all sterilization processes used by the firm (e.g. Ethylene Oxide, Gamma irradiation, etc.); 2. The identification of the sterilization process covered; 3. The identification of any standard that the firm claims to follow for the process covered (if applicable); 4. The location of the sterilization sites; 5. The division of responsibilities for sterilization services (e.g. contract testing labs, sterilizer, finished device manufacturer, packaging, labeling etc.); 6. The SAL ; and, 7. whether or not parametric release is utilized.



# Sampling Plan Instructions

**Note: Factors to consider when selecting a sampling table and sampling size may include the risk of the device being inspected or the records being sampled, and the amount of time you have allocated to this portion of the inspection.**

1. Select the table based upon how sure you want to be about what is observed. For example, if you are reviewing Device History Records of a life supporting device, you may choose to use Table 2 (99% Confidence). You may choose to use Table 1 (95% Confidence) for the review of Device History Records regarding a device with lower risk.

2. Select a sample size. If the population of records to be sampled is small (approximately thirty or less), you may choose to review all of the records.

3. Review the sample of records selected. You can terminate your review of the entire sample if you observe objectionable conditions beyond the number stated in the column header[1]. However, if you do not review all of the records in the sample, you may not report additional information that could be useful in further understanding the potential prevalence of the objectionable condition observed, or you may not recognize whether other objectionable conditions exist.

104

4. When objectionable conditions are observed based upon samples chosen using these tables, report in the Establishment Inspection Report: (a) the total number of records included in the population from which the sample was chosen; (b) the table used to select your sample; (c) the row used to select your sample; and, (d) the sample size selected[2].

---

[1] If you choose to terminate your review prior to completing the review of the entire sample, in addition to the information contained in instruction 4, report in the Establishment Inspection Report how many records were reviewed prior to your termination of the review.

[2] The information requested in instruction 4 must be reported whenever an Official Action Indicated (OAI) endorsement is considered. Reporting this information may not be necessary when Voluntary Action or No Action is indicated. However, caution is advised when using this reporting discretion because Voluntary Action Indicated endorsements are sometimes elevated to Official Action Indicated.



**NOTE:**

A. There are no "acceptable" violations of the Quality System Regulation. All Quality System Regulation violations encountered must be handled appropriately according to current FDA policies and procedures. When using the "1 out of:" and "2 out of:" columns, it does not mean no more than that number of Quality System Regulation violations per the appropriate sample size is acceptable. It will only give you an initial understanding of how prevalent the problem may be.

B. When at all possible, all samples should be chosen at random.

105



# Table 1
## Binomial Staged Sampling Plans
### Binomial Confidence Levels

| Confidence Limit .95< | | 0 out of: | 1 out of: | 2 out of: |
|---|---|---|---|---|
| A | .30 ucl* | 11 | 17 | 22 |
| B | .25 ucl | 13 | 20 | 27 |
| C | .20 ucl | 17 | 26 | 34 |
| D | .15 ucl | 23 | 35 | 46 |
| E | .10 ucl | 35 | 52 | 72 |
| F | .05 ucl | 72 | 115 | 157 |

# Table 2
## Binomial Staged Sampling Plans
### Binomial Confidence Levels

| Confidence Limit .99< | | 0 out of: | 1 out of: | 2 out of: |
|---|---|---|---|---|
| A | .30 ucl* | 15 | 22 | 27 |
| B | .25 ucl | 19 | 27 | 34 |
| C | .20 ucl | 24 | 34 | 43 |
| D | .15 ucl | 35 | 47 | 59 |
| E | .10 ucl | 51 | 73 | 90 |
| F | .05 ucl | 107 | 161 | 190 |

*ucl = Upper Confidence Level

CRC Handbook of Probability and Statistics: Second Edition

Binomial Sampling may be used when trying to make a decision about an endpoint that only has two potential outcomes (e.g., The device history record is compliant or the device history record is noncompliant).

107

 Management Controls Subsystem

 Design Controls Subsystem

 Corrective and Preventive Actions (CAPA) Subsystem

 Medical Device Reporting (CAPA Satellite)

 Corrections & Removals (CAPA Satellite)

 Medical Device Tracking (CAPA Satellite)

 Production and Process Controls (P&PC) Subsystem

 Sterilization Process Controls (P&PC Satellite)

 Sampling Plan Instructions & Tables

 Important Linkages

**EXHIBIT D**

# Kenco Employee New Hire Form

| Employment Information: Must be completed by the hiring manager / administrator | | |
|---|---|---|
| Action: ☒ Hire  ☐ Rehire | Position: ☒ New  ☐ Existing | |
| Date of Hire/Rehire: 5-13-13 | If rehire, original DOH: | |
| Employee Classification: ☒ Full time  ☐ Part Time ☒ Regular  ☐ Seasonal  ☐ Temporary  ☐ Intern | | |
| Site Name: MARS | Location: MANTENO, ILL. | |
| Job Title: QUALITY ENGINEER  Supervisor: | Dept. Manager: KELVIN WALSH-GA | |
| Work Phone: 815-468-9999  Cell: | Fax: 815-468-2468 | |
| Work E-mail: | Work Zip Code: 60950 | |
| UltiPro Location Code: | UltiPro Dept. Code: | |
| Employee #: | Badge #: | |
| Pay Rate:  per: ☐ hour  ☐ year | ☐ Hourly  ☒ Salaried | |
| Pay Cycle: ☐ Biweekly  ☐ Weekly ☒ Semi-Monthly | WK Comp Codes (8292, 3632, 8810, 2305): | |
| State employee works in:  State Tax ☒ Y ☐ N  Code: ILL | Local Tax ☐ Y ☒ N  Code: | |
| Employer Signature: Leonard A. Asplett | Date: 5-10-13 | |

| Personal Information: New Employee should complete this section | |
|---|---|
| Last Name: MADISON  First Name: MARY | Middle Initial: D |
| Preferred Name: MARY  Date of Birth: 9-26- | |
| Social Security Number: 4610 | Gender: ☐ Male  ☒ Female |
| Home Phone: 7732393186 Cell: 7732979569  Email: LAGntrapper26@aol.com | |
| Address  Street: 9758 S. Charles | City: Chicago |
| State: IL | County: COOK  Zip Code: 60643 |

**Marital Status**
- Single
- Married
- Divorced
- Legally Separated
- Widowed

**Ethnicity**
Hispanic or Latino  ☐ Yes  ☒ No

**Race**
- ☐ Asian  ☐ White  ☐ Black / African American
- ☐ American Indian / Alaska Native  ☐ Native Hawaiian / Pacific Islander
- ☒ Two or more races

**United States Citizenship**
US Citizen  ☐ Permanent Resident  ☐ Authorized  I9 Review Date:

**Emergency Contact Information**

| Contact Name: MARY Bunn | Relationship: God mother |
|---|---|
| Work Phone: 7732551715 | Home Phone: 7737832243 |
| Contact Name: Edwin Walker | Relationship: Friend |
| Work Phone: 7732979473 | Home Phone: 7732979473 |

Employee Signature:  Date: 5-10-13

11
KENCO 000001

## WORK OPPORTUNITY TAX CREDIT (WOTC) SURVEY

*N/A*

Your new employer participates in a federal work initiative called the Work Opportunity Tax Credit (WOTC). WOTC enables companies to claim tax credits based on information provided by job applicants and new employees. The information provided will only be used for WOTC purposes and will **NOT** affect your taxes on your new job. Thank you for your cooperation.

Name: _Mary_ (First) _Madison_ (Last)    Work Start Date: _5 / 13 / 13_ (Month Day Year)

Address: _9758 S Chris_ (Street) _Chicago_ (City) _Il_ (State) _60643_ (Zip Code)

Social Security Number: _4610_    Date of Birth: _09 / 26 / _ (Month Day Year)

Employer: _KENCO_

Job Title: _Quality Engineer_    Hourly Rate of Pay: _SALARIED_

Please read each statement below and check the 'YES' box to any statement that applies to you:

| | YES |
|---|---|
| 1) I am a member of a family who received Temporary Assistance to Needy Families (TANF) for any 9 months during the past 18 months. | |
| 2) I am a member of a family who received Supplemental Nutrition Assistance Program (SNAP) benefits (food stamps) anytime during the past 6 months. | |
| 3) I personally received Supplemental Security Income (SSI) anytime during the last 2 months. | |
| 4) I participated in a rehab program approved by the state, the Ticket to Work program, or the Department of Veterans Affairs. | |
| 5) I am a veteran who received SNAP benefits (food stamps) for at least a 3-month period during the past 15 months. | |
| 6) I am a veteran who was unemployed for at least 4 weeks during the past year. | |
| 7) I am a veteran who was unemployed for at least 6 months during the past year. | |
| 8) I am a veteran discharged from active duty within the last 12 months and entitled to compensation for a service connected disability. | |
| 9) I am a veteran receiving compensation for a service connected disability who was unemployed for at least 6 months during the last 12 months. | |
| 10) During the last 12 months, I was convicted of a felony or released from prison for a felony. | |
| 11) I am an enrolled member or my spouse is an enrolled member of an American Indian Tribe. If YES, Tribe Name _____ CDIB # _____ Please provide a copy of your CDIB card. | |

Under penalties of perjury, I declare that the above information is, to the best of my knowledge, true, correct and complete. My signature authorizes release of information by the appropriate government agency, such as Motor Vehicles, Unemployment Insurance or Veterans, to verify my eligibility under WOTC.

_Signature_    Date _5-16-13_    Jan-12

| | |
|---|---|
| Form **8850** (Rev. January 2012)<br>Department of the Treasury<br>Internal Revenue Service | **Pre-Screening Notice and Certification Request for the Work Opportunity Credit**<br>See separate instructions. |

OMB No. 1545-1500

**Job applicant: Fill in the lines below and check any boxes that apply. Complete only this side.**

Your name **Mary D. Madison**    Social security number **—4610**

Street address where you live **9788 S Chapel**

City or town, state, and ZIP code **Chicago, Il 60643**

County **Cook**    Telephone number **773 297 9569**

If you are under age 40, enter your date of birth (month, day, year) _____

1 ☐ Check here if you received a conditional certification from the state workforce agency (SWA) or a participating local agency for the work opportunity credit.

2 ☐ Check here if any of the following statements apply to you.
  - I am a member of a family that has received assistance from Temporary Assistance for Needy Families (TANF) for any 9 months during the past 18 months.
  - I am a veteran and a member of a family that received Supplemental Nutrition Assistance Program (SNAP) benefits (food stamps) for at least a 3-month period during the past 15 months.
  - I was referred here by a rehabilitation agency approved by the state, an employment network under the Ticket to Work program, or the Department of Veterans Affairs.
  - I am at least age 18 but **not** age 40 or older and I am a member of a family that:
    a  Received SNAP benefits (food stamps) for the past 6 months, or
    b  Received SNAP benefits (food stamps) for at least 3 of the past 5 months, but is no longer eligible to receive them.
  - During the past year, I was convicted of a felony or released from prison for a felony.
  - I received supplemental security income (SSI) benefits for any month ending during the past 60 days.
  - I am a veteran and I was unemployed for a period or periods totaling at least 4 weeks but less than 6 months during the past year.

