# EXHIBIT A

Page 412

1    Q.   So what's your point?  Are you saying that
2  you should have been hired by Mars after you --
3    A.   No.  I didn't say that.  I said I believe
4  that Kenco was not the sole employer at the
5  facility, that they were the manager because they
6  said they managed the place.
7    Q.   Right.  So your paychecks came from which
8  entity?  Do you know who paid you?
9    A.   Well, I know in your -- the verified
10 response.
11   Q.   No.  I'm just asking when you got
12 paychecks, do you know who was paying you?
13   A.   Yeah.  Mars paid Kenco and Kenco
14 distributed the checks.
15   Q.   Who was your paycheck from?
16        Who was -- what entity was on your
17 paycheck, do you know?
18   A.   It had -- on the checks they had -- it had
19 Kenco's name on it with the business unit of Mars
20 on there as well.
21   Q.   Okay.  Are you married?
22   A.   No, ma'am.
23   Q.   And so you've been unemployed since August
24 of 2013.  It's now 2017.

Page 413

1            How are you surviving with no money coming
2    in, not working?
3            Where is your money coming from?  How are
4    you eating?
5        A.   Oh, I had money before I went there.
6        Q.   So what are you saying; you're living off
7    your savings?
8        A.   Yes.
9        Q.   Have you taken out any loans?
10       A.   No.
11       Q.   Have you been traveling?
12       A.   Yes.
13       Q.   Where have you been traveling in the
14   last -- since you left Kenco, have you traveled
15   outside of the United States?
16       A.   No.  Well...
17       Q.   Do you have a passport?
18       A.   Yes.
19       Q.   So where have you been traveling since you
20   left Kenco?  Where have you traveled?
21       A.   Let me see, I've been to New York, Texas,
22   Mississippi.  I don't know.
23       Q.   How many trips would you say you've taken
24   in the last three-and-a-half years?

1  A.  I don't know.
2  Q.  How much money do you have in your
3  savings?
4  A.  I don't know offhand.
5  Q.  Well, give me your best guess.
6  A.  I don't know offhand.
7  Q.  Just --
8  A.  I don't know offhand.
9  Q.  You have no idea --
10 A.  No, ma'am.
11 Q.  -- how much savings you have?
12 A.  No, ma'am.
13 Q.  Do you have a checking account?
14 A.  Yes, ma'am.
15 Q.  And you have a savings account?
16 A.  Yes, ma'am.
17 Q.  Do you have any other --
18 A.  Yeah.
19 Q.  Or is your money in your checking and
20 savings account?
21 A.  It's under my mattress at home.
22 Q.  You also have money under your mattress?
23 A.  Uh-huh.
24 Q.  So you've got the checking, the savings

1  account, and your mattress?
2      Anything else where you've got money?
3    A.  No.
4    Q.  And is anybody else providing you with
5  financial support?
6    A.  Friends and family.
7    Q.  What have you been getting from friends
8  and family?
9    A.  Gifts.
10   Q.  Gifts of money?
11   A.  Yes.
12   Q.  And how much and what kind of --
13   A.  It depends.  I don't know.
14   Q.  What's the most you've gotten; what's the
15 least you've gotten?
16   A.  I don't know.  I can't tell you offhand.
17   Q.  Do you have medical expenses?
18   A.  No.
19   Q.  So your medical expenses are all paid?
20   A.  I'm not sickly.
21   Q.  Okay.  So no outstanding medical expenses?
22   A.  Not that I'm aware of.
23   Q.  In addition to wages that I understand you
24 don't know how far that should go, but any other

Page 416

1   types of benefits that you're claiming you should
2   have gotten?
3        A.   Whatever was available that I could get.
4   I don't really know offhand.
5        Q.   What's your address?
6        A.   My address?
7        Q.   Uh-huh.
8        A.   It's 9758 South Charles.
9             Why do you need my address?
10       Q.   Well, you're a plaintiff in a lawsuit.
11  I've got to send you things, so we can make sure
12  that we have the right address.
13            So it's 9758 South Charles.  And what
14  city?
15       A.   In Chicago.
16       Q.   And your zip?
17       A.   60643.
18       Q.   And do you live with anybody?
19       A.   No.  It's my house.
20       Q.   Does anybody live there with you?
21       A.   No.
22       Q.   And you own the house?
23       A.   (Nods head affirmatively.)
24       Q.   Is that a yes?