E-FILED
Wednesday, 12 July, 2017 11:42:27 AM
Clerk, U.S. District Court, ILCD

# EXHIBIT A

**jackson|lewis**
Attorneys at Law

Representing Management Exclusively in Workplace Law and Related Litigation

Jackson Lewis P.C.
150 North Michigan Avenue
Suite 2500
Chicago, Illinois 60601
Tel 312 787-4949
Fax 312 787-4995
www.jacksonlewis.com

ALBANY, NY • ALBUQUERQUE, NM • ATLANTA, GA • AUSTIN, TX • BALTIMORE, MD • BIRMINGHAM, AL • BOSTON, MA • CHICAGO, IL • CINCINNATI, OH • CLEVELAND, OH • DALLAS, TX • DAYTON, OH • DENVER, CO • DETROIT, MI • GRAND RAPIDS, MI • GREENVILLE, SC • HARTFORD, CT • HONOLULU, HI* • HOUSTON, TX • INDIANAPOLIS, IN • JACKSONVILLE, FL • KANSAS CITY REGION • LAS VEGAS, NV • LONG ISLAND, NY • LOS ANGELES, CA • MADISON, WI • MEMPHIS, TN • MIAMI, FL • MILWAUKEE, WI • MINNEAPOLIS, MN • MONMOUTH COUNTY, NJ • MORRISTOWN, NJ • NEW ORLEANS, LA • NEW YORK, NY • NORFOLK, VA • OMAHA, NE • ORANGE COUNTY, CA • ORLANDO, FL • PHILADELPHIA, PA • PHOENIX, AZ • PITTSBURGH, PA • PORTLAND, OR • PORTSMOUTH, NH • PROVIDENCE, RI • RALEIGH, NC • RAPID CITY, SD • RICHMOND, VA • SACRAMENTO, CA • SALT LAKE CITY, UT • SAN DIEGO, CA • SAN FRANCISCO, CA • SAN JUAN, PR • SEATTLE, WA • ST. LOUIS, MO • TAMPA, FL • WASHINGTON, DC REGION • WHITE PLAINS, NY

*through an affiliation with Jackson Lewis P.C., a Law Corporation

My Direct Dial is: 312-803-2533
My Email Address is: Julia.Argentieri@JacksonLewis.com

April 3, 2017

**VIA EMAIL AND U.S. MAIL**
Ms. Mary Madison
9758 S. Charles
Chicago, Illinois 60603

Re:   *Mary Madison vs. Kenco Logistic Services, et al.*
      Case No. 15-cv-2290-CSB-EIL

Dear Ms. Madison:

Federal Rule 26 requires that a party serving discovery requests, by signing their name, certifies that the discovery is not being served to "harass, cause unnecessary delay, or needlessly increase the cost of litigation." Fed. R. Civ. Pro. 26(g). We write this letter to remind you of your discovery obligations and ask you to reconsider the recent voluminous discovery you have issued to defendants, which we believe to be unnecessary and harassing in nature.

Kenco already voluntarily produced the relevant documents in its possession prior to such documents being requested.[1] At your request, we then also mailed hard copies of the documents to you on March 14, 2017. Over the last several weeks, we have received many voluminous, duplicative and seemingly needless discovery requests from you which we believe are in violation of the requirements under Fed. R. 26(g) due to their repetitive and voluminous nature. Further, Kelvin Walsh is no longer employed by Kenco and does not have any Kenco documents in his possession. The recent discovery requests we have received are summarized as follows:

- 18 Interrogatories and 134 Requests for Production to Defendant Kenco which were received on February 27. Kenco is in the process of responding to these discovery requests, but requests a brief extension due to the volume, and will serve its responses on or before April 6.

---

[1] Documents which will be marked confidential have not yet been produced. We have tried, on several occasions, to discuss reaching agreement regarding a protective order with you and have not had success.



- 18 Interrogatories and 134 Requests for Production to Defendant Walsh, received on March 6. Walsh intends to respond to these interrogatories on or before April 15. However, we object to these Requests for Production as harassing and unnecessary for the reasons stated above.
- 116 Requests to Admit to Defendant Kenco received on March 20. We object to these Requests to Admit and would be willing to discussing reaching an agreement about an appropriate number of Requests to Admit.
- 78 Requests to Admit to Defendant Walsh received on March 28. We object to these Requests to Admit and would be willing to discussing reaching an agreement about an appropriate number of Requests to Admit.
- 19 additional Requests for Production of Documents to Defendant Kenco received March 28. We object to these additional Requests for Production as harassing and unnecessary for the reasons stated above.

Please contact us upon your review of this letter to discuss whether you would be willing to withdraw any of the above discovery which we are objecting to for the reasons indicated. If we do not hear from you in the next 7 days, we will consider filing a motion with the Court to request a protective order and any other available relief.

Regards,

JACKSON LEWIS P.C.

*Julia P. Argentieri*

Julia P. Argentieri