E-FILED
Wednesday, 12 July, 2017 11:42:28 AM
Clerk, U.S. District Court, ILCD

# EXHIBIT B

| | |
|---|---|
| **From:** | Argentieri, Julia P. (Chicago) |
| **Sent:** | Friday, June 02, 2017 9:40 AM |
| **To:** | Mary Madison (mdj123197@aol.com) |
| **Cc:** | Moran, Jody Wilner (Chicago); Tom Davies; Watkins, Brittany (Chicago) |
| **Subject:** | Madison v. Kenco - Supplemental Production |
| **Attachments:** | Kenco 1869-1873 (Appendix F).pdf; Kenco 1874-1892.pdf; Kenco 1893-1898.pdf; Kenco 1899 - 1903.pdf |

Ms. Madison:

In follow up to our conversation earlier this week during the status hearing with Magistrate Long, you had requested additional documents from Kenco consisting of:

1. The Appendix of Policies (See attached documents "Appendix F" bates labeled Kenco 1869-1873);
2. Any other policy-related documents that pertain to performance management of exempt-level employees and your Performance Improvement Plan (see Kenco 1874-1903). These supplemental documents consist of the attachments to Policy CP-HR-6.2.2.009 which was previously produced and bates labeled as Kenco 1865-1868;

Finally can you please give me a call at your convenience in order to discuss which job descriptions you are looking for, or alternatively, can you provide us with a list of the positions for which you prepared job descriptions that you are seeking in discovery? Kenco does not have a list of which job descriptions you were working on while employed, so in order to continue searching for these documents, we will need additional information from you.

If you would like paper copies of these documents mailed to your home as you have requested with other documents, please let us know. Additionally, please be mindful of the protective order in this litigation and do not share these documents with other individuals or file them on the public record.

Regards,
Julie Argentieri

**Julia P. Argentieri**
Attorney at Law
**Jackson Lewis P.C.**
150 North Michigan Avenue
Suite 2500
Chicago, IL 60601
Direct: (312) 803-2533 | Main: (312) 787-4949

Julia.Argentieri@jacksonlewis.com  |  www.jacksonlewis.com

***Jackson Lewis P.C. is included in the AmLaw 100 and Global 100 law firm rankings.***