Exhibit A

Tuesday, July 25, 2017    11:18 AM

# Standard Checking Statement

For 24-hour information, sign on to PNC Bank Online Banking on pnc.com

Account Number: ███████ - continued

For the period 11/19/2015 to 12/17/2015
IONA J MADISON
Primary account number: ███████
Page 2 of 5

## Overdraft and Returned Item Fee Summary

|  | Total for this Period | Total Year to Date |
|---|---|---|
| Total Overdraft Fees | .00 | 36.00 |
| Total NSF/OD Refunds | .00 | 36.00 |

## Activity Detail

### Deposits and Other Additions

There were 4 Deposits and Other Additions totaling $1,295.47.

| Date | Amount | Description |
|---|---|---|
| 12/03 | 14.94 | ATM Deposit 170 N Ottawa St Joliet Il |
| 12/09 | 477.53 | ATM Deposit 10701S Western Chicago Il |
| 12/11 | 800.00 | ATM Deposit 1730 Plainfield Crest Hill Il |
| 12/17 | 3.00 | ATM Transaction Fee Reimbursement |

### Banking/Check Card Withdrawals and Purchases

There were 2 Banking Machine withdrawals totaling $322.50.
There were 17 Check Card/Bank card PIN POS purchases totaling $324.19.
There were 11 other Banking Machine/Check Card deductions totaling $113.96.

| Date | Amount | Description |
|---|---|---|
| 11/19 | 17.37 | 1666 Debit Card Purchase Samsclub 8298 Gas |
| 11/20 | 25.52 | POS Purchase Wm Supercenter Evergreen PA Il |
| 11/23 | 9.97 | 1666 Debit Card Purchase Wendy's #707 Joliet I |
| 11/23 | 22.50 | ATM Withdrawal 2649 W 87TH St Evergreen PA Il |
| 11/23 | 9.31 | 1666 Debit Card Purchase Samsclub 8298 Gas |
| 11/23 | 3.00 | ATM Withdrawal Fee |
| 11/24 | 9.76 | 1666 Debit Card Purchase Samsclub #8298 Joliet |
| 11/24 | 15.76 | POS Purchase Ultra- Joliet Joliet Il |
| 11/25 | 8.20 | 1666 Debit Card Purchase Taco Bell #26747 Joli |
| 11/25 | 4.38 | 1666 Debit Card Purchase Super Jj Fish Joliet |
| 11/25 | 8.37 | POS Purchase USPS 163966043 Joliet Il |
| 11/25 | 6.59 | POS Purchase Petes Fresh Ma Evergreen PA Il |
| 11/27 | 9.73 | POS Purchase Sams Club #829 Joliet Il |
| 12/02 | 20.29 | 1666 Debit Card Purchase Livingsocial* |
| 12/02 | 12.35 | POS Purchase Sams Club #829 Joliet Il |
| 12/07 | 15.01 | POS Purchase Sams Club #829 Joliet Il |
| 12/11 | 20.56 | POS Purchase #03376 Jewel Chicago Il |
| 12/11 | 42.20 | POS Purchase Jetro Holdings Chicago Il |
| 12/11 | 5.60 | POS Purchase Mon Ami Mobil Chicago Il |
| 12/14 | 1.22 | 1666 Debit Card Purchase Exxonmobil Chicago Il |
| 12/14 | 11.00 | 1666 Debit Card Purchase Nail Spa Evergreen P |
| 12/14 | 14.69 | POS Purchase Sams Club #829 Joliet Il |
| 12/14 | 54.69 | POS Purchase #03176 Jewel Chicago Il |

Banking/Check Card Withdrawals and Purchases continued on next page

## Standard Checking Statement

For 24-hour information, sign on to PNC Bank Online Banking
on pnc.com
Account Number: ███████  continued

For the period  11/19/2015  to  12/17/2015
IONA J MADISON
Primary account number: ███████
Page 4 of 5

notifying us or making a claim under the Check 21 Act, with respect to a substitute check or an image of a substitute check that is sent with a statement or that appears on a statement, will be as set forth in the Check 21 Act.

We reserve the right to reduce the frequency with which we deliver you a periodic statement if your Account becomes inactive, as discussed later in this Agreement.

Please notify us of any change in your address. If your statement is returned to us, we may suspend further delivery until a current address is received. You can notify us of an address change by mail, in person, or through our Online Banking system.

Amendment, Waiver
We reserve the right to amend this Agreement (including the right to convert your Account from one product to another) and our Consumer Schedule of Service Charges and Fees (including the right to change charges, fees, and the manner in which we calculate and/or credit interest), from time to time. We will inform you of any amendment (1) by mailing notice of the amendment and the amendment itself, in paper form, to the address on file for your statement; or (2) if you have opted to receive online statements in electronic form, by posting the notice of the amendment and the amendment itself on PNC's secure Online Banking web site. If you receive statements in paper form, the amendment will generally appear on your statement. In some cases, notice of the amendment will appear on the statement and the amendment itself will be included on an insert accompanying your statement. If you have opted to receive online statements, the amendment will generally appear as a message on the PDF statement posted on PNC's secure Online Banking web site as well as in the "Messages" section of the site. In some cases, the amendment will be included as a PDF insert on the web site. (For more information about online amendments and statements, please refer to your Online Banking Service Agreement.) When the amendment becomes effective, we will post the new version of this Agreement online and make the new version available in our branches. An amendment will become effective 30 days (or such later time if required by law) after notice of the amendment is delivered or otherwise made available to you, unless a shorter time period is permitted by applicable law or required because of an emergency situation, in which case we will provide notice as we deem practicable. If this is a joint Account, then notice of an amendment provided to one joint depositor shall be deemed to be notice to all joint depositors. Your continued use of your Account following the effective date of an Amendment indicates your consent to continue to be bound by this Agreement, as amended.

We reserve the right to waive the enforcement of any of the terms and conditions of this Agreement. Any such waiver must be in writing and signed by a Bank officer and shall not be considered a waiver of any other or future obligation or right.

Notices
Any written notice that you give to us is effective when we have actually received it. Any written notice that we give to you is effective (1) when it is mailed to you at the address on file for your statement, or (2) if you have opted to receive online statements in electronic form, when it is posted on PNC's secure Online Banking web site. (For more information about online amendments and statements, please refer to your Online Banking Service Agreement.)

ARBITRATION PROVISION

Arbitration Procedures
a. Agreement to Arbitrate Claims. Except if you opt out as provided below, you or we may elect to arbitrate

Account Transaction Detail Report placeholder
# Account Transaction Detail Report

Account Transaction Detail Report

# Exhibit B



**Account Number:** ███████

| Post Date | Effective Date | Amount | Balance | DCN | Stm | Type | Description |
|---|---|---|---|---|---|---|---|
| 12/07/2015 | 12/07/2015 | $15.01 | $13.99 | D | Y | Debit Card | SAMS CLUB #829 N1204 1666JOLIET ILPOS82980088 5387107 |