Mary Madison
   Plaintiff

v.                               Case # 15CV2290

Kenco Logistics Service, et al
   Defendants

FILED
JUL 25 2017
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, ILLINOIS

## Plaintiff's Motion to File Exhibits Under Seal

Plaintiff hereby moves the court to file Plaintiff's Bank Statements under seal in response to Defendants' motion on the accuracy of Madison's In Forma Pauperis Application.

Respectfully Submitted

*[signature]*

Mary D Madison
9758 S Charles
Chicago, IL 60643
7/25/17