E-FILED
Friday, 01 September, 2017   11:23:00 AM
Clerk, U.S. District Court, ILCD

# EXHIBIT A

Page 1

1        UNITED STATES DISTRICT COURT
2      FOR THE CENTRAL DISTRICT OF ILLINOIS
3
4   MARY MADISON,                          )
5            Plaintiff,                    )
6         vs.                              )  No. 15-2290
7   KENCO LOGISTICS SERVICES, LLC, a       )
8   Tennessee Limited Liability            )
9   Company, Mars, Inc., Kelvin Walsh,     )
10  et al.,                                )
11           Defendants.                   )
12
13
14       The video deposition of MARY MADISON,
15  called for examination pursuant to the Rules of
16  Civil Procedure for the United States District
17  Court pertaining to the taking of depositions, at
18  150 North Michigan Avenue, Suite 2400, Chicago,
19  Illinois, on May 24, 2017, at the hour of 9:36 a.m.
20
21
22
23  Reporter:  Kimberly D. Bures, CSR, RDR, CRR, CRC.
24  Illinois CSR License No.:  084-003292.

1  APPEARANCES:
2      JACKSON LEWIS P.C., by
3      MS. JODY W. MORAN, and
4      MS. JULIA P. ARGENTIERI,
5      150 North Michigan Avenue, Suite 2500,
6      Chicago, Illinois 60601,
7      (312) 787-4949,
8      moranj@jacksonlewis.com,
9      julia.argentieri@jacksonlewis.com,
10          representing the defendants
11          Kenco Logistic Services and Kelvin Walsh;
12
13     HARMON & DAVIES, P.C., by:
14     MR. THOMAS R. DAVIES,
15     2306 Columbia Avenue,
16     Lancaster, Pennsylvania 17603,
17     (717) 291-2236,
18     tdavies@h-dlaw.com,
19          representing the defendant Mars, Inc.
20
21  ALSO PRESENT:
22     MS. CRYSTAL DeMEY, Videographer, and
23     MR. JAY ELLIOTT.
24                    * * * * *

Page 11

1  filed an appearance on your behalf in this case?
2      A.   I don't know his reason for doing it, but
3  that's the arrangement that we worked out.
4      Q.   Okay.  Okay.  In what matters has your
5  deposition been taken before?
6      A.   I'm not sure.  It's been a long time ago.
7  I can't recall.
8      Q.   Okay.  You don't -- how many times were
9  you -- was your deposition taken before?
10     A.   Maybe once, twice.  I'm not really sure
11 offhand.  I don't think it's more than twice.
12     Q.   Okay.  And do you remember, was there a
13 particular lawsuit that you were involved in where
14 your deposition was taken?
15     A.   I can't really recall.  If it was, it was
16 decades ago.  I would -- it hasn't been anything in
17 the last ten years or something that I could recall
18 specifically.
19     Q.   Okay.  So is it your testimony that your
20 deposition hasn't been taken in at least ten years?
21     A.   Correct.
22     Q.   How did you meet Jordan Hoffman?
23     A.   I don't really know.  Someone referred him
24 to me.

Veritext Legal Solutions
www.veritext.com                                    888-391-3376

Page 12

1   Q.   Okay.  Do you remember who that was?
2   A.   No, I don't.
3   Q.   And how long ago was that?
4   A.   I've known him -- it's -- it's been a
5   number of years.  I can't put a date to it, but
6   it's been a number of years.
7   Q.   More than five years?
8   A.   Yes.
9   Q.   More than ten years?
10  A.   Probably.
11  Q.   Okay.  Did you ever work for him?
12  A.   Absolutely not.
13  Q.   And how would you describe the nature of
14  your relationship?
15  A.   A business casual relationship.
16  Q.   Okay.  Do you consider him to be a friend?
17  A.   Yeah, yes.
18  Q.   Okay.  Okay.  Has he represented you in
19  any other litigation besides the department of
20  labor matter and the proceedings at the Illinois
21  Department of Labor --
22  A.   Yes.
23  Q.   -- I'm sorry -- the Illinois Department of
24  Human Rights?

1        A.    Yes.
2        Q.    Okay.  And what has -- and where has he
3    represented you, what other matters?
4        A.    Most recently -- at Cook County with a
5    matter dealing with some property I own.
6        Q.    Okay.  So you had an issue with some
7    property you own?
8        A.    Uh-huh.
9        Q.    Okay.  And he represented you in that?
10       A.    Correct.
11       Q.    Okay.  Anything else?
12       A.    The matters that he's represented me in
13   recently have been property related.
14       Q.    Okay.  And do you have e-mails or other
15   communications between you and Mr. Jordan Hoffman
16   with respect to this lawsuit?
17       A.    No.
18       Q.    Not one e-mail?
19       A.    Not that I'm aware of.
20       Q.    Okay.  Have you checked?
21       A.    Yes, of course.
22       Q.    Okay.  And so when you searched you could
23   not find any e-mails between you and Jordan Hoffman
24   related to this lawsuit?

1       A.   Not to this specific lawsuit.
2       Q.   Okay.  And do you have any e-mails with
3  any former Kenco employees regarding your lawsuit?
4       A.   No.  But every e-mail that I've had I've
5  disseminated them to you as you requested.
6       Q.   Do you have any e-mails -- were you
7  providing assistance to any other former Kenco
8  employee who has a lawsuit against Kenco?
9       A.   I'm not in a capacity to be able to assist
10 anyone.
11      Q.   Okay.  And so does that mean that you have
12 not -- you have not provided any assistance?
13      A.   Define assistance for me in that respect
14 so that we can be clear --
15      Q.   Oh, sure.
16      A.   -- what we're speaking about.
17      Q.   Absolutely.  Okay.  Are you familiar with
18 Vernon Henry?
19      A.   Yes.  I am aware of him.
20      Q.   Okay.  Are you aware that he has a lawsuit
21 against Kenco?
22      A.   Yes, I am.
23      Q.   Okay.  Have you communicated with him in
24 any way about his lawsuit against Kenco?