# EXHIBIT B

Case Chronology

Charge Number: 2015CA2495            Investigator: GAD

Complainant: Edith McCurry            Respondent: Kenco Logistic Services, LLC

| DATE (TIME OPTIONAL) | CONTACT |
|---|---|
| 07/06/15 | 8:19 L VM for Complainant atty Hoffman to call back to schedule CPI and FFC<br><br>9:22 Spoke to Respondent attorney Elliot and he confirmed September 1, 2015 at 11:00 FFC via telephone. Gave him the Department's rm. 171 conference number (312.814.4317) |
| 07/08/15 | 3:10 Complainant atty Hoffman called and said he has been unsuccessful in getting into contact with his client for CPI and FFC. Staff reiterated the importance of the Department's CPI and requested for Hoffman to provide his client's availability ASAP. |
| 07/30/15 | 10:00 Complainant Atty Hoffman agreed to make Complainant available for CPI and witness interviews to be conducted together via telephone. Proposed dates: 8/25, 8/27, at 9/15.<br><br>11:25 Rcvd email from Complainant atty Hoffman. |
| 08/07/15 | 10:50 Respondent Elliot requested to waive FFC<br><br>12:00 L VM for Complainant Hoffman re FFC waiver |
| 08/13/15 | 8:27 Proposed 8/25 or 8/27 for CPI |
| 08/27/15 | 9:29 Complainant Atty Hoffman confirmed interviews with McCurry; and witness interview with Szplett for 9/15 starting at 11:00 |
| 09/01/15 | 10:29 Spoke to Respondent atty Elliot and explained that Dept. is in the process of scheduling the FFC and is awaiting Complainant to make herself available for FFC. I indicated the Department will send out a notice once it schedules FFC. Elliot indicated that he understands. |
| 09/15/15 | 11:00 Complainant's rep, Mary Madison, refused to allow her client to be interviewed for Complainant's two cases, 2015CA1804 and 2015CA2495, alleging that "Mr. Hoffman never agreed to allow the Department to interview his client about these two cases." Staff informed Madison that Hoffman had indeed confirmed Complainant's interview for the above referenced cases. Madison insisted on not allowing the Department to interview Complainant for CPI, even though the interview had been scheduled and Complainant and the Department had more than enough time available today to complete interview. Madison stated, "Ah uh uh! No, no, no, no, no! This is not happening!" Madison then indicated that |

Charge Number: 2015CA2495          Investigator: GAD

Complainant: Edith McCurry          Respondent: Kenco Logistic Services, LLC

|  |  |
|---|---|
|  | she needs to talk to Hoffman to determine if Complainant would cooperate with the Department's request to interview Complainant.<br><br>11:20 Re-established contact with Complainant Atty Asst. Madison and Complainant, and Madison stated that she would only make her client available for a witness interview. At this point, with no other option for conducting the previously scheduled CPI, staff was only able to conduct a witness interview with McCurry in relation to another pending investigation.<br><br>Staff then requested for both Madison and McCurry to provide their availability for the Department's CPI and fact-finding conference. Madison refused to reference her availability; and refused to allow her client McCurry to state her availability. Madison stated "I am not prepared today to provide my availability or my clients availability," and indicated that she would get back to Staff immediately after the interview to provide availability. Staff indicated that he would provide Madison and McCurry with more than enough time to review their upcoming availability as they remained commented on the telephone; and Madison vehemently refused to cooperate with Staff's request and provide their availability for the CPI and FFC. At this point, Staff had no other alternative than to wait for Madison to provide their availability for said FFC and CPI. |
| 09/17/15 | 9:40 Requested confirmation via email of CPI on 10/20 at 11:00 a.m. and FFC on 10/29 at 11:00.<br><br>3:01 Sent Apps to Complainant atty and requested completion. |
| 09/21/15 | 10:10 I/S CBD called and L VM for Complainant Atty Hoffman and requested call back for confirmation of CPI on 10/20 at 11:00 a.m. and FFC on 10/29 at 11:00.<br><br>11:00 Complainant Atty Asst Madison contacted I/S CBD and L VM indicating that she hasn't confirmed the Department's CPI on 10/20 at 11:00 a.m. or FFC on 10/29 at 11:00, and will notify the Department when Complainant says whether or not she will make herself available on these dates.<br><br>3:00 Sent FFC Notices to Complainant and Respondent via US Mail. |

KENCO 001019