IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

MARY MADISON,

    Plaintiff,

Case No. 15-cv-2290-CSB-EIL

V.

KENCO LOGISTIC SERVICES, et. al.,

    Defendants.



FILED
SEP 15 2017
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, ILLINOIS

### PLAINTIFF'S RESPONSE TO DEFENDANTS' ADDITIONAL INFORMATION

1. I have not represented myself as an attorney and I am not familiar with these accusations.

2. Mr. Hoffman works on my behalf.

3. Attached you will find a letter outlining and characterizing my time spent; in addition to, support received. See Exhibit A

**Wherefore, in conclusion** based upon the previously and the additionally stated reasons Plaintiff respectfully request and prays that Court rule in her favor.

Respectfully submitted, **MARY MADISON**

By: _____

Pro Se
MARY MADISON
9758 S. Charles
Chicago, IL 60643

## CERTIFICATE OF SERVICE

Please take notice that on September 14, 2017, I, Mary Madison, hereby, certify that I did file a **RESPONSE TO DEFENDANTS' ADDITIONAL INFORMATION** with the Central District of Illinois Urbana Division in the foregoing matter of Case No. 15-cv-02290-CSB-EIL and have served the persons identified on the docket's service list via Notice of Electronic Filing generated by the Court's CM/ECF system.

Pro Se
MARY MADISON
9758 S. Charles
Chicago, IL 60643
773.297.9569

Kimberly J. Overbaugh
Thomas R. Davies
Harmon & Davies, P.C.
2306 Columbia Ave
Lancaster, PA 17603

Jody Wilner Moran
Julia P. Argentieri
Jackson Lewis P.C.
150 North Michigan Ave., Suite 2500
Chicago, IL 60601