

# St. James
## African Methodist Episcopal Church
### Rev. J. Leon Thorn, Pastor

September 13, 2017

Magistrate Judge Eric Long
338 U.S. Courthouse
201 S. Vine Street
Urbana, IL 61802

RE: Mary Madison

Judge Long:

    Since the latter part of 2013, Mary Madison has on a regular and consistent basis volunteered a significant amount of her time on a weekly basis here at the church in regards to various church, civic and community outreach programs.

    Her services include preparing hot meals for the homeless on Lower Wacker Drive, assisting in the Food Pantry, working in the Clothing Center, and involvement with Social Action groups such as the Developing Community Project (DCP) and the CTA Red Line Extension Coalition to name a few. These programs and activities are short and long term. Ms. Madison engaged in this level of volunteerism up until the late winter of this year and resumed again in the spring, when her substitute teaching assignment ended.

    As a church and as the Pastor of this church, we have supported and continue to support Ms. Madison, just as we have other members, in a number of ways throughout/during this difficult and challenging time.

Sincerely,

*[signature]*

Rev. J. Leon Thorn, Senior Pastor

9256 S. Lafayette • Chicago, Illinois 60620
Phone: 773.785.9733   Fax: 773.785.0089
e-mail: stjamesame@sbcglobal.net
www.stjamesame.net