E-FILED
Tuesday, 10 October, 2017 PM
Clerk, U.S. District Court, ILCD

Exhibit 1

THIS STATEMENT ISSUED AS A 1099-MISC U.S. INFORMATION RETURN
RETAIN FOR TAX PURPOSES

Recipient:                            Account No.: 23125

    UNITED STATES TREASURY              Taxpayer ID No.:        4610
    LEVY PROCEEDS
    MARY D MADDISON 323744610
    2970 MARKET STREET
    MAIL STOP 5-E04 116
    PHILADELPHIA, PA 19104

Payer:  INDIGO MINERALS LLC              E.I.N.: 20-5177269
    600 TRAVIS SUITE 5500
    HOUSTON, TX 77002

    1099-MISC AMOUNTS FOR TAX YEAR 2015:
    (Box 1) Rentals                          $          0.00
    (Box 2) Royalties                        $         19.74
    (Box 3) Other Income                     $          0.00
    (Box 4) Federal income tax withheld      $          0.00
    (Box 6) Medical and Health Care Payments $          0.00
    (Box 7) Nonemployee compensation         $          0.00
    (Box 14) Gross proceeds paid to attorney $          0.00
    (Box 16) State Income tax withheld       $          0.00
    (Box 17) State/Payer's State Number
    Contact: 1099@INDIGOMINERALS.COM - 713-237-5037 - 1099@indigominerals.com

This is important tax information and is being furnished to the Internal Revenue
Service. If you are required to file a return, a negligence penalty or other
sanction may be imposed on you if this income is taxable and the IRS determines
that it has not been reported.

SUMMARY OF AMOUNTS PAID IN 2015:

          Gross          Deductions        Net Check Amt
          $19.74            $1.96              $17.78

OMB No. 1545-0115
2015
Form 1099-MISC
Miscellaneous Income

**EP Energy E&P COMPANY, L.P.**

Owner Relations Number is (713) 997-1200
www.epenergy.com  ownerrelations@epenergy.com

Written Inquiries:  EP Energy E&P Company, LP.
Attention: Owner Relations
PO Box 4660
Houston, TX 77210-4660

IRS K CARPENTER-HARRIS
FBO MARY D MADDISON
ACCT # 323744610
14479 JOHN HUMPHREY DR
ORLAND PARK IL 60462

### Legend

**Product Codes (PC)**
1 - Oil (bbl)
2 - Gas (mcf)
3 - Condensate (bbl)
4 - Plant Products (gal)
D - Drip Condensate (bbl)

**Disposition Codes (DC)**
03 - Sales
05 - Lease use
07 - Other

**Other Codes**
01 - Federal Non-Resident Alien Tax Withholding
06 - Interest Paid
10 - Federal Backup Withholding
17 - Excess Royalty
19 - JIB Offset
20 - State Withholding Tax
21 - Ad Valorem Tax

**Interest Type**
WI - Working Interest
RI - Royalty Interest
OR - Overriding Royalty
PP - Production Payment
NE - Non Executive Mineral Interest
NP - Non Participating Mineral Interest
CR - Royalty (Non-Standard)

| Property Number | DOI Type | DOI | DC | Property Name | Avg Price | DOI Decimal | Property Gross Volume | Property Gross Value ($) | Property Severance Tax ($) | Property Deducts ($) | Other Code | Property Net Value ($) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Mo/Yr Sales Date | Int Type | PC | ST | County Name | Avg MMBTU Price | Disbursement Decimal | BTU | Owner Gross Value ($) | Owner Severance Tax ($) | Owner Deducts ($) | Other Value ($) | Owner Net Value ($) |
| 10008929 | REV | ALL | 03 | HOUSTON 28H #1 | 2.82 | 0.0013671880 | -4,935.00 | -13,927.36 | -804.40 | -2,348.04 | | -10,774.92 |
| 06/2015 | RI | 2 | LA | DE SOTO | 2.76 | 0.0013670932 | 1.02 | -19.04 | -1.10 | -3.22 | 0.00 | -14.72 |
| 10008929 | REV | ALL | 03 | HOUSTON 28H #1 | 2.82 | 0.0013671880 | 4,935.00 | 13,927.36 | 804.40 | 2,343.23 | | 10,779.73 |
| 06/2015 | RI | 2 | LA | DE SOTO | 2.76 | 0.0013670932 | 1.02 | 19.04 | 1.10 | 3.21 | 0.00 | 14.73 |
| 10008929 | REV | ALL | 03 | HOUSTON 28H #1 | 2.83 | 0.0013671880 | -33,690.00 | -95,234.78 | -5,323.02 | -15,122.28 | | -74,789.48 |
| 07/2015 | RI | 2 | LA | DE SOTO | 2.76 | 0.0013671475 | 1.02 | -130.20 | -7.28 | -20.68 | 0.00 | -102.24 |
| 10008929 | REV | ALL | 03 | HOUSTON 28H #1 | 2.83 | 0.0013671880 | 33,690.00 | 95,234.78 | 5,323.02 | 15,107.18 | | 74,804.58 |
| 07/2015 | RI | 2 | LA | DE SOTO | 2.76 | 0.0013671475 | 1.02 | 130.20 | 7.28 | 20.66 | 0.00 | 102.26 |
| 10008929 | REV | ALL | 03 | HOUSTON 28H #1 | 2.89 | 0.0013671880 | -33,676.00 | -97,389.17 | -5,320.80 | -14,318.30 | | -77,750.07 |
| 08/2015 | RI | 2 | LA | DE SOTO | 2.83 | 0.0013671951 | 1.02 | -133.15 | -7.27 | -19.57 | 0.00 | -106.31 |
| 10008929 | REV | ALL | 03 | HOUSTON 28H #1 | 2.89 | 0.0013671880 | 33,676.00 | 97,389.17 | 5,320.80 | 14,288.31 | | 77,780.06 |
| 08/2015 | RI | 2 | LA | DE SOTO | 2.83 | 0.0013671951 | 1.02 | 133.15 | 7.27 | 19.53 | 0.00 | 106.35 |
| 10008929 | REV | ALL | 03 | HOUSTON 28H #1 | 2.67 | 0.0013671880 | -25,816.00 | -68,878.13 | -4,078.92 | -12,769.10 | | -52,030.11 |
| 09/2015 | RI | 2 | LA | DE SOTO | 2.61 | 0.0013671973 | 1.02 | -94.17 | -5.57 | -17.46 | 0.00 | -71.14 |
| 10008929 | REV | ALL | 03 | HOUSTON 28H #1 | 2.67 | 0.0013671880 | 25,816.00 | 68,878.13 | 4,078.92 | 12,749.15 | | 52,050.06 |
| 09/2015 | RI | 2 | LA | DE SOTO | 2.61 | 0.0013671973 | 1.02 | 94.17 | 5.57 | 17.43 | 0.00 | 71.17 |
| 10008929 | REV | ALL | 03 | HOUSTON 28H #1 | 2.46 | 0.0013671880 | -25,211.00 | -61,920.91 | -3,983.33 | -10,609.15 | | -47,328.43 |
| 10/2015 | RI | 2 | LA | DE SOTO | 2.41 | 0.0013672279 | 1.02 | -84.66 | -5.45 | -14.50 | 0.00 | -64.71 |
| 10008929 | REV | ALL | 03 | HOUSTON 28H #1 | 2.46 | 0.0013671880 | 25,211.00 | 61,920.91 | 3,983.33 | 10,604.61 | | 47,332.97 |
| 10/2015 | RI | 2 | LA | DE SOTO | 2.41 | 0.0013672279 | 1.02 | 84.66 | 5.45 | 14.49 | 0.00 | 64.72 |
| 10008929 | REV | ALL | 03 | HOUSTON 28H #1 | 1.69 | 0.0013670655 | 15,314.00 | 25,938.77 | 2,419.62 | 5,827.81 | | 17,691.34 |
| 03/2016 | RI | 2 | LA | DE SOTO | 1.66 | 0.0013670655 | 1.02 | 35.46 | 3.31 | 7.96 | 0.00 | 24.19 |
| 10008929 | REV | ALL | 03 | HOUSTON 28H #1 | 1.87 | 0.0013671880 | 13,981.00 | 26,089.83 | 2,209.00 | 6,065.98 | | 17,814.85 |
| 04/2016 | RI | 2 | LA | DE SOTO | 1.83 | 0.0013671994 | 1.02 | 35.67 | 3.02 | 8.29 | 0.00 | 24.36 |

| OWNER NO | | CHECK DATE | CHECK NUMBER | | Owner Totals: | 71.13 | 6.33 | 16.14 | 0.00 | 48.66 |
|---|---|---|---|---|---|---|---|---|---|---|
| 400896-01 | | 8/31/2016 | 5729791 | | YTD Totals: | 288.37 | 22.13 | 54.76 | 0.00 | 211.48 |

EP Energy E&P Company, L.P. believes this payment has been calculated correctly based on applicable government regulations.
Any amounts paid which are later determined to be in excess of that allowed under lawful regulations are subject to recovery.



