UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| MARY MADISON, ) ) Plaintiff, ) ) v. ) ) KENCO LOGISTIC SERVICES, LLC, ) et al., ) ) Defendants. ) | Case No. 15-CV-2290 |

## ORDER

A Reports and Recommendation (#72) was filed by Magistrate Judge Eric I. Long in the above cause on September 22, 2017. On October 10, 2017 (four days after the expiration of the deadline for filing an objection), Plaintiff, Mary Madison, filed her Objection to Report and Recommendation (#73). Following this court's careful de novo review of the Magistrate Judge's reasoning and Plaintiff's Objection, this court agrees with and accepts the Magistrate Judge's Reports and Recommendation (#72). This court agrees that Plaintiff's case should be dismissed for failure to be honest and forthright in her application to proceed in forma pauperis.

IT IS THEREFORE ORDERED THAT:

(1) The Report and Recommendation (#72) is accepted by this court.

(2) Plaintiff's case is hereby DISMISSED for failure to be honest and forthright in her application to proceed in forma pauperis. The final pretrial and jury trial dates are hereby vacated. Motions (#62) and (#63) are MOOT.

(3) This case is terminated.

ENTERED this 10th day of October, 2017.

s/ COLIN S. BRUCE
U.S. DISTRICT JUDGE