Judgment in a Civil Case (02/11)

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| Mary Madison | ) |
| --- | --- |
| Plaintiff | ) |
| vs. | ) Case Number: 15-2290 |
| Kenco Logistic Services LLC, Mars Inc and Kevin Walsh | ) |
| Defendant | ) |

## JUDGMENT IN A CIVIL CASE

☐ **JURY VERDICT**.   This action came before the Court for a trial by jury.   The issues have been tried and the jury has rendered its verdict.

☒ **DECISION BY THE COURT**.   This action came before the Court and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this case is dismissed for failure to be honest and forthright in her application to proceed in forma pauperis.

**Dated: 10/17/2017**

s/ Kenneth A. Wells
Kenneth A. Wells
Clerk, U.S. District Court