IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION



MARY MADISON,

       Plaintiff,

Case No. 15-cv-2290-CSB-EIL

V.

KENCO LOGISTIC SERVICES, et. al.,

       Defendants.

### PLAINTIFF'S MOTION TO RECONSIDER ORDER

1. The order was entered on September 22, 2017. It had a specified time to respond to the order.
2. The order was sent by the U.S. Postal Service.
3. I received the order and recommendation on September 26, 2017.
4. I respectfully object to the conclusion that you reached.
5. Rule 26(c) states ADDITIONAL TIME AFTER CERTAIN KINDS OF SERVICE. When a party may or must act within a specified time after being served, 3 days are added after the period would otherwise expire under Rule 26(a), unless the paper is delivered on the date of service stated in the proof of service. For purposes of this Rule 26(c), a paper that is served electronically is treated as delivered on the date of service stated in the proof of service.
6. Three days added to the time would have been September 25, 2017.
7. Fourteen days after that would have been October 9, 2017
8. Monday October 9, 2017 was a legal holiday, Columbus Day.
9. The Rule says that if the day falls on a weekend or holiday the day goes over to the next business day.
10. The next business day, was October 10, 2017

11. My response was filed on October 10, 2017.
12. Based upon the rule the response was timely filed.

Respectfully submitted, **MARY MADISON**

By: _____
Pro Se
MARY MADISON
9758 S. Charles
Chicago, IL 60643

## CERTIFICATE OF SERVICE

Please take notice that on October 24, 2017, I, Mary Madison, hereby, certify that I did file an **PLAINTIFF'S MOTION TO RECONSIDER ORDER** with the Central District of Illinois Urbana Division in the foregoing matter of Case No. 15-cv-02290-CSB-EIL and have served the persons identified on the docket's service list via Notice of Electronic Filing generated by the Court's CM/ECF system.

Pro Se
MARY MADISON
9758 S. Charles
Chicago, IL 60643
773.297.9569


Kimberly J. Overbaugh
Thomas R. Davies
Harmon & Davies, P.C.
2306 Columbia Ave
Lancaster, PA 17603

Jody Wilner Moran
Julia P. Argentieri
Jackson Lewis P.C.
150 North Michigan Ave., Suite 2500
Chicago, IL 60601