IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| MARY MADISON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 15-cv-2290-CSB-EIL ) ) |
| KENCO LOGISTIC SERVICES, et. al., | ) ) |
| Defendants. | ) |

### DECLARATION OF JULIA PEARCE ARGENTIERI

Under penalty of perjury as provided by law, the undersigned declares pursuant to 28 U.S.C. § 1746 that the following statements are true and correct:

1. I am an Associate at Jackson Lewis P.C. ("Jackson Lewis"). I am one of the attorneys for the Defendants Kenco Logistics Services, LLC and Kelvin Walsh in this matter. I have personal knowledge of the facts stated herein.

2. The legal fees and costs in this matter were incurred by Kenco Logistics Services, LLC ("Kenco") on behalf of the defense of Kenco and Kelvin Walsh.

3. I have reviewed the itemization of costs below, and it accurately summarizes the charges incurred by Kenco for the court reporting and transcription services for depositions and an evidentiary hearing conducted in this case and other compensable expenses.[1]

4. The following charges were reasonably incurred by Kenco on behalf of Defendants in defending this matter:

---

[1] Attached to this affidavit are invoices showing costs incurred by Kenco on behalf of Defendants. Each cost entry refers to the related exhibit number of each such cost incurred.

# ITEMIZATION OF DEFENDANT'S BILL OF COST

## I. DEPOSITION AND HEARING TRANSCRIPTS AND COURT REPORTER COSTS

28 U.S.C. Section 1920(2) provides that a party may tax costs "for printed or electronically recorded transcripts necessarily obtained for use in the case." 28 U.S.C. § 1920(2). All of the deposition transcripts and hearing transcript identified in Table I were used by Defendant in conducting necessary discovery, defending the litigation, preparing for summary judgment (which was never filed, because the case was dismissed on other grounds) and preparing the motion for a hearing related to Madison's *in forma pauperis* application. The only individual deposed, Mary Madison, was identified in one or both of the parties' initial disclosures and had key information relevant to her claims and Defendant's defenses to the same. Accordingly, Defendant may recover the cost of obtaining transcripts of the Madison deposition, along with the August 7, 2017 evidentiary hearing related to Madison's misrepresentations on her *in forma pauperis* application. *See Finchum v. Ford Motor Co.*, 57 F.3d 526, 534 (7th Cir. 1995) ("We have consistently maintained that costs may be awarded for deposing a witness who is not called at trial as long as the deposition was necessary when taken.").

| Exhibit No. | Invoice Date | Deposition Description | Cost |
|---|---|---|---|
| 1 | 5/31/17 | 5/24/17 Videographer for Deposition of Mary Madison | $2,068.00 |
| 2 | 6/9/17 | 5/24/17 Transcript of Deposition of Mary Madison | $1,871.65 |
| 3 | 6/29/17 | 6/16/17 Videographer for Deposition of Mary Madison | $1,064.31 |
| 4 | 6/30/17 | 6/16/17 Transcript of Deposition of Mary Madison (Day 2) | $1,284.37 |
| 5 | 8/22/17 | Transcript of August 7, 2017 Hearing Before Magistrate Long | $884.00 |

**Total Deposition Costs = $7,172.33**

Further affiant sayeth naught.

_____    _____11/8/17_____
Julia Pearce Argentieri                                  Date

# EXHIBIT 1

**Veritext Corp**
**Midwest Region**

1 North Franklin Street, Suite 3000
Chicago IL 60606
Tel. 312.442.9087 Fax. 312.442.9095
Fed. Tax ID: 20-3132569



| Bill To: | Julia Argentieri<br>Jackson Lewis LLP<br>150 N Michigan Ave<br>Ste 2500<br>Chicago, IL, 60601 | | Invoice #: | CHI2987440 |
|---|---|---|---|---|
| | | | Invoice Date: | 5/31/2017 |
| | | | Balance Due: | $2,068.00 |

| Case: | Madison, Mary v. Kenco Logistic Services, LLC, etc., et al. |
|---|---|
| Job #: | 2615684 \| Job Date: 5/24/2017 \| Delivery: Normal |
| Billing Atty: | Julia Argentieri |
| Location: | Jackson Lewis P.C. |
| | 150 N Michigan Ave \| Ste 2500 \| Chicago, IL 60601 |
| Sched Atty: | Julia Argentieri \| Jackson Lewis, PC |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| Mary Madison | Video - Additional Hours | Hour | 7.00 | $155.00 | $1,085.00 |
| | Video - Media and Cloud Services | Per disk | 4.00 | $32.00 | $128.00 |
| | Video – MPEG/Digitizing | Hour | 6.50 | $75.00 | $487.50 |
| | Video - Initial Fee | 1 | 1.00 | $345.00 | $345.00 |
| | Shipping & Handling - Video Media | Package | 1.00 | $22.50 | $22.50 |

