Judgment in a Civil Case (02/11)

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | |
|---|---|
| Mary Madison | ) ) ) |
| Plaintiff | |
| vs. | )    Case Number: 15-2290 |
| | ) |
| Kenco Logistic Services LLC, Mars Inc and Kevin Walsh | ) ) ) |
| Defendant | |

### AMENDED JUDGMENT IN A CIVIL CASE

☐ **JURY VERDICT**.   This action came before the Court for a trial by jury.   The issues have been tried and the jury has rendered its verdict.

☒ **DECISION BY THE COURT**.   This action came before the Court and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this case is dismissed for failure to be honest and forthright in her application to proceed in forma pauperis plus costs of suit in the amount of $7,172.33.

**Dated: 12/1/2017**

                                                                                 s/ Kenneth A. Wells
                                                                                 Kenneth A. Wells
                                                                                  Clerk, U.S. District Court