TO:



Return Delivered to wrong ADDress

FILED
DEC 08 2017
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, ILLINOIS

URBANA, ILLINOIS 61802-3348
OFFICIAL BUSINESS