3 ☐ Check here if you are a veteran and you were unemployed for a period or periods totaling at least 6 months during the past year.

4 ☐ Check here if you are a veteran entitled to compensation for a service-connected disability and you were discharged or released from active duty in the U.S. Armed Forces during the past year.

5 ☐ Check here if you are a veteran entitled to compensation for a service-connected disability and you were unemployed for a period or periods totaling at least 6 months during the past year.

6 ☐ Check here if you are a member of a family that:
  - Received TANF payments for at least the past 18 months, or
  - Received TANF payments for any 18 months beginning after August 5, 1997, and the earliest 18-month period beginning after August 5, 1997, ended during the past 2 years, or
  - Stopped being eligible for TANF payments during the past 2 years because federal or state law limited the maximum time those payments could be made.

**Signature—All Applicants Must Sign**

Under penalties of perjury, I declare that I gave the above information to the employer on or before the day I was offered a job, and it is, to the best of my knowledge, true, correct, and complete.

Job applicant's signature ▶ _____    Date **5-10-13**

Privacy Act and Paperwork Reduction Act Notice, see page 2.    Cat. No. 22851L    Form **8850** (Rev. 1-2012)



# KENCO

**Employee Benefits Plan Document**
**And**
**Summary Plan Description Acknowledgement**

I understand that the complete Kenco Benefits Plan document, along with the certificates of coverage and summary plan descriptions may be accessed through Kenco's intranet site, www.kencoconnection.com.

I may access www.kencoconnection.com at any time during my employment with Kenco from the kiosk computer located at my work site. If a kiosk computer is not available, a computer will be made available to me for accessing the above mentioned document and certificates.

I may also access www.kencoconnection.com from my home computer using the login and password information provided to me.

I understand that the plan document, certificates of coverage, and summary plan descriptions for group Health, Dental, Vision, Basic Group Term Life & Dependent Life, Long-Term Disability, Short-Term Disability and Voluntary Additional Health are available in an electronic format, and may be downloaded and printed at my convenience.

Employee Name: _Mary D. McAllister_ Date: _5-10-13_ (Please print)

Employee Signature: _____



# KENCO

**Benefits Offer Confirmation**

Welcome to Kenco – we are glad you're on board!

As a full-time Kenco employee you are eligible for the following benefits on your **91st day** of active employment:

- Medical
- Dental
- Vision
- Employer Paid Short Term Disability
- Employer Paid Base Employee Life
- Employer Paid Dependent Life
- Optional Employee Life
- Optional Spouse Life
- Optional Child(ren) Life
- Long Term Disability
- 401K Retirement Savings Plan
- Long Term Care

The *Benefit Summary* and *Enrollment Form* are included in your New Hire Packet to assist you with enrolling in Kenco's Employee Benefit programs. Please complete the enrollment form and return to your site HR Administrator as soon as possible.

You have 30 days from your eligibility effective date to elect and enroll in benefits; however, best practices **strongly encourage you to complete and submit your benefit enrollment form within your first 30 days of employment.** This will allow time for your elections to be processed and set up with carriers so that you will have your enrollment cards in hand on your 91st day.  This will also ensure that your payroll deductions for your benefits are set up to begin on time, preventing back premiums being deducted from your paycheck at a later date.

## Section 125
Please keep in mind that Medical, Dental, and Vision insurance benefits fall under section 125 of the IRS code, which means the portion of premiums paid by the employee for benefits are deducted from their paycheck on a pretax basis, thereby lowering taxable income.  As a result, Section 125 stipulates that changes to Medical, Dental, and/or Vision benefit coverage can only be made during a Kenco open enrollment period or if a qualifying event occurs. **A qualifying event is defined as a major life change (e.g. marriage, divorce, newborn, adoption, loss of coverage, etc.)**

If you have any questions please contact your site Benefits Administrator or logon to www.kencoconnection.com for additional information regarding benefits.

By signing this *Benefits Offer Confirmation* you acknowledge that if you do not enroll in Medical, Dental, and Vision benefits within 30 days of your new hire benefit eligibility effective date, your next opportunity to enroll will be during the annual benefit open enrollment period or within 30 days of a qualifying event.

Employee Name (please print): _Mary B. Madison_

Employee Signature: _____

Date: _5-10-13_

Kenco Division: _Manufac_

## POLICY SIGN OFF FORM

I, Mary D. Mackilar, have received and read (or it has been read to me) a copy of the following Company Policies:

- General Employment Policies ___ (initial)
- Prohibited Conduct Policy ___ (initial)
- Workplace Violence Policy ___ (initial)
- Anti-Harassment Policy ___ (initial)
- Solicitation and Distribution Policy ___ (initial)
- Drug-Free Workplace Policy ___ (initial)
- Non-Exempt Attendance Policy ___ (initial)

Furthermore, I understand my obligations and responsibilities as outlined therein. I agree to work in accordance with these Policies.

Employee Signature _____    Date 5-10-13

### Information Technology Acceptable Use and Security Policy Agreement
(All terms defined in the Acceptable Use and Security Policy apply to this document)

As a user of the Company's systems and internet services, I, Mary D. Mackilar have read (or it has been read to me) and do agree to the Information Technology Acceptable Use and Security Policy.

I am aware that the Company reserves and will exercise the right to monitor, review, audit, intercept, access and disclose any electronic communication sent or received over Company systems for any purpose without my permission or foreknowledge. I am aware that any violation of this policy will result in disciplinary action, up to and including denial of access to systems and termination of employment.

I authorize that I have read and that I understand this notice.

Employee Signature _____    Date 5-10-13

### Waiver Of Authorization

I, Mary D. Mackilar, authorize the Company to accept electronic communications, up to and including UltiPro communications and other electronic mail (e-mail) for insurance enrollments, changes and/or cancellations; direct deposit additions, changes and/or cancellations; payroll deduction changes, additions and/or cancellations; pay stubs; W2 forms; leave of absence requests; tax changes; salary changes; position changes; address changes; vacation and sick day notification; and/or other life events (i.e., marriage, dependent coverage changes and/or birth or death of a dependent) in lieu of my handwritten authorization. I understand if I for any reason wish to withdraw this acceptance, I will inform Human Resources (HR) in writing.

I realize that electronic resources are fallible and that there is risk of system error and data errors in making electronic authorizations, elections, and/or changes. Therefore, I acknowledge that I am obligated to ensure accuracy of my employee information. I agree to review and/or correct my employee information regularly. I further agree that the Company is not responsible for unintentional system errors and/or data errors, or for any errors caused by my failure to review, update, and/or correct any employee information. I agree to indemnify the Company and hold it harmless for any losses or damages that may result from unintentional error or my failure to provide correct information. I further understand that nothing in this Waiver operates to alter, amend, or expand my rights or responsibilities under any Employee Retirement Income Security Act (ERISA) governed employee benefit plan in which I am now or may later become a participant or beneficiary. Facsimile and photocopy are considered the same as the original "Waiver of Authorization".

I have read and understand this waiver for written authorization form.

Employee Signature _____    Date 5-10-13

Witness _____    Date 5/10/13    Company Kenco Logistic Svcs.

KENCO 000006

# Mary Dionne Madison
9758 S Charles ·Chicago, Il 60643
773.297.9569 · Lagniappe26@aol.com

B.S. Chemistry
Xavier University
New Orleans, LA

34 Hours Toward MBA
DePaul University
Chicago, Illinois

Board Certified Sanitations State of Illinois Department of Public Health
    CSSBB
ASQ Member

SQF & HACCP Certified

**Food Safety Auditor (Consultant)**
**2012-Present ASI Food Safety Consultants**
Manufacturing, packaging goods, logistics, supply chain. 3rd party auditing certification body, both re certifying and new clients. Implementing and suggesting steps to ensure they are ready for FDA regulatory audits. This is not a full time position, and that is why she is looking. Audited DSC Logistics recently

Prepare and conduct audits according to ISO 22000, current CODEX, FDA and USDA specifications, as well as, other Quality Management Systems. Evaluate, develop, implement and modify client-specific quality objectives and food safety manuals and defense plans. Plan, present and provide on-site educational presentations and explanations of food safety documents to clients. Implement, develop, deploy and coordinate project efforts between corporate and technical staff. Participate in cross-departmental teams, as well as, continuous improvement team reviews of the audit program.

**COO/Managing Member**
**2005-2012**
**Lagniappe-Creole Cajun Joynt**

Managing member/founder of Lagniappe-Creole/Cajun Joynt Holding, LLC. A start up of a mid-sized dine-in carryout restaurant that specializes in Creole and Cajun Cuisine. Start-up consisted of, but was not limited too; equipment purchasing, budgeting, recipe. and menu development, HAACP plan, *KPI'S* and QMS development, vendor identification, food procurement, personnel training, as well as, day-to-day hands on involvement. Champion of Six Sigma and Lean Methodologies and Blue Ocean Strategies that helped catapult Lagniappe to be voted one of the top 30 of 100 *Best Things Eaten by Time Out Chicago Magazine's December 8th, 2005 Edition*, within the first year of operation. Chicago Tribune 2006 Good Eating Award recipient. Taste of Chicago Participant 2006-present, Blues and Rib Fest 2007, top 100 restaurants New City Magazine 2009, the acclaimed Check Please 2009, in 2010 featured in Time Out Chicago Magazine 2010 places to go in Chicago, 190 North and The Churchill Downs Entertainment Fork, Cork, & Style Chicago, amongst other notable mentions and local and national accolades.

**Consulting Manager**
**2002-2005**
**The Bay Restaurant**
**Chicago, Illinois**

Consultation in the up-start of a mid-sized dine-in/carry-out restaurant, that specializes in Caribbean and Cantonese Cuisine. Consultation included, but not limited to: QMS, equipment purchasing, budgeting, recipe and menu development, vendor identification, food procurement, personnel training, as well as, day-to-day hands on involvement.

**Director of Human Services**
**Feeding Program**
                                    **2000-Present**

St. James A.M.E. Church
                Chicago, Illinois

KENCO 000007

Responsible for implementing and developing a start-up bi-weekly mobile feeding program for homeless and indigent individuals in the Chicagoland area, more specifically downtown Chicago, Lower Wacker Drive. Responsible for budget development, in-kind donations, equipment purchasing, menu development, food procurement, preparation, as well as, ancillary services for approximately 300 persons.