Department of the Treasury
Internal Revenue Service
P.O. Box 480
Holtsville, NY 11742-0480

**IRS**

| Notice | CP71D |
|---|---|
| Tax Year | 2005 |
| Notice date | October 12, 2015 |
| Social Security number | -4610 |
| To contact us | 1-800-829-8374 |
| Your Caller ID | 894412 |
| Page 1 of 2 | 29H |

150496.446840.136585.19056 1 AV 0.391 538

# Exhibit 2



150496

MARY D MADISON
9758 S CHARLES ST
CHICAGO IL 60643-1218

Reminder of overdue taxes for 2005

# Amount due: $42,191.44

We are required to send you this notice informing you of the amount now due on your 2005 (Form 1040 ) taxes.

If you are working with us to address the amount you owe, you don't need to do anything. However, if you have questions about this notice, call your IRS representative.

## Billing Summary

| | |
|---|---|
| Amount you owed | $42,191.44 |
| **Amount due by November 02, 2015** | **$42,191.44** |

## What you need to do immediately

**If you're not working with an IRS representative, and you agree with the amount due**

- Pay the amount due of $42,191.44 by November 2, 2015, to avoid additional penalty and interest charges.

Continued on back...



**IRS**

MARY D MADISON
9758 S CHARLES ST
CHICAGO IL 60643-1218

| Notice | CP71D |
|---|---|
| Notice date | October 12, 2015 |
| Social Security number | 4610 |

## Payment

- Make your check or money order payable to the United States Treasury.
- Write your Social Security number (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), the tax year (2005), and the form number (1040) on your payment and any correspondence.

| Amount due by November 2, 2015 | $42,191.44 |
|---|---|

INTERNAL REVENUE SERVICE
CINCINNATI, OH 45999-0149

323744610 YD MADI 30 0 200512 670 00004219144





Department of the Treasury
Internal Revenue Service
P.O. Box 480
Holtsville, NY 11742-0480

**IRS**

| Notice | CP71D |
|---|---|
| Tax Year | 2006 |
| Notice date | October 12, 2015 |
| Social Security number | -4610 |
| To contact us | 1-800-829-8374 |
| Your Caller ID | 894412 |
| Page 1 of 2 | 29H |

150494.446840.136585.19056 1 AV 0.391 538

ıllıllıllıılllıllıllıllıllıllıllılllıllılllıllıld



150494

MARY D MADISON
9758 S CHARLES ST
CHICAGO IL 60643-1218

Reminder of overdue taxes for 2006

# Amount due: $6,310.75

We are required to send you this notice
informing you of the amount now due on your
2006 (Form 1040 ) taxes.

If you are working with us to address the
amount you owe, you don't need to do
anything.  However, if you have questions
about this notice, call your IRS representative.

### Billing Summary

| | |
|---|---|
| Amount you owed | $6,310.75 |
| **Amount due by November 02, 2015** | **$6,310.75** |

## What you need to do immediately

**If you're not working with an IRS representative, and you agree with the amount due**

• Pay the amount due of $6,310.75 by November 2, 2015, to avoid additional penalty
  and interest charges.

Continued on back...

---



**IRS**

MARY D MADISON
9758 S CHARLES ST
CHICAGO IL 60643-1218

| Notice | CP71D |
|---|---|
| Notice date | October 12, 2015 |
| Social Security number | -4610 |



# Payment

• Make your check or money order payable to the United States Treasury.
• Write your Social Security number (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), the tax year (2006), and the form
  number (1040) on your payment and any correspondence.

| **Amount due by November 2, 2015** | **$6,310.75** |
|---|---|

INTERNAL REVENUE SERVICE
CINCINNATI, OH 45999-0149

ıllıllıllıllıllıllıllıllıʼllıllıllıʼllıllıllıld

323744610 YD MADI 30 0 200612 670 0000063l075



Department of the Treasury
Internal Revenue Service
P.O. Box 480
Holtsville, NY 11742-0480

| Notice | CP71D |
|---|---|
| Tax Year | 2008 |
| Notice date | October 12, 2015 |
| Social Security number | -4610 |
| To contact us | 1-800-829-8374 |
| Your Caller ID | 894412 |
| Page 1 of 2 | 29H |

150492.446840.136585.19056 1 AV 0.391 538



MARY D MADISON
9758 S CHARLES ST
CHICAGO IL 60643-1218

150492

Reminder of overdue taxes for 2008

# Amount due: $84,821.47

We are required to send you this notice informing you of the amount now due on your 2008 (Form 1040 ) taxes.

If you are working with us to address the amount you owe, you don't need to do anything. However, if you have questions about this notice, call your IRS representative.

## Billing Summary

| | |
|---|---|
| Amount you owed | $84,821.47 |
| **Amount due by November 02, 2015** | **$84,821.47** |

## What you need to do immediately

**If you're not working with an IRS representative, and you agree with the amount due**

- Pay the amount due of $84,821.47 by November 2, 2015, to avoid additional penalty and interest charges.

Continued on back...

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -



MARY D MADISON
9758 S CHARLES ST
CHICAGO IL 60643-1218

| Notice | CP71D |
|---|---|
| Notice date | October 12, 2015 |
| Social Security number | 610 |

## Payment

- Make your check or money order payable to the United States Treasury.
- Write your Social Security number (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), the tax year (2008), and the form number (1040) on your payment and any correspondence.

**Amount due by November 2, 2015**

**$84,821.47**

INTERNAL REVENUE SERVICE
CINCINNATI, OH 45999-0149

323744610 YD MADI 30 0 200812 670 00008482147



Department of the Treasury
Internal Revenue Service
P.O. Box 480
Holtsville, NY 11742-0480

| Notice | CP71D |
|---|---|
| Tax Year | 2009 |
| Notice date | October 12, 2015 |
| Social Security number | (-4610 |
| To contact us | 1-800-829-8374 |
| Your Caller ID | 894412 |
| Page 1 of 2 | 29H |

150495.446840.136585.19056 1 AV 0.391 538
ɪɪlɪlɪɪllɪɪlɪllɪlɪɪlɪɪlɪɪlllɪlllɪɪlɪɪllɪllɪlɪlll



MARY D MADISON
9758 S CHARLES ST
CHICAGO IL 60643-1218

150495

Reminder of overdue taxes for 2009
# Amount due: $94,995.49

We are required to send you this notice
informing you of the amount now due on your
2009 (Form 1040 ) taxes.

If you are working with us to address the
amount you owe, you don't need to do
anything. However, if you have questions
about this notice, call your IRS representative.

## Billing Summary

| | |
|---|---|
| Amount you owed | $94,995.49 |
| **Amount due by November 02, 2015** | **$94,995.49** |

## What you need to do immediately

**If you're not working with an IRS representative, and you agree with the amount due**
- Pay the amount due of $94,995.49 by November 2, 2015, to avoid additional penalty and interest charges.

Continued on back...

---



# Payment

MARY D MADISON
9758 S CHARLES ST
CHICAGO IL 60643-1218

| Notice | CP71D |
|---|---|
| Notice date | October 12, 2015 |
| Social Security number | 4610 |

- Make your check or money order payable to the United States Treasury.
- Write your Social Security number (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), the tax year (2009), and the form number (1040) on your payment and any correspondence.

**Amount due by November 2, 2015** | **$94,995.49**

INTERNAL REVENUE SERVICE
CINCINNATI, OH 45999-0149
ɪɪlɪɪllɪɪɪlɪɪɪɪlllɪllɪɪlɪɪɪɪɪɪllɪllɪlɪɪlɪɪlɪllɪll

323744610 YD MADI 30 0 200912 670 00009499549



Department of the Treasury
Internal Revenue Service
P.O. Box 480
Holtsville, NY 11742-0480

| | |
|---|---|
| **Notice** | CP71D |
| **Tax Year** | 2010 |
| **Notice date** | October 12, 2015 |
| **Social Security number** | ___ __ 4-4610 |
| **To contact us** | 1-800-829-8374 |
| **Your Caller ID** | 894412 |
| **Page 1 of 2** | 29H |

150491.446840.136585.19056 1 AV 0.391 538

MARY D MADISON
9758 S CHARLES ST
CHICAGO IL 60643-1218

150491

Reminder of overdue taxes for 2010

# Amount due: $39,060.49

We are required to send you this notice
informing you of the amount now due on your
2010 (Form 1040 ) taxes.