**Notes:**

| | |
|---|---|
| Invoice Total: | $2,068.00 |
| Payment: | $0.00 |
| Credit: | $0.00 |
| Interest: | $0.00 |
| Balance Due: | $2,068.00 |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**THIS INVOICE IS 121 DAYS PAST DUE, PLEASE REMIT - THANK YOU**

**To pay online, go to www.veritext.com**

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303

| Invoice #: | CHI2987440 |
|---|---|
| Job #: | 2615684 |
| Invoice Date: | 5/31/2017 |
| Balance: | $2,068.00 |

53379

# EXHIBIT 2

**Veritext Corp**
**Midwest Region**

1 North Franklin Street, Suite 3000
Chicago IL 60606
Tel. 312.442.9087 Fax. 312.442.9095
Fed. Tax ID: 20-3132569



| Bill To: | Julia Argentieri |
| | Jackson Lewis LLP |
| | 150 N Michigan Ave, Suite 2500 |
| | Chicago, IL, 60601 |

| Invoice #: | CHI2997001 |
| Invoice Date: | 6/9/2017 |
| Balance Due: | $1,871.65 |

| Case: | Madison, Mary v. Kenco Logistic Services, LLC, etc., et al. |
| Job #: | 2615684 | Job Date: 5/24/2017 | Delivery: Normal |
| Billing Atty: | Julia Argentieri |
| Location: | Jackson Lewis P.C. |
| | 150 N Michigan Ave | Ste 2500 | Chicago, IL 60601 |
| Sched Atty: | Julia Argentieri | Jackson Lewis, PC |

| Witness | Description | Units | Quantity | Price | Amount |
| --- | --- | --- | --- | --- | --- |
| Mary Madison | Original Transcript - Medical, Technical or Video | Page | 344.00 | $4.25 | $1,462.00 |
| | Attendance Fee-Hrly | Hour | 7.50 | $65.00 | $487.50 |
| | Exhibits | Per Page | 172.00 | $0.55 | $94.60 |
| | Shipping & Handling | Package | 1.00 | $22.50 | $22.50 |

Notes:  Courtesy Discount Applied

| | |
| --- | --- |
| Invoice Total: | $2,066.60 |
| Courtesy Discounts: | ($194.95) |
| Net Total: | $1,871.65 |
| Payment: | $0.00 |
| Credit: | $0.00 |
| Interest: | $0.00 |
| Balance Due: | $1,871.65 |

TERMS:  Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

To pay online, go to
www.veritext.com

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

53379

Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303

| Invoice #: | CHI2997001 |
| Job #: | 2615684 |
| Invoice Date: | 6/9/2017 |
| Balance: | $1,871.65 |

# EXHIBIT 3

**Veritext Corp**
**Midwest Region**

1 North Franklin Street, Suite 3000
Chicago IL 60606
Tel. 312.442.9087 Fax. 312.442.9095
Fed. Tax ID: 20-3132569



| Bill To: | Jody Wilner Moran, Esq.<br>Jackson Lewis LLP<br>150 N Michigan Ave<br>Ste 2500<br>Chicago, IL, 60601 | Invoice #: | CHI3018798 |
|---|---|---|---|
| | | Invoice Date: | 6/29/2017 |
| | | Balance Due: | $1,064.31 |

| Case: | Madison, Mary v. Kenco Logistic Services, et al. |
|---|---|
| Job #: | 2627356 \| Job Date: 6/16/2017 \| Delivery: Normal |
| Billing Atty: | Jody Wilner Moran, Esq. |
| Location: | Jackson Lewis, PC - 150 N Michigan Ave, Suite 2500 |
| | 150 N Michigan Ave, Suite 2500 \| Chicago, IL 60601 |
| Sched Atty: | Julia P. Argentieri \| Jackson Lewis, PC |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| Mary Madison | Video - Initial Fee | 1 | 1.00 | $345.00 | $345.00 |
| | Video - Additional Hours | Hour | 4.00 | $155.00 | $620.00 |
| | Video - Media and Cloud Services | Per disk | 1.00 | $32.00 | $32.00 |
| | Shipping & Handling - Video Media | Package | 1.00 | $67.31 | $67.31 |

| Notes: | | |
|---|---|---|
| | Invoice Total: | $1,064.31 |
| | Payment: | $0.00 |
| | Credit: | $0.00 |
| | Interest: | $0.00 |
| | Balance Due: | $1,064.31 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**THIS INVOICE IS 39 DAYS PAST DUE, PLEASE REMIT - THANK YOU**

| | Please remit payment to: | Invoice #: | CHI3018798 |
|---|---|---|---|
| To pay online, go to<br>www.veritext.com | Veritext<br>P.O. Box 71303<br>Chicago IL 60694-1303 | Job #: | 2627356 |
| | | Invoice Date: | 6/29/2017 |
| Veritext accepts all major credit cards<br>(American Express, Mastercard, Visa, Discover) | | Balance: | $1,064.31 |