**4th District Young Adult Network
Conference Coordinator**

**2000-2004**

**4th District A.M.E.    Church
Chicago, Illinois**

Responsible for the implementation and development of an infrastructural network that raises the spiritual, socio-cultural and economic conscientiousness of Young Adults between 18-40 years of age. This network spans the following (3) three states Illinois, Wisconsin, and Minnesota. The network also serves as a community service organization that identifies and meets the needs within each metropolitan area such as, but not limited too: mentoring, "Be a Blessing" Christmas project answering over 200 request from children at Christmas, feeding the homeless, amongst other activities.

**Sherwin Williams
1993-1999**

**Chicago, IL**
Took a step away when her parents began ill (both at the same time), and she is an only child. EPA and OSHA, continous improvements. Handled the internal audits here as well. Corrective actions that needed to be handled fell under her responsibility, KPI's, cross functional with other departments as well. She was instrumental in the ISO certification that Sherwin Williams achieved.
**ISO 9001 Coordinator**
Implementation, maintenance and modification of the quality management systems used for third party ISO 9001 recertification, as well as, internal quality auditing procedures. Utilization of ISO 9001 methodologies and QM systems in the EPA compliance of VOC reduction, through product testing, and process engineering modification, as well as, the computation, analysis, interpretation, calculation, documentation, and summarization of data for the submission of reports to local and federal EPA. Development and execution of quality objectives, interfacing and conferring between third party independent auditors, internal auditing, staff, and departments, as well as, various Regulatory agencies for continuous product improvement, cost reductions, increased customer satisfaction, and regulatory compliance. The evaluation, modification, and development of testing methods for continuous product improvement, through the reduction of defects, delays and variability, as well as, the implementation of in place process controls. Responsible for warranty panels supporting 15$MM in sales, as well as, the Phoenix intermix valued at 120$MM/year.

**Regional Technical Chemist**
Implementation and development of various coatings, as well as, process engineering for specialty groups across the regions. Customer complaint resolutionist within the region, as well as, the implementation of corrective measures for manufacturing and plant related issues improving productivity and profitability, through analysis and process engineering methodologies. Supervised and assisted technicians, as well as, factory workers through implementation of problem solving measures. Instrumental in Sherwin Williams becoming ISO 9001 certified plant through implementation and development of a synergy of quality management systems, increased productivity and reduce cost through the reduction of defects and delays, while ensuring quality of processes and products through GMP's, as well as, testing methodology evaluation, modification, and development for maximum continuous product improvement. Computation, analyzation, interpretation, calculation, documentation and summarization of data results, for the ongoing purpose of continuous product improvement and modification, while achieving maximum customer satisfaction and profitability. Complaint resolution through customer interaction, mediation and mitigation of various customer concerns, as well as, impending legal actions. Collaborative efforts with marketing and design on numerous projects to achieve optimal customer satisfaction, as well as, price implementation, of various products for specialty groups with the company.

**Quality Assurance Technician**
Testing of raw materials, unprocessed and end processed coatings. Conducted chemical and physical laboratory tests, as well as, product shelf life analysis. Complied, analyzed, interpreted, calculated, documented, and summarized test data for a variety of purposes, such as research, product development, quality control, and establishing standards.

**Xcel Laboratories**
**1992-1993**

Chicago, IL

**QC Chemist**
Training of incoming QC Chemists. Implementation and development of USP approved methods for QC group. Extensive knowledge and implementation of on GMP's. QC of raw materials, in-process, and finished products for OTC Pharmaceuticals, Health, and Beauty Aides. Complied, analyzed, interpreted, calculated, documented, and summarized test data for a variety of purposes, such as research, product development, quality control, establishing standards and FDA compliance.

**Illinois State Psychiatric Institute**
**1991-1992**
Chicago, IL
**Clinical Laboratory Technologist**
Researching and monitoring the levels of Receptor Binding in the mentally impaired, through general, instrumental, and wet chemical analysis, to help implement and develop preventive measures in the disorder. Submission of interpreted, calculated and summarized results for maintaining organized accurate, data of on-going experiments and results for future references and publications.

**City Colleges (Olive Harvey College)**
**1991-1993**

Chicago, IL
**GED Instructor**
Supervised, instructed, assimilated, disseminated, and articulated information to dysfunctional and/or special education students on a daily basis.

**Packaging Corporation of America**
**1990-1991**

**Skokie, IL Scientist**

General, instrumental (HPLC and GC), wet chemical analysis, and problem solving, including both implementation and development of methods, for plastic packaging groups. Assist in-house consultation of safety, hazardous waste, and other problems. Analysis of interpreted, summarized and calculated data, as well as, preparation of reports on experiments.

Salary- We talked about a total comp package of 70k.

KENCO 000009



## Presence™
St. Mary's Hospital
Occupational Health Center

MRO CONSULTANTS
REPORT OF DRUG SCREEN RESULTS

J. MICHAEL PANUSKA, MD, MPH
CERTIFIED MEDICAL REVIEW OFFICER

| COMPANY | Kenco |
|---|---|
| DONOR NAME | Mary Madison |
| SOCIAL SECURITY # | 4610 /D.O.T. SPECIMEN # |
| COLLECTION DATE | 5-10-13 |

**REASON FOR TEST**

☒ Pre-employment    ☐ Random    ☐ Post accident    ☐ Reasonable suspicion

☐ Return to duty    ☐ Follow up    ☐ Not specified    ☐ Other _____

**Collection Site:**

☒ Bourbonnais Clinic    ☐ PSMH ED    ☐ Other _____

☐ D.O.T.    ☐ Express    ☐ 5-panel    ☒ 10-panel    ☐ Hair    ☐ Other _____

**Laboratory Performing Analysis:**

☐ Quest    ☒ Alere    ☐ Other _____

**RESULTS:**

☒ Negative    ☐ Positive    ☐ Cancelled    ☐ Adulterated    ☐ Refusal to Test

☐ Dilute    ☐ Non-Contact    ☐ Retest    ☐ Observed Re-collection    ☐ Substituted

**Drugs Tested Positive For:**

☐ Amphetamines    ☐ Cocaine    ☐ Marijuana    ☐ Opiates    ☐ PCP    ☐ Other _____

☐ MDMS (Ecstacy)    ☐ 6-MAM    ☐ Methamphetamine

**Directives:**

☐ Immediate recollection    ☐ Must observe    ☐ May not observe    ☐ Split specimen analysis requested

Comments _____

The above reults have been authorized and analyzed by a certified Medical Review Officer. If positive, the donor has been contacted by the MRO. If checked "non-contact" then the MRO has been unable to contact the donor within 24 hours. If you have any questions or need more information, please contact the MRO at the number below.

_____        5-13-13
MRO Signature        J.M. PANUSKA, MD, MPH        Date
                     CERTIFIED MRO

☐ J. Michael Panuska, MD, MPH
915.937-8788

## Re: QE- Mars

Walsh, Kelvin

Sent: Tuesday, June 04, 2013 4:47 PM
To:     Marlin, Chelsea
Cc:     Hise, Paula; LePage, Claire; Szplett, Len

Len, please send a the original, thanks

Sent from my iPhone

On Jun 4, 2013, at 4:42 PM, "Marlin, Chelsea" <Chelsea.Marlin@Kencogroup.com> wrote:

> Kelvin/Paula – We still have not received the original non-compete agreement for Mary Madison.
> We have the electronic copy, but we must have the original with the signature in blue ink. Please
> make sure this is sent to us asap.
>
> Thanks!
>
> Chelsea Marlin
> Talent Management Coordinator
> Human Resources
>
> ────────────────────────────────
>
> Kenco
> 2001 Riverside Drive
> Chattanooga, TN  37406
> Phone: 423-643-3455
> Fax: 423-643-3325
> www.kencogroup.com
>
> <image001.jpg>
>
> From: Marlin, Chelsea
> Sent: Tuesday, May 07, 2013 11:12 AM
> To: Hise, Paula; Walsh, Kelvin
> Cc: LePage, Claire
> Subject: RE: QE- Mars
>
> Please carefully review the attached offer letter and let me know if you need any changes. If
> everything is correct, please extend the offer to Mary, have her sign the letter and send a copy
> back to me and Claire.
>
> Also, please have Mary sign the attached Non-compete agreement in blue ink and mail the original
> to the correspondence below.
>
> Mail original document to the following:
>
> Kenco Management Services, LLC

KENCO 000011

2001 Riverside Drive
Chattanooga, TN 37406
Attn: Emily Crawford

Thanks!

Chelsea Marlin
Talent Management Coordinator
Human Resources

_____

Kenco
2001 Riverside Drive
Chattanooga, TN 37406
Phone: 423-643-3455
Fax: 423-643-3325
www.kencogroup.com

<image001.jpg>

**From:** Hise, Paula
**Sent:** Tuesday, May 07, 2013 11:03 AM
**To:** Marlin, Chelsea; sandy.boczkowski@employbridge.net; Walsh, Kelvin
**Cc:** LePage, Claire; Moses, Kevin
**Subject:** Re: QE- Mars

That is great news, thanks!  Attached is an updated document with a start date of Monday, 5/13.
Please send the offer letter back to Kelvin, and he will extend the offer to Mary.

Kevin Moses -- FYI.  Assuming Mary accepts our offer, the week of 5/20 might be a good time for you to
go back to Manteno, assuming your schedule is open, and spend some time with her.  We'll let you
know for sure.

Thanks!

Paula Hise, CSCP
Vice President, Operations

Kenco Logistic Services
2001 Riverside Drive
Chattanooga, TN 37406
Cell: 423-298-6759
Email: Paula.Hise@Kencogroup.com

<image002.png>

**From:** "Marlin, Chelsea" <Chelsea.Marlin@Kencogroup.com>
**Date:** Tue, 7 May 2013 10:55:38 -0400
**To:** Paula Hise <Paula.Hise@kencogroup.com>, "sandy.boczkowski@employbridge.net"
<sandy.boczkowski@employbridge.net>
**Cc:** "LePage, Claire" <Claire.LePage@Kencogroup.com>

KENCO 000012

**Subject:** RE: QE- Mars

Paula- Mary's background is officially approved. We need the revised start date and will send you the offer letter asap.

Thanks!

Chelsea Marlin
Talent Management Coordinator
Human Resources

Kenco
2001 Riverside Drive
Chattanooga, TN 37406
Phone: 423-643-3455
Fax: 423-643-3325
www.kencogroup.com

<image001.jpg>

**From:** Hise, Paula
**Sent:** Tuesday, April 16, 2013 7:03 PM
**To:** sandy.boczkowski@employbridge.net; Marlin, Chelsea
**Cc:** Clifford, Tracie
**Subject:** Re: QE- Mars

Good afternoon Sandy and Chelsea,
Based on our interview with Mary this afternoon, we would like to extend her an offer of employment. Please see attached offer summary letter form.  Sandy, she is a really good find – well done!

Please let me know if you need anything else from me.  Thanks.