If you are working with us to address the
amount you owe, you don't need to do
anything.  However, if you have questions
about this notice, call your IRS representative.

### Billing Summary

| | |
|---|---|
| Amount you owed | $39,060.49 |
| **Amount due by November 02, 2015** | **$39,060.49** |

### What you need to do immediately

**If you're not working with an IRS representative, and you agree with the amount due**
- Pay the amount due of $39,060.49 by November 2, 2015, to avoid additional penalty and interest charges.

Continued on back...



MARY D MADISON
9758 S CHARLES ST
CHICAGO IL  60643-1218

| | |
|---|---|
| **Notice** | CP71D |
| **Notice date** | October 12, 2015 |
| **Social Security number** | ___ __ 4-4610 |

# Payment

- Make your check or money order payable to the United States Treasury.
- Write your Social Security number (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), the tax year (2010), and the form number (1040) on your payment and any correspondence.

**Amount due by November 2, 2015**

| |
|---|
| **$39,060.49** |

INTERNAL REVENUE SERVICE
CINCINNATI, OH 45999-0149

323744610 YD MADI 30 0 201012 670 00003906049





Department of the Treasury
Internal Revenue Service
P.O. Box 480
Holtsville, NY 11742-0480

| Notice | CP71D |
|---|---|
| Tax Year | 2011 |
| Notice date | October 12, 2015 |
| Social Security number | 4610 |
| To contact us | 1-800-829-8374 |
| Your Caller ID | 894412 |
| Page 1 of 2 | 29H |

150493.446840.136585.19056 1 AV 0.391 538



150493

MARY D MADISON
9758 S CHARLES ST
CHICAGO IL 60643-1218

Reminder of overdue taxes for 2011

# Amount due: $9,787.45

We are required to send you this notice informing you of the amount now due on your 2011 (Form 1040A ) taxes.

If you are working with us to address the amount you owe, you don't need to do anything.  However, if you have questions about this notice, call your IRS representative.

**Billing Summary**

| | |
|---|---|
| Amount you owed | $9,787.45 |
| **Amount due by November 02, 2015** | **$9,787.45** |

## What you need to do immediately

**If you're not working with an IRS representative, and you agree with the amount due**

- Pay the amount due of $9,787.45 by November 2, 2015, to avoid additional penalty and interest charges.

Continued on back...

---



MARY D MADISON
9758 S CHARLES ST
CHICAGO IL 60643-1218

| Notice | CP71D |
|---|---|
| Notice date | October 12, 2015 |
| Social Security number | -4610 |

# Payment

- Make your check or money order payable to the United States Treasury.
- Write your Social Security number (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), the tax year (2011), and the form number (1040A) on your payment and any correspondence.

**Amount due by November 2, 2015**

$9,787.45

INTERNAL REVENUE SERVICE
CINCINNATI, OH 45999-0149

323744610 YD MADI 30 O 201112 670 00000978745



Department of the Treasury
Internal Revenue Service
P.O. Box 480
Holtsville, NY 11742-0480

| Notice | CP71C |
|---|---|
| Tax Year | 2005 |
| Notice date | October 9, 2017 |
| Social Security number | 4610 |
| To contact us | 1-800-829-8374 |
| Your Caller ID | 415168 |
| Page 1 of 3 | 29H |

007466.647620.3970.5757 1 AV 0.373 701



MARY D MADISON
9758 S CHARLES ST
CHICAGO IL 60643-1218

007466

# Exhibit 2a

Annual reminder of balance due taxes for tax year 2005

## Amount due: $44,445.42

The law requires us to send you this annual
reminder notice explaining the amount you still
owe for your 2005 (Form 1040) taxes.

If you are working with us to address the
amount you owe or have an installment
agreement, you don't need to do anything.
However, if you have questions about this
notice, call your IRS representative.

To prevent interest and applicable penalties
from continuing to increase, pay the amount
due by October 30, 2017.

### Billing Summary

| | |
|---|---|
| Amount you owed | $44,445.42 |
| **Amount due by October 30, 2017** | **$44,445.42** |

Continued on back...

---



MARY D MADISON
9758 S CHARLES ST
CHICAGO IL  60643-1218

| Notice | CP71C |
|---|---|
| Notice date | October 9, 2017 |
| Social Security number | |-4610 |

## Payment

- Make your check or money order payable to the United States Treasury.
- Write your Social Security number (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), the tax year (2005), and the form number (1040) on your payment and any correspondence.

Amount due by October 30, 2017          **$44,445.42**

INTERNAL REVENUE SERVICE
CINCINNATI, OH 45999-0149

323744610 YD MADI 30 0 200512 670 00004444542





Department of the Treasury
Internal Revenue Service
P.O. Box 480
Holtsville, NY 11742-0480

| Notice | CP71C |
|---|---|
| Tax Year | 2006 |
| Notice date | October 9, 2017 |
| Social Security number | ·4610 |
| To contact us | 1-800-829-8374 |
| Your Caller ID | 415168 |
| Page 1 of 3 | 29H |

007467.647620.3970.5757 1 AV 0.373 701



MARY D MADISON
9758 S CHARLES ST
CHICAGO IL 60643-1218

007467

Annual reminder of balance due taxes for tax year 2006

# Amount due: $5,523.87

The law requires us to send you this annual reminder notice explaining the amount you still owe for your 2006 (Form 1040) taxes.

If you are working with us to address the amount you owe or have an installment agreement, you don't need to do anything. However, if you have questions about this notice, call your IRS representative.

To prevent interest and applicable penalties from continuing to increase, pay the amount due by October 30, 2017.

## Billing Summary

| | |
|---|---|
| Amount you owed | $5,523.87 |
| **Amount due by October 30, 2017** | **$5,523.87** |

Continued on back...

---



MARY D MADISON
9758 S CHARLES ST
CHICAGO IL 60643-1218

| Notice | CP71C |
|---|---|
| Notice date | October 9, 2017 |
| Social Security number | ·610 |

# Payment

- Make your check or money order payable to the United States Treasury.
- Write your Social Security number (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), the tax year (2006), and the form number (1040) on your payment and any correspondence.

Amount due by October 30, 2017

$5,523.87

INTERNAL REVENUE SERVICE
CINCINNATI, OH 45999-0149

323744610 YD MADI 30 0 200612 670 00000552387



Department of the Treasury
Internal Revenue Service
P.O. Box 480
Holtsville, NY 11742-0480



| Notice | CP71C |
|---|---|
| Tax Year | 2008 |
| Notice date | October 9, 2017 |
| Social Security number | 4610 |
| To contact us | 1-800-829-8374 |
| Your Caller ID | 415168 |
| Page 1 of 3 | 29H |

007465.647620.3970.5757 1 AV 0.373 701



MARY D MADISON
9758 S CHARLES ST
CHICAGO IL 60643-1218

007465

Annual reminder of balance due taxes for tax year 2008

# Amount due: $91,413.52

The law requires us to send you this annual reminder notice explaining the amount you still owe for your 2008 (Form 1040) taxes.

If you are working with us to address the amount you owe or have an installment agreement, you don't need to do anything. However, if you have questions about this notice, call your IRS representative.

To prevent interest and applicable penalties from continuing to increase, pay the amount due by October 30, 2017.

## Billing Summary

| | |
|---|---|
| Amount you owed | $91,413.52 |
| **Amount due by October 30, 2017** | **$91,413.52** |

Continued on back...

----------------------------------------



MARY D MADISON
9758 S CHARLES ST
CHICAGO IL  60643-1218

| Notice | CP71C |
|---|---|
| Notice date | October 9, 2017 |
| Social Security number | 4610 |

# Payment

- Make your check or money order payable to the United States Treasury.
- Write your Social Security number (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), the tax year (2008), and the form number (1040) on your payment and any correspondence.

| Amount due by October 30, 2017 | $91,413.52 |
|---|---|

INTERNAL REVENUE SERVICE
CINCINNATI, OH 45999-0149

323744610 YD MADI 30 0 200812 670 00009141352



Department of the Treasury
Internal Revenue Service
P.O. Box 480
Holtsville, NY 11742-0480



| Notice | CP71C |
|---|---|
| Tax Year | 2009 |
| Notice date | October 9, 2017 |
| Social Security number | 3__ . 4610 |
| To contact us | 1-800-829-8374 |
| Your Caller ID | 415168 |
| Page 1 of 3 | 29H |

007464.647620.3970.5757 1 AV 0.373 701



007464

MARY D MADISON
9758 S CHARLES ST
CHICAGO IL 60643-1218

Annual reminder of balance due taxes for tax year 2009

# Amount due: $107,515.29

The law requires us to send you this annual reminder notice explaining the amount you still owe for your 2009 (Form 1040) taxes.