53379

# EXHIBIT 4



**Veritext Corp**
**Midwest Region**

1 North Franklin Street, Suite 3000
Chicago IL 60606
Tel. 312.442.9087 Fax. 312.442.9095
Fed. Tax ID: 20-3132569

| | | |
|---|---|---|
| **Bill To:** | Jody Wilner Moran, Esq.<br>Jackson Lewis LLP<br>150 N Michigan Ave<br>Ste 2500<br>Chicago, IL, 60601 | **Invoice #:** CHI3020794<br>**Invoice Date:** 6/30/2017<br>**Balance Due:** $1,284.37 |

| | |
|---|---|
| **Case:** | Madison, Mary v. Kenco Logistic Services, et al. |
| **Job #:** | 2627356 \| Job Date: 6/16/2017 \| Delivery: Normal |
| **Billing Atty:** | Jody Wilner Moran, Esq. |
| **Location:** | Jackson Lewis, PC - 150 N Michigan Ave, Suite 2500<br>150 N Michigan Ave, Suite 2500 \| Chicago, IL 60601 |
| **Sched Atty:** | Julia P. Argentieri \| Jackson Lewis, PC |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| Mary Madison | Original Transcript - Medical, Technical or Video | Page | 231.00 | $4.25 | $981.75 |
| | Attendance Fee-Hrly | Hour | 5.00 | $65.00 | $325.00 |
| | Exhibits | Per Page | 156.00 | $0.55 | $85.80 |
| | Shipping & Handling | Package | 1.00 | $22.50 | $22.50 |

**Notes:** Courtesy Discount Applied

| | |
|---|---|
| **Invoice Total:** | $1,415.05 |
| **Courtesy Discounts:** | ($130.68) |
| **Net Total:** | $1,284.37 |
| **Payment:** | $0.00 |
| **Credit:** | $0.00 |
| **Interest:** | $0.00 |
| **Balance Due:** | $1,284.37 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**THIS INVOICE IS 38 DAYS PAST DUE, PLEASE REMIT - THANK YOU**

| | | |
|---|---|---|
| **To pay online, go to**<br>**www.veritext.com**<br>Veritext accepts all major credit cards<br>(American Express, Mastercard, Visa, Discover) | Please remit payment to:<br>Veritext<br>P.O. Box 71303<br>Chicago IL 60694-1303 | **Invoice #:** CHI3020794<br>**Job #:** 2627356<br>**Invoice Date:** 6/30/2017<br>**Balance:** $1,284.37 |

53379

# EXHIBIT 5

**Veritext Corp**
**Midwest Region**

1 North Franklin Street, Suite 3000
Chicago IL 60606
Tel. 312.442.9087 Fax. 312.442.9095
Fed. Tax ID: 20-3132569



| Bill To: | Julia Argentieri<br>Jackson Lewis LLP<br>150 N Michigan Ave<br>Ste 2500<br>Chicago, IL, 60601 | | Invoice #: | CHI3070457 |
|---|---|---|---|---|
| | | | Invoice Date: | 8/22/2017 |
| | | | Balance Due: | $884.00 |

| Case: | Madison, Mary v. Kenco Logistic Services, LLC |
|---|---|
| Job #: | 2682354 | Job Date: 8/15/2017 | Delivery: Expedited |
| Billing Atty: | Julia Argentieri |
| Location: | NO location is needed<br>| Chicago, IL 60606 |
| Sched Atty: | Julia Argentieri | Jackson Lewis, PC |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| Audio File Of Hearing On 8/7/2017 ( Judge Long) In Urbana, Il | Original Transcript | Page | 112.00 | $3.90 | $436.80 |
| | Transcript - Expedited Fee | Page | 112.00 | $2.85 | $319.20 |
| | Attendance Fee-Hrly | Hour | 2.00 | $50.00 | $100.00 |
| | Electronic Delivery and Handling | Package | 1.00 | $28.00 | $28.00 |

| Notes: | | Invoice Total: | $884.00 |
|---|---|---|---|
| | | Payment: | $0.00 |
| | | Credit: | $0.00 |
| | | Interest: | $0.00 |
| | | Balance Due: | $884.00 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

---

| To pay online, go to<br>www.veritext.com<br>Veritext accepts all major credit cards<br>(American Express, Mastercard, Visa, Discover) | Please remit payment to:<br>Veritext<br>P.O. Box 71303<br>Chicago IL 60694-1303 | Invoice #: | CHI3070457 |
|---|---|---|---|
| | | Job #: | 2682354 |
| | | Invoice Date: | 8/22/2017 |
| | | Balance: | $884.00 |

53379