Paula Hise, CSCP
Vice President, Operations

Kenco Logistic Services
2001 Riverside Drive
Chattanooga, TN 37406
Cel: 423-290-3743
Email: Paula.Hise@Kencogroup.com

**From:** "sandy.boczkowski@employbridge.net" <sandy.boczkowski@employbridge.net>
**Date:** Fri, 5 Apr 2013 16:19:53 -0400
**To:** Tracie Clifford <tracie.clifford@kencogroup.com>, Paula Hise <Paula.Hise@kencogroup.com>
**Subject:** QE- Mars

Tracie and Paula,
        Mary is someone I spoke with regarding the QE position at the Mars facility, she is local to the area. She is currently working as a food safety auditor for a consulting company, also has ISO

experience as well and was instrumental in Sherwin William achieving their ISO certification. Has written procedures for companies to help them achieve certification or recertification when needed.

Sandy Boczkowski
Recruiter

EBS/Kenco Search Group
919-896-3543 Direct Line
919-420-0057 EBS Main Line
919-302-9008 Cell
Sandy.Boczkowski@ebsgroup.com
Click to see current job openings
http://www.linkedin.com/sandy-boczkowski
Ask me about our referral bonus!

5/10/13

Attn:
Chelsea Marlin /

Corporate HR
423 - 643 - 3325

6 pages

From:
LEN SZPLETT /

Mau - Manteno HR
815 - 468 - 2468

mailed
originals -
non compete

C-mailed new
hire documents
to h a thown
5-10-13

KENCO 000015

## CONFIDENTIALITY AND NONCOMPETITION AGREEMENT

This Agreement (the "Agreement") is entered into by and between KENCO LOGISTIC SERVICES, LLC (the "Company") and Mary Madison (the "Employee").

WHEREAS, Employee is employed by the Company in a capacity in which Employee has had, will continue to have, or will have, access to certain confidential information and materials of the Company, as hereinafter described; and

WHEREAS, the parties mutually acknowledge and agree that the confidential information and materials constitute valuable information to the Company which the Company has expended large amounts of money and time to develop and maintain;

NOW THEREFORE, in consideration of Employee's continued employment by the Company, the Employee's continued access to the confidential information and materials, the remuneration that will continue to be paid to Employee, continued eligibility for increases in salary, and other good and valuable consideration, the parties hereto agree as follows:

1.      Confidential Information and Materials.  Employee acknowledges that he/she has, and will have, possession of important, confidential information and knowledge as to the business of the Company and its customers, including, but not limited to, knowledge of the Company's products and services, customer lists and records, information regarding sales, costs, pricing, marketing, contracts with third parties, plans for product, market or service developments or improvements, computer programs, business and strategic plans, financial forecasts, data (including cost data), drawings, specifications, methods, customer uses and requirements, inventions, and copyrights, as well as other information that derives economic value, either directly or indirectly, from being confidential or proprietary to or trade secrets of the Company or its customers (any such information shall be referred to herein as "Confidential Information").   Employee hereby acknowledges that all Confidential Information and materials are the exclusive property of the Company, whether or not prepared in whole or in part by the Employee and whether or not disclosed to or entrusted to the custody of the Employee. Employee agrees that such Confidential Information is and shall remain the property of the Company and that, both during and for a period of 60 months after the termination of the relationship between the Company and the Employee, regardless of the reason for such termination, the Employee will not use or disclose or cause to be disclosed any Confidential Information to any third person, partnership, joint venture, company, corporation, other business organization or other third party.

2.      Surrender of Materials.  Employee hereby agrees that upon request at any time and immediately upon termination of employment, whether voluntary or involuntary, he/she will immediately surrender to the Company any document, paper, computer/electronic-generated media or other property of the Company (and all copies of the same) in the possession of the Employee that contains Confidential Information or is otherwise the property of the Company.  Employee will not retain copies of any Confidential Information in any form.

3.      Noncompetition and Non-solicitation.   Employee covenants and agrees that, during

- 1 -

KENCO 000016

Employee's employment with the Company and for twelve (12) months following the termination of his/her employment, whether voluntary or involuntary, Employee will not (1) compete directly or indirectly with the Company by forming or becoming an employee of a logistics, transportation, forklift, warehousing or other competing company or organization (a) within a 50-mile radius of the last location to which the Employee was assigned by Company; (b) that directly competes with the services provided at the Company facility or facilities at which Employee worked during the last twelve (12) months of Employee's employment with the Company; or (c) with any of the companies listed on Appendix A, attached hereto, with such list being updated by the parties on an annual basis; (2) solicit any customer of the Company serviced by Employee during the last 12 months of Employee's employment with the Company or serviced out of the Company facility at which the Employee last worked; (3) recruit, solicit or hire, or attempt to recruit, solicit or hire, directly or by assisting or obtaining the assistance of others, any employee of the Company working at the facility at which the Employee last worked or the Company's headquarters; or (4) otherwise interfere with, disrupt, or attempt to disrupt relationships, contractual or otherwise, between the Company and its employees, contractors, and customers.

4.    Injunction. Employee hereby acknowledges and agrees that the services rendered by Employee to the Company, and the information disclosed to Employee during and by virtue of his/her employment, are of a special, unique and extraordinary character, and the breach of any provision of this Agreement will cause the Company irreparable injury and damage, and consequently the Company shall be entitled, in addition to and without limitation of all other remedies available to it, to injunctive and equitable relief to prevent a breach or continued breach of this Agreement, or any part of it, and to secure the enforcement of this Agreement. Such equitable remedies shall be cumulative and non-exclusive, being in addition to any and all other remedies the Company may have. Employee hereby waives any requirement for securing or posting a bond in connection with the Company obtaining any injunctive or other equitable relief.

5.    Reasonableness. Employee acknowledges and agrees that the time span and the scope of this Agreement are reasonable and necessary to protect the Company's interests in the Confidential Information, and that Employee's agreement to abide by the terms set forth herein was necessary to induce the Company to continue employment of Employee. If, however, it shall be judicially determined that any provision of this Agreement is unreasonably broad in one or more respects, such provision shall not be declared invalid but rather shall be modified to the extent that it shall be determined to be reasonable.

6.    Attorneys' Fees. In the event an attorney is employed by the Company with regard to any legal action, arbitration, or other proceeding for the enforcement or defense of this Agreement (including but not limited to a resolution of any dispute regarding the forum agreed upon herein) then the Company, in addition to any other relief to which it may be granted, shall be entitled to recover all costs, expenses, and attorneys' fees incurred in bringing such action, arbitration or proceeding, and in enforcing any judgment granted therein, all of which costs, expenses, and attorneys' fees shall be deemed to have accrued upon the commencement of such action and shall be paid whether or not such action is prosecuted to judgment.

7.    Governing Law. This Agreement shall be construed and enforced in accordance with the

- 2 -

KENCO 000017

laws of the State of Tennessee. The parties agree that any proceeding or action brought by either party, or anyone on behalf of either party, under or in relation to this Agreement, including without limitation to interpret or enforce any provision of this Agreement, shall be brought in, and each party agrees to and does hereby submit to the jurisdiction and venue of, any state or federal court located in the County of Hamilton, Tennessee.

8.    Waiver.  Any waiver by the Company of any term or breach of this Agreement by Employee shall not be effective unless in writing, and no such waiver shall operate or be construed as a waiver of the same or any other provision, nor shall any waiver constitute a continuing wavier.

9.    Assignment.  This Agreement and the rights and obligations of the Company hereunder may be assigned by the Company and shall inure to the benefit of, shall be binding upon, and shall be enforceable by any such assignee.  This Agreement and the rights and obligations of Employee hereunder may not be assigned by Employee.

10.    Entire Agreement.  This Agreement represents the entire agreement between Employee and the Company with respect to the subject matter hereof, superseding all previous oral or written communications, representations, or agreements.  This Agreement may be modified or terminated only by written agreement signed by the President, KLS, President, KMS, or Chief Operating Officer.

IN WITNESS WHEREOF, the parties hereto have caused this Agreement to be duly executed this 7th day of May, 2013.

KENCO LOGISTIC SERVICES LLC

By: _____
David Caines

Title:  President, Kenco Logistic Services, LLC

_____
Mary Madison

Employee

- 3 -

KENCO 000018

# APPENDIX A

Companies with whom the Employee will not seek employment while being employed by the Company and/or 12 months following termination from the Company

## 1. Competitors of the Company:

- Jacobson
- Ryder
- UTi
- Saddle Creek
- APL
- Exel
- Genco
- UPS
- OHL
- CEVA
- DSC
- Penske
- Kuehne & Nagel

## 2. Any Customer of the Company

- 4 -

KENCO 000019

P.O. Box 1607
2001 Riverside Drive (37406)
Chattanooga, TN 37401

Phone 423-622-1113
Fax 423-643-3325
www.kencogroup.com



May 7, 2013

Ms. Mary D. Madison
9758 S. Charles
Chicago, IL 60643

Dear Mary:

It is a pleasure to confirm our offer of employment to you. You will be employed at our KENCO Mars facility in Manteno, IL as a Quality Engineer and will report directly to Kelvin Walsh.

Below are the details of the offer:
- Your starting base salary will be $2,916.66, paid semi-monthly.
- You will be eligible for a performance incentive of up to $3,000.00 based on completion of defined goals and objectives and overall financial performance of the Company. This amount will be prorated for the remainder of 2013.
- For the remainder of 2013, you will have 7 vacation days available to you. Beginning in 2014, you will have 10 vacation days available to you annually.
- Your start date is May 13, 2013.

On your 91st day of employment you will be eligible for the following company benefits: medical, prescription drug coverage, dental, vision, short and long-term disability coverage, group life insurance, long term care coverage, employer-matched 401(k) plan. On your start date you will be eligible for vacation and paid holidays. Temporary health coverage is offered during the first 90 days of employment through Starbridge. You will be contacted by a Human Resources representative regarding your benefits enrollment paperwork once you have accepted our offer and all contingency requirements are met.

The offer of employment is contingent upon the completion of a pre-employment drug screen analysis and criminal background check. We reserve the right to withdraw this offer if the drug screen analysis result or the background check is unfavorable. Your employment with Kenco is at-will and either party can terminate the relationship at any time, with or without cause and with or without notice.

Mary, we are excited about you joining us at Kenco. Please indicate your acceptance of this offer by signing at the bottom of the letter and returning it to me and faxing a copy to Chelsea Marlin/Corporate HR at 423-643-3325. Please retain a copy for your records. If you have any questions, do not hesitate to contact me.