If you are working with us to address the amount you owe or have an installment agreement, you don't need to do anything. However, if you have questions about this notice, call your IRS representative.

To prevent interest and applicable penalties from continuing to increase, pay the amount due by October 23, 2017.

## Billing Summary

| | |
|---|---|
| Amount you owed | $107,515.29 |
| **Amount due by October 23, 2017** | **$107,515.29** |

Continued on back...

---



MARY D MADISON
9758 S CHARLES ST
CHICAGO IL 60643-1218

| Notice | CP71C |
|---|---|
| Notice date | October 9, 2017 |
| Social Security number | i-4610 |

# Payment

- Make your check or money order payable to the United States Treasury.
- Write your Social Security number (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), the tax year (2009), and the form number (1040) on your payment and any correspondence.

| Amount due by October 23, 2017 | $107,515.29 |
|---|---|

INTERNAL REVENUE SERVICE
CINCINNATI, OH 45999-0149

323744610 YD MADI 30 0 200912 670 00010751529



Department of the Treasury
Internal Revenue Service
P.O. Box 480
Holtsville, NY 11742-0480

| Notice | CP71C |
|---|---|
| Tax Year | 2010 |
| Notice date | October 9, 2017 |
| Social Security number | 610 |
| To contact us | 1-800-829-8374 |
| Your Caller ID | 415168 |
| Page 1 of 3 | 29H |

007463.647620.3970.5757 1 AV 0.373 701



MARY D MADISON
9758 S CHARLES ST
CHICAGO IL 60643-1218

007463

Annual reminder of balance due taxes for tax year 2010
# Amount due: $44,190.22

The law requires us to send you this annual reminder notice explaining the amount you still owe for your 2010 (Form 1040) taxes.

If you are working with us to address the amount you owe or have an installment agreement, you don't need to do anything. However, if you have questions about this notice, call your IRS representative.

To prevent interest and applicable penalties from continuing to increase, pay the amount due by October 30, 2017.

## Billing Summary

| | |
|---|---|
| Amount you owed | $44,190.22 |
| **Amount due by October 30, 2017** | **$44,190.22** |

Continued on back...



MARY D MADISON
9758 S CHARLES ST
CHICAGO IL  60643-1218

| Notice | CP71C |
|---|---|
| Notice date | October 9, 2017 |
| Social Security number | -4610 |

## Payment

- Make your check or money order payable to the United States Treasury.
- Write your Social Security number (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), the tax year (2010), and the form number (1040) on your payment and any correspondence.

Amount due by October 30, 2017                    $44,190.22

INTERNAL REVENUE SERVICE
CINCINNATI, OH 45999-0149

323744610 YD MADI 30 0 201012 670 00004419022





Department of the Treasury
Internal Revenue Service
P.O. Box 480
Holtsville, NY 11742-0480

| Notice | CP71C |
|---|---|
| Tax Year | 2011 |
| Notice date | October 9, 2017 |
| Social Security number | 4610 |
| To contact us | 1-800-829-8374 |
| Your Caller ID | 415168 |
| Page 1 of 3 | 29H |

007461.647620.3970.5757 1 AV 0.373 701
Ⅰ‖ⅠⅠⅠ‖‖‖Ⅰ‖ⅠⅠ‖ⅠⅠⅠⅠⅠ‖ⅠⅠⅠⅠⅠⅠⅠⅠⅠ‖ⅠⅠⅠⅠ‖



MARY D MADISON
9758 S CHARLES ST
CHICAGO IL 60643-1218

007461

Annual reminder of balance due taxes for tax year 2011

# Amount due: $10,981.12

The law requires us to send you this annual reminder notice explaining the amount you still owe for your 2011 (Form 1040A) taxes.

If you are working with us to address the amount you owe or have an installment agreement, you don't need to do anything. However, if you have questions about this notice, call your IRS representative.

To prevent interest and applicable penalties from continuing to increase, pay the amount due by October 30, 2017.

## Billing Summary

| | |
|---|---|
| Amount you owed | $10,981.12 |
| **Amount due by October 30, 2017** | **$10,981.12** |

Continued on back...



MARY D MADISON
9758 S CHARLES ST
CHICAGO IL 60643-1218

| Notice | CP71C |
|---|---|
| Notice date | October 9, 2017 |
| Social Security number | -4610 |

# Payment

- Make your check or money order payable to the United States Treasury.
- Write your Social Security number (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), the tax year (2011), and the form number (1040A) on your payment and any correspondence.

| Amount due by October 30, 2017 | $10,981.12 |
|---|---|

INTERNAL REVENUE SERVICE
CINCINNATI, OH 45999-0149

Ⅰ‖ⅠⅠ‖‖Ⅰ‖ⅠⅠ‖‖ⅠⅠ‖ⅠⅠ‖ⅠⅠ‖‖‖ⅠⅠⅠⅠ‖Ⅰ‖Ⅰ‖ⅠⅠ‖ⅠⅠ

323744610 YD MADI 30 0 201112 670 00001098112



Department of the Treasury
Internal Revenue Service
P.O. Box 480
Holtsville, NY 11742-0480



| Notice | CP71C |
| --- | --- |
| Tax Year | 2012 |
| Notice date | October 9, 2017 |
| Social Security number | 4610 |
| To contact us | 1-800-829-8374 |
| Your Caller ID | 415168 |
| Page 1 of 3 | 29H |

007462.647620.3970.5757 1 AV 0.373 701

‖l‖‖ₗᵤ‖lₚ‖‖ₚₐ‖ₑ‖ₗₙₑₙ‖ₗₑₚₑ‖lₚ‖ₙₚₗ‖‖‖‖ₗₚₐₐₗₗₑ‖



MARY D MADISON
9758 S CHARLES ST
CHICAGO IL 60643-1218

007462

Annual reminder of balance due taxes for tax year 2012
# Amount due: $58,858.58

The law requires us to send you this annual
reminder notice explaining the amount you still
owe for your 2012 (Form 1040A) taxes.

If you are working with us to address the
amount you owe or have an installment
agreement, you don't need to do anything.
However, if you have questions about this
notice, call your IRS representative.

To prevent interest and applicable penalties
from continuing to increase, pay the amount
due by October 30, 2017.

## Billing Summary

| | |
| --- | --- |
| Amount you owed | $58,858.58 |
| **Amount due by October 30, 2017** | **$58,858.58** |

Continued on back...

---



MARY D MADISON
9758 S CHARLES ST
CHICAGO IL  60643-1218

| Notice | CP71C |
| --- | --- |
| Notice date | October 9, 2017 |
| Social Security number | -4610 |

## Payment

• Make your check or money order payable to the United States Treasury.
• Write your Social Security number (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), the tax year (2012), and the form number (1040A) on your payment and any correspondence.

| Amount due by October 30, 2017 | $58,858.58 |
| --- | --- |

INTERNAL REVENUE SERVICE
CINCINNATI, OH 45999-0149

‖ₗ‖ₗₗ‖‖ₗₗₗ‖ₗₗ‖‖lₗₗₗₗₗₙₙₙₙₗₗ‖‖lₗₚₑₚₐ‖lₑₙ‖

323744610 YD MADI 30 0 201212 670 00005885858

**Exhibit 3**

## Health Coverage

Form **1095-B**
Department of the Treasury
Internal Revenue Service

☐ VOID
☐ CORRECTED

OMB No. 1545-2252

**2015**

2015-001130-001128711

Information about Form 1095-B and its separate instructions is at www.irs.gov/form 1095b

**Part I** Responsible Individual
Lines 4-7: address shown below

1 MARY MADISON
2 Social Security Number (SSN): xxx-xx-4610
3 Date of Birth (if SSN is not available):

MARY MADISON
9758 S CHARLES ST
CHICAGO, IL 60643

8 Origin of the Policy: [ C ]

9 Small Business Health Options (SHOP)
Marketplace Identifier, if applicable

*You are getting this form because the people listed below got minimum essential coverage through the Illinois Medicaid or All Kids program for the months listed below. Individuals listed will need to use this information for their 2015 federal income tax return. If there are some months with no minimum essential coverage from any source, individuals should see if they qualify for a health coverage exemption (go to www.healthcare.gov/taxes)*

**Part II** Employer Sponsored Coverage   10                                        11
12              13              14              15

**Part III** Issuer or Other Coverage Provider (see instructions)

16 Illinois Healthcare and Family Services   17 EIN: 37-1320188   18 Phone Number: 1-800-843-6154
19 P.O. Box 19122                                                TTY: 1-800-447-6404
20 Springfield                              21 IL              22 62794-9122

**Part IV** Covered Individuals

| (a) Name of Covered Individuals | (b) SSN | (c) DOB (if SSN is not available) | (d) Covered all 12 months | (e) Months of Coverage (if column d is blank) | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
| 23 MARY MADISON | xxx-xx-4610 | | X | | | | | | | | | | | | |
| 24 | | | | | | | | | | | | | | | |
| 25 | | | | | | | | | | | | | | | |
| 26 | | | | | | | | | | | | | | | |
| 27 | | | | | | | | | | | | | | | |
| 28 | | | | | | | | | | | | | | | |

For Privacy Act and Paperwork Reduction Act Notice, see separate instructions.