Sincerely,

Paula Hise
VP of Operations

Offer Accepted:

_____          5 - 10 - 13
Mary D. Madison                          Date


_____          _____
Director of Recruiting and Development       Date

# Performance Improvement Plan

Employee Name: Mary Madison

Site: Manteno- Mars

Date:   July 8, 2013

---

## Job Responsibilities/Priorities

### Job Responsibility: Working Collaboratively with Fellow Site Managers

*Mary needs to better communicate with all applicable site personnel which includes the GM. Mary is not openly communicating or working collaboratively with fellow associates. She is not informing Site Leadership prior to pulling labor resources when conducting reviews with non-exempt staff.*

*Part of Mary's responsibility is to bring the site team up to speed in the area of QC through training and education. She does not take a training and development approach with co-workers, contributing to the perception that she is too aggressive. When asked for additional information or clarification, Mary often responds with lengthy emails that refer to governmental requirements. These emails are not helpful nor do they offer an avenue of understanding for the task at hand. It is incumbent upon the site QA Engineer to deliver a clear and understandable message of what is required of the site. It is also incumbent that the QA Engineer to help lead fellow associates through training and collaborative discussion to a clear understanding of QC measures.*

### Job Responsibility: Demonstrating Commitment with Compassion

*Mary is not demonstrating commitment with compassion. There have been several occasions where the tone of her emails have been aggressive in nature. Although written in a professional manner, her emails are perceived by the recipient as demanding and as attacks. This was specially seen in the subject of Service Master Sanitation. After the site provided an alternate course of action for dealing with Service Master, Mary began sending off a series of aggressive emails accusing the site GM of placing the business in jeopardy for failure to comply with her course of action. In addition, audit forms provided to Service Master after the initial conversation with the site GM continued to be aggressive in nature. These audit forms were never provided to the site GM prior to review even after they were requested.*

### Job Responsibility: Communication with Leadership

*Mary is not communicating adequately to the site GM. She is not consistently providing updates of what projects she is working on. With a pending customer audit, it is important for the site leadership team to understand a timeline of activities and the current status. She is also not including the site GM on communication with internal and external customers or vendors, even when requested.*

### Job Responsibility: Working outside of outlined job responsibilities

*Mary's approach to the site QC activities is too independent in nature; often exceeding the boundaries of her scope of responsibility. Mary has taken on an active role with working directly with the Site's local vendors. She is providing directives to the vendors without conferring with her co-workers or the Site GM. She has also over-reached her responsibility by contacting the Site Customer Contact for requests of services without conferring with her site GM.*

KENCO 000021

(Attach additional sheets if necessary)

## Competencies

*Identify the specific competencies needing improvement from the list below. Describe the performance improvement required.*

| | |
|---|---|
| **Communication Skills**<br>– Business Writing<br>– Effective Communications<br>– Conducting Meetings<br>– Interpersonal Skills w/Associates<br><br>**Decision making and Problem Solving**<br>– Project Management<br>– Time Management<br>– Problem Solving<br><br>**Business Knowledge**<br>– Warehousing & Logistics 101<br>– Supply Chain Management<br><br>**Financial Management**<br>– Efficiency Improvement Program (EIP) | **Leading Others**<br>– Conflict Management<br>– Employment Law<br>– Performance Management<br>– Team Building<br>– Change Management<br><br>**Systems Capability**<br>– KQMS<br>– Lean tools<br>– WESnet, WMS, TMS<br>– PC Desktop systems<br>– Safety/Security/DOT |

Competency: Effective Communication .

*Specific Improvement Required:*

- Mary needs to communicate through simple terms which are summarized and understandable for fellow coworkers to understand. The Site Management needs to be lead through the process of QC requirements. This cannot be achieved by responding to inquires with elongated governmental requirements which seemed to be cut/ copied from various websites.
- Mary needs to communicate with her Site GM. She cannot proceed in a course of action of implementing processes changes or introducing additional changes without conferring with her site GM.

Competency: Leading of Others

*Specific Improvement Required:*

- It is important for Mary to understand that it is incumbent of the site QA Engineer to bring the local Site Management up to speed in matters of QC through training and development. She cannot achieve this by isolating herself and working independently of others.
- Mary needs to communicate with fellow Site Managers if resources are needed. This needs to be done by direct scheduled face to face meetings followed by an email summary. This will ensure the Department Manager(s) have a clear understanding of what is being requested and why.

Competency: Time Management

*Specific Improvement Required:*

- Mary needs to develop a realistic and achievable approach for QA compliance measures. She needs to provide an outline of priorities, based on risk, with achievable timelines. Once developed, the list is to be reviewed and agreed upon by both local Site Management as well as

Corp QA. Progress checks should be reviewed and circulated with the site management team based on a schedule determined by the GM.

Competency:  Interpersonal Skills

Specific Improvement Required:

The Kenco Culture is one of partnership and collaboration, along with commitment & compassion. Mary needs to modify her work behaviors so that this approach is taken when dealing with both internal and external customers and vendors. When confronted with different ways of handling situations, Mary needs to be open to suggestions and ideas.

Competency:  Project Management

Specific Improvement Required:

Mary needs to have a clear understanding of the KQMS requirements. The KQMS process provides a detailed outline of how QA processes are to be developed and implemented. Although Mary has been working to develop many of the sites documents, she is not following the KQMS outline. It is incumbent upon the site QA Engineer to have a full understanding of the KQMS processes and procedures. It is also expected that Mary works within the parameters of the KQMS requirements and procedures. It is also incumbent that the site QA Engineer coordinates with Department Managers to schedule and facilitate training.

KENCO 000023

*Plan Establishment*

A follow up discussion will be scheduled once you have completed your personal development plan. Your personal development plan is to be presented to your Manager within 10 days of this review.

The required improvements must be made to the satisfaction of your Manager within 30 days. If satisfactory improvements are not made within 30 days, you are subject to further disciplinary action, up to and including termination. Failure to successfully perform job responsibilities after the successful completion of the improvement plan may result in additional disciplinary action up to and including termination of employment without the issuance of another warning or improvement plan.

Comments: *The finer items of discussed are acknowledge, but not agreed upon this*

Plan Establishment Signatures:

Employee: _____ Date: 7/__/13

Supervisor: _____ Date: 7/09/13

Director/VP: _____ Date: 7-9-13

KENCO 000024

# Performance Improvement Plan

Employee Name: Mary Madison

Site: Manteno- Mars

Date: July 8, 2013

## Job Responsibilities/Priorities

**Job Responsibility: Working Collaboratively with Fellow Site Managers**

*Mary needs to better communicate with all applicable site personnel which includes the GM. Mary is not openly communicating or working collaboratively with fellow associates. She is not informing Site Leadership prior to pulling labor resources when conducting reviews with non-exempt staff*

*First and foremost, it is my belief that there is a good dialogue with the site personnel in general.  The site personnel in general have been found to be very cooperative in regards to supplying information needed for various subject areas.  It is also my belief that the objective and the desired results are clearly communicated. For example, the second shift supervisor, Saul Beck, was asked to assist in the development of various SOP's and processes.  Mr. Beck responded to the multiple requests and supplied the information exactly as requested the very next day. Jackie Nelson, John Montgomery, Stacy Bushy, Preston Lambert, Woody Piekarczy,, Frank Slagger, and Rodger Payne, just to name a few, also aided in the information quest; providing detailed feedback; some even on their own personal time.  In addition, an email was generated by you on or about May 29, 2013, asking a mired of persons designated to participate in the SOP cataloging process.*

*Furthermore, to date, an infrastructure breakdown of exempt and non-exempt employees has been provided to determine the status of fellow co-worker, nor had it been outlined that there were rules of engagement in regards to whom can or cannot be spoken with in regards to job related functions.  Moreover, in general, outside of common courtesies, fellow associates are engaged based upon job related functions, activities and how they relate to the subject at hand.*

*Quality is a systemic function and obviously, in order to accurately capture the scope of the job functions and processes, it would require contact with site personnel on each and every level. Last but not least, no reviews have been conducted.  To date, several audits have take place: The Warehouse and Distribution Audit and a sanitation audit.  Copies of these audits were supplied to you; comprising these audits required no input from any personnel, as there are no documented policies of procedures to review.*

*Part of Mary's responsibility is to bring the site team up to speed in the area of QC through training and education. She does not take a training and development approach with co-workers, contributing to the perception that she is too aggressive. When asked for additional information or clarification, Mary often responds with lengthy emails that refer to governmental requirements. These emails are not helpful nor do they offer an avenue of understanding for the task at hand. It is incumbent upon the site QA Engineer to deliver a clear and understandable message of what is required of the site. It is also incumbent that the QA Engineer to help lead fellow associates through training and collaborative discussion to a clear understanding of QC measures.*

KENCO 000025

*Correct! In order to have an effective training program, one must first implore some fundamental techniques. These are such as but not limited to: DMAIC process, (which one defines, measures, analyze, improve and control) and/or TQM (Total Quality Management, synergized with this is, the SDCA (Standardize Do Check Act) when standards are not in place-Standardization occurs in all aspects of the process-man, machines, methods, systems, materials, measurements, and environment. From there PDCA (Plan Do Check Act Process) can be deployed synergized with the PDPC (Process Decision Program Charts) which is the framework for implementing change (Kaizen).*

*From a pragmatic and practical approach, first and foremost, to mitigate business interruptions, bottlenecks, and hiccups, one would first look at the current scope of training, evaluate it for accuracy and compliance and modify, if necessary to meet the current objectives. Considering that there is relatively little to no documentation, accurate benchmarks have to be established and validated. This is crucial from a Risk Management Perspective, as this effort minimizes liability and creates accountability.*

*From an in depth discussions with you and Tom White, it was determined that a training program was needed for onboarding and current hires. This was reiterated in your email of May 16, 2013; whereby it was requested that a format be developed by 5/27/2013 by Tom and myself.*

*A formal follow up by email with Tom White and Bill Schwerin (Cc: Kelvin Walsh) for availability occurred on 5/28/2013.*

*On May 28, 2013, a request for you to host Management review meetings was sent by email; no response and no meeting to date.*

*On 5/29/2013, an email was drafted and sent by you requesting assistance in processes that contribute to potential training opportunities. Pre Kelvin A Training template was requested.*

*On June 3, 2013, an email was sent following up with Tom (Cc: Kelvin Walsh) on availability and a meeting set for June 4, 2013 to implement training program.*

*On June 5, 2013, a developed training template was submitted for your review. To date no disposition has been given by you.*

*On June 7, 2013, CPQE6220011thru3 was sent to Tom (Cc: Kelvin Walsh) to help clarify training for associates.*

*On June 10, 2013, a meeting was set up for June 13, 2013 to review training matrix.*

*One June 13, 2013, the meeting was cancelled by you and was to be rescheduled. To date it has not been rescheduled.*

*On July 1, 2013, disposition of training matrix discussed and a request to resubmit training template to you; resubmitted template for review be email. No disposition given.*

*On July 8, 2013, a follow up email was sent to Tom (Cc: Kelvin Walsh) with a request for disposition and a requested completion date.*