Form 1095-B (2015)

State of Illinois
Department of Human Services

230311

Important Notice - Your SNAP Benefits are En

# Exhibit 4

You Qualify to Use the Phone System Interview to Reapply!

Date of Notice: DECEMBER 04, 2015           Case ID: 94-213-22-PM3955
Phone: (773) 660-4700                        Caseload: 1NO
TTY: (866) 439-3713
                                             (2146100494)

CALUMET PARK LOCAL OFFICE              MADISON, MARY            213
831 W 119TH ST                         9758 S CHARLES ST
CHICAGO IL  60643-5274                 CHICAGO IL  60643-1218

᠊�05ᠮᡁ᠊ᢔᠮᡁ᠊ᢔᠮᡁᢔᠮᡁᡁᡁ᠊ᢔ᠊ᢔᡁᡁᡁ᠊ᢔ᠊ᢔᡁᡁᡁ


You Need to Reapply by: 01/15/16
Your SNAP Benefits are Ending: 01/31/16

---

**There are 2 ways for you to reapply:**

1. **By Phone through** 01/01/16 - Call the Phone System Interview at **1-866-217-6070 voice or 1-866-217-6080 TTY.**

2. **In Person through** 01/15/16 to keep getting your benefits without a break. If you don't reapply, your benefits will end: 01/31/16. Contact the office listed above for an appointment to reapply.

---

Some important things for you to know:

* To keep getting your SNAP benefits without a break you must reapply by 01/15/16. If you don't take action to reapply, your SNAP benefits will end on 01/31/16.

* To reapply in person, you must file an application form. Your worker can provide you with an application form. The form must have your name, address and signature.

* You must have an interview with a caseworker. If you are elderly, ill, disabled or employed and have no one who can apply for you, let us know. We can interview you by phone.

* If you do not keep a scheduled appointment, it is up to you to ask for another one.

* If we need more information to process your application, we will give you a notice that tells you what we need. You must return the information within 10 calendar days. If you do not do this, your benefits may be late or stop.

* You will receive a written notice to tell you if you can continue to receive SNAP benefits. The notice is sent within 30 days of the day we get the application form.

* If you do not agree with the notice, you can file an appeal within 90 days. You can tell us why you disagree and later, tell the hearing officer. You may bring another person to the hearing, such as a friend, relative or a lawyer.

IL444-4893 (R-01-11)           (CONTINUED ON BACK SIDE)



56/06                         State of Illinois                    SEQ:  27593
                    Department of Human Services

## Notice of Decision on Application for Cash, Medical and/or SNAP Benefits

| Date of Notice | Cat. | L.O. | Group | Basic | Caseload Number |
|---|---|---|---|---|---|
| FEBRUARY  01, 2016 | 94 | 213 | 22 | PM3955 | 904 |

                                        Local Office Address

MADISON, MARY            213
9758 S CHARLES ST                       CALUMET PARK LOCAL OFFICE
CHICAGO IL  60643-1218                  831 WEST 119TH STREET
                                        CHICAGO, IL        60643-5274


THIS NOTICE TELLS YOU WHAT ASSISTANCE YOU WILL GET AND WHO WILL GET IT.  THIS NOTICE
ALSO TELLS YOU WHAT ASSISTANCE YOU WILL NOT GET AND WHY.  THE NOTICE THEN TELLS YOU
HOW YOU CAN APPEAL IF YOU DISAGREE WITH OUR DECISIONS.

LOCAL OFFICE TELEPHONE NUMBER: (773) 660-4700
FOR THE HEARING IMPAIRED WHO HAVE A
TELEPHONE DEVICE FOR THE DEAF (TTY), CALL: (866) 439-3713

REGARDING YOUR APPLICATION FOR SNAP BENEFITS FILED ON: 01/05/16

YOU WILL RECEIVE YOUR SNAP BENEFITS FOR 02/01/16 THROUGH 02/29/16
IN THE AMOUNT OF $ 194.00.

CASH AND SNAP BENEFITS ARE AVAILABLE ON THE ILLINOIS LINK CARD.  UNLESS YOU
RECEIVED A CARD AT THE OFFICE WHERE YOU APPLIED ONE WILL BE MAILED TO YOU.
TO CHOOSE YOUR PIN OR REQUEST A REPLACEMENT CARD CONTACT THE ILLINOIS LINK HELP
LINE AT 1-800-678-LINK (5465) TTY 1-877-765-3459 OR GO TO THE ILLINOIS LINK
CARD WEBSITE AT WWW.LINK.ILLINOIS.GOV.


IL444-0360C (R-10-09)

# Standard Checking Statement

Exhibit 5    >PNC BANK

PNC Bank

Primary account number:  .   ' -4476
Page 1 of 2
Number of enclosures:    0

**For the period**  09/19/2015  to  10/20/2015

IONA J MADISON
MARY DIONNE MADISON
9758 S CHARLES ST
CHICAGO IL 60643-1218

For 24-hour banking, and transaction or
interest rate information, sign-on to
PNC Bank Online Banking at pnc.com
For customer service call 1-888-PNC-BANK
Monday - Friday: 7 AM - 10 PM ET
Saturday & Sunday: 8 AM - 5 PM ET
Para servicio en espanol, 1-866-HOLA-PNC

**Moving?**  Please contact us at 1-888-PNC-BANK

Write to:  Customer Service
PO Box 609
Pittsburgh, PA  15230-9738
Visit us at pnc.com
TDD terminal: 1-800-531-1648
For hearing impaired clients only

## Standard Checking Account Summary

IONA J MADISON
Mary Dionne Madison

Account number:    .    -4476

**Overdraft Protection**  has not been established for this account.
Please contact us if you would like to set up this service.

**Overdraft Coverage**  - Your account is currently  **Opted-Out.**
You or your joint owner may revoke your opt-in or opt-out choice at any time.

To learn more about PNC Overdraft Solutions visit us online at pnc.com/overdraftsolutions.
Call 1-877-588-3605, visit any branch, or Sign on to PNC Online Banking, and select the "Overdraft
Solutions" link under the Account Services section to manage both your Overdraft Coverage and Overdraft
Protection settings.

### Balance Summary

| Beginning balance | Deposits and other additions | Checks and other deductions | Ending balance |
|---|---|---|---|
| 233.89- | 383.00 | 88.09 | 61.02 |
|  |  | Average monthly balance | Charges and fees |
|  |  | 73.37 | .00 |

### Transaction Summary

| Checks paid/withdrawals | Check Card POS signed transactions | Check Card/Bankcard POS PIN transactions |
|---|---|---|
| 0 | 3 | 3 |
| Total ATM transactions | PNC Bank ATM transactions | Other Bank ATM transactions |
| 1 | 1 | 0 |

### Overdraft and Returned Item Fee Summary

|  | Total for this Period | Total Year to Date |
|---|---|---|
| Total Overdraft Fees | .00 | 36.00 |
| Total NSF/OD Refunds | .00 | 36.00 |

## Activity Detail

### Deposits and Other Additions

There were 2 Deposits and Other
Additions totaling $383.00.

| Date | Amount | Description |
|---|---|---|
| 09/23 | 283.00 | CR 15253905480519 |
|  |  | EFFECTIVE  09-10-15 |

Deposits and Other Additions continued on next page

# Standard Checking Statement

For 24-hour information, sign on to PNC Bank Online Banking
on pnc.com

| | |
|---|---|
| **For the period** 09/19/2015 **to** 10/20/2015 | |
| IONA J MADISON | |
| Primary account number: | i-4476 |
| Page 2 of 2 | |

Account Number:    r-4476  - continued

## Deposits and Other Additions        - continued

| Date | Amount | Description |
|---|---|---|
| 09/28 | 100.00 | ATM Deposit 10701S Western Chicago Il |

## Banking/Check Card Withdrawals and Purchases

There were 3 Check Card/Bank card PIN POS purchases totaling $13.80.