*On July 9, 2013, an email was sent to you following up on the training piece.*

*On July 9, 2013, an email was received from you stating "That the original request was sent prior to many changes in the business. Due to current state of business and the available resources this will need to be tabled."*

2

*Furthermore, we have not reached the training stage, as we are still in the developmental phase. In addition, there have been Various Policies such as but not limited to: Glass Control, corrective action form, Personal Practices, general yard and facilities, Hazard communications, HAZMAT Placard requirements, Safety orientation, Summary of HOS Changes, HACCP Flow Chart that have been sent for your review and have not been given a disposition to date. Therefore, they have not been validated for accuracy.*

*When asked for additional information or clarification, Mary often responds with lengthy emails that refer to governmental requirements. These emails are not helpful nor do they offer an avenue of understanding for the task at hand.*

*The instance where additional information was requested, after having several conversations regarding the BCP, ranging from why this has to be done to what is being asked. To first and foremost, address the issue again about why the plan needed to be created, several possible reasons were offered to you as to why this may have materialized, but did not meet with your satisfaction and at the end of the banter, the best answer that could be supplied was that Ms. Paula asked for the plan; solely based on the fact that it was requested by her, from my perspective it should be supplied. Given the fact that Ms. Paula is the direct liaison to Mars from Kenco, it is understood that it would not be prudent or behooving of me to question or challenge this request. The request was not unreasonable, nor immoral or unethical and apparently needed to be done.*

*As it was apparent, that my ability to effectively communicate what was being asked of identifying the key components of the business at hand, how they interrelate and correlate had not been achieved. It then became incumbent upon me to provide resource information to help facilitate a clearer understanding. Due to the nature of resource information, it may contain terminology and verbiage not commonly used and perhaps cites other reference materials, codes, and regulations.*

*To my amazement, only to later learn, during our exchange on the performance improvement plan, that you had no foreknowledge of what a BCP plan was. This concept had never crossed my mind considering that in our June 12, 2013 meeting with Ms. Paula, Anthony, and yourself; it was asked of you by Ms. Paula, if you agreed to give me the BCP plan to do and you said yes. Not to mention that housed in your office is a Contingency Plan which is a precursor to a BCP. Leading one to believe that you had sufficient knowledge of the BCP and what it entailed.*

*It is incumbent upon the site QA Engineer to deliver a clear and understandable message of what is required of the site.*

*To the best of my recollection being at the April 16, 2013 initial meeting it was covered that the warehouse needed to become standardized and compliant with several entities, such as but not limited to: Mars, FDA, Kenco, etc…*

*On or about May 17, 2013 a Warehouse and Distribution audit and sanitation forms were supplied to you as a basis for review to provide structure for the upcoming audit. This audit scheme (tool) was supplied through my previous immediate occupation in certifying warehouse and distribution centers for HACCP, SQF, and numerous other certifications; This audit scheme is up to date with the current FSMA regulations.*

*The requirements were scoped out and reviewed with you on or about May 31, 2013 with Kevin Moses and myself.*

*June 12, 2013- Kelvin Walsh, Anthony Marquez, Mary Madison reviewed audit requirements.*

3

*July 1, 2013- Kelvin Walsh, Mike Manzello, Mary Madison, Paula Hise, and Kevin Moses reviewed audit requirements.*

*July 3, 2013- Kelvin Walsh, Mike Manzello, Mary Madison reviewed audit requirements.*

**Job Responsibility: Demonstrating Commitment with Compassion**

*Mary is not demonstrating commitment with compassion. There have been several occasions where the tone of her emails have been aggressive in nature. Although written in a professional manner, her emails are perceived by the recipient as demanding and as attacks. This was specially seen in the subject of Service Master Sanitation. After the site GM provided an alternate course of action for dealing with Service Master, Mary began sending off a series of aggressive emails accusing the site GM of placing the business in jeopardy for failure to comply with her course of action. In addition, audit forms provided to Service Master after the initial conversation with the site GM continued to be aggressive in nature. These audit forms were never provided to the site GM prior to review even after they were requested.*

*Mary is not demonstrating commitment with compassion. There have been several occasions where the tone of her emails have been aggressive in nature. Although written in a professional manner, her emails are perceived by the recipient as demanding and as attacks.*

*It is difficult to address perceptions, as that is just what they are an insight, intuition, or knowledge gained by assumptions. Given the fact that our history is quite limited, it is more than overly presumption to assert aggression, as there is no benchmark of my demeanor to attach such assertions to. From my perception, aggressive in nature, would have a proclivity towards being hostile or punitive in nature; which is quite an anomaly to a professionally written email. Please do extend and/or accept my apologies for these misperceptions. For proper planning, time frames, dates, and expectancies are tantamount and paramount, as it creates accountability and trending.*

*Furthermore, it is my belief that my zeal and commitment to the organization is demonstrated on an ongoing basis. This can be proof texted through the exhibited work ethics of coming early and staying late on a daily basis, working on the weekends, and through the weekends, participating in facility based venues, as well as, lending a hand of assistance when needed.*

*This was specially seen in the subject of Service Master Sanitation. After the site GM provided an alternate course of action for dealing with Service Master,*

*The alternate course of action offered, encompassed several factors, such as but not limited to: imploring me to give to provide Service Master with business management techniques, relaxing of "my standards", and educational resources. All of which, did not and does not seem commensurate with role the QE role. It was not outlined for me to manage, a vendors business, but to ensure proper service from the vendor. In addition, it is my contention that if this is there line of business it is their responsibility to know and understand the rules of engagement. In view of the impending review and audit, under the circumstances, it seemed that it would be a mismanagement of time when there is a plethora of outstanding and unaddressed issues for the impending audit.*

*When an avenue was provided for Service Master to receive guidance in May, a plan of action was requested during the initial meeting in May with ServiceMaster, Kevin Moses, and myself. Service Master along with several other vendors were spoken with by Kevin Moses and myself regarding various Regulatory concerns, as well as, what the forthcoming expectations were. ServiceMaster failed to create and return a plan of action.*

4

KENCO 000028

*Mary began sending off a series of aggressive emails accusing the site GM of placing the business in jeopardy for failure to comply with her course of action.*

First and foremost, to the best of my knowledge no emails were sent specifically stating that you have placed the company in a position of liability. As a matter of fact, the emails were sent solely as a mere matter of position and a recap of the facts at hand. Moreover, it is a required part of my job function to Demonstrate the ability to effectively communicate the needs for Regulatory Affairs to customers and senior management, outlined in the additional skills section. Therefore, it is the mantra to observe, advise, and document every step of the way.

As you recall Kelvin, it was stated by you in the meeting in the stead of ServiceMaster's meeting of June 27, 1013, that Brian Davis had emailed you recently and stated that ServiceMaster was being forced to do things outside of the scope of the agreement, such as but not limited to: requiring them to use clean equipment to clean the facility, as that was not a requirement of the agreed upon scope of work.

In an effort for me not to place the company in a compromising position, as stated by you, with regards to forcing Service Master to engage in activities outside the scope of agreed upon work, for clearer clarification, the SME, Brian Davis, in the matter was deferred to for clarification purposes only. That by my hand ServiceMaster is not forced to perform duties outside the agreed upon scope, as my intent is to not engage in coercion. By making ServiceMaster believe that if they don't comply then retaliation or retribution of some form could occur.

Be it known, as a matter of concern, when any person and/or entity, including myself, compromise and/or violate the rules and regulations set forth, places people and entities in position of liability.

*In addition, audit forms provided to Service Master after the initial conversation with the site GM continued to be aggressive in nature. These audit forms were never provided to the site GM prior to review even after they were requested.*

No audit was conducted by me and supplied to Service Master. Service Master supplied a monthly assessment sheet conducted by them for review by email to me. Comments were made on the assessment, as well as, requesting that a corrective plan of action be supplied along with these results, as the results did not tell me anything that was not already known about the current state of the facility, but what was the most important aspect, was not identifying the bottlenecks or constraints, but how were they to be corrected. Any and all audit forms have been provided-5.17.13, 6.6.13 and 6.12.13.

Moreover, there was sufficient enough dialogue about the condition of the facility, as your corporate card was used to buy supplies for a cleaning blitz with temps on June 21, 2013.

**Job Responsibility: Communication with Leadership**

*Mary is not communicating adequately to the site GM. She is not consistently providing updates of what projects she is working on. With a pending customer audit, it is important for the site leadership team to understand a timeline of activities and the current status.*

Upon our initial meeting, a plan of action had been scribed out with regards to becoming Mars Compliant. Matter of fact, on 5.17.13 a copy of the Warehouse and Distribution was supplied to you, as a platform for structure on becoming Mars complaint as this would address the current FSMA mandates that supersede the requirements of Mars. We have been instructed verbally and in writing by Ms. Paula to

5

KENCO 000029

*defer to regulations if there is any difference. This was noted in the SOW's provided by her to us on or about June 13, 2013 by email, as well as, in an email dated on or about June 26, 2013 directed to Kevin Moses, yourself, as well as, me that specifically stated "**Mary, In preparation for this call, I think it would be helpful to have a brief bullet point list of the actions that need to be taken to comply with the recommendations made by Mars in last year's quality audit. In the event that they provided conflicting information, then defer to the reg.**"*

*With a pending customer audit, it is important for the site leadership team to understand a timeline of activities and the current status.*

*The timeline of the audit had been predetermined from at the close of the 2012 audit. It was made clear the gravity of the audit and what was required had been discussed from inception. In addition, the review had been highlighted. In having immediate prior experience in the certification of FSMA warehousing an audit was conducted against the known standard, evaluated and provided for review for a benchmark. Furthermore, being regulatory complaint was an instantaneous and paramount goal. Therefore, the imminent and immediate items needing attention to detail were highlighted, such as sanitation. Most of these line items are marginal at best in terms of being corrected with minimal effort.*

*Realizing that all things could not be achieved, there are some basic fundamental line items that are achievable and directly tied to the ability to demonstrate the core values of maintaining a food grade facility. The laws may be new in application to warehousing, but are the infrastructure and mantra of the food safety and defense globally.*

*Moreover, on several occasions it has been requested to for management review meetings to occur. The first request was from the recap meetings of Kevin Moses and myself during a conference call with you, as well as, in an email dated may 28, 2013, asking you to host the management review meetings. To date, we have had no meetings and none have been scheduled.*

*Furthermore, we have only had (3) three planning meetings dedicated to the Mars Traceability audit May 16, 31, and July 3, 2013. The subject matter has been discussed (4) four additional times on May31, 3013 with Kevin Moses by conference call, June 12, 2103 with Ms Paula, Anthony, myself and you, and July 1, 2013 with Ms. Paula, Kevin Moses, Mike Manzello, myself and you, July 17, 2013 with Tracie Clifford, Anthony Marquez, Mike Manzello, Tom White, William Schwerin, Jerry Cirello and myself. To date, no other dedicated meetings have ensued regarding the audit, which was to initially transpire the first week of August.*