There were 3 other Banking Machine/Check Card deductions totaling $74.29.

| Date | Amount | Description |
|---|---|---|
| 09/28 | 3.94 | POS Purchase USPS 161503080 Chicago Il |
| 09/30 | 50.00 | 1666 Debit Card Purchase Larry Huch Ministries |
| 10/05 | 5.00 | POS Purchase Shell Service Bourbonnais |
| 10/08 | 6.50 | 1666 Debit Card Purchase Metra 95TH St Bev Hill |
| 10/09 | 17.79 | 1666 Debit Card Purchase Sonic Drive In #6063 |
| 10/20 | 4.86 | POS Purchase Wal-Mart Super Joliet (n) Il |

## Daily Balance Detail

| Date | Balance | Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|---|---|
| 09/19 | 233.89- | 09/28 | 145.17 | 10/05 | 90.17 | 10/09 | 65.88 |
| 09/23 | 49.11 | 09/30 | 95.17 | 10/08 | 83.67 | 10/20 | 61.02 |

Member FDIC                    ⌂ Equal Housing Lender

# Standard Checking Statement

PNC Bank



**For the period   10/21/2015  to  11/18/2015**

IONA J MADISON
MARY DIONNE MADISON
9758 S CHARLES ST
CHICAGO IL 60643-1218

Primary account number:          4476
Page 1 of 3
Number of enclosures:          0

For 24-hour banking, and transaction or
interest rate information, sign-on to
PNC Bank Online Banking at pnc.com
For customer service call 1-888-PNC-BANK
Monday - Friday: 7 AM - 10 PM ET
Saturday & Sunday: 8 AM - 5 PM ET
Para servicio en espanol, 1-866-HOLA-PNC

**Moving?**  Please contact us at 1-888-PNC-BANK

Write to:  Customer Service
PO Box 609
Pittsburgh, PA  15230-9738
Visit us at pnc.com
TDD terminal: 1-800-531-1648
For hearing impaired clients only

## Standard Checking Account Summary

Account number:          l-4476

IONA J MADISON

Mary Dionne Madison

**Overdraft Protection**  has not been established for this account.
Please contact us if you would like to set up this service.

**Overdraft Coverage**  - Your account is currently    **Opted-Out.**
You or your joint owner may revoke your opt-in or opt-out choice at any time.

To learn more about PNC Overdraft Solutions visit us online at pnc.com/overdraftsolutions.
Call 1-877-588-3605, visit any branch, or Sign on to PNC Online Banking, and select the "Overdraft
Solutions" link under the Account Services section to manage both your Overdraft Coverage and Overdraft
Protection settings.

### Balance Summary

| Beginning balance | Deposits and other additions | Checks and other deductions | Ending balance |
|---|---|---|---|
| 61.02 | 1,550.00 | 1,413.86 | 197.16 |

| | | Average monthly balance | Charges and fees |
|---|---|---|---|
| | | 466.96 | .00 |

### Transaction Summary

| Checks paid/withdrawals | Check Card POS signed transactions | Check Card/Bankcard POS PIN transactions |
|---|---|---|
| 0 | 14 | 15 |

| Total ATM transactions | PNC Bank ATM transactions | Other Bank ATM transactions |
|---|---|---|
| 4 | 4 | 0 |

### Overdraft and Returned Item Fee Summary

| | Total for this Period | Total Year to Date |
|---|---|---|
| Total Overdraft Fees | .00 | 36.00 |
| Total NSF/OD Refunds | .00 | 36.00 |

## Activity Detail

### Deposits and Other Additions

There were 2 Deposits and Other Additions totaling $1,550.00.

| Date | Amount | Description |
|---|---|---|
| 10/23 | 550.00 | ATM Deposit 10701S Western Chicago II |
| 11/05 | 1,000.00 | ATM Deposit 10701S Western Chicago II |

# Standard Checking Statement

⊡ For 24-hour information, sign on to PNC Bank Online Banking
  on pnc.com

Account Number:        1476  - continued

For the period   10/21/2015   to   11/18/2015
IONA J MADISON
Primary account number:        –4476
Page 2 of 3

## Banking/Check Card Withdrawals and Purchases

| Date | Amount | Description |
|------|--------|-------------|
| 10/22 | 6.50 | 1666 Debit Card Purchase Metra 99TH St Bev Hill |
| 10/22 | 7.00 | 1666 Debit Card Purchase Mr Submarine Joliet I |
| 10/23 | 3.05 | POS Purchase #03074 Jewel Joliet Il |
| 10/23 | 7.25 | POS Purchase Speedway 05376 Joliet Il |
| 10/26 | 12.61 | 1666 Debit Card Purchase Super Jj Fish Joliet |
| 10/26 | 31.62 | 1666 Debit Card Purchase Park Packing Company |
| 10/27 | 16.83 | POS Purchase Autozone 4439 Evergreen PA Il |
| 10/27 | 4.67 | POS Purchase Wm Supercenter Evergreen PA Il |
| 10/30 | 28.44 | POS Purchase Sam's Club Joliet Il |
| 10/30 | 8.34 | 1666 Debit Card Purchase Samsclub #8298 Joliet |
| 11/02 | 2.40 | 1666 Debit Card Purchase Wendy's #707 Joliet I |
| 11/02 | 15.54 | 1666 Debit Card Purchase Petes Fresh Market |
| 11/04 | 2.15 | 1666 Debit Card Purchase Petterino/Do-Rite Donu |
| 11/04 | 17.27 | POS Purchase Wal-Mart Super Joliet Il |
| 11/05 | 8.62 | 1666 Debit Card Purchase Popeye`s Chicken |
| 11/05 | 17.49 | POS Purchase #03074 Jewel Joliet Il |
| 11/06 | 9.61 | POS Purchase Petes Fresh Ma Evergreen PA Il |
| 11/06 | 500.00 | ATM Withdrawal 10701S Western Ave Chicago Il |
| 11/09 | 26.00 | POS Purchase Chucks Pizza I Chicago Il |
| 11/09 | 110.37 | POS Purchase Marianos Evergreen PA Il |
| 11/09 | 102.82 | POS Purchase Wal-Mart #2430 Chicago Il |
| 11/09 | 80.69 | POS Purchase Wal-Mart Super Chicago Il |
| 11/09 | 3.28 | POS Purchase Dollar Tree #0 Chicago Il |
| 11/09 | 300.00 | ATM Withdrawal 8700 S Cottage Grv Chicago Il |
| 11/10 | .67 | 1666 Debit Card Purchase Fedexoffice  Oak Lawn |
| 11/12 | 4.38 | 1666 Debit Card Purchase Wendy's 2065 Chicago |
| 11/12 | 6.52 | 1666 Debit Card Purchase Fedexoffice Orland PA |
| 11/16 | 11.95 | 1666 Debit Card Purchase Jj Fish  Chicago Il |
| 11/16 | 14.24 | POS Purchase Marianos Evergreen PA Il |
| 11/16 | 43.49 | POS Purchase #03107 Jewel Oak Lawn Il |
| 11/17 | 10.06 | 1666 Debit Card Purchase Speedway 05376 162 |

There were 2 Banking Machine withdrawals totaling $800.00.

There were 15 Check Card/Bank card PIN POS purchases totaling $485.50.

There were 14 other Banking Machine/Check Card deductions totaling $128.36.

# Standard Checking Statement

For 24-hour information, sign on to PNC Bank Online Banking
on pnc.com

Account Number:  4476  - continued

**For the period  10/21/2015  to  11/18/2015**
IONA J MADISON
Primary account number:  ⌐-4476
Page 3 of 3

## Daily Balance Detail

| Date | Balance | Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|------|---------|
| 10/21 | 61.02 | 10/27 | 521.49 | 11/05 | 1,421.24 | 11/12 | 276.90 |
| 10/22 | 47.52 | 10/30 | 484.71 | 11/06 | 911.63 | 11/16 | 207.22 |
| 10/23 | 587.22 | 11/02 | 466.77 | 11/09 | 288.47 | 11/17 | 197.16 |
| 10/26 | 542.99 | 11/04 | 447.35 | 11/10 | 287.80 | | |

Equal Housing Lender

# Exhibit 6

PNC *Online Banking*

| Date | Description | Amount | Account |
|------|-------------|--------|---------|
| 09/28/2015 | Deposit XXXXXX4476 | $100.00 | 44476 |

This is an image of a check, substitute check, or deposit ticket. Refer to your posted transactions to verify the status of the item. For more information about image delivery click here or to speak with a representative call: 1-888-PNC-BANK (1-888-762-2265) Monday - Friday: 7 a.m. - 10 p.m. ET, Saturday & Sunday: 8 a.m. - 5 p.m. ET.