*The disposition of the meetings allowed us to work through a limited number of line items and most times with no deliverables being identified, as often times discounting the line item, by maintaining that it was good enough last year and it should be the same this year; despite highlighting the fact that the industry norms and standards were being cited in an adjacent column.*

*She is also not including the site GM on communication with internal and external customers or vendors, even when requested.*

*Kelvin, as a matter of protocol you have been included on correspondence that directly related to you, even prior to your July 5, 2013 request in the ServiceMaster meeting.*

**Job Responsibility: Working outside of outlined job responsibilities**

6

*Mary's approach to the site QC activities is too independent in nature, often exceeding the boundaries of her scope of responsibility.*

*This assertion is not quite clear in nature. Quality is a systemic function; therefore, the matrix encompasses every facet of the operation. Furthermore, Quality assessment, auditing, etc… to a certain degree is an independent function of the departments, as it is to provide an accurate and non–bias account of the state of condition. In addition, based upon what was outlined in the posting and engagements, there has been no deviation from deliverables sought and requested.*

*In addition, here are a few excerpts from the job description:*
- Minimum of two to five years of experience with proven execution in FDA GMP regulatory requirements. Food Safety and Defense programs. USDA National Organics programs, quality system management and a quality engineering lead role.
- Demonstrated ability to correctly interpret technical information.
- Demonstrated ability to understand plant processes, regulatory requirements, and procedures affecting operations.
- ASQ Certification COE, CQM/QE, CQA, CQIA, CSSGB, Lean Certification (SMEIAME/Shingo Prize/ASQ Partnership or ISO Lead Auditor preferred.
- Demonstrated ability to effectively communicate the needs for Regulatory Affairs to customers and senior management is a requirement.
- Analytical thinking, excellent problem solving skills, concern for impact and ability to explain complicated issues to different levels in the organization
- A team player that is passionate about the business and has a strong desire to continuously improve performance and service.
- Ability to think strategically and effectively plan, execute, and resolve quality and risk conflicts.
- Ability to respond effectively and quickly to internal and external customer needs and issues
- Demonstrated working knowledge and application of ISO, TS, AS, ASTM or other industry standard.
- Effective interface with internal departments. as well as with groups from the outside that provide services relating to regulated product support operations, warehousing and distribution, and associated quality systems.
- Takes ownership *and* personal responsibility to achieve results.

Given the fact these are merely only a few excerpts of what is required of the position. Given the fact that these, as well as, other enumerations were met for the execution of this position; it was understood that these excerpts along with the other enumeration of principles and concepts would implored and executed for the advancement of Kenco's business modeling, ultimately translating into maximum profitability and goodwill for all the stakeholders.

*Mary has taken on an active role with working directly with the Site's local vendors. She is providing directives to the vendors without conferring with her co-workers or the Site GM.*

*Yes, an active role has been taken. Brining to your remembrance the June 12, 2013, it was delegated and conferred upon my by Ms. Paula to oversee the Sanitation and Pest Control with full authority up to contract negotiation. In addition, sanitation and pest duties are usual and customary functions of Quality. Furthermore, this expertise of FDA Food GMP's for warehousing was sought in the filling of the position; therefore, filling those requirements explicitly infers that they are to be conveyed at this facility.*

*In addition, the engagement of vendors was initiated during the week of May 20, 2013, when the Regulatory Affairs Specialist, Kevin Moses visited the facility and scoped out various regulatory concerns. Regulatory affairs and compliance is a significant part of the quality function, as it provides the infrastructure to the quality program.*

7

*More specifically, the expectations had been discussed with the Regulatory Affairs Specialist, Kevin Moses and dovetailed with the directives from Ms. Paula. In addition, you have been conferred with, as we have had numerous discussions and correspondence regarding this matter. Furthermore, to the best of my knowledge, there is no one else here at the facility that needed to be conferred with in regards to ServiceMaster. Therefore, no other opinions would have been considered.*

She has also over-reached her responsibility by contacting the Site Customer Contact for requests of services without conferring with her site GM.

*Not exactly sure how to address this, as information has been needed in the achievement of various tasks; the process owner of this task facilitated and/or initiated an introduction to achieve the completion of the task at hand. The only way that the process owner could have been identified is either they were identified as such or a collaborative dialogue with fellow associates occurred. Generally, if someone is identified as the process owner, then they are the ones who manage or control that process; having said that they would normally be the point person. If they were not identified as the process owner, then that means that a collaborative dialogue ensued with fellow associates to facilitate the identification and execution of such; which totally defies the assertion that one is not working collaboratively with other fellow associates.*

*Furthermore, any requests for services and/or information were directly related to the scope of audit compliance only and for no other reason, as there is no personal benefit or gain in any requested service or information.*

8

KENCO 000032

**(Attach additional sheets if necessary)**

## Competencies

*Identify the specific competencies needing improvement from the list below. Describe the performance improvement required.*

| | |
|---|---|
| **Communication Skills**<br>- Business Writing<br>– Effective Communications<br>- Conducting Meetings<br>– Interpersonal Skills w/Associates | **Leading Others**<br>– Conflict Management<br>– Employment Law<br>- Performance Management<br>- Team Building<br>- Change Management |
| **Decision making and Problem Solving**<br>- Project Management<br>- Time Management<br>- Problem Solving | **Systems Capability**<br>- KQMS<br>- Lean tools<br>- WESnet. WMS, TMS |
| **Business Knowledge**<br>-Warehousing & Logistics 101 | - PC Desktop systems<br>- Safety/Security/DOT - Supply Chain Management |
| **Financial Management**<br>- Efficiency Improvement Program (EIP) | **See attached letter dated July 23, 2013** |

**Competency: Effective Communication**

*Specific Improvement Required:*

- *Mary needs to communicate through simple terms which are summarized and understandable for fellow coworkers to understand. The Site Management needs to be lead through the process of QC requirements. This cannot be achieved by responding to inquires with elongated governmental requirements which seemed to be cut/ copied from various websites.*

  *Kelvin, it is not my endeavor to use terms that are unfamiliar or uncommon vernacular; however, due to the nature and scope of the business some terminology may not offer alternative words in simpler terms and/or the redefining of terms may alter or take other aspects out of context. Therefore, the text may reflect it as such. Furthermore, correct use of terminology and verbiage allows one to effectively and efficiently communicate on a professional level with other industry constituents.*

  *Realizing that persons have different learning styles and after visiting a subject matter on several occasions, and my attempts to convey a thought or concept is not achieved, resource material seems to be the next best mode of conveyance, as perhaps it can provide different vantages that may assist in the learning process.*

  *The rules and regulations are exactly what they are "elongated governmental requirements" written and geared towards industry specifications and personnel, cross referenced and embedded with other "elongated governmental requirements" becoming the standard language. As great and as noble the charge of being able to relax, minimize, or alter these standards, my position and ability to influence these standards on any level does not exist. Furthermore, the*

9

KENCO 000033

*thought pattern was after not being able to bring an understanding or a resolve to the matter at hand from the abridged and condensed version, that some basic information should be supplied to offer a foundation.*

- *Mary needs to communicate with her Site GM. She cannot proceed in a course of action of implementing processes changes or introducing additional changes without conferring with her site GM.*

*To date, no changes have been implemented as we have not moved passed the gathering phase.*

**Competency: Leading of Others**

*Specific Improvement Required:*

- *It is important for Mary to understand that it is incumbent of the site QA Engineer to bring the local Site Management up to speed in matters of QC through training and development. She cannot achieve this by isolating herself and working independently of others.*

*This is a very true and correct statement. The platform has yet to be created in order to implement this strategy. Numerous polices have been submitted for review and to date have had no disposition placed on them nor have any meetings resulted from the submission of such, despite queries and follow ups. It is my thought that the process would have been worked through with you, scoped out, refined, and then presented to your managers, and so on and so forth. When information is neither accepted, refuted, or denied, then no benchmark is established and the information cannot be disseminated because it has not been validated for accuracy and plausibility.*

*On several occasions it has been requested to for management review meetings to occur. The first request was from the recap meetings of Kevin Moses and myself during a conference call with you, as well as, in an email dated may 28, 2013, asking you to host the management review meetings. To date, we have had no meetings and none have been scheduled.*

*Furthermore, we have only had (3) three planning meetings dedicated to the Mars Traceability audit May 16, 31, and July 3, 2013. The subject matter has been discussed (3) three additional times on May31, 3013 with Kevin Moses by conference call, June 12, 2103 with Ms Paula, Anthony, myself and you, and July 1, 2013 with Ms. Paula, Kevin Moses, Mike Manzello, myself and you.*

*The assertion is correct that this cannot be achieved alone; however, the proper protocol has not been established nor has the proper infrastructure been instituted to bring everyone on the same page. In addition, some line items assigned to me do not require input from fellow constituents. For example, the food defense and HACCP Plans or the Corporate Social Responsibility piece or the Quality Site Plan and outside the necessary information to construct the BCP; consequently, it would not be prudent to engage persons in subjects that they have no knowledge of.*

- *Mary needs to communicate with fellow Site Managers if resources are needed. This needs to be done by direct scheduled face to face meetings followed by an email summary. This will ensure the Department Manager(s) have a clear understanding of what is being requested and why.*

10

KENCO 000034

Most assuredly, there has been a strong dialogue, this can be proofed out in the scope of work developed, as well as, with the assertions made by you in your perception of "working outside the of the outlines job responsibilities." In order to garner the necessary information to achieve any one of these task would have definitely required collaboration, as the necessary information had to be supplied from some faction within this facility. Moreover, it would not be prudent to request information without giving a disposition or background to what is being asked. Understanding that perhaps there may be an impasse the personal communication allows touch points to be identified regarding how the request is being received and perceived and allows for the necessary adjustments to be made.

Furthermore, there is no way that the amount of information amassed could have been garnered without fellow site manager interaction and assistance; as we have already identified and agreed that there is no written correspondence outlining the procedures at hand. For example, on a daily basis William Schwerin is spoken with, initially we spoke primarily in person until we established a base line of what the objectives were and what was needed. Moving forward, we communicate in a combination of ways. Bill is one of the largest components to this audit piece, as well as, Tari Hart the Inventory and Quality Clerk the second largest component. As stated in the July 17, 2013 meeting both have done yeomen jobs in getting any and all requested information in a timely manner. They have also allowed me the opportunity to revisit issues with them on numerous occasions until clarity was obtained about the subject or process. Tom has also been helpful, when things are requested, even if it is acknnowleding that he cannot fulfill the request. Mike Manzello speaks with me on a daily basis updating me on the progression of the cleanliness of the warehouse. Consequently, it is difficult for me to understand or recognize who may have been left out of the loop, as Tom, Bill, Mike and yourself are the managers at hand that have a direct impact on the information needed to date. Obviously, other individuals have been engaged for the specific outlining of their job functions and processes.