© Copyright 2010. The PNC Financial Services Group, Inc. All Rights Reserved.

PNC  *Online Banking*

| Date | Description | Amount | Account |
|------|-------------|--------|---------|
| 10/23/2015 | Deposit XXXXXX4476 | $550.00 | 4476 |

This is an image of a check, substitute check, or deposit ticket. Refer to your posted transactions to verify the status of the item. For more information about image delivery click here or to speak with a representative call: 1-888-PNC-BANK (1-888-762-2265) Monday - Friday: 7 a.m. - 10 p.m. ET, Saturday & Sunday: 8 a.m. - 5 p.m. ET.



© Copyright 2010. The PNC Financial Services Group, Inc. All Rights Reserved.

PNC  *Online Banking*

| Date | Description | Amount | Account |
|------|-------------|--------|---------|
| 11/05/2015 | Deposit XXXXXX4476 | $1,000.00 | .4476 |

This is an image of a check, substitute check, or deposit ticket. Refer to your posted transactions to verify the status of the item. For more information about image delivery click here or to speak with a representative call: 1-888-PNC-BANK (1-888-762-2265) Monday - Friday: 7 a.m. - 10 p.m. ET, Saturday & Sunday: 8 a.m. - 5 p.m. ET.



© Copyright 2010. The PNC Financial Services Group, Inc. All Rights Reserved.

# Exhibit 7

PNC *Online Banking*

| Date | Description | Amount | Account |
|------|-------------|--------|---------|
| 12/09/2015 | Deposit XXXXXX4476 | $477.53 | ..4476 |

This is an image of a check, substitute check, or deposit ticket. Refer to your posted transactions to verify the status of the item. For more information about image delivery click here or to speak with a representative call: 1-888-PNC-BANK (1-888-762-2265) Monday - Friday: 7 a.m. - 10 p.m. ET, Saturday & Sunday: 8 a.m. - 5 p.m. ET.



© Copyright 2010. The PNC Financial Services Group, Inc. All Rights Reserved.

PNC *Online Banking*

| Date | Description | Amount | Account |
|------|-------------|--------|---------|
| 12/11/2015 | Deposit XXXXXX4476 | $800.00 | 4476 |

This is an image of a check, substitute check, or deposit ticket. Refer to your posted transactions to verify the status of the item. For more information about image delivery click here or to speak with a representative call: 1-888-PNC-BANK (1-888-762-2265) Monday - Friday: 7 a.m. - 10 p.m. ET, Saturday & Sunday: 8 a.m. - 5 p.m. ET.



© Copyright 2010. The PNC Financial Services Group, Inc. All Rights Reserved.

# STATEMENT OF ACCOUNT

SHERWIN-WILLIAMS EMPLOYEES CREDIT UNION      708-333-0900
ONE PEBBLEWOOD PLAZA
16230 PRINCE DRIVE      58277000-02366
SOUTH HOLLAND    IL    60473-3233

Each loan marked * is an open-end loan.  The balance used to compute the finance charge on open-end loans is the unpaid principal balance at the time of the transaction.  On the date an advance is taken, the amount of the advance is added to the unpaid principal balance.  On the date a payment is made, the finance charge and any late charges due are deducted from the payment amount and the remainder, if any, is subtracted from the unpaid principal balance.  The Annual Percentage Rate (APR) is shown in the loan summary below.  The phrase "(MAY VARY)" means that this loan has a variable Annual Percentage Rate.

The Annual Percentage Rate (APR) is shown in the loan summary below.  The phrase "(MAY VARY)" means that this loan has a variable Annual Percentage Rate.

| STATEMENT PERIOD | |
| --- | --- |
| FROM | TO |
| 03-01-15 | 12-31-15 |
| MEMBER NUMBER | |
| 23308 006 | |
| - - | 1 |
| SOC. SEC. NUMBER | PAGE |

060643

MARY D MADISON
9758 S CHARLES ST
CHICAGO IL  60643-1218

# Exhibit 8

| DATE | | | TYPE OF ACCOUNT / TYPE OF TRANSACTION | LOAN PAYMENT AMOUNT | FINANCE CHARGE | FEE OR LATE CHARGES | CHANGE TO BALANCE | BALANCE |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| MO | DAY | Y | | | | | | |
| 03 | 01 | 5 | #01 REGULAR SHARES | | | PREVIOUS BALANCE | | 538 |
| 12 | 31 | 5 | | | | NEW SHARE BALANCE | | 538 |
| 03 | 01 | 5 | #76 CHECKING | | | PREVIOUS BALANCE | | 000 |
| 12 | 31 | 5 | | | | NEW SHARE BALANCE | | 000 |

```
-------     ******* 2015 YEAR-TO-DATE FINANCIAL SUMMARY *******     -------
        DIV/INT      DIV/INT         MORTGAGE      MORTGAGE    MORTGAGE      OTHER NON-MTG
        PAID         WITHHOLDING     POINTS        LATE CHG    FINANCE CHG   FINANCE CHG
        0.00         0.00            0.00          0.00        0.00          0.00
```

OUR 24-HOUR LOAN CENTER IS READY WHEN YOU ARE:
(800) 782-0467
WWW.SWCU.ORG

This statement is a permanent record of your account.  Income tax information appears at the end of the statement.



# Exhibit 9

**2015 Form 1099B**

## PROCEEDS FROM BROKER AND BARTER EXCHANGE TRANSACTIONS

**PAYER'S Name, Street Address, City, State, Zip Code, and Telephone No.**

**INTEGRYS ENERGY GROUP**
C/O American Stock Transfer &
Trust Company, LLC
6201 15th Avenue
Brooklyn, NY 11219
Phone: 866-668-8555

OMB No. 1545-0715

PAGE 1 OF 2

Copy B for Recipient: This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. The IRS requires us to remind you that you are ultimately responsible for the accuracy of your tax return.

**RECIPIENT's Name and Address**

160202.0077.19017.01.02
MARY DIONNE MADISON
9758 S CHARLES
CHICAGO, IL 60643-1218

**RECIPIENT'S Identification Number**
*****4610

**RECIPIENT'S Account Number**
12616  7700412066

**SYMBOL/ CUSIP**
45822P105

**Description**
**INTEGRYS ENERGY GROUP**

**PAYER'S Federal Identification Number**
133439945

## Summary of Proceeds from Broker and Barter Exchange Transactions

| Box 1c Date Sold or Disposed | Box 1a No. of Shares | Box 1b Date Acquired | Box 1d, 6** Proceeds | Box 1e Cost or Other Basis | Box 4 Federal Income Tax Withheld | Box 1g Adjustments | Box 1f Code, if any |
|---|---|---|---|---|---|---|---|
| **Box 2,3: Covered Securities, Short-Term Gain or Loss – check Code A on Form 8949** | | | | | | | |
| 06/10/2015 | 0.007 | 09/20/2014 | $0.48 | $0.47 | $0.00 | $0.00 | |
| 06/10/2015 | 0.008 | 06/20/2014 | $0.55 | $0.46 | $0.00 | $0.00 | |
| 06/10/2015 | 0.006 | 12/19/2014 | $0.41 | $0.47 | $0.00 | $0.00 | |
| 06/10/2015 | 0.006 | 03/20/2015 | $0.41 | $0.48 | $0.00 | $0.00 | |
| Covered Securities, Short-Term Subtotals * | | | $1.85 | $1.88 | $0.00 | $0.00 | |
| **Box 2,3: Covered Securities, Long-Term Gain or Loss – check Code D on Form 8949** | | | | | | | |
| 06/10/2015 | 0.003 | 09/20/2012 | $0.21 | $0.16 | $0.00 | $0.00 | |
| 06/10/2015 | 0.114 | 12/20/2012 | $7.87 | $6.12 | $0.00 | $0.00 | |
| 06/10/2015 | 0.109 | 03/20/2013 | $7.52 | $6.20 | $0.00 | $0.00 | |
| 06/10/2015 | 0.112 | 06/20/2013 | $7.73 | $6.27 | $0.00 | $0.00 | |
| 06/10/2015 | 0.113 | 09/20/2013 | $7.80 | $6.35 | $0.00 | $0.00 | |
| 06/10/2015 | 0.114 | 03/20/2014 | $7.87 | $6.51 | $0.00 | $0.00 | |
| 06/10/2015 | 0.118 | 12/20/2013 | $8.14 | $6.43 | $0.00 | $0.00 | |
| Covered Securities, Long-Term Subtotals * | | | $47.14 | $38.04 | $0.00 | $0.00 | |
| **GRAND TOTALS *** | | | $48.99 | $39.92 | $0.00 | -- | |

\*   The Subtotals and Grand Totals are provided as a courtesy; these values are not provided to the Internal Revenue Service.
\*\*  The amounts listed under Box 1d, 6 Proceeds are reported as Net Proceeds (Gross Proceeds less commissions and service fees).