**Competency: Time Management**

*Specific Improvement Required:*
Mary needs to develop a realistic and achievable approach for QA compliance measures. She needs to provide an outline of priorities, based on risk, with achievable timelines. Once developed, the list is to be reviewed and agreed upon by both local Site Management as well as Corp QA. Progress checks should be reviewed and circulated with the site management team based on a schedule determined by the GM.

During the meeting on June 12, 2013 with MS. Paula, Anthony, you and myself a copy of an outline was provided. Not only was this provided, but Provided policies on SQF, Food Defense, disposition of Sanitation-Pictures, Warehouse and sanitation Audits, KQSP, Destruction room, STD Work, GMPs, Allergen, as well as, the Process outline.

The outline was agreed upon and the target items were the sanitation, facility, and safety, with a tie into QA with a subset of line items. The outline was ranked in terms of risk. A project plan was developed. The initial project plan was scoped more for my personal use and has since been revised, and will be revised again to accommodate KOS initiatives geared towards a business perspective.

**Competency: Interpersonal Skills**

*Specific Improvement Required:*

11

KENCO 000035

*The Kenco Culture is one of partnership and collaboration, along with commitment & compassion. Mary needs to modify her work behaviors so that this approach is taken when dealing with both internal and external customers and vendors. When confronted with different ways of handling situations, Mary needs to be open to suggestions and ideas.*

*Most successful relationships, families, business, entities and the likes are built on collaboration, mutual respect morals, and ethics. Therefore, the Kenco concept is fully embraced and embodied. This mantra is to be lauded.*

*From a Quality and Business perspective, every time ones hand is put to a task there is an associated cost. Following the Kenco and Mars (TQM) and Zero defects models we are always to reduce defects, delays and derivations. Consequently, Muda or waste occurred, when in fact Service Master was engaged about the services provided and had to be engaged again. Time is equitable to money. The enormous amount of man hours being spent monitoring them, auditing them, corresponding about them and much to my chagrin to this date there have been no marked improvement. Putting us no closer to our goal of being compliant, as well as, creating the positive perception of the company for the review and audit through tangible deliverables like cleanliness.*

*In addition, the needs of the many out way those of the few. Realizing again from your stated perspective on numerous occasions that the review was not important, the sense of urgency to bring corrective action was not the same as mine. As the review is a precursor to the audit and how we have managed the business at hand. Moreover, the cost of poor quality was explained and how adversely this could affect the overall operation from being fined, sanctioned, facility closure, loss of goodwill, loss of revenue or any combination of the above. Relentlessly, you rallied to lend resources, as well as, my quality and business management skills in assistance to them; while there are so many other issues at hand that require and need those resources and tutelage.*

*Fundamentally, we are not privy to the overall business agreement between Mars and Kenco; however, inferentially it can be assumed that some deliverables were negotiated, the basics being; upholding the fiduciary obligation to ensure the safe warehousing of Mars product. That would include, but not limited to being compliant with current local, state, and Federal legislation, maintaining training records, sanitation logs and temperature charts for seven (7) years, as well as, ensuring that the facility is registered with the US Food and Drug Administration. It is interpreted or taken to mean that the latter of these excerpts statements extracted from the SOW Requirements would mean training, sanitation, and temperature charts would have to be developed, deployed and maintained, as well as, being compliant with the rules and regulations sanctioned by this governing body. Therefore, interpreting these mandates in any other manner would be out of scope.*

*In addition, after learning that ServiceMaster completes work scope forms, on a regular and continual basis, dating back to 2010, asserts that it provides cleaning services for the Co-Pack offices in the warehouse; when in fact the General Manager and Operations Manger of Co-Pack state that for some years Service Master has not cleaned their offices. This was confirmed in writing. More information surfaces that there is a third (3ʳᵈ) porter from ServiceMaster that comes from 9:30 p.m. -1:30 a.m. and is responsible for cleaning certain areas and within less than 12 hours an off shift the areas are in disarray. Not to mention, the scope of cleanliness has not improved, while listening to them enumerate the various regulated facilities they service and their interpretations of what spots should constitute and them being limited to certain types of spots! This was a bit exasperating and challenging to hear this rhetoric with no concrete resolution to date on how to resolve the matter. Consequently, another approach had to be*

12

KENCO 000036

*taken, a more firm approach; as Service Master was in full denial of what had been outlined verbally, in the Memorandum of Understanding, as well as, the expectations needed from that outline.*

*When asking ServiceMaster if they planned to address the cleaning techniques along with securing additional help, became characterized as an attack; whereby you chastised me openly in the meeting with ServiceMaster about your perceived characterization.  If in fact, additional help is secured but not properly changed then, the goal still has not been achieved.*

*Ironically enough, even though ServiceMaster has demonstrated by your characterization the same level of quality service provided throughout the years; has clearly asserted completing task that had not been completed, as well as, asserting that they are cleaning parts of the facility that have not been cleaned by them in a number of years, there has been an earnest and sincere desire to remediate them to an acceptable standard; while endeavoring to keep them whole.  But yet, in my perception, this same level of earnest desire to remediate my cited inadequacies and unacceptable behaviors has not occurred at this same level and magnitude. Considering that there had been no previous dialogue or mention of these inadequacies or unacceptable behaviors prior to the "PIP."*

*When confronted with different ways of handling situations, Mary needs to be open to suggestions and ideas.*

*It is my most sincerest desire, to dialogue and banter ideas to create stellar concepts. Furthermore, when the suggestion and ideas were posed, substantiating information was not provided; therefore, providing to concrete support in this effort.*

*However, at the risk of being non-complaint, compromising, and directly disobedient, it will be my natural proclivity and inclination to shun those suggestions and ideas.*

**Competency: Project Management**

*Specific Improvement Required:*

*Mary needs to have a clear understanding of the KQMS requirements. The KQMS process provides a detailed outline of how QA processes are to be developed and implemented..*

*There is a clear understanding of KQMS requirements, as these are predicated on ISO.  Having more than a (20) twenty year stint with ISO, they are very clear.  The application of these requirements to the current facility can only successfully be achieved through total management buy in.*

*Although Mary has been working to develop many of the sites documents, she is not following the KQMS outline. It is incumbent upon the site QA Engineer to have a full understanding of the KQMS processes and procedures. It is also expected that Mary works within the parameters of the KQMS requirements and procedures*

*The first line of defense implored was to become as FSMA compliant as possible. Consequently, there is no KQMS on the governmental mandates and would not necessarily fall*

13

KENCO 000037

into this category.  To be able to effectively convey any concepts, the platform to do so must be created, and to date no management review meetings have occurred since February 2013. Therefore, making it impossible to present these concepts to your management team; in addition, you had requested reducing engaging your personnel in and for information as they were not accustomed to a dialogue of information exchange, as well as, being in fire fighting mode.  The absence in not having a disposition on presented known industry policies and how they relate to the facilitate impaired implementation and training; as they could easily be scoped specific and implemented, as we as, stating after several queries that the scope of the business had changed and that training should be tabled-July 9, 2013 left the training piece unattainable.

It is also incumbent that the site QA Engineer coordinates with Department Managers to schedule and facilitate training.

It would out of scope for training to occur, when the appropriate and proper training programs have not been identified and the parameters of training outlined, as well as, when templates and polices have not been reviewed, disposed and scoped.  Furthermore, it was not until July 9, 2013, after several follow ups, that the communication was received indicating that the project scope exceeded their perceived capabilities.

14

KENCO 000038

15

KENCO 000039

*Plan Establishment*

A follow *up* discussion will be scheduled once you have completed your personal development plan. Your personal development plan is to be presented to your Manager within **10 days** of this review.

The required improvements must be made to the satisfaction of your Manager within 30 days. If satisfactory improvements are not made within 30 days, you are subject to further disciplinary action, up to and including termination. **Failure to successfully perform job responsibilities after the successful completion of the improvement plan may result in additional disciplinary action up to and including termination of employment without the issuance of another warning or improvement plan.**

**Comments:**

**Plan Establishment Signatures:**

Employee:                                          Date: _____

Supervisor:                                        Date: _____

Director/VP:                                       Date:

16

KENCO 000040

**EXHIBIT E**

Understanding the "Other" Clauses of ISO 22000 - Food Safety Magazine        Page 1 of 13

Home » Magazine Archive » June/July 2013

PROCESS CONTROL | June/July 2013

# Understanding the "Other" Clauses of ISO 22000

By Richard F. Stier and John G. Surak, Ph.D.



The ISO 22000 standard "Food Safety Management Systems — Requirements for Any Organization in the Food Chain" is just what the title says it is: a food safety management system (FSMS) with emphasis on the words management and system. Since this standard was issued in September 2005, it has been widely adopted globally. At the time this article was being prepared, over 2,400 companies throughout the world had received ISO 22000 certifications or its offspring, Food Safety System Certification (FSSC) 22000. FSSC 22000 is basically the ISO 22000 standard plus ISO 22002-1:2009 "Prerequisite programmes on food safety – Part 1: Food manufacturing." FSSC 22000 was developed to meet the benchmarking requirements for the Global Food Safety Initiative (GFSI) (see "GFSI-Benchmarked Audit Schemes"). GFSI felt that ISO 22000 did not provide sufficient guidance to companies for the prerequisite programs. Besides those companies seeking certification of an FSMS, there are many that utilize ISO 22000 as a framework to develop an FSMS but have elected not to spend the money on certification. Buyers throughout the world now mandate that their suppliers adopt one of the GFSI-approved audit schemes to ensure the safety of what they are purchasing.

The building blocks of the ISO 22000 standard are:

1.   Hazard Analysis and Critical Control Points (HACCP) as defined in the Codex Food Hygiene document
2.   Prerequisite programs that define the basic conditions to maintain an hygienic environment
3.   The components that are needed to have an effective management system

The final building block is based on ISO 9001:2000 and ISO 9001:2008 "Quality management systems – Requirements." It is these elements that have occasionally given companies, especially in the U.S., some problems. By this, we mean there are some clauses that are literally a new paradigm for these operators. The FSSC 22000 management system is more than a superenhanced food safety system. It is a system that defines how food safety must be managed in the company. Building a successful FSMS using either ISO 22000 or FSSC 22000 is a multistep process. Figure 1 shows the process from management commitment to certification.



**MANAGEMENT COMMITMENT & INTERNAL ORGANIZATION**
- Policy & objectives
- Communication of responsibilities
- Management of skills/competencies
- Provision of resources
- Defining the FSMS
- Internal/External communication
- Documentation
- Emergencies/Disasters
- Develop identification & traceability

**IMPLEMENTATION OF PREREQUISITE PROGRAMS (PRPs)**
- Identify the necessary PRPs
- Review the existing PRPs
- Implement the PRPs
- Verify efficacy of the PRPs
- Recall product

HAZARD ANALYSIS