Combined_1099B - 1.0

**Exhibit 10**



**CHASE**
P.O. BOX 15298
WILMINGTON DE 19850

Tax Year 2015 Form 1099-C
Cancellation of Debt (Copy B)

This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if taxable income results from this transaction and the IRS determines that it has not been reported.

**Debtor's Information**

0013542 102 NSP0TAS0 1Z2 000000000000  55 0055 80

MARY D MADISON
9758 S CHARLES ST
CHICAGO IL 60643

**Creditor's Information**
Federal ID Number: 22-2382028
CHASE BANK USA, NA

Form 1099-C Questions
Phone Support: 866-578-2888

Debtor's ID Number: XXX-XX-4610                                  **Original**

## Summary of Form 1099-C Cancellation of Debt (OMB No. 1545-1424)

| Box | Description | Amount | Box | Description | Amount |
|---|---|---|---|---|---|
| 1. | Date of identifiable event | 12/31/2015 | 5. | If yes, the debtor was personally liable for repayment of the debt | Yes |
| 2. | Amount of debt discharged | $5,801.80 | 6. | Identifiable event code | G |
| 3. | Interest if included in box 2 | $0.00 | 7. | Fair market value of property | $0.00 |
| 4. | Debt description | (See Details) | | | |

## Details of Form 1099-C Cancellation of Debt (OMB No. 1545-1424)

| Account Number Account Description | Box #1 Identifiable event date | Box #2 Amt of debt discharged | Box #3 Interest if included in Box 2 | Other Boxes | |
|---|---|---|---|---|---|
| 5401683048097254 | 12/31/2015 | $5,801.80 | $0.00 | #4 Debt description | CREDIT CARD ACCOUNT |
| WHEN AN UNPAID PRINCIPAL BALANCE OF $600 OR MORE IS CANCELLED, THE IRS REQUIRES IT MUST BE REPORTED ON FORM 1099C | | | | #5 If yes, the debtor was personally liable for repayment of the debt | Yes |
| | | | | #6 Identifiable event code | G |

**Instructions for Debtor**

You received this form because a Federal Government agency or an applicable financial entity (a creditor) has discharged (canceled or forgiven) a debt you owed, or because an identifiable event has occurred that either is or is deemed to be a discharge of a debt of $600 or more. If a creditor has discharged a debt you owed, you are required to include the discharged amount in your income, even if it is less than $600, on the "Other income" line of your Form 1040. However, you may not have to include all of the canceled debt in your income. There are exceptions and exclusions, such as bankruptcy and insolvency. See Pub. 4681, available at IRS.gov, for more details. If an identifiable event has occurred but the debt has not actually been discharged, then include any discharged debt in your income in the year that it is actually discharged, unless an exception or exclusion applies to you in that year.

**Debtor's identification number.** For your protection, this form may show only the last four digits of your social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN). However, the creditor has reported your complete identification number to the IRS.

**Account number.** May show an account or other unique number the creditor assigned to distinguish your account.

**Box 1.** Shows the date the earliest identifiable event occurred or, at the creditor's discretion, the date of an actual discharge that occurred before an identifiable event. See the code in box 6.

**Box 2.** Shows the amount of debt either actually or deemed discharged. Note. If you do not agree with the amount, contact your creditor.

**Box 3.** Shows interest if included in the debt reported in box 2. See Pub. 4681 to see if you must include the interest in gross income.

**Box 4.** Shows a description of the debt. If box 7 is completed, box 4 also shows a description of the property.

**Box 5.** Shows whether you were personally liable for repayment of the debt when the debt was created or, if modified, at the time of the last modification. See Pub. 4681 for reporting instructions.

**Box 6.** Shows the reason your creditor has filed this form. The codes in this box are described in more detail in Pub. 4681. A—Bankruptcy; B—Other judicial debt relief; C—Statute of limitations or expiration of deficiency period; D—Foreclosure election; E—Debt relief from probate or similar proceeding; F—By agreement; G—Decision or policy to discontinue collection; H—Expiration of nonpayment testing period; or I—Other actual discharge before identifiable event.

**Box 7.** If, in the same calendar year, a foreclosure or abandonment of property occurred in connection with the cancellation of the debt, the fair market value (FMV) of the property will be shown, or you will receive a separate Form 1099-A. Generally, the gross foreclosure bid price is considered to be the FMV. For an abandonment or voluntary conveyance in lieu of foreclosure, the FMV is generally the appraised value of the property. You may have income or loss because of the acquisition or abandonment. See Pub. 4681 for information about foreclosures and abandonments. If the property was your main home, see Pub. 523 to figure any taxable gain or ordinary income.

**Future developments.** For the latest information about developments related to Form 1099-C and its instructions, such as legislation enacted after they were published, go to www.irs.gov/form1099c.

Exhibit 11

# YOLANDA SMITH

**2514 W. Burr Oak Ave.**
**Blue Island, IL  60406**
**773.793.6377 or 708.577.4978**

October 6, 2017

Judge Eric Long
Magistrate Judge
U.S. Federal Court
Urbana, IL 61802

Dear Judge Long:

I have known Mary Madison for a number of years and over the years we have become the best of friends.

My family and I have personally contributed to Mary over the past few years since 2015.  We have contributed to her by giving her money, buying her clothes and personal items, paying a number of bills and extending whatever resources that we have including transportation.

I should also say that it was the right thing to do in helping Mary, as Mary has contributed to me and family over the years.

My family and I are blessed to be in a position to be a blessing and help Mary with whatever she needed, when she needed it.

If you should have any questions, I can be reached by phone at 773.793.6377 or 708.577.4978 or by mail at 2514 W. Burr Oak Ave., Blue Island, IL 60406.

Sincerely,

Yolanda Smith

Exhibit 12



*St. James*

AFRICAN METHODIST EPISCOPAL CHURCH

REV. J. LEON THORN, PASTOR

September 13, 2017

Magistrate Judge Eric Long
338 U.S. Courthouse
201 S. Vine Street
Urbana, IL 61802

RE: Mary Madison

Judge Long:

   Since the latter part of 2013, Mary Madison has on a regular and consistent basis volunteered a significant amount of her time on a weekly basis here at the church in regards to various church, civic and community outreach programs.

   Her services include preparing hot meals for the homeless on Lower Wacker Drive, assisting in the Food Pantry, working in the Clothing Center, and involvement with Social Action groups such as the Developing Community Project (DCP) and the CTA Red Line Extension Coalition to name a few.  These programs and activities are short and long term.   Ms. Madison engaged in this level of volunteerism up until the late winter of this year and resumed again in the spring, when her substitute teaching assignment ended.

   As a church and as the Pastor of this church, we have supported and continue to support Ms. Madison, just as we have other members, in a number of ways throughout/during this difficult and challenging time.

Sincerely,

*Rt. Reverend J. Leon Thorn*

Rev. J. Leon Thorn, Senior Pastor

PO BOX 2589
COLUMBUS OH 43216-2589

**CBCS**

September 8, 2017

Consumer Name: MARY MADISON
CBCS Account #: 22-29334585
Total Due for 1 account(s): $ 954.90

800-947-2987

# Exhibit 13

| Creditor Name | Creditor Account# | Service Date | Balance |
|---|---|---|---|
| COMED | 9364121021 | 12/04/15 | 954.90 |

Our records indicate the above balance(s) remain outstanding. We hope you are now in a position to resolve this matter.

Please send payment using the coupon below, online at www.cbcspayments.com with the access code to log in of: 8.26528081.518 or by calling us at: 800-947-2987.

When you provide a check as payment, you authorize CBCS either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. When we use information from your check to make an electronic fund transfer, funds may be withdrawn from your account as soon as the same day we receive your payment, and you will not receive your check back from your financial institution.

**This communication from a debt collector is an attempt to collect a debt,
and any information obtained will be used for that purpose.**

## SEE REVERSE SIDE FOR IMPORTANT INFORMATION

***DETACH LOWER PORTION AND RETURN WITH PAYMENT***

IONCBCS222512_519814597

IONCBCS222512

C22
PO Box 1280
Oaks PA 19456-1280
CHANGE SERVICE REQUESTED

| CBCS ACCOUNT NUMBER | BALANCE |
|---|---|
| 29334585 | $ 954.90 |

AMOUNT PAID  $

*See reverse side to pay by credit card* ➡

September 8, 2017

CBCS
PO Box 2589
COLUMBUS OH 43216

MARY MADISON
9758 S Charles St
Chicago IL 60643-1218

2202933458500